AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States, INDIVIDUALLY AND ON BEHALF OF<br><br>*Plaintiff*<br><br>v.<br><br>TWITTER, INC., and JACK DORSEY<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No.   21-CV-22441-RNS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JACK DORSEY
C/O Twitter, Inc.
Registered Agent: CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Vargas Gonzalez Baldwin Delombard, LLP
815 Ponce de Leon Blvd., Third Floor
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:        07/07/2021

*s/ Alisha Beasley-Martin*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Southern District of Florida

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States, INDIVIDUALLY AND ON BEHALF OF | ) ) ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   21-CV-22441-RNS |
| TWITTER, INC., and JACK DORSEY | ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   TWITTER, INC
Registered Agent:
CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Vargas Gonzalez Baldwin Delombard, LLP
815 Ponce de Leon Blvd., Third Floor
Coral Gables, FL 33134


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   07/07/2021

*s/ Alisha Beasley-Martin*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court