**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO.: 1:21-CV-22441-SCOLA, JR./GOODMAN**

DONALD J. TRUMP, the Forty- Fifth
President of the United States,
INDIVIDUALLY AND ON BEHALF OF A
CLASS OF PERSONS SIMILARLY
SITUATED,

    Plaintiff and the Class,

vs.

TWITTER, INC., and JACK DORSEY,

    Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR**
**_PRO HAC VICE_, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear _Pro Hac Vice_ for Frank C. Dudenhefer, Jr., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing, pursuant to the Rule Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Frank C. Dudenhefer, Jr., may appear and participate in this action on behalf of Donald J. Trump and those similarly situated. The Clerk shall provide electronic notification of all electronic filings to Frank C. Dudenhefer, Jr., at FcdLaw@aol.com

      DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_\_ day of _____.

                                                  _____
                                                        United States District Judge

Copies furnished to: All Counsel of Record