UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:21-CV-22441-SCOLA, JR./GOODMAN

DONALD J. TRUMP, the Forty- Fifth
President of the United States,
INDIVIDUALLY AND ON BEHALF OF A
CLASS OF PERSONS SIMILARLY
SITUATED,

    Plaintiff and the Class,
vs.

TWITTER, INC., and JACK DORSEY,

    Defendants.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rule Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of John P. Coale, Esq., 2901 Fessenden Street, NW, Washington, D.C. 2008, (202) 255-2096, for purposes of appearance as co-counsel on behalf of Donald J. Trump and those similarly situated in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit John P. Coale to receive electronic filings in this case, and in support thereof states as follows:

    1.    John P. Coale is not admitted to practice in the Southern District of Florida and is a member in good standing of the District of Columbia Court of Appeals, the District of Columbia.

2. Movant, Matthew Baldwin, Esquire, of the law firm of Vargas Gonzalez Baldwin Delombard, LLP, 815 Ponce De Leon Blvd. Coral Gables, Florida, 33134, (305) 631-2528, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Courts electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rule of this Court, John P. Coale has made payment of this Courts $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. John P. Coale, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to John P. Coale at email address: johnpcoale@aol.com.

WHEREFORE, Matthew Baldwin, moves this Court to enter an order permitting John P. Coale, to appear before this Court on behalf of Donald J. Trump and those similarly situated, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to John P. Coale.

Date: July 9, 2021                     Respectfully submitted,

                                                 *Matthew Lee Baldwin, Esq*
                                                 Fla. Bar No.: 27463
                                                 Email: Matthew@VargasGonzalez.com
                                                 **Vargas Gonzalez Baldwin Delombard, LLP**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by CM/ECF filing system on July 9, 2021, on all counsel or parties of record on the service list.

/s/ Matthew Lee Baldwin, Esq
Fla. Bar No.: 27463
Email:  Matthew@VargasGonzalez.com
**Vargas Gonzalez Baldwin Delombard, LLP**
815 Ponce de Leon Blvd., Third Floor
Coral Gables, Florida 33134

### CASE NO.: 1:21-CV-22441-SCOLA, JR./GOODMAN

### SERVICE LIST

JOHN P. COALE
(*Pro Hac Vice Forthcoming*)
2901 Fessenden St. NW
Washington, D.C.  20008
johnpcoale@aol.com
Telephone: (202) 255-2096

THE DUDENHEFER LAW FIRM L.L.C
FRANK C. DUDENHEFER, JR.
(*Pro Hac Vice Forthcoming*)
fcdlaw@aol.com
2721 St. Charles Ave, Suite 2A
New Orleans, LA  70130
Telephone: (504) 616-5226

IVEY, BARNUM & O'MARA
JOHN Q. KELLY
(*Pro Hac Vice Forthcoming*)
jqkelly@ibolaw.com

MICHAEL J. JONES
(*Pro Hac Vice Forthcoming*)
mjones@ibolaw.com

ROLAND A. PAUL
(*Pro Hac Vice Forthcoming*)
rpaul@ibolaw.com

RYAN S. TOUGIAS
(*Pro Hac Vice Forthcoming*)
rtougias@ibolaw.com

SEAN M. HAMILL
(*Pro Hac Vice Forthcoming*)
shamill@ibolaw.com

170 Mason Street
Greenwich, CT  06830
Telephone: (203) 661-6000
Facsimile: (203) 661-9462