# GEORGE ANDREW BENAVIDES

1308 E. Common St, Suite 205 Box 408
New Braunfels, Texas 78130
Telephone: (210) 322-9328
Email:

July 14, 2021

Attn: District Judge, Robert N. Scola

United States District Court
Southern District of Florida
**Wilkie D. Ferguson, Jr. U.S. Courthouse**
400 North Miami Avenue, 8th Floor
Miami, FL 33128
(305) 523-5100

Re:   Federal Complaint:   Donald J. Trump v. Twitter Inc
      Case Number:         21CV22441
      My Twitter Account:  G.A BENAVIDESTX @benavidestx

## PERMISSION TO ENTER COMPLAINT IN PENDING COURT CASE

Dear District Judge, Robert N. Scola

This letter is to inform you that my twitter account has been shut-down or blocked for protesting or presenting my freedom of speech.

My twitter account is to strictly used to exploit and informed the United States of America and its citizens on the illegal crimes committed against the American people in regards to the Havana Syndrome, microwave energy weapons, satellite weapons and electronic harassment program.

I feel deprived of my civil rights and liberties and freedom of speech and demand that twitter should be as the United States Constitution indicates. The Internet or the World Wide Web is the highway and Twitter is used as a road to access public meeting or public quorum to protest to inform "Federal Officials" of the crimes happening to Americans. Just as a public road used to protest in front of a federal building, twitter has allowed the American people to protest outside these offices of federal officials on Twitter.

I feel it's safer to protest and speak on Twitter versus standing outside of a federal carrying heavy signs walking up and down the sidewalks to get your point across.

Please allow the American citizens to protest or speak on issues affecting the American people. After all it is your 1st Amendment right. If your not going to allow all races and political background to speak, then don't open your business (Twitter).

**Federal Court Cases:**
New York Times Co. v. Sullivan, 376 U.S 254, (1964)
 376 U.S. 254 (1964), was a landmark decision of the U.S. Supreme Court ruling that the freedom of speech protections in the First Amendment to the U.S. Constitution restrict the ability of American public officials to sue for defamation. Specifically, it held that if a plaintiff in a defamation lawsuit is a public official or person running for public office, not only must he or she prove the normal elements of defamation—publication of a false defamatory statement to a third party—he or she must also prove that the statement was made with "actual malice", meaning that the defendant either knew the statement was false or recklessly disregarded whether or not it was true.


Respectfully submitted,

*[signature]*

George A. Benavides