United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Donald Trump, Linda Cuadros, and ) <br> American Conservative Union, ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Twitter, Inc. and Jack Dorsey, ) <br> Defendants. ) | Civil Action No. 21-22441-Civ-Scola |

### District Court Certification of Constitutional Question

  This matter came before the Court upon Plaintiffs Donald J. Trump, Linda Cuadros, and American Conservative Union's (collectively, "Plaintiffs") Notice of Constitutional Question. ("Notice") (ECF No. 5).

  The Plaintiffs gave notice that this action raises federal constitutional challenges to one or more provisions of federal law. (ECF No. 5.) *See* 28 U.S.C. § 2403(a); Fed. R. Civ. P. 5.1(b). Indeed, the complaint calls into question the constitutionality of 47 U.S.C. § 230(c). (ECF No. 1.)

  Pursuant to 28 U.S.C. § 2403(a), the Court must certify to the Attorney General any action challenging the constitutionality of an act of Congress. *See also Ga. Ass'n of Retarded Citizens v. McDaniel*, 855 F.2d 805, 811 n.3 (11th Cir. 1988) (recognizing that Section 2403 requires that the district court "notify the [United States] Attorney General that this case raised a question of [a federal statute's] constitutionality.")

  Accordingly, after careful consideration, and pursuant to 28 U.S.C. § 2403(a), the Court hereby **certifies** to Merrick Garland, Attorney General of the United States, that the Plaintiffs have raised such constitutional challenges. The Court hereby provides that Mr. Garland is entitled to **sixty (60) days** from the date of this notice to intervene on behalf of the United States in this action. *See* 28 U.S.C. § 2403(a).

  The Clerk of Court is **directed** to immediately transmit the Notice to United States Attorney General Merrick Garland, along with copies of the Complaint (ECF No. 1), by certified mail, return receipt requested, at the address below.

**Done and ordered** in chambers, at Miami, Florida, on July 21, 2021.

_____
Robert N. Scola, Jr.
United States District Judge

Copies furnished to:

Hon. Merrick Garland
Attorney General of the United States of America
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001