**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$
Total Postage
$

7/22/21
21-cv-5441
Postmark Here

Sent To: Hon. Merrick Garland
Attorney General of the United States of America
Street and: United States Department of Justice
950 Pennsylvania Avenue, NW
City, State: Washington, D.C. 20530-0001

7017 1450 0000 4887 4172

PS Form 3800, April 2015   See Reverse for Instructions