UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:21-CV-22441-SCOLA, JR./GOODMAN

DONALD J. TRUMP, the Forty- Fifth
President of the United States,
INDIVIDUALLY AND ON BEHALF OF A
CLASS OF PERSONS SIMILARLY
SITUATED,

    Plaintiff and the Class,

vs.

TWITTER, INC., and JACK DORSEY,

    Defendants.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Ryan S. Tougias, Esq., of the law firm of Ivey, Barnum & O'Mara, LLC, 170 Mason Street, Greenwich, Connecticut 06830, (203) 661-6000, for purposes of appearance as co-counsel on behalf of Plaintiff Donald J. Trump and those similarly situated in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Ryan S. Tougias to receive electronic filings in this case, and in support thereof states as follows:

    1.    Ryan S. Tougias is not admitted to practice before the United States District Court for the Southern District of Florida or before the bar of the State of Florida, and is a member in good standing of the bar of the State of Connecticut and the bar of the State of New York.

2. Movant, Matthew Baldwin, Esq., of the law firm of Vargas Gonzalez Baldwin Delombard, LLP, 815 Ponce De Leon Blvd. Coral Gables, Florida 33134, (305) 631-2528, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Ryan S. Tougias has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Ryan S. Tougias, Esq., by and through designated counsel, and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Ryan S. Tougias, Esq., at the email address: rtougias@ibolaw.com.

WHEREFORE, Matthew Baldwin, moves this Court to enter an Order permitting Ryan S. Tougias, Esq., to appear before this Court on behalf of Plaintiff Donald J. Trump and those similarly situated, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Ryan S. Tougias.

Date: July 30, 2021                          Respectfully submitted,

*/s/ Matthew Lee Baldwin, Esq.*
Fla. Bar No.: 27463
Email: Matthew@VargasGonzalez.com
**Vargas Gonzalez Baldwin Delombard, LLP**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by CM/ECF filing systems on July 30, 2021, on all counsel or parties of record on the service list.

*/s/ Matthew Lee Baldwin, Esq.*
Fla. Bar No.: 27463
Email: Matthew@VargasGonzalez.com
**Vargas Gonzalez Baldwin Delombard, LLP**
815 Ponce De Leon Blvd., Third Floor
Coral Gables, Florida 33134

**Case No.: 1:21-CV-22441-SCOLA, JR./GOODMAN**

## SERVICE LIST

JOHN P. COALE, ESQ.
(Pro Hac Vice)
2901 Fessenden St. NW
Washington, D.C. 20008
johnpcoale@aol.com
Telephone: (202) 255-2096

FRANK C. DUDENHEFER, JR. ESQ.
THE DUDENHEFER LAW FIRM L.L.C
(Pro Hac Vice)
fcdlaw@aol.com
2721 St. Charles Ave, Suite 2A
New Orleans, LA 70130
Telephone: (504) 616-5226

JOHN Q. KELLY, ESQ.
IVEY, BARNUM & O'MARA
(Pro Hac Vice)
jqkelly@ibolaw.com
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000

MICHAEL J. JONES, ESQ.
IVEY, BARNUM & O'MARA
(Pro Hac Vice Pending)
mjones@ibolaw.com
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000

ROLAND A. PAUL, ESQ.
IVEY, BARNUM & O'MARA
(Pro Hac Vice Pending)
rpaul@ibolaw.com
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000

RYAN S. TOUGIAS, ESQ.
IVEY, BARNUM & O'MARA
(Pro Hac Vice Pending)
rtougias@ibolaw.com
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000