UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:21-cv-22441-RNS-JG

**DONALD J. TRUMP, et al.**

Plaintiff

vs.

**TWITTER, INC. and JACK DORSEY**

Defendant.
_____________________________/

## NOTICE OF CHANGE OF ADDRESS

Attorney **Richard P. Lawson** files this Notice of Change of Address in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

Law Firm: **Gardner Brewer Martinez-Monfort, P.A.**

Address: **400 N. Ashley Drive**
**Suite 1100**
**Tampa, FL 33602**

## Certificate of Service

**I hereby certify** that a true and correct copy of the Notice of Change of Address was furnished via electronic filing, U.S. Mail and/or facsimile to:

**Matthew Lee Baldwin, Vargas Gonzalez Hevia Baldwin, LLP 815 Ponce de Leon Blvd.**
**Third Floor Coral Gables, FL 33134 (305) 631-2528 (305) 631-2741 (fax)**
**MBaldwin@VargasGonzalez.com**
**John P. Coale 2901 Fessenden St. NW Washington, DC 20008 (202) 255-2096 johnpcoale@aol.com**
**Frank C. Dudenhefer, Jr. The Dudenhefer Law Firm, LLC 2721 St. Charles Ave, Suite 2A New Orleans, LA 70130 (504) 616-5226 FcdLaw@aol.com**
**John Q. Kelly Ivey, Barnum & O'Mara 170 Mason Street Greenwich, CT 06830 (203) 661-6000 jqkelly@ibolaw.com**
**Michael J. Jones Ivey, Barnum & O'Mara 170 Mason Street Greenwich, CT 06830 (203) 661-6000 mjones@ibolaw.com**
**Ryan Tougias Ivey, Barnum & O'Mara 170 Mason Street Greenwich, CT 06830 203-661-6000 rtougias@ibolaw.com**
**Shawn M. Hamill, Ivey, Barnum & O'Mara, 170 Mason Street, Greenewich, CT 0830 (201)661-6000**

Dated:                                              Respectfully submitted,

_____     _____
*Attorney Name*                                        *Bar Number*

_____
*Attorney E-mail Address*

_____
*Firm Name*

_____
*Street Address*

_____
*City, State, Zip Code*

_____       _____
*Telephone: (xxx)xxx–xxxx*              *Facsimile: (xxx)xxx–xxxx*

_____
*Attorneys for Plaintiff/Defendant [Party Name(s)]*