UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:21-CV-22441-SCOLA, JR./GOODMAN

DONALD J. TRUMP, the Forty- Fifth
President of the United States,
INDIVIDUALLY AND ON BEHALF OF A
CLASS OF PERSONS SIMILARLY
SITUATED,

    Plaintiff and the Class,

vs.

TWITTER, INC., and JACK DORSEY,

    Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES

Donald J. Trump, 45th President of the United States, *et al.,* by and through their counsel, files this Notice of Entry of Parties, requesting addition of Rafael Barboza, Dominick Latella, Wayne Allyn Root, Naomi Wolf, as parties to the matter, which were not added at the time of the filing of the Amended Complaint for Injunctive and Declaratory Relief.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Constitutional Question was served by CM/ECF filing system on August 5, 2021, on all counsel or parties of record on the service list.

    Respectfully submitted by,

*/s/ Matthew Lee Baldwin, Esq*
Fla. Bar No.: 27463
Email:  Matthew@VargasGonzalez.com
**Vargas Gonzalez Baldwin Delombard, LLP**
815 Ponce de Leon Blvd., Third Floor
Coral Gables, Florida 33134

## **SERVICE LIST**

JOHN P. COALE
2901 Fessenden St. NW
Washington, D.C.  20008
johnpcoale@aol.com
Telephone: (202) 255-2096

THE DUDENHEFER LAW FIRM L.L.C
FRANK C. DUDENHEFER, JR.
fcdlaw@aol.com
2721 St. Charles Ave, Suite 2A
New Orleans, LA  70130
Telephone: (504) 616-5226

IVEY, BARNUM & O'MARA
JOHN Q. KELLY
jqkelly@ibolaw.com

MICHAEL J. JONES
mjones@ibolaw.com

ROLAND A. PAUL
rpaul@ibolaw.com

RYAN S. TOUGIAS
rtougias@ibolaw.com

SEAN M. HAMILL
*(Pro Hac Vice Forthcoming)*
shamill@ibolaw.com

170 Mason Street
Greenwich, CT  06830
Telephone: (203) 661-6000
Facsimile: (203) 661-9462