UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

_____

DONALD J. TRUMP, *et al.*,

       *Plaintiffs*,

    v.                                                                  No. 1:21-cv-22441-RNS-JG

TWITTER, INC. *et al.*

       *Defendants*.
_____

## NOTICE OF APPEARANCE

Please take notice of the appearance of the undersigned counsel on behalf of non-party the United States of America in the above-captioned matter.

Date: August 19, 2021

Respectfully submitted,

MICHAEL D. GRANSTON
Deputy Assistant Attorney General

ERIC WOMACK
Assistant Branch Director

/s/ *Joshua Kolsky*
JOSHUA KOLSKY
Trial Attorney
D.C. Bar No. 993430
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW Washington, DC 20005
Tel.: (202) 305-7664
Fax: (202) 616-8470
E-mail: joshua.kolsky@usdoj.gov

*Attorneys for the United States*

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 19, 2021.

                                               */s/* Joshua Kolsky
                                                 Joshua Kolsky