UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

_____
                                    )
DONALD J. TRUMP, *et al.*,          )
                                    )
    *Plaintiffs*,                   )
                                    )
    v.                              )   No. 1:21-cv-22441-RNS-JG
                                    )
TWITTER, INC. *et al.*              )
                                    )
    *Defendants*.                   )
_____)

**UNITED STATES OF AMERICA'S ACKNOWLEDGEMENT OF
PLAINTIFFS' NOTICE OF CONSTITUTIONAL CHALLENGE AND
MOTION TO STAY INTERVENTION DEADLINE**

On July 9, 2021, Plaintiffs filed a Notice of Constitutional Question pursuant to Federal Rule of Civil Procedure 5.1. ECF No. 5. By order dated July 21, 2021, the Court certified a constitutional question to the U.S. Attorney General and provided that the Attorney General "is entitled to sixty (60) days from the date of this notice to intervene on behalf of the United States in this action." ECF No. 18, at 2.

The approval of the Solicitor General would be required for the United States to intervene in this action. *See* 28 C.F.R. § 0.21. The process of obtaining a decision from the Solicitor General regarding intervention generally takes at least several weeks, sometimes longer. In this matter, the constitutional challenge has been raised only in the operative complaint (ECF No. 21). The United States is unaware of any motion or other filing in this action that contains the arguments, citing pertinent authorities, on which Plaintiffs' constitutional challenge is based. Such a filing would assist the United States in deciding whether intervention is warranted in this matter.

Accordingly, the United States respectfully requests that this Court stay the United States' intervention deadline until the parties have had the opportunity to confer and submit a proposed schedule for any anticipated briefing that would raise the constitutional challenge. Undersigned

counsel for the United States intends to confer with counsel for all parties on their anticipated schedule for such briefing.[1] At this point, however, the docket does not reflect that service pursuant to Federal Rule of Civil Procedure 4 has been effectuated as to any defendant and no defendant has appeared in the case.

Pursuant to Local Rule 7.1(a)(3), the undersigned certifies that he has conferred with counsel for Plaintiffs by telephone on August 18, 2021 about the relief sought herein. Counsel for Plaintiffs stated that Plaintiffs do not oppose the relief sought herein.

Date: August 19, 2021

Respectfully submitted,

MICHAEL D. GRANSTON
Deputy Assistant Attorney General

ERIC WOMACK
Assistant Branch Director

/s/ *Joshua Kolsky*
JOSHUA KOLSKY
Trial Attorney
D.C. Bar No. 993430
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW Washington, DC 20005
Tel.: (202) 305-7664
Fax: (202) 616-8470
E-mail: joshua.kolsky@usdoj.gov

*Attorneys for the United States*

---

[1] Counsel for the United States are aware that Plaintiffs intend to move for a preliminary injunction, and intend to discuss that motion with the parties.

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 19, 2021.

/s/ Joshua Kolsky
Joshua Kolsky