UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

_____
                                                                 )
DONALD J. TRUMP, *et al.*,                 )
                                                                   )
                *Plaintiffs*,              )
                                                                  )
                    v.                     )         No. 1:21-cv-22441-RNS-JG
                                                                   )
TWITTER, INC. *et al.*                     )
                                                                   )
                *Defendants*.           )
_____)

## ORDER

Upon consideration of the United States' Acknowledgment of Plaintiffs' Notice of Constitutional Challenge and Motion to Stay Intervention Deadline, it is by the Court this ___ day of _____, 2021,

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the deadline for the United States to intervene in this matter is hereby stayed until further order of the Court.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE