# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:21-cv-22441-SCOLA/GOODMAN

_____

DONALD J. TRUMP, et al.,

                Plaintiffs,

v.

TWITTER, INC., and JACK DORSEY,

                Defendants.

_____

### CERTIFICATION OF FELICIA H. ELLSWORTH

FELICIA H. ELLSWORTH, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the bar of Massachusetts. I am admitted to practice before the following federal courts: United States District Court for the District of Colorado, United States District Court for the District of Massachusetts, United States District Court for the Western District of Michigan, United States Court of Appeals for the Federal Circuit, United States Court of Appeals for the District of Columbia Circuit, United States Court of Appeals for the Eleventh Circuit, United States Court of Appeals for the First Circuit, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Sixth Circuit, United States Court of Appeals for the Tenth

Circuit, and the Supreme Court of the United States.

Dated: September 1, 2021 /s/ *Felicia H. Ellsworth*
Felicia H. Ellsworth