# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:21-cv-22441-SCOLA/GOODMAN

_____

DONALD J. TRUMP, et al.,

                     Plaintiffs,

v.

TWITTER, INC., and JACK DORSEY,

                     Defendants.

_____

**CERTIFICATION OF PATRICK J. CAROME**

PATRICK J. CAROME, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the bars of the District of Columbia and Massachusetts. I am admitted to practice before the following federal courts: United States District Court for the Eastern District of Michigan, United States Court of Appeals for the District of Columbia Circuit, United States Court of Appeals for the Eighth Circuit, United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the First Circuit, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Seventh Circuit, United States Court of Appeals for the Sixth Circuit, United States Court of Appeals for the Tenth Circuit, United States Court of Appeals for the Third Circuit, United States Court of Federal Claims, United States Court of Military Commission Review, United States District

Court for the District of Colorado, United States District Court for the District of Columbia, and The Supreme Court of the United States.

Dated: September 1, 2021  /s/Patrick J. Carome
Patrick J. Carome