# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-22441-SCOLA/GOODMAN

_____

DONALD J. TRUMP, et al.,

                       Plaintiffs,

v.

TWITTER, INC., and JACK DORSEY,

                       Defendants.

_____

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*****, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear Pro Hac Vice for PATRICK J. CAROME, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing Motion for Pro Hac Admission, pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. PATRICK J. CAROME, may appear and participate in this action on behalf of Twitter, Inc. The Clerk shall provide electronic notification of all electronic filings to Patrick J. Carome, at patrick.carome@wilmerhale.com.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of September, 2021.

_____  
HONORABLE ROBERT N. SCOLA  
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record via CM/ECF