# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**Case No.: 1:21-cv-22441-SCOLA/GOODMAN**

_____

DONALD J. TRUMP, et al.,

                         Plaintiffs,

v.

TWITTER, INC., and JACK DORSEY,

                         Defendants.

_____

## <u>CERTIFICATION OF ARI HOLTZBLATT</u>

ARI HOLTZBLATT, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the bars of the District of Columbia and Maryland. I am admitted to practice before the following federal courts: United States District Court for the District of Columbia, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Tenth Circuit, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the Seventh Circuit, United States Court of Appeals for the Sixth Circuit, United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the Eleventh Circuit, United States Court of Appeals for the Third Circuit, and the Supreme Court of the United States.

Dated: September 1, 2021

                                                     _/s/ Ari Holtzblatt_
                                                       Ari Holtzblatt