# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:21-cv-22441-SCOLA/GOODMAN**

_____

DONALD J. TRUMP, et al.,

                          Plaintiffs,

v.

TWITTER, INC., and JACK DORSEY,

                          Defendants.

_____

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear Pro Hac Vice for

ARI HOLTZBLATT, Consent to Designation, and Request to Electronically Receive Notices of

Electronic Filing Motion for Pro Hac Admission, pursuant to the Rules Governing the

Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District

Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative

Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.  ARI HOLTZBLATT, may appear and participate in this

action on behalf of Twitter, Inc. The Clerk shall provide electronic notification

of all electronic filings to ARI HOLTZBLATT, at ari.holtzblatt@wilmerhale.com.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of September, 2021.

_____
HONORABLE ROBERT N. SCOLA
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record via CM/ECF