UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:21-CV-22441-SCOLA/GOODMAN

_____

DONALD J. TRUMP, et al.,

                Plaintiffs,

v.

TWITTER, INC., and JACK DORSEY,

                Defendants.

_____

**DECLARATION OF PATRICK J. CAROME
IN SUPPORT OF TWITTER, INC.'S MOTION TO TRANSFER**

I, Patrick J. Carome, declare under penalty of perjury that the following is true and correct:

    1.    I am a Partner at the law firm of Wilmer, Cutler, Pickering, Hale and Dorr LLP and am counsel for defendant Twitter, Inc. in this action. I am over 18 years of age. I have personal knowledge of the facts set forth below, and if called as a witness I could and would testify as discussed below.

    2.    The document attached hereto as Exhibit A is a true and accurate copy of Twitter's Terms of Service. These same Terms are also available on Twitter's website at https://twitter.com/en/tos.

    3.    The document attached hereto as Exhibit B is a true and accurate copy of Twitter's Rules, also available on Twitter's website at https://help.twitter.com/en/rules-and-policies/twitter-rules. This document includes links to information about specific Twitter policies, including the items at Exhibits C, D, and E.

4. The document attached hereto as Exhibit C is a true and accurate copy of Twitter's Glorification of Violence Policy, also available on Twitter's website at https://help.twitter.com/en/rules-and-policies/glorification-of-violence.

5. The document attached hereto as Exhibit D is a true and accurate copy of Twitter's COVID-19 Misleading Information Policy, also available on Twitter's website at https://help.twitter.com/en/rules-and-policies/medical-misinformation-policy.

6. The document attached hereto as Exhibit E is a true and accurate copy of Twitter's Enforcement Philosophy, also available on Twitter's website at https://help.twitter.com/en/rules-and-policies/enforcement-philosophy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 1st day of September, 2021, in Washington, D.C.

/s/ *Patrick J. Carome*
Patrick J. Carome

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 1, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Peter W. Homer*
Peter W. Homer
