UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:21-cv-22441-SCOLA/GOODMAN

_____

DONALD J. TRUMP, et al.,

                           Plaintiffs,

v.

TWITTER, INC., and JACK DORSEY,

                           Defendants.

_____

**NOTICE OF SIMILAR ACTION**

Pursuant to Local Rule 3.8, Defendant Twitter, Inc. ("Twitter") hereby gives notice of a lower-numbered, similar action filed by plaintiff Donald J. Trump against different defendants: *Trump et al. v. Facebook, Inc. et al.*, No. 1:21-cv-22440, pending before Judge Williams. There is also a higher-numbered, similar action: *Trump et al. v. YouTube, LLC et al.*, No. 1:21-cv-22445, pending before Judge Moore.[1]

---

[1] This notice is filed only on behalf of Twitter, and not defendant Jack Dorsey. By submitting this notice, Twitter in no way waives the enforceability of a forum selection clause or any applicable motions under Federal Rule of Civil Procedure 12(b).

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Patrick J. Carome (*pro hac vice* pending) | /s/Peter W. Homer |
| Ari Holtzblatt (*pro hac vice* pending) | Peter W. Homer (FL Bar No. 291250) |
| WILMER CUTLER PICKERING | HOMER BONNER |
|     HALE AND DORR LLP | 1200 Four Seasons Tower |
| 1875 Pennsylvania Ave. NW | 1441 Brickell Ave. |
| Washington, D.C. 20006 | Miami, FL 33131 |
| Tel.: (202) 663-6800 | Tel.: (305) 350-5139 |
| Fax: (202) 663-6363 | Fax: (305) 982-0063 |
| patrick.carome@wilmerhale.com | phomer@homerbonner.com |
| Felicia H. Ellsworth (*pro hac vice* pending) |  |
| WILMER CUTLER PICKERING | ***Attorneys for Defendant Twitter, Inc.*** |
|     HALE AND DORR LLP |  |
| 60 State Street |  |
| Boston, MA 02109 |  |
| Tel.: (617) 526-6000 |  |
| Fax: (617) 526-5000 |  |
| felicia.ellsworth@wilmerhale.com |  |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 1, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Peter W. Homer*
Peter W. Homer