UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 1:21-cv-22441-RNS-JG

DONALD J. TRUMP, the Forty-Fifth President
of the United States, LINDA CUADROS,
AMERICAN CONSERVATIVE UNION,
RAFAEL BARBOZA, DOMINICK LATELLA,
WAYNE ALLEN ROOT, AND NAOMI WOLF,
INDIVIDUALLY AND ON BEHALF OF
THOSE SIMILARLY SITUATED,

      Plaintiffs,

v.

TWITTER, INC., and JACK DORSEY,

      Defendants.

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO DEFENDANT TWITTER'S MOTION TO TRANSFER**

      Plaintiffs, Donald J. Trump, Linda Cuadros, American Conservative Union, Rafael Barboza, Dominick Latella, Wayne Allen Root, Naomi Wolf, individually and on behalf of those similarly situated, hereby move this Honorable Court for an **unopposed** extension of time to file Plaintiffs' Response to the Motion to Transfer ("Motion") filed by Defendant Twitter, Inc. ("Twitter"), and state as follows:

1. In its Motion, Twitter seeks to transfer this action to the Northern District of California.

2. Twitter's motion addresses the applicability of its terms of service ("TOS") and, in particular, the forum selection clause contained therein.

3. Twitter's Motion necessarily involves issues of meaningful complexity and considerable importance for this case.

4. Undersigned counsel has communicated with counsel for Twitter regarding an extension of time to respond.

5. Undersigned and counsel for Twitter have each agreed to extend the response and reply periods by seven (7) days.

6. As Twitter's Motion was filed on September 1, 2021, Plaintiffs are moving this Court to extend the deadline for the response from September 15, 2021, to September 22, 2021.

7. The date for Twitter's reply would in turn be extended seven (7) days, this moving its reply from September 30, 2021 to October 7, 2021.

8. Undersigned counsel has conferred with Defendant's counsel, who confirmed that this motion for an extension of time is **unopposed**.

9. This is Plaintiffs' first requested extension regarding same.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant an extension of time of seven (7) days, up to and including September 22, 2021, to file the response, and an extension of seven days, up to and including October 7, 2021, for Twitter to file its reply, and for such other and further relief as the Court deems appropriate.

Respectfully submitted,

/s/ *Matthew Lee Baldwin*
Matthew L. Baldwin, Esq.
Florida Bar No. 27463
VARGAS GONZALEZ
BALDWIN DELOMBARD, LLP
815 Ponce De Leon Blvd., Third Floor
Coral Gables, FL  33134
Telephone: 305.631.2528
E-mail: Matthew@VargasGonzalez.com

E-service: Service8@VargasGonzalez.com

/s/ Carlos Trujillo
Carlos Trujillo, Esq.
Florida Bar No. 42697
VARGAS GONZALEZ
BALDWIN DELOMBARD, LLP
815 Ponce De Leon Blvd., Third Floor
Coral Gables, FL  33134
Telephone: 305.631.2528
E-mail: Ctrujillo@VargasGonzalez.com
E-service: Service8@VargasGonzalez.com
*Of Counsel*

JOHN P. COALE *(Pro Hac Vice)*
2901 Fessenden St. NW
Washington, D.C. 20008
Telephone: (202) 255-2096
E-mail: johnpcoale@aol.com

JOHN Q. KELLY (*Pro Hac Vice*)
E-mail: jqkelly@ibolaw.com
IVEY, BARNUM & O'MARA, LLC
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000
Facsimile: (203) 661-9461

RYAN S. TOUGIAS *(Pro Hac Vice)*
E-mail: rtougias@ibolaw.com
IVEY, BARNUM & O'MARA, LLC
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000
Facsimile: (203) 661-9461

RICHARD P. LAWSON, ESQ.
Florida Bar No. 165085
Gardner Brewer Martinez-Monfort P.A.
400 North Ashley Drive, Ste. 1100
Tampa, Florida 33602
(813) 221-9600 Telephone
(813) 221-9611 Fax
Primary Email: rlawson@gbmmlaw.com
Secondary Email: litigation@gbmmlaw.com

LUIS MARTINEZ-MONFORT, ESQ.
Florida Bar No. 0132713
Gardner Brewer Martinez-Monfort P.A.
400 North Ashley Drive, Ste. 1100
Tampa, Florida 33602
(813) 221-9600 Telephone
(813) 221-9611 Fax
Primary Email: rlawson@gbmmlaw.com
Secondary Email:  litigation@gbmmlaw.com

## LOCAL RULE 7.1(a)(3) CERTIFICATION

In accordance with Local Rule 7.1(a)(3), Plaintiff's counsel has conferred with Defendants' counsel regarding this motion.  Twitter's counsel has advised that they have no objection to the requested additional time for the response and reply.

By:   */s/ Matthew Lee Baldwin*
        Matthew L. Baldwin, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF and electronically provided to all Counsel of Record registered for service of same.

By:   */s/ Matthew Lee Baldwin*
        Matthew L. Baldwin, Esq.