# 5 September, 2021 12:55

To be printed out at the public library in Chester, VT 05143 and mailed
to Honorable Judge Robert N. Scola, probably about Wed. Sept. 8, 2021

From: Cris Ericson
879 Church Street
Chester, Vermont 05143-9375
(802)875-4038
crisericson@aceweb.com on public wifi

To: Federal Judge Robert N. Scola
United States District Court
Southern District of Florida
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue, 8th floor
Miami, FL 33128

RE: DONALD J. TRUMP, et al., v. TWITTER INC., et. al.
Case 1:21-cv-22441-RNS-JG

REQUEST TO COURT FOR A SUB-CLASS: Rule 23. Class Actions (c)(5) Subclasses.
in the Class Action lawsuit DONALD J. TRUMP v. TWITTER Case No. 1:21-cv-22441-RNS-JG

Statement of Facts:

While I was on the official election ballot in Vermont, after winning a Statewide primary election as a Progressive Party
candidate, (Progressive Party is a major political party in Vermont), and prior to the Nov. 3, 2020 general election,
Twitter allowed me to log in, but then refused to allow me to post tweets, harming my chances of being elected
to political office by censoring me. Because I was censored by social media, I could not reach Vermonters who
leave Vermont in autumn and vote on absentee write in ballots from FLORIDA.

Jurisdiction:

Censorship of a political candidate who won a primary election, but was censored before the Nov. 3, 2020 election
may in fact have happened to 2020 Republican candidate Laura Loomer in FLORIDA. We both lost to Democrats.
This scheme by social media to help Democrats win by censoring some candidates, may have happened to other
candidates for Federal, State or local office nationwide; therefore, I request a sub-class in Trump v. Twiiter.

Legal Argument for a Sub-Class:

Title 47 U.S.C. Section 230 forbids violations of federal criminal laws and Twitter allegedly violated federal election

laws: 18 U.S.C. Section 600 and 52 U.S.C. Section 30121(a)(1)(A).

Table of Authorities

Title 18 U.S.C. Section 600: Whoever, directly or indirectly, promises any benefit, provided for or made possible

in whole or in part by any Act of Congress, (such as Title 47 U.S.C. Section 230) to any person (TWITTER is a

corporate "person") as consideration for any political activity (such as censoring a political candidate)

in opposition to any candidate or any political party in connection with any primary or general election to any

political office shall be fined under this title...

Title 52 U.S.C. Section 30121 (a) Prohibition: It shall be unlawful for (1) a foreign national, (Twitter allegedly earns

money from foreign nationals and allegedly does not segregate the funds) directly or indirectly, to make

(A) a contribution or other thing of value (censoring candidates competing for elected political office is of value

to the opposing candidates who are not censored) in connection with a Federal, State, or local election; ...

Title 47 U.S.C. Section 230 prohibits violations of any federal criminal law.

Apology to the Court and request for a variance in Rules:

I ask for a variance in Rules because I am not an attorney. If the Court wants to appoint an attorney to

represent me and prospective sub-class members pro-bono, (contingency fee only upon winning a financial settlement for personal injury and punitive damages), that would be greatly appreciated. I am a senior citizen on a tiny fixed income and may qualify for an in-forma pauperis form, but I don't

want to litigate on my own because I can not afford wifi or broadband at home and I use the public wifi

which often cuts off internet connection and email, and it snows up to six months a year in Vermont

making it difficult to get to public wifi. There is no bus or taxi in Chester, VT 05143 to get to the library.

Summary:

REQUEST THE HONORABLE COURT to allow a subclass of candidates who were on the primary or general election ballots in their States, but who were censored by social media,
allegedly wrongfully altering the outcome of the Nov. 3, 2020 General Election in the U.S.A.
Living below the poverty level, I want to stress that even poor people have a right to vote,
and even poor people have a right to run for elected office.

Cris Ericson (802)875-4038

By public wifi email to the following:

Cris Ericson
Sept. 7, 2021

JOSHUA KOLSKY
United States Department of Justice
joshua.kolsky@usdoj.gov
Attorney for the United States

Matthew L. Baldwin, Esq
VARGAS GONZALEZ
BALDWIN DELOMBARD, LLP
Matthew@VargasGonzalez.com
Service8@VargasGonzalez.com

JOHN P. COALE
johnpcoale@aol.com

FRANK C. DUDENHEFER, JR.
fcdlaw@aol.com

JOHN Q. KELLY
jqkelly@ibolaw.com

MICHAEL J. JONES
mjones@ibolaw.com

ROLAND A. PAUL
rpaul@ibolaw.com

RYAN S. TOUGIAS
rtougias@ibolaw.com

SEAN M. HAMILL
shamill@ibolaw.com

Attorneys for Defendant TWITTER:

Patrick J. Carome
patrick.carome@wilmerhale.com

Felicia H. Ellsworth
felicia.ellsworth@wilmerhale.com

Peter W. Homer
HOMER BONNER
phomer@homerbonner.com

CRIS ERICSON
879 CHURCH ST
CHESTER, VT 05143-9375

WHITE RIV JCT VT 050
07 SEP 2021 PM 1 T

HONORABLE JUDGE ROBERT N. SCOLA
U.S.D.C., Southern District of FLORIDA
Wilkie D. Ferguson, Jr. U.S. COURT HOUSE
400 North Miami Avenue, 8th floor
MIAMI, FL 33128