## U.S. District Court
## Southern District of Florida (Miami)
## CIVIL DOCKET FOR CASE #: 1:21−cv−22441−RNS
### *Internal Use Only*

| | |
|---|---|
| Trump et al v. Twitter, Inc et al | Date Filed: 07/07/2021 |
| Assigned to: Judge Robert N. Scola, Jr | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Jonathan Goodman | Nature of Suit: 440 Civil Rights: Other |
| Cause: 28:1331 Fed Question: Fed Communications Act of 1 | Jurisdiction: Federal Question |

**Plaintiff**

**Donald J. Trump**
*the Forty−Fifth President of the United States*

represented by **Frank C. Dudenhefer , Jr.**
The Dudenhefer Law Firm, LLC
2721 St. Charles Ave, Suite 2A
New Orleans, LA 70130
(504) 616−5226
Email: FcdLaw@aol.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John P. Coale**
2901 Fessenden St. NW
Washington, DC 20008
(202) 255−2096
Email: johnpcoale@aol.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Q. Kelly**
Ivey, Barnum & O'Mara
170 Mason Street
Greenwich, CT 06830
(203) 661−6000
Email: jqkelly@ibolaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Jones**
Ivey, Barnum & O'Mara
170 Mason Street
Greenwich, CT 06830
(203) 661−6000
Email: mjones@ibolaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Polk Lawson**
Gardner Brewer Martinez Monfort
400 N. Ashley Dr.

|  |  | Ste. 1100<br>Tampa, FL 33602<br>813–221–9600<br>Email: rlawson@gbmmlaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Roland A. Paul**<br>Ivey Barnum & O'Mara<br>170 Mason Street<br>Greenwich, CT 06830<br>(203) 661–6000<br>Email: rpaul@ibolaw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ryan Tougias**<br>Ivey, Barnum & O'Mara<br>170 Mason Street<br>Greenwich, CT 06830<br>203–661–6000<br>Email: rtougias@ibolaw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Sean M. Hamill**<br>Ivey, Barnum & O'Mara<br>170 Mason Street<br>Greenwich, CT 06830<br>(203) 661–6000<br>*ATTORNEY TO BE NOTICED*<br><br>**Matthew Lee Baldwin**<br>Vargas Gonzalez Hevia Baldwin, LLP<br>815 Ponce de Leon Blvd.<br>Third Floor<br>Coral Gables, FL 33134<br>(305) 631–2528<br>Fax: (305) 631–2741<br>Email: MBaldwin@VargasGonzalez.com<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Linda Cuadros** | represented by | **Frank C. Dudenhefer , Jr.**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**John P. Coale**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**John Q. Kelly**<br>(See above for address) |

                                        *ATTORNEY TO BE NOTICED*

                                        **Michael J. Jones**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Polk Lawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roland A. Paul**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan Tougias**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sean M. Hamill**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Lee Baldwin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**American Conservative Union**
*INDIVIDUALLY AND ON BEHALF OF THE CLASS*

represented by **Frank C. Dudenhefer , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John P. Coale**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Q. Kelly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Jones**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Polk Lawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roland A. Paul**

|  |  |  |
|---|---|---|
|  |  | (See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Ryan Tougias**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Sean M. Hamill**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Matthew Lee Baldwin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Twitter, Inc** | represented by | **Peter W. Homer**<br>Homer Bonner Jacobs, P.A.<br>1441 Brickell Avenue<br>Four Seasons Tower Suite 1200<br>Miami, FL 33131<br>305−350−5100<br>Fax: 305−372−2738<br>Email: PHomer@homerbonner.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Ari Holtzblatt**<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>202−663−6964<br>Email: ari.holtzblatt@wilmerhale.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Felicia Ellsworth**<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>617−526−6000<br>Email: felicia.ellsworth@wilmerhale.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

