

http://politics2022.org

# 13 September, 2021 10:17

**≗ TRUST SOMEONE! 2020 VOTE CRIS ERICSON - PROGRESSIVE     ● 13 Sep 2021**
**■ LATEST**



Sept. 13, 2021 open letter on my blog **http://politics2022.org**
From: Cris Ericson
879 Church Street
Chester, Vermont 05143-9375
(802)875-4038

To: Federal Judge Robert N. Scola
United States District Court
Southern District of Florida
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue, 8th floor
Miami, FL 33128

RE: DONALD TRUMP v. TWITTER INC.
Case 1:21-cv-22441-RNS

AMENDED REQUEST IN RESPONSE TO HONORABLE JUDGE ROBERT N. SCOLA'S

September 10, 2021, Local Rule 7.1(a)(3) DENIAL OF REQUEST FOR SUBCLASS Motion to Intervene

(1) I have emailed all attorneys for Plaintiff, Donald J. Trump and Class.

(2) I have emailed all attorneys for Defendant, Twitter and Jack Dorsey.

(3) I have emailed the Dept. of Justice, Civil Division Attorney.

(4) I have tried to locate Laura Loomer who was on the Florida primary election ballot as a Republican political candidate for U.S. Congress 2020 but was still being banned from TWITTER prior to the Nov. 3, 2020 election, which she lost to a Democrat.

**https://www.newswars.com/censored-laura-loomer-addresses-twitter-ban-statement/**
"Aug 02, 2021. My Name is Laura Loomer. As many of you may have heard, I was permanently banned from Twitter for life on November 21, 2018..."

I can not find a curent telephone number or email for Laura Loomer.
Loomer v. Twitter Case 9:19-cv-81179-RAR
U.S.D.C. Southern District of Florida, Palm Beach County Division
Illominate Media, Inc. and Laura Lommer, Plaintiffs
v. CAIR Florida Inc., CAIR Foundation, and TWITTER, Defendants.
Case 9:19-cv-81179-RAR The case is about TWITTER'S ban of Laura Loomer and Plaintiff's speculation that CAIR-Florida must have done something to cause Twitter to ban her in late November 2018. CAIR is the Council on American Islamic Relations.

(5) Laura Loomer's previous legal action was not based on the same codes and statutes that my proposed subclass request is based on herein, so this is a different legal cause of action.

Statement of Facts:

I was on the official election ballot in Vermont 2020 for statewide offices after having won the Progressive Party Primary Election (Progressive Party is a major political party under Vermont law) for Lt. Governor, Attorney General, Auditor, Treasurer and Secretary of State, as allowed under Vermont law.

Before the Nov. 3, 2020 General Election in Vermont,
where I was on the official Vermont Election Ballot for
a total of five statewide offices, I experienced being CENSORED by
TWITTER and Jack Dorsey.

In Donald J. Trump's Class Action, DONALD TRUMP v. TWITTER INC.
Case 1:21-cv-22441-RNS it is stated:

"III. DEMOCRAT LEGISLATORS COERCED DEFENDANTS TO CENSOR THE
PLAINTIFF AND PUTATIVE CLASS MEMBERS
48. Democrat legislators in Congress feared Plaintiff's skilled use of social media as a
threat to their own re-election efforts. These legislators exerted overt coercion,
using both words and actions, to direct Defendants to censor the views and
content which Democrat Members of Congress disagreed with, of both Plaintiff
and Putative Class Members."

I propose myself, Cris Ericson, CENSORED by TWITTER and Jack Dorsey,
as a subclass lead plaintiff to represent
all 2018 and 2020 political candidates for any federal, state or local office
who were CENSORED by TWITTER and Jack Dorsey before any primary
election or general election in the U.S.A. because U.S. Senator Patrick Leahy
and/or U.S. Senator Bernie Sanders and/or U.S. Congressman Peter Welch
may have asked Jack Dorsey and TWITTER to CENSOR me:

(a) During a past political campaign, when I was on the Vermont
November general election ballot for Representative to U.S. Congress,
WNYT told me that Democrat U.S. Congressman Peter Welch's office
contacted them and told them he did not want me to appear with
my dog again, because the dog would get all the votes. This
leads me to question if U.S. Congressman Peter Welch contacted
TWITTER or Jack Dorsey at any time and asked them to censor me?

