```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Ryan Tougias (rtougias@ibolaw.com), Joshua Kolsky
(joshua.kolsky@usdoj.gov), Ari Holtzblatt (ari.holtzblatt@wilmerhale.com), Richard Polk
Lawson (litigation@gbmmlaw.com, rlawson@gbmmlaw.com), Matthew Lee Baldwin
(bmuscillo@vargasgonzalez.com, complexparalegal@vargasgonzalez.com,
mbaldwin@vargasgonzalez.com), John Q. Kelly (jqkelly@ibolaw.com), Peter W. Homer
(marodriguez@homerbonner.com, phomer@homerbonner.com), Michael J. Jones
(mjones@ibolaw.com), Frank C. Dudenhefer, Jr (fcdlaw@aol.com), Felicia Ellsworth
(felicia.ellsworth@wilmerhale.com), Roland A. Paul (rpaul@ibolaw.com), John P. Coale
(johnpcoale@aol.com), Patrick J. Carome (patrick.carome@wilmerhale.com), Magistrate Judge
Jonathan Goodman (goodman@flsd.uscourts.gov), Judge Robert N. Scola, Jr
(scola@flsd.uscourts.gov)
--Non Case Participants: Herman Joseph Russomanno, III (herman2@russomanno.com), Maria
Josefa Beguiristain (jdisanti@whitecase.com, mbeguiristain@whitecase.com,
mco@whitecase.com), Matthew Lawrence Beville (alex.stewart@wilmerhale.com,
allison.schultz@wilmerhale.com, ari.holtzblatt@wilmerhale.com,
felicia.ellsworth@wilmerhale.com, maclean.kirk@wilmerhale.com,
michael.gustavsen@wilmerhale.com, patrick.carome@wilmerhale.com,
rishita.apsani@wilmerhale.com, susan.pelletier@wilmerhale.com), Brendan J. Coffman
(ageritano@wsgr.com)
--No Notice Sent:

Message-Id:21511759@flsd.uscourts.gov
Subject:Activity in Case 1:21-cv-22441-RNS Trump et al v. Twitter, Inc et al Order on
Motion for Reconsideration
Content–Type: text/html
```

# U.S. District Court

## Southern District of Florida

**Notice of Electronic Filing**

The following transaction was entered on 9/27/2021 at 4:48 PM EDT and filed on 9/27/2021

**Case Name:**        Trump et al v. Twitter, Inc et al
**Case Number:**      1:21–cv–22441–RNS
**Filer:**
**Document Number:**  60(No document attached)

**Docket Text:**

**PAPERLESS ORDER: The Court denies [57] and [59] Cris Ericson's duplicative amended motions for approval of a subclass in this action. Ms. Ericson has not cured the deficiencies identified in this Court's earlier order dismissing her previous motion. Chiefly, Ms. Ericson has not meaningfully conferred with the other parties in this case that might be affected by her participating in this action.**

On September 20, 2021, the Court received via email a copy of Ms. Ericson's motions. The Court has not invited this communication and thus, it is in violation of Local Rule 7.7, which states: Unless invited or directed by the presiding Judge, attorneys and any party represented by any attorney shall not: (a) address or present to the Court in the form of a letter or the like any application requesting relief in any form, citing authorities, or presenting arguments; or (b) furnish the Court with copies of correspondence between or among counsel, or any party represented by any attorney, except when necessary as an exhibit when seeking

relief from the Court.... Ms. Ericson is cautioned that further uninvited communications shall not be tolerated and may result in sanctions against her.

For these reasons, [57] and [59] are denied. The Clerk of the Court is directed not to docket any materials submitted to the Court by Cris Ericson in the above−captioned case that fail to comply with the Federal Rules of Civil Procedure or the Local Rules for the Southern District of Florida, without prior approval from the Court. The Court further directs the Clerk of the Court to mail a copy of 51 Order to nonparty Cris Ericson at the physical and email addresses provided in her motions: 879 Church Street, Chester, Vermont 05143, and crisericson@aceweb.com. Signed by Judge Robert N. Scola, Jr. (agn)

**1:21−cv−22441−RNS Notice has been electronically mailed to:**

Ari Holtzblatt &nbsp &nbsp ari.holtzblatt@wilmerhale.com

Felicia Ellsworth &nbsp &nbsp felicia.ellsworth@wilmerhale.com

Frank C. Dudenhefer , Jr &nbsp &nbsp FcdLaw@aol.com

John P. Coale &nbsp &nbsp johnpcoale@aol.com

John Q. Kelly &nbsp &nbsp jqkelly@ibolaw.com

Joshua Kolsky &nbsp &nbsp joshua.kolsky@usdoj.gov

Matthew Lee Baldwin &nbsp &nbsp MBaldwin@VargasGonzalez.com, BMuscillo@VargasGonzalez.com, ComplexParalegal@VargasGonzalez.com

Michael J. Jones &nbsp &nbsp mjones@ibolaw.com

Patrick J. Carome &nbsp &nbsp patrick.carome@wilmerhale.com

Peter W. Homer &nbsp &nbsp PHomer@homerbonner.com, marodriguez@homerbonner.com

Richard Polk Lawson &nbsp &nbsp rlawson@gbmmlaw.com, litigation@gbmmlaw.com

Roland A. Paul &nbsp &nbsp rpaul@ibolaw.com

Ryan Tougias &nbsp &nbsp rtougias@ibolaw.com

**1:21−cv−22441−RNS Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1−888−318−2260.:**

Cris Ericson
879 Church Street
Chester, VT 05143

George A. Benavides
1308 E. Common St., Suite 205 Box 408
New Braunfels, TX 78130

Sean M. Hamill

14

Ivey, Barnum & O'Mara
170 Mason Street
Greenwich, CT 06830

15