

(/)

Search 🔍

# E&C COMMITTEE ANNOUNCES HEARING WITH TECH CEOS ON THE MISINFORMATION AND DISINFORMATION PLAGUING ONLINE PLATFORMS

Feb 18, 2021   | Press Release

Energy and Commerce Committee Chairman Frank Pallone, Jr. (D-NJ), Communications and Technology Subcommittee Chairman Mike Doyle (D-PA), and Consumer Protection and Commerce Subcommittee Chair Jan Schakowsky (D-IL) announced today that the Communications and Technology Subcommittee and the Consumer Protection and Commerce Subcommittee will hold a fully remote joint hearing on **Thursday, March 25**, on misinformation and disinformation plaguing online platforms.

Facebook CEO Mark Zuckerberg, Google CEO Sundar Pichai, and Twitter CEO Jack Dorsey will testify.

**"Whether it be falsehoods about the COVID-19 vaccine or debunked claims of election fraud, these online platforms have allowed misinformation to spread, intensifying national crises with real-life, grim consequences for public health and safety,"** the chairs said. **"This hearing will continue the Committee's work of holding online platforms accountable for the growing rise of misinformation and disinformation. For far too long, big tech has failed to acknowledge the role they've played in fomenting and elevating blatantly false information to its online audiences. Industry self-regulation has failed. We must begin the work of changing incentives driving social media companies to allow and even promote misinformation and disinformation."**

Additional details will be announced the week prior to the hearing.

EXHIBIT AA

###

**Subcommittees:**

Communications and Technology (117th Congress) (/subcommittees/communications-and-technology-117th-congress)

Consumer Protection and Commerce (117th Congress) (/subcommittees/consumer-protection-and-commerce-117th-congress)

EXHIBIT AA