

EXHIBIT BBBB