

EXHIBIT BBBBB