

EXHIBIT CCCC(ii)