

EXHIBIT D(iii)