



← **Snoop Dogg** ✓
41.7K Tweets



Follow

**Snoop Dogg** ✓
@SnoopDogg

"From Tha Streets 2 Tha Suites" streaming everywhere cmg.ffm.to/streets2suites

◎ LBC   🔗 snoopermarket.com   📅 Joined March 2007

**2,669** Following   **19.2M** Followers

**Tweets**   Tweets & replies   Media   Likes