Subscribe

Subscribe
To Epaper



Deccan Herald wants to start sending you push notifications. Click Allow to subscribe.

I'll do this later    Allow

Home › ... › Snoop Dogg stands over Trump's dead body on new album cover

# Snoop Dogg stands over Trump's dead body on new album cover



 **Press Trust of India, Los Angeles,** NOV 03 2017, 14:46 IST | UPDATED: NOV 03 2017, 14:46 IST

EXHIBIT DDDD(iii)



The album cover has garnered much controversy. Twitter photo.

Snoop Dogg stirred up controversy when he posted a photo of his "Make America Crip Again" album cover on Instagram, which portrayed the dead body of President Donald Trump.

The since-deleted picture featured Snoop Dogg wearing a blue hat looking over a lifeless body draped in an American flag with a toe tag reading "TRUMP."

The 46-year-old rapper's publicist told Variety his album is already out with a different cover.

The new cover features a blue baseball cap reading, "Make America Crip Again," mocking Trump's red hats with "Make America Great Again" campaign slogan.

Not only the cover, Snoop Dogg takes aim at Trump in the title track of the album as well, rapping, "The president said he wants to make America great again. F*** that s***, we gon' make America crip again."

EXHIBIT DDDD(iii)

The president responded at the time on Twitter, writing: "Can you imagine what the outcry would be if (Snoop Dogg), failing career and all, had aimed and fired the gun at President Obama?"

Deccan Herald News now on Telegram - Click here to subscribe

Follow us on Facebook | Twitter | Dailymotion | YouTube



Advertisement

EXHIBIT DDDD(iii)