

EXHIBIT E(i)