

EXHIBIT E(iii)