

EXHIBIT EE(i)