

EXHIBIT EEE(ii)