

EXHIBIT EEE(iii)