



← Tweet



**Khamenei.ir**
@khamenei_ir

Our stance against Israel is the same stance we have always taken. #Israel is a malignant cancerous tumor in the West Asian region that has to be removed and eradicated: it is possible and it will happen. 7/31/91 #GreatReturnMarch

EXHIBIT EEEE