

EXHIBIT F(i)