

EXHIBIT F(iii)