



# Senator Amy Klobuchar ✓
1,193 Tweets







**Follow**

# Senator Amy Klobuchar ✓
@SenAmyKlobuchar

Official Twitter account of United States Senator Amy Klobuchar from Minnesota.

🔗 klobuchar.senate.gov   📅 Joined February 2009

**5,066** Following   **82K** Followers

EXHIBIT FF(ii)