

EXHIBIT G(i)