

EXHIBIT G(ii)