

EXHIBIT GGGG