

EXHIBIT HHH