

EXHIBIT HHHH(i)