

EXHIBIT I



EXHIBIT I



EXHIBIT I



EXHIBIT I



EXHIBIT I



### What has Donald Trump tweeted today?

That's a very interesting question and probably it has a different answer every hour because Donald Trump used to tweet quite a lot. Trump's tweets today will not be on the news anyway for sure. However, when we were able to analyze Trump's tweets, this was the way to do it: writing *from:realdonaldtrump* in the following box:

### Did Donald Trump tweet from an iPhone or Android?

While he was the US President, Donald Trump used up to 6 ways to share tweets. 6 different sources. Let's remember that Twitter considers "source" the software a person uses to tweet. In this case, these are the sources Donald Trump used to tweet from (note that his latest tweets were sent via an iPhone):

| Source | Number of tweets |
| --- | --- |
| Twitter for iPhone | 17,260 |
| Twitter for Android | 14,753 |
| Twitter Web Client | 12,952 |
| TweetDeck | 527 |
| TwitLonger Beta | 502 |
| Twitter Media Studio | 369 |

This website uses cookies to ensure you get the best experience on our website. Learn more

### What hashtags did Donald Trump use when he tweet?

Not big surprise here, Donald Trump tweeted his campaign hashtags mostly: #MAGA (Make America Great Again) and #AmericaFirst.

| Hashtag | Number of tweets |
| --- | --- |
| #trump2016 | 926 |
| #makeamericagreatagain | 565 |
| #MAGA | 464 |

### Media and Trump's tweets

We can say there is a bit of "love" between Fox News and Trump, they were the most mentioned news network in his tweets. We can also point out that Donald Trump liked to talk about the **media**, most of the most mentioned users were media channels, that's a fact. 2% of Donald Trump tweets were about Fox News. And also, 519 tweets (7% of the total) talked about Fake News.

In the next table you can see a distribution of the mentioned Twitter account by Donald Trump:

| Account | Number of tweets |
| --- | --- |
| Fox News | 842 |
| Barack Obama | 795 |
| Fox & friends | 665 |
| CelebApprentice | 425 |

This website uses cookies to ensure you get the best experience on our website. Learn more

EXHIBIT I



EXHIBIT I



EXHIBIT I



Trump used to send, mostly, positive and neutral tweets. We analyzed the sentiment value of the tweets written by Donald Trump and we saw that, most of the times, he tried to share tweets with a positive content.

The sentiment score is quite high for Donald Trump Tweets

Contact us to create your historical report on any account

## Twitter custom data for you

So, no matter if you need to access Trump's Twitter archive or to the tweets right from when Trump became President in 2017. We at Tweet Binder offer custom solutions and full access to Twitter data. Even free instant Twitter reports that will allow you analyze anyone's tweets today. Give us a try and feel free to contact us if you need any help with anything Trump-Twitter matter.

Type your #hashtag, @mention or keyword                                    Search

This website uses cookies to ensure you get the best experience on our website. Learn more                    Got it!

EXHIBIT I