



EXHIBIT III