HOME | MAIL | NEWS | FINANCE | SPORTS | ENTERTAINMENT | LIFE | SHOPPING | YAHOO PLUS | MORE...

**yahoo!**entertainment

Sign in · Mail

Entertainment | Paley | The It List | TV | Movies | Celebrity | Music | Shopping | Videos

Jen Psaki



Ad: 0:13 / 0:30

*Washington Examiner*

# Biden administration 'flagging problematic posts for Facebook,' Psaki says

**Lawrence Richard**

July 15, 2021 · 2 min read

**In this article:**

 **Jen Psaki**
American political advisor and White House press secretary



### TRENDING

 Why Kristen Bell respects the criminals portrayed in her truth-is-stranger-than-fiction film...
Yahoo Movies · 3 min read

Dr. Phil responds to people's excuses not to get vaccinated: 'Are you f***ing kidding me?'
Yahoo TV · 2 min read

WH senior adviser blasts State Farm for using loophole to deny coverage to Hurricane Ida victims
Yahoo TV

 'Tiger King' star Joe Exotic reacts to the death of Erik Cowie
Yahoo Celebrity · 2 min read

 Howard Stern to people who refuse COVID-19 vaccine: 'Go f*** yourself'
Yahoo Celebrity · 2 min read



EXHIBIT JJ

HOME    MAIL    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    SHOPPING    YAHOO PLUS    MORE...

yahoo/entertainment                                                    Sign in    Mail

Entertainment    Paley    The It List    TV    Movies    Celebrity    Music    Shopping    Videos

Jen Psaki

During a Thursday press conference, Psaki said White House senior staff were engaging with "social media platforms" to combat the spread of "misinformation specifically on the pandemic."

"In terms of actions we are taking or that we're working to take, I should say, from the federal government, we've increased disinformation research and tracking within the surgeon general's office. We're flagging problematic posts for Facebook that spread disinformation," she said.

GETTR EXPLODES, PASSING 1.5 MILLION USERS IN JUST 11 DAYS

Psaki added that the administration was also "working with doctors, medical professionals, and experts who are popular with their audiences" to get them "accurate information and boost trusted content."

"We're helping get trusted content out there," she said. "We also created the COVID-19 community cord to get trusted information into the hands of local messengers."

Psaki revealed that most of the anti-vaccine misinformation on social media platforms was originating from "12 people," but she did not identify any people or pages.

> This content is not available due to your privacy preferences.
> Update your settings here to see it.

The press secretary's comments came just moments after Surgeon General Vivek Murthy issued an advisory about health misinformation or misinformation regarding the coronavirus pandemic.

Murthy described "false, misleading, or inaccurate information" as "one of the biggest obstacles that's preventing us from ending this pandemic."

"Misinformation has also led to harassment of and violence against public health workers, health professionals, airline staff, and other frontline workers tasked with communicating evolving public health measures," the surgeon general wrote in the advisory.



Cybersecurity to help protect all your connected devices.

GET IT NOW
(800) 501-6000

EXHIBIT JJ



people's health, and undermine public health efforts. Limiting the spread of health misinformation is a moral and civic imperative that will require a whole-of-society effort."

CLICK HERE TO READ MORE FROM THE WASHINGTON EXAMINER

Social media platforms, such as Facebook and Twitter, were subsequently encouraged in the advisory to redesign algorithms, increase the staff they have monitoring potentially false content, and share information about what users are accessing to researchers.

As for everyday people, the advisory encourages them to learn how to identify and avoid sharing incorrect health information, address health misinformation in their community, and engage with their friends and family on the problem of health misinformation.

**Washington Examiner Videos**

Covid Confusion: Is there any end to it?

**Tags:** White House, Biden Administration, Facebook, Social Media

**Original Author:** Lawrence Richard

**Original Location:** Biden administration 'flagging problematic posts for Facebook,' Psaki says

**Comments**

EXHIBIT JJ