

EXHIBIT JJJ