

EXHIBIT JJJJ