

EXHIBIT KK