

EXHIBIT KKK(i)