← **Tweet**



Vox
@voxdotcom



11:50 AM · Jun 26, 2020 · Chorus publishing platform

EXHIBIT KKK(ii)