

EXHIBIT KKKK