

EXHIBIT



EXHIBIT



EXHIBIT



EXHIBIT



EXHIBIT 1



EXHIBIT



EXHIBIT



EXHIBIT



EXHIBIT