

EXHIBIT LL