



← **Chuck Schumer** ✓
21.2K Tweets



**Follow**

**Chuck Schumer** ✓
@SenSchumer

Official Account of Senator Chuck Schumer, New York's Senator and the Senate Majority Leader.

◎ New York, NY   🔗 democraticleader.senate.gov   ◎ Born November 23, 1950
🗓 Joined November 2008

**24.4K** Following   **3.2M** Followers

**Tweets**   Tweets & replies   Media   Likes

EXHIBIT LLLL(i)