



← Tweet



**Khamenei.ir**
@khamenei_ir

The elimination of the Zionist regime does not mean the massacre of the Jewish ppl. The ppl of Palestine should hold a referendum. Any political sys they vote for should govern in all of Palestine. The only remedy until the removal of the Zionist regime is firm, armed resistance.

3:26 PM · May 21, 2020 · Twitter Web App

EXHIBIT MMMM