

EXHIBIT NNN(i)