

EXHIBIT OO(i)