

EXHIBIT OO(ii)