

EXHIBIT PPP(i)