

EXHIBIT QQQ(i)