# THE WALL STREET JOURNAL.

English Edition ▼ | Print Edition | Video | Podcasts | Latest Headlines

Subscribe | Sign In

**50% OFF 1 YEAR**

Home | World | **U.S.** | Politics | Economy | Business | Tech | Markets | Opinion | Books & Arts | Real Estate | Life & Work | WSJ. Magazine | Sports | Search 🔍

CORONAVIRUS
Resources

[ LIVE UPDATES ] [ DELTA VARIANT Q&A ] [ BREAKTHROUGH CASES ] [ BOOSTER SHOTS ] [ COVID-19'S ORIGINS ] [ COVID TRACKER ]

TAKE A SURVEY | We want to hear from you. Take part in this short survey to help shape The Wall Street Journal. Take Survey | ✕



SHARE



U.S.

# Early Data Show No Uptick in Covid-19 Transmission From Protests

Public health experts say preliminary test results are encouraging; outdoor locations and masks may have helped





WE'RE HIRING
(see what we did there?)

SAFEWAY

**NOW HIRING PHARMACISTS!**

Lead a team in delivering visible and accessible community care. Discover how good it feels to make a real difference.

Sponsored by **Safeway** Ⓢ

The largest protests following the killing of George Floyd remained mostly peaceful in early June; Minneapolis city council members agreed to

begin the disbanding of the police department; in Seattle, a man drove a car into a crowd and shot a protester. Photo: Lindsey Wasson/Reuters

(Originally published June 8, 2020)

Case 3:21-cv-08378-JD    Document 62-116    Filed 10/01/21    Page 2 of 4

By [Daniela Hernandez](#), [Sarah Krouse](#), [Brianna Abbott](#) and
[Charity L. Scott](#)

Updated June 18, 2020 1:32 pm ET

PRINT    A A TEXT

351 💬

Early [coronavirus testing](#) data from a handful of U.S. cities and states suggest that recent protests against racial injustices haven't yet led to a marked uptick in new cases. Public-health officials warn that the data is still preliminary, however, and protest-related cases could still rise.

In Minnesota, where the police killing of George Floyd led to protests there and across the country, 1.8% of test results have come back positive as of Monday among 3,200 protesters who were tested at community sites, the state's health department said. An additional 8,500 Minnesota protesters have been tested through their health-care providers or at other sites, with a positivity rate of 0.99% so far, according to the department.

"We're delighted that we are not seeing a huge increase in cases," Kris Ehrensmann, the infectious disease division director at the Minnesota Department of Health, said at a media briefing on Wednesday.

New York City, where thousands have attended protests, made Covid-19 diagnostic testing available to anyone, and government officials have encouraged those who attended protests to get tested. The seven-day rolling average of the percent of positive coronavirus tests in New York City has been below 3%, and has trended flat or downward since June 5.

TO READ THE FULL STORY

SUBSCRIBE    SIGN IN

THE WALL STREET JOURNAL.

Continue reading your article with
a WSJ membership

50% Off 1 Year

UPCOMING EVENTS ›

**Aug 18 2021**   3:00 PM - 3:30 PM EDT
Ask WSJ: What You Need to Know About the Covid-19 Vaccine Boosters

**Aug 19 2021**   1:00 PM - 1:30 PM EDT
Ask WSJ: On the Front Lines of the Taliban Takeover in Afghanistan

**Sep 14 2021**   12:30 PM - 2:00 PM EDT
The Future Of Transportation

ADD TO CALENDAR

MOST POPULAR NEWS

1. What's Happening in Afghanistan? 

2. Violence Erupts at Kabul Airport as Afghans Try to Flee Taliban 

3. A Taliban Leader Emerges: Hunted, Jailed and Now Free 

4. Taliban Consolidate Control in Afghanistan's Capital 

5. Biden Wanted to Leave Afghanistan. He Knew the Risks. 

MOST POPULAR OPINION

1. Opinion: Biden to Afghanistan: Drop Dead 

**50% Off 1 Year**

VIEW MEMBERSHIP OPTIONS

3. Opinion: Black Lives Matter Poisons a Young Athlete's Mind


3. Opinion: Follow Your Nose to Herd Immunity


4. Opinion: Biden's Chamberlain Moment in Afghanistan


5. Opinion: Afghanistan Reveals All the President's Weaknesses


## RECOMMENDED VIDEOS

1. Watch: Andrew Cuomo Steps Down as New York Governor


2. New York Lt. Gov. Hochul: Our Work Has Already Begun


3. How Scarlett Johansson's Disney Lawsuit Could Change Actor Pay


4. 'I'm Dedicated': Bill Gates Commits $1.5 Billion for Climate Projects


5. Breakthrough Covid-19 Cases Raise Questions About Immunity


ADVERTISEMENT

Dianomi

10 Lessons to Take From Millionaires Who Are Really Good

Refi rates at 1.89% APR. Do you qualify?

With Money 
The Penny Hoarder

LendingTree

### Grocery Store Billionaire: Big Financial Surprise Coming In October
Stansberry Research



### Rare "All In" Buy Alert. We're "All In" on This One Stock.
The Motley Fool



### See How Some Retirees Use Options Trading As A Safe Way To Earn Income
TradeWins



### 11 Credit Cards You Should Not Ignore If You Have Excellent Credit
NerdWallet



---

**SPONSORED OFFERS**

**WALMART:**
Walmart coupon code - 20% off your next order of $50

**EXPEDIA:**
Top Expedia promo code - 10% off $100+ bookings

**MICROSOFT STORE:**
Microsoft Coupon - 10% off for all Military personnel

**ULTA BEAUTY:**
Ulta Beauty promo code: 25% off any $15 order

**NIKE:**
Summer Savings - Up to 50% off Nike's hottest styles

**BOSCOV'S:**
Save 10% off Sitewide Orders with Boscov's Coupon

---

BACK TO TOP ▲

## THE WALL STREET JOURNAL.

English Edition ▼                    Subscribe Now    Sign In

**WSJ Membership**
WSJ+ Membership Benefits
Subscription Options
Why Subscribe?
Corporate Subscriptions
Professor Journal
Student Journal
WSJ High School Program
WSJ Amenity Program
Public Library Program
WSJ Live

**Customer Service**
Customer Center
Contact Us

**Tools & Features**
Emails & Alerts
Guides
Topics
My News
RSS Feeds
Video Center
Watchlist
Podcasts

**Ads**
Advertise
Commercial Real Estate Ads
Place a Classified Ad
Sell Your Business
Sell Your Home
Recruitment & Career Ads
Coupons

**More**
About Us
Commercial Partnerships
Content Partnerships
Corrections
Jobs at WSJ
News Archive
Register for Free
Reprints
Buy Issues

       

**Dow Jones Products**    Barron's | BigCharts | Dow Jones Newswires | Factiva | Financial News | Mansion Global | MarketWatch | Private Markets
Risk & Compliance | WSJ Pro | WSJ Video | WSJ Wine

Privacy Notice | Cookie Notice | Copyright Policy | Data Policy | Subscriber Agreement & Terms of Use | Your Ad Choices

Copyright ©2021 Dow Jones & Company, Inc. All Rights Reserved.

EXHIBIT QQQ(ii)