Subscribe  Sign In

Home  World  U.S.  Politics  Economy  Business  Tech  Markets  Opinion  Books & Arts  Real Estate  Life & Work  WSJ. Magazine  Sports  Search

# THE WALL STREET JOURNAL.

English Edition ▼ | Print Edition | Video | Podcasts | Latest Headlines

Subscribe  Sign In

Home  World  U.S.  Politics  Economy  Business  Tech  Markets  Opinion  Books & Arts  Real Estate  Life & Work  WSJ. Magazine  Sports  Search

CORONAVIRUS
Resources  • LIVE UPDATES  DELTA VARIANT Q&A  BREAKTHROUGH CASES  BOOSTER SHOTS  COVID-19'S ORIGINS  COVID TRACKER

TAKE A SURVEY      We want to hear from you. Take part in this short survey to help shape The Wall Street Journal. Take Survey       



SHARE

POLITICS

# At Least Three Lawmakers Test Positive for Covid-19 After Capitol Attack

Democratic House members sheltered in room where Republicans refused to wear masks



Video Analysis: How a Pro-Trump Mob Overran Capitol Police



The Wall Street Journal analyzed hours of video and audio from the Capitol riot to better understand how a mob of thousands overran police and attacked the U.S. Capitol. Photo illustration: Laura Kammermann

By *Andrew Duehren* and *Brianna Abbott*
Updated Jan. 12, 2021 5:03 pm ET

🖨 PRINT     𝐀𝐀 TEXT

▶ Listen to article  (6 minutes)

WASHINGTON—At least three lawmakers who sheltered in a secure room during last week's *storming of the Capitol* said they have since tested positive for Covid-19, adding to fears about the virus's spread during the attack.

The lawmakers, all Democrats, said they had fled during the attack to the room where Republican lawmakers refused to wear masks. A video posted by Punchbowl News shows Rep. Lisa Blunt Rochester (D., Del.) in the room offering masks to a group of House Republicans, who decline to put them on.

The Capitol's physician told lawmakers and staff this weekend that those who were in the room *might have been exposed* to someone infected with Covid-19.

"It's pretty clear that the riot on Capitol Hill was a superspreader event, and we're likely to see other cases emerge over the next several days," said Gregg Gonsalves, an assistant professor of epidemiology at the Yale School of Public Health.

---

**TO READ THE FULL STORY**

[ SUBSCRIBE ]        [ SIGN IN ]

# THE WALL STREET JOURNAL.

Continue reading your article with
a WSJ membership

## 50% Off 1 Year



UPCOMING EVENTS  ›

**Aug 18 2021**   3:00 PM - 3:30 PM EDT
Ask WSJ: What You Need to Know About the Covid-19 Vaccine Boosters

**Aug 19 2021**   1:00 PM - 1:30 PM EDT
Ask WSJ: On the Front Lines of the Taliban Takeover in Afghanistan

**Sep 14 2021**   12:30 PM - 2:00 PM EDT
The Future Of Transportation

[ ADD TO CALENDAR ]

**MOST POPULAR NEWS**

1. What's Happening in Afghanistan? 

2. Violence Erupts at Kabul Airport as Afghans Try to Flee Taliban 

3. A Taliban Leader Emerges: Hunted, Jailed and Now Free 

4. Taliban Consolidate Control in Afghanistan's Capital 

5. Forget Beating Covid-19. Europe Is Preparing to Live With It. 

**MOST POPULAR OPINION**

Opinion: Biden to

VIEW MEMBERSHIP OPTIONS

1. Opinion: Biden to Afghanistan: Drop Dead 

2. Opinion: Black Lives Matter Poisons a Young Athlete's Mind 

3. Opinion: Follow Your Nose to Herd Immunity 

4. Opinion: Biden's Chamberlain Moment in Afghanistan 

5. Opinion: Afghanistan Reveals All the President's Weaknesses 

### RECOMMENDED VIDEOS

1. China's Tough Stance on Crypto Mining Is a Boon for Miners Elsewhere 

2. Video: Taliban Capture Major Afghan Cities. What's Next? 

3. Airbnb Bet Big on the Olympic Games. Covid Left Hosts in Tokyo Paring Losses 

4. Video: People Crowd Kabul's Airport as Taliban Threaten Afghan Capital 

5. New York Lt. Gov. Hochul: Our Work Has Already Begun

### ADVERTISEMENT

Dianomi

10 Lessons to Take From Millionaires Who Are Really Good With Money 

Which Travel Card Has The Most Valuable Miles? Compare Now
NerdWallet 

The Penny Hoarder

**Grocery Store Billionaire Predicts October Surprise—Just 2 Months Away**
Stansberry Research

**Motley Fool Issues Rare "All In" Buy Alert**
The Motley Fool

**Do This Before Your Next Mortgage Payment (It's Genius)**
LendingTree

**Earn up to $1,500 with a new Citigold account and required activities.**
CITIGOLD® OFFER

---

## SPONSORED OFFERS

**WAYFAIR:**
10% off your 1st order with Wayfair Professional

**TARGET:**
Target Promo Code August 2021 - $10 discount on your online order

**MACY'S:**
Macy's coupon - Sign up to get 25% off next order

**KOHL'S:**
30% off Kohl's coupon for Rewards members

**SAKS FIFTH AVENUE:**
20% off first order - Saks Fifth Avenue promo code

**PRETTYLITTLETHING:**
PrettyLittleThing sale: Up to 80% off sitewide

BACK TO TOP

# THE WALL STREET JOURNAL.
English Edition ▼

Subscribe Now | Sign In

### WSJ Membership
WSJ+ Membership Benefits
Subscription Options
Why Subscribe?
Corporate Subscriptions
Professor Journal
Student Journal
WSJ High School Program
WSJ Amenity Program
Public Library Program
WSJ Live

### Customer Service
Customer Center
Contact Us

### Tools & Features
Emails & Alerts
Guides
Topics
My News
RSS Feeds
Video Center
Watchlist
Podcasts

### Ads
Advertise
Commercial Real Estate Ads
Place a Classified Ad
Sell Your Business
Sell Your Home
Recruitment & Career Ads
Coupons

### More
About Us
Commercial Partnerships
Content Partnerships
Corrections
Jobs at WSJ
News Archive
Register for Free
Reprints
Buy Issues

    

Dow Jones Products | Barron's | BigCharts | Dow Jones Newswires | Factiva | Financial News | Mansion Global | MarketWatch | Private Markets

Risk & Compliance | WSJ Pro | WSJ Video | WSJ Wine

Privacy Notice | Cookie Notice | Copyright Policy | Data Policy | Subscriber Agreement & Terms of Use | Your Ad Choices

Copyright ©2021 Dow Jones & Company, Inc. All Rights Reserved.

EXHIBIT QQQ(iii)