

# Start your day with AP Morning Wire

Get a daily newsletter from top editors at The Associated Press with the best from our global news report.

| EMAIL | SIGN UP |

By signing up for AP Morning Wire, you agree to our Terms & Conditions.



PHOENIX (AP) — More than 10,000 people have been arrested in protests decrying racism and police brutality in the wake of George Floyd's death, according to an Associated Press tally of known arrests across the U.S.

The count has grown by the hundreds each day as protesters spilled into the streets and encountered a heavy police

EXHIBIT QQQQ



# Start your day with AP Morning Wire

Get a daily newsletter from top editors at The Associated Press with the best from our global news report.

EMAIL     SIGN UP

By signing up for AP Morning Wire, you agree to our Terms & Conditions.

Virginia.

It is not known how many of the people arrested were locked up — an issue at a time when many of the nation's jails are dealing with coronavirus outbreaks. The protesters are often placed in zip-ties

and hauled away from the scene in buses.

In Los Angeles, an online fundraising campaign has gathered $2 million so far to help more than 3,000 people arrested in demonstrations since Floyd died on May 25 in Minneapolis.

Kath Rogers, executive director of the Los Angeles office of the National

EXHIBIT QQQQ



# Start your day with AP Morning Wire

Get a daily newsletter from top editors at The Associated Press with the best from our global news report.

EMAIL        SIGN UP

By signing up for AP Morning Wire, you agree to our Terms & Conditions.

The only other U.S. city with an arrest toll that comes close to Los Angeles' is New York, with about 2,000, according to AP's tally.

A Los Angeles group called the Peoples City Council Fund as of Wednesday night had gathered more than $2 million for arrested protesters there through the online fundraising platform gofundme. More than 46,000 people donated mostly small amounts, some just $10 or $20.

Fundraiser organizers said hundreds of thousands of the dollars raised will go to Black Lives Matter LA as well as the National Lawyers Guild, a progressive

EXHIBIT QQQQ



# Start your day with AP Morning Wire

Get a daily newsletter from top editors at The Associated Press with the best from our global news report.

EMAIL    SIGN UP

By signing up for AP Morning Wire, you agree to our Terms & Conditions.

**40 Mandela Effect Examples That Will Blow...**

Promoted: Men's Health

**Twitter Slams Celebrity Chef Gordon Ramsay...**

Promoted: https://hiplatina.com/

**Police: Officer in anti-abortion ad...**

SANTA FE, N.M. (AP) — A New ...

EXHIBIT QQQQ