

EXHIBIT RR(i)