
← **Don Beyer** ✓
3,618 Tweets





# DON BEYER
## DEMOCRAT FOR CONGRESS
*Proven. Principled. Progressive.*

Follow

**Don Beyer** ✓
@DonBeyerVA

Campaign account for VA-08 Congressman. (My official House of Representatives Twitter is @RepDonBeyer.)

◎ Northern Virginia   🔗 FriendsofDonBeyer.com   📅 Joined January 2014

**823** Following   **8,111** Followers

EXHIBIT RR(ii)