

**ABC News** ✓
@ABC

All the news and information you need to see, curated by the @ABC News team. Watch full ABC News broadcasts on @Hulu: abcn.ws/3bJ62RK

⊙ New York City / Worldwide    🔗 abcnews.go.com    🗓 Joined April 2009

**507** Following    **16.8M** Followers

| Tweets | Tweets & replies | Media | Likes |
|---|---|---|---|

EXHIBIT RRR(i)