VIDEO    LIVE    SHOWS    CORONAVIRUS



# Minnesota sees no rise in COVID-19 cases tied to protests: Health official

*The results so far are "very encouraging," the health official said.*

By **Meredith Deliso** and **Joshua Hoyos**
June 22, 2020, 10:23 PM • 4 min read



Ad 1 of 1                                                                    00:10

How to protest safely during the COVID-19 pandemic

As people continue to protest across the country, health authorities' advice to demonstrators has... Read More

Infectious disease experts have **warned** that mass protests over the death of George Floyd could lead to another wave of **COVID-19** infections. So far, Minneapolis, where the protest activity originated, has not seen a dramatic uptick in cases related to the demonstrations, the state's Department of Health told ABC News Monday.

As of late last week, 4,487 tests conducted across four testing sites specifically for protesters resulted in 62 positive cases of COVID-19, for a positivity rate of 1.4%, the department said.

Recent Stories from ABC News

 Top Articles

**Top Stories**



**Middle school shooting plot foiled** 
Sep 10, 7:15 AM

**Former ticket agent grapples with guilt after allowing hijackers on 9/11 flight** 
Sep 09, 9:13 PM

**Fence going up around US Capitol, as law enforcement braces for Sept. 18 protest** 
Sep 10, 5:02 AM

**Ticket agent who helped Sept. 11 hijackers make flight finds forgiveness** 
Sep 10, 5:08 AM

**Capitol Hill fencing to go back up amid security concerns** 
Sep 09, 7:40 AM

 ABC News Live



*24/7 coverage of breaking news and live events*

EXHIBIT RRR(ii)

READ MORE

+ MORE: Accuracy still unknown for many coronavirus tests rushed out

Another health system in Minnesota, HealthPartners, tested 8,500 protesters in several of their clinics and had a positivity rate of 0.99%, Doug Schultz, public information officer for the Minnesota Department of Health, told MedPage Today last week.

The overall positivity rate for Minnesota is currently about 3.6% to 3.7%, according to a health official.

Minnesota has 33,227 confirmed cases of COVID-19 and 1,384 deaths, based on the latest figures from the state health department.

+ MORE: People are going to protest George Floyd's death. Here's how to do so more safely.

The results are "very encouraging," the health official told ABC News. The official attributed the low infection rate to "the fact that many or most protesters were wearing masks, the events were outside, people were often able to maintain a 6-foot distance, and any exposures were of relatively shorter duration, not several hours to the same people in the same place."



Kerem Yucel/AFP via Getty Images
*Protesters hold signs outside the Minneapolis 1st Police precinct during a demonstration against...*Read More

The health official did not know how many of the positive cases among protesters were hospitalized, but noted that hospitalizations in the state have been declining.

+ MORE: As cases rise, Pence warns young people increasingly catching coronavirus

Protests that started in Minneapolis in the days following the death of George Floyd while in police custody spread across Minnesota, the United States and the world over the past month.

EXHIBIT RRR(ii)

Health departments and government leaders have been recommending that anyone who attends a protest get tested for COVID-19 within a week of possible exposure to the virus.

ABC News' Erin Schumaker and Sony Salzman contributed to this report.

**What to know about the coronavirus:**

- *How it started and how to protect yourself:* **Coronavirus explained**
- *What to do if you have symptoms:* **Coronavirus symptoms**
- *Tracking the spread in the U.S. and worldwide:* **Coronavirus map**

***Tune into ABC at 1 p.m. ET and ABC News Live at 4 p.m. ET every weekday for special coverage of the novel coronavirus with the full ABC News team, including the latest news, context and analysis.***

Comments (68)

abcNEWS

Before You Go

**Design Your Perfect Window Shades With A Hunter Douglas Specialist**
Hunter Douglas | Sponsored

**Upgrading Your Window Treatments? Explore Hunter Douglas Shades**
Hunter Douglas | Sponsored

**Most Slots Players Don't Know This**
Slotomania | Sponsored

**5 Reasons You Should Road Trip to Ocean City, Md.**
Ocean City, Maryland | Sponsored

**Maryland Launches New Policy For Cars Used Less Than 50 Miles/Day**
Walletgenius | Sponsored

**U.S. Surgeon: This Simple Trick Empties Almost Immediately Your Bowels Every Morning**
Guthealthwellness | Sponsored

**Marine vet 'tortured' 11-year-old girl who played dead after 4 family members killed, sheriff alleges**

**Lee statue base reassembled after failed time capsule search**

**Tommy Chong: The Horrifying Truth About CBD**
Tommy Chong's CBD | Sponsored

EXHIBIT RRR(ii)