#

←

**Joe Biden**
7,522 Tweets



Follow

**Joe Biden**
@JoeBiden

United States government official

Husband to @DrBiden, proud father and grandfather. Ready to build back better for all Americans. Official account is @POTUS.

Washington, DC joebiden.com Joined March 2007

**47** Following **31.1M** Followers

**Tweets** Tweets & replies Media Likes

EXHIBIT S(i)