

# Jan Schakowsky ✓
@RepSchakowsky

Twitter Account for Schakowsky for Congress. Staff-managed. When we fight, we win.

📍 Evanston, IL or Washington, DC   🔗 janschakowsky.org
📅 Joined October 2009

**1,417** Following   **5,342** Followers

**Tweets**   Tweets & replies   Media   Likes

EXHIBIT SS(ii)