# Threader

Note: This thread is related to #COVID19.

Follow the World Health Organization's instructions to reduce your risk of infection. Avoid the three Cs: Crowded places, Close Contact Settings & Confined spaces. Airborne aerosols play an important role in transmitting COVID-19.

- Avoid crowded places and limit time in enclosed spaces

- Apply social distance

- Air rooms by opening windows & doors

- Keep hands and surfaces clean, cover coughs & sneezes

- Wear a mask when you are not at home or when physical distancing is not possible



**Tech Transparency Project**
@TTP_updates

The Tech Transparency Project (TTP) is a research initiative of @Accountable_Org that seeks to hold large technology companies accountable.

Jun. 16, 2020   6 min read

[+ Your Authors]   [Archive]

Social media platforms have failed to curb insidious disinformation -- we're done waiting. Join @GWIDDP @SMPAGWU & more today @ 10 AM & 12 PM ET to learn how lawmakers want to stop social media platforms from profiting off the #infodemic: youtube.com/watch?v=QNnEPQ...

"Social media executives have utterly failed to stop the spread of disinformation on their platforms, instead again and again they have sold out the public interest to pad their corporate profits. We know that"

"Democrats are laser focused on holding platforms accountable and we hope this effort will be bipartisan..The American people including social media platform employees are demanding an end to this exploitation of the public's health, financial security, and lives"

: "Congress, employees, advertisers and the public must work as one to shine a bright light on the division and disinformation proliferating online. Together we must send a

EXHIBIT T(i)

@SpeakerPelosi: "Know your power. Advertisers are in a position to discourage platforms from amplifying dangerous and even life threatening disinformation."

"As you know with Facebook, their business plan is only to make money. To draw users in to exploit them... they have no sense of responsibility... This is a bright light on the disservice that these platforms are performing."

Are platforms responsible for the content posted by others?

@SpeakerPelosi: "Social media executives are not only allowing the spread of disinformation on platforms, they program their algorithms to enhance their business model of capturing your time & attention"

European Commission VP @VeraJourova: "Hate speech, which has a big potential to incite violence in real life... we sat around the table with Facebook, Google, Microsoft... and agreed on a code of conduct" where platforms voluntarily agreed to remove hate speech within 24 hours

"We had an agreement with the platforms that the priority is for the freedom of speech and only in manifestly clear cases of hate speech they will remove it. We had the agreement and it is continuing, they are removing around 70% of content."

"At the end of this year we are going to adopt legislation which will clarify the obligations of the platforms, of all operators in the European territory...we hopefully will adopt the Digital Services Act...& put in order the mechanism for removing illegal content"

Doctors wrote to platforms explaining the misinfo covid crisis

"We certainly haven't seen much of a leadership response whatsoever from the companies about correcting the record & correcting their algorithms so they are not actively promoting and profiting from disinformation"

@DavidCicilline: "Facebook, Google and the other social platforms are designed to keep users on their platforms whatever the cost. Because disinformation, propaganda, and hateful speech are good for engagement they're good for business."

EXHIBIT T(i)

Threader    Sign up

well. Before the outbreak of the COVID19 pandemic we knew that this business model magnifies extremist content online. There's been a spike in hate crimes worldwide."

"Facebook and Google host or enabled countless pages, targeted advertisements, and suggested content that are dedicated to conspiracy theories and calls to violence. Content that often violated Facebook and Google's stated policies."

"It was only after the white supremacist rally in Charlottesville that Google & Facebook removed links to the Daily Stormer-a neoNazi website-for violating their terms of service. This should not have been a close call or required national attention to get right"

"False claims about the coronavirus have spread faster than the virus itself online… The companies that facilitate and profit from the spread of misinformation have not done enough nearly enough to save lives by countering it."

"Even when companies do attempt to police misinformation, such as Facebook removing 100s of thousands of posts about false cures, they're still unsuccessful. Suggesting that this misinformation is either too profitable to eliminate completely or…"

"… that these platforms are simply too massive to manage. But this practice must end. Dominate platforms must be held accountable for the ways they spread and amplify harmful content online." @davidcicilline

"Moreover we should question whether companies that increasingly essential communication networks should have business models that profit from this harmful content in the first place…"

"…Whether its changing a business model that created powerful incentives to turn a blind eye to this content, restricting the ability of platforms to harvest people's data to serve advertisements, or removing liability protections that shield platforms from accountability."

"It is critical to policymakers around the world to confront these issues in a serious and meaningful way. These are enormous problems with serious harms that are not confined by geo-political borders."

EXHIBIT T(i)

# Threader

🔍 Sign up

misinformation is dealt w/?

@davidcicilline :On anti-trust "How is it that these large platforms that have enormous market power...are basically acting without any restrictions, any regulations"

"More people are knowingly & maliciously spreading false information that can lead to real world harms including people losing their lives... we should expect the companies to act on that and make decisions on that."

"At the heart of this is a challenge to the business models of companies and the need for them to be held responsible and accountable for the things that happen on their platforms. Ultimately they are responsible for what happens on their platform."

"[Platform] tools help to curate and push content to the people that use it... these tools are at the heart of it and therefore we need the companies to take some responsibility. That's why I've always had concerns about the section 230 provisions in American law"

"It affects us [in the UK] if things like Section 230 are going to be used in trade agreements between the UK & the US. I think it's wrong for the companies to be given safe harbor immunity from acting against harmful content on their platforms."

"We need to make sure that the power does not rest just with [tech companies]. It should not be for them to decide and it should not be for us to have no ability to audit what they're doing and to take action if we feel they're getting it wrong."

"We do have agencies that are responsible for protecting consumers... but Section 230 in its current form and these platforms so far has really been unchecked."

"If the companies enforced their own platform policies rigorously and if they responded to content that's been flagged to them properly then a lot of these problems wouldn't exist in the scale that they do..."

"... But [companies] don't and that's why so much of this bad content is so pervasive...a citizen will report content, nothing is done, that then citizens reveals that they are a journalist...and the companies respond. We need the companies to be proactively identifying content"

You can follow @TTP_updates.

EXHIBIT T(i)

# Threader



Tip: mention @threader_app on a Twitter thread with the keyword "compile" to get a link to it.

Threader is an independent, ad-free project created by two developers. Our iOS Twitter client was featured as an App of the Day by Apple. Sign up today to compile, bookmark and archive your favorite threads.

EXHIBIT T(i)