

EXHIBIT TTTT