

EXHIBIT UU