

## DGSOM at UCLA
1,939 Tweets

**DGSOM at UCLA**
@dgsomucla

Official account for the David Geffen School of Medicine at UCLA.

Sharing #UCLACommunity experiences.
#SeeYourselfHere living a #LifeofImpact.

Los Angeles, CA    uclahealth.org/coronavirus    Joined November 2015

**196** Following    **3,474** Followers

Tweets          Tweets & replies          Media          Likes

EXHIBIT UUU(ii)