



## UC San Diego School of Medicine
2,447 Tweets



**Follow**

# UC San Diego School of Medicine
@UCSDMedSchool

Passion and compassion in teaching, research and patient care. We primarily feature research news here. For student news, follow us on Facebook and Instagram.

⊙ La Jolla, Calif.   🔗 medschool.ucsd.edu   📅 Joined January 2018

**479** Following     **4,163** Followers

**Tweets**          Tweets & replies          Media          Likes

EXHIBIT UUU(iii)