




# CU School of Medicine
1,985 Tweets



**Follow**

# CU School of Medicine
@CUMedicalSchool

CU School of Medicine trains future physicians, physical therapists and physician assistants on the @CUAnschutz Medical Campus in Aurora, CO.

Aurora, CO   medschool.cuanschutz.edu   Joined January 2013

**765** Following   **4,958** Followers

Tweets   Tweets & replies   Media   Likes

EXHIBIT UUU(iv)