

EXHIBIT UUU(v)