



← **Northwestern Feinberg School of Medicine**
11.9K Tweets



Follow

# Northwestern Feinberg School of Medicine
@NUFeinbergMed

Official Northwestern University Feinberg School of Medicine account for #medicaleducation, #medicalresearch & #healthcare. Clinical news: @northwesternmed

⊙ Chicago, IL   🔗 feinberg.northwestern.edu   🗓 Joined August 2009

**2,334** Following   **14.9K** Followers

Tweets        Tweets & replies        Media        Likes

EXHIBIT UUU(vi)