

# BU School of Medicine
@BUMedicine

The official Twitter feed of Boston University School of Medicine. Follow us for research news and school information.

Boston, MA  •  bumc.bu.edu/busm/  •  Joined August 2010

**1,352** Following    **9,540** Followers

Tweets  •  Tweets & replies  •  Media  •  Likes

EXHIBIT UUU(vii)