




# UW Department of Medicine
350 Tweets

**Follow**

## UW Department of Medicine
@UWDeptMedicine

The largest department in the University of Washington School of Medicine. 3500+ faculty, trainees and staff. 13 sub-specialty divisions.

📍 Seattle, WA   🔗 medicine.uw.edu   📅 Joined April 2019

**281** Following   **1,188** Followers

Tweets   Tweets & replies   Media   Likes