

EXHIBIT UUUU