# CEOs of 3 tech giants to testify at Oct. 28 Senate hearing

*The CEOs of technology giants Facebook, Google and Twitter are expected to testify for an Oct. 28 Senate hearing on tech companies' control over hate speech and misinformation on their platforms*

By **MARCY GORDON AP Business Writer**
October 5, 2020, 5:01 PM • 3 min read




On Location: September 10, 2021

*Catch up on the developing stories making headlines.*

WASHINGTON -- The CEOs of technology giants Facebook, Google and Twitter are expected to testify for an Oct. 28 Senate hearing on tech companies' control over hate speech and misinformation on their platforms.

The Senate Commerce Committee voted last week to authorize subpoenas for Facebook CEO Mark Zuckerberg, Sundar Pichai of Google and Twitter's Jack Dorsey to force them to testify if they didn't agree to do so voluntarily. Spokespeople for the companies said Monday that the CEOs will cooperate.

Recent Stories from ABC News


Top Stories

Vaccines to be required for businesses with 100-plus employees: Biden
Sep 09, 8:58 PM



New federal rule to require businesses with 100+ employees mandate vaccinations
Sep 09, 6:23 PM



Former ticket agent grapples with guilt after allowing hijackers on 9/11 flight
Sep 09, 9:13 PM



Ticket agent who helped Sept. 11 hijackers make flight finds forgiveness
Sep 10, 5:08 AM



State reports 'significant' number of COVID-19 fatalities in pregnant women
Sep 10, 5:09 AM



ABC News Live





*24/7 coverage of breaking news and live events*

The hearing “must be constructive and focused on what matters most to the American people: how we work together to protect elections,” Twitter said in a tweet in its policy channel.

The hearing will come less than a week before Election Day. It marks a new bipartisan initiative against Big Tech companies, which have been under increasing scrutiny in Washington and from state attorneys general over issues of competition, consumer privacy and hate speech.

The executives’ testimony is needed “to reveal the extent of influence that their companies have over American speech during a critical time in our democratic process,” said Sen. Roger Wicker, a Mississippi Republican who heads the Commerce Committee.

Facebook, meanwhile, is expanding restrictions on political advertising, including new bans on messages claiming widespread voter fraud. The new prohibitions laid out in a blog post came days after President Donald Trump raised the prospect of mass fraud in the vote-by-mail process during a debate last week with Democratic rival Joe Biden.

With Trump leading the way, conservative Republicans have kept up a barrage of criticism of Silicon Valley’s social media platforms, which they accuse without evidence of deliberately suppressing conservative views.

The Justice Department has asked Congress to roll back long-held legal protections for online platforms, putting down a legislative marker in Trump’s drive against the social media giants. The proposed changes would strip some of the bedrock protections that have generally shielded the companies from legal responsibility for what people post on their platforms.

ADVERTISING

Trump signed an executive order earlier this year challenging the protections from lawsuits under a 1996 telecommunications law that has

served as the foundation for unfettered speech on the internet.

Democrats, on the other hand, have focused their criticism of social media mainly on hate speech, misinformation and other content that can incite violence or keep people from voting. They have criticized Big Tech CEOs for failing to police content, homing in on the platforms' role in hate crimes and the rise of white nationalism in the U.S.

Comments (3)

abcNEWS

Before You Go

Let Our Experts Help You Find Your Perfect Window Treatments
Hunter Douglas | Sponsored

Can These Supplements Improve Your Focus At The Office?
Formula | Sponsored

Windows Users Must Remember To Do This Before Tomorrow
SecuritySavers | Sponsored

Upgrading Your Window Treatments? Explore Hunter Douglas Shades
Hunter Douglas | Sponsored

Most Slots Players Don't Know This
Slotomania | Sponsored

30-second Stretch "Ends" Back Pain and Sciatica (Watch)
WeeklyPenny.com | Sponsored

Marine vet 'tortured' 11-year-old girl who played dead after 4 family members killed, sheriff alleges

Florida woman given 30 years in husband's homicide

Tommy Chong: The Horrifying Truth About CBD
Tommy Chong's CBD | Sponsored

Buick's New Lineup Is Truly Stunning
All Things Auto | Search Ads | Sponsored

If You Can Qualify for Any Credit Card, These Are the Top 6
NerdWallet | Sponsored