



EXHIBIT V(iii)