

EXHIBIT VV(i)