



# Val Demings ✓
760 Tweets



## Val Demings ✓
@valdemings

Never Tired. Congresswoman. Public Servant. Lifelong Floridian. Former Orlando Police Chief. Christian. Wife. Mother. Nana. Running for U.S. Senate.

📍 Orlando, FL   🔗 valdemings.com   📅 Joined August 2015

**151** Following   **119.4K** Followers

EXHIBIT VV(ii)