

# THE HONORABLE MINISTER LOUIS FARRAKHAN
@LouisFarrakhan

Official Twitter Page of The Honorable Minister Louis Farrakhan. The National Representative of The Most Honorable Elijah Muhammad and The Nation of Islam

Chicago, IL   noi.org/the-criterion/   Joined March 2011

0 Following   343.9K Followers

Tweets   Tweets & replies   Media   Likes

EXHIBIT VVVV(i)