# Hearings (https://www.commerce.senate.gov/hearings)

# Does Section 230's Sweeping Immunity Enable Big Tech Bad Behavior? (https://www.commerce.senate.gov/2020/10/does-section-230-s-sweeping-immunity-enable-big-tech-bad-behavior)

October 28, 2020

253 Russell Senate Office Building
U.S. Sen. Roger Wicker, R-Miss., chairman of the Committee on Commerce, Science, and Transportation, will convene a hearing titled, "Does Section 230's Sweeping Immunity Enable Big Tech Bad Behavior?," at 10:00 a.m. on Wednesday, October 28. The hearing will examine whether Section 230 of the Communications Decency Act has outlived its usefulness in today's digital age. It will also examine legislative proposals to modernize the decades-old law, increase transparency and accountability among big technology companies for their content moderation practices, and explore the impact of large ad-tech platforms on local journalism and consumer privacy. The hearing will provide an opportunity to discuss the unintended consequences of Section 230's liability shield and how best to preserve the internet as a forum for open discourse.

**Witnesses:**

- Mr. Jack Dorsey, Chief Executive Officer, Twitter
- Mr. Sundar Pichai, Chief Executive Officer, Alphabet Inc., Google
- Mr. Mark Zuckerberg, Chief Executive Officer, Facebook

**Hearing Details:**

Wednesday, October 28, 2020
10:00 a.m.
Full Committee Hearing

This hearing will take place in the **Russell Senate Office Building 253**. Witness testimony, opening statements, and a live video of the hearing will be available on www.commerce.senate.gov (https://na01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.commerce.senate.gov&data=02%7C01%7Cpaul.kirby%40wolterskluwer.com%7C2b5ec5918bfa4d954e3c08d62e1912ee%7C8ac

In order to maintain physical distancing as advised by the Office of the Attending Physician, seating for credentialed press will be limited throughout the course of the hearing. Due to current limited access to the Capitol complex, the general public is encouraged to view this hearing via the live stream.

*Note: All witnesses will participate remotely.

Webcast

▶ ↶ ↷  00:00 / 00:00  **LIVE**  🔊                                    ↗ CC ⚙ ⤢

## Majority Statement

Chairman Roger Wicker
Read statement

## Minority Statement

Ranking Member Maria Cantwell
Read statement

## Witness Panel 1

Mr. Jack Dorsey
Chief Executive Officer
Twitter
10_28_20Dorsey_Testimony.pdf (https://www.commerce.senate.gov/services/files/7A232503-B194-4865-A86B-708465B2E5E2) (82.05 KB)

Mr. Sundar Pichai
Chief Executive Officer
Alphabet Inc., Google
10_28_2020Pichai_Testimony.pdf (https://www.commerce.senate.gov/services/files/894758B6-F55E-471D-904F-480FCD9E4D98) (67.20 KB)

Mr. Mark Zuckerberg
Chief Executive Officer
Facebook
10_28_20Zuckerberg_Testimony.pdf (https://www.commerce.senate.gov/services/files/E017B34E-F87F-4127-88A7-2C32B6BC3810) (163.82 KB)

https://www.commerce.senate.gov/2020/10/does-section-230-s-sweeping-immunity-enable-big-tech-bad-behavior (https://www.commerce.senate.gov/2020/10/does-section-230-s-sweeping-immunity-enable-big-tech-bad-behavior)

EXHIBIT W(ii)