

EXHIBIT WW