





### Rep. Ted Lieu ✓
7,679 Tweets



**Follow**

### Rep. Ted Lieu ✓
@RepTedLieu

Official Twitter account for the Office of Rep @TedLieu, serving #CA33 in the U.S. House of Representatives • facebook.com/RepTedLieu • instagram.com/RepTedLieu

📍 Los Angeles, CA & Washington, DC   🔗 lieu.house.gov   🎈 Born March 29
📅 Joined February 2015

**5,551** Following   **180K** Followers

Tweets        Tweets & replies        Media        Likes

EXHIBIT XX(i)