

EXHIBIT XX(ii)