

EXHIBIT XXXX(iv)