

EXHIBIT Y(i)