

EXHIBIT YY