


← Tweet



Candace Owens ✓
@RealCandaceO



Black people are only fit to live underground like groveling goblins. They have stopped breeding and will all go extinct soon. I enjoy being cruel to old black women.

The above statements are from @nytimes editor @sarahjeong. I simply swapped out the word "white" for "black".

12:07 PM · Aug 4, 2018 · Twitter for iPhone

EXHIBIT YYYY(i)