





← **Kamala Harris** ✓
15.9K Tweets

Follow

**Kamala Harris** ✓
@KamalaHarris
🏳 United States government official

Fighting for the people. Wife, Momala, Auntie. She/her. Official account is @VP.

📍 Washington, DC   🔗 joebiden.com   📅 Joined April 2009

**732** Following   **18.8M** Followers

**Tweets**   Tweets & replies   Media   Likes

EXHIBIT ZZ(i)