

LOG IN

Comedian Kate Quigley only lucid 'for...

Grimace exposed: McDonald's...

Russian strongman Putin weeps over...

Biden chief apparently admits vaccin...

NYC gal shares horrific details of first date durin...

California moves to outlaw 'stealthing,' or...

NEWS

# Hunter Biden finally admits laptop at center of Post exposé could 'certainly' belong to him

By Emily Jacobs

April 2, 2021    8:39am    Updated



**MORE ON:**

**HUNTER BIDEN**

**'Insulting to the art ecosystem': Pol calls for House probe of Hunter Biden sales**

**A tale of two Hunters: one died for America, the other went from grift to grift**

EXHIBIT BBB(ii)

NEW YORK POST

LOG IN

| Comedian Kate Quigley only lucid 'for… | Grimace exposed: McDonald's… | Russian strongman Putin weeps over… | Biden chief apparently admits vaccin… | NYC gal shares horrific details of first date durin… | California moves to outlaw 'stealthing,' or… |

Hunter Biden has finally 'fessed up that the laptop at the center of The Post's explosive exposé last year "certainly" could belong to him, he revealed in an interview Friday.

In a sitdown with CBS's "Sunday Morning," President Biden's embattled son was pointedly asked "yes or no" if the MacBook Pro that was dropped off at a Delaware computer repair shop in April 2019 was in fact his.

"I really don't know what the answer is, that's the truthful answer," Hunter Biden said in an excerpt of the interview released on Friday, before adding, "I have no idea."

But asked whether it could have belonged to him, he replied, "Certainly."

"Certainly, there could be a laptop out there that was stolen from me. It could be that I was hacked, it could be that it was Russian intelligence. It could be that it was stolen from me," he continued.

Hunter Biden made the rare media appearance while promoting his new memoir, "Beautiful Things," out April 6 from Gallery Books, an imprint of Simon & Schuster.

EXHIBIT BBB(ii)

# NEW YORK POST

LOG IN

| Comedian Kate Quigley only lucid 'for… | Grimace exposed: McDonald's… | Russian strongman Putin weeps over… | Biden chief apparently admits vaccin… | NYC gal shares horrific details of first date durin… | California moves to outlaw 'stealthing,' or… |



Hunter Biden talks to "CBS This Morning."
CBS

In the final months of the heated 2020 presidential race, The Post revealed a trove of emails from Hunter Biden's laptop that raised questions about his then-candidate father's ties to his son's foreign business ventures, including Burisma, a Ukrainian natural gas company linked to corruption.

The emails revealed that the younger Biden introduced a top Burisma executive to his father, then vice president, less than a year before the elder Biden admittedly pressured Ukrainian officials into firing a prosecutor who was investigating the company.

The never-before-revealed meeting is mentioned in a message of appreciation that Vadym Pozharskyi, a Burisma board adviser, sent Hunter on April 17, 2015.



EXHIBIT BBB(ii)

Comedian Kate Quigley only lucid 'for…

Grimace exposed: McDonald's…

Russian strongman Putin weeps over…

Biden chief apparently admits vaccin…

NYC gal shares horrific details of first date durin…

California moves to outlaw 'stealthing,' or…



EXHIBIT BBB(ii)

# NEW YORK POST

LOG IN

| Comedian Kate Quigley only lucid 'for… | Grimace exposed: McDonald's… | Russian strongman Putin weeps over… | Biden chief apparently admits vaccin… | NYC gal shares horrific details of first date durin… | California moves to outlaw 'stealthing,' or… |

An image of Hunter Biden found on the laptop at the center of The Post exposé

The water-damaged MacBook Pro — which bore a sticker from the Beau Biden Foundation — was dropped off for repair at a Delaware computer shop in April 2019, but the individual who dropped it off never returned to pick it up.

It was seized by the FBI in December of that year.

In addition to his Ukrainian connections, other emails on the computer showed Hunter discussing potential business deals with China's largest private energy company.

One deal seemed to spark considerable interest with the younger Biden, who called it "interesting for me and my family."

The laptop also contained highly personal photos and recordings, including an explicit, 12-minute video that appears to show the first son — who's struggled with addiction in the past — smoking crack and engaged in sex acts with an unidentified woman.

Additionally, Senate Republicans revealed the findings of their investigation into Hunter Biden's overseas business dealings in September. They said the Obama administration ignored "glaring warning signs" when the then-vice president's son joined the board of Burisma when he had no energy experience.

Hunter Biden's position with the reportedly corrupt energy company — which paid him "as much as $50,000 per month" — "created an immediate potential conflict of interest" because his father was involved in US policy toward Ukraine, the report stated.

Both President Biden and his son have continued to deny any wrongdoing.

For his part, the commander-in-chief has frequently defended his troubled younger son, including during his first debate with President Donald Trump, who repeatedly referenced Hunter Biden's overseas dealings and brought up his discharge from the US Naval Reserve for testing positive for cocaine.

EXHIBIT BBB(ii)

# NEW YORK POST

LOG IN

Comedian Kate
Quigley only
lucid 'for…

Grimace
exposed:
McDonald's…

Russian
strongman Putin
weeps over…

Biden chief
apparently
admits vaccin…

NYC gal shares
horrific details of
first date durin…

California moves
to outlaw
'stealthing,' or…

In the final months of the heated 2020 presidential race, The Post revealed a trove of emails from Hunter Biden's laptop.

"My son, like a lot of people, like a lot of people you know at home, had a drug problem. He's overtaken it. He's fixed it. He's worked on it, and I'm proud of him. I'm proud of my son," the then-Democratic nominee said.

The younger Biden got candid about an intervention his family had with him during the 2020 presidential race over his substance abuse in the interview.

EXHIBIT BBB(ii)

**NEW YORK POST**

| Comedian Kate Quigley only lucid 'for… | Grimace exposed: McDonald's… | Russian strongman Putin weeps over… | Biden chief apparently admits vaccin… | NYC gal shares horrific details of first date durin… | California moves to outlaw 'stealthing,' or… |

Hunter said.

President Biden has frequently defended his troubled younger son, including during his first debate with Donald Trump.
Jonathan Ernst/Reuters

"He grabbed me, in a hug," Biden continued, referring to his father, "He grabbed me, gave a bear hug, and he said, and just cried and said, 'I don't know what to do. I don't know what to do. Please.'"

Asked what he thought when he heard his father's pleas for him to get help for his substance abuse problems, Biden said the words didn't make a dent in taking down his addiction.

"I thought, 'I need to figure out a way to tell him that I'm gonna do something, so that I can go take another hit,'" the first son said, "It's the only thing I could think, literally."

EXHIBIT BBB(ii)

# NEW YORK POST

| Comedian Kate Quigley only lucid 'for… | Grimace exposed: McDonald's… | Russian strongman Putin weeps over… | Biden chief apparently admits vaccin… | NYC gal shares horrific details of first date durin… | California moves to outlaw 'stealthing,' or… |

Hunter Biden was pointedly asked "yes or no" if the MacBook Pro that was dropped off at a Delaware computer repair shop in April 2019 was in fact his.

Angela Weiss/AFP via Getty Images

The full interview will air in parts on CBS, first on "CBS Sunday Morning" and then on "CBS This Morning" on Monday.

Biden apparently also answers questions about the Justice Department probe he is facing, the loss of his brother Beau and some of his father's political opponents, according to a release about the interview from the network.

FILED UNDER    ,    2020 PRESIDENTIAL ELECTION    ,    HUNTER BIDEN    ,    JOE BIDEN    4/2/21

READ NEXT        **Victims in Orange, California, shooting identified by fami...**

EXHIBIT BBB(ii)