United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson (Movant) - Court of Appeals No.: 21-XXXXX – October 8th, 2021

Notice of Appeal

Case titled:

Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr.
Friend of Court Brief filed by David Andrew Christenson (Movant) October 8th, 2021

Notice of Appeal

Movant, David Andrew Christenson, file this Notice of Appeal against the "paperless order" issued by Judge Scola on October 8th, 2021.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on October 8th, 2021, I filed the foregoing with the Clerk of SDFL and 11th Circuit. The Parties were served via CM/ECF, U.S. First Class Mail and Email on October 8th, 2021.

David Andrew Christenson

Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr.
Friend of Court Brief filed by David Andrew Christenson (Movant) October 8th, 2021

Notice of Appeal

Movant, David Andrew Christenson, file this Notice of Appeal against the "paperless order" issued by Judge Scola on October 8th, 2021.

Godspeed

Sincerely

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on October 8th, 2021, I filed the foregoing with the Clerk. The Parties were served via CM/ECF, U.S. First Class Mail and Email on October 8th, 2021.

David Andrew Christenson



U.S. COURT OF APPEALS
RECEIVED
CLERK

OCT 13 2021

ATLANTA, GA

Case 3:21-cv-08378-JD   Document 77   Filed 10/13/21   Page 4 of 7

United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson (Movant) - Court of Appeals No.: 21-XXXXX – October 8th, 2021

## Notice of Appeal

Case titled:

Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr. Friend of Court Brief filed by David Andrew Christenson (Movant) October 8th, 2021

## Notice of Appeal

Movant, David Andrew Christenson, file this Notice of Appeal against the "paperless order" issued by Judge Scola on October 8th, 2021.

Godspeed

Sincerely

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

## Certificate of Service

I hereby certify that on October 8th, 2021, I filed the foregoing with the Clerk of SDFL and 11th Circuit. The Parties were served via CM/ECF, U.S. First Class Mail and Email on October 8th, 2021.

David Andrew Christenson

DUPLICATE

Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr.
Friend of Court Brief filed by David Andrew Christenson (Movant) October 8th, 2021

## Notice of Appeal

Movant, David Andrew Christenson, file this Notice of Appeal against the "paperless order" issued by Judge Scola on October 8th, 2021.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

### Certificate of Service

I hereby certify that on October 8th, 2021, I filed the foregoing with the Clerk. The Parties were served via CM/ECF, U.S. First Class Mail and Email on October 8th, 2021.

David Andrew Christenson



# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 15, 2021

David Andrew Christenson
Box 9063
Miramar Beach, FL  32550

**This notice is to acknowledge receipt of your document(s) on __October 13, 2021__.**

**Your document(s) will be handled as described below:**

☐ This Court's records indicate that you have no open case pending in this Court. No action will be taken on your document(s).

☐ This Court is a federal court of limited jurisdiction. This Court has authority to act only on cases created under the statutes enacted by Congress. In general, only cases which have been first filed, and finally decided, in a United States District Court or Bankruptcy Court within this Circuit (Alabama, Florida, and Georgia), the United States Tax Court, and certain federal agencies may be appealed to this Court. This Court does not have authority to act in appeals from state and county courts. No action will be taken on your document(s).

☐ Your document(s) appear(s) to have been intended for a different court. No action will be taken on your document(s).

☐ You requested a specific form. The Court does not offer a form related to your request. No action will be taken on your document(s).

☐ Your request for an extension of time to file a notice of appeal will be submitted to the district court. No action will be taken in this Court on your document(s).

☐ Except as noted above, this Court does not act on requests for an extension of time submitted without an existing case or appeal. No action will be taken on your document(s).

☒ The Clerk's Office is unable to discern the purpose of your document(s) and/or your document(s) do(es) not appear to have been intended for this Court. Please provide clarification; otherwise, no action will be taken on your document(s).

☐ An appeal from a district court to a court of appeals may be taken only by filing a notice of appeal <u>with the district court</u> within the time allowed by FRAP 4. *See* FRAP 3. You mistakenly filed a notice of appeal with this Court. (Please note, that under 11th Cir. R. 22-1(a), this Court will construe a party's filing of an application for a certificate of appealability, or other document indicating an intent to appeal, as the filing of a notice of appeal.) Under FRAP 4(d), the notice of appeal will be sent to the district court.

☒ The Clerk's Office is unable to discern whether your document(s) may be or may serve as a notice of appeal. Out of an abundance of caution, your document(s) will be sent to the district court under FRAP 4(d) to be processed as the district court deems appropriate. No action will be taken in this Court on your document(s).

☐ An application for a writ of habeas corpus must be made to the appropriate district court. Under FRAP 22(a), the application will be transferred to the district court.

☐ The Clerk's Office is unable to provide you with legal advice. No action will be taken on your document(s).

☒ Other:

Your "notice of appeal" is being forwarded to the U.S. District Court (SFL-Miami) for disposition as it may deem warranted in case no. 1:21-cv-22441-RNS, Trump, et al. v. Twitter, Inc., et al.

Rev. 4/21   EKG