FILED BY ___ D.C.

OCT 15 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr.
Movant David Andrew Christenson October 14th, 2021

Motion for Leave to File - Motion to Consolidate and Motion to Intervene and Join

## "HOPE AND PRAY FOR ASSASSINATION."

(I knew the Pandemic was coming and so did the Government. If I were wrong, they would have left me alone. No one has ever told me that I was wrong. You do not classify an Air Force Officer as a terrorist for protecting the Constitution and the First Amendment.)

Here is how grotesque this is. All I asked for was a change in the narrative and for our government to stop lying and to start telling the truth. I was censored for that and made an enemy of the state.

➢ I have conferred with the Plaintiffs and the Plaintiff's attorney for over 5 years. (The irony is that President Trump has done to me what YouTube, Twitter, and Facebook is doing to him.)

➢ I have conferred with the Defendants and the Defendant's attorney for over 10 years.

➢ My legal basis, cause of action, for intervening is the same as that of the Plaintiffs. I have been censored by YouTube, Twitter, and Facebook in violation of the Constitution and the First Amendment.

➢ I want to save my fellow Americans from the Genocide that is taking place by changing the narrative.

Trump v. YouTube, LLC (5:21-cv-08009) District Court, N.D. California Judge Richard Seeborg
Movant David Andrew Christenson October 14th, 2021

Trump v. YouTube, LLC (1:21-cv-22445) District Court, S.D. Florida Judge Kevin Michael Moore
Movant David Andrew Christenson October 14th, 2021

Trump v. Facebook, Inc (1:21-cv-22440) District Court, S.D. Florida Judge Kathleen Mary Williams
Movant David Andrew Christenson October 14th, 2021

Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr.
Movant David Andrew Christenson October 14th, 2021

Mathematically Mankind will cease to exist in the next few years. I wrote this paragraph years ago and it appears in multiple court records: *"How do we pay for our medical care? We are at epidemic rates/levels for Alzheimer's, Parkinson's, Multiple Sclerosis, Autism, Allergies, Asthma, Suicide(s), Murder(s)-Suicide(s), Diabetes, Muscular Dystrophy, Fibromyalgia, Influenza and Pneumonia deaths, etc. All are connected to a degraded Immune System(s). We must have an uncensored dialogue about vaccinations and the long-term harm they do to our immune system(s). Our Government has turned us into "Bubble People," a vaccination for everything."* I can now add COVID19 which is Endemic.

Written by me this year: *"President Joe Biden has stated publicly that you will need a booster in 8 months, then 6 months, and then 5 months. They are already working on a vascular port so that you can go to the pharmacy and pick up a vaccine capsule and install it in your vascular port."*

## "HOPE AND PRAY FOR ASSASSINATION."

YouTube, Twitter, and Facebook allowed me to publish over 750 videos, between 2012 and 2015, with over 60 having the title start with "Hope and Pray for Assassination" and then the name of someone. The title was sensational but neither the video nor the description talked about assassination.

YouTube, Twitter, and Facebook stood by me and the First Amendment for almost five years and then magically all my social media accounts and my websites were closed. I was erased from the internet.

Censorship is why we are in the (Endemic) Pandemic. (What bothers me most, is that no one cares about the <u>million excess Americans that have died</u> and the millions that will die.)

**<u>Our government is responsible for YouTube, Facebook and Twitter censoring Americans and violating their Constitutional Rights, specifically the First Amendment. The censorship is compounded because Americans cannot compete with the for-profit media. Compare Fox News and The New York Times.</u>**

I do not understand why social media started censoring Americans when they were protected by Section 230 which is a section of Title 47 of the United States Code. *"Section 230 says that "No provider or user of an interactive computer service shall be treated as the publisher or speaker of any information provided by another information content provider" (47 U.S.C. § 230)."*

The censorship started in the spring of 2015. What did our government offer social media or where threats made?

We would not be in the Pandemic if the Supreme Court had ordered a response to any of my four Writs:
- 14-10077 - Petition for a Writ of Mandamus and/or Prohibition.
- 16-5869 - Petition for a Writ of Certiorari (Jeffrey Bossert Clark is in the news and is being subpoenaed by Congress for his participation in the January 6th, 2021, Capital Riot/Insurrection. Mr. Clark entered an appearance in this case and yet he and BP were not parties. See attachment.)
- 16-6345 - Petition for a Writ of Mandamus and/or Prohibition.
- 16-6278 - Petition for a Writ of Mandamus and/or Prohibition.

The Consolidation should take place in the Southern District of Florida and 11th Circuit. Reference: USCA11 Case: 21-10371 Date Filed: 02/04/2021 Page: 1 of 142 pages - In the United States Court of Appeals for the Eleventh Circuit – David Christenson Plaintiff v. United States of America Defendant – Writ of Prohibition and Writ of Mandamus & Constitutional Question.

Attachment 1: My books that were removed from the Library of Congress: The United States Supreme Court and The Katrina Virus and The Reluctant Patriot. (Guidelines and background information for reading my emails.)

Attachment 2: My First Amendment thoughts (5) written by me in 2015.

Attachment 3: This information would be censored and not allowed on YouTube, Twitter, or Facebook.

Attachment 4: Supplemental Twenty-Five to my Writ 14-10077.

Attachment 5: The description of one of my first YouTube videos. I was classified as a terrorist by the DOJ in 2010.

Attachment 6: Attorney General Jeffrey Bossert Clark and BP. Cannot invent this.

Attachment 7: Future Attorney General and Ex-U.S. Attorney Matthew Whitaker was my defense attorney, and he gave away all of y rights. I did not know who he was.

Attachment 8: Pages 1 and 10 of 142 from 11ᵗʰ Circuit and Supreme Court.

Attachment 9: **V367 YouTube stood by me and the 1st Amendment. Huge victory against Obama. Katrina Virus.**

Attachment 10: The United States Air Force Academy barred me for life and the "Gain of Function" experiment that I was a part of when I was there. (First page of a pleading in the Senator Rand Paul NSA Class Action Complaint. He is doctor and he has protected the coverup.)

Godspeed - Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on October 14ᵗʰ, 2021, I filed the foregoing with the Clerk via First Class Mail/Priority and then served the pleading via CM/ECF, U.S. First Class Mail and Email on October 14ᵗʰ, 2021.

(On File)

_____
David Andrew Christenson

# Attachment 1

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

The United States Supreme Court and The Katrina Virus

A Prelude/Reference Book/Appendix - Book 7

By David Andrew Christenson

ISBN 978-0-9846893-8-5 Hardback SCKV

ISBN 978-0-9846893-9-2 EBook SCKV

LCCN 2012933074

Copyright 1-724163643

Persimmon Publishing

Box 9063

Miramar Beach, Florida 32550

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

Updated 10/31/2011 DAC 05:32
An Unedited Synopsis.
Please Google all names.


THE RELUCTANT PATRIOT
By Captain David Andrew Christenson
*(Book Nine in a nine part series.)*
*Library of Congress LCCN 2011940256*
*ISBN 978-0-9846893-0-9 Hardback*
*ISBN 978-0-9846893-1-6 EBook*


<u>Factual, documented and verifiable</u> account of what happened to (The Author) Captain David Andrew Christenson, United States Air Force, on March 15th, 2011.

On the morning of March 15th, 2011 the FBI brought a 30 man SWAT team, with shoot to kill orders, to arrest Captain David Andrew Christenson for a non-violent, non-domestic, non-drug misdemeanor charge (Equivalent of a DUI or DWI.) of cyber stalking FBI Agent Steven Rayes. This was done under the authority of FBI Director Robert Mueller. Misinformation was provided to the press. Six months earlier on October 14th, 2010 (This is a very important date, see below) FBI Agent Steven Rayes contacted Captain David Andrew Christenson. Why did Agent Rayes contact Captain Christenson? Agent Rayes was a member of the uniformed Violent Crimes Task Force and he was not a true investigative type FBI Agent. Captain Christenson had been communicating with FBI Director Robert Mueller, Agents David Welker, Dewayne Horner, Joseph Downing, Kelly Bryson and Paula McCants. Agent Rayes was selected by Director Mueller to be the enforcer. Agent Rayes was an ex-enlisted Marine and street cop with no conscious and was someone who would blindly follow orders understanding the illegal mission. Agent Rayes was zealous and sadistic in carrying out his orders. Agent Rayes ordered Captain Christenson to email him at his official FBI email addresses. Agent Rayes commenced to harass, stalk, threaten, intimidate and assault Captain Christenson. On November 10th, 2010 Agent Rayes assaulted Captain Christenson at the Hilton Hotel in New Orleans. There was a DVD of the assault. The FBI used a Louisiana State arrest warrant and a Louisiana State search and seizure warrant. **The FBI did not use Federal Warrants. This needs to be said again. The FBI did not use Federal warrants. Captain David Andrew Christenson has never been charged with a crime.** The FBI claimed that two out of more than 500 emails sent to at least 10 different FBI Agents, including FBI Director Robert Mueller, by Captain Christenson were threatening. The emails were not threating and were consistent with previous informative and political emails. Captain Christenson never received an arraignment, a show cause hearing or a preliminary examination as is required by law. Orleans Parish District Attorney Leon Cannizzaro asked for a $500,000.00 bond. The Orleans Parish Criminal Court gave Captain Christenson a

record bond of $300,000.00. Captain Christenson should have been released on his own recognizance or a $10,000.00 bond.  (An armed carjacker received a $75,000.00 bond.)  Captain Christenson was held for 11 days in the Orleans Parish Prison without being charged with a crime. After day three Captain Christenson was placed in isolation on the psychiatric floor of the house of detention (HOD) where he was medicated without his knowledge or consent. Attorney General Eric Holder directed Assistant US Attorney Billy Gibbens to represent Captain Christenson, which he did. Criminal defendants are not represented by US Attorneys. Billy Gibben's mission was to discredit Captain Christenson and to keep him in prison. The court record confirms this. Captain Christenson was to be permanently detained in a psychiatric hospital, medicated and discredited. The Louisiana State search and seizure warrant was used to steal evidence, legal files, the DVD of FBI Agent Rayes assaulting Captain Christenson, the DVD of the Danziger Bridge murders, etc. from Captain Christenson. United States Supreme Court files and communications and evidence of "The Katrina Virus" and pending Genocide were stolen as well.

## The Department of Justice classified Captain David Andrew Christenson as a terrorist. This was done to bypass Federal Law and the Federal Judiciary. It was relayed to Captain Christenson that if he did not stop his research and quest for justice that he would be assassinated as a terrorist.

