Judge Robert N. Scola, Jr.
U.S. Courthouse
400 N. Miami Ave.
Room 12-3
Miami, Florida 33128

October 9th, 2021

FILED BY_____ D.C.
OCT 15 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Do a fellow American and a veteran a small favor, please.

Have your family read the attachment. It will take just a few minutes. Tell them that what is in the attachment has been censored by the media and social media.

Asked them if they knew what was in the attachment.

Would allowing my Friend of Court Briefs and Amicus Briefs into the court record honor the Constitution by informing you, the parties, and my fellow Americans of the truth?

*Preamble - We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.*

*Amendment I - Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, **and to petition the government for a redress of grievances.***

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

October 9th, 2021

Judge Robert N. Scola, Jr.
U.S. Courthouse
400 N. Miami Ave.
Room 12-3
Miami, Florida 33128

Judge Scola,

Albert Einstein - *"We cannot solve our problems with the same thinking we used when we created them."* I am offering you a solution that has always existed with the Constitution.

Look around at the world we are living in. The house is burning down, and you are trying to decide what color to paint the bathroom. Americans deserve better.

Your way is not working. Your interpretation of the Constitution is wrong. Your think that the world is flat, and it is not.

The Articles and Amendments of the four corners of the Constitution were designed to support the Preamble. Why is the Supreme Court and the Federal Judiciary so afraid of the Preamble?

Do you think you have honored the first sentence of the oath that you took: *"I, [name], do solemnly swear (or affirm) that I will support and defend the Constitution"*?

You silenced someone that is trying to help save his fellow Americans.

You going to sanction me for invoking my Constitutional Right to: *"and to petition the government for a redress of grievances."* This case is perfect for what I am trying to do and that is save my country.

**<u>Are you truly unable to see the harm in what you are doing?</u>**

Please read the attachment. Much of what is in it is censored by Twitter, Facebook, YouTube, etc.


Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

October 7th, 2021.                                Fact Sheet

This is a miracle if you open your eyes.

The COVID19 vaccines **may** work for a brief period of time. The problem is that as the COVID19 vaccines degrade, they degrade the natural immune system, soul, and spirit. President Joe Biden has stated publicly that you will need a booster in 8 months, then 6 months, and then 5 months. They are already working on a vascular port so that you can go to the pharmacy and pick up a vaccine capsule and install it in your vascular port.

The of number of people in the health care business that are retiring in the next 7 years is about 30%. They cannot be replaced. People are taking early retirement.

The U.S. is seeing an unprecedented transfer of wealth. Baby Boomers/The Greatest Generation are leaving their life savings to their children and grandchildren who view the inheritance as something to be enjoyed, so they leave the work force. We have had excess deaths which has accelerated the transfer of wealth. **Brookdale will not be able to hire.**

Attachment 1: Did you know that the CDC stopped tracking COVID19 breakthrough infections on May 1st, 2021? Breakthrough COVID19 infections were approaching 40%. Attachment 1. The CDC has since removed the information. There did not share with other agencies within Health and Human Services (HHS) or the White House that they had stopped tracking breakthrough cases. HHS Agencies and the White House found out in August 2021. President Biden was livid.
Headline: *"The CDC Only Tracks a Fraction of Breakthrough COVID-19 Infections, Even as Cases Surge A May 1 decision by the CDC to only track breakthrough infections that lead to hospitalization or death has left the nation with a muddled understanding of COVID-19's impact on the vaccinated."* Review: https://www.govexec.com/management/2021/08/cdc-only-tracks-fraction-breakthrough-covid-19-infections-even-cases-surge/184711/
Headline: *"CORONAVIRUS - CDC under fire for decision to limit tracking of Covid-19 cases in vaccinated people The agency's decision to limit its reporting of breakthrough cases has prompted wide variation in how states keep tabs on them."*
https://www.politico.com/news/2021/07/30/pressure-cdc-breakthrough-cases-501821

Review: *"National Notifiable Diseases Surveillance System (NNDSS)"* https://www.cdc.gov/nndss/

Israel has a 56% - 90% breakthrough infection rate. Attachment 2.

*You gave yourself Alzheimer's.* Attachment 3. *"The controversial approval of Aduhelm was needed to counteract the COVID19 vaccines and thus Alzheimer's."*

Have you heard of: *"National Vaccine Injury Compensation Program"?* https://www.hrsa.gov/vaccine-compensation/index.html Attachment 4.

Have you heard of: *"Vaccine Adverse Event Reporting System (VAERS)"?* Attachment 5.
https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/vaers.html

Have you heard of: *"Countermeasures Injury Compensation Program (CICP)"?*
https://www.hrsa.gov/cicp Review Attachment 6.

Attachment 7: My *Emergency Motion (Notice 11) for an Injunction to stop the COVID19 vaccinations of millions of Americans until there is Full Disclosure. THIS IS A NATIONAL SECURITY ISSUE.* Docketed with the 11th Circuit.

