Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr.
Friend of Court Brief filed by David Andrew Christenson October 4th, 2021

FILED BY _____ D.C.
OCT 15 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Friend of Court Brief **3**

Judge Scola,

Mathematically mankind will cease to exist in the next few years. Mathematically suicides will outnumber births in the next few years. Birthrates are negative. Life expectancies are decreasing. Americans have lost the ability and desire to procreate. In the last Census the U.S. population grew by about 23 million but 11 million were immigrants. The population increase was 7.4% but we need at least 11% to replace our population. We have more immigrants than any country in the world – 40 million plus.

President Joe Biden has stated, for the record, that you will need a booster in 8 months, 6 months, and 5 months. They are discussing the process of installing vascular ports on all Americans so that they can go to the pharmacy and get a COVID19 vaccine capsule that they can install themselves.

**All of this has been censored by Twitter and Jack Dorsey. I cannot invent this stuff and truth is stranger than fiction.**

Twitter and Jack Dorsey did not censor me originally. When the Federal Judiciary started to docket my pleadings, they censored me.

Appeal Number: 20-13766-F Case Style: Marta Reyes, et al v. David Christenson District Court Docket No: 1:20-cv-21108-UU
Attached are pages 1, 2, 3, 13, 16, 24, 28, 29 - USCA11 Case: 20-13766 Date Filed: 02/08/2021 Page: 1 of **32 total pages.**
Attached are pages 1, 3, 4, 5, 6 - USCA11 Case: 20-13766 Date Filed: 02/08/2021 Page: 1 of **144 total pages.**

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Appeal Number: 20-13766-F Case Style: Marta Reyes, et al v. David Christenson District Court Docket No: 1:20-cv-21108-UU

Amicus

Full Disclosure – FYI.

See attachment.

Godspeed

Sincerely,

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

CERTIFICATE OF SERVICE

I hereby certify that on February 6th, 2021 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

US Dominion, Inc. v. Powell (1:21-cv-00040) District Court, District of Columbia Judge Carl John Nichols
Movant David Andrew Christenson

Motion for Leave to file Amicus – Reconsideration – With Corrections Ordered by Judge Nichols

Judge Nichols,

Corrections.

(There is no coherent way to state my case. President Joe Biden's brother, Frank Biden, a non-attorney, but Senior Advisor for the Berman & Berman Law Group, filed a Response with the 11th Circuit to my Motion to Dismiss my own Appeal. I filed the Motion to Dismiss my own Appeal in October of 2020 and it was docketed on October 20th, 2020. The Response was filed two days after the election. Why file a response to a Motion to Dismiss? Here are the weird parts. I asked for the dismissal to occur on January 21st, 2021, the day after the Inauguration. I knew that Hunter Biden was connected to the case because of Israel and the Mossad but I did not know about Frank Biden's connection until just after the Inauguration. See attachments.) **(Why did Frank Biden want the 11th Circuit to expedite the dismissal?)**

What if you publicly docket my pleadings and Dominion withdraws their complaint?

This case is about more than the parties. This case is about our Constitutional Right to a fair election.

As an American I am interested in this case because it involves the 2020 Presidential Election and the impending Impeachment trial of President Donald Trump. What if Trump was right? Our country is being fractured and may not recover. 47% of those that voted, voted for Trump. 4% of those that voted, voted for Biden because they hated Trump. Either way, 47% or 51%, you have a major problem if you alienate such a large percentage of the population in such a contentious manner. We just had 25,000 U.S. troops is Washington D.C. for the inauguration, it looked like a war zone. I think that is enough to be an interested party.

My support is for the American People, the Constitution and most importantly the Truth. My support is also for you, as the Judge. My information will educate you and thus protect our country. This case is more important than you realize.

Attorney General Barr made it clear that there was election tampering, but he qualified by stating that it would not have made a difference. Start with the Second District is Nebraska. The outcome was statistically impossible. That one electoral vote could have made the difference. Was Dominion involved?

This complaint will explore election tampering, fraud, defective security of early voting, mail in votes and absentee ballots, etc. It will also explore computer hacking. The complaint was filed for Billions of dollars. To what extent was Dominion involved? The 2020 Presidential Election occurred during a Pandemic. The election process was not prepared, and neither was security. There was a tenfold increase in alternate voting. If you look at Wisconsin, Pennsylvania, Michigan, and Georgia you will see

that the voter totals differed by less than 1% or close to it. THIS WAS THE MOST INSECURE ELECTION IN THE HISTORY OF THE UNITED STATES BECAUSE OF THE PANDEMIC, CLOSENESS OF THE VOTE TOTALS IN CRITICAL STATES AND ALTERNATE VOTING. What was Dominions involvement?

Neither party has responded to me.

