IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT

OF FLORIDA

FILED BY _PG_ D.C.

OCT 20 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

DONALD TRUMP
   Plaintiff

vs.

TWITTER, JACK DORSEY
   Defendent

CASE NUMBER 21-CV-22441

## MOTION TO INTERVENE OR MOTION IN THE ALTERNATIVE TO FILE

### AN AMICUS BRIEF

   The Intervenor Mitchell williams Motions this Court for leave to Intervene or in the Alternative to File this Amicus brief in the above captioned case, in support of Defendent's position.

### Statement Of The Case

   The Intervenor has not read the Complaint and has no intention of doing so. What he is aware of about this case came only from radio news reports broadcast on October 3,2021. These stated that the Plaintiff Donald Trump was seeking for this Federal Court to issue an order allowing him unrestricted use of his previous TWITTER account.

### ARGUMENT

   It is a gross insult to this Court to be asked to rule on such trifling matters. It might just as well be asked to rule on censoring statements printed on bubblegum wrappers or toilet paper panels. While it would be unwise to state that nothing of any importance could be stated in 144 letters it is rare. John 3:16 being an exception. Most of the time it takes at least a full page of type to convey anything of importance. See Appendix A. Nothing of any other wide ranging importance

1.

can be stated in less than many pages. See Appendix B.

Conclusion

Twitter might be willing to consider the Plaintiff's messages prior to filing on a case by case basis but cannot be forced to send messages of FIRE into a crowded theater. If the Plaintiff has not included samples of the messages he wants to send like "Smell the wildflowers and plant a few trees", he is just seeking an advisory opinion and the case can be dismissed on sight.

Intervenor

Certificate of Service

This is to certify that I have this day sent a true copy of this Motion  to parties or their councels by US Mail addressed to;

Frank C. "DUDE" Dudeenheser , 2721 St. Charles Ave.
New Orleans, Louisiana,70130

Peter Holmes
1441 Bickel Ave.  Miami,FL 33131

This _7_ day of October,2021.

Mitchell Williams
POB 33
Palatka,FL 32178
386 329-8603

*Printed By Palatka Daily News*
*Aug. 23, 2016*

## OXYGEN BURNING

There has been a lot of attention given lately to the serious need to reduce the amount of carbon being added to the atmosphere by all kinds of burning. The quick answer to all these problems is to use only solar, wind and other renewable energy sources. Not so fast! The cost for imediate conversion is really huge and will take a century to perform. What is needed is a change that can have a sure effect, but can use much of the equipment now at hand. That change is oxygen burning.

If my car and the local coal burning power station was burning with oxygen instead of air ( 78% nitrogen ) it would produce three times as much power with the same fuel consumption. Since I don't need any more power, I would get 3 times the mileage, and the power plant would use 1/3 the amount of fuel that they now use with air. Other changes would need to take place. Gasoline and raw coal will no longer be easy fuels to use because of the very high temperatures of burning (easily able to melt metals). Engines and boilers can be drasticly reduced in size and weight. The ideal fuel for an oxygen based combustion economy will be methanol (and other alcohols). They have a much lower carbon content and can be readily mixed with pure water. This avoids the need to inject sprays of water to control the very high combustion temperatures. Methanol can be easily made from anything that contains carbon, includeing many waste items.

We would very soon see steam/electric hybrid trucks and trains. Quiet and smokeless. Blind persons that have learned to warn themselves by the large amount of moter noise from traffic will need to use greater care around the lower noise cars.

Oxygen will be used in two forms 1. liquid, very cold and dangerous, 2. as a gas produced by reverse osmosis filters where there is sufficient space, and this requires less energy to produce the oxygen.

Piston engines on oxygen can have the exact low carbon exhaust that fuel cell cars have, but don't need the platinum.

# APP. A

*Mitchell Williams*
*July 29, 2016*
*POB 33  PALATKA, FL 32178*
*386  329-8603*



PASSPORT PHOTO TAKEN
IN ROME 1975



TAKEN AT BIBLE COLLEGE
1969

## SIX YEARS LIVING IN JERUSALEM

Since the ultimate destination of every saint is to live in the Holy Jerusalem, I wanted to go live in the carnal one years ago. In September 1971 I left Birmingham to go there. I would not return to the States until October 29, 1979. Since this was almost the exact date that the Shah of Iran left Iran the TV crews were distracted and did not meet me when I arrived in New York. After my first two years in Jerusalem, I spent two years working in Holland. During my first two years I had worked in a factory making heaters for apartment buildings going up all over town. After I came back, I wanted to start my own small shop making fireproof portable bungalows. The first thing I needed was a business license. While talking to the man giving out the licenses, a woman came over and asked him "Is he Jewish?".

The man said, "Of course he is.". Of course, I am Baptist, but didn't say anything. I got my license and still

Page 1.

have it but can't read much of it as I cannot read Hebrew or Arabic. Bungalow sales did not work out but model airplanes did, selling 31 thousand over a four year period.

