UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:21-cv-22441-SCOLA/GOODMAN

_____

DONALD J. TRUMP, et al.,

                    Plaintiffs,

v.

TWITTER, INC., and JACK DORSEY,

                    Defendants.

_____

**DEFENDANTS' AGREED MOTION TO
EXTEND THE DEADLINE AND ENLARGE THE PAGE LIMIT FOR
DEFENDANTS' RESPONSE TO PLAINTIFFS' AMENDED COMPLAINT**

Defendants Twitter, Inc. and Jack Dorsey[1] respectfully request that this Court extend the deadline to respond to Plaintiffs' Amended Complaint by ten (10) days until November 11, 2021, and enlarge the page limit for any motion to dismiss to no more than 30 pages, with a reciprocal extension for Plaintiffs' opposition thereto. Plaintiffs consent to the relief sought by this motion.

**BACKGROUND**

On July 7, 2021, Plaintiffs filed this putative class action. Dkt. 1. Plaintiffs then filed an Amended Complaint on July 27, 2021, adding several plaintiffs and two claims. Dkt. 21.

---

[1] Mr. Dorsey joins this motion for the limited purpose of seeking to extend the deadline and enlarge the page limit for his response to Plaintiffs' Amended Complaint, but does not thereby waive any applicable defenses, including this Court's lack of personal jurisdiction over Mr. Dorsey. *See In re Trasylol Prods. Liabl. Litig.*, 2011 WL 5529934, at *2-*3 (S.D. Fla. July 21, 2011) ("[W]aiver of a personal jurisdiction defense by conduct or appearance is not readily found," and will occur only through "extensive discovery or motions practice").

Immediately after Plaintiffs first attempted service on September 1, 2021, Defendant Twitter filed a motion to transfer this action to the Northern District of California, Dkt. 41, and then waived service on September 2, 2021. Dkt. 45, 46. The transfer motion is now fully briefed and pending before this Court, and Defendants' responses to the Amended Complaint are due November 1, 2021.[2]

On October 1, 2021, nearly three months after Plaintiffs filed this suit, Mr. Trump filed a motion for preliminary injunction. Dkt. 62. Following an agreed-upon request to extend the time for Defendants' response to the preliminary injunction motion, Dkt. 64, the Court granted an extension up to and including November 11, 2021. Dkt. 69.

## MEMORANDUM OF LAW

Defendants respectfully request that this Court extend the deadline for Defendants to answer, move to dismiss, or otherwise respond to the Amended Complaint by ten (10) days until November 11, 2021. This modest extension would promote judicial efficiency by aligning the deadline to respond to the Amended Complaint with the deadline for Defendants' response to the preliminary injunction motion. *See Equity Lifestyle Props., Inc. v. Fla. Mowing & Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009) ("A district court has inherent authority to manage its own docket 'so as to achieve the orderly and expeditious disposition of cases.'" (quoting *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991))). The issues relevant to Defendants' responses to the Amended Complaint and to the preliminary injunction motion will overlap significantly—indeed, Mr. Trump's preliminary injunction motion focuses almost exclusively on his likelihood of success on the merits of his claims, *see* Dkt. 62 at 3-25. Aligning the briefing

---

[2] The docket appears to misstate the date for Defendants' responses, indicating that responses are due December 1, 2021. *See* Dkt. 45, 46.

schedule of the two motions will thus reduce the burden on the parties and aid this Court's efficient resolution of both motions.

Deferred briefing will not prejudice Plaintiffs, who consent to the limited ten-day extension requested here.

Finally, Defendants respectfully ask this Court to expand the page limit for any motion to dismiss to not more than 30 pages with a reciprocal enlargement for Plaintiffs' opposition to the motion to dismiss. The Amended Complaint raises numerous constitutional and statutory issues on behalf of seven separate plaintiffs. In recognition of the breadth of these issues, this Court granted a similar 30-page limit for Twitter's opposition to Mr. Trump's motion for preliminary injunction. *See* Dkt. 69. Enlarging the page limit on any motion to dismiss will allow the parties to more comprehensively assists the Court in resolving the issues raised.

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that the deadline to answer, move to dismiss, or otherwise respond to the Amended Complaint be extended ten (10) days, up to and including November 11, 2021, and that the Court grant the parties leave to file a motion to dismiss and opposition thereto of not more than thirty (30) pages.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A), the undersigned hereby certifies that counsel for the movant has conferred with counsel for Plaintiffs, who consents to the relief sought by this motion.

Date: October 20, 2021

Patrick J. Carome (*pro hac vice*)
Ari Holtzblatt (*pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel.: (202) 663-6800
Fax: (202) 663-6363
patrick.carome@wilmerhale.com

Felicia H. Ellsworth (*pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
felicia.ellsworth@wilmerhale.com

Respectfully submitted,

*/s/Peter W. Homer*
Peter W. Homer (FL Bar No. 291250)
HOMER BONNER
1200 Four Seasons Tower
1441 Brickell Ave.
Miami, FL 33131
Tel.: (305) 350-5139
Fax: (305) 982-0063
phomer@homerbonner.com

***Attorneys for Defendant Twitter, Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 20, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Peter W. Homer*
Peter W. Homer
