# U.S. District Court
## Southern District of Florida (Miami)
## CIVIL DOCKET FOR CASE #: 1:21−cv−22441−RNS

Trump et al v. Twitter, Inc et al
Assigned to: Judge Robert N. Scola, Jr
Referred to: Magistrate Judge Jonathan Goodman
Cause: 28:1331 Fed Question: Fed Communications Act of 1

Date Filed: 07/07/2021
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Donald J. Trump**
*the Forty−Fifth President of the United States*

represented by **Frank C. Dudenhefer , Jr.**
The Dudenhefer Law Firm, LLC
2721 St. Charles Ave, Suite 2A
New Orleans, LA 70130
(504) 616−5226
Email: FcdLaw@aol.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John P. Coale**
2901 Fessenden St. NW
Washington, DC 20008
(202) 255−2096
Email: johnpcoale@aol.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Q. Kelly**
Ivey, Barnum & O'Mara
170 Mason Street
Greenwich, CT 06830
(203) 661−6000
Email: jqkelly@ibolaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Jones**
Ivey, Barnum & O'Mara
170 Mason Street
Greenwich, CT 06830
(203) 661−6000
Email: mjones@ibolaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Polk Lawson**
Gardner Brewer Martinez Monfort
400 N. Ashley Dr.
Ste. 1100
Tampa, FL 33602
813−221−9600
Email: rlawson@gbmmlaw.com

*ATTORNEY TO BE NOTICED*

**Roland A. Paul**
Ivey Barnum & O'Mara
170 Mason Street
Greenwich, CT 06830
(203) 661–6000
Email: rpaul@ibolaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan Tougias**
Ivey, Barnum & O'Mara
170 Mason Street
Greenwich, CT 06830
203–661–6000
Email: rtougias@ibolaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sean M. Hamill**
Ivey, Barnum & O'Mara
170 Mason Street
Greenwich, CT 06830
(203) 661–6000
*ATTORNEY TO BE NOTICED*

**Matthew Lee Baldwin**
Vargas Gonzalez Hevia Baldwin, LLP
815 Ponce de Leon Blvd.
Third Floor
Coral Gables, FL 33134
(305) 631–2528
Fax: (305) 631–2741
Email: MBaldwin@VargasGonzalez.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Linda Cuadros                                         represented by   **Frank C. Dudenhefer , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John P. Coale**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Q. Kelly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Jones**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Polk Lawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roland A. Paul**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan Tougias**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sean M. Hamill**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Lee Baldwin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**American Conservative Union**
*INDIVIDUALLY AND ON BEHALF OF THE
CLASS*

represented by    **Frank C. Dudenhefer , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John P. Coale**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Q. Kelly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Jones**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Polk Lawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roland A. Paul**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan Tougias**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sean M. Hamill**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Lee Baldwin**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**<u>Defendant</u>**

**Twitter, Inc**                    represented by    **Peter W. Homer**
Homer Bonner Jacobs, P.A.
1441 Brickell Avenue
Four Seasons Tower Suite 1200
Miami, FL 33131
305−350−5100
Fax: 305−372−2738
Email: PHomer@homerbonner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Holtzblatt**
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
202−663−6964
Email: ari.holtzblatt@wilmerhale.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Felicia Ellsworth**
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617−526−6000
Email: felicia.ellsworth@wilmerhale.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick J. Carome**
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
202−663−6921
Email: patrick.carome@wilmerhale.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Jack Dorsey**                    represented by    **Peter W. Homer**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/07/2021 | Ï 1 | COMPLAINT against Jack Dorsey, Twitter, Inc. Filing fees $ 402.00 receipt number AFLSDC–14825136, filed by DONALD J TRUMP, American Conservative Union, Linda Cuadros. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Summon(s) Summons (Dorsey), # 3 Summon(s) Summons (Twitter))(Baldwin, Matthew) (Entered: 07/07/2021) |
| 07/07/2021 | Ï 2 | Clerks Notice of Judge Assignment to Judge Robert N. Scola, Jr. Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Jonathan Goodman is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent. Pro se (NON–PRISONER) litigants may receive Notices of Electronic Filings (NEFS) via email after filing a Consent by Pro Se Litigant (NON–PRISONER) to Receive Notices of Electronic Filing. The consent form is available under the forms section of our website. (amb) (Entered: 07/07/2021) |
| 07/07/2021 | Ï 3 | Summons Issued as to Jack Dorsey, Twitter, Inc. (amb) (Entered: 07/07/2021) |
| 07/08/2021 | Ï 4 | Bar Letter re: Admissions sent to attorney John P. Coale, Frank C. Dudenhefer Jr, John Q. Kelly, Michael J. Jones, Roland A. Paul, Ryan S. Tougias, Sean M. Hamill, mailing date July 8, 2021, (pt) (Entered: 07/08/2021) |
| 07/09/2021 | Ï 5 | NOTICE by American Conservative Union, Linda Cuadros, DONALD J TRUMP *of Constitutional Question* (Attachments: # 1 Exhibit Exhibit A–Complaint) (Baldwin, Matthew) (Entered: 07/09/2021) |
| 07/09/2021 | Ï 6 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Frank C. Dudenhefer, Jr.. Filing Fee $ 200.00 Receipt # AFLSDC–14832336 by American Conservative Union, Linda Cuadros, DONALD J TRUMP. Responses due by 7/23/2021 (Attachments: # 1 Certification Certification of Frank C. Dudenhefer, Jr., # 2 Text of Proposed Order Proposed Order)(Baldwin, Matthew) (Entered: 07/09/2021) |
| 07/09/2021 | Ï 7 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for John P. Coale. Filing Fee $ 200.00 Receipt # AFLSDC–14832355 by American Conservative Union, Linda Cuadros, DONALD J TRUMP. Responses due by 7/23/2021 (Attachments: # 1 Certification Certification of John P. Coale, # 2 Text of Proposed Order Proposed Order)(Baldwin, Matthew) (Entered: 07/09/2021) |
| 07/09/2021 | Ï 8 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for John Q. Kelly. Filing Fee $ 200.00 Receipt # AFLSDC–14832364 by American Conservative Union, Linda Cuadros, DONALD J TRUMP. Responses due by 7/23/2021 (Attachments: # 1 Certification Certification of John Q. Kelly, # 2 Text of Proposed Order Proposed Order)(Baldwin, Matthew) (Entered: 07/09/2021) |
| 07/09/2021 | Ï 9 | Order Requiring Discovery and Scheduling Conference and Order Referring Discovery Matters to the Magistrate Judge Jonathan Goodman. Signed by Judge Robert N. Scola, Jr on 7/7/2021. *See attached document for full details.* (ebz) (Entered: 07/09/2021) |
| 07/12/2021 | Ï 10 | PAPERLESS ORDER: The Court grants 6 7 motions to appear pro hac vice, consent to designation, and request to electronically receive notices of electronic filing. Attorneys Frank C. Dudenhefer, Jr and John P. Coale are given permission to appear and participate in this matter on behalf of Plaintiff Donald J. Trump. The Clerk of the Court is directed to provide this attorney with notification of all |

