ANDREI POPOVICI (234820)
MARIE FIALA (79676)
LAW OFFICE OF ANDREI D. POPOVICI, P.C.
2121 North California Blvd. #290
Walnut Creek, CA 94596
Telephone: (650) 530-9989
Facsimile: (650) 530-9990
andrei@apatent.com
marie@apatent.com

Attorneys for Plaintiffs
DONALD J. TRUMP, the Forty-Fifth President
of the United States, LINDA CUADROS,
AMERICAN CONSERVATIVE UNION,
INDIVIDUALLY, AND ON BEHALF OF
THOSE SIMILARLY SITUATED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States, LINDA CUADROS, AMERICAN CONSERVATIVE UNION, INDIVIDUALLY, AND ON BEHALF OF THOSE SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER INC. and JACK DORSEY,<br><br>Defendants. | Case No: 3:21-cv-08378-TSH<br><br>**NOTICE OF APPEARANCE**<br><br>Hon. Thomas S. Hixson |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the following attorney will now appear on behalf of the Plaintiffs in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on behalf of Plaintiffs:

Andrei D. Popovici
LAW OFFICE OF ANDREI D. POPOVICI, P.C.
2121 North California Blvd. #290
Walnut Creek, CA 94596
Telephone: (650) 530-9989
Facsimile: (650) 530-9990
andrei@apatent.com

Andrei D. Popovici is admitted to practice and in good standing in the Northern District of California.

Dated: October 29, 2021                     Respectfully submitted,

                                              LAW OFFICE OF ANDREI D. POPOVICI, P.C.

                                              By:   */s/ Andrei D. Popovici*
                                                     Andrei D. Popovici (234820)
                                                     LAW OFFICE OF ANDREI D. POPOVICI, P.C.
                                                     2121 North California Blvd. #290
                                                   Walnut Creek, CA 94596
                                                   Telephone: (650) 530-9989
                                                   Facsimile: (650) 530-9990
                                                   andrei@apatent.com

                                                   *Attorney for Plaintiffs*