MICHAEL D. GRANSTON
   Deputy Assistant Attorney General
ERIC WOMACK
   Assistant Branch Director
JOSHUA M. KOLSKY
   joshua.kolsky@usdoj.gov
   D.C. Bar No. 993430
   Trial Attorney
   Civil Division, Federal Programs Branch
   P.O. Box 883
   Washington, D.C. 20044
   Telephone: (202) 305-7664
   Facsimile: (202) 616-8470

Counsel for the United States of America

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD TRUMP, et al., <br><br>    *Plaintiffs*, <br><br>vs. <br><br>TWITTER, INC., et al., <br><br>    *Defendants*. | Case No. 3:21-cv-8378-TSH <br><br>**ADMINISTRATIVE MOTION TO SET THE TIME FOR UNITED STATES TO DETERMINE WHETHER TO INTERVENE** <br><br>Action Filed: July 7, 2021 <br>Trial Date: None Set |

The United States of America respectfully submits this Administrative Motion to Set the Time for the United States to Determine Whether to Intervene, and hereby states as follows.

On July 9, 2021, Plaintiffs filed a Notice of Constitutional Question pursuant to Federal Rule of Civil Procedure 5.1. ECF No. 5. By order dated July 21, 2021, the U.S. District Court for the Southern District of Florida (the "S.D. Fl. Court") certified a constitutional question to the U.S. Attorney General and provided that

ADMININSTRATIVE MOTION TO SET TIME FOR UNITED STATES TO DETERMINE WHETHER TO INTERVENE
Case No. 3:21-cv-8378-TSH

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**P.O. Box 883**
**Washington, DC 20044**
**Tel: (202) 305-7664**

the Attorney General "is entitled to sixty (60) days from the date of this notice to intervene on behalf of the United States in this action." ECF No. 18, at 2.

On August 27, 2021, the S.D. Fl. Court granted the United States' motion to stay the intervention deadline because Plaintiffs were "yet to file any motion raising the constitutional issues that were certified to the U.S. Attorney General." ECF No. 36. On October 1, 2021, Plaintiffs filed a Motion for Preliminary Injunction that raised the constitutional issues certified to the U.S. Attorney General, ECF No. 62, and on October 12, 2021, the S.D. Fl. Court set November 11, 2021 as the deadline for Defendant Twitter to respond to the preliminary injunction motion, ECF No. 69. On October 26, 2021, the S.D. Fl. Court granted Defendant Twitter's motion to transfer this case to the Northern District of California.

Counsel for the United States respectfully advise the Court that the United States is in the process of deciding whether to exercise its right to intervene in this action. Under Department of Justice regulations, the approval of the Solicitor General is required before intervening in an action to defend the constitutionality of a federal statute. *See* 28 C.F.R. § 0.21. That process is underway, but additional time will likely be necessary before a decision is made. Accordingly, the United States proposes to submit any notice of intervention and any brief in response to Plaintiffs' constitutional challenge on or before November 18, 2021.

The proposed date of November 18 also takes into account the undersigned counsel's various litigation deadlines approaching over the next several weeks, including, among other deadlines, an expedited document production due on November 5 and a preliminary injunction hearing on November 22 in *Iglesias v. Connors*, No. 19-415 (S.D. Ill.); an opposition to a motion to dismiss due on November 8 in *United States v. Texas*, No. 21-173 (W.D. Tex.); and active settlement negotiations in two other cases.

ADMINISTRATIVE MOTION TO SET TIME FOR UNITED STATES TO DETERMINE WHETHER TO INTERVENE - - 2 -
Case No. 3:21-cv-8378-TSH

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**P.O. Box 883**
**Washington, DC 20044**
**Tel: (202) 305-7664**

Undersigned counsel has conferred with counsel for Defendant Twitter about the relief sought herein. Counsel for Defendant Twitter stated that Twitter consents to the relief sought herein. Undersigned counsel contacted counsel for Plaintiffs on October 21 and again on October 28 and requested Plaintiffs' position, but as of the date of filing, Plaintiffs' counsel has not provided that position.

WHEREFORE, the United States respectfully requests that the Court set the time for the United States to submit any notice of intervention and any brief in response to Plaintiffs' constitutional challenge as on or before November 18, 2021.

DATED: October 29, 2021          Respectfully submitted,

MICHAEL D. GRANSTON
Deputy Assistant Attorney General

ERIC WOMACK
Assistant Branch Director

JOSHUA M. KOLSKY
Trial Attorney

By:  /s/ Joshua M. Kolsky
       JOSHUA M. KOLSKY

U.S. Department of Justice
Counsel for the United States of America

ADMINISTRATIVE MOTION TO SET TIME FOR UNITED STATES TO DETERMINE
WHETHER TO INTERVENE - - 3 -
Case No. 3:21-cv-8378-TSH

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Tel: (202) 305-7664