# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD TRUMP, et al., <br><br> *Plaintiffs*, <br><br> vs. <br><br> TWITTER, INC., et al., <br><br> *Defendants*. | Case No. 3:21-cv-8378-TSH <br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SET THE TIME FOR UNITED STATES TO DETERMINE WHETHER TO INTERVENE** <br><br> Action Filed: July 7, 2021 <br> Trial Date: None Set |

Having considered the Administrative Motion to Set the Time for the United States to Determine Whether to Intervene, and all papers on file, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant Motion is GRANTED.

The Court orders as follows:

The United States shall have until November 18, 2021 to determine whether to intervene and to file any brief in response to Plaintiffs' constitutional challenge.

**IT IS SO ORDERED.**

Dated: _____          _____