ANDREI POPOVICI (234820)
MARIE FIALA (79676)
LAW OFFICE OF ANDREI D. POPOVICI, P.C.
2121 North California Blvd. #290
Walnut Creek, CA 94596
Telephone: (650) 530-9989
Facsimile: (650) 530-9990
Email: andrei@apatent.com
Email: marie@apatent.com

Attorneys for Plaintiffs
DONALD J. TRUMP, the Forty-Fifth President
of the United States, LINDA CUADROS,
AMERICAN CONSERVATIVE UNION,
INDIVIDUALLY, AND ON BEHALF OF
THOSE SIMILARLY SITUATED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States, LINDA CUADROS, AMERICAN CONSERVATIVE UNION, INDIVIDUALLY, AND ON BEHALF OF THOSE SIMILARLY SITUATED<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER INC. and JACK DORSEY,<br><br>Defendants. | Case No: 3:21-cv-08378-TSH<br><br>**NOTICE OF APPEARANCE**<br><br>Hon. Thomas S. Hixson |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the following attorney will now appear on behalf of the Plaintiffs in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on behalf of Plaintiffs:

> Marie Fiala
> LAW OFFICE OF ANDREI D. POPOVICI, P.C.
> 2121 North California Blvd. #290
> Walnut Creek, CA 94596
> Telephone: (650) 530-9989
> Facsimile: (650) 530-9990
> Email: marie@apatent.com

Marie Fiala is admitted to practice and in good standing in the Northern District of California.

Dated: October 30, 2021            Respectfully submitted,

LAW OFFICE OF ANDREI D. POPOVICI, P.C.

By:   */s/ Marie Fiala*
Marie Fiala (79676)
LAW OFFICE OF ANDREI D. POPOVICI, P.C.
2121 North California Blvd. #290
Walnut Creek, CA 94596
Telephone: (650) 530-9989
Facsimile: (650) 530-9990
marie@apatent.com

*Attorney for Plaintiffs*