ANDREI POPOVICI (234820)
MARIE FIALA (79676)
LAW OFFICE OF ANDREI D. POPOVICI, P.C.
2121 North California Blvd. #290
Walnut Creek, CA 94596
Telephone: (650) 530-9989
Facsimile: (650) 530-9990
Email: andrei@apatent.com
Email: marie@apatent.com

FRANK C. DUDENHEFER , JR. (*pro hac vice*)
THE DUDENHEFER LAW FIRM L.L.C.
2721 Saint Charles Avenue, Suite 2A
New Orleans, LA 70130
Telephone: (504) 616-5226
Email: fcdlaw@aol.com

*[Additional Counsel on Signature Page]*

JOHN P. COALE
2901 Fessenden Street NW
Washington, DC 20008
Telephone: (202) 255-2096
Email: johnpcoale@aol.com

JOHN Q. KELLY
THE KELLY GROUP, P.C.
516 Fifth Avenue
New York, NY 10036
Telephone: (212) 704-0500
Email: jqkelly@ibolaw.com

Attorneys for Plaintiffs
DONALD J. TRUMP, the Forty-Fifth President
of the United States, LINDA CUADROS,
AMERICAN CONSERVATIVE UNION,
INDIVIDUALLY, AND ON BEHALF OF
THOSE SIMILARLY SITUATED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States, LINDA CUADROS, AMERICAN CONSERVATIVE UNION, INDIVIDUALLY, AND ON BEHALF OF THOSE SIMILARLY SITUATED<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER INC. and JACK DORSEY,<br><br>Defendants. | Case No: 3:21-cv-08378-TSH<br><br>**COPIES OF LR 4-2 MATERIALS**<br><br>Hon. Thomas S. Hixson |

Served herewith are:

1. Magistrate Judge Hixson's pertinent Standing Orders: Magistrate Judge Hixson's Civil Standing Order, Magistrate Judge Hixson's Discovery Standing Order, Standing Order for All Judges of the Northern District of California (LR 4-2(b))

2. The Court's form for the preparation of a Case Management Statement available at https://cand.uscourts.gov/joint_cmc_statement_-_proposed_order_5-1-2018/ (LR 4-2(c))

3. The brochure entitled "Consenting to the Jurisdiction of a Magistrate Judge," available at https://cand.uscourts.gov/wp-content/uploads/judges/CAND_MJ_Consent_Brochure_8.5x11_Feb_2021.pdf (Order Setting Initial Case Management Conference and ADR Deadlines, Dkt. 89)


Dated: October 30, 2021            Respectfully submitted,

                                   LAW OFFICE OF ANDREI D. POPOVICI, P.C.


                                   By:    /s/ Andrei D. Popovici
                                          Andrei D. Popovici (234820)
                                          andrei@apatent.com


                                   MICHAEL J. JONES
                                   RYAN TOUGIAS
                                   ROLAND A. PAUL
                                   SEAN M. HAMILL
                                   IVEY, BARNUM & O'MARA
                                   170 Mason Street
                                   Greenwich, CT 06830
                                   Telephone: (203) 661-6000

                                   RICHARD POLK LAWSON
                                   GARDNER BREWER MARTINEZ
                                   MONFORT
                                   400 North Ashley Drive
                                   Suite 1100
                                   Tampa, FL 33602
                                   Telephone: (813) 221-9600
                                   Facsimile: (813) 221-9611
                                   Email: rlawson@gbmmlaw.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MATTHEW LEE BALDWIN
VARGAS GONZALEZ HEVIA BALDWIN, LLP
815 Ponce de Leon Blvd.
Third Floor
Coral Gables, FL 33134
Telephone: (305) 631-2528
Facsimile: (305) 631-2741
Email: MBaldwin@VargasGonzalez.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

## STANDING ORDER FOR MAGISTRATE JUDGE THOMAS S. HIXSON

Parties shall comply with the procedures in the Federal Rules of Civil or Criminal Procedure, the Northern District of California's Local Rules and General Orders, and this Standing Order, all of which are available at www.cand.uscourts.gov.  Failure to comply may result in monetary sanctions, dismissal, entry of judgment, or other appropriate sanctions.

## UNREPRESENTED (PRO SE) PARTIES

Parties representing themselves are invited to visit the "Representing Yourself" section of the Court's website, https://cand.uscourts.gov/pro-se-litigants/.  The site includes information about the Legal Help Center, a free service offered by the Justice & Diversity Center of the Bar Association of San Francisco. You may request an appointment by emailing fedpro@sfbar.org or calling 415-782-8982.  You will be able to speak with an attorney who may be able to provide basic legal help but not representation.  More information is available at http://cand.uscourts.gov/helpcentersf.

## SCHEDULING

Law and motion is heard on Thursdays at 10:00 a.m.  All motions (except criminal duty matters) shall be noticed for any available Thursday.  The parties may confirm availability at http://www.cand.uscourts.gov/tsh.  For scheduling questions, please contact Judge Hixson's Courtroom Deputy, Rose Maher, at tshcrd@cand.uscourts.gov or (415) 522-4708.

## DISCOVERY

Discovery disputes are governed by Judge Hixson's Discovery Standing Order, available at http://www.cand.uscourts.gov/tshorders.

## CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE

In civil cases that are randomly assigned to Judge Hixson for all purposes, each party should file a consent to the assignment of a United States Magistrate Judge for all purposes, or a request for reassignment to a district judge, as soon as possible.  If a party files a dispositive motion (such as a motion to dismiss or a motion for remand), the moving party must file the consent/declination simultaneously with the motion.  The consent/declination form is available at http://www.cand.uscourts.gov/civilforms.  In no event shall the consent or declination be filed later than the deadlines specified in Civil L.R. 73-1(a)(1) and (2).

**CIVIL CASE MANAGEMENT**

Counsel shall meet and confer prior to the case management conference and file a joint statement no later than seven days prior to the conference.  The statement shall address the information contained in the Standing Order for All Judges of the Northern District of California, which is available http://www.cand.uscourts.gov/tshorders.

The Court strongly encourages parties to permit less experienced attorneys to actively participate in the proceedings by presenting argument at motion hearings or examining witnesses at trial.

**Amended Pleadings**
If a party files a motion to amend or the Court orders a party to file an amended pleading, that party shall concurrently file a redlined or highlighted version comparing the amended pleading to the prior operative pleading.

**Documents filed on ECF**
All exhibits to motions and/or discovery disputes should be separately filed on ECF.  For example, if the motion is Docket No. 30, and the declaration with 10 exhibits is Docket No. 31, Exhibit A would be filed as Docket No. 31-1, Exhibit B would be Docket No. 31-2, and so on.  All exhibits shall also be filed in a searchable OCR format where possible.

**Motions to File Under Seal**
The parties are reminded that court proceedings are presumptively public.  Any request to file a document under seal must comply with Civil Local Rule 79-5.

**CHAMBERS COPIES AND PROPOSED ORDERS**

The parties do not need to submit chambers copies, except when requested by a separate order from the Court.

Any proposed order in a case subject to electronic filing shall be emailed in Word format to tshpo@cand.uscourts.gov.  This address is to be used only for proposed orders unless otherwise directed by the Court.

**IT IS SO ORDERED.**

THOMAS S. HIXSON
United States Magistrate Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

## DISCOVERY STANDING ORDER FOR
## MAGISTRATE JUDGE THOMAS S. HIXSON

This Standing Order informs all parties of the discovery procedures for cases assigned to Magistrate Judge Thomas S. Hixson or referred for purposes of discovery.  It addresses all case-related discovery, including that which involves non-parties, and therefore applies whether or not an individual or entity is named in the complaint.  Failure to abide by this Standing Order may result in the imposition of sanctions pursuant to Federal Rule of Civil Procedure 16(f) and Civil Local Rule 37-4.

All questions should be directed to Judge Hixson's Courtroom Deputy, Rose Maher, at tshcrd@cand.uscourts.gov or (415) 522-4708.

Upon referral from a District Judge or upon the development of an impasse with respect to discovery in a pending case assigned to Judge Hixson, no motions to compel or other motions shall be considered.  Instead, the parties must first meet and confer in a good faith effort to resolve their dispute informally.  An exchange of written communications does not satisfy the meet and confer requirement.

## MEET AND CONFER REQUIREMENTS

If the parties are unable to resolve their dispute informally after a good faith effort, including meet and confer efforts conducted by lead counsel, the parties have two options:

1)  If the dispute is straightforward or the parties believe some initial informal guidance from the Court may help them resolve their dispute without the need for briefing, the parties may contact Judge Hixson's Courtroom Deputy, Rose Maher, to arrange a telephonic conference.

2)  For more complex disputes, the parties shall prepare a joint statement of not more than five pages (12-point or greater font) that contains the following:

    a)      A cover page (excluded from the five-page limit) with the case caption, an attestation that the parties met and conferred in good faith to resolve their dispute(s) prior to filing the letter, and the signature of both parties or counsel;

    b)      Each party's position, including pertinent factual background, requested relief, and citations to relevant legal authority; and

    c)      Each party's final proposed compromise

The joint letter shall not be accompanied by exhibits or affidavits other than relevant excerpts of discovery requests and responses, privilege logs, deposition testimony, and meet and confer correspondence.

The joint statement shall be e-filed (unless the case is exempt from e-filing requirements)

*Revised September 15, 2021*

under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief."

Upon review of the parties' submission(s), the Court will advise the parties of how it intends to proceed.  The Court may issue a ruling or schedule a hearing, and at such hearing may issue rulings, order more formal briefing, or set further hearing dates.


**CHAMBERS COPIES**

The parties do not need to submit chambers copies, except when requested by a separate order from the Court.


**PROTECTIVE ORDERS**

If parties believe a protective order is necessary, they shall, where practicable, use one of the model stipulated protective orders (available at http://cand.uscourts.gov/stipprotectorder).  If the parties' proposed protective offer differs materially from the model protective order, the parties shall file a statement explaining each modification to the model order, along with a redline version comparing the proposed protective order with the model order.


**SANCTIONS**

No motion for sanctions may be filed until after the moving party has complied with the requirements above.  Motions for sanctions shall be filed separately, pursuant to Federal Rule 37 and Civil Local Rules 7 and 37-4.


**IT IS SO ORDERED.**


THOMAS S. HIXSON
United States Magistrate Judge

**STANDING ORDER FOR ALL JUDGES**
**OF THE NORTHERN DISTRICT OF CALIFORNIA**

**CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

All judges of the Northern District of California require identical information in Joint Case Management Statements filed pursuant to Civil Local Rule 16-9. The parties must include the following information in their statement which, except in unusually complex cases, should not exceed ten pages:

1. <u>Jurisdiction and Service</u>: The basis for the court's subject matter jurisdiction over plaintiff's claims and defendant's counterclaims, whether any issues exist regarding personal jurisdiction or venue, whether any parties remain to be served, and, if any parties remain to be served, a proposed deadline for service.

