|    |                                                                                           |
|----|-------------------------------------------------------------------------------------------|
| 1  |                       UNITED STATES DISTRICT COURT                                         |
| 2  |                       NORTHERN DISTRICT OF CALIFORNIA                                      |

|                                  |   |                               |
|----------------------------------|---|-------------------------------|
|                                  | ) | Case No: _____      |
|                                  | ) |                               |
|            Plaintiff(s),         | ) | **APPLICATION FOR**           |
|                                  | ) | **ADMISSION OF ATTORNEY**     |
|   v.                             | ) | **PRO HAC VICE**              |
|                                  | ) | (CIVIL LOCAL RULE 11-3)       |
|                                  | ) |                               |
|            Defendant(s).         | ) |                               |

I, _____, an active member in good standing of the bar of _____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: _____ in the above-entitled action. My local co-counsel in this case is _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:        | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:        |
|------------------------------|----------------------------------------------|
|                              |                                              |
| MY TELEPHONE # OF RECORD:    | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:    |
| MY EMAIL ADDRESS OF RECORD:  | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:  |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:                                           _____
                                                           APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:                                           _____
                                                 UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                    *October 2012*