| | |
|---|---|
| 1 | THOMAS G. SPRANKLING |
| 2 | CA Bar No. 294831 |
|   | thomas.sprankling@wilmerhale.com |
| 3 | WILMER CUTLER PICKERING |
|   |   HALE AND DORR LLP |
| 4 | 2600 El Camino Real, Suite 400 |
|   | Palo Alto, California 94306 |
| 5 | Telephone: (650) 858-6062 |
|   | Facsimile:  (650) 858-6100 |

*Attorney for Defendants*
**TWITTER, INC. and JACK DORSEY**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States, LINDA CUADROS, AMERICAN CONSERVATIVE UNION, RAFAEL BARBOZA, DOMINICK LATELLA, WAYNE ALLYN ROOT, NAOMI WOLF, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, | Case No. 21-cv-08378-TSH |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | **(Civ. L.R. 5-1(c))** |
| TWITTER, INC., and JACK DORSEY, | |
| Defendants. | |

**TO ALL PARTIES, COUNSEL OF RECORD, AND THE CLERK OF THE COURT**:

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 5-1(c), Thomas G. Sprankling of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters his appearance in this action as counsel of record for defendants Twitter, Inc. and Jack Dorsey.

For purposes of receipt of Notices of Electronic Filing, contact information for counsel is as follows:

    Thomas G. Sprankling        thomas.sprankling@wilmerhale.com

Dated: November 2, 2021

By: */s/ Thomas G. Sprankling*
    THOMAS G. SPRANKLING

    *Attorney for Defendants Twitter, Inc. and Jack Dorsey*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2021, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated:   November 2, 2021          By:   /s/ *Thomas G. Sprankling*
                                         THOMAS G. SPRANKLING