THOMAS G. SPRANKLING
CA Bar No. 294831
Thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6062
Facsimile:  (650) 858-6100

FELICIA H. ELLSWORTH
(*pro hac vice pending*)
felicia.ellsworth@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (202) 663-6363

PATRICK J. CAROME (*pro hac vice pending*)
patrick.carome@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice pending*)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Attorneys for Defendants*
**TWITTER, INC. and JACK DORSEY**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States, LINDA CUADROS, AMERICAN CONSERVATIVE UNION, RAFAEL BARBOZA, DOMINICK LATELLA, WAYNE ALLYN ROOT, NAOMI WOLF, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC., and JACK DORSEY,<br><br>Defendants. | Case No. 21-cv-08378-TSH<br><br>**TWITTER, INC.'S CORPORATE DISCLOSURE STATEMENT AND DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES PURSUANT TO FED. R. CIV. P. 7.1 AND CIVIL L.R. 3-15** |

1     Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that Twitter, Inc. is not owned by any parent corporation, and no publicly held corporation owns 10% or more of its stock.

    Pursuant to Civil L.R. 3-15, the undersigned certifies that no persons, associations of persons, firms, partnerships, corporations (including parent incorporations), or other entities other than the parties themselves are known by Defendants to have either (i) a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

Dated: November 2, 2021

*/s/ Thomas G. Sprankling*
THOMAS G. SPRANKLING
CA Bar No. 294831
thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6062
Facsimile:  (650) 858-6100

*Attorneys for Defendants Twitter, Inc. and Jack Dorsey*

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2021, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated:   November 2, 2021                    By:         */s/ Thomas G. Sprankling*
                                                                THOMAS G. SPRANKLING