Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

DONALD J. TRUMP et al.,

　　　　　　　　Plaintiff(s),

v.

TWITTER, INC. et al.,

　　　　　　　　Defendant(s).

Case No: 21-cv-08378-JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

　　I, John Q. Kelly, an active member in good standing of the bar of State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: plaintiffs in the above-entitled action. My local co-counsel in this case is Andrei Popovici, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. I have been granted pro hac vice admission 0 times by the Court in the preceding 12 months.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 170 Mason Street<br>Greenwich, Connecticut 06830 | 2121 North California Blvd. #290<br>Walnut Creek, CA 94596 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (203) 661-6000 | (605) 233-1898 |
| My email address of record: | Local co-counsel's email address of record: |
| jqkelly@ibolaw.com | andrei@apatent.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1713403.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/04/21

　　　　　　　　　　　　　　　　　　　　　　　　John Q. Kelly
　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

　　IT IS HEREBY ORDERED THAT the application of John Q. Kelly is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE