Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONALD J. TRUMP et al., )
) Case No: 21-cv-08378-JD
)
Plaintiff(s), ) **APPLICATION FOR**
) **ADMISSION OF ATTORNEY**
v. ) **PRO HAC VICE**
) (CIVIL LOCAL RULE 11-3)
TWITTER, INC. et al., )
)
Defendant(s). )

I, Ryan S. Tougias, an active member in good standing of the bar of State of Connecticut, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: plaintiffs in the above-entitled action. My local co-counsel in this case is Andrei Popovici, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. I have been granted pro hac vice admission 0 times by the Court in the preceding 12 months.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 170 Mason Street<br>Greenwich, Connecticut 06830 | 2121 North California Blvd. #290<br>Walnut Creek, CA 94596 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (203) 661-6000 | (605) 233-1898 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| rtougias@ibolaw.com | andrei@apatent.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 430904.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 11/04/21                                                                Ryan S. Tougias
                                                                                              APPLICANT

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Ryan S. Tougias is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
                                                                        UNITED STATES DISTRICT/MAGISTRATE JUDGE