**ARMENTA & SOL, PC**
M. Cris Armenta (Cal. SBN 177403)
Credence E. Sol (Cal. SBN 219784)
11440 West Bernardo Court, Suite 300
San Diego, CA 92127
Telephone: (858) 753-1724
Facsimile: (310) 695-2560
cris@crisarmenta.com
credence@crisarmenta.com

Attorneys for Plaintiffs DONALD J. TRUMP, the Forty-Fifth President of the United States, LINDA CUADROS, AMERICAN CONSERVATIVE UNION, RAFAEL BARBOZA, DOMINICK LATELLA, WAYNE ALLYN ROOT, NAOMI WOLF, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States, LINDA CUADROS, AMERICAN CONSERVATIVE UNION, RAFAEL BARBOZA, DOMINICK LATELLA, WAYNE ALLYN ROOT, NAOMI WOLF, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> vs. <br><br> TWITTER, INC., and JACK DORSEY, <br><br> Defendants. | Case No.: 3:21:cv-08378-TSH <br><br> **NOTICE OF APPEARANCE** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the following attorney will now appear on behalf of the Plaintiffs in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on behalf of Plaintiffs:

M. Cris Armenta<br>
ARMENTA & SOL, PC<br>
11440 West Bernardo Court, Suite 300<br>
San Diego, CA 92127<br>
Telephone: (858) 753-1724<br>
Facsimile: (310) 695-2560<br>
Email: cris@crisarmenta.com

M. Cris Armenta (aka Maria Cristina Armenta, Cal. State Bar No. 177403) is admitted to practice and in good standing in the Northern District of California.

Dated: November 4, 2021                    ARMENTA & SOL, PC


                                           By:  /s M. Cris Armenta
                                                M. Cris Armenta
                                                Attorneys for Plaintiffs