Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

DONALD J. TRUMP et al.,

                  Plaintiff(s),

    v.

TWITTER, INC. et al.,

                  Defendant(s).

Case No: 21-cv-08378-JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Michael J. Jones , an active member in good standing of the bar of State of Connecticut , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: plaintiffs in the above-entitled action. My local co-counsel in this case is Andrei Popovici , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. I have been granted pro hac vice admission 0 times by the Court in the preceding 12 months.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 170 Mason Street<br>Greenwich, Connecticut 06830 | 2121 North California Blvd. #290<br>Walnut Creek, CA 94596 |
| MY TELEPHONE # OF RECORD:<br>(203) 661-6000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(605) 233-1898 |
| MY EMAIL ADDRESS OF RECORD:<br>mjones@ibolaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>andrei@apatent.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 102223 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/04/21

                                 Michael J. Jones
                                    APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michael J. Jones is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/4/2021

                                UNITED STATES DISTRICT JUDGE *October 2012*

*PRO HAC VICE* APPLICATION & ORDER