4

**Patrick J. Carome**
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
202–663–6921
Email: patrick.carome@wilmerhale.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jack Dorsey**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/07/2021 | 1 | | COMPLAINT against Jack Dorsey, Twitter, Inc. Filing fees $ 402.00 receipt number AFLSDC–14825136, filed by DONALD J TRUMP, American Conservative Union, Linda Cuadros. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Summon(s) Summons (Dorsey), # 3 Summon(s) Summons (Twitter))(Baldwin, Matthew) (Entered: 07/07/2021) |
| 07/07/2021 | 2 | | Clerks Notice of Judge Assignment to Judge Robert N. Scola, Jr. Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Jonathan Goodman is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent. Pro se (NON–PRISONER) litigants may receive Notices of Electronic Filings (NEFS) via email after filing a Consent by Pro Se Litigant (NON–PRISONER) to Receive Notices of Electronic Filing. The consent form is available under the forms section of our website. (amb) (Entered: 07/07/2021) |
| 07/07/2021 | 3 | | Summons Issued as to Jack Dorsey, Twitter, Inc. (amb) (Entered: 07/07/2021) |
| 07/08/2021 | 4 | | Bar Letter re: Admissions sent to attorney John P. Coale, Frank C. Dudenhefer Jr, John Q. Kelly, Michael J. Jones, Roland A. Paul, Ryan S. Tougias, Sean M. Hamill, mailing date July 8, 2021, (pt) (Entered: 07/08/2021) |
| 07/09/2021 | 5 | | NOTICE by American Conservative Union, Linda Cuadros, DONALD J TRUMP *of Constitutional Question* (Attachments: # 1 Exhibit Exhibit A–Complaint) (Baldwin, Matthew) (Entered: 07/09/2021) |
| 07/09/2021 | 6 | | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Frank C. Dudenhefer, Jr.. Filing Fee $ 200.00 Receipt # AFLSDC–14832336 by American Conservative Union, Linda Cuadros, DONALD J TRUMP. Responses due by 7/23/2021 (Attachments: # 1 Certification Certification of Frank C. Dudenhefer, Jr., # 2 Text of Proposed Order Proposed Order)(Baldwin, Matthew) (Entered: 07/09/2021) |
| 07/09/2021 | 7 | | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for John P. Coale. Filing |

| | | | |
|---|---|---|---|
| | | | Fee $ 200.00 Receipt # AFLSDC–14832355 by American Conservative Union, Linda Cuadros, DONALD J TRUMP. Responses due by 7/23/2021 (Attachments: # 1 Certification Certification of John P. Coale, # 2 Text of Proposed Order Proposed Order)(Baldwin, Matthew) (Entered: 07/09/2021) |
| 07/09/2021 | 8 | | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for John Q. Kelly. Filing Fee $ 200.00 Receipt # AFLSDC–14832364 by American Conservative Union, Linda Cuadros, DONALD J TRUMP. Responses due by 7/23/2021 (Attachments: # 1 Certification Certification of John Q. Kelly, # 2 Text of Proposed Order Proposed Order)(Baldwin, Matthew) (Entered: 07/09/2021) |
| 07/09/2021 | 9 | | Order Requiring Discovery and Scheduling Conference and Order Referring Discovery Matters to the Magistrate Judge Jonathan Goodman. Signed by Judge Robert N. Scola, Jr on 7/7/2021. *See attached document for full details.* (ebz) (Entered: 07/09/2021) |
| 07/12/2021 | 10 | | PAPERLESS ORDER: The Court grants 6 7 motions to appear pro hac vice, consent to designation, and request to electronically receive notices of electronic filing. Attorneys Frank C. Dudenhefer, Jr and John P. Coale are given permission to appear and participate in this matter on behalf of Plaintiff Donald J. Trump. The Clerk of the Court is directed to provide this attorney with notification of all electronic filings via the email address set forth in the motions.<br><br>The Court denies without prejudice 8 motion to appear pro hac vice, consent to designation, and request to electronically receive notices of electronic filing. The Clerk of Court could not locate Attorney John Q. Kelly as a member in good standing of the District of Columbia Bar listed in the motion. Signed by Judge Robert N. Scola, Jr. (agn) (Entered: 07/12/2021) |
| 07/12/2021 | | | Attorney John Q. Kelly representing TRUMP, DONALD J (Plaintiff) and Cuadros, Linda (Plaintiff) and American Conservative Union (Plaintiff); terminated. Notice of Termination delivered by US Mail to John Kelly. SEE DE 10 ORDER (ail) (Entered: 07/12/2021) |
| 07/12/2021 | 11 | | Corrected MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for John Q. Kelly. Filing Fee $ 200.00 Receipt # AFLSDC–14838946 by American Conservative Union, Linda Cuadros, DONALD J TRUMP. Responses due by 7/26/2021 (Attachments: # 1 Certification Certification – John Q. Kelly, # 2 Text of Proposed Order Proposed Order)(Baldwin, Matthew) (Entered: 07/12/2021) |
| 07/13/2021 | | | Attorney John Q. Kelly representing Trump, Donald J. (Plaintiff) and Cuadros, Linda (Plaintiff) and American Conservative Union (Plaintiff); Activated. (pt) (Entered: 07/13/2021) |
| 07/13/2021 | 12 | | PAPERLESS ORDER: The Court grants 11 corrected motion to appear pro hac vice, consent to designation, and request to electronically receive notices of electronic filings. Attorney John Q. Kelly is given permission to appear and participate in this matter on behalf of Plaintiff Donald J. Trump. The Clerk of the Court is directed to provide this attorney with notification of all electronic filings via the email address set forth in the motion. Signed by Judge Robert N. |