(b) In a live televised debate in a past political campaign, when
I was on the Vermont ballot for Representative to U.S. Congress,
I appeared on CCTV in Burlington, Vermont running against
Democrat U.S. Congressman Peter Welch when he said he had taken
no political campaign contributions from defense contractors
and I stated that he was not telling the truth because in the previous
week he had been photographed in the Burlington Free Press
with U.S. Senator Patrick Leahy smiling and holding up their
campaign checks for thousands of dollars from a defense
contractor. Did either U.S. Senator Patrick Leahy or

U.S. Congressman Peter Welch at any time contact Jack Dorsey
or TWITTER and tell them to censor me?

(c) In a past political campaign, in a live televised debate,
when I was on the Vermont ballot for U.S. Senate,
I stated that Democrat U.S. Senator Patrick Leahy repeatedly took
political campaign donations from my opposing attorneys' PAC
(I was pro se, informa pauperis) while my case was in the federal
courts, and my case was dismissed (Supreme Court of the United
States Docket # 99-6899). He stated, live on television, that it was
past the statute of limitations, but he did not deny repeatedly
taking political campaign donations from the PAC of my opposing
attorneys (in a case originating in CALIFORNIA, where I had
been injured while working on a movie set with so called "trade secret"
"harmless special effects", a fraudulent term in commerce
in my opinion for PETN, lead azide and lead styphnate squibs and
detonators which took seven years in courts to file a complaint against
state OSHA and bring in federal OSHA to get the material safety data
hazard sheets for these military high explosives which they had conceled).
At any time did U.S. Senator Patrick Leahy ask
Jack Dorsey or TWITTER to censor me?

(d) In a past political campaign, in a live televised debate,
I was on the Vermont ballot for U.S. Senate and
I stated that U.S. Senator Bernie Sanders
was not telling the truth about the F-35 strike fighter jets
when he stated that they had no nuclear components.
They are now the subject of controversy
because U.S. Senator Bernie Sanders won his
campaign to have them based in the most populated city
in the most populated county in Vermont causing citizens
and children to be injured by the noise and vibration, etc.
At any time did U.S. Senator Bernie Sanders contact Jack Dorsey or
TWITTER and ask them to censor me?

(e) In 2018 I was on the official election ballot in Vermont
as a candidate for Represenative to U.S. Congress
and Vermont PBS refused to include me in political candidate
debates.
Did U.S. Congressman Peter Welch ask them to exclude me?
**www.fec.gov** › files › legal › murs › 7619 › 7619
RE: MUR 7619. The Federal Election Commission

Did U.S. Congressman Peter Welch ask TWITTER and Jack Dorsey to CENSOR me?

I feel that every election in Vermont has been unfair because I have been excluded from some candidate debates and forums every campaign season. Now, I am aware of the wrongful CENSORSHIP against me by TWITTER and Jack Dorsey.

2004, 2010, and 2016 I was on the official November general election ballot for U.S. Senator in Vermont running against Democrat U.S. Senator Patrick Leahy.
2006 and 2012 I was on the official November general election ballot in Vermont for U.S. Senator running against U.S. Senator Bernie Sanders.
2008, 2014, and 2018 I was on the Vermont official November general election ballot for Represenative to U.S. Congress running against Democrat U.S. Congressman Peter Welch.

Vermont has never voted to send a woman to the U.S. Congress, U.S. House or U.S. Senate. The "old boys' network" wins every time. Now it includes Jack Dorsey. Is this a RICO conspiracy?

LEGAL ARGUMENT and Table of Authorities:

Rule 23. Class Actions (c)(5) Subclasses.
When appropriate, a Class, Case 1:21-cv-22441-RNS, may be divided into subclasses that are each treated as a class under this rule; and herein I present an amended request for a subclass for political candidates, like myself, who were on any federal, state or local primary election or general election ballot but censored by Jack Dorsey and TWITTER, allegedly in violation of Title 18 U.S.C. Section 600 andTitle 52 U.S.C. Section 30121 (a)(1)(A), because Title 47 U.S.C. Section 230 forbids violations of federal criminal laws.

Title 18 U.S.C. Section 600: Whoever, directly or indirectly, promises any benefit, provided for or made possible in whole or in part by any Act of Congress, (such as Title 47 U.S.C. Section 230) to any person (TWITTER is a corporate "person") as consideration for any political activity (such as censoring a political candidate)
in opposition to any candidate or any political party in connection with any primary or general election to any political office shall be fined under this title...