The FBI attempted to murder/assassinate Captain David Andrew Christenson while he was being held in isolation in the Orleans Parish Prison. Coast Guard Commander William Wesley Goetzee was not so lucky. He was murdered in the Orleans Parish Prison on August 7th, 2011. The FBI failed with Captain Christenson but succeeded with Commander Goetzee.

What was so important that the United States Government had to classify Captain David Andrew Christenson as a terrorist and then attempt to murder/assassinate him?

Chemical warfare ingredients, "THE KATRINA VIRUS", were released during Hurricane Katrina. The end result will be GENOCIDE for the residents of New Orleans. ("The Katrina Virus" represents all of the contaminants that were released from government research/laboratory, manufacturing and storage facilities. These facilities were controlled directly and indirectly by the Department of Defense and the Central Intelligence Agency and included public institutions such as local hospitals and medical schools. The Harvard University Medical School has been tasked with studying and tracking the long term health/medical issues and "The Katrina Virus".

## The United States Military killed, executed and murdered Americans during Hurricane Katrina and after.
A side note. Secretary of Defense Donald Rumsfeld had a very public disagreement with President George Bush concerning the use of the military. Captain Christenson does not recall there ever being a public disagreement between the President and the Secretary. What is strange is that the press never picked up on the disagreement. Secretary Rumsfeld already knew about what the military had done and was concerned about the liabilities. President Bush had to order Secretary Rumsfeld to send in the troops. General Russel Honore and the troops arrived five days after Hurricane Katrina. General Honore

confirmed to me that he was only responsible for what the military did after he arrived and not before. He was adamant about that. Both he and Coast Guard Admiral Mary Landry lost promotions, their next star and were forced to retire.  Why the five day delay when plans and procedures require the securing of an urban area within 72 hours after a catastrophe. There were several reasons for the delay. "The Katrina Virus" would disperse. The DOD and the CIA, in connection with the United States Navy, could clean up the mess without having the press around. It was brilliant the way the Federal Government kept the press occupied with the rescue missions, the superdome and the convention center. Louisiana Governor Kathleen Blanco was intentionally manipulated by the Federal Government and made into a scapegoat. FEMA Director Michael Brown was manipulated as well.

The BP oil spill. To be Written.

The Danziger Bridge. To be written.

Books Seven and Eight will start in September, 2005. The US Military arrives in New Orleans in the days preceding Hurricane Katrina. The units were issued millions of dollars in cash in satchels. Confirmed by Teresa McKay, Director of Department of Defense Finance and Accounting Service (DFAS). Teresa's husband, Jeffery McKay, and I attended the Air Force Academy together and were roommates in flight school. JK works in the Pentagon and is also one of my sources. In the days following Hurricane Katrina President Bush and Air Force One did a flyover of New Orleans but did not land. The White House issued a press release stating that security was not in place and that the President's landing would detract from the rescue missions. As an Air Force Pilot I flew support missions for the President, Air Force One and the Secret Service. I am intimately familiar with their procedures and protocols. President Bush and Air Force One did not land because The White House did not want to infect the President and his staff with "The Katrina Virus" as was confirmed by Ambassador Donald Ensenat.  Security was in place and Belle Chase Naval Air Station was operational and secure. The senior leadership in New Orleans gave blood and DNA samples. This as well as other connections to "The Katrina Virus" were confirmed by Mayor Ray Nagin.  After the Hurricane, USAA Insurance (A military insurance company run by Generals and Admirals with strong ties to the Pentagon.) informed us that they would be paying our claim because of the long term health issues that we would face. What did USAA know? In February, 2006 we purchased a condominium, under fraudulent circumstances, from Louis (Lee) Madere. He was the Louisiana State Grand Jury Foreman for the Danziger Bridge Murders. (*I cannot invent the truth*) The Catholic Church had filed a class action video voyeurism lawsuit against him. Madere entered the Federal Witness Protection Program on October 15th, 2010 (The important date from above.). Secretary of HUD, Mayor and Judge Moon Landrieu, the father of Senator Mary Landrieu and Mayor Mitch Landrieu, was a major source of information.

State Farm Insurance and the murder of prominent Los Angeles attorney James Robie of the Robie Matthai Law Firm.  To be written. Please review your homeowner's policy. The medical liability provision of the homeowner's policy is substantial larger than the property loss provision. A $100,000.00 home could have a $5,000,000.00 medical liability provision. The loss to the insurance companies would be trillions of dollars if it was shown that "The Katrina Virus" was released.

Guidelines and background information for reading my emails.

I was arrested on March 15th, 2011 by an FBI SWAT Team. I was arrested for two counts of cyber stalking FBI Special Agent Steven Rayes. The FBI illegally used Louisiana Warrants to arrest me, search my home and seize (steal) my property. The FBI did not have Federal warrants as one might expect. I have never been charged with a crime. The arrest was for a non-violent, non-domestic, non-drug misdemeanor. The arrest was for the equivalent of a severe DUI or DWI. The FBI stole my legal files, computers, back-ups, phone, photos, evidence, Supreme Court files, a DVD of Agent Rayes assaulting me, a DVD of the Danziger Bridge, etc. The Federal Government wanted to stop my investigation into the Genocide and murder that took place after Hurricane Katrina.

Agent Rayes came into my life on October 14th, 2010. He ordered me to send emails to his official FBI email address. I complied. I have sent over 500 emails to the FBI and multiple agents. Agent Rayes assaulted me on November 10th, 2010. The FBI desperately needed the DVD of Agent Rayes assaulting me.

**I was declared a terrorist by the Department of Justice.** I assume that the classification took place at the same time that Agent Rayes came into my life.

The first email in the book is actually the last email that I sent before I was arrested. I copied a package of information that I had faxed and mailed to the United States Supreme Court and sent the email with the attachments to myself. I then go back to October 14th, 2010 and present the emails in a chronological order. From October 14th, 2010 until March 14th, 2011. I have not included all of my emails because of space limitations. A partial list of my contacts is attached.

When reading the emails please look for the following: The headings/subjects. Not all emails have headings/subjects. All original emails are from me. Look at the date and time. Please review the addressees (Very Important). The attachments are important. I sometimes scanned my emails and included those as attachments. I also forwarded many emails because I had received responses.

This was my quest for justice. You be the judge. Am I a terrorist or "The Reluctant Patriot"?


Sincerely,
David Andrew Christenson
"The Reluctant Patriot"

# Attachment 2

This should scare the hell out of you!!! My god, do you know what this means?

99.99% of what I put on the World Wide Web and 99.99% of what was put on the World Wide Web about me is gone. Search Google, Bing, Yahoo, etc. The First Amendment Rights of me, Federal Whistleblower Captain David Andrew Christenson, Mankind and you have been cleansed from the World Wide Web and history. All of my warnings and predictions are gone. The documentation and evidence is gone. My naming names is gone. Everything that I did to save you, your loved ones and my country is gone. I put my life on the line for nothing. This is far worse than Nazi Germany.

David Andrew Christenson never existed. What else no longer exists?

My "Hope and pray for assassination" videos have been cleansed from the World Wide Web. These incredible sensational videos (100 +) are gone. 99.99% of the information (videos, comments, writings, etc.) that was against me is gone.

My YouTube channel has completely disappeared. The only way to see one of my videos is if someone had downloaded it and then uploaded it to their channel.

David Andrew Christenson never existed. What else no longer exists?

Hate me or not, I am just a messenger. The message is critical to the survival of the human race.

They (NSA, CIA, DOD, etc.) have the ability to alter history. I put over 750 plus videos on line and they are gone. My writings are gone.

How will we be able to govern Artificial Intelligence (AI)? Who will you trust to monitor AI?

How will we be able to govern brain monitoring? Who will you trust?

This article just happened to be on MSN this morning.
We can already send thoughts from one brain to another — and that might eventually let us download skills
Business Insider kloria@businessinsider.com (Kevin Loria)
http://www.msn.com/en-us/news/technology/we-can-already-send-thoughts-from-one-brain-to-another-%e2%80%94-and-that-might-eventually-let-us-download-skills/ar-BBjjgQG

"There will be no sunarcissists. Honor will always be chosen."
David Andrew Christenson

"A sunarcissist is a narcissist who chooses suicide over honor."
David Andrew Christenson

Narcissist: In psychiatry, a personality disorder characterized by the patient's overestimation of his or her own appearance and abilities and an excessive need for admiration. Excessive self-admiration and self-centeredness

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

Try to find the YouTube videos. Look at the comments (164) after the article. The comments cover 48 hours and then completely stop. Saturday April 13th, 2013 and Sunday April 14th, 2013.

Sat Apr 13, 2013 at 07:33 AM PDT.
http://www.dailykos.com/story/2013/04/13/1201501/-A-guy-calls-for-the-assassination-of-Obama-on-Youtube-Youtube-won-t-take-it-down-Please-help#
A guy calls for the assassination of Obama on Youtube. Youtube won't take it down. Please help.
By CthulhuFollow .  164 Comments / 164 New

"On Youtube right now, there is a gentleman named David Andrew Christenson who is calling for the assassination of President Obama in his videos.   He isn't hiding this -- its right in the title of several of his videos.  He also calls for the assassination of lots of other people, too -- senators, former mayor Ray Nagin, pritate company CEOs.  He claims that all thesepeople know that the U.S. military used bioweapons against New Orleans during Katrina, resulting in something called the "Katrina Virus" being released and killing losts of people.

Normally, I don't get too upset when I see crazy on the internet -- except when it calls for terrorism, particularly against the President.  I worry about stochastic terrorism -- calls for violence which are designed to trigger action by lone wolves and otherwise deranged individuals, such as what happened with Gabby Giffords.  So, I decide to write Youtube and flag the video.  I figure, they'll take it down soon enough.

Nope.   36 hours later, they don't seem to care.   After all -- I'm but one dude, bitching about one video.  I'm at the bottom of the queue, and so what if the videos call for the death of the President?  So look-- I would ask that the Kossacks here check out the videos calling for the assassination of the President and then also "flag" the videos for inappropriate content.  Flagging is supposedly anonymous (you don't need to worry about him naming you next).   I'd also ask that you post a comment if you've flagged as I asked, so that I'll have an idea of how many people have actually flagged the videos.

My thought is that if YouTube gets enough complaints, they'll take down this insanity, or, at the very least, stop letting him use YouTube as a means of propagating his hate.   I've thrown in a couple of the other videos to try to get Youtube to recognize that calls for assassination against anyone should be taken down -- calls for assassination against the President, however, are simply beyond the pale.