*"Dr. Marion Gruber and Dr. Philip Krause, the FDA's top vaccine regulators have resigned. The public explanation is that boosters are not needed because the vaccines are holding up. They have also said that pressure from the White House and Biden, which is political, is wrong. The truth is they know the booster will do more harm than good. They know the vaccine failed."*

Attachment 8: (Why have you not heard of this?) Have you ever heard of Texas A&M CIADM's advancement of the Pandemic Influenza Vaccine Facility and the Viral-based Vaccine Facility? *"When fully functional, the facility is expected to have the capacity to produce the bulk antigen needed for up to 50 million adjuvanted pandemic influenza (Katrina Virus) vaccine doses within four months of a declared influenza pandemic and availability of acceptable virus seeds."* The facility became operational in 2016.

Attachment 9: *"COVID19 Scenario Modeling."*

Attachment 10: China told us it was pneumonia on February 8th, 2020.

Attachment 11: Per the WHO there are 20 COVID19 variants.

Attachment 12: DID CHINA AND THE U.S. CREATE THE FIRST VIRUS VACCINATION AND THE FIRST AEROSOL VACCINATION – COVID19? Almost 100% of our influenza, year after year, comes from China.

Attachment 13: Chief Justice John Roberts.

Attachment 14: We are vaccinating 350 million Americans and it is one big Genocidal Fraud.

Attachment 15: America's population is dying and not being replaced.

Attachment 16: WE CREATED ANOTHER PERFECT MILITARY WEAPON. – ADDICTIVE INSTRUCTIONAL VACCINES (AIVs). (Think about Opioids. You are addicted and need a stronger dosage every day. This continues until your immune system fails and you die. Only in America.)

Attachment 17: Voter Fraud.

Godspeed - David Andrew Christenson

October 8th, 2021

Brookdale HR - Michele Galovits - HR Generalist,

Before God, can you honestly state that the vaccine is safe and that it does not violate my religious beliefs? You cannot.

Do you realize that you and Brookdale are making life and death decisions for me? The life and death decisions involve our immune system, soul, and spirit as well.

You and Brookdale are certifying that the following is not true and yet you do not know that. I said the following: *"I will not inject any biological agent that has been developed with the tissues of aborted babies."* This statement was just a starting point. The emphasis is that nobody knows what is in the vaccines. Vaccines, by definition, violate my religious beliefs.

I live my life by this quote: *"When a lawyer and expert of the law asked Jesus what the most important commandment is, Jesus responded, "To love the Lord your God with all your heart, with all your soul, and with all your mind...<u>The second is to love your neighbor as yourself</u>." All the Law and the Prophets hang on these two commandments."*

I love thy neighbor. I do not how anybody at Brookdale can tell me that the vaccine is safe and that it does not violate my religious beliefs. Everyone at Brookdale is being paid to tell me that the vaccine is safe without really knowing if it is safe.

You are telling people that the vaccine is safe, but you really do not know that. (There is evidence that substantially more children have died from the COVID19 vaccine then from COVID19.) (Reference: CDC FluView Repost https://www.cdc.gov/flu/weekly/index.htm. The 2020/2021 Influenza Pneumonia season just ended. There was only one pediatric death for the year. Reference: Vaccine Adverse Event Reporting System (VAERS) https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/vaers.html. The spreadsheets provided show deaths for children from the vaccine and from COVID19. It confirms what I have stated.)

Think about how stupid this is. **<u>It is truly suicide.</u>** The U.S. just vaccinated 300 million Americans based on the words of an unknown person or persons. Americans trusted both Biden and Trump at the same time to protect them. Are you kidding? Do you remember the Wizard of Oz? Who is behind the green curtain?

Why do you think we have a "National Vaccine Injury Compensation Program"? https://www.hrsa.gov/vaccine-compensation/index.html

The report you gave me, "Los Angeles County," is fraudulent. <u>None of the organizations had access to the proprietary ingredients in the vaccines.</u> Their comments only pertain to the publicly disclosed ingredients. Please contact them and asked if they were privy to the proprietary ingredients. Why did Pfizer, J&J, and Moderna not provide complete ingredient lists? (I am a Catholic and extremely

disappointed that the Catholic Church gives communion to President Joe Biden and Speaker of the House Nancy Pelosi.)

- National Catholic Bioethics Center
- Pontifical Academy of Life Statement
- United States Conference of Catholic Bishops
- The Vatican – Congregation for the Doctrine of the Faith
- The North Dakota Catholic Conference
- Charlotte Lozier Institute
- The Pillar – The ultimate Catholic coronavirus vaccine morality explainer

You are trusting an unknown God – the God of vaccines (who will remain anonymous.) We are trusting the one true God to protect us.