Attachment 1 is a document about the incompetence of the United States Postal System. Did Dominion know about the problems with the USPS? Did Dominion disclose this information? How accurately were ballots counted that arrived by mail and how many actually arrived? **Ballots delivered or not delivered by mail were the difference in the five most important states.**

Attachment 2. This is a weird set of documents and I mean weird. The 11th Circuit took no action on my pleading and then the next day they accepted the pleading. Review the Docket which is attached. Judge Ungaro allowed me to file **100 plus** pleadings/letters in Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula. This is a Class Action Complaint against the People's Republic of China that accuses them of negligently releasing COVID19. The lead party is a disbarred attorney and chief strategist for the law firm that filed the complaint, Berman & Berman Law Group. I filed an appeal when Judge Ungaro stopped me from filing and that is where it gets interesting. **THE 11TH CIRCUIT WANTED MY APPEAL. WHY?** Judge Ungaro would not docket my Notice of Appeal. The 11th Circuit sent notice to docket the Notice of Appeal. It is all in the record.

Attachment 3. This is the Response from Frank Biden and the Berman & Berman Law Group. Read the last page first.

Godspeed - Sincerely, - David Andrew Christenson - P.O. Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com; - dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on February 6th, 2021 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

Chief Judge William Pryor Jr.  
11th Circuit  
56 Forsyth St., N.W.  
Atlanta, Georgia 30303

January 29th, 2021

David J. Smith  
Clerk of Court  
11th Circuit  
56 Forsyth St., N.W.  
Atlanta, Georgia 30303

Judge Ellen Lipton Hollander (Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland Judge Ellen Lipton Hollander)  
Federal Court  
101 West Lombard Street  
Chambers 5B  
Baltimore, MD 21201

Reference: 11th Circuit 20-13766 – F and the attached which was docketed.

This is how God opens a door for me and hits me square in the face with a two-by-four. I am 8 days late.

Did you know that Francis (Frank) Biden, brother of the President, was Senior Advisor (Non-Attorney) to the Berman Law Group?

Did you know that Jeremy Alters is the Chief Firm Strategist (*Non-Attorney) [* Jeremy Alters is a disbarred non-lawyer employee.] for the Berman Law Group?

Did you know that Jeremy Alters is the lead Plaintiff in this case?

I never understood why the Berman Law Group filed a Response to my Motion to Dismiss, until now.

Please grant the attached Motion and give me 30 days to file a coherent Appeal.

Godspeed

Sincerely,

David Andrew Christenson  
P.O. Box 9063  
Miramar Beach, Florida 32550  
504-715-3086  
davidandrewchristenson@gmail.com;  
dchristenson6@hotmail.com;

Case 3:21-cv-08378-JD   Document 82   Filed 10/15/21   Page 6 of 16

USCA11 Case: 20-13766   Date Filed: 02/08/2021   Page: 16 of 32
USCA11 Case: 20-13766   Date Filed: 02/01/2021   Page: 4 of 6
USCA11 Case: 20-13766   Date Filed: 10/06/2020   Page: 2 of 2

Chief Judge William Pryor Jr.　　　　　　　　　　　　　　　　　　October 16th, 2020
11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court
11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303



Reference: 20-13766 – F (Motion to Stay and then Motion to Dismiss.)

Thank you for giving me a voice and thus Mankind. I don't want to waste your time. Judge Ungaro gave me a real voice and nobody listened so I don't know what I would appeal.

I believe in miracles so I am asking you to stay and then dismiss the appeal on January 21st 2020, the day after the inauguration. Just in case God shows me a light. If you can't that is fine.

Odd thing. I was angry with Reality Winner and her family for getting connected to Michael Cohen. What were they thinking? I have this strange feeling that Winner's mom likes the spotlight and has a form of Munchausen syndrome by proxy. I have not been following the pleadings because it costs me money and I don't have any. Everything Cohen stated had already been done. I despise people like that. I might be crazy but at least I am not Cohen. I am sympathetic to Winner.

I may drive over to Jacksonville and attend the Winner hearing in November and I hope that is not a problem. Please let me know if there is a problem with me attending. Clerk Cayce from the 5th Circuit might vouch for my professionalism.

**After the inauguration I have to find something to do. Do you have another fight for me?**

Godspeed

Sincerely,

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CASE NO.: 20-13766-F

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

DAVID CHRISTENSON,

Appellant,

v.

MARTA REYES, et al.,

Appellees.

RESPONSE TO APPELLANT'S MOTION TO VOLUNTARILY DISMISS

MARTA REYES, et al.