If Hebrew was written in Latin characters, I could have learned to read quickly, as I could read the headlines of Dutch newspapers on the first day I arrived in Holland. I speak Hebrew freely. But not fluently and have an almost perfect Israeli accent. I met a lot of guys from New York City who spoke fluently but with such an American accent you could spot it instantly.

Up until the end of WW I much of the Middle East was under Turkish Colonial control, except for Egypt under the British.

In the areas then called Palistine the main cash crop was olive oil for sedentary farmers. Goats and sheep for tent dwellers. Trees cannot grow back in areas where goats and sheep have followed close behind the cutting of all

draining land and direct the flash flood to two acres of good land you can grow several almond, olive, and apricot trees. You might grow a couple of date palms and a winter barley crop.

While driving home I turned off a very rough old road on to a unmarked but new road. After a mile I came to an unmanned gate. It was an ammunition dump.

In closing this story I have one recommendation to those that want to travel.

Travel while you are young and fit, and don't wait until you have the money!

---

Mitchell Williams, September 13, 2020

PO Box 33

Palatka, Florida 32178

Page 2.

Page 47.

down. Most of the houses are complete right up to the roof line. Put a new roof on and you could move right in. The Israelis have been fascinated with the place as soon as they found it. Their question was how did people feed themselves and camel trains here in this sheer desert. This is a place that might get two or three flash floods in winter but not a drop of rain the rest of the year. There are a couple of nearby springs but they would never meet the demand for crops and animals. Israel has built an agricultural experiment station at the foot of the hill to try to use the methods used by the Byzantines. Here is what they found. Although most rain that falls comes in sudden flash floods, there is a very high nighttime humidity most of the year coming in from the Med., Red Sea and Egypt. If on a smooth, sloping rock surface you pile up a 4 or 5 foot high pyramid of football size stones (plenty available) this will, at night, condense as much as ½ to 2 gallon of water (salt free) from the humid air.

Also in the winter if you build a low dyke around 28 acres of good

Page 46.

trees for fuel, lumber, and ship building. This effect can be seen in the barren hillsides of southern France, Italy, Greece (Really bad) and less so in Turkey.

In ancient times Israel and even the Sinai Desert must have had  a reasonable brush cover to support a million people and their livestock for forty years in tents.

Today almost nothing grows naturally south of Tel Aviv.

The heavy plantings of crops and vines are all irrigated from the National Water Carrier.

The root of much of the problems we now have in Israel got going strong in the 1880's and 1890's.  At that time there was a large and growing population   of Jews in Eastern Europe and Russia.

Because of pogroms and other threats Jews wanted to leave the areas and many did for America, Western Europe, and South America. Even that was not enough. Many wanted to move

Page 3.

to Turkish Palestine. Turkish officials had few objections as the new settlers MONEY could help pay the costs of keeping soldiers in the area. Turkish relations with the rather poor Arab population had always been strained, and Jews would distract their attention.

Jewish immigrants coming to Turkish Palestine found a depressing sight. Almost no trees, little grass, few kosher animals to eat, lots of rock and sand. Almost all of the desert, and valuable land in towns and cities was owned by wealthy landowners living in Damascus where about the only rent could be paid in olive oil.

Jewish immigrants had real money to BUY land and did so at every chance. They had money being sent to them by groups abroad. In many cases they bought the land, moved in and then told poor sharecroppers they need to move away. About the only places left for them to move were the remaining Arab town and cities left to them. The War of Independence greatly

About 60 miles south of Beersheva I came up to the edge of Mactesh Ramon a huge valley that looked like a part of the GRAND CANYON. A crude road continued into and across, but I decided that this was a good place to turn around. A short distance back I noticed a good place where camping was allowed. It was called AVEDAT on a short hill close to the road. I soon realized this was where the city scenes in JESUS CHRIST SUPERSTAR were shot. AVEDAT is a truly amazing place. It was inhabited up until the Moslem hordes took over the area (about A.D. 600). It was what we would call today a truck stop on the Spice & Frankincense road from Yemen to Egypt. The smells of Egypt obviously needed a lot of incense. In this sheer desert food and water needed to be found for the people living there, but water, hay and food for the camel trains coming and going to Egypt or Yemen. I have been to many ruins in Israel, Europe and Cypress, but nowhere have I seen ruins in such good condition.  The Byzantines who built and operated the camel stop moved away but it was never torn

During my two years working in Holland I noticed in TIME magazine that film crews in Israel had finished working on JESUS CHRIST SUPERSTAR. A few months later it was being shown at a nearby movie theatre. I wanted to see what the Israelis had done with the story.

When I went to see it I was met at the door by believers trying to stop people from seeing it. It certainly is not a good movie for persons with shaky faith; however it could have been a lot worse.

It is mostly a musical shot all over Israel with some places that I recognized. However most of the scenes alleged to be in ancient Jerusalem were not familiar.