electronic filings via the email address set forth in the motions.

The Court denies without prejudice <u>8</u> motion to appear pro hac vice, consent to designation, and request to electronically receive notices of electronic filing. The Clerk of the Court could not locate Attorney John Q. Kelly as a member in good standing of the District of Columbia Bar listed in the motion. Signed by Judge Robert N. Scola, Jr. (agn) (Entered: 07/12/2021)

| 07/12/2021 | I | Attorney John Q. Kelly representing TRUMP, DONALD J (Plaintiff) and Cuadros, Linda (Plaintiff) and American Conservative Union (Plaintiff); terminated. Notice of Termination delivered by US Mail to John Kelly. SEE DE 10 ORDER (ail) (Entered: 07/12/2021) |
|---|---|---|
| 07/12/2021 | I 11 | Corrected MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for John Q. Kelly. Filing Fee $ 200.00 Receipt # AFLSDC−14838946 by American Conservative Union, Linda Cuadros, DONALD J TRUMP. Responses due by 7/26/2021 (Attachments: # <u>1</u> Certification Certification – John Q. Kelly, # <u>2</u> Text of Proposed Order Proposed Order)(Baldwin, Matthew) (Entered: 07/12/2021) |
| 07/13/2021 | I | Attorney John Q. Kelly representing Trump, Donald J. (Plaintiff) and Cuadros, Linda (Plaintiff) and American Conservative Union (Plaintiff); Activated. (pt) (Entered: 07/13/2021) |
| 07/13/2021 | I 12 | PAPERLESS ORDER: The Court grants <u>11</u> corrected motion to appear pro hac vice, consent to designation, and request to electronically receive notices of electronic filings. Attorney John Q. Kelly is given permission to appear and participate in this matter on behalf of Plaintiff Donald J. Trump. The Clerk of the Court is directed to provide this attorney with notification of all electronic filings via the email address set forth in the motion. Signed by Judge Robert N. Scola, Jr. (agn) (Entered: 07/13/2021) |
| 07/13/2021 | I 13 | MAGISTRATE JUDGE GOODMAN'S DISCOVERY PROCEDURES ORDER. Signed by Magistrate Judge Jonathan Goodman on 7/13/2021. *See attached document for full details.* (krk) (Entered: 07/13/2021) |
| 07/14/2021 | I 14 | NOTICE OF IMPROPER COMMUNICATION WITH THE COURT. On July 13, 2021, the Court received the attached email from George Benavides seeking permission to file a complaint in this action because Twitter has shutdown or blocked his account. Local Rule 7.7 prohibits communication with the Court unless invited or directed by the presiding Judge. S.D. Fla. L.R. 7.7. The Court has neither invited nor directed Mr. Benavides to correspond with chambers and thus, the communication is a violation of the Local Rules. <br><br> Moreover, to the extent Mr. Benavides requests that the Court construe the correspondence as a motion, that request is denied. Local Rule 7.1(a)(3) requires that prior to filing a motion in a civil case, the movant shall confer with all parties and nonparties who may be affected by the relief sought. Here, it does not appear that Mr. Benavides has made any attempts to confer with the parties. <br><br> The Clerk of the Court is directed to mail a copy of this order to Mr. Benavides at 1308 E. Common Street, Suite 205, Box 408, New Braunfels, Texas, 78130. Signed by Judge Robert N. Scola, Jr. *See attached document for full details.* (agn) (Entered: 07/14/2021) |
| 07/15/2021 | I 15 | CLERK'S NOTICE of Compliance re <u>14</u> Order. The attached has been mailed conventionally to George A. Bonavides. (ail) (Entered: 07/15/2021) |
| 07/16/2021 | I 16 | MOTION for Leave to File Brief as Amici Curiae On the Issue of Standing In Partial Support and In Partial Opposition of Plaintiffs by Chris Sevier, John Gunter, Jr, Rich Penkoski. (ail) (Entered: 07/19/2021) |
| 07/16/2021 | I 17 | "STRICKEN" AMICUS CURIAE BRIEF by John Gunter, Jr, Rich Penkoski, Chris Sevier. (ail) Modified on 7/27/2021 (ls). (per DE # <u>20</u> ) (Entered: 07/19/2021) |
| 07/21/2021 | I 18 | |