2. <u>Facts</u>: A brief chronology of the facts and a statement of the principal factual issues in dispute.

3. <u>Legal Issues</u>: A brief statement, without extended legal argument, of the disputed points of law, including reference to specific statutes and decisions.

4. <u>Motions</u>: All prior and pending motions, their current status, and any anticipated motions.

5. <u>Amendment of Pleadings</u>: The extent to which parties, claims, or defenses are expected to be added or dismissed and a proposed deadline for amending the pleadings.

6. <u>Evidence Preservation</u>: A brief report certifying that the parties have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information ("ESI Guidelines"), and confirming that the parties have met and conferred pursuant to Fed. R. Civ. P. 26(f) regarding reasonable and proportionate steps taken to preserve evidence relevant to the issues reasonably evident in this action. *See ESI Guidelines 2.01 and 2.02, and Checklist for ESI Meet and Confer.*

7. <u>Disclosures</u>: Whether there has been full and timely compliance with the initial disclosure requirements of Fed. R. Civ. P. 26, and a description of the disclosures made.

8. <u>Discovery</u>: Discovery taken to date, if any, the scope of anticipated discovery, any proposed limitations or modifications of the discovery rules, a brief report on whether the parties have considered entering into a stipulated e-discovery order, a proposed discovery plan pursuant to Fed. R. Civ. P. 26(f), and any identified discovery disputes.

9. <u>Class Actions</u>: If a class action, a proposal for how and when the class will be certified, and whether all attorneys of record for the parties have reviewed the Procedural Guidance for Class Action Settlements.

10. <u>Related Cases</u>: Any related cases or proceedings pending before another judge of this court, or before another court or administrative body.

11. <u>Relief</u>: All relief sought through complaint or counterclaim, including the amount of any damages sought and a description of the bases on which damages are calculated. In addition, any party from whom damages are sought must describe the bases on which it contends damages should be calculated if liability is established.

12. <u>Settlement and ADR</u>: Prospects for settlement, ADR efforts to date, and a specific ADR plan for the case, including compliance with ADR L.R. 3-5 and a description of key discovery or motions necessary to position the parties to negotiate a resolution.

13. <u>Consent to Magistrate Judge For All Purposes</u>: Whether **all** parties will consent to have a magistrate judge conduct all further proceedings including trial and entry of judgment. ___ Yes ___ No

14. <u>Other References</u>: Whether the case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15. <u>Narrowing of Issues</u>: Issues that can be narrowed by agreement or by motion, suggestions to expedite the presentation of evidence at trial (e.g., through summaries or stipulated facts), and any request to bifurcate issues, claims, or defenses.

16. <u>Expedited Trial Procedure</u>: Whether this is the type of case that can be handled under the Expedited Trial Procedure of General Order No. 64 Attachment A. If all parties agree, they shall instead of this Statement, file an executed Agreement for Expedited Trial and a Joint Expedited Case Management Statement, in accordance with General Order No. 64 Attachments B and D.

17. <u>Scheduling</u>: Proposed dates for designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference and trial.

18. <u>Trial</u>: Whether the case will be tried to a jury or to the court and the expected length of the trial.

19. <u>Disclosure of Non-party Interested Entities or Persons</u>: Whether each party has filed the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-15. In addition, each party must restate in the case management statement the contents of its certification by identifying any persons, firms, partnerships, corporations (including parent corporations) or other entities known by the party to have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding. In any proposed class, collective, or representative action, the required disclosure includes any person or entity that is funding the prosecution of any claim or counterclaim.

20. <u>Professional Conduct</u>: Whether all attorneys of record for the parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.

21. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter.

1
2
3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  | ) | Case Number: C 18-xxxx |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) | **JOINT CASE MANAGEMENT** |
| Plaintiff(s), | ) | **STATEMENT & [PROPOSED] ORDER** |
|  | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
|  | ) |  |
| Defendant(s). | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

The parties to the above-entitled action jointly submit this JOINT CASE
MANAGEMENT STATEMENT & PROPOSED ORDER pursuant to the *Standing Order for All
Judges of the Northern District of California* and Civil Local Rule 16-9.

1. Jurisdiction & Service
*The basis for the court's subject matter jurisdiction over plaintiff's claims and defendant's counterclaims, whether
any issues exist regarding persona jurisdiction or venue, whether any parties remain to be served, and, if any
parties remain to be served, a proposed deadline for service.*

2. Facts
*A brief chronology of the facts and a statement of the principal factual issues in dispute.*

3. Legal Issues
*A brief statement, without extended legal argument, of the disputed points of law, including reference to specific
statutes and decisions.*

*Form updated May 2018*
COPIES OF LR 4-2 MATERIALS                                              Case No. 3:21-cv-08378-TSH

## 4. Motions

*All prior and pending motions, their current status, and any anticipated motions.*

## 5. Amendment of Pleadings

*The extent to which parties, claims, or defenses are expected to be added or dismissed and a proposed deadline for amending the pleadings.*

## 6. Evidence Preservation

*A brief report certifying that the parties have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information ("ESI Guidelines"), and confirming that the parties have met and conferred pursuant to Fed. R. Civ. P. 26(f) regarding reasonable and proportionate steps taken to preserve evidence relevant to the issues reasonably evident in this action. See ESI Guidelines 2.01 and 2.02, and Checklist for ESI Meet and Confer.*