| | | | |
|---|---|---|---|
| | | | Scola, Jr. (agn) (Entered: 07/13/2021) |
| 07/13/2021 | 13 | | MAGISTRATE JUDGE GOODMAN'S DISCOVERY PROCEDURES ORDER. Signed by Magistrate Judge Jonathan Goodman on 7/13/2021. *See attached document for full details.* (krk) (Entered: 07/13/2021) |
| 07/14/2021 | 14 | | NOTICE OF IMPROPER COMMUNICATION WITH THE COURT. On July 13, 2021, the Court received the attached email from George Benavides seeking permission to file a complaint in this action because Twitter has shutdown or blocked his account. Local Rule 7.7 prohibits communication with the Court unless invited or directed by the presiding Judge. S.D. Fla. L.R. 7.7. The Court has neither invited nor directed Mr. Benavides to correspond with chambers and thus, the communication is a violation of the Local Rules. Moreover, to the extent Mr. Benavides requests that the Court construe the correspondence as a motion, that request is denied. Local Rule 7.1(a)(3) requires that prior to filing a motion in a civil case, the movant shall confer with all parties and nonparties who may be affected by the relief sought. Here, it does not appear that Mr. Benavides has made any attempts to confer with the parties. The Clerk of the Court is directed to mail a copy of this order to Mr. Benavides at 1308 E. Common Street, Suite 205, Box 408, New Braunfels, Texas, 78130. Signed by Judge Robert N. Scola, Jr. *See attached document for full details.* (agn) (Entered: 07/14/2021) |
| 07/15/2021 | 15 | | CLERK'S NOTICE of Compliance re 14 Order. The attached has been mailed conventionally to George A. Bonavides. (ail) (Entered: 07/15/2021) |
| 07/16/2021 | 16 | | MOTION for Leave to File Brief as Amici Curiae On the Issue of Standing In Partial Support and In Partial Opposition of Plaintiffs by Chris Sevier, John Gunter, Jr, Rich Penkoski. (ail) (Entered: 07/19/2021) |
| 07/16/2021 | 17 | | "STRICKEN" AMICUS CURIAE BRIEF by John Gunter, Jr, Rich Penkoski, Chris Sevier. (ail) Modified on 7/27/2021 (ls). (per DE # 20 ) (Entered: 07/19/2021) |
| 07/21/2021 | 18 | | District Court Certification of Constitutional Question Signed by Judge Robert N. Scola, Jr on 7/21/2021. *See attached document for full details.* (ail) (Entered: 07/21/2021) |
| 07/22/2021 | 19 | | NOTICE of Compliance re 18 Order. Certified mailing receipt attached. (ail) (Entered: 07/22/2021) |
| 07/27/2021 | 20 | | ORDER denying 16 Motion for Leave to File Brief as Amici Curiae. Striking 17 Proposed Amicus Brief. Signed by Judge Robert N. Scola, Jr. on 7/27/2021. *See attached document for full details.* (ls) (Entered: 07/27/2021) |
| 07/27/2021 | 21 | | First AMENDED COMPLAINT against All Defendants, filed by American Conservative Union, Linda Cuadros, Donald J. Trump.(Baldwin, Matthew) (Entered: 07/27/2021) |
| 07/30/2021 | 22 | | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Michael J. Jones. Filing Fee $ 200.00 Receipt # AFLSDC–14889717 by American Conservative Union, |