Title 52 U.S.C. Section 30121 (a) Prohibition: It shall be unlawful for (1) a foreign national,
(Twitter allegedly earns
money from foreign nationals and allegedly does not segregate the funds) directly or indirectly, to make
(A) a contribution or other thing of value (censoring candidates competing for elected political office is of value
to the opposing candidates who are not censored) in connection with a Federal, State, or local election; ...

Title 47 U.S.C. Section 230 prohibits violations of any federal criminal law.

Summary:

Political candidates, like me, and the certified voters who sign
petitions to put candidates on the official election ballot in any State for
federal, state or local office, are DAMAGED BY CENSORSHIP
by Jack Dorsey and TWITTER because it is extremely important for voters
to know the political positions of the people they vote for, and to
deprive voters of this knowledge is serious and willful and intentional
concealment of material facts, damaging the censored candidates
and the voters.

I respectfully ask this Court and Federal Judge Robert N. Scola
to consider my Amended request for:

(1) a subclass to include all 2018 and 2020 political candidates for any
primary election or general election in any State of the United States of
America who were CENSORED by TWITTER and Jack Dorsey;

(2) permission of the Court to proceed informa pauperis because I am
a senior citizen with income below the poverty level;

(3) Court appointment of legal counsel pro bono/contingency fee because I
can not afford wifi or broadband at home to conduct litigation. There is
no local bus or taxi service in Chester, Vermont 05143 to get to the library,
and during up to six months of snow season I might not be able to get
a home driveway snow plow truck because of the high demand of drivers.

Respectfully submitted to The Honorable Federal Judge Robert N. Scola by:

Cris Ericson (802)875-4038

By public wifi email to the following:

JOSHUA KOLSKY
United States Department of Justice
joshua.kolsky@usdoj.gov
Attorney for the United States

Matthew L. Baldwin, Esq
VARGAS GONZALEZ
BALDWIN DELOMBARD, LLP
Matthew@VargasGonzalez.com
Service8@VargasGonzalez.com

JOHN P. COALE
johnpcoale@aol.com

FRANK C. DUDENHEFER, JR.
fcdlaw@aol.com

JOHN Q. KELLY
jqkelly@ibolaw.com

MICHAEL J. JONES
mjones@ibolaw.com

ROLAND A. PAUL
rpaul@ibolaw.com

RYAN S. TOUGIAS
rtougias@ibolaw.com

SEAN M. HAMILL
shamill@ibolaw.com

Attorneys for Defendant TWITTER:

Patrick J. Carome
patrick.carome@wilmerhale.com

Felicia H. Ellsworth
felicia.ellsworth@wilmerhale.com

Peter W. Homer
HOMER BONNER
phomer@homerbonner.com

Cris Ericson
879 Church Street
Chester, Vermont 05143-9375
(802)875-4038
crisericson@aceweb.com on public wifi

**Share this:**

- Facebook
- Twitter
- LinkedIn
- More

Like 

One blogger likes this.

**Related**

| 5 September, 2021 10:14 | 5 September, 2021 12:55 | 5 September, 2021 09:50 |
| 5 Sep 2021 | 5 Sep 2021 | 5 Sep 2021 |
| In "LATEST" | In "LATEST" | In "LATEST" |

👤 **TRUST SOMEONE! 2020 VOTE CRIS ERICSON - PROGRESSIVE**    🕐 **13 Sep 2021**
📁 **LATEST**

# Published by TRUST SOMEONE! 2020 VOTE CRIS ERICSON - PROGRESSIVE

Paid for by 2020 Campaign to Elect Cris Ericson 879 Church Street, Chester, VT 05143 1-802-289-1000 Text messages must include your name & town you vote in! 879 CHURCH STREET CHESTER, VERMONT 05143-9375 http://politics2020.org
**View more posts**

CRIS ERICSON
879 CHURCH ST
CHESTER, VT 05143-9375

WHITE RIV JCT VT 050
13 SEP 2021 PM 1 T

Federal Judge Robert N. Scola
United States District Court
Southern District of Florida
Wilkie D. Ferguson, Jr. U.S. COURTHOUSE
400 North Miami Avenue, 8th floor
MIAMI, FL 33128



RECEIVED

SEP 16 2021
12:24 PM

USMS INSPECTED