The videos are: V294 I hope and pray that Obama is assassinated to save your life and your families. Katrina Virus.
V269 (#2) Why I hope and pray that Obama and his family are assassinated.
V323 Pray that US Representative Cedric Richmond is assassinated to save your life Katrina Virus
V312 I pray that igak-12745-ref is assassinated to save your life Katrina Virus
I hope and pray that US Attorney Billy Gibbens is assassinated to save your life Katrina VirusO
There's tons more, but I figure if enough people flag these videos, YouTube will act.

Please help.  Thanks,  Cthulhu"

My YouTube channel was:
https://www.youtube.com/channel/UCgJz8rHPjK4HcyUt1I2b1QQ/videos?flow=grid&view=0
**YouTube did not remove the videos or the Channel.**
V367 YouTube stood by me and the 1st Amendment. Huge victory against Obama. Katrina Virus.
Published on May 4, 2013

V367 YouTube stood by me and the 1st Amendment. Huge victory against Obama. Katrina Virus.
Thank you Google and YouTube for protecting the Constitution and most importantly the 1st
Amendment.
Big, Big victory and news. YouTube/Google has decided to stand by me and keep my "David Andrew
Christenson Channel" open. The 1st amendment lives. Obama put a great deal of pressure on YouTube
to close my account. Threats were made. The Patriot Act was used. My being classified as a terrorist was
used as well. It took the board of directors to make the decision. Sorry that I have not posted a video for
a couple of weeks. YouTube froze my account while the decision was being made. The fight continues.
I am starting to win. One person can make a difference against a corrupt government. I took an oath and
I intend to honor that oath.
V294 I hope and pray that Obama is assassinated to save your life and your families. Katrina Virus.
http://youtu.be/3Aci-I9ah0g (This is the video that got all of the attention. This is the one, as well as my
whole channel, that Obama wanted YouTube to take down. ************* Why???)
Follow David Andrew Christenson YouTube Facebook Twitter www.persimmonpublishingus.com

LINK
V292 Google "murder suicide". Obama is using suicide to murder you. Katrina Virus.
http://youtu.be/nK9vlze_mHY (This video was deleted and then reinstated.)
V147 Here is the story of how you will be assassinated by the Federal Government. Factual and
Verifiable. http://www.youtube.com/watch?v=cagpHEhWHK0 V261 I hope and pray that Obama and his
family are assassinated. Katrina Virus.
http://www.youtube.com/watch?v=47wAFgqOrew
V142 What is the Katrina Virus, where did it come from and how does it spread?
http://www.youtube.com/watch?v=e0D23KGxwQs
V354 Here are the 600+ murderers. Just one of them could stop the Genocide today. Katrina Virus
http://www.youtube.com/watch?v=3cgtzNyR2-k

Look at the front page of the Wall Street Journal. Why does it take a SWAT Team to remove the landing
gear? (05/02/2013) The World Trade Centers housed classified DOD and CIA chem warfare labs and
storage facilities.
http://usnews.nbcnews.com/_news/2012/09/10/13783417-us-adds-cancer-to-list-of-illnesses-linked-to-
911-terror-attacks?lite Why do you think the government classified the 14 cancers? Wake up!!!
The Katrina Virus is real.

http://anewsreporter.weebly.com/david-andrew-christenson.html

aNewsReporter.com

294 I hope and pray that Obama is assassinated to save your life and your families. Katrina Virus.
http://youtu.be/3Aci-I9ah0g

V293 Obama henchmen in your murder are Judges Englehardt, Africk and Berrigan. Katrina Virus.
http://youtu.be/zMpyJ2Fz_b8

V292 Google "murder suicide". Obama is using suicide to murder you. Katrina Virus.
http://youtu.be/nK9vlze_mHY

V291 This is why Obama wants me dead. H7N9 Flu, Obama Flu, Bush Flu and Katrina Virus.
http://youtu.be/SFTZMDQ265E

V290 Obama murders government officials. The war has started. No one is safe. Katrina Virus.
http://youtu.be/eliFsRtRLpk

V289 Obama wants you dead to save money. Katrina Virus.
http://youtu.be/KMsO4K2ywel

V288 Mayor Ray Nagin indictment 22 Felonies is dropped to cover up the Katrina Virus Genocide
http://youtu.be/TH5gucFrP0Y

V287 Obama continues to murder Americans with the Flu, Katrina Virus, Valley Fever Fungus, etc.
http://youtu.be/0-o2iCB3zTA

V286 Death Threat by Secret Service and covert assassination authorized by Obama. Katrina
Virus.http://youtu.be/Ly-iCX7hZFc

V285 Secret Service/Julia Pierson select, thug, Jonathan Woolcock to deliver the death threat.
http://youtu.be/Yh55vDFVwTQ

V284 The decimation of the bee population. CATASTROPHIC. Katrina Virus.
http://youtu.be/gM5J6K5rtQk

V283 Additional threats and harassment by the Secret Service: Jonathan Woolcock. Katrina Virus.
http://youtu.be/okZ7m31m3nM

V282 Secret Service threatens me at my home. Katrina Virus.
http://youtu.be/WnaFeOXXS2s

V281 Notified Senate about Obama Labor Secretary nominee Thomas "Hitler" Perez. Katrina Virus.
http://youtu.be/IQqABNI5dHg

V280 #6 Why I hope and pray that Obama is assassinated. Katrina Virus.
http://youtu.be/TtxjHX4tdHY

V279 AG Eric Holder's daughter attends Tulane University in New Orleans. Katrina Virus.
http://youtu.be/4WxlLOlU24Q

V278 Today is the 5th anniversary of my sister's murder. Katrina Virus.
http://youtu.be/ROUrmyo9SJk

V277 #5 Why I hope and pray that Obama is assassinated. My sister's murder. Katrina Virus.
http://youtu.be/EJDnHu75MvM

V276 #4 Why I hope and pray that Obama is assassinated. Cyprus. Katrina Virus.
http://youtu.be/oc0XYf-fNfw

V275 #3 Why I hope and pray that Obama is assassinated. Iraq War Anniversary. Katrina Virus.
http://youtu.be/OTDwby9sYxc

V274

V273

V272 DOJ starts major smear & intimidation campaign against David Andrew Christenson. Katrina Virus.
http://youtu.be/CsQQgFZZkdg

V271 Would you assassinate Obama? Katrina Virus.
http://youtu.be/RfXq56wMCUM

V270 President Barack Obama himself has unsubscribed to my YouTube Channel. Katrina Virus.
http://youtu.be/ZgfobUxevu4

V269 (#2) Why I hope and pray that Obama and his family are assassinated. Katrina Virus.
http://youtu.be/0lvGJYFDNGI

V268 Under the Constitution does an American have a legal right to assassinate Obama? Katrina Virus.
http://youtu.be/WNCXoPZ_NEQ

V267 (#1) Why I hope and pray that Obama and his family are assassinated. Katrina
Virus.http://youtu.be/kGO9xuKYhJM

V266 There will be an armed revolution against the Federal Government. Katrina Virus.http://youtu.be/xakS5sudiyk

V265 Obama nominates Adolf Hitler/Thomas Perez to be Secretary of Labor. Katrina Virus.http://youtu.be/OsPGqnA-T4s

V264 Citizen's Arrest of the Supreme Court Justices. Katrina Virus. http://youtu.be/SvW2x7r6R6M

V263 I hope & pray that the Supreme Court Justices and their families are assassinated Katrina Virus http://youtu.be/bM4xYfq16qs

V262 I hope and pray that all Congressmen and their families are assassinated. Katrina Virus. http://youtu.be/3LaZjD5TXLo

V261 I hope and pray that Obama and his family are assassinated. Katrina Virus. http://youtu.be/47wAFgqOrew

V260 Supreme Court/Judge Berrigan dismisses Fazzio case without criminal charges against the DOJ. http://youtu.be/78Nn3ya8yDE

V259 YouTube Video sent to Supreme Court. I am begging the Court for help. Katrina Virus. http://youtu.be/NCyGpzk5MC8

V258 Notified the DOJ/Supreme Court that I would testify against Mayor Ray Nagin, Fred Heebe, etc. http://youtu.be/dejjG57ovZ8

V257 Over 1000+ convictions are overturned because of DOJ criminal misconduct. Katrina Virus. http://youtu.be/6R2UUholr_Q

V256 (V&C1) Vindication and Conformation of the Bush Novel Coronavirus. Katrina Virus. http://youtu.be/-ahdMT-gbaA

V255 Flu deaths at epidemic level for 9th straight week. Katrina Virus. http://youtu.be/AS9TSHI23PA

V254

V253 There is a God. Cardinal and Pope resign for sexual misconduct. The Truth. Katrina Virus. http://youtu.be/BL-N2UFVUvs

V252 Obama will not arrive nor depart Israel on Air Force One. He may not go. Katrina Virus.
http://youtu.be/1INGUZInFGs

V251 Google, YouTube, Gmail and Google + have started to censor me. Katrina Virus.
http://youtu.be/XXARurEtMyc

V250 General Harold "Pete" Todd died. Was it murder or suicide? Katrina Virus.
http://youtu.be/ilxyzcfEsBs

V249 If you don't care I don't. Flu mortality rates at epidemic level for 8th week. Katrina Virus.
http://youtu.be/v_iyowTz2c0

V248 Is Israel going to assassinate Obama? Katrina Virus. Is this the Perfect Strom?
http://youtu.be/SDW_7GZxpdA

V247 Obama screws Israel and the Jews. National Debt goes away (Oil). Katrina Virus.
http://youtu.be/TdQuFRg9FH0

V246 Extermination of the JEWS has begun. I wonder if they realize it. Katrina Virus.
http://youtu.be/yjTYL7LRYGg

V245 Conformation of "LENT SUPER VIRUS" by the CDC. Obama murders again. Katrina Virus.
http://youtu.be/F-blJLqQeyQ

V244 Supreme Court defecates on the Constitution with Amnesty decision. Katrina Virus.
http://youtu.be/vO5mgN9mfp8

V243 Supreme Court "slaps down" DOJ for racism and prosecutor misconduct. Katrina Virus.
http://youtu.be/T3E5nfZ0Ww8

V242 Federal Judge Head castrates DOJ for prosecutor misconduct. Katrina Virus.
http://youtu.be/sa4Sl0HwO-o

V241 Flu, Super Bowl Norovirus, Whooping Cough Epidemics/Pandemics 02/15/13 Katrina Virus
http://youtu.be/IqjjIWWz9LU

V240 China spied Mayor Ray Nagin arrested in China Pawn in the release of the spies Katrina Virus
http://youtu.be/07PvNoWlXh0

V239 Conformation and vindication about Obama murdering Americans over 65 with the Katrina Virus
http://youtu.be/Pu2ZK6pRKlc

V238 China is using The Katrina Virus to blackmail the US. Indicted Mayor Ray Nagin is involved.
http://youtu.be/sLgVidIYLco