We are not just talking about a vaccination but a complete alteration of our DNA, immune system, soul, and spirit. **WE WILL NOT LONGER BE GOD'S CHILDREN.**

Attached is a fact sheet that my husband put together. Please let me know if you want to see any of the documentation. You will notice that the documentation comes from the Government. My husband does research. He is driven to do so because in the fall 1980, while at the Air Force Academy, he was subjected to a chemical warfare and gain of function study. 4,400 cadets were given a vaccine. **All became sick.** The cadets were in excellent physical condition. The vaccine was so powerful that the Air Force Academy had to shut down and the cadets were quarantined for three days. Many were taken to the emergency room. Years later an infectious disease doctor informed him that if that vaccine had been given to the general population that 80% would have died. (If you want to know how truly evil our government is, search for the Tuskegee and Guatemala syphilis studies. The U.S. injected syphilis into the infirmed and children.)

God is the only reason my husband and I are alive. We have had multiple medical maladies and catastrophic situations in our lives and our faith protected us. We have both received miracles. We would not be alive if God had not intervened. I will not damage or jeopardize my relationship with my God by taking the vaccine. God has always protected me and will continue to do so.

My husband and I believe in God and that God has given us the tools, via our immune system, soul, and spirit, to stave off medical and mental maladies. Our immune system, soul and spirit are our connection to God and everything in the universe. Our biggest fear in life is the damaging of our immune system, soul and spirit and thus becoming susceptible to medical and mental maladies. This belief is unshakeable. I have had shingles. My husband and I do not take the shingles vaccine. My husband has had pneumonia. My husband and I do not take the pneumonia vaccine. We both have had influenza. We do not take the influenza vaccine. My husband has had cancer. I have had surgery twice. **NEITHER OF US TAKES ANY MEDICATION. MY HUSBAND IS 63 AND I AM 56.**

We believe that the vaccine is a form of suicide because it degrades your natural immune system, soul, and spirit.

Fact: No one has died of COVID19. That is because COVID19 is a virus. COVID19 is an underlying condition and a contributing factor much like hypertensions or diabetes but it is not a cause of death. People are dying of viral pneumonia. At least 300,000 Americans die from viral pneumonia every year. Per the CDC FluView report that is issued weekly. https://www.cdc.gov/flu/weekly/index.htm.

Mankind has been around for thousands of years. During the last 100,000 years Mankind has encountered an infinite number of viruses, bacteria, and fungi and yet we are still here today.

The greatest fighting machine in the history of the world is our immune system, soul, and spirit. We have never lost the war.

Think about it this way. We are undefeated and someone wants to give our immune system, soul, and spirit instructions. That is like my husband giving Tom Brady quarterback instructions about how to throw the football during the Super Bowl.

We believe that vaccines have a connection to Alzheimer's. We had never heard of Alzheimer's until President Reagan announced 25 years ago that he had it. Six million Americans have Alzheimer's, and that number will more than double in the next 25 years. Alzheimer's is in fact epidemic.

Why do we not have a vaccine for suicide? Suicides are contagious. At current mathematically progressions suicides will outnumber births in the next few years. The U.S. is studying why five-year-old children are committing suicide. The U.S. Military has **900** plus anti-suicide programs.

Do you know the ingredients in the vaccine? Do you know anybody that knows the ingredients in the vaccine? Do you know if the FDA knows the ingredients in the vaccine? Can you name anyone who knows the ingredients? It is the proprietary ingredients that we need to know.

There are forever chemicals in the vaccines.

The U.S. has a negative 4% birthrate (it is going further negative.) because mankind has lost the desire and ability to procreate. Vaccines are responsible.

In the last Census the U.S. grew at a 7.4% rate which means we are not replacing our population. What makes it worse is that half of the population growth came from immigration. The U.S. grew by 23 million and 12 million were immigrants. To replace the population the U.S. would have had to grow by 11%. In simple terms those Americans that were born on American soil had a negative 7% birthrate.

Life expectancies are decreasing. The U.S. is experiencing a one year decrease every year.

America is dying.

Procreation was given to us by God.

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

PENSACOLA FL 325
9 OCT 2021 PM 2 L



FOREVER / USA

Judge Robert N. Scola, Jr.
U.S. Courthouse
400 N. Miami Ave.
Room 12-3
Miami, Florida 33128

33128-181048

PRIORITY MAIL EXPRESS

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

PRESS FIRMLY TO SEAL

FROM:
BOX 9043
MIRAMAR BEACH FL
32550

TO:
Clerk
US Courthouse
400 N. Miami Ave
Miami, FL 33128

PO ZIP Code: 32455
Date Accepted: 10-14-21
Time Accepted: 11:57 AM
Scheduled Delivery Date: 10-15-21
Scheduled Delivery Time: 3:00 PM
Postage: $27.16
Total Postage & Fees: 27.10

EJ 203 884 527 US

POSTAGE PAID
SANTA ROSA BEACH, FL
32459
OCT 14, 21
AMOUNT
$27.10
R2305K140027-03