MATTHEW T. MOORE, ESQ.
The Berman Law Group
Post Office Box 272789
Boca Raton, Florida 33427
Ph: (561) 826-5200

20-13766-F
*David Christenson v. Marta Reyes, et al.*

## RESPONSE TO APPELLANT'S MOTION
## TO VOLUNTARILY DISMISS HIS APPEAL

COME NOW Appellees, Marta Reyes and the other Named Plaintiffs in Class Action No. 20-cv-21108-UU, pending in the Southern District of Florida, and pursuant to Fed.R.App.P. 42(b) and 11th Cir. R. 42-1, hereby respond and agree to Appellant's motion to voluntarily dismiss his appeal, and in support thereof, state as follows:

1. This appeal was docketed on October 7, 2020.

2. On October 20, 2020, a letter from Appellant David Christenson, styled as a motion to voluntarily dismiss his appeal was received by the Court. Appellant' letter motion is attached as Exhibit A. This letter motion was not served upon undersigned counsel by Appellant, and it was not entered on the docket until November 2, 2020. Thus, this response is timely.

3. In his letter motion, Appellant clearly states "*I don't want to waste your time. Judge Ungaro gave me a real voice and nobody listened so I don't know what I would appeal.*" See Exhibit A. He then asks that the Court dismiss the appeal, but after a stay through the presidential inauguration. However, he further states: "*If you can't [stay the appeal], that is fine.*" See id.

4. Appellees completely agree that the appeal should be dismissed now and do not oppose Appellant's voluntary dismissal.

1

20-13766-F
*David Christenson v. Marta Reyes, et al.*

5. Moreover, there is no basis to stay the appeal. Appellant has not paid the filing fee or filed to proceed *in forma pauperis*, and in his letter motion states that he has no money. *See id.*

6. Furthermore, on its face, since Appellant admits "I don't know what I would appeal," then pursuant to 11th Cir. R. 42-4, the appeal is self-admittedly frivolous and may be dismissed. *See* Ex. A.

7. Since it appears that the appeal has not been assigned to a panel on the merits, then pursuant to 11th Cir. R 42-4(a), the clerk may clerically dismiss the appeal.

WHEREFORE, Appellees hereby agree to Appellant's motion to voluntarily dismiss the appeal, and respectfully request that this appeal be dismissed, and for such other relief as the Court may deem just and proper.

Dated: November 5, 2020.

    Respectfully submitted,

    */s/ Matthew T. Moore*
    Matthew T. Moore, Esq.
    Fla. Bar No. 70034
    mmoore@thebermanlawgroup.com
    skrieger@thebermanlawgroup.com

    Vincent J. Duffy, Esq.
    Fla. Bar No. 82151
    service@thebermanlawgroup.com
    vduffy@thebermanlawgroup.com

Appeal Number: 20-13766-F Case Style: Marta Reyes, et al v. David Christenson District Court Docket No: 1:20-cv-21108-UU

Supplemental Motion for Leave to file a Motion for Reconsideration and Motion to Re - Open the Appeal.

[Think about this as you read the pleading. This is a Class Action Complaint filed on behalf of all Americans and that includes President Joe Biden. I specifically asked the court to stay the Appeal until the day after the inauguration. In simple form. The President of the United States is suing the People's Republic of China through his family. The grotesque part is that the President is not suing the People's Republic of China for us. The case is unwinnable because COVID19 is connected to New Orleans which is the Chemical Warfare Capital of the World and President Joe Biden knows that. What is the sinister goal of the Class Action Complaint besides money?}

The simplicity of this Appeal is amazing. If the Court orders a Response, then Americans prevail. Right or wrong, the ordering of the Response will change the Narrative and that is what we need right now.

The Constitutional Question that satisfies the Preamble. Is COVID19 connected to the Katrina Virus? I have stated repeatedly that COVID19 is a trigger virus.

This case is unique in that it directly involves President Joe Biden via his brother, Frank Biden, and his son, Hunter Biden. President Joe Biden was a U.S. Senator for 36 years and the Vice President for 8 years. The Katrina Virus was released in New Orleans during Hurricane Katrina in 2005 because of negligence. President Joe Biden was elected to the U.S. Senate in 1972 and is thereby responsible for the negligent release of the Katrina Virus and the current Pandemic.

It also is unique because it involves COVID19 and the People's Republic of China.

Would the United States be in a Pandemic if the Supreme Court had ordered a Response to Writ of Mandamus and Prohibition 14-10077?

Godspeed - Sincerely, David Andrew Christenson
P.O. Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com. - dchristenson6@hotmail.com.

CERTIFICATE OF SERVICE

I hereby certify that on February 6th, 2021 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

---

David Andrew Christenson

CASE NO.: 21-XXXXX

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

DAVID CHRISTENSON,
Plaintiff
v.
United States of America,
Defendant

Writ of Prohibition and Writ of Mandamus.

&

Constitutional Question

Filed on Behalf of all Americans.