A year or so later, after I had returned to Jerusalem, I decided that I would make a trip into the Negev to see some of the South. Most of my trips had been to the north of Jerusalem and that is where most of the population lives (closer to useable fresh water sources).

exaggerated this trend and resulted in large 100% Arab towns like Hebron, Gaza, Bethlehem, Nablus. Today Jews live in many small towns emptied by this war.  I lived for a while in Ein Karem(Arabic for Mary's Spring) where John the Baptist was supposed to have been born. It is now just a suburb of West Jerusalem. Deir Yassin, where there was a bad massacre is now a large insane asylum.

While driving off the main road I once visited a small abandoned Arab village that none had ever decided to move into.  About 5 acres in size it had a wall all around with a gate at one end.  Most of the abandoned villages I had seen were in tumbled down condition. This one you could move into immediately.  About 15 houses were built against the wall with a large central plaza. The only serious damage was a mud roof that had collapsed into a room.  Easy to repair.

While driving back to Israel from Holland across Turkey (later by boat to Ashdod) I visited Iconium where the

Apostle Paul had problems. Today it is called KONYA and is located on the edge of a large dry lake called the TUZ GULU. A few miles out of town was a two acre area surrounded by a high chain link fence. There was a large sign on the fence in English and Turkish, it said Experimental Planting by the Turkish Department of Agriculture. Outside the fence in every direction there was NOTHING growing except grass.  Inside there was about 30 large trees, many over 20 feet tall. This was a planting to show what is possible in that area if trees are protected from loggers, charcoal burners, sheep and goats.

I needed to stop in KONYA to get a flat tire fixed and later saw something unexpected.  While waiting to get the tire fixed I noticed nearby a large all metal BUTLER BUILDING. There was nothing like it anywhere else in town. All the other houses (maybe 200) were typical Turkish construction, cut stone and terra cotta roof tiles with wood used only in the rafters. Tight

small museum of the ISSEL   MEER. When my fellow shop worker heard that I was interested in seeing remains of the War, he urged me to visit the museum of the ISSEL MEER. I had asked him where was the Zuider Zee that I had seen in my grandmother's very old ENCYCLOPEDIAS. He told me that the Zuider Zee was no more because the AFSLUTE DYKE (the shutoff dyke, one of the greatest feats in Dutch history) had closed off the Zee and allowed ¾ of the sea to become dry land. There were then roads, towns, and farms on what had once been the bottom of the sea.  The museum was to show things found on the bottom after it was drained dry.  There were roman era and later ships but also American B-17 bombers and German fighters.

As I was driving home the road paralleled a long dyke on the right side about one block away from the road. At one point I noticed a large cargo ship moving in the other direction directly on the other side of the dyke. 50 feet higher up!

NEWS composting toilet costing less than $10 complete, and needing no more than two quarts per month to wash out. Because of the desert conditions mosquitos are not much of a problem, but flies are really bad.

Once I was down at the Dead Sea soon after a very rare Red Sea storm had dumped a lot of rain in the valley. The land was covered by a carpet of tiny wildflowers in bloom. They come up immediately with the rain, bloom, set seed and die in about two weeks. The desert returns until the next storm.

My two years working for Texas Instruments Holland was also very interesting. The Dutch adore British and Americans because they freed them from NAZI control in WW II, but the only thing they really hate is Wonwagen Bewoners (gypsies). I can read and write a bit of Dutch and it looks like English with terrible spelling. I saw bombed out railway bridges and a few other remains of the WAR, but the most interesting place was the

and strong except in a big earthquake. After the tire was fixed I decided to drive around to see what the metal building was for. This was one of the biggest surprises of a lifetime and I nearly fainted. There on the plaza in front of the building in unpainted condition like unfinished furniture was a brand new BUCKBOARD horse and buggy wagon, but this was a MODERN one. It had wooden wheels like the westerns but not iron tires shrunk over the wood. Instead it had 3 inch wide strips cut from large truck tires and nailed in place. They still use them and this was not made for a western movie set. So much for 1974.

Israel is a place where the things they don't have they don't have any, and the things they do have they often have way too much. Case in point: eggs and bread. From the very start the collective farms (kibbutzim and moshavin) were subsidized to raise chickens and bakers were subsidized to bake lots of bread for the cities. However stores were never allowed to

sell bread to the public more than two days old. Therefore all this extra bread goes out to the farms to feed the chickens and turkeys.  Result:way too many eggs. While I lived there they needed to load an entire refrigerated ship load of eggs to send off to Europe.

If that is not enough I noticed in the newspaper that they were seriously considering subsidizing tomato paste exports to Italy.

Israel is a place where they sometimes do odd experiments. One of those was to see what fluids soldiers could drink continuously. The volunteers decided what fluid they drank but that was all they got. The ones that chose beer or wine were quickly out for being drunk.  In the end there were only two drinks that a person can drink all the time other than water: tea and lemonade.

There were a few things about Israel that I needed to return to the states to find out.  One of those was St. John's Bread or the seed pod of the

supply and hammered a tight hardwood plug into the hole. When the water touched it, it swelled up and stopped the leak. As far as I know it is still there. Years later John Davies sent me a letter telling me someone had firebombed the bookstore and the chapel next door. The city of Jerusalem had promised to rebuild everything as good as new.