| | | |
|---|---|---|
| | | District Court Certification of Constitutional Question Signed by Judge Robert N. Scola, Jr on 7/21/2021. *See attached document for full details.* (ail) (Entered: 07/21/2021) |
| 07/22/2021 | 19 | NOTICE of Compliance re 18 Order. Certified mailing receipt attached. (ail) (Entered: 07/22/2021) |
| 07/27/2021 | 20 | ORDER denying 16 Motion for Leave to File Brief as Amici Curiae. Striking 17 Proposed Amicus Brief. Signed by Judge Robert N. Scola, Jr. on 7/27/2021. *See attached document for full details.* (ls) (Entered: 07/27/2021) |
| 07/27/2021 | 21 | First AMENDED COMPLAINT against All Defendants, filed by American Conservative Union, Linda Cuadros, Donald J. Trump.(Baldwin, Matthew) (Entered: 07/27/2021) |
| 07/30/2021 | 22 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Michael J. Jones. Filing Fee $ 200.00 Receipt # AFLSDC–14889717 by American Conservative Union, George A. Benavides, Linda Cuadros, John Gunter, Jr, Rich Penkoski, Chris Sevier, Donald J. Trump. Attorney Matthew Lee Baldwin added to party George A. Benavides(pty:ip), Attorney Matthew Lee Baldwin added to party John Gunter, Jr(pty:ip), Attorney Matthew Lee Baldwin added to party Rich Penkoski(pty:ip), Attorney Matthew Lee Baldwin added to party Chris Sevier(pty:ip). Responses due by 8/13/2021 (Attachments: # 1 Certification Certification of Michael J. Jones, # 2 Text of Proposed Order Proposed Order)(Baldwin, Matthew) (Entered: 07/30/2021) |
| 07/30/2021 | 23 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Ryan S. Tougias. Filing Fee $ 200.00 Receipt # AFLSDC–14889737 by American Conservative Union, Linda Cuadros, Donald J. Trump. Responses due by 8/13/2021 (Attachments: # 1 Certification Certification of Ryan S. Tougias, # 2 Text of Proposed Order Proposed Order)(Baldwin, Matthew) (Entered: 07/30/2021) |
| 07/30/2021 | 24 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Roland A. Paul. Filing Fee $ 200.00 Receipt # AFLSDC–14889760 by American Conservative Union, Linda Cuadros, Donald J. Trump. Responses due by 8/13/2021 (Attachments: # 1 Certification Certification of Roland A. Paul, # 2 Text of Proposed Order Proposed Order)(Baldwin, Matthew) (Entered: 07/30/2021) |
| 08/02/2021 | 25 | NOTICE of Attorney Appearance by Richard Polk Lawson on behalf of American Conservative Union, Linda Cuadros, Donald J. Trump. Attorney Richard Polk Lawson added to party American Conservative Union(pty:pla), Attorney Richard Polk Lawson added to party Linda Cuadros(pty:pla), Attorney Richard Polk Lawson added to party Donald J. Trump(pty:pla). (Lawson, Richard) (Entered: 08/02/2021) |
| 08/02/2021 | 26 | NOTICE of Change of Address, Email or Law Firm Name by Richard Polk Lawson (Lawson, Richard) (Entered: 08/02/2021) |
| 08/02/2021 | 27 | PAPERLESS ORDER: The Court grants 22 23 24 motions to appear pro hac vice, consent to designation, and request to electronically receive notices. Attorneys Michael J. Jones, Ryan S. Tougias, and Roland A. Paul are given permission to appear and participate in this matter on behalf of Plaintiff American Conservative Union. The Clerk of the Court is directed to provide these attorneys with notification of all electronic filings via the email addresses set forth in the motions. Signed by Judge Robert N. Scola, Jr. (agn) (Entered: 08/02/2021) |
| 08/05/2021 | 28 | NOTICE by American Conservative Union, Linda Cuadros, Donald J. Trump *of Entry of Parties* (Baldwin, Matthew) (Entered: 08/05/2021) |
| 08/12/2021 | 29 | Clerks Notice to Filer re 21 Amended Complaint/Amended Notice of Removal. **Parties Not Added**; ERROR – The Filer failed to add all parties from the complaint/petition/removal, etc.. Filer is instructed to file a Notice of Entry of Parties Listed into CM/ECF and add the additional parties. Please add the parties RE DE#28. (cqs) (Entered: 08/12/2021) |

| 08/13/2021 | 30 | Plaintiff's MOTION for Leave to File Excess Pages by Donald J. Trump. (Baldwin, Matthew) (Entered: 08/13/2021) |
|---|---|---|
| 08/16/2021 | 31 | PAPERLESS ORDER: The Court denies without prejudice 30 the Plaintiff's motion for leave to file excess pages. The motion for leave fails to specify how many additional pages the Plaintiff requests for his forthcoming motion for preliminary injunction. Additionally, the motion lacks a certificate of conferral as required by Local Rule 7.1(a)(3). The Plaintiff contends that a certificate of conferral is not required because the Local Rule exempts motions for preliminary injunction. However, the subject motion is a motion for leave not a motion for preliminary injunction or any of the other of the motions exempted by the Rule. Accordingly, after meaningful conferral, the Plaintiff may refile a motion for leave to file excess pages curing the deficiency identified in this order. Signed by Judge Robert N. Scola, Jr. (agn) (Entered: 08/16/2021) |
| 08/19/2021 | 32 | NOTICE of Attorney Appearance by Joshua Kolsky on behalf of United States of America. Attorney Joshua Kolsky added to party United States of America(pty:ip). (Kolsky, Joshua) (Entered: 08/19/2021) |
| 08/19/2021 | 33 | MOTION to Stay *Intervention Deadline, and Acknowledgement of Notice of Constitutional Challenge* by United States of America. Responses due by 9/2/2021 (Attachments: # 1 Text of Proposed Order)(Kolsky, Joshua) (Entered: 08/19/2021) |
| 08/20/2021 | 34 | NOTICE of Filing Proposed Summons(es) by American Conservative Union, Linda Cuadros, Donald J. Trump re 21 Amended Complaint/Amended Notice of Removal filed by Linda Cuadros, American Conservative Union, Donald J. Trump (Attachments: # 1 Summon(s)) (Baldwin, Matthew) (Entered: 08/20/2021) |
| 08/23/2021 | 35 | Summons Issued as to Jack Dorsey, Twitter, Inc. (amb) (Entered: 08/23/2021) |
| 08/27/2021 | 36 | PAPERLESS ORDER: The Court grants 33 the Government's Motion to Stay Intervention Deadline. On July 21, 2021, the Court certified a constitutional question to the U.S. Attorney General Merrick Garland, which provided "sixty (60) days... to intervene on behalf of the United States in this action." In its motion, the Government explains that the Plaintiffs have not filed any motion relating to the constitutional questions at issue and, therefore, requests that the Court stay the Government's deadline to intervene until the Parties have "the opportunity to confer and submit a proposed schedule for any anticipated briefing that would raise the constitutional challenge." [33 at 2] The Government's request is unopposed.<br><br>A stay of the intervention deadline is warranted in light of the fact that Plaintiffs have yet to file any motion raising the constitutional issues that were certified to the U.S. Attorney General. Accordingly, the Government's motion is granted. The deadline for the Government to intervene in the above–captioned case is hereby stayed. The Court will reopen the deadline for the Government to intervene once the Plaintiffs have filed a motion raising the constitutional issues that were certified to the U.S. Attorney General. The motion indicates that the Government and the Plaintiffs have discussed a potential briefing schedule for an anticipated motion for a preliminary injunction. Thus, the Government and the Plaintiffs are hereby directed to inform the Court as to any agreement reached with respect to how long it will take for the Government to respond to any forthcoming motion, if it so chooses. Signed by Judge Robert N. Scola, Jr. (agn) (Entered: 08/27/2021) |
| 08/31/2021 | 37 | NOTICE by United States of America re 36 Order on Motion to Stay,,,,,, (Kolsky, Joshua) (Entered: 08/31/2021) |
| 09/01/2021 | 38 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Felicia H. Ellsworth. Filing Fee $ 200.00 Receipt # AFLSDC–14979056 by Twitter, Inc. Attorney Peter W. Homer added to party Twitter, Inc(pty:dft). Responses due by 9/15/2021 (Attachments: # 1 Exhibit A – Certification of Felicia H. Ellsworth, # 2 Exhibit B – Proposed Order)(Homer, Peter) (Entered: 09/01/2021) |