## 7. Disclosures

*Whether there has been full and timely compliance with the initial disclosure requirements of Fed. R. Civ. P. 26 and a description of the disclosures made.  For ADA and employment cases, see General Order Nos. 56 and 71.*

## 8. Discovery

*Discovery taken to date, if any, the scope of anticipated discovery, any proposed limitations or modifications of the discovery rules, a brief report on whether the parties have considered entering into a stipulated e-discovery order, a proposed discovery plan pursuant to Fed. R. Civ. P. 26(f), and any identified discovery disputes.*

## 9. Class Actions

*If a class action, a proposal for how and when the class will be certified.*

## 10. Related Cases

*Any related cases or proceedings pending before another judge of this court, or before another court or administrative body.*

## 11. Relief

*All relief sought through complaint or counterclaim, including the amount of any damages sought and a description of the bases on which damages are calculated. In addition, any party from whom damages are sought must describe the bases on which it contends damages should be calculated if liability is established.*

## 12. Settlement and ADR

*Prospects for settlement, ADR efforts to date, and a specific ADR plan for the case, including which ADR process option the parties have selected and a proposed deadline, or if the parties do not agree, each party's preferred option and timing, in compliance with ADR L.R. 3-5. In addition, the parties should include a description of key discovery or motions necessary to position the parties to negotiate a resolution.*

*Form updated May 2018*

COPIES OF LR 4-2 MATERIALS                               Case No. 3:21-cv-08378-TSH

13. <u>Consent to Magistrate Judge For All Purposes</u>

*Whether **all** parties will consent to have a magistrate judge conduct all further proceedings including trial and entry of judgment. _____ YES _____ NO*

14. <u>Other References</u>

*Whether the case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.*

15. <u>Narrowing of Issues</u>

*Issues that can be narrowed by agreement or by motion, suggestions to expedite the presentation of evidence at trial (e.g., through summaries or stipulated facts), and any request to bifurcate issues, claims, or defenses.*

16. <u>Expedited Trial Procedure</u>

*Whether this is the type of case that can be handled under the Expedited Trial Procedure of General Order 64, Attachment A. If all parties agree, they shall instead of this Statement, file an executed Agreement for Expedited Trial and a Joint Expedited Case Management Statement, in accordance with General Order No. 64, Attachments B and D.*

17. <u>Scheduling</u>

*Proposed dates for completion of initial ADR session, designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference and trial.*

18. <u>Trial</u>

*Whether the case will be tried to a jury or to the court and the expected length of the trial.*

19. <u>Disclosure of Non-party Interested Entities or Persons</u>

*Whether each party has filed the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-15. In addition, each party must restate in the case management statement the contents of its certification by identifying any persons, firms, partnerships, corporations (including parent corporations) or other entities known by the party to have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.*

20. <u>Professional Conduct</u>

*Whether all attorneys of record for the parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.*

*Form updated May 2018*

COPIES OF LR 4-2 MATERIALS                    Case No. 3:21-cv-08378-TSH

21. <u>Other</u>
*Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter.*

Dated: _____        _____

Counsel for plaintiff

Dated: _____        _____

Counsel for defendant

<u>CASE MANAGEMENT ORDER</u>

The above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below:]

IT IS SO ORDERED.

Dated: _____        _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

Page **4** of **4**



# United States District Court
# Northern District of California

—

## Consenting to the Jurisdiction of a Magistrate Judge



*Oakland*



*San Francisco*



*San Jose*



*Eureka-McKinleyville*

**Richard Seeborg**
*Chief District Judge*

**Susan Y. Soong**
*Clerk of Court*

COPIES OF LR 4-2 MATERIALS                    Case No. 3:21-cv-08378-TSH

# United States District Court
# Northern District of California

—

**Richard Seeborg**
*Chief District Judge*

**Susan Y. Soong**
*Clerk of Court*

**San Francisco Courthouse**
450 Golden Gate Avenue
San Francisco, California 94102

(415) 522-2000

**Oakland Courthouse**
1301 Clay Street, Suite 400S
Oakland, California 94612-5212

(510) 637-3530

**San Jose Courthouse**
280 South First Street, Room 2112
San Jose, California 95113

(408) 535-5363

**Eureka-McKinleyville Courthouse**
3140 Boeing Avenue
McKinleyville, California 95519

(707) 445-3612

COPIES OF LR 4-2 MATERIALS

Case No. 3:21-cv-08378-TSH

# A Message from the Chief Judge of the United States District Court



As you embark on civil litigation in the United States District Court for the Northern District of California—whether as a party to a lawsuit or as an attorney—I encourage you to familiarize yourself with the range of services provided by the court's magistrate judges and especially to consider consenting to have a magistrate judge handle all aspects of your case, up to and including dispositive motions, jury or court trial, and the entry of judgment.

The Northern District was one of the first federal trial courts in the country to assign a wide range of civil cases directly to magistrate judges upon filing. As a consequence, the magistrate judges of our district have direct experience with nearly all types of civil matters filed in our court. Because our court is very busy, agreeing to proceed before a magistrate judge often means that the case will be resolved more quickly than if the case remained before a district judge. If the case must be tried, your trial date will be more certain and less likely to be continued to accommodate a felony jury trial. While consent is customarily given soon after a case is filed, parties may consent to have a magistrate judge preside over their case at any point in the proceedings.