| | | | |
|---|---|---|---|
| | | | George A. Benavides, Linda Cuadros, John Gunter, Jr, Rich Penkoski, Chris Sevier, Donald J. Trump. Attorney Matthew Lee Baldwin added to party George A. Benavides(pty:ip), Attorney Matthew Lee Baldwin added to party John Gunter, Jr(pty:ip), Attorney Matthew Lee Baldwin added to party Rich Penkoski(pty:ip), Attorney Matthew Lee Baldwin added to party Chris Sevier(pty:ip). Responses due by 8/13/2021 (Attachments: # 1 Certification Certification of Michael J. Jones, # 2 Text of Proposed Order Proposed Order)(Baldwin, Matthew) (Entered: 07/30/2021) |
| 07/30/2021 | 23 | | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Ryan S. Tougias. Filing Fee $ 200.00 Receipt # AFLSDC−14889737 by American Conservative Union, Linda Cuadros, Donald J. Trump. Responses due by 8/13/2021 (Attachments: # 1 Certification Certification of Ryan S. Tougias, # 2 Text of Proposed Order Proposed Order)(Baldwin, Matthew) (Entered: 07/30/2021) |
| 07/30/2021 | 24 | | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Roland A. Paul. Filing Fee $ 200.00 Receipt # AFLSDC−14889760 by American Conservative Union, Linda Cuadros, Donald J. Trump. Responses due by 8/13/2021 (Attachments: # 1 Certification Certification of Roland A. Paul, # 2 Text of Proposed Order Proposed Order)(Baldwin, Matthew) (Entered: 07/30/2021) |
| 08/02/2021 | 25 | | NOTICE of Attorney Appearance by Richard Polk Lawson on behalf of American Conservative Union, Linda Cuadros, Donald J. Trump. Attorney Richard Polk Lawson added to party American Conservative Union(pty:pla), Attorney Richard Polk Lawson added to party Linda Cuadros(pty:pla), Attorney Richard Polk Lawson added to party Donald J. Trump(pty:pla). (Lawson, Richard) (Entered: 08/02/2021) |
| 08/02/2021 | 26 | | NOTICE of Change of Address, Email or Law Firm Name by Richard Polk Lawson (Lawson, Richard) (Entered: 08/02/2021) |
| 08/02/2021 | 27 | | PAPERLESS ORDER: The Court grants 22 23 24 motions to appear pro hac vice, consent to designation, and request to electronically receive notices. Attorneys Michael J. Jones, Ryan S. Tougias, and Roland A. Paul are given permission to appear and participate in this matter on behalf of Plaintiff American Conservative Union. The Clerk of the Court is directed to provide these attorneys with notification of all electronic filings via the email addresses set forth in the motions. Signed by Judge Robert N. Scola, Jr. (agn) (Entered: 08/02/2021) |
| 08/05/2021 | 28 | | NOTICE by American Conservative Union, Linda Cuadros, Donald J. Trump *of Entry of Parties* (Baldwin, Matthew) (Entered: 08/05/2021) |
| 08/12/2021 | 29 | | Clerks Notice to Filer re 21 Amended Complaint/Amended Notice of Removal. **Parties Not Added**; ERROR − The Filer failed to add all parties from the complaint/petition/removal, etc.. Filer is instructed to file a Notice of Entry of Parties Listed into CM/ECF and add the additional parties. Please add the parties RE DE#28. (cqs) (Entered: 08/12/2021) |
| 08/13/2021 | 30 | | Plaintiff's MOTION for Leave to File Excess Pages by Donald J. Trump. (Baldwin, Matthew) (Entered: 08/13/2021) |
| 08/16/2021 | 31 | | |