V237 Mayor Ray Nagin, Please save your daughter Tianna from the Katrina Virus, she is only 13.
http://youtu.be/0sIF4OWqizk

V236 Indicted Mayor Ray Nagin quarantined in China because of the Katrina Virus.
http://youtu.be/i633h5rRQPY

V235 Obama continues to murder us and tries to hide it using the FDPM. Katrina Virus.
http://youtu.be/Z80K605sbK8

V234 Update Super Bowl Norovirus Katrina Virus Obama & Biden Flu Viruses Ray Nagin
http://youtu.be/BPJ94aGMdg8

V233 DEATH!!! H5N1-Obama Flu Virus Beta Coronavirus-Bush Flu Virus Katrina Virus Ray Nagin
http://youtu.be/neIWwdF1LaY

V232 POPE RESIGNS! POPE RAPED AND MURDERED MY SISTER! THERE IS A GOD!
http://youtu.be/C671QZ8Em_8

V231

V230 Is President Barack Obama going to be assassinated? Does He know? The Katrina Virus.
http://youtu.be/P9-hib3BJp0

V229 H5N1 is now called the "Obama Flu" It could be the first flu used by terrorists Katrina Virus
http://youtu.be/ve6Mdghs6AI

V228 Flu, Super Bowl Norovirus, Whooping Cough Epidemics/Pandemics 02/08/13
http://youtu.be/yRYnEuSQv6g

V227 Budget Deficit To Drop Below $1 Trillion in 2013: CBO Are you kidding me? Katrina Virus
http://youtu.be/vnzqKvo2pu4

V226 Whooping cough strain may be cause of more illnesses & resistant to the vaccine. Katrina Virus.
http://youtu.be/QWaCrr2eGP0

V225 I was injected with The Katrina Virus in 1980 at the USAFA. 2 of my classmates just died.
http://youtu.be/uOzqtuHjee4

V224 Obama lied about the Flu Katrina Virus Super Bowl Norovirus Ray Nagin Murder Genocide

http://youtu.be/kn-zlJ21FmU

V223 I will be on The Truth Denied Roxy Lopez on 02/05/13 7 PM CST Ray Nagin Katrina Virus
http://youtu.be/a1hLr-IUgNI

V222 My commentary on the American Way of Life. It does not exist for anyone. The Katrina Virus.
http://youtu.be/2hNl2CTUmj8

V221 Conformation of my info on the Super Bowl blackout. Ray Nagin Katrina Virus Norovirus
http://youtu.be/cnzAYhSeDdc

V220 Obama has declared that the largest group of terrorists in the U.S. are VETERANS.
http://youtu.be/PB4N4m6ycfI

I am a prolific, tenacious and notorious communicator.
I, David Andrew Christenson, am a prolific, tenacious and notorious communicator.

I have sent more than a thousand emails to the Supreme Court's Public Information Office (SCPIO). I am sure the SCPIO can confirm this fact.

750 of my videos have been removed/deleted/sanitized from the internet.
All of the references (thousands) that I posted about my 750 videos have been removed/deleted/sanitized/censored from the internet.
All of the comments (thousands) that I posted (including the links) about my 750 videos have been removed/deleted/sanitized/censored from the internet.
Websites that claim to have uploaded my videos have been removed/deleted/sanitized/censored.
All of my videos that were uploaded by Websites are unplayable because the videos have been removed/deleted/sanitized/censored.

Over the last week I contacted every radio show that I was on and not one them responded. Why?

All of my writings are gone.

There are references to me, my writings and videos but they come from other sources and not from me.

David Andrew Christenson's petition, 14-10077, has been filed with the Supreme Court of the United States on June 1st, 2015.

This represents a victory for me. If the Supreme Court accepts the petition for review then it is a victory for America and mankind. Search: www.supremecourt.gov check the docket circle and put in David Andrew Christenson to see the case and to follow the case.

It has taken me 9 years to get the petition filed. The petition will serve as documentation for when the truth comes out and those people that are responsible for the Genocide and Crimes Against Humanity will be held accountable.

After the cover page are some comments that are worth reading.
This is the cover page of the petition:
No. 14-10077
IN THE Supreme Court of the United States
David Andrew Christenson
Plaintiff
v.
United States of America
President Barack Obama, et. al.,
Defendants
(Consolidation of three Appeals for Extraordinary Writ)
United States Court of Appeals for the Fifth Circuit
No. 13-31078
United States Court of Appeals for the District of Columbia Circuit
14-5212
United States Court of Appeals for the District of Columbia Circuit
14-5207
— — — —
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
— — — —
David Andrew Christenson files this Extraordinary Writ
on behalf of himself and the American People
— — — —
David Andrew Christenson, Pro Se
Box 9063
9815 US Highway 98 West, BC 156
Miramar Beach, Florida 32550
504-715-3086, davidandrewchristenson@hotmail.com
"THE RELUCTANT PATRIOT"
Classified as a terrorist by the Department of Justice

Extraordinary Writ with Writ of Prohibition and Writ of Mandamus filed May 22nd, 2015
Writ of Certiorari filed May 18th, 2015
Extraordinary Writ Second Addendum filed May 18th, 2015
Extraordinary Writ Addendum filed May 10th, 2015
Extraordinary Writ filed May 7th, 2015

In February 2015 all of my writings, documentation, 750 videos, comments, etc. were removed from the internet/web. Everything that I put on the web, with one exception, is gone. You can still find information about me that has been posted by other people but nothing that I posted. Try and watch one of the 750 videos, each with its' own address. Even those videos uploaded by someone else cannot be viewed. Your government has great power to cleanse/delete/remove free speech from the internet. There is no such thing as the Constitution and the First Amendment.

Here are some of my writings to memorialize what happened.

Comment 1:
This should scare the hell out of you!!! My god, do you know what this means?

99.99% of what I put on the World Wide Web and 99.99% of what was put on the World Wide Web about me is gone. Search Google, Bing, Yahoo, etc. The First Amendment Rights of me, Federal Whistleblower Captain David Andrew Christenson, Mankind and you have been cleansed from the World Wide Web and history. All of my warnings and predictions are gone. The documentation and evidence is gone. My naming names is gone. Everything that I did to save you, your loved ones and my country is gone. I put my life on the line for nothing. This is far worse than Nazi Germany.

David Andrew Christenson never existed. What else no longer exists?

My "Hope and pray for assassination" videos have been cleansed from the World Wide Web. These incredible sensational videos (100 +) are gone. 99.99% of the information (videos, comments, writings, etc.) that was against me is gone.

My YouTube channel has completely disappeared. The only way to see one of my videos is if someone had downloaded it and then uploaded it to their channel.

David Andrew Christenson never existed. What else no longer exists?

Hate me or not, I am just a messenger. The message is critical to the survival of the human race.

They (NSA, CIA, DOD, etc.) have the ability to alter history. I put over 750 plus videos on line and they are gone. My writings are gone.

How will we be able to govern Artificial Intelligence (AI)? Who will you trust to monitor AI?

How will we be able to govern brain monitoring? Who will you trust?

This article just happened to be on MSN this morning.
We can already send thoughts from one brain to another — and that might eventually let us download skills
Business Insider kloria@businessinsider.com (Kevin Loria)
http://www.msn.com/en-us/news/technology/we-can-already-send-thoughts-from-one-brain-to-another-%e2%80%94-and-that-might-eventually-let-us-download-skills/ar-BBjjgQG

"There will be no sunarcissists. Honor will always be chosen."
David Andrew Christenson

"A sunarcissist is a narcissist who chooses suicide over honor."
David Andrew Christenson

Narcissist: In psychiatry, a personality disorder characterized by the patient's overestimation of his or her own appearance and abilities and an excessive need for admiration. Excessive self-admiration and self-centeredness

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086


Comment 2:
My YouTube channel was:
https://www.youtube.com/channel/UCgJz8rHPjK4HcyUt1l2b1QQ/videos?flow=grid&view=0
YouTube did not remove the videos or the Channel.
V367 YouTube stood by me and the 1st Amendment. Huge victory against Obama. Katrina Virus.
Published on May 4, 2013
Thank you Google and YouTube for protecting the Constitution and most importantly the 1st Amendment.
Big, Big victory and news. YouTube/Google has decided to stand by me and keep my "David Andrew Christenson Channel" open. The 1st amendment lives. Obama put a great deal of pressure on YouTube to close my account. Threats were made. The Patriot Act was used. My being classified as a terrorist was used as well. It took the board of directors to make the decision. Sorry that I have not posted a video for a couple of weeks. YouTube froze my account while the decision was being made. The fight continues. I am starting to win. One person can make a difference against a corrupt government. I took an oath and I intend to honor that oath.

Comment 3:

I am a prolific, tenacious and notorious communicator.

I have sent more than a thousand emails to the Supreme Court's Public Information Office (SCPIO). I am sure the SCPIO can confirm this fact.

750 of my videos have been removed/deleted/sanitized from the internet.
All of the references (thousands) that I posted about my 750 videos have been removed/deleted/sanitized/censored from the internet.
All of the comments (thousands) that I posted (including the links) about my 750 videos have been removed/deleted/sanitized/censored from the internet.
Websites that claim to have uploaded my videos have been removed/deleted/sanitized/censored.
All of my videos that were uploaded by Websites are unplayable because the videos have been removed/deleted/sanitized/censored.

Over the last week I contacted every radio show that I was on and not one them responded. Why?

All of my writings are gone.

There are references to me, my writings and videos but they come from other sources and not from me.

# Attachment 3

October 7th, 2021.                          Fact Sheet

This is a miracle if you open your eyes.

The COVID19 vaccines **may** work for a brief period of time. The problem is that as the COVID19 vaccines degrade, they degrade the natural immune system, soul, and spirit. President Joe Biden has stated publicly that you will need a booster in 8 months, then 6 months, and then 5 months. They are already working on a vascular port so that you can go to the pharmacy and pick up a vaccine capsule and install it in your vascular port.

The of number of people in the health care business that are retiring in the next 7 years is about 30%. They cannot be replaced. People are taking early retirement.