Godspeed

Sincerely,

(On file)

**David Andrew Christenson**
**Box 9063**
**Miramar Beach, Florida 32550**
**504-715-3086**
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Constitutional Question

Does our Government have a right to lie to us?

Writ of Mandamus and Prohibition

This is Moot if the Honorable Court Orders the Government to Respond to the Attachment.

What parts of the attachment are true, and which are false?

Conclusion

Something so simple as a response could change the Narrative and thus give us a chance.

One Question

Is COVID19 connected to the Katrina Virus?

# The Supreme Court Murdered Mankind
# Writ 14-10077
# The Katrina Virus
# By David Andrew Christenson

November 8th, 2015

The United States developed the perfect military weapon. This weapon was organic, easy to disperse, dissipated in five days and the result was the opposing army committing suicide. This weapon contained a derivative of the Katrina Virus and was negligently released during Hurricane Katrina.

The Supreme Court has covered up the release and the impending Genocide of Mankind.

They classified me as a terrorist for trying to inform you.

October 12th, 2050 is Mankind's final day. Cause of death will be suicide related to the Katrina Virus (A compilation term).

Mankind's immune system(s) is being destroyed.

The number one cause of death will be related to the respiratory system, i.e. flu, pneumonia, etc.

Suicides will surpass births between now and then.

The world will not be able to support the financial (medical) costs associated with the destruction of Mankind's immune system(s).

The Supreme Court Murdered Mankind
Writ 14-10077
The Katrina Virus
By David Andrew Christenson

Index

This is DOCUMENTATION for the Genocide and the Crimes Against Humanity that was and is being committed by the Supreme Court against Mankind.

Original documentation received from the Supreme Court is included in the second book: "The Supreme Court Murdered Mankind Original Documentation from the Supreme Court" and will be identified as ODSC Book 2 (ODSC Book 2)

Do not doubt what you are about to read as all of it is factual and verifiable.

Please do not judge me as the messenger. Please judge the message, incoherent and disjointed as it may be. I am a Federal Whistleblower who never received any training or education on how to prevail. I did the best I could, considering I was fighting a corrupt system that had no use for the Constitution and the fact that I had no money and no support from anyone and that includes those people that had an ethical, moral and legal obligation to help me and mankind. I reached out to over 100 law firms and law schools as well as Whistleblower non-profits.

The original Writ 14-10077 Extraordinary Writ with Writ of Prohibition and Writ of Mandamus was stolen from my home after it was docketed by the Supreme Court. I believe the FBI is responsible for the theft as it was the only item taken. I have tried to duplicate the original Writ as best I could. Duplication of the Writ became even more complicated when Microsoft closed my primary email account on behalf of the Department of Justice. I used davidandrewchristenson(at)hotmail.com for all of my legal notices and for storage. The FBI destroyed three of my computers and all of my backups. I thought the "Cloud" would be safe. The Supreme Court refused to provide me with a copy of the original Writ. Clerks Jeffrey Atkins 202-479-3263, Chris Vasil 202-479-3027 and Scott Harris 202-479-3000, etc. refused to provide me with a copy after repeated written and verbal requests. (All attachments have not been included because of space and financial limitations.)

Please reference United States Court of Appeals for the District of Columbia Circuit: 14-5207 Larry Elliot Klayman v. Barack Hussein Obama and 14-5212 Rand Paul v. Barack Hussein Obama. There is substantial documentation, over 100 unanswered pleadings, in the two appeals that are available on line and via Pacer. The critical omission from the dockets, even when the court ordered, is that the Department of Justice never filed any response, objection, pleading, memorandum, motion, etc. and yet the appeals were dismissed. I filed for Summary Judgement. I filed a motion to join/intervene in both class action complaints that were filed on behalf of the American People because I had cause and standing. The two original class action complaints were filed in the District of Columbia District Court.

Andrew Christenson
ox 9063
ar Beach, Fl. 32550

Judge Robert N. Scola, Jr.
U.S. Courthouse
400 N. Miami Ave.
Room 12-3
Miami, Florida 33128







**PRIORITY MAIL EXPRESS**

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

PRESS FIRMLY TO SEAL

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)
BOX 9043
MIRAMAR BEACH FL 32550

**DELIVERY OPTIONS** (Customer Use Only)
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT)
Clerk
US Courthouse
400 N. Miami Ave
Miami, FL 33128

PEEL FROM THIS CORNER

USPS.COM/PICKUP

Postage: $27.10
SANTA ROSA BEACH, FL 32459
OCT 14, 21
R2305K140027-03

EJ 203 864 527 US

PO ZIP Code: 32459
Date Accepted: 10/14/21
Time Accepted: 11:59 AM
Flat Rate
Scheduled Delivery Date: 10-15-21
Scheduled Delivery Time: 3:00 PM
Postage: $27.10
Total Postage & Fees: $27.10