Three Israeli families could live on the water used each week by an American one, and probably five Arab ones. Bedoin Arab girls wash their hair with camel urine, and no one takes a bath every day. On a Friday morning going to work on the bus it is sometimes rather high before everyone gets their Friday night regular. I always say take a bath once a week whether you need it or not. Toilets in Israeli Apartments are designed to save water but the ones used in Arab areas are not much different than outhouses cleaned out when full.

Nothing I have seen anywhere can compare with my PALATKA DAILY

Carob Bean.  When it says in the Bible that John the Baptist ate Locust and wild honey it does not mean grasshoppers and wild honey.  It is thought that this refers to the Honey Locust tree. This is a very large leguminous tree with large pods.  A few times people would offer me one of the seed pods but I turned them down because they didn't look very appealing.  Years later in the Atlanta suburbs I had a neighbor with one of these trees growing in his yard.  The goats were wild about the pods that fell from the tree, and I tried one out.  Not bad at all.  Until recently the only cheap sources of sweetener were raisins, figs, honey, and carob pods (mostly figs). When I lived in Ein Karem I noticed that tons of ripe figs were falling on the ground everywhere, in season, and no one was picking any up.  It was easy to gather about three bushels and I smashed them flat and spread them on a plastic sheet to dry in the sun.  Later they were pressed into used glass bottles, with large caps to protect them from the honey moth.  I

had a Arab workman a few years younger than myself that was watching what I was doing.  One day he said, "Mitchell you are doing exactly the same thing that we used to do when I was a kid." I asked him what that was. He said, "We used to dry figs and then press them into clay pots sealed with wax, to use for sweeteners". I asked him if they were still doing it. "No" he said, "when the Israelis started importing and selling a lot of sugar we quit doing that".

Eggs have been mentioned and Israel has the highest per capita egg consumption and chicken is the cheapest meat.  This was fine with me as fried chicken (the Baptist Bird) has always been my favorite. All the cattle on the farms are highly insured by the government and only a few old culls ever wind up in the fresh markets. Most beef comes in frozen from kosher slaughter houses in Uruguay. A few farms raise hogs for the few Non-Kosher meat markets that are also

Write-In
## MITCHELL WILLIAMS
## FOR PRESIDENT 2024
## TRUE TIME STANDARDS
## NATIONWIDE
### Making America True Again
Send any donation and receive
**Mr. Williams Book**
### *"Six Years In Jerusalem"*
### During the 1970's
### PO Box 33, Palatka, FL 32178
Paid political advertisement paid for and approved by
Mitchell Williams, Republican for US President

Even we were never free from danger from some Jewish hotheads. One night a small bomb went off late at night at the side door of the Baptist House. The only damage was a very small hole punched in the incoming supply water pipe. I turned off the

arrived. $350 and I drove it for years. It got 40-50 miles per gallon and I made it into a one person camper that I lived in for months All over Europe and Israel. I once took it to the Dead Sea. To get there you drive on the road up and around the side of the Mount of Olives and when you get past the last house in Bethany it is all downhill. I coasted for about 10 miles and even passed a dump truck going downhill.

Since there is a great need to conserve water supplies everything is designed to do this. When there is a bad drought the cities turn off the water pumps except for one or two hours per day, to force conservation. For this reason many have 50-100 gallon tanks with float valves like our toilet tanks. These keep water pressure in the house even when the pumps have been turned off. A very high porportion of the houses also have solar hot water heaters on the roof. At the Baptist House we did have two large catch tanks in the attic but electric water heaters.

willing to sell things like shrimp, clams and other such things.

The main fish in Israel is the world's only domesticated fish.  It comes to the markets live in tanker trucks to be put in a large concrete vat where it can be netted out to be cleaned on the spot for the buyer. Reasonably priced. Hundreds of tons are produced each year on the farm ponds. They are fed chicken manure.

What is the incredible kosher fish domesticated around the world by the billions of tons?

CARP

They taste good but are on the boney side needing careful eating. Compare this with the foolish waste I have seen in my area of people throwing carp out to feed buzzards. The buzzards know a kosher meal when they see it.  Locally I have found that many of what people allege to be "TRASH FISH" are in fact very eatable.

As mentioned before figs were once a major portion of the diet and there are

still a lot of them even if rarely picked. The Bible has reference to a person as a gatherer of sycamore fruit Amos 7:14. This is not the fruit of the common sycamore found here whose seed pods have no food value.  This is the fruit of the sycamore fig. This is a very unusual tree I first saw while waiting for a train to pass the other direction at a station. The figs are rather small but come in a large cluster that grow straight out of the TRUNK, and large limbs of the tree and not individually from the tips of the limbs like other figs.  Worldwide there are hundreds of types of fig trees.  To see what these figs look like you can buy small bags of MISSION FIGS at Wal-Mart. Not cheap for 7 ounces. While on the subject of figs, it is a Jewish tradition that figs and not apples were the fruit on the tree of KNOWLEDGE OF GOOD AND EVIL, and I believe this was right, as I never saw any apples growing anywhere in Israel.  They need cooler, wetter summers.