| | | |
|---|---|---|
| 09/01/2021 | 39 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Patrick J. Carome. Filing Fee $ 200.00 Receipt # AFLSDC−14979058 by Twitter, Inc. Responses due by 9/15/2021 (Attachments: # 1 Exhibit A − Certification of Patrick J. Carome, # 2 Exhibit B − Proposed Order)(Homer, Peter) (Entered: 09/01/2021) |
| 09/01/2021 | 40 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Ari Holtzblatt. Filing Fee $ 200.00 Receipt # AFLSDC−14979063 by Twitter, Inc. Responses due by 9/15/2021 (Attachments: # 1 Exhibit A − Certification of Ari Holtzblatt, # 2 Exhibit B − Proposed Order)(Homer, Peter) (Entered: 09/01/2021) |
| 09/01/2021 | 41 | MOTION To Transfer To The Northern District of California And Memorandum In Support Thereof by Twitter, Inc. (Attachments: # 1 Declaration of Patrick J. Carome, # 2 Exhibit A to Declaration of Patrick J. Carome, # 3 Exhibit B to Declaration of Patrick J. Carome, # 4 Exhibit C to Declaration of Patrick J. Carome, # 5 Exhibit D to Declaration of Patrick J. Carome, # 6 Exhibit E to Declaration of Patrick J. Carome)(Homer, Peter) (Entered: 09/01/2021) |
| 09/01/2021 | 42 | Corporate Disclosure Statement by Twitter, Inc (Homer, Peter) (Entered: 09/01/2021) |
| 09/01/2021 | 43 | Notice of Pending, Refiled, Related or Similar Actions by Twitter, Inc (Homer, Peter) (Entered: 09/01/2021) |
| 09/03/2021 | 44 | PAPERLESS ORDER: The Court grants 38 39 and 40 motions to appear pro hac vice, consent to designation, and request to electronically receive notices. Attorneys Felicia Ellsworth, Patrick J. Carome, and Ari Holtzblatt are given permission to appear and participate in this matter on behalf of Defendant Twitter, Inc. The Clerk of the Court is directed to provide these attorneys with notification of all electronic filings via the email addresses set forth in the motions. Signed by Judge Robert N. Scola, Jr. (agn) (Entered: 09/03/2021) |
| 09/03/2021 | 45 | WAIVER OF SERVICE Returned Executed by American Conservative Union, Linda Cuadros, Donald J. Trump. Twitter, Inc waiver sent on 9/2/2021, answer due 12/1/2021. (Baldwin, Matthew) (Entered: 09/03/2021) |
| 09/03/2021 | 46 | WAIVER OF SERVICE Returned Executed by American Conservative Union, Linda Cuadros, Donald J. Trump. Jack Dorsey waiver sent on 9/2/2021, answer due 12/1/2021. (Baldwin, Matthew) (Entered: 09/03/2021) |
| 09/08/2021 | 47 | Unopposed MOTION for Extension of Time to File Response/Reply/Answer as to 41 MOTION To Transfer To The Northern District of California And Memorandum In Support Thereof by American Conservative Union, Linda Cuadros, Donald J. Trump. (Baldwin, Matthew) (Entered: 09/08/2021) |
| 09/08/2021 | 48 | MOTION for a Sub−Class in this Class Action lawsuit by Cris Ericson. (amb) (Entered: 09/09/2021) |
| 09/08/2021 | 49 | MOTION for a Sub−Class in this Class Action lawsuit by Cris Ericson. (amb) (Entered: 09/09/2021) |
| 09/10/2021 | 50 | PAPERLESS ORDER: The Court grants 47 the Plaintiffs' unopposed motion to respond to the Defendants' motion to transfer. The response is due on September 22, 2021, and the reply is due on October 7, 2021. Signed by Judge Robert N. Scola, Jr. (agn) (Entered: 09/10/2021) |
| 09/10/2021 | 51 | PAPERLESS ORDER: The Court denies 48 nonparty Cris Ericson's motion for permission to file a subclass in this action. The Court construes this motion as a motion to intervene. The motion is denied for failure to confer with the parties affected by the relief sought as required by Local Rule 7.1(a)(3). Mr. Ericson attempts to bring claims on his own behalf and on behalf of a third party. However, the motion concedes that Mr. Ericson is unsure if that third party has suffered any harm. It would appear that Mr. Ericson has failed to confer with the parties in this case and with the third party mentioned in his motion. For these reasons, the motion is denied. |