Every magistrate judge in the Northern District underwent a highly competitive selection process and had years of experience before being appointed to the bench.

As the following biographies demonstrate, many magistrate judges in our district are active in law school teaching and continuing legal education for attorneys. Many have been appointed to important committees within the circuit and national governing bodies, and all are active in local court governance.

Each has been appointed based on detailed, confidential feedback from the bar and the community, and each is equipped to handle the full range of issues presented to our court. Combined, the Northern District's magistrate judges bring thousands of hours of federal judicial experience to their work at our court.

**Richard Seeborg**
*Chief Judge*

# How Consent Jurisdiction Works

Under a law passed by Congress in 1976, the parties in a civil action in federal district court have the option of consenting to have the case handled by a United States magistrate judge. Magistrate judges are appointed by the district judges of each district court following a competitive merit selection process and serve for terms of eight years. Magistrate judges may be reappointed only after a rigorous review of their work that includes community input. In contrast, district judges are appointed by the President and confirmed by the Senate and serve without term limits.

With the exception of certain types of cases (including capital habeas corpus cases, securities class actions, and bankruptcy appeals), when a civil action is filed in the Northern District of California, it is randomly assigned to either a district judge or a magistrate judge. For every case assigned to a magistrate judge, all parties (that is, all plaintiffs and all defendants) are asked to consent to have the case handled by a magistrate judge all the way through trial. The parties are encouraged to make a decision regarding magistrate judge jurisdiction as soon as possible and no later than the first case management conference (about 100 days after the case is filed). If any party does not consent, the case is reassigned to a district judge.

If all parties consent to magistrate judge jurisdiction, then the assigned magistrate judge presides over all aspects of the case and any appeals from the magistrate judge's rulings are made directly to the Court of Appeals.

Sometimes cases initially assigned to district judges are reassigned to magistrate judges because all parties consent to magistrate judge jurisdiction. The district judge may invite the parties at the initial case management conference to consider consenting to the jurisdiction of a magistrate judge, and the parties may take that opportunity to do so.

The magistrate judges of the Northern District handle hundreds of civil cases every year. Each magistrate judge has an assigned courtroom and dedicated staff, including a courtroom deputy and law clerks. Because of their diverse professional experiences before and during their service as judges, this court's magistrate judges are well-qualified to preside over all types of civil litigation.

# Laws and Court Rules on Magistrate Judge Jurisdiction

* Federal Magistrate Act of 1979, 28 U.S.C § 636(c)(1)
* Federal Rule of Civil Procedure 73
* Northern District of California Civil Local Rule 73

# Magistrate Judge Biographies

## San Francisco Courthouse

Magistrate Judge **Laurel Beeler**
Magistrate Judge **Jacqueline Scott Corley**
Magistrate Judge **Thomas S. Hixson**
Magistrate Judge **Sallie Kim**
Chief Magistrate Judge **Joseph Spero**
Magistrate Judge **Alex G. Tse**

## Oakland Courthouse

Magistrate Judge **Donna M. Ryu**
Magistrate Judge **Kandis Westmore**

## San Jose Courthouse

Magistrate Judge **Nathanael Cousins**
Magistrate Judge **Virginia K. DeMarchi**
Magistrate Judge **Susan van Keulen**

## Eureka-McKinleyville Courthouse

Magistrate Judge **Robert M. Illman**



# MAGISTRATE JUDGE
## Laurel Beeler

**San Francisco Courthouse**
**Year Appointed:** 2010

**Magistrate Judge Laurel Beeler** has presided as a trial and settlement judge over hundreds of civil cases, including intellectual property, civil rights, employment, and business disputes.

Judge Beeler was an assistant U.S. attorney in the Northern District, prosecuting complex white-collar cases with parallel civil components. She was the Office's Professional Responsibility Officer and Deputy Chief of the Criminal Division. She was a law clerk to the Hon. Cecil F. Poole, United States Court of Appeals for the Ninth Circuit, and the Civil Appeals Division Chief at the Ninth Circuit's Office of Staff Attorneys.

Judge Beeler is a member of the Ninth Circuit Magistrate Judge Executive Board and the Ninth Circuit Criminal Case Committee and is one of four national judicial liaisons to the U.S. Department of Justice/Office of Defender Services Joint Electronic Technology Working Group. She chairs the Northern District's Criminal Practice Committee and implemented the Court's reentry and diversion courts.

Judge Beeler was President of the Federal Bar Association, co-chair of the Lawyer Representatives to the Ninth Circuit, a board member of the Bar Association of San Francisco ("BASF"), and a member of the Ninth Circuit's Jury Trial Improvement Committee. She is a member of the Executive Committee of the Edward J. McFetridge American Inn of Court. She received BASF's Barristers Choice Award in 2015 and the San Francisco Trial Lawyers Association's Magistrate Judge of the Year award in 2018.

Judge Beeler taught civil trial practice at U.C. Berkeley School of Law and Criminal Procedure at U.C. Hastings College of the Law. She has led rule-of-law projects in Indonesia, Vietnam, Cambodia, Jordan, the Philippines, Ukraine, Turkey, and Thailand.

Judge Beeler graduated with honors from the University of Washington School of Law, where she was Order of the Coif and an Articles Editor on the *Washington Law Review*. She received her A.B. with honors from Bowdoin College.