| | | | |
|---|---|---|---|
| | | | PAPERLESS ORDER: The Court denies without prejudice 30 the Plaintiff's motion for leave to file excess pages. The motion for leave fails to specify how many additional pages the Plaintiff requests for his forthcoming motion for preliminary injunction. Additionally, the motion lacks a certificate of conferral as required by Local Rule 7.1(a)(3). The Plaintiff contends that a certificate of conferral is not required because the Local Rule exempts motions for preliminary injunction. However, the subject motion is a motion for leave not a motion for preliminary injunction or any of the other of the motions exempted by the Rule. Accordingly, after meaningful conferral, the Plaintiff may refile a motion for leave to file excess pages curing the deficiency identified in this order. Signed by Judge Robert N. Scola, Jr. (agn) (Entered: 08/16/2021) |
| 08/19/2021 | 32 | | NOTICE of Attorney Appearance by Joshua Kolsky on behalf of United States of America. Attorney Joshua Kolsky added to party United States of America(pty:ip). (Kolsky, Joshua) (Entered: 08/19/2021) |
| 08/19/2021 | 33 | | MOTION to Stay *Intervention Deadline, and Acknowledgement of Notice of Constitutional Challenge* by United States of America. Responses due by 9/2/2021 (Attachments: # 1 Text of Proposed Order)(Kolsky, Joshua) (Entered: 08/19/2021) |
| 08/20/2021 | 34 | | NOTICE of Filing Proposed Summons(es) by American Conservative Union, Linda Cuadros, Donald J. Trump re 21 Amended Complaint/Amended Notice of Removal filed by Linda Cuadros, American Conservative Union, Donald J. Trump (Attachments: # 1 Summon(s)) (Baldwin, Matthew) (Entered: 08/20/2021) |
| 08/23/2021 | 35 | | Summons Issued as to Jack Dorsey, Twitter, Inc. (amb) (Entered: 08/23/2021) |
| 08/27/2021 | 36 | | PAPERLESS ORDER: The Court grants 33 the Government's Motion to Stay Intervention Deadline. On July 21, 2021, the Court certified a constitutional question to the U.S. Attorney General Merrick Garland, which provided "sixty (60) days... to intervene on behalf of the United States in this action." In its motion, the Government explains that the Plaintiffs have not filed any motion relating to the constitutional questions at issue and, therefore, requests that the Court stay the Government's deadline to intervene until the Parties have "the opportunity to confer and submit a proposed schedule for any anticipated briefing that would raise the constitutional challenge." [33 at 2] The Government's request is unopposed.<br><br>A stay of the intervention deadline is warranted in light of the fact that Plaintiffs have yet to file any motion raising the constitutional issues that were certified to the U.S. Attorney General. Accordingly, the Government's motion is granted. The deadline for the Government to intervene in the above−captioned case is hereby stayed. The Court will reopen the deadline for the Government to intervene once the Plaintiffs have filed a motion raising the constitutional issues that were certified to the U.S. Attorney General. The motion indicates that the Government and the Plaintiffs have discussed a potential briefing schedule for an anticipated motion for a preliminary injunction. Thus, the Government and the Plaintiffs are hereby directed to inform the Court as to any agreement reached with respect to how long it will take for the Government to respond to any forthcoming motion, if it so chooses. Signed by Judge Robert N. Scola, Jr. (agn) (Entered: 08/27/2021) |