The U.S. is seeing an unprecedented transfer of wealth. Baby Boomers/The Greatest Generation are leaving their life savings to their children and grandchildren who view the inheritance as something to be enjoyed, so they leave the work force. We have had excess deaths which has accelerated the transfer of wealth. **Brookdale will not be able to hire.**

Attachment 1: Did you know that the CDC stopped tracking COVID19 breakthrough infections on May 1st, 2021? Breakthrough COVID19 infections were approaching 40%. Attachment 1. The CDC has since removed the information. There did not share with other agencies within Health and Human Services (HHS) or the White House that they had stopped tracking breakthrough cases. HHS Agencies and the White House found out in August 2021. President Biden was livid.
Headline: *"The CDC Only Tracks a Fraction of Breakthrough COVID-19 Infections, Even as Cases Surge A May 1 decision by the CDC to only track breakthrough infections that lead to hospitalization or death has left the nation with a muddled understanding of COVID-19's impact on the vaccinated."* Review: https://www.govexec.com/management/2021/08/cdc-only-tracks-fraction-breakthrough-covid-19-infections-even-cases-surge/184711/
Headline: *"CORONAVIRUS - CDC under fire for decision to limit tracking of Covid-19 cases in vaccinated people The agency's decision to limit its reporting of breakthrough cases has prompted wide variation in how states keep tabs on them."*
https://www.politico.com/news/2021/07/30/pressure-cdc-breakthrough-cases-501821

Review: ***"National Notifiable Diseases Surveillance System (NNDSS)"*** https://www.cdc.gov/nndss/

Israel has a 56% - 90% breakthrough infection rate. Attachment 2.

*You gave yourself Alzheimer's.* Attachment 3. *"The controversial approval of Aduhelm was needed to counteract the COVIDI9 vaccines and thus Alzheimer's."*

Have you heard of: ***"National Vaccine Injury Compensation Program"?*** https://www.hrsa.gov/vaccine-compensation/index.html Attachment 4.

Have you heard of: *"Vaccine Adverse Event Reporting System (VAERS)"?* Attachment 5.
https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/vaers.html

Have you heard of: *"Countermeasures Injury Compensation Program (CICP)"?*
https://www.hrsa.gov/cicp Review Attachment 6.

Attachment 7: My *Emergency Motion (Notice 11) for an Injunction to stop the COVID19 vaccinations of millions of Americans until there is Full Disclosure. THIS IS A NATIONAL SECURITY ISSUE.* Docketed with the 11th Circuit.

*"Dr. Marion Gruber and Dr. Philip Krause, the FDA's top vaccine regulators have resigned. The public explanation is that boosters are not needed because the vaccines are holding up. They have also said that pressure from the White House and Biden, which is political, is wrong. The truth is they know the booster will do more harm than good. They know the vaccine failed."*

Attachment 8: (Why have you not heard of this?) Have you ever heard of Texas A&M CIADM's advancement of the Pandemic Influenza Vaccine Facility and the Viral-based Vaccine Facility? *"When fully functional, the facility is expected to have the capacity to produce the bulk antigen needed for up to 50 million adjuvanted pandemic influenza (Katrina Virus) vaccine doses within four months of a declared influenza pandemic and availability of acceptable virus seeds."* The facility became operational in 2016.

Attachment 9: *"COVID19 Scenario Modeling."*

Attachment 10: China told us it was pneumonia on February 8th, 2020.

Attachment 11: Per the WHO there are 20 COVID19 variants.

Attachment 12: DID CHINA AND THE U.S. CREATE THE FIRST VIRUS VACCINATION AND THE FIRST AEROSOL VACCINATION – COVID19? Almost 100% of our influenza, year after year, comes from China.

Attachment 13: Chief Justice John Roberts.

Attachment 14: We are vaccinating 350 million Americans and it is one big Genocidal Fraud.

Attachment 15: America's population is dying and not being replaced.

Attachment 16: WE CREATED ANOTHER PERFECT MILITARY WEAPON. – ADDICTIVE INSTRUCTIONAL VACCINES (AIVs). (Think about Opioids. You are addicted and need a stronger dosage every day. This continues until your immune system fails and you die. Only in America.)

Attachment 17: Voter Fraud.

Godspeed - David Andrew Christenson

October 8th, 2021

Brookdale HR - Michele Galovits - HR Generalist,

Before God, can you honestly state that the vaccine is safe and that it does not violate my religious beliefs? You cannot.

Do you realize that you and Brookdale are making life and death decisions for me? The life and death decisions involve our immune system, soul, and spirit as well.

You and Brookdale are certifying that the following is not true and yet you do not know that. I said the following: *"I will not inject any biological agent that has been developed with the tissues of aborted babies."* This statement was just a starting point. The emphasis is that nobody knows what is in the vaccines. Vaccines, by definition, violate my religious beliefs.

I live my life by this quote: *"When a lawyer and expert of the law asked Jesus what the most important commandment is, Jesus responded, "To love the Lord your God with all your heart, with all your soul, and with all your mind...The second is to love your neighbor as yourself." All the Law and the Prophets hang on these two commandments."*

I love thy neighbor. I do not how anybody at Brookdale can tell me that the vaccine is safe and that it does not violate my religious beliefs. Everyone at Brookdale is being paid to tell me that the vaccine is safe without really knowing if it is safe.

You are telling people that the vaccine is safe, but you really do not know that. (There is evidence that substantially more children have died from the COVID19 vaccine then from COVID19.) (Reference: CDC FluView Repost https://www.cdc.gov/flu/weekly/index.htm. The 2020/2021 Influenza Pneumonia season just ended. There was only one pediatric death for the year. Reference: Vaccine Adverse Event Reporting System (VAERS) https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/vaers.html. The spreadsheets provided show deaths for children from the vaccine and from COVID19. It confirms what I have stated.)

Think about how stupid this is. **It is truly suicide.** The U.S. just vaccinated 300 million Americans based on the words of an unknown person or persons. Americans trusted both Biden and Trump at the same time to protect them. Are you kidding? Do you remember the Wizard of Oz? Who is behind the green curtain?

Why do you think we have a "National Vaccine Injury Compensation Program"? https://www.hrsa.gov/vaccine-compensation/index.html

The report you gave me, "Los Angeles County," is fraudulent. None of the organizations had access to the proprietary ingredients in the vaccines. Their comments only pertain to the publicly disclosed ingredients. Please contact them and asked if they were privy to the proprietary ingredients. Why did Pfizer, J&J, and Moderna not provide complete ingredient lists? (I am a Catholic and extremely

disappointed that the Catholic Church gives communion to President Joe Biden and Speaker of the House Nancy Pelosi.)

- National Catholic Bioethics Center
- Pontifical Academy of Life Statement
- United States Conference of Catholic Bishops
- The Vatican – Congregation for the Doctrine of the Faith
- The North Dakota Catholic Conference
- Charlotte Lozier Institute
- The Pillar – The ultimate Catholic coronavirus vaccine morality explainer

You are trusting an unknown God – the God of vaccines (who will remain anonymous.) We are trusting the one true God to protect us.

We are not just talking about a vaccination but a complete alteration of our DNA, immune system, soul, and spirit. **WE WILL NOT LONGER BE GOD'S CHILDREN.**

Attached is a fact sheet that my husband put together. Please let me know if you want to see any of the documentation. You will notice that the documentation comes from the Government. My husband does research. He is driven to do so because in the fall 1980, while at the Air Force Academy, he was subjected to a chemical warfare and gain of function study. 4,400 cadets were given a vaccine. **All became sick.** The cadets were in excellent physical condition. The vaccine was so powerful that the Air Force Academy had to shut down and the cadets were quarantined for three days. Many were taken to the emergency room. Years later an infectious disease doctor informed him that if that vaccine had been given to the general population that 80% would have died. (If you want to know how truly evil our government is, search for the Tuskegee and Guatemala syphilis studies. The U.S. injected syphilis into the infirmed and children.)

God is the only reason my husband and I are alive. We have had multiple medical maladies and catastrophic situations in our lives and our faith protected us. We have both received miracles. We would not be alive if God had not intervened. I will not damage or jeopardize my relationship with my God by taking the vaccine. God has always protected me and will continue to do so.

My husband and I believe in God and that God has given us the tools, via our immune system, soul, and spirit, to stave off medical and mental maladies. Our immune system, soul and spirit are our connection to God and everything in the universe. Our biggest fear in life is the damaging of our immune system, soul and spirit and thus becoming susceptible to medical and mental maladies. This belief is unshakeable. I have had shingles. My husband and I do not take the shingles vaccine. My husband has had pneumonia. My husband and I do not take the pneumonia vaccine. We both have had influenza. We do not take the influenza vaccine. My husband has had cancer. I have had surgery twice. **NEITHER OF US TAKES ANY MEDICATION. MY HUSBAND IS 63 AND I AM 56.**

We believe that the vaccine is a form of suicide because it degrades your natural immune system, soul, and spirit.

Fact: No one has died of COVID19. That is because COVID19 is a virus. COVID19 is an underlying condition and a contributing factor much like hypertensions or diabetes but it is not a cause of death. People are dying of viral pneumonia. At least 300,000 Americans die from viral pneumonia every year. Per the CDC FluView report that is issued weekly. https://www.cdc.gov/flu/weekly/index.htm.

Mankind has been around for thousands of years. During the last 100,000 years Mankind has encountered an infinite number of viruses, bacteria, and fungi and yet we are still here today.

The greatest fighting machine in the history of the world is our immune system, soul, and spirit. We have never lost the war.

Think about it this way. We are undefeated and someone wants to give our immune system, soul, and spirit instructions. That is like my husband giving Tom Brady quarterback instructions about how to throw the football during the Super Bowl.

We believe that vaccines have a connection to Alzheimer's. We had never heard of Alzheimer's until President Reagan announced 25 years ago that he had it. Six million Americans have Alzheimer's, and that number will more than double in the next 25 years. Alzheimer's is in fact epidemic.

Why do we not have a vaccine for suicide? Suicides are contagious. At current mathematically progressions suicides will outnumber births in the next few years. The U.S. is studying why five-year-old children are committing suicide. The U.S. Military has **900** plus anti-suicide programs.

Do you know the ingredients in the vaccine? Do you know anybody that knows the ingredients in the vaccine? Do you know if the FDA knows the ingredients in the vaccine? Can you name anyone who knows the ingredients? It is the proprietary ingredients that we need to know.

There are forever chemicals in the vaccines.

The U.S. has a negative 4% birthrate (it is going further negative.) because mankind has lost the desire and ability to procreate. Vaccines are responsible.

In the last Census the U.S. grew at a 7.4% rate which means we are not replacing our population. What makes it worse is that half of the population growth came from immigration. The U.S. grew by 23 million and 12 million were immigrants. To replace the population the U.S. would have had to grow by 11%. In simple terms those Americans that were born on American soil had a negative 7% birthrate.

Life expectancies are decreasing. The U.S. is experiencing a one year decrease every year.

America is dying.

Procreation was given to us by God.