Page 12.

sons to be a suicide bomber. He shot him in the knee to stop it.

My first vehicle in Israel was an old 500 cc BSA flathead sidecar motorcycle in original British colors. Like so much else it was doubtless British leftovers from before the War. I did take it to the Dead Sea and later up on the Golan Heights to the main town of Kunetra. Here Assad's father had erected a slab celebrating Syrian victory in the Six Day War. A little bit too soon. The Israelis have never taken this slab down. The Golan Heights is fabulous cattle country, and the only place I ever saw Israeli cows and cowboys on horseback.

If an Israeli wanted to buy a new car in those days there was and probably still is a 200% sales tax. This was to discourage sales of new cars. However tourists (like myself) could bring in a untaxed car as long as I took it out when I left. I bought an old WOLSLEY HORNET from some Israelis who had brought it from England but could not afford the tax when it

Page 37.

Arabic. Since I have never owned a TV I do not consider myself a valid TV critic.

At the Baptist House we got the Jerusalem Post Newspaper, and TIME magazine which were read closely. If there was some emergency news that needed immediate attention my radio would pick up BBC Cyprus which would have it almost instantly.

I learned to tell the difference between a terrorist bomb (several happened) and dynamite blasting. If during the day you heard a blast and the ground shook (lightning is very rare and only in winter) that was probably just dynamite on some construction job. If however there was a loud blast and the ground did not shake that was a bomb.  Instantly bystanders would grab any car nearby and rush the injured to the nearest hospital with the horns blaring. If the terrorist could be identified his home would be leveled with a bulldozer. This stopped some attacks. I heard about an Arab father that got wind of a plan by one of his

The Mediterranean climate of Israel is common both north and south of the sea all the way to Spain. Anyone that has spent time living in San Diego, California knows exactly what it is like; long hot, dry summers and cold wet winters. It often snows (lightly) in Jerusalem in the winter. Often there is no rain from about the first of April to the middle of October. After that shipping is dangerous in the MED.

However one day during vacation I had driven north and was walking around the ruins of HAZOR (slightly north of the Sea of Galilee) and it started to rain, fairly strong but not more than 15 minutes.  The next day when I had returned to Jerusalem (some day in July) it was on the headline of every paper, RAIN FELL YESTERDAY IN GALILEE.

The most important event in living memory is the WAR of Independence of 1949 of which many older people (both Arabs and Jews) had a ready memory.  My pastor Bob Lindsey had one as a young missionary

Page 36.

Page 13.

and would often recall events such as the water rationing during the siege where officials would come by to get out some water from the water cistern under the chapel. These were built under almost every older building to catch winter rains to supply water for summer.  The Jordanian Army had cut the water pumps off that pumped water into Jerusalem from lower levels. The largest action of the war was to cut off supplies coming from the coast to drive Jews from West Jerusalem and deny the United Nations mandate establishing the State of Israel.

One day I was sitting in the bookstore in the front of the Baptist House when Millee came in.  She was an Israeli Arab girl about 12-14 years old who came to our church services with her younger brother. I never did meet any of her older relatives. While she was there I asked her "Millee tell me what happened to your family during the War of Independence?" It was a story she was perfectly happy to tell me as she had probably told it

Electric power in Israel is 50 cycles per second at 200 volts and not 60 cycles, 110 v. as here. This allows wide distribution without needing to put a large transformer on every house as we have here. Israeli television can be boring especially so on Shabbat. Almost everyone watches some Jordanian TV which has good reruns of American shows, and news reports in perfect Hebrew.  I got a good laugh from all the Cairo movies they show. They are almost always the same and you didn't need to understand Arabic to follow the story. It was always about the bumbling hero and his pal, the good woman and the bad woman. The bumbling hero falls into the clutches of the bad woman but just in time his pal and the good woman rescue him from the bad woman who goes to a violent end (off camera).

One Christmas Eve I did hear a lady singing a Christmas carole on Israeli TV that was without a doubt the most beautiful song I ever heard in

gets its waters from snow melt that comes out of large springs at DAN. The melt is from Mt. Hermon. I saw more fresh running water there than any other place in Israel and it still has remains of pagan shrines from antiquity. The Yarmuck has even more but it is more seasonal as it collects winter rains from the Golan Heights. Between Israel and the Kingdom of Jordan, the Yarmuck has recently been pumped almost dry greatly reducing the flow of the Jordan to the Dead Sea. This has caused the Dead Sea level to drop as much as 10 feet in recent years. This causes problems for the Salt Works on the south end of the sea. For many years there have been off and on again plans to run a direct pipeline from the Med. To the Jordan to bring in sea water to stop this fall in the Dead Sea levels (something like the plans for the Cross Florida Barge Canal). Since the Dead Sea is 1312 feet below Med. Sea level such a pipeline could easily provide 1/3 of all electric power used in Israel. A huge savings.

before. It was a story of which she had no personal knowledge because it all happened before she was born. It had all been told to her by her parents.