|  |  | The Court also denies as moot 49 Mr. Ericson's duplicative motion for permission to file subclass. Signed by Judge Robert N. Scola, Jr. (agn) (Entered: 09/10/2021) |
|---|---|---|
| 09/13/2021 | 52 | PAPERLESS ORDER: The Court directs the Clerk of the Court to mail a copy of 51 Order to nonparty Cris Ericson at the physical and email addresses provided in his motions: 879 Church Street, Chester, Vermont 05143, and crisericson@aceweb.com. Signed by Judge Robert N. Scola, Jr. (agn) (Entered: 09/13/2021) |
| 09/13/2021 | 53 | PRO SE MOTION for a Sub−Class in this Class Action lawsuit dated 09/05/2021 by Cris Ericson. (jh) (Entered: 09/13/2021) |
| 09/13/2021 | | Set/Reset Deadline as to 41 MOTION To Transfer To The Northern District of California And Memorandum In Support Thereof . Responses due by 9/22/2021 Replies due by 10/7/2021. SEE DE 50 ORDER (ail) (Entered: 09/13/2021) |
| 09/14/2021 | 54 | CLERK'S NOTICE of Compliance re 52 Order. The Attached has been mailed to Cris Ericson both via conventional mailing and email. Additional Notice of Electronic Filing (NEF) sent to Cris Ericson (ail) (Entered: 09/14/2021) |
| 09/16/2021 | 57 | AMENDED REQUEST IN RESPONSE TO HONORABLE JUDGE ROBERT N.SCOLA'S DENIAL OF REQUEST FOR SUBCLASS re 51 Order by Cris Ericson. (ail) (Entered: 09/21/2021) |
| 09/17/2021 | 55 | PAPERLESS ORDER: The Court denies 53 Cris Ericson's motion for a subclass in this class action. The motion is duplicative of those already denied by this Court 51 and must be denied for the same reasons. The Court directs the Clerk of the Court to mail a copy of this Order to Cris Ericson at the physical and email addresses provided in his motions: 879 Church Street, Chester, Vermont 05143, and crisericson@aceweb.com. Signed by Judge Robert N. Scola, Jr. (agn) (Entered: 09/17/2021) |
| 09/17/2021 | 56 | CLERK'S NOTICE of Mailing Compliance re 55 Order. The attached has been conventionally mailed and emailed to crisericson@aceweb.com. Additional Notice of Electronic Filing (NEF) sent to Cris Ericson (ail) (Entered: 09/17/2021) |
| 09/22/2021 | 58 | RESPONSE in Opposition re 41 MOTION To Transfer To The Northern District of California And Memorandum In Support Thereof filed by American Conservative Union, Linda Cuadros, Donald J. Trump. Replies due by 9/29/2021. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Baldwin, Matthew) (Entered: 09/22/2021) |
| 09/27/2021 | 59 | MOTION Request In Response Denial of Request for Subclass Motion to Intervene by Cris Ericson. (ail) (Entered: 09/27/2021) |
| 09/27/2021 | 60 | PAPERLESS ORDER: The Court denies 57 and 59 Cris Ericson's duplicative amended motions for approval of a subclass in this action. Ms. Ericson has not cured the deficiencies identified in this Court's earlier order dismissing her previous motion. Chiefly, Ms. Ericson has not meaningfully conferred with the other parties in this case that might be affected by her participating in this action.<br><br>On September 20, 2021, the Court received via email a copy of Ms. Ericson's motions. The Court has not invited this communication and thus, it is in violation of Local Rule 7.7, which states: Unless invited or directed by the presiding Judge, attorneys and any party represented by any attorney shall not: (a) address or present to the Court in the form of a letter or the like any application requesting relief in any form, citing authorities, or presenting arguments; or (b) furnish the Court with copies of correspondence between or among counsel, or any party represented by any attorney, except when necessary as an exhibit when seeking relief from the Court.... Ms. Ericson is cautioned that further uninvited communications shall not be tolerated and may result in sanctions against her.<br><br>For these reasons, 57 and 59 are denied. The Clerk of the Court is directed not to docket any materials submitted to the Court by Cris Ericson in the above−captioned case that fail to comply with the Federal Rules of Civil Procedure or the Local Rules for the Southern District of Florida, without prior |