## MAGISTRATE JUDGE
## Jacqueline Scott Corley

**San Francisco Courthouse**
**Year Appointed:** 2011

**Magistrate Judge Jacqueline Scott Corley** has been on the bench since 2011 and has presided over nearly every type of civil action at all stages of the proceedings, from motions to dismiss through jury trial. She has also served as a settlement judge in hundreds of cases.

Just prior to taking the bench, Judge Corley was a partner at Kerr & Wagstaffe, LLP in San Francisco as a civil litigator with an emphasis on federal practice. She represented individuals, government entities, and institutions as plaintiffs and defendants in a variety of matters that included trademark, copyright, patent, constitutional law, defamation, malicious prosecution, class actions, contract and probate.

From 1998 through 2009 Judge Corley served as a career law clerk to the Honorable Charles R. Breyer. She also served on the Northern District of California Alternative Dispute Resolution mediation and early neutral evaluation panels from 2006 though her appointment.

Judge Corley received her undergraduate degree from the University of California Berkeley and her J.D. from Harvard Law School, magna cum laude, where she was an editor and Articles Chair of the *Harvard Law Review*. Upon graduation she served as a law clerk to the Honorable Robert E. Keeton of the United States District Court for the District of Massachusetts. She then practiced complex commercial litigation and white collar criminal defense at Goodwin, Procter LLP in Boston and was a litigation associate at Coblentz, Patch, Duffy & Bass LLP in San Francisco before joining Judge Breyer in 1998.



## MAGISTRATE JUDGE
## Thomas S. Hixson

**San Francisco Courthouse**
**Year Appointed:** 2018

**Magistrate Judge Thomas S. Hixson** joined the Court in 2018 following nearly 20 years as a litigator in private practice in San Francisco.

Before taking the bench, Magistrate Judge Hixson was a partner at Morgan, Lewis & Bockius, LLP, and before then an associate and then partner at Bingham McCutchen LLP, and prior to that an associate at McCutchen, Doyle, Brown & Enersen, LLP. His practice encompassed complex litigation in federal and state courts in fields including intellectual property, antitrust and unfair competition, energy regulation, water management and telecommunications.

Magistrate Judge Hixson is a past chair of the California State Bar Antitrust and Unfair Competition Law Section (now the Antitrust, UCL and Privacy Section of the California Lawyers Association).

He has contributed to the Section's treatise, California State Antitrust & Unfair Competition Law, published by Matthew Bender. His pro bono work while in private practice included serving as counsel in a complex challenge to telecommunications marketing practices before the California Public Utilities Commission and assisting tenants facing eviction via the San Francisco Superior Court's Housing Negotiation Project. He also served on the Board of Directors of the AIDS Legal Referral Panel.

Magistrate Judge Hixson earned his undergraduate and law degrees, both magna cum laude, from Harvard. The year after graduating from law school, he served as a law clerk to Ninth Circuit Court of Appeals Judge A. Wallace Tashima in Pasadena.



# MAGISTRATE JUDGE
# Sallie Kim

**San Francisco Courthouse**
**Year Appointed:** 2015

**Magistrate Judge Sallie Kim** brings a broad range of civil and criminal litigation experience to the bench, with a special emphasis on civil cases in federal court.

Judge Kim graduated from Princeton University in 1986 and from Stanford Law School in 1989. Upon graduation from law school, she served as law clerk to United States District Judge Spencer Williams of this Court. She then entered private civil litigation practice in Palo Alto. From 1995-99, Judge Kim served as Associate and Assistant Dean for Student Affairs at Stanford Law School, after which she returned to private civil litigation practice and became a partner with the law firm of GCA Law Partners, LLP in 2002. She practiced at GCA Law Partners until she joined the Court in 2015.

Judge Kim's recent professional activities outside of regular civil litigation practice have included service in the following capacities: Co-Director of the Trial Advocacy Program and Lecturer in Law at Stanford Law School beginning in 2014; the Interim Title IX Coordinator for Stanford University in 2013 and 2014; and Volunteer Deputy District Attorney for Santa Clara County for 14 weeks in 2010.



# MAGISTRATE JUDGE
# Alex G. Tse

**San Francisco Courthouse**
**Year Appointed:** 2020

**Magistrate Judge Alex G. Tse** joined the Court in January 2020 after serving nearly twenty years in various positions with the United States Attorney's Office, including an interim appointment as the United States Attorney for the Northern District of California. Judge Tse began his legal career in 1990 in private practice. In 1994, he became an Assistant United States Attorney in the Civil Division, where he defended the federal government in civil cases, and pursued civil actions against defendants who defrauded the government. In 2001, Judge Tse became a Deputy Chief of the Civil Division. In late 2006, Judge Tse left the United States Attorney's Office and in 2007 took a position as an Assistant Chief City Attorney for the City and County of San Francisco, where he led the team of Deputy City Attorneys charged with investigating and abating public nuisances. In late 2012, Judge Tse returned to the U.S. Attorney's Office as the Chief of the Civil Division. In 2016, he received a Special Commendation from the Civil Division of the U.S. Department of Justice, and he received a Director's Award for Superior Performance from the Executive Office of U.S. Attorneys in 2017. Prior to joining the bench, he served on various court committees in the Northern District of California, and served for several years as a volunteer court-appointed mediator and early neutral evaluator. Judge Tse is a graduate of the University of California at Berkeley, and of the University of California, Hastings College of the Law.