| | | | |
|---|---|---|---|
| 08/31/2021 | 37 | | NOTICE by United States of America re 36 Order on Motion to Stay,,,,,, (Kolsky, Joshua) (Entered: 08/31/2021) |
| 09/01/2021 | 38 | | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Felicia H. Ellsworth. Filing Fee $ 200.00 Receipt # AFLSDC–14979056 by Twitter, Inc. Attorney Peter W. Homer added to party Twitter, Inc(pty:dft). Responses due by 9/15/2021 (Attachments: # 1 Exhibit A – Certification of Felicia H. Ellsworth, # 2 Exhibit B – Proposed Order)(Homer, Peter) (Entered: 09/01/2021) |
| 09/01/2021 | 39 | | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Patrick J. Carome. Filing Fee $ 200.00 Receipt # AFLSDC–14979058 by Twitter, Inc. Responses due by 9/15/2021 (Attachments: # 1 Exhibit A – Certification of Patrick J. Carome, # 2 Exhibit B – Proposed Order)(Homer, Peter) (Entered: 09/01/2021) |
| 09/01/2021 | 40 | | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Ari Holtzblatt. Filing Fee $ 200.00 Receipt # AFLSDC–14979063 by Twitter, Inc. Responses due by 9/15/2021 (Attachments: # 1 Exhibit A – Certification of Ari Holtzblatt, # 2 Exhibit B – Proposed Order)(Homer, Peter) (Entered: 09/01/2021) |
| 09/01/2021 | 41 | | MOTION To Transfer To The Northern District of California And Memorandum In Support Thereof by Twitter, Inc. (Attachments: # 1 Declaration of Patrick J. Carome, # 2 Exhibit A to Declaration of Patrick J. Carome, # 3 Exhibit B to Declaration of Patrick J. Carome, # 4 Exhibit C to Declaration of Patrick J. Carome, # 5 Exhibit D to Declaration of Patrick J. Carome, # 6 Exhibit E to Declaration of Patrick J. Carome)(Homer, Peter) (Entered: 09/01/2021) |
| 09/01/2021 | 42 | | Corporate Disclosure Statement by Twitter, Inc (Homer, Peter) (Entered: 09/01/2021) |
| 09/01/2021 | 43 | | Notice of Pending, Refiled, Related or Similar Actions by Twitter, Inc (Homer, Peter) (Entered: 09/01/2021) |
| 09/03/2021 | 44 | | PAPERLESS ORDER: The Court grants 38 39 and 40 motions to appear pro hac vice, consent to designation, and request to electronically receive notices. Attorneys Felicia Ellsworth, Patrick J. Carome, and Ari Holtzblatt are given permission to appear and participate in this matter on behalf of Defendant Twitter, Inc. The Clerk of the Court is directed to provide these attorneys with notification of all electronic filings via the email addresses set forth in the motions. Signed by Judge Robert N. Scola, Jr. (agn) (Entered: 09/03/2021) |
| 09/03/2021 | 45 | | WAIVER OF SERVICE Returned Executed by American Conservative Union, Linda Cuadros, Donald J. Trump. Twitter, Inc waiver sent on 9/2/2021, answer due 12/1/2021. (Baldwin, Matthew) (Entered: 09/03/2021) |
| 09/03/2021 | 46 | | WAIVER OF SERVICE Returned Executed by American Conservative Union, Linda Cuadros, Donald J. Trump. Jack Dorsey waiver sent on 9/2/2021, answer due 12/1/2021. (Baldwin, Matthew) (Entered: 09/03/2021) |
| 09/08/2021 | 47 | | Unopposed MOTION for Extension of Time to File Response/Reply/Answer as to 41 MOTION To Transfer To The Northern District of California And Memorandum In Support Thereof by American Conservative Union, Linda |