# Attachment 4

14-10077
September 18th, 2015
Supplemental Twenty Five
SCOTUS Censors And Violates The Constitutional Rights Of All Americans Intentionally, Unintentionally,
Directly and Indirectly. The Censorship And Violations Is Why I Am Not Represented By Counsel.
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22nd, 2015

I have contacted thousands of attorneys and law firms, profit and nonprofit, and not one would represent me. Please review the docket for the two appeals, Klayman and Paul, that I had before the DC Circuit Court of Appeals. The docket contains "Motions" that list the attorneys and law firms that I asked for help. Nobody wants to take on SCOTUS. Nobody wants to challenge the authority of the Nine Demi Gods. Here is the irony of it all. Google/YouTube stood by me when I posted very sensational (an epic understatement) videos with all the titles having the following: "I hope and pray for the assassination of…". (You may not believe me but I am ashamed of myself for posting those video. What I did violated everything that I believed in. It took every ounce of energy that I had but I felt that my fellow Americans were worth fighting for. Was I wrong?) I violated all of Google/YouTube's rules, regulations and procedures and yet my videos were not removed. The DOJ put direct and indirect pressure on Google/YouTube and still the videos were not removed. Why did Google/YouTube refuse to help me even after SCOTUS docketed my Writ?

Here is one question. Why should I have to resort to, and I hate to say this, terroristic type of communications to achieve justice for the American People? (I try, but not successfully, to console myself with the thought that our country was founded by terrorists. I am programed to believe that the Constitution is real and that people follow it, especially SCOTUS.)

When I get depressed and take on a defeatist attitude I read the Declaration of Independence. The Declaration clearly states that what I am doing is a normal course of action. Please review the Declaration. Our country would be so much different if SCOTUS would allow, encourage and protect free speech. It is time for SCOTUS to become proactive because being reactive is a form of censorship on to itself and the end result is the destruction of America.

The pain I experience every day is indescribable. SCOTUS, and I point my finger directly at SCOTUS, has taken my God, my family, my country, my soul and my health from me.

The Executive Branch (Department of Justice) fears no reprisal from SCOTUS. This exponentially compounds the censorship and the destruction. (Review the documented and factual systemic criminal prosecutor misconduct that I refer to in many of my pleadings. We have Obamacare because Senator Ted Stevens was a victim of systemic criminal prosecutor misconduct. Actually the Judiciary and the American People are the true victims.)

The censorship is so strong that I have not been able to reach one person, not one. It is impossible to reach any of the nine of you and the tragedy in that is that you and your family are going to suffer the same consequences as the rest of America and me. What you have created and protected in violation of the Constitution will destroy you and everything that you love and I can't do anything to stop it.

Are you a sunarcissists? Please don't allow our nation and your family to commit suicide. Please save our country.

"There will be no sunarcissists. Honor will always be chosen."
David Andrew Christenson

"A sunarcissist is a narcissist who chooses suicide over honor."
David Andrew Christenson

Narcissist: In psychiatry, a personality disorder characterized by the patient's overestimation of his or her own appearance and abilities and an excessive need for admiration. Excessive self-admiration and self-centeredness

Godspeed.
Sincerely filed,
In Proper Person and Pro Se,


David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086,

CERTIFICATE OF SERVICE
I hereby certify that on September 18th, 2015 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail including:
Solicitor General Donald B. Verrilli Jr.
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001
, (202) 514-2217

_____
David Andrew Christenson

# Attachment 5

Today is: June 9th, 2012                                      Time is: 06:50
David Andrew Christenson
The Reluctant ant Patriot
I believe in the Constitution of the United States of America.

**I was classified as a terrorist by the Department of Justice in 2010.** The terrorist classification was given so that the Department of Justice could bypass the Federal Judiciary.  The terrorist classification was given to me because of the knowledge that I had and the evidence that I uncovered about the illegal activities of our government and the Katrina Virus. The terrorist classification had nothing to do with terrorism, violence or threats. It had to do with the Federal cover-up of what happened in New Orleans after Hurricane Katrina. To make things simple I am going to use 5 points.

1. The United States Military conducted operational missions within the territorial boundaries of the United States in violation of Federal Law. Why?
2. The United States Military killed Americans. The military violated Federal Law, American's Constitutional and Civil Rights and did not provide due process. Why?
3. The release of the Katrina Virus from classified DOD and CIA facilities. Why was this allowed to happen and why did the government not give notice?
4. The Cover-Up. Why? Why Did Donald Newhouse and Advance Publications, owners of the New Orleans Times Picayune newspaper, allow the cover-up?
5. Was the explosion of the BP Oil Rig caused by the United States Navy? Was the Navy conducting a salvage operation of a ship carrying The Katrina Virus or other chemical warfare contaminates?

Please tell your friends about my story and the ramifications to the American and Canadian people.

I am going to publish these videos in three to five minute segments. I will build you a base of knowledge so that you can understand this very complex case of genocide, murder, treason and crimes against humanity. Please have an open mind. I could not invent this stuff and truth is always strange than fiction.

Please review my website www.persimmonpublishingus.com
Email is:
Facebook is: David Andrew Christenson
I have two books with seven in production.
An American Born Terrorist's Emails To The Department Of Justice
The United States Supreme Court and The Katrina Virus.

# Attachment 6

No. 16-5869

In The
# 𝔖𝔲𝔭𝔯𝔢𝔪𝔢 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔱𝔥𝔢 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰

David Andrew Christenson
Plaintiff
v.
United States of America
President Barack Obama, et. al.,
Defendants
United States Court of Appeals for the Fifth Circuit
No. 16-30529

**MEMORANDUM CONCERNING THE NON RESPONSENT/DEFENDANT
BP EXPLORATION & PRODUCTION INCORPORATED,
BP AMERICAN PRODUCTION COMPANY INCORPORATED
AND BP P.L.C.
WAIVER FILED IN WRIT OF CERTIORAIR 16-5869
(WAIVER FILED BY JEFFERY BOSSERT CLARK OF THE KIRKLAND &
ELLIS LAW FIRM)**

**(ON WRIT OF CERTIORARI
TO THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT)**

*David Andrew Christenson files this Writ of Certiorari
on behalf of himself, Pro Se*

David Andrew Christenson, *Pro Se*
Box 9063
9815 US Highway 98 West, BC 156
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@hotmail.com

Filed June 7th, 2016

Writ 16-5869

Memorandum concerning the Non Respondent/Defendant BP Exploration & Production Incorporated, BP American Production Company Incorporated and BP P.L.C. (Known as BP) Waiver filed in Writ 16-5869 (Waiver filed by Jeffery Bossert Clark of the Kirkland & Ellis Law Firm)

On October 4th, 2016 Counsel of Record Jeffery Bossert Clark entered his appearance and filed a Waiver on behalf of BP. BP <u>was not</u> a Respondent/Defendant in Writ 16-5869. BP is a Respondent/Defendant in Writ 16-6278. BP through Jeffery Bossert Clark filed the Waiver to preserve their Rights. This was done because of this one sentence in the Statement of the Case: <u>During Hurricane Katrina and the **BP Oil Spill** chemical warfare contaminates leaked (negligence) into the environment. The chemical warfare contaminants are called the Katrina Virus for simplification.</u>

The liability to BP is 20 Trillion Dollars. <u>The filing of the Waiver by Non Respondent/Defendant BP is an admission of guilt.</u> Review Writ 16-6278 where BP is a Respondent/Defendant.

See attached email written by BP Counsel Jeffery Bossert Clark to me, David Andrew Christenson, on October 11th 2016 at 2:00 PM. The email was in response to a settlement offer.

Mr. Clark: "I write back to inform you that my client BP is not interested in settling **either of your cert. petition matters** pending against BP in the U.S. Supreme Court."

The filing of the waiver was not a mistake.


Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com


CERTIFICATE OF SERVICE
I hereby certify that on October 14th, 2016 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

David Andrew Christenson

10/13/2016      ·      Inbox - davidandrewchristenson@gmail.com - Gmail

On Tue, Oct 11, 2016 at 2:00 PM, Clark, Jeffrey Bossert <jclark@kirkland.com> wrote:
Federal Rule of Evidence 408 Settlement Communication -- Privileged

Mr. Christenson,

I write back to inform you that my client BP is not interested in settling either of your cert. petition matters pending against BP in the U.S. Supreme Court.

Sincerely,

Jeffrey Clark

**Jeffrey Bossert Clark**
--------------------------------------------------------------
**KIRKLAND & ELLIS LLP**
655 Fifteenth Street, N.W., Washington, D.C. 20005
T +1 202 879 5960  M +1 202 257 3610
F +1 202 879 5200
--------------------------------------------------------------
**jclark@kirkland.com**

# Attachment 7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson

Civil Action No. 1:18-cv-03501

DEMOCRATIC NATIONAL COMMITTEE,

Racketeer Influenced and
Corrupt Organization Act (RICO)

Plaintiff,

v.

Judge John G. Koeltl

RUSSIAN FEDERATION, et al;
Defendants.

One Hundred Seventeenth (117th) Emergency Motion for Reconsideration

Yesterday morning I walked away from my quest to save Mankind. I quit. I told God I was through and
that if he wanted me to continue, he needed to give me a real sign. Guess what? God gave me a sign via
a baseball bat to the head.

Matthew Whitaker is the acting Attorney General

This factual story is unbelievable and there is no way to tell it in a coherent manner.

**US Attorney Matthew Whitaker from Iowa is my father's attorney and the person that had US
Attorney Billy Gibbens represent me in my arrest for cyber stalking an FBI Agent in New Orleans. Yes,
a US Attorney represented me and gave away all of my rights.**

I am directly connected to Attorney General Matthew Whitaker, Assistant Attorney General for the
Environment and Natural Resources Division Jeffery Bossert Clark and Special Prosecutor Robert
Mueller. Each of these individuals irreparable harmed me and thus irreparable harmed all Americans.
They are responsible for the Genocide of Mankind. (Clark represented BP Oil in my appeal with the 5th
Circuit. You must review the extensive docket. 5th Circuit Case: 16-30918 IN RE: DEEPWATER HORIZON
LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL, Plaintiffs v. BP EXPLORATION &
PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C., Defendants –
Appellees.)

I am from Iowa. My father is from Iowa, he is a Republican and he donates to the Republican Party.
Matthew Whitaker is from Iowa and he is a Republican. My father retained him as an attorney and
donated money to his campaign. Matthew Whitaker was the US Attorney for the Southern District of
Iowa.

I have been estranged from my father for most of my adult life but when I was falsely arrested on a
Louisiana Warrant (misdemeanor) for Cyber Stalking an FBI Agent my wife called him. I was never
charged with a crime. My father left New Orleans and left me in jail because of Matthew Whitaker. My

father is a real sunarcissist. The DOJ put (my own father) me in isolation for 11 days and medicated me against my will. They did the same thing to Coast Guard Commander William Goetzee four months later and he died. The DOJ murdered him. When he was in Federal Court, they had him strapped to a wheelchair and they would tase him when he tried to speak. Read the family's complaint.