"My grandfather owned a small farm in Ramla before the war" she said. Note: not Ramalla north of Jerusalem but Ramla which is an old Crusader town built to protect the road from the port of Jaffa. It is the last town of any size before the road starts to climb into the mountains going to Jerusalem.  I remember it well as the road runs directly through the center of a huge junkyard on one side filled with trucks, tanks, jeeps and guns captured from Egypt in 1967, and on the other side where everything was repaired, and converted to be used by the Israeli Defense Forces.

"Before the war got started" she continued "the Arab Armies from all the outside countries sent messengers into all the Arab towns telling them that there was going to be a big war and that they should all move away, then armies could drive all the Jews

into the sea and they could come back without getting caught in the confusion."

I knew this was a true report as I had already read how the Mayor of Tel Aviv had stood weeping in the street of Jaffa pleading with the Arab population not to leave.  Most did anyway to Gaza where they remain today.

Millee continued "When my grandfather heard this order he said, 'I have always gotten along fine with everyone and I'm not going anywhere' and didn't. After the war there was very little privately owned land that was for sale. We sold the farm and built two apartment buildings in Jerusalem. We live in one and rent out the other one."

That family doubtless has relatives living in Gaza that know just what happened to Millee's family.

The population of Israel is probably the most diverse to be found anywhere. There are Jews from almost every country but the main groups are

of years so I could learn to speak a foreign language. Nothing seemed to have been able to please her more, she said "you know, my father was the only Jewish farmer in Montgomery County, Alabama." I got the visa.

One of the biggest problems in Israel is lack of abundant fresh water. Water with more than 320 parts per million of salt is useless to plants or most animals (except Carp). Only fresh rain or snow water is salt free there. Most ground water there is mineralized to some extent. The Sea of Galilee which is 262 feet below sea level has springs in the bottom that leak salt in from the Med. Because of this Galilee water is about 355 parts per million salt. To use that water a large amount of low salt water must be mixed with a very large volume of Galilee water to be used. This can only come from two places. The Huleh River and the Yarmuck. The Huleh is the same as the Jordan River but flows into, instead of out of the Sea of Galilee as the Jordan River does on the south. The Huleh

Page 16.

Page 33.

large American family with a few extra workers. The volunteers (like myself) only received room and board, but were given interesting field trips on Shabbat. For me as long as I worked in the orange grove (a stone's throw from the Jordan River) there were no problems. I might have stayed longer if they had not sent me out to pick hatzilim (eggplant). I was very allergic to this plant, although I can eat it fine. While living at the youth hostel in Jerusalem the man at the marble cutting shop, next door, told me that although he did not need any extra help, at the moment, he knew someone who did. He sent me to a boiler factory that put me on immediately. In Israel, at that time, people with tourist visas of 6 months are only allowed to work as volunteers without pay. For paid work they needed a special permit from the Jewish Agency. I went there and was met by Sarah Visa Lictman, one of the few Israelis whose name I still remember. I told her that I came from Birmingham, Alabama and that I would like to work in Israel for a couple

ASHKINAZIC (European) and SEPHARDIC (Oriental) Jews from Arab countries. The Sephardic population is about three times larger and is the butt of a lot of comic humor. The standard funny story often includes a short little guy speaking Hebrew with a awful Arabic accent. This is a put on as the Israeli Arabs I met almost always speak Hebrew with an almost perfect accent. You sometimes don't know who you are talking to. When I first arrived in Israel I had a mustache and people would come up to me to ask directions in Arabic (which I still speak very little) when I let my beard grow out that all stopped.

Israeli boys and girls are both subject to the draft of the regular army. Israeli Arab boys are never drafted but can volunteer. Many Bedoin Arab men you see out in the desert with their camels are carrying machine guns and radios that can call in an air strike on any hostiles they meet.

Arab girls are not allowed to volunteer as mixed marriages are a problem. Only the children of Jewish women are considered automatically

Jewish. Not the children of Jewish men. Among the Israeli Arab population many are Christians of one denomination or another, Catholics or Greek Orthodox probably being the largest.

The Law of the Return giving automatic Israeli citizenship to anyone with a Jewish mother is not always applied. Mier Lansky (a notorious mob boss) was not allowed but was allowed to build a small LANSKY MUSEUM Near Ashdod port.

Recently I read a thick book on the War of Independence and it was a sorry story with outrages by all combatants. I did notice one report that is worth repeating. This was made by the IDF leader who was in charge of the Biet Shean area defenses. Biet Shean was an ancient town close to a good crossing of the Jordan and a north/south road to Jericho. When the war started it was not a war being fought just by national armies. Private armies also wanted to get involved, mostly for loot. One of these private armies planned to attack the many farms in the Biet Shean area. Word of

Page 18.

During my short volunteer service at Kibutz Gesher (bridge) I learned about Israeli food. The breakfasts were shock, almost always the same.  All the tea, brown bread, sliced tomatoes and cucumbers with hummus you could eat. The real meal was intended to be hummus and bread, yuk. They did have some hot wheat porridge with jam if you wanted something else.