| | | |
|---|---|---|
| | | approval from the Court. The Court further directs the Clerk of the Court to mail a copy of 51 Order to nonparty Cris Ericson at the physical and email addresses provided in her motions: 879 Church Street, Chester, Vermont 05143, and crisericson@aceweb.com. Signed by Judge Robert N. Scola, Jr. (agn) (Entered: 09/27/2021) |
| 09/28/2021 | 61 | CLERK'S NOTICE of Compliance of Conventional and Electronic (email) mailing to Cris Ericson re 60 Order on Motions. Additional Notice of Electronic Filing (NEF) sent to Cris Ericson. Case noticing removed for future filings. (ail) (Entered: 09/28/2021) |
| 10/01/2021 | 62 | Plaintiff's MOTION for Preliminary Injunction *with Memorandum of Law in Support of Plaintiff's Motion Incorporated Herein* by American Conservative Union, Linda Cuadros, Donald J. Trump. (Attachments: # 1 Exhibit A–Declaration of Alan M. Dershowitz, # 2 Exhibit B–Declaration of Jaclyn Homberg, # 3 Exhibit C–Declaration of Corey Lewandowski, # 4 Exhibit D–Declaration of Christl Pitre Mahfouz, # 5 Exhibit Exhibit A, # 6 Exhibit Exhibit AA, # 7 Exhibit Exhibit AAA, # 8 Exhibit Exhibit AAAA (i), # 9 Exhibit Exhibit AAAA (ii), # 10 Exhibit Exhibit AAAAA, # 11 Exhibit Exhibit B, # 12 Exhibit Exhibit BB, # 13 Exhibit Exhibit BBB(i), # 14 Exhibit Exhibit BBBB, # 15 Exhibit Exhibit BBBBB, # 16 Exhibit Exhibit C(i), # 17 Exhibit Exhibit C(ii), # 18 Exhibit Exhibit C(iii), # 19 Exhibit Exhibit C(iv), # 20 Exhibit Exhibit CC, # 21 Exhibit Exhibit CCC, # 22 Exhibit Exhibit CCCC(i), # 23 Exhibit Exhibit CCCC(ii), # 24 Exhibit Exhibit CCCCC, # 25 Exhibit Exhibit D(i), # 26 Exhibit Exhibit D(ii), # 27 Exhibit Exhibit D(iii), # 28 Exhibit Exhibit DD(i), # 29 Exhibit Exhibit DD(ii), # 30 Exhibit Exhibit DDD, # 31 Exhibit Exhibit DDDD(i), # 32 Exhibit Exhibit DDDD(ii), # 33 Exhibit Exhibit DDDD(iii), # 34 Exhibit Exhibit DDDDD, # 35 Exhibit Exhibit E(i), # 36 Exhibit Exhibit E(ii), # 37 Exhibit Exhibit E(iii), # 38 Exhibit Exhibit EE(i), # 39 Exhibit Exhibit EE(ii), # 40 Exhibit Exhibit EEE(i), # 41 Exhibit Exhibit EEE(ii), # 42 Exhibit Exhibit EEE(iii), # 43 Exhibit Exhibit EEEE, # 44 Exhibit Exhibit EEEEE(i), # 45 Exhibit Exhibit EEEEE(ii), # 46 Exhibit Exhibit F(i), # 47 Exhibit Exhibit F(ii), # 48 Exhibit Exhibit F(iii), # 49 Exhibit Exhibit FF(i), # 50 Exhibit Exhibit FF(ii), # 51 Exhibit Exhibit FF(iii), # 52 Exhibit Exhibit FFF, # 53 Exhibit Exhibit FFFF, # 54 Exhibit Exhibit G(i), # 55 Exhibit Exhibit G(ii), # 56 Exhibit Exhibit G(iii), # 57 Exhibit Exhibit GG, # 58 Exhibit Exhibit GGG, # 59 Exhibit Exhibit GGGG, # 60 Exhibit Exhibit H, # 61 Exhibit Exhibit HH, # 62 Exhibit Exhibit HHH, # 63 Exhibit Exhibit HHHH(i), # 64 Exhibit Exhibit HHHH(ii), # 65 Exhibit Exhibit I, # 66 Exhibit Exhibit II, # 67 Exhibit Exhibit III, # 68 Exhibit Exhibit IIII, # 69 Exhibit Exhibit J, # 70 Exhibit Exhibit JJ, # 71 Exhibit Exhibit JJJ, # 72 Exhibit Exhibit JJJJ, # 73 Exhibit Exhibit K, # 74 Exhibit Exhibit KK, # 75 Exhibit Exhibit KKK(i), # 76 Exhibit Exhibit KKK(ii), # 77 Exhibit Exhibit KKK(iii), # 78 Exhibit Exhibit KKKK, # 79 Exhibit Exhibit L, # 80 Exhibit Exhibit LL, # 81 Exhibit Exhibit LLL(i), # 82 Exhibit Exhibit LLL(ii), # 83 Exhibit Exhibit LLL(iii), # 84 Exhibit Exhibit LLLL(i), # 85 Exhibit Exhibit LLLL(ii), # 86 Exhibit Exhibit M, # 87 Exhibit Exhibit MM, # 88 Exhibit Exhibit MMM(i), # 89 Exhibit Exhibit MMM(ii), # 90 Exhibit Exhibit MMM(iii), # 91 Exhibit Exhibit MMMM, # 92 Exhibit Exhibit N, # 93 Exhibit Exhibit NN, # 94 Exhibit Exhibit NNN(i), # 95 Exhibit Exhibit NNN(ii), # 96 Exhibit Exhibit NNN(iii), # 97 Exhibit Exhibit NNNN, # 98 Exhibit Exhibit O(i), # 99 Exhibit Exhibit O(ii), # 100 Exhibit Exhibit OO(i), # 101 Exhibit Exhibit OO(ii), # 102 Exhibit Exhibit OOO(i), # 103 Exhibit Exhibit OOO(ii), # 104 Exhibit Exhibit OOO(iii), # 105 Exhibit Exhibit OOOO, # 106 Exhibit Exhibit P(i), # 107 Exhibit Exhibit P(ii), # 108 Exhibit Exhibit PP, # 109 Exhibit Exhibit PPP(i), # 110 Exhibit Exhibit PPP(ii), # 111 Exhibit Exhibit PPP(iii), # 112 Exhibit Exhibit PPPP, # 113 Exhibit Exhibit Q, # 114 Exhibit Exhibit QQ, # 115 Exhibit Exhibit QQQ(i), # 116 Exhibit Exhibit QQQ(ii), # 117 Exhibit Exhibit QQQ(iii), # 118 Exhibit Exhibit QQQQ, # 119 Exhibit Exhibit R(i), # 120 Exhibit Exhibit R(ii), # 121 Exhibit Exhibit R(iii), # 122 Exhibit Exhibit RR(i), # 123 Exhibit Exhibit RR(ii), # 124 Exhibit Exhibit RR(iii), # 125 Exhibit Exhibit RRR(i), # 126 Exhibit Exhibit RRR(ii), # 127 Exhibit Exhibit RRR(iii), # 128 Exhibit Exhibit RRRR, # 129 Exhibit Exhibit S(i), # 130 Exhibit Exhibit S(ii), # 131 Exhibit Exhibit S(iii), # 132 Exhibit Exhibit S(iv), # 133 Exhibit Exhibit SS(i), # 134 Exhibit Exhibit SS(ii), # 135 Exhibit Exhibit SS(iii), # 136 Exhibit Exhibit SSS(i), # 137 Exhibit Exhibit SSS(ii), # 138 Exhibit Exhibit SSS(iii), # 139 Exhibit Exhibit T(i), # 140 Exhibit Exhibit T(ii), # 141 Exhibit Exhibit TT(i), # 142 Exhibit Exhibit TT(ii), # 143 Exhibit Exhibit TT(iii), # 144 Exhibit Exhibit TTT, # 145 Exhibit Exhibit TTTT, # 146 Exhibit Exhibit U(i), # 147 Exhibit Exhibit U(ii), # 148 Exhibit Exhibit U(iii), # 149 Exhibit Exhibit UU, # 150 Exhibit Exhibit UUU(i), # 151 Exhibit Exhibit UUU(ii), # 152 Exhibit |