# CHIEF MAGISTRATE JUDGE
## Joseph C. Spero

**San Francisco Courthouse**
**Year Appointed:** 1999

**Chief Magistrate Judge Joseph C. Spero** has presided as trial judge in criminal and civil cases in a variety of subject areas, including patent, employment, civil rights, commercial contract, trademark, and federal misdemeanor cases. He has also served as a settlement judge in over 1500 cases.

Judge Spero serves on the Court's Executive Committee, as Chair of the Court's Reentry Committee and of the Diversion Committee, and has served as Chair of the Court's Technology Committee, and as Liaison Judge for Pretrial Services and Probation. He also has served on various circuit and national committees including the Magistrate Judges Advisory Group of the Administrative Office of the Courts, the Magistrate Judge Executive Board, and the Capital Case Committee of the Ninth Circuit.

A 1981 graduate of Columbia University School of Law, he clerked for the United States Court of Appeals for the Ninth Circuit. He worked as an associate at Skadden, Arps, Slate, Meagher & Flom, and as associate then partner at Coblentz, Cahen, McCabe & Breyer (now Coblentz, Patch, Duffy & Bass).

While in private practice, he trained as a mediator at Harvard Law School and served as a mediator in the Northern District's Alternative Dispute Resolution Program. He also served as a Judge Pro-Tem for the San Francisco County Superior Court.

Judge Spero served as pro bono counsel in a variety of cases. He received the Thurgood Marshall Award from the Bar Association of the City of New York.



## MAGISTRATE JUDGE
## Donna M. Ryu

**Oakland Courthouse**
**Year Appointed:** 2010

**Magistrate Judge Donna M. Ryu** joined the Northern District bench in March 2010, and has presided over consent cases in a wide variety of fields, including commercial disputes, intellectual property, employment, civil rights, insurance, personal injury, environmental, maritime, and constitutional law. She conducts settlement conferences in all major practice areas, and manages discovery in complex matters, including multi-district litigation. Judge Ryu has served on numerous court committees, including Local Rules, Subcommittee on E-Discovery, and Pro Bono Projects, among others. She also presides over the Oakland Reentry Court.

Judge Ryu began her career as a commercial litigator at a large San Francisco firm before joining an Oakland-based firm specializing in class actions, and later founding a small firm. She has extensive experience in complex civil litigation, including discovery, motions and trials. Prior to taking the bench, Judge Ryu was a

Clinical Professor of Law at U.C. Hastings, and before that at Golden Gate University Law School.

She has been honored as a California Lawyer of the Year in Employment Law. She is the recipient of the Asian American Bar Association's Joe Morozumi Award for Exceptional Legal Advocacy, the Rutter Award for Excellence in Teaching, and the National Asian Pacific American Bar Association's Trailblazers Award. She co-designed a national training institute on class actions, and has written and lectured in the areas of employment law, e-discovery, pretrial practice, attorneys' fees, class actions, ethics, and professionalism.

Judge Ryu graduated with honors from Yale University, and received her law degree in from U.C. Berkeley Law School, where she continues to teach as a Lecturer.



# MAGISTRATE JUDGE
# Kandis A. Westmore

**Oakland Courthouse**
**Year Appointed:** 2012

**Magistrate Judge Kandis A. Westmore** was appointed in February 2012 and is assigned to the Oakland Division. Judge Westmore served as a law clerk with the Contra Costa County Public Defender's Office before beginning her legal career at an Oakland-based boutique law firm specializing in plaintiffs' civil rights litigation.

She joined the Oakland City Attorney's Office in 1999 as a Deputy City Attorney. During her 13 year tenure with the City, she advised City agencies and served as both a trial attorney and a law and motion attorney, where she filed suit on behalf of the City and defended the City and its employees on a wide range of matters in federal and state trial and appellate courts, including civil rights, personal injury, inverse condemnation, labor and employment, and complex litigation. Judge Westmore has been publicly recognized by community organizations, the City of Oakland, and elected officials for her contributions and service to the City of Oakland and its residents.

Prior to taking the bench, Judge Westmore served as President-Elect of the Alameda County Bar Association (ACBA), and volunteered for the ACBA Volunteer Legal Services Corporation's Pro Bono Program representing low-income individuals in family law cases. She currently serves as a member of the court's Community Outreach Committee and co-leads the court's Conviction Alternatives Program (CAP).

She is also an adjunct professor at Golden Gate University School of Law, where she teaches Honors Evidence.

Judge Westmore received her B.A. from U.C. Berkeley in 1989, and her J.D. from the University of San Francisco, School of Law in 1997, all while working full-time and being a wife and mother of two young children. As a law student, Judge Westmore served as a judicial extern to the Honorable Saundra Brown Armstrong of this Court.



## MAGISTRATE JUDGE
## Nathanael Cousins

**San Jose Courthouse**
**Year Appointed:** 2011

**Magistrate Judge Nathanael Cousins** has his chambers in San Jose, but he has served in each courthouse in the Northern District of California, from Salinas to Eureka.

He joined the Court from the U.S. Department of Justice, where he worked as an Assistant U.S. Attorney (San Jose and San Francisco offices) and Antitrust Division Trial Attorney (San Francisco). In those positions, he had criminal jury trials before many of the Judges of this Court. He was part of the team that prosecuted global price-fixing cartels in memory chip markets. He also coordinated Operation Cease-fire, a community program to reduce gang violence in Monterey County.