| | | | |
|---|---|---|---|
| | | | Cuadros, Donald J. Trump. (Baldwin, Matthew) (Entered: 09/08/2021) |
| 09/08/2021 | 48 | | MOTION for a Sub–Class in this Class Action lawsuit by Cris Ericson. (amb) (Entered: 09/09/2021) |
| 09/08/2021 | 49 | | MOTION for a Sub–Class in this Class Action lawsuit by Cris Ericson. (amb) (Entered: 09/09/2021) |
| 09/10/2021 | 50 | | PAPERLESS ORDER: The Court grants 47 the Plaintiffs' unopposed motion to respond to the Defendants' motion to transfer. The response is due on September 22, 2021, and the reply is due on October 7, 2021. Signed by Judge Robert N. Scola, Jr. (agn) (Entered: 09/10/2021) |
| 09/10/2021 | 51 | | PAPERLESS ORDER: The Court denies 48 nonparty Cris Ericson's motion for permission to file a subclass in this action. The Court construes this motion as a motion to intervene. The motion is denied for failure to confer with the parties affected by the relief sought as required by Local Rule 7.1(a)(3). Mr. Ericson attempts to bring claims on his own behalf and on behalf of a third party. However, the motion concedes that Mr. Ericson is unsure if that third party has suffered any harm. It would appear that Mr. Ericson has failed to confer with the parties in this case and with the third party mentioned in his motion. For these reasons, the motion is denied.<br><br>The Court also denies as moot 49 Mr. Ericson's duplicative motion for permission to file subclass. Signed by Judge Robert N. Scola, Jr. (agn) (Entered: 09/10/2021) |
| 09/13/2021 | 52 | | PAPERLESS ORDER: The Court directs the Clerk of the Court to mail a copy of 51 Order to nonparty Cris Ericson at the physical and email addresses provided in his motions: 879 Church Street, Chester, Vermont 05143, and crisericson@aceweb.com. Signed by Judge Robert N. Scola, Jr. (agn) (Entered: 09/13/2021) |
| 09/13/2021 | 53 | | PRO SE MOTION for a Sub–Class in this Class Action lawsuit dated 09/05/2021 by Cris Ericson. (jh) (Entered: 09/13/2021) |
| 09/13/2021 | | | Set/Reset Deadline as to 41 MOTION To Transfer To The Northern District of California And Memorandum In Support Thereof . Responses due by 9/22/2021 Replies due by 10/7/2021. SEE DE 50 ORDER (ail) (Entered: 09/13/2021) |
| 09/14/2021 | 54 | | CLERK'S NOTICE of Compliance re 52 Order. The Attached has been mailed to Cris Ericson both via conventional mailing and email. Additional Notice of Electronic Filing (NEF) sent to Cris Ericson (ail) (Entered: 09/14/2021) |
| 09/17/2021 | 55 | | PAPERLESS ORDER: The Court denies 53 Cris Ericson's motion for a subclass in this class action. The motion is duplicative of those already denied by this Court 51 and must be denied for the same reasons. The Court directs the Clerk of the Court to mail a copy of this Order to Cris Ericson at the physical and email addresses provided in his motions: 879 Church Street, Chester, Vermont 05143, and crisericson@aceweb.com. Signed by Judge Robert N. Scola, Jr. (agn) (Entered: 09/17/2021) |