Reference: Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York John George Koeltl

Christenson v. Democratic National Committee (1:18-cv-05769) District Court, S.D. New York Judge Colleen McMahon

The information I am sharing with you has been filed in 30 plus cases in four Appeals Courts and three District Courts. It also has been filed with the Supreme Court in the four Writs that I filed. Search Pacer and the Supreme Court for: David Andrew Christenson.

Docket for 1:18-cv-03501 SDNY 113 pages - Motion for Leave to File: Motion to Intervene and Motion to Join filed by David Andrew Christenson on April 24th, 2018. Judge Koeltl docketed over fifty of my pleadings.

Docket 25

Pages 24 – 27 Non-Domestic Stay Away Order FBI Director Robert Mueller is on it. 74 people are listed and I did not know 66 of them. A third of them are court clerks. Two US Senators, a Bishop and a building. They even listed my friends and attorneys.

Page 56 - A press release about my arrest that was a gross mistake on the part of the DOJ.

Pages 57 & 58 - Bond Order and Conditions of Bail. They original asked for $500,000.00 bail for a misdemeanor. Order 3 is no internet so I could not do research. Order 9 waives my rights for a year and is not a requirement for bond. They put an electronic monitoring device on my ankle.

Page 59 Memorandum about US Attorney Billy Gibbens representing me in my arrest and waiving all of my rights. Look at his bill. His job was to keep me in jail or confined to a psychiatric prison.

**I was ordered to leave Louisiana and go to Florida to receive treatment for an unspecified mental illness. They wanted me out of New Orleans while the Danziger Trial was taking place.**

**During Hurricane Katrina the US Military murdered Americans and the Katrina Virus was released because of negligence.**

Read the 50 plus pleadings for the rest of the story.

Godspeed

Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086

Attachment 8

**CASE NO.: 21-XXXXX**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

---

**DAVID CHRISTENSON,**
**Plaintiff**
**v.**
**United States of America,**
**Defendant**

---

**Writ of Prohibition and Writ of Mandamus.**

**&**

**Constitutional Question**

---

**Filed on Behalf of all Americans.**

---

**Godspeed**

**Sincerely,**

(On file)

**David Andrew Christenson**
**Box 9063**
**Miramar Beach, Florida 32550**
**504-715-3086**
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

No. 14-10077

IN THE
## Supreme Court of the United States

David Andrew Christenson
Plaintiff
v.
United States of America
President Barack Obama, et. al.,
Defendants
(Consolidation of three Appeals for Extraordinary Writ)
United States Court of Appeals for the Fifth Circuit
No. 13-31078
United States Court of Appeals for the District of Columbia Circuit
14-5212
United States Court of Appeals for the District of Columbia Circuit
14-5207

**Extraordinary Writ with Writ of Prohibition and Writ of Mandamus**

*David Andrew Christenson files this Extraordinary Writ*
*on behalf of himself and the American People*

David Andrew Christenson, *Pro Se*
Box 9063
9815 US Highway 98 West, BC 156
Miramar Beach, Florida 32550
504-715-3086, davidandrewchristenson@hotmail.com
"THE RELUCTANT PATRIOT"
*Classified as a terrorist by the Department of Justice*

Extraordinary Writ with Writ of Prohibition and Writ of Mandamus filed May 22nd, 2015
Writ of Certiorari filed May 18th, 2015
Extraordinary Writ Second Addendum filed May 18th, 2015
Extraordinary Writ Addendum filed May 10th, 2015
Extraordinary Writ filed May 7th, 2015

# Attachment 9

V367 YouTube stood by me and the 1st Amendment. Huge victory against Obama. Katrina Virus.
http://youtu.be/PMR13SBFwQ0
https://www.facebook.com/davidandrewchristenson?ref=tn_tnmn#!/video/video.php?v=24300127917
5468&notif_t=video_processed
Thank you Google and YouTube for protecting the Constitution and most importantly the 1st
Amendment.
Big, Big victory and news. YouTube/Google has decided to stand by me and keep my "David Andrew
Christenson Channel" open. The 1st amendment lives. Obama put a great deal of pressure on YouTube
to close my account. Threats were made. The Patriot Act was used. My being classified as a terrorist was
used as well. It took the board of directors to make the decision. Sorry that I have not posted a video for
a couple of weeks. YouTube froze my account while the decision was being made. The fight continues.
I am starting to win. One person can make a difference against a corrupt government. I took an oath
and I intend to honor that oath.
V294 I hope and pray that Obama is assassinated to save your life and your families. Katrina Virus.
http://youtu.be/3Aci-I9ah0g (This is the video that got all of the attention. This is the one, as well as my
whole channel, that Obama wanted YouTube to take down. ************* Why???)
Follow David Andrew Christenson YouTube Facebook Twitter www.persimmonpublishingus.com
http://www.youtube.com/channel/UCgJz8rHPjK4HcyUt1l2b1QQ?feature=results_main
V292 Google "murder suicide". Obama is using suicide to murder you. Katrina Virus.
http://youtu.be/nK9vlze_mHY  (This video was deleted and then reinstated.)
V147 Here is the story of how you will be assassinated by the Federal Government. Factual and
Verifiable. http://www.youtube.com/watch?v=cagpHEhWHK0
V261 I hope and pray that Obama and his family are assassinated. Katrina Virus.
http://youtu.be/47wAFgqOrew
V142 What is the Katrina Virus, where did it come from and how does it spread?
http://www.youtube.com/watch?v=e0D23KGxwQs
V354 Here are the 600+ murderers. Just one of them could stop the Genocide today. Katrina Virus
http://youtu.be/3cgtzNyR2-k
Look at the front page of the Wall Street Journal. Why does it take a SWAT Team to remove the landing
gear? (05/02/2013) The World Trade Centers housed classified DOD and CIA chem warfare labs and
storage facilities.
http://usnews.nbcnews.com/_news/2012/09/10/13783417-us-adds-cancer-to-list-of-illnesses-linked-to-
911-terror-attacks?lite Why do you think the government classified the 14 cancers? Wake up!!!
The Katrina Virus is real.
VA Whistleblower Ignites Firestorm Over Vets' Illnesses
Epidemiologist says VA hid and manipulated data regarding burn pits and Gulf War syndrome.
By Kelley Vlahos • May 10, 2013
http://www.theamericanconservative.com/articles/va-whistleblower-ignites-firestorm-over-vets-
illnesses/

# Attachment 10

Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr.
Friend of Court Brief filed by David Andrew Christenson October 7th, 2021

Friend of Court Brief <u>5</u>

Judge Scola,

**<u>If I were wrong, would they have done this?</u>**

[Reference my Supreme Court Extraordinary Writ of Mandamus and Prohibition 14-10077 (Docketed June 4th, 2015) that I had been attempting to docket since 2010. **<u>It was in 2010 that I was declared to be a terrorist by the Federal Government.</u>** This criminal action allowed law enforcement to invoke the Patriot Act and keep me under illegal surveillance.]

[I was part of a "Gain of Function" chemical and biological study at the United States Air Force Academy in the fall of 1980. 4,400 cadets (18 – 24 years old and in excellent physical shape.) were given an injection. 4,400 cadets got sick. The Academy was closed, and the cadets were quarantined for three days. My roommate almost died. Years later an infectious disease doctor told me that if they had given that injection to the general population that 80% would have died.]

Censorship starts with the Federal Government. Facebook, YouTube, Twitter, etc. stood by me at one time, but the pressure from the Federal Government was too much. I have no idea how the following is Constitutional. The Supreme Court and the Federal Judiciary completely disregard Article V of the Constitution. Section 230 of Title 47 of the United States Code granted internet providers censorship rights to constitutionally protected speech. The United States of America passed a law allowing Censorship. *"Section 230(c)(2) further provides "Good Samaritan" protection from civil liability for operators of interactive computer services in the removal or moderation of third-party material they deem obscene or offensive, <u>even of constitutionally protected speech.</u>"*

Attached is a letter from the Air Force Academy that states I am barred for life from entering the Academy Military Reservation. I was also barred from accessing my Association of Graduate (AOG) account. I was a life-time member. I receive nothing, emails – letters – magazines, from the AOG. This was done so that I could not contact my fellow graduates. **<u>It must be noted that I have not been on the Academy Reservation since 1992.</u>** I applied for the Security Badge to see if I could pass the background checks, which I did. I had no intention of traveling to the Air Force Academy from New Orleans. Department of Defense (DOD), Colorado Crime Information Center (CCIC), National Crime Information Center (NCIC), Defense Security Service (DSS), National Instant Criminal Background Check System (NICS), United States Air Force Academy (USAFA). *"There are 14 persons files, including: Supervised Release; National Sex Offender Registry; Foreign Fugitive; Immigration Violator; Missing Person; Protection Order; Unidentified Person; U.S. Secret Service Protective; Gang; Known or Appropriately Suspected Terrorist; Wanted Person; Identity Theft; Violent Person; and National Instant Criminal Background Check System (NICS) Denied Transaction."*

Attachment 1: Letter from the Academy dated May 7th, 2013. Nothing I did had anything to do with the military or the Air Force Academy. Reference only to "electronic mail". No phone calls or USPS Mail, just emails which can be blocked and discarded. The emails were informative.

Attachment 2: An email response from me that was sent to the Academy, The New York Times, FOX News, and The Washinton Post.

Attachment 3: Email from the AOG granting me an access badge dated March 3rd, 2013.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.





DEPARTMENT OF THE AIR FORCE
HEADQUARTERS 10TH AIR BASE WING
USAF ACADEMY COLORADO

MEMORANDUM FOR  DAVID ANDREW CHRISTENSON

FROM:  10 ABW/CC

SUBJECT:  Order Not to Enter or Reenter the United States Air Force Academy
(USAFA)

1.   It has come to my attention that since October 2010, you have engaged in an
escalating course of conduct through the use of electronic mail to repeatedly harass,
terrify, intimidate and make veiled threats to numerous person(s) in several states to
include US Supreme Court Justices, Private attorneys, Religious and Civilian
administrative staff members.

2.  Based upon the above, I consider your presence on this installation to be detrimental
to the maintenance of good order and discipline.  Effective immediately, you are ordered
not to enter or reenter the USAFA indefinitely.   You are hereby informed USAFA
property extends to the base entry point buildings at both the north and south gates.

3.   If you fail to comply with this order, you will be subject to prosecution under
18 United States Code, § 1382, which reads in part:

> "Whoever reenters or is found within any installation, after having been removed
> therefrom or ordered not to reenter by any officer or person in command or charge
> therefore shall be fined under this title or imprisoned not more than six months, or
> both."