Most of these farms have a main export product that they raise to get hard currency from abroad, at mine it was oranges. Most of the rest of the product (except fresh vegetables) was subsistence products for the people that lived on the farm. There were about 90 members and 15-20 volunteers like myself living on the farm. Since they only had about 4 or 5 hundred acres of land I knew they had to receive outside subsidies to survive. This came from the government (lots of U.S. aid) and the Jewish Fund from abroad. This much land with good water could only support about one

Page 31.

herd of Thompson's gazelles, lovely animals with their stripes and spiral horns.

In antiquity the Egyptians tried to domesticate these gazelles but stopped because they were smaller than goats and didn't have much meat. I was driving along a section of the Burma Road, an emergency road cut to Jerusalem in the War, when I saw a Griffon vulture flying parallel to the road about 10 feet off the ground. This is a huge bird about the size of a condor but not black, but light tan the color of the rocks.

You could be driving along a section of a road like this with tall trees growing on both sides and suddenly NOTHING but rocks and grass. You have crossed the GREEN LINE. This is the old border line from before the 1967 War. Israelis have been planting trees for a long time. Arabs, by contrast, rarely plant anything but food trees or vines.

this attack leaked out to the IDF forces in the area and they arranged a successful ambush. After the battle the Arab leaders of Biet Shean came out to talk with the IDF leader. He knew them all well. They told him that they wanted to go over to Jordan. He tried to talk them out of it saying that they had always gotten along just fine and there was no reason for them to leave. They insisted that they wanted to go. He finally allowed them to leave but he required that they leave all their guns behind. No sooner had they left but another group of Christian Arabs came to him and told him that they wanted to leave also. He told them they were Christian and why would they want to leave, where did they want to go? They told him that they wanted to go to Nazareth and he let them go. The largest Baptist Church in Israel is in Nazareth and except for the American missionaries is all Arab.

I recently got a large photo book out of the library with stories recorded by Israelis that lived through the War. Many were sad but one I thought was a very hopeful story. This was by the

leader of the IDF forces in the ABU GOSH region. Abu Gosh at that time was a small Arab town in the hills and very close to the only road into Jerusalem. This leader met with the Arab leaders and explained to them that Abu Gosh was in a dangerous spot, the fight for the road would be fierce (it was) and he requested that the Arab population move away for their own protection. The Arab leaders asked him if they moved away would they be allowed to move back when the war was over. He told them they would. More than a year later one of his men came up to him and told him that a bunch of Arab men were requesting to be allowed to return to Abu Gosh, and that he had promised them that they could. He agreed that he had made the promise and they had to be allowed to return.

Since the War of Independence a lot of odd things have happened with money in Israel. At the beginning of the State of Israel the exchange rate for the Lira, the Jordanian Dinar, the British Pound was 1 for 1. At that time the U.S.

started printing nothing but lies meant to make Trump look bad, and forgetting all the alternative facts that prove he is the greatest hero in American history, this report is probably true.

Among large animals, lions have been gone for centuries but I did hear that there are still a few Syrian bears in the mountains of Syria.  Around Ein Gadi I did see a small herd  of tame IBEX, running loose without herders. This is one of the wild goats from which domesticated goats were bred. They are all one color and I have had a few goats born, over the years, with this same color.  The noticeable difference was the size of the horns. Really large and reaching almost to their tail in mature Ibex. This was something the early herders wanted to get rid of right away. They breed freely with tame goats and I would love to have bought a breeding male Ibex I once saw advertised in Georgia.  There have been reports of sightings of hyenas in the Sinai. I once saw a small

UNDEFEATED WORLD CHAMPION COMPUTER GAMER because I still have not inserted the quarter.

Some of the animals in Israel have been the source of the gross erosion seen in the country. Mostly goats and sheep. A normal Bedouin family lives in a long tent of black goat hair. It is open only on the downwind (mostly east) side. They have about 200-300 animals (1/3 goats and 2/3 sheep). In the old days they moved around with camels but now they use trucks and cars. Such a herd going into a plot of standing crops is worse than a plague of locusts. Israel has what is called the GREEN PATROL with helicopters that fly around to make sure that herds are not allowed to feed in the standing crops. They will machine gun them from the air if they find them feeding. I read that a man allowed his camels to graze on a plot of newly planted date palms. One was shot, one was seized, and the man was fined $2,000.00 for doing it. Since this was in the days before the newspapers

Dollar was MUCH less valuable than the Pound Sterling. Israel needed to get control over much more good land for a growing population. The land left behind by Arabs that were outside the State borders were held for use for Israeli needs. Those Arab refugees that thought they just needed to get out of the way  of the fighting and would soon be able to return and take everything left by the defeated Jews now know what a mistaken idea that was.

At that time Israel signed many contracts for 99 years to lease land from large landowners (like the Greek Orthodox Church) whose renters and sharecroppers had fled the country. These contracts were to be paid in Israeli LIROT (plural for Lira). These might involve many thousands of Lirot per year. Big money that was better than leaving the lands and houses empty. This is when funny money work got started. The Lira in those days was a government controlled currency and was allowed to lose value toward most European currencies. By the time I arrived the Lira had dropped to about L 3.50 to the dollar as the official bank

rate but you could get as much as L 3.80 for a dollar with the money changers in the Old City. The Jordanian Dinar still had much of its value toward the Pound Sterling. People doing important business had learned to link any payment in Lirot to its same value in dollars.