Exhibit UUU(iii), # 153 Exhibit Exhibit UUU(iv), # 154 Exhibit Exhibit UUU(v), # 155 Exhibit Exhibit UUU(vi), # 156 Exhibit Exhibit UUU(vii), # 157 Exhibit Exhibit UUU(viii), # 158 Exhibit Exhibit UUUU, # 159 Exhibit Exhibit V(i), # 160 Exhibit Exhibit V(ii), # 161 Exhibit Exhibit V(iii), # 162 Exhibit Exhibit VV(i), # 163 Exhibit Exhibit VV(ii), # 164 Exhibit Exhibit VVV, # 165 Exhibit Exhibit VVVV(i), # 166 Exhibit Exhibit VVVV(ii), # 167 Exhibit Exhibit W(i), # 168 Exhibit Exhibit W(ii), # 169 Exhibit Exhibit WW, # 170 Exhibit Exhibit WWW, # 171 Exhibit Exhibit WWWW, # 172 Exhibit Exhibit X(i), # 173 Exhibit Exhibit X(ii), # 174 Exhibit Exhibit X(iii), # 175 Exhibit Exhibit X(iv), # 176 Exhibit Exhibit XX(i), # 177 Exhibit Exhibit XX(ii), # 178 Exhibit Exhibit XXX(i), # 179 Exhibit Exhibit XXX(ii), # 180 Exhibit Exhibit XXXX(i), # 181 Exhibit Exhibit XXXX(ii), # 182 Exhibit Exhibit XXXX(iii), # 183 Exhibit Exhibit XXXX(iv), # 184 Exhibit Exhibit Y(i), # 185 Exhibit Exhibit Y(ii), # 186 Exhibit Exhibit Y(iii), # 187 Exhibit Exhibit YY, # 188 Exhibit Exhibit YYY, # 189 Exhibit Exhibit YYYY(i), # 190 Exhibit Exhibit YYYY(ii), # 191 Exhibit Exhibit Z, # 192 Exhibit Exhibit ZZ(i), # 193 Exhibit Exhibit ZZ(ii), # 194 Exhibit Exhibit ZZZ, # 195 Exhibit Exhibit ZZZZ, # 196 Exhibit Exhibit SSSS, # 197 Exhibit Exhibit BBB(ii))(Baldwin, Matthew) (Entered: 10/01/2021)

| 10/04/2021 | 63 | NOTICE of Joinder and Mandatory Judicial Notice by Kenneth Wayne (ail) (Entered: 10/05/2021) |
| 10/06/2021 | 64 | Consent MOTION for Extension of Time to File Response/Reply/Answer as to 62 Plaintiff's MOTION for Preliminary Injunction *with Memorandum of Law in Support of Plaintiff's Motion Incorporated Herein DEFENDANT TWITTER, INC.S CONSENT MOTION TO EXTEND THE DEADLINE FOR TWITTERS RESPONSE TO PLAINTIFF DONALD TRUMPS MOTION FOR PRELIMINARY INJUNCTION* by Twitter, Inc. (Homer, Peter) (Entered: 10/06/2021) |
| 10/07/2021 | 65 | REPLY to Response to Motion re 41 MOTION To Transfer To The Northern District of California And Memorandum In Support Thereof *Defendant Twitter, Inc's Reply Brief in Support of Motion to Transfer* filed by Twitter, Inc. (Attachments: # 1 Exhibit A)(Homer, Peter) (Entered: 10/07/2021) |
| 10/08/2021 | 66 | PAPERLESS ORDER: On October 6 and 7, 2021, the Court received via email several documents from Mr. David Andrew Christenson. The documents, attached to this Order, include proposed amicus briefs, copies of filings in unrelated cases, and correspondence addressed to the undersigned and several judges throughout the country.<br><br>Mr. Christenson's emails to the Court are improper. Local Rule 7.7 prohibits communication with the Court unless invited or directed by the presiding Judge. S.D. Fla. L.R. 7.7. The Court has neither invited nor directed Mr. Christenson to correspond with chambers and thus, the communication is a violation of the Local Rules. Mr. Christenson is cautioned that the Court will not tolerate further improper communications and failure to adhere to the Local Rules may result in sanctions against Mr. Christenson.<br><br>Moreover, to the extent Mr. Christenson seeks leave to file three amicus briefs, that request is denied. District courts have inherent power to appoint amicus curiae to assist it in a proceeding. Here, the proposed briefs are of no assistance to the Court. Indeed, the briefs are largely unintelligible and unrelated to the subject action before the Court.<br><br>The Clerk of the Court is directed to mail a copy of this Order to Mr. Christenson at the following addresses: davidandrewchristenson@protonmail.com, davidandrewchristenson@gmail.com, and P.O. Box 9063, Miramar Beach, Florida 32550. Signed by Judge Robert N. Scola, Jr. (agn) (Entered: 10/08/2021) |
| 10/12/2021 | 67 | CLERK'S NOTICE of Mailing re 66 Order,,,,,,. Additional Notice of Electronic Filing (NEF) sent to David Andrew Christenson (ls) (Entered: 10/12/2021) |
| 10/12/2021 | 68 | MOTION for Leave to File *Sur−Reply to Defendants' Motion to Transfer* by American Conservative Union, Linda Cuadros, Donald J. Trump. (Baldwin, Matthew) (Entered: 10/12/2021) |

| 10/12/2021 | 69 | PAPERLESS ORDER: The Court grants in part and denies in part 64 the Defendant Twitter's motion for extension of time to respond to the Plaintiffs' motion for preliminary injunction. The motion essentially seeks a stay of Twitter's deadline to respond to the motion for preliminary injunction until the Court rules on Twitter's pending motion to transfer. Such a blanket stay will not be granted because the parties' arguments are not likely to change if the case is transferred. Thus, the Court does not see a need for the requested stay. Notwithstanding, a brief extension will be granted. Twitter's response is due by November 11, 2021.<br><br>Twitter also requests for additional pages in its forthcoming response. The request is granted and the response shall not exceed thirty pages. Signed by Judge Robert N. Scola, Jr. (agn) (Entered: 10/12/2021) |
|---|---|---|
| 10/12/2021 | 79 | FRIEND of Court Brief 9 by David Andrew Christenson (nc) (Entered: 10/19/2021) |
| 10/13/2021 | 70 | PAPERLESS ORDER: The Court grants in part and denies in part 68 the Plaintiffs' opposed motion to file a sur–reply not exceeding ten pages. By October 15, 2021, the Plaintiffs may file a five–page sur–reply that is limited to distinguishing an order transferring a related case, Trump v. YouTube, 21–cv–22445–MOORE, to the Northern District of California. Consistent with the law of the Eleventh Circuit and the Rules of Civil Procedure, the sur–reply will not raise new arguments or advance new theories for denying Twitters pending motion to transfer. Signed by Judge Robert N. Scola, Jr. (agn) (Entered: 10/13/2021) |
| 10/13/2021 | 72 | MOTION to Appear and Motion to Block Donald J. Trump from Twitter Forever by Kevin W. Cassaday. (ail) (Entered: 10/14/2021) |
| 10/13/2021 | 77 | Notice of Appeal re 66 Order, by David Andrew Christenson. FILING FEE: (NOT PAID). Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under Transcript Information. (apz) (Entered: 10/18/2021) |
| 10/14/2021 | 71 | PAPERLESS ORDER: The Court strikes 63 non–party Kenneth Wayne's notice of joinder. The notice appears to be an attempt to intervene in this action. Construing the notice as a motion to intervene, the Court denies Mr. Wayne's request on two grounds. First, Mr. Wayne has failed to confer with the Plaintiffs and Defendants as required by Local Rule 7.1(a)(3). Second, the notice fails to state a legal basis for intervening in this action.<br><br>The Clerk of the Court is directed not to docket any materials submitted to the Court by Mr. Wayne in the above–captioned case that fail to comply with the Federal Rules of Civil Procedure or the Local Rules for the Southern District of Florida, without prior approval from the Court. The Court further directs the Clerk of the Court to mail a copy of this Order to Mr. Wayne at 116 Stewart Street, #812, Seattle, Washington 98101. Signed by Judge Robert N. Scola, Jr. (agn) (Entered: 10/14/2021) |
| 10/14/2021 | 73 | PAPERLESS CLERK'S NOTICE of Compliance re 71 Order Striking. The Order has been conventionally mailed 10/14/2021 to Kenneth Wayne. (noticing deactivated) (ail) (Entered: 10/14/2021) |
| 10/15/2021 | 74 | PAPERLESS ORDER: The Court denies 72 non–party Kevin W. Cassaday's motion to appear and to block Plaintiff Trump from Twitter. The motion, which the Court construes as a motion to intervene, is denied on two grounds. First, Mr. Cassaday has failed to confer with the Plaintiffs and the Defendants as required by Local Rule 7.1(a)(3). Second, the motion fails to state a legal basis for intervening in this action.<br><br>The Clerk of the Court is directed not to docket any materials submitted to the Court by Mr. Cassaday in the above–captioned case that fail to comply with the Federal Rules of Civil Procedure or the Local Rules for the Southern District of Florida, without prior approval from the Court. The Court further directs the Clerk to mail a copy of this Order to Mr. Cassaday at the following addresses: |

| | | |
|---|---|---|
| | | kwcassaday@yahoo.com and 1804 Guenther Avenue, Lansing, Michigan 48917. Signed by Judge Robert N. Scola, Jr. (agn) (Entered: 10/15/2021) |
| 10/15/2021 | 75 | SUR REPLY to 70 Order on Motion for Leave to File,, *in Further Opposition to Defendant's Motion to Transfer* by American Conservative Union, Linda Cuadros, Donald J. Trump. (Baldwin, Matthew) (Entered: 10/15/2021) |
| 10/15/2021 | 80 | MOTION for Leave to File, MOTION to Consolidate Case( Responses due by 10/29/2021), MOTION to Intervene and Join by David Andrew Christenson. (ail) (Entered: 10/19/2021) |
| 10/15/2021 | 81 | NOTICE of Filing Letters to the Court by David Andrew Christenson (ail) (Entered: 10/19/2021) |
| 10/15/2021 | 82 | NOTICE of Filing Letter to the Court by David Andrew Christenson (ail) (Entered: 10/19/2021) |
| 10/15/2021 | 83 | NOTICE of Filing Friend of Court Brief 7 by Kevin W. Cassaday (ail) (Entered: 10/19/2021) |
| 10/18/2021 | 76 | CLERK'S NOTICE of Compliance re 74 Order. Additional Notice of Electronic Filing (NEF) sent to kwcassaday@yahoo.com. The attached has been mailed conventionally and emailed at the address listed above. (ail) (Entered: 10/18/2021) |
| 10/18/2021 | Ï | Transmission of Notice of Appeal, Order under appeal and Docket Sheet to US Court of Appeals re 77 Notice of Appeal, Notice has been electronically mailed. (apz) (Entered: 10/18/2021) |
| 10/18/2021 | 78 | CLERK'S NOTICE of Mailing Pro Se Instructions to David Christenson re 77 Notice of Appeal. (apz) (Entered: 10/18/2021) |
| 10/20/2021 | 84 | MOTION to Intervene, OR MOTION for Leave to File an Amicus Brief by Mitchell Williams. (ail) (Entered: 10/20/2021) |
| 10/20/2021 | 85 | Agreed MOTION for Extension of Time to File Response/Reply/Answer as to 21 Amended Complaint/Amended Notice of Removal , Agreed MOTION for Leave to File Excess Pages *DEFENDANTS AGREED MOTION TO EXTEND THE DEADLINE AND ENLARGE THE PAGE LIMIT FOR DEFENDANTS RESPONSE TO PLAINTIFFS AMENDED COMPLAINT* by Jack Dorsey, Twitter, Inc. Attorney Peter W. Homer added to party Jack Dorsey(pty:dft). (Homer, Peter) (Entered: 10/20/2021) |
| 10/21/2021 | 86 | PAPERLESS ORDER: The Court grants 85 the Defendants' unopposed motion for an extension of time to respond to the Plaintiffs' complaint. The response is due by November 11, 2021. The Defendants' request for leave to file a motion to dismiss in excess of 20 pages is also granted. The forthcoming motion to dismiss shall not exceed 30 pages. Signed by Judge Robert N. Scola, Jr. (agn) (Entered: 10/21/2021) |
| 10/26/2021 | 87 | The Court grants 41 Twitter's motion to transfer to the Northern District of California. The Clerk is directed to take all actions to transfer the case to the Northern District of California. Signed by Judge Robert N. Scola, Jr. *See attached document for full details.* (agn) (Entered: 10/26/2021) |