Immediately before joining the Department of Justice, he worked as a civil litigation associate and then partner in the Chicago office of Kirkland & Ellis, and before that he was a litigation associate in the Los Angeles office of Greenberg Glusker. His civil litigation cases focused on antitrust, class actions, consumer fraud, securities fraud, and civil rights. He was pro bono class counsel for inmates at an Illinois state prison.

Judge Cousins graduated from the University of California, Hastings College of the Law. After law school, he clerked for the Hon. F.A. Little, Jr., Chief Judge of the U.S. District Court, Western District of Louisiana. He received his undergraduate degree in political science from Stanford. While in school, he studied abroad in Russia and the Netherlands.

Judge Cousins has taught legal writing, moot court, and antitrust law at Hastings, and participates regularly in moot court and trial training programs at Bay Area law schools. He also coaches basketball and soccer.



# MAGISTRATE JUDGE
# Virginia K. DeMarchi

**San Jose Courthouse**
**Year Appointed:** 2018

**Magistrate Judge Virginia DeMarchi** joined the court in 2018 after 22 years as a litigator in private practice in Silicon Valley.

Before taking the bench, Magistrate Judge DeMarchi was a partner with Fenwick & West LLP where she represented technology and life sciences companies in patent infringement and other intellectual property matters in a wide range of industries, including e-commerce, computer hardware and software, industrial enzymes, pharmaceuticals, medical devices, financial services, communications, and consumer products. She also served as general counsel to the firm and as a member of the executive committee.

In addition to her private law practice, Magistrate Judge DeMarchi served for nearly 10 years on the board of directors for the Law Foundation of Silicon Valley and has been active in pro bono representation of federal and state inmates and victims of domestic violence.

Before joining Fenwick & West, Magistrate Judge DeMarchi served for two years as a trial attorney with the Civil Division of the United States Department of Justice in Washington, D.C. and clerked for District Judge Steven J. McAuliffe in the District of New Hampshire. Magistrate Judge DeMarchi earned her law degree cum laude from Harvard Law School and her undergraduate degree with honors from Stanford University.



## MAGISTRATE JUDGE
## Susan van Keulen

**San Jose Courthouse**
**Year Appointed:** 2017

**Magistrate Judge Susan van Keulen** joined the Court following 28 years as a commercial and intellectual property litigator in Silicon Valley.

Magistrate Judge van Keulen's private law practice focused substantially on intellectual property cases in federal and state courts and in private arbitrations, with particular experience handling technology and commercial disputes involving semiconductor, computer, and electronics technologies. Magistrate Judge van Keulen prepared dozens of cases for trial and served as lead trial counsel in a number of cases in the Northern District. As an active part of her practice, she has also regularly represented pro bono clients in cases involving landlord-tenant disputes, immigration issues and legal remedies for domestic violence.

In addition to her active law practice, Magistrate Judge van Keulen served on the Northern District's Patent Local Rules Advisory Subcommittee from 2006 to 2014 and has lectured and written widely on antitrust and patent law and federal procedure.

Magistrate Judge van Keulen graduated from the University of California, Davis and UCLA School of Law, then practiced law with the Thelen law firm (1988-2008) and then as a partner with O'Melveny & Myers where she served as Litigation Practice Leader at the Silicon Valley office until taking the bench.



## MAGISTRATE JUDGE
## Robert M. Illman

**Eureka-McKinleyville Courthouse**
**Year Appointed:** 2017

**Magistrate Judge Robert M. Illman** was appointed to the bench in 2017.

Prior to taking the bench, Judge Illman served as a law clerk to Magistrate Judge Nandor J. Vadas in the Northern District of California from 2014 to 2017, and to Chief Magistrate Judge Wallace Capel, Jr. of the United States District Court for the Middle District of Alabama from 2007 to 2014. Prior to that, Judge Illman served as an Assistant Federal Public Defender in Montgomery, Alabama, from 2003 to 2007. In that role he represented indigent defendants charged with various crimes in federal trial and appellate courts, as well as representing Alabama's death row inmates in their federal habeas corpus litigation. Through his broad background as an attorney working for and practicing in the federal courts, Judge Illman has developed extensive experience in all manner of cases brought before the district court.

Judge Illman graduated with a degree in history from Covenant College in Lookout Mountain, Georgia, and from the University of Alabama School of Law in Tuscaloosa, Alabama.

All new civil and criminal actions arising in the counties of Del Norte, Lake, Humboldt, and Mendocino are assigned directly to Judge Illman, subject to consent under 28 USC § 636(c)(1). Magistrate Judge Illman can hold case management conferences and hear many types of motions by video-conference if parties prefer to appear in San Francisco rather than travel to McKinleyville. In addition, parties can schedule dispositive motions to be heard on days when Judge Illman is in San Francisco.

This brochure is available on the
Court's website **cand.uscourts.gov.**

Print copies are available at all of
the Court's four courthouses.

The magistrate judge portraits in this
brochure were taken by Roslyn Banish
and Mike Oria  (Judge Tse).

The courthouse photos were taken
by court staff members.

**If you have additional questions
about magistrate judge jurisdiction,
please contact the Clerk's Office:**

(415) 522-2000



**Last Updated**: February 2021

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that I filed the foregoing document entitled COPIES OF LR 4-2

3    MATERIALS via CM/ECF and served a copy on counsel of record through CM/ECF on October

4    30, 2021.

5

6    Dated: October 30, 2021

7

8

9                                   By:   */s/ Andrei D. Popovici*
                                          Andrei D. Popovici
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28