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Ryan Tougias (rtougias@ibolaw.com), Joshua Kolsky
(joshua.kolsky@usdoj.gov), Ari Holtzblatt (ari.holtzblatt@wilmerhale.com), Richard Polk
Lawson (litigation@gbmmlaw.com, rlawson@gbmmlaw.com), Matthew Lee Baldwin
(bmuscillo@vargasgonzalez.com, complexparalegal@vargasgonzalez.com,
mbaldwin@vargasgonzalez.com), John Q. Kelly (jqkelly@ibolaw.com), Peter W. Homer
(marodriguez@homerbonner.com, phomer@homerbonner.com), Michael J. Jones
(mjones@ibolaw.com), Frank C. Dudenhefer, Jr (fcdlaw@aol.com), Felicia Ellsworth
(felicia.ellsworth@wilmerhale.com), Roland A. Paul (rpaul@ibolaw.com), John P. Coale
(johnpcoale@aol.com), Patrick J. Carome (patrick.carome@wilmerhale.com), Magistrate Judge
Jonathan Goodman (goodman@flsd.uscourts.gov), Judge Robert N. Scola, Jr
(scola@flsd.uscourts.gov)
--Non Case Participants: Herman Joseph Russomanno, III (herman2@russomanno.com), Maria
Josefa Beguiristain (jdisanti@whitecase.com, mbeguiristain@whitecase.com,
mco@whitecase.com), Matthew Lawrence Beville (alex.stewart@wilmerhale.com,
allison.schultz@wilmerhale.com, ari.holtzblatt@wilmerhale.com,
felicia.ellsworth@wilmerhale.com, michael.gustavsen@wilmerhale.com,
patrick.carome@wilmerhale.com, rishita.apsani@wilmerhale.com,
susan.pelletier@wilmerhale.com), Brendan J. Coffman (ageritano@wsgr.com)
--No Notice Sent:

Message-Id:21483875@flsd.uscourts.gov
Subject:Activity in Case 1:21-cv-22441-RNS Trump et al v. Twitter, Inc et al Order on
Motion for Miscellaneous Relief
Content-Type: text/html
```

## U.S. District Court

## Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 9/17/2021 at 1:46 PM EDT and filed on 9/17/2021

**Case Name:**       Trump et al v. Twitter, Inc et al

**Case Number:**     1:21-cv-22441-RNS

**Filer:**

**Document Number:** 55(No document attached)

**Docket Text:**
 **PAPERLESS ORDER: The Court denies [53] Cris Ericson's motion for a subclass in this class action. The motion is duplicative of those already denied by this Court [51] and must be denied for the same reasons. The Court directs the Clerk of the Court to mail a copy of this Order to Cris Ericson at the physical and email addresses provided in his motions: 879 Church Street, Chester, Vermont 05143, and crisericson@aceweb.com. Signed by Judge Robert N. Scola, Jr. (agn)**

**1:21-cv-22441-RNS Notice has been electronically mailed to:**

Ari Holtzblatt &nbsp &nbsp ari.holtzblatt@wilmerhale.com

Felicia Ellsworth &nbsp &nbsp felicia.ellsworth@wilmerhale.com

Frank C. Dudenhefer , Jr &nbsp &nbsp FcdLaw@aol.com

John P. Coale &nbsp &nbsp johnpcoale@aol.com

John Q. Kelly &nbsp &nbsp jqkelly@ibolaw.com

Joshua Kolsky &nbsp &nbsp joshua.kolsky@usdoj.gov

Matthew Lee Baldwin &nbsp &nbsp MBaldwin@VargasGonzalez.com, BMuscillo@VargasGonzalez.com, ComplexParalegal@VargasGonzalez.com

Michael J. Jones &nbsp &nbsp mjones@ibolaw.com

Patrick J. Carome &nbsp &nbsp patrick.carome@wilmerhale.com

Peter W. Homer &nbsp &nbsp PHomer@homerbonner.com, marodriguez@homerbonner.com

Richard Polk Lawson &nbsp &nbsp rlawson@gbmmlaw.com, litigation@gbmmlaw.com

Roland A. Paul &nbsp &nbsp rpaul@ibolaw.com

Ryan Tougias &nbsp &nbsp rtougias@ibolaw.com

**1:21−cv−22441−RNS Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1−888−318−2260.:**

Cris Ericson
879 Church Street
Chester, VT 05143

George A. Benavides
1308 E. Common St., Suite 205 Box 408
New Braunfels, TX 78130

Sean M. Hamill
Ivey, Barnum & O'Mara
170 Mason Street
Greenwich, CT 06830