4.  Should you reenter USAFA in violation of this order, without having received prior
approval, you will be subject to detention by the security forces for delivery to the
appropriate civilian and military authorities.

5.  If you are entitled to medical treatment at the USAFA Military Treatment Facility
(MTF), you may enter USAFA for the sole purpose of using said facility.  To do so, you
must present this letter to the entry controller at the south gate and obtain the
appropriate visitor pass.  You will travel directly to the MTF by entering through the
south gate onto South Gate Blvd, proceed onto Stadium Blvd to Academy Drive, and
turn left onto Academy Drive and another left into the clinic parking lot.  When leaving
the clinic, follow the above route in reverse.  You may not deviate from this route nor
stop for any reason on your way to or from the facility.

6.   This order will remain in effect indefinitely from the date of this letter, unless
otherwise modified or revoked in writing by myself.  If a compelling reason exists which

*Integrity Service Excellence*

you believe should be sufficient to justify modification or termination of this order, you may submit your justification to me, in writing, through the Chief of Security Forces, 8024 Security Drive, Suite 100, USAFA CO  80840-2380, and set out the reason(s) why access should be granted.

*Thomas L Gibson*

THOMAS L. GIBSON, Col, USAF
Commander

cc:  SFS Reports and Analysis Section

1st Ind, Mr. David A. Christenson, Order Not to Enter or Reenter USAFA

TO:  10 ABW/CC

This is to certify that I, the undersigned, have received the foregoing order in writing and have read and fully understand the same.  I understand that entry upon the United States Air Force Academy, in violation of this order, may result in civilian prosecution pursuant to 18 U.S.C. §1382.  I further understand that in the event of a conviction, the maximum penalty prescribed may be imposed.

Received and signed the _____ day of _____, 20 ___.

DATE AND    Please
Sign Here

_____
                    NAME

**CERTIFICATION**

This is to certify that I _____, personally served a copy of the foregoing letter upon _____, this date by handing him/her a copy of same.

_____
                  Signature

 

**10 SFS/S5R**
ADMINISTRATION AND REPORTS OFFICE

BLDG 8024 SECURITY DR
USAFA, CO 80840

May 7, 2013

Dear Mr. Christenson,

Attached you will find two copies of the 10th Air Base Wing Commander signed base debarment letter for the United States Air Force Academy.  Please sign and date the copy marked with a pink sticker and return it in the enclosed pre-addressed envelope.  The other copy is for your files.  If you have any questions, please feel free to call my office at (719) 333-8422.

Thank you,

Mrs. Gillian R. Parker, DAFC
Chief, 10 SFS  Records
Bldg 8024, Security Drive, Suite 103
USAFA, CO 80840
gillian.parker@us.af.mil
(719) 333.8422
Fax: (719) 333.1253

# I was granted a security badge on march 29th. 2013. FW: AOG access badge

**David Christenson** (dchristenson6@hotmail.com)
Sat 5/11/13 12:41 PM
thomas.gibson@usafa.af.mil (thomas.gibson@usafa.af.mil); NYTimes Arthur
Sulzberger (publisher@nytimes.com)
WashPost3 WashPost3 (national@washpost.com); Pundit/Fox Pundit/FoxNews
(thefoxnation@foxnews.com)
   1 attachment

Tommy,

(Everything I do goes to the Supreme Court, Department of Justice, FBI, news organizations, YouTube, Facebook, etc.)
(See the email from the AOG at the end of this email. It shows approval for my security badge. Why did General Mike Gould authorize the security badge? Does he know that you sent this letter?)

I was surprised to receive your letter. I will draft a more detailed response in the near future. I passed all of your background checks and you authorized a security badge for me. Your first paragraph is inaccurate and a total lie. No one from the Air force Academy has ever asked to be removed from my email list and that includes my old football coach General Mike Gould. I send emails to official addresses only and I do not communicate in any other way.

Does your letter really imply that the Supreme Court cannot take care of itself? I will forward this email to Chief Marshal Pamela Talkin of the United States Supreme Court. Do you really represent (your written words) "Private attorneys, Religious and Civilian administrative staff members"?

You have provided no evidence of (your written words) "escalating course...repeatedly harass, terrify, intimidate and veiled threats... (really?) several states". My understanding is that you are the commander of the 10th ABW. Am I wrong?

Please send detailed evidence of my transgressions and include those for the Supreme Court, Private attorneys, Religious and Civilian administrative staff members. Please include the "several states".

You accusations all involve emails. Why not just block them? The simple answer is that it would be illegal and a criminal act. People do not have to read my emails. There is a "delete" button for USAFA email accounts.

I am a Federal Whistle Blower. I have a 1st Amendment privilege. I communicate about important National Security issues. It is a shame that you did not take the time to get to know me. Your actions are an embarrassment to the United States Air Force, Air force Academy and this country.

Sincerely,

Outlook Print Message                                          Page 1 of 2

# AOG access badge

**Amy Nisula** (amy.nisula@aogusafa.org)
Fri 3/29/13 3:30 PM
dchristenson6@hotmail.com

David,

Your AOG access badge has been approved, and is ready for pick up. Our hours are M-F 7:30AM-4:30PM.

If you have any questions please contact us.

Thank you!

Amy Nisula

Customer Service Representative

Association of Graduates

3116 Academy Dr.

USAF Academy, CO 80840-4475

719-472-0300 ext 152

719-333-4194 (Fax)

Email: amy.nisula@aogusafa.org

Website: www.usafa.org





USCA
Mail Room

2014

United States Court of Appeals
District of Columbia Circuit

# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson

RAND PAUL & FREEDOMWORKS, INC., ET AL.,

Plaintiff – Appellant

v.                                                                              Case 14-5212

UNITED STATES OF AMERICA

PRESIDENT BARACK OBAMA, ET AL.,

DEFENDATS – Appellee

## Memorandum

The attachments reference the criminal violation of Federal Whistleblower Captain David Andrew Christenson's Constitutional Rights and are self-explanatory.

Attachment 1: Air Force Chief of Staff General Mark A. Welsh III orders that Federal Whistleblower Captain David Andrew Christenson be barred from the Air Force Academy for life for legally exercising his Constitutional Rights. This criminal act is unbelievable and yet the Air Force documented all of it.
Attachment 2: Communication between myself and the Air Force Academy concerning the granting of my security clearance on March 29th, 2013.
Attachment 3: Conformation of Service by the Department of Justice.
Attachment 4: Explanation for the court.

Sincerely filed,
In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

## CERTIFICATE OF SERVICE
I hereby certify that on December 24th, 2014 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

David Andrew Christenson

Judge Rudolph "Rudy" Contreras                                    December 1st, 2017
DC District Court
333 Constitution Ave. NW
Washington, DC 20001

Judge Contreras,

How many other Federal Whistleblowers have been silenced by Special Counsel Robert Mueller. The cost for Mueller's criminal transgressions will be the Genocide of Mankind. This is not a prophecy or prediction but a mathematical certainty. This one instance (see attachment) describes my life in a nutshell. (I know the document is disjointed and incoherent but I was never trained for this.) At one point in time I had 750 videos, each with an individual address, Facebook, A website, multiple Twitter accounts, etc. on the internet and all have been removed by the FBI. All of my social media accounts have been deleted. YouTube stood by me for years until the pressure from FBI Director Robert Mueller became to great. Our government has erased me from history. **Will you erase me from history?** I know I have written some sensational documents but I did so in hopes that I could help to save Mankind by opening people's eyes. I passed the security background check on March 29th, 2013. The letter barring me for life was dated May 7th, 2013.

FBI Director Robert Mueller was incensed that I was given a security clearance. He was livid that I passed an FBI background check. [*"General Mike Gould (Superintendent of the United States Air Force Academy, my ex-football coach and friend) ran the following background checks on me. I have been approved for a security badge to enter the, an active military installation, United States Air Force Academy. He had me fill out a USAFA form 126. The approval came with 48 hours of receipt. I have to thank General Mike Gould for sticking his neck out for me. I guess he has honored his Oath to the Constitution as best he could.*
*Department of Defense (000), Colorado Crime Information Center (CCIC), National Crime Information Center (NCIC), Defense Security Service (DSS), National Instant Criminal Background Check System (NICS)"*
*I have been cleared of all of the following per the FBI and the above agencies: (An explanation will be forthcoming) "There are 14 persons files, including: Supervised Release; National Sex Offender Registry; Foreign Fugitive; Immigration Violator; Missing Person; Protection Order; Unidentified Person; U.S. Secret Service Protective; Gang; Known or Appropriately Suspected Terrorist; Wanted Person; Identity Theft; Violent Person; and National Instant Criminal Background Check System (NICS) Denied Transaction."]*

Godspeed.

Sincerely,

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

PRESS FIRMLY TO SEAL

# PRIORITY
## MAIL
# EXPRESS

**UNITED STATES POSTAL SERVICE ®** | **PRIORITY MAIL EXPRESS ®**

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

⇦ PEEL FROM THIS CORNER

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( )

BOX 9043
MIAMAR BEACH FL
32550

TO: (PLEASE PRINT)   PHONE ( )

Clerk
U.S COURT HOUSE
400 N. Miami AVE
MIAMI, FL. 33128

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

LABEL 11-B, MARCH 2019    PSN 7690-02-000-9996

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code | Day
☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO

Date Accepted (MM/DD/YY)  32550
10-14-21

Time Accepted  11:59  ☐ AM ☑ PM

Weight  ☑ Flat Rate  lbs.  ozs.

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.
Federal Agency Acct. No. or Postal Service™ Acct. No.

EJ 203 884 527 US

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)  Time  ☐ AM ☐ PM
Delivery Attempt (MM/DD/YY)  Time  ☐ AM ☐ PM

Scheduled Delivery Date (MM/DD/YY)  10-5-21
Scheduled Delivery Time  ☐ 10:30 AM ☐ 12 NOON ☐ 3:00 PM  1-day

Postage  $ 27.10
Insurance Fee
COD Fee
Return Receipt Fee
Live Animal Transportation Fee

10:30 AM Delivery Fee
Sunday/Holiday Premium Fee
Total Postage & Fees  $ 27.10

Acceptance Employee Initials  Z

Employee Signature
Employee Signature

PRES





US POSTAGE AND FEES PAID

EJ 203 884 527 US

33128



SANTA ROSA BEACH, FL
32459
R2305K1400Z7-03

POSTAGE PAID
SANTA ROSA BEACH, FL
OCT 14, '21
AMOUNT:
**$27.10**





1007





UNITED STATES POSTAL SERVICE