My shop and where I lived for the last four years was about ½ mile directly east of the KENNESSET and when anything big was going on helicopters would be coming in fast there.

I first noticed this during the Begun, Saddat, Jimmy Carter talks. Sometime later I noticed a certain day when there was a lot of sudden helicopter traffic into the KENNESSET. I had no idea what it was all about but later that day a boy and girl about 8 years old who were the children of an American Jewish family came by. They said to me "Hey, did you hear what happened?" Since I rarely watch television, and had listened to BBC Cypress none that day they had a big surprise.

of only one for sure and she is the wife of the Dutch Pastor at the BIBLE CENTER in East Jerusalem." He said.

EXPATRIOTS are what you call people living and working in another country than their own. We saw people from nearly every country at the Baptist House. I once asked a young Arab man "if for some reason you needed to go and live in one of the surrounding Arab countries which one would you want to go to?". He had an instant answer "EGYPT".

In the 41 years since I left Israel much has changed but much not. While waiting in the terminal at LOD Airport for the return flight I saw my first actual computer. I think it was an early PAC-MAN game with flashing light that said INSERT QUARTER. I had seen pictures of those things in TIME and read stories like the one about the Japanese girl that killed her grandmother so she could go play at the video arcade. I did have a quarter but I realized that this was an intelligence test. I remain the

Shabbat off to have services. The Baptist Church in East Jerusalem meets on Sunday Morning as normal.

My best friend in Israel was a teacher at the Anglican School named John Davies a British citizen. He had been there for years before I arrived and may still be there. We were the same age but he and his twin brother were a few months older than myself. I always yielded to his seniority, AGE BEFORE BEAUTY, you know. Being born during the BLITZ in London they were sent outside the city to live in a special home, just like the NARNIA story but there must have been no WARDROBE.

One day we were talking in the lounge of the Baptist House (he lived in the basement and I lived out back in the garage), and I said to him "you know I have meet a lot of Arabs but very few of them have a positive attitude about Israel."

"It is very rare even among the church members in Nazareth. I know

"Israel Floated the Lira!" they said. Boy that was a Big One. My first thought was that they had really creamed the money changers in the Old City. The next day all the Night People were out squinting in morning sun as they tried to find their footing in the new financial realities. It was a funny time.

In those days the closest you could come to visiting European country was Cyprus. None of the area countries would allow Israeli visitors. I have been there twice, once for a few days After the war. (While waiting to catch a boat during my trip driving back to Israel from Holland). The first time I was just a tourist and saw the very scenic north coast, but did see at that time a few Turkish villages all flying their Turkish flags on every house.

During my month waiting for a boat to Ashdod, I carefully explored what had once been the prosperous Greek north coast of Cyprus. I got along very well with almost every Turk I met, and some even tried to hire me to repair some of the damage left by the Greeks. Things of value that could

not be moved were damaged by the Greeks so the Turks could not use them. Turks do very little reading except for the Koran which is all in Arabic. A Turkish newspaper looks a lot like a comic book, with many pictures to illustrate the story.

At the farthest western end of the northern coast road that I explored was a tiny Greek town with a church that none of the Turks  wanted .  In one very old house I looked around. It had a few bee hives out back and the bees had all left also. Inside the Turks had turned everything upside down looking for valuables but had probably taken nothing as it was all very old stuff. In another much newer house everything was carried off. At the church nothing had been damaged, but in the yard were two large shelters probably once used for weddings or other events. Each shed had a long table with benches. What was surprising was that each table was piled high with books mostly Greek, probably once school books, but many others. The church was unlocked and did not show any deliberate damage. Everything in that

area was very peaceful and quiet with doves nesting over the doorway.

That night I camped at the eastern end of this road where there was a wide space close to a cut in the mountains on the road to Famagusta Port where I would need to later catch a boat to Ashdod.

The forest in that area was cleanly trimmed like a park and in the evening I noticed 34 goats coming my way WITHOUT ANY HERDER. They all filed into the shelters and when I went to look at them they were very happy to see me. They had lost their Greek owners and they were mine but only for a day as the next day I needed to drive on to the Port.

The Greeks left the port in a big mess, crates full of Honda motorcycles burned where they had been sitting.

Our church at the Baptist House is in West Jerusalem and meets on Saturday morning. The reason for this is that most of the members work on the Israeli schedule and only have

Mitchell Williams
POB 33
Palatka, FL 32178




U.S. POSTAGE PAID
FCM LG ENV
PALATKA, FL
32177
OCT 07 '21
AMOUNT
$1.76
R2304M114457-2

1029      32128

CLERK
US District Court
400 N. Miami Ave
8th Floor
Miami, FL 33128

U.S.M.S.
INSPECTED
BY:

