PATRICK J. CAROME (*pro hac vice*)
patrick.carome@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

FELICIA H. ELLSWORTH (*pro hac vice*)
felicia.ellsworth@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (202) 663-6363

THOMAS G. SPRANKLING
CA Bar No. 294831
thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6062
Facsimile:  (650) 858-6100

*Attorneys for Defendants*
**TWITTER, INC., and JACK DORSEY**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD J. TRUMP, et al.,<br><br>                    Plaintiffs,<br><br>    v.<br><br>TWITTER, INC., et al.,<br><br>                    Defendants. | Case No. 21-cv-08378-JD<br><br>**DEFENDANTS' MOTION TO ENLARGE TIME TO RESPOND TO THE AMENDED COMPLAINT AND TO OPPOSE PLAINTIFF TRUMP'S MOTION FOR PRELIMINARY INJUNCTION; ADMINISTRATIVE MOTION TO MODIFY PAGE LIMITATION** |

Pursuant to Local Civil Rules 6-3 and 7-11, Defendants Twitter, Inc. ("Twitter") and Jack Dorsey respectfully request that the deadline for their motion to dismiss Plaintiffs' Amended Complaint, and the deadline for Twitter's opposition to Plaintiff Donald J. Trump's motion for a preliminary injunction, be extended by <u>one week</u>, until November 18, 2021.  Defendants relatedly request that the page limits on their memoranda in support of their motion to dismiss and in Twitter's opposition to Mr. Trump's motion for preliminary injunction be enlarged to 25 pages each (exclusive of title page, index of cases, table of contents, exhibits, and affidavits).  In support of this motion, Defendants state as follows:

## BACKGROUND

On July 7, 2021, Mr. Trump and several other parties filed this putative class action in the U.S. District Court for the Southern District of Florida.  Dkt. 1.  They never served the Complaint on Defendants.  On July 27, 2021, Plaintiffs filed an Amended Complaint, adding several additional plaintiffs and two additional claims.  Dkt. 21.  It would be more than a month before Plaintiffs made any effort to serve the Amended Complaint.

On September 1, 2021, Defendants offered to waive service under Fed. R. Civ. P. 4(d), and the following day each of them provided such waivers to Plaintiffs' counsel.  The waivers of service operated to establish Defendants' deadline to answer or otherwise respond to the Amended Complaint as November 1, 2021.  Dkts. 45-46.

On September 1, 2021, Twitter filed a motion to transfer the case to the Northern District of California pursuant to 28 U.S.C. § 1404(a).  Dkt. 41.

Nearly three months after the initial Complaint was filed, on October 1, 2021, Mr. Trump filed a motion for preliminary injunction.  Dkt. 62.

Twitter then filed, with Plaintiffs' consent, a motion proposing that further briefing on Mr. Trump's motion for preliminary injunction be postponed until after resolution of Twitter's not-yet-filed motion to dismiss, which at the time was due by November 1, 2021.  Dkt. 64.

The district court in Florida subsequently set the deadlines for Defendants' response to the Amended Complaint and Twitter's opposition to the preliminary injunction for November 11, 2021.  Dkt. 69, 86.

Because the Amended Complaint raises several constitutional and statutory issues on behalf of seven separate plaintiffs, and because the memorandum accompanying Mr. Trump's motion for preliminary injunction was itself nearly 30 pages, Twitter asked the district court in Florida to permit, and that court granted an order allowing, Defendants' memorandum in support of their forthcoming motion to dismiss and Twitter's forthcoming opposition to Mr. Trump's motion for preliminary injunction to be somewhat longer than permitted under that court's local rules—*i.e.*, up to a total of 30 pages each, rather than the default limit of 20 pages. Dkt. 69, 86.

On October 26, 2021, the district court for the Southern District of Florida granted Twitter's motion to transfer, and on October 28, 2021, the case was transferred to the Northern District of California. Dkt. 87.

On November 3, 2021, this case was assigned to Judge James Donato for all further proceedings. Dkt. 104. Following transfer, the parties have conferred, and Plaintiff Donald J. Trump has indicated his intention to proceed in this Court with his motion for preliminary injunction, without refiling the motion to conform it to the local rules of this District or the standing orders of this Court.

To the extent that the schedule set in the Southern District of Florida remains in force in this Court, which Defendants conservatively assume to be the case for purposes of this Motion, the current deadline for Defendants' motion to dismiss and for Twitter's opposition to Mr. Trump's motion for preliminary injunction is November 11, 2021.

Counsel for Defendants and counsel for Plaintiffs have met and conferred regarding the relief sought by this Motion. Rather than consent to the seven-day extension that Defendants request, Plaintiffs instead insisted on a *much more elongated* schedule in which Defendants' motion to dismiss and Twitter's opposition to Mr. Trump's motion for preliminary injunction would not be filed until January 3, 2022, and briefing on those motions would not be completed until March 3, 2022. The reasons Plaintiffs offered for such a stretched-out schedule are (a) that they intend to move to have this action consolidated with a similar action involving Mr. Trump (but mostly different other parties) that is pending before Judge Jeffrey White and (b) that they want to postpone briefing in this case until after briefing of motions to dismiss and for preliminary

injunction that are expected or pending *in that case* is completed.

## ARGUMENT

As noted, to the extent the schedule set by the district court in Florida is still operative, Defendants respectfully request that this Court extend by one week the deadline to file Defendants' motion to dismiss and Twitter's opposition to Mr. Trump's preliminary injunction motion. Defendants seek the additional time in order to evaluate and modify their arguments to account for Ninth Circuit precedent, and to update their motions to comply with the Local Rules of this district and Judge Donato's standing order. Defendants would suffer substantial prejudice if the Court does not grant the extension, as there are multiple issues related to each of Plaintiffs' claims that Defendants require time to address. Defendants' modest requested extension will not change any other deadlines in this case. The proposed extension will not alter any deadlines in the Reassignment Order Setting a Case Management Conference (Dkt. 109), nor will it continue any existing hearing dates.

Further, given the number of issues raised by the Amended Complaint and Mr. Trump's motion for preliminary injunction, Defendants request that the page limits on their memoranda in support of their motion to dismiss and in opposition to Mr. Trump's motion for preliminary injunction be enlarged to 25 pages each (exclusive of title page, index of cases, table of contents, exhibits, and affidavits). This will allow the parties to more comprehensively assist the Court in resolving the issues raised. The requested enlargement will also ensure that Twitter has roughly equal space for its opposition as Plaintiffs used in their nearly 30-page preliminary injunction motion.

Granting this motion will not cause any delay that will prejudice Plaintiffs. In fact, as noted above, Plaintiffs' counsel have repeatedly proposed (as recently as this evening) that a briefing schedule under which Twitter's opposition to Mr. Trump's motion for preliminary injunction and Defendants' motion to dismiss would not be filed until nearly two months from now—on either December 31, 2021 or January 3, 2022.

Defendants made reasonable efforts to obtain consent or a stipulation from Plaintiffs regarding the enlargement of time and the modification of page limits sought by this motion.

Specifically, on November 3, 2021, within hours of the case being assigned to Judge Donato, Counsel for Defendants contacted Counsel for Plaintiffs via email requesting that Plaintiffs consent or stipulate to this modest relief.   The next morning, one of Plaintiffs' counsel stated via email that she would respond to Defendants' stipulation request by 5 p.m. PT.   That evening, Plaintiffs refused to consent or stipulate to the extension of time, although Plaintiffs did propose that Defendants be permitted to file a single, combined brief of up to 35 pages in support of both their motion to dismiss and in opposition to Mr. Trump's preliminary injunction motion.

Accordingly, Defendants respectfully request that their deadline to file their motion to dismiss and Twitter's opposition to Mr. Trump's preliminary injunction be extended up to and including November 18, 2021, and that the page limits for Defendants' memorandum in support of their motion to dismiss and Twitter's opposition to Mr. Trump's preliminary injunction motion be modified to 25 pages each (exclusive of title page, index of cases, table of contents, exhibits, and affidavits).

Dated: November 4, 2021                                   Respectfully Submitted,

                                                          /s/ Patrick Carome

                                                          PATRICK J. CAROME (*pro hac vice*)
                                                          patrick.carome@wilmerhale.com
                                                          ARI HOLTZBLATT (*pro hac vice*)
                                                          ari.holtzblatt@wilmerhale.com
                                                          WILMER CUTLER PICKERING
                                                            HALE AND DORR LLP
                                                          1875 Pennsylvania Avenue, NW
                                                          Washington, D.C. 20006
                                                          Telephone:  (202) 663-6000
                                                          Facsimile:  (202) 663-6363

                                                          FELICIA H. ELLSWORTH (*pro hac vice*)
                                                          felicia.ellsworth@wilmerhale.com
                                                          WILMER CUTLER PICKERING
                                                            HALE AND DORR LLP
                                                          60 State Street
                                                          Boston, MA 02109
                                                          Telephone: (617) 526-6000

THOMAS G. SPRANKLING
CA Bar No. 294831
thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6062
Facsimile:  (650) 858-6100

*Attorneys for Defendants Twitter, Inc. and Jack Dorsey*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2021, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated:   November 4, 2021                             By:       /s/ *Patrick J. Carome*
                                                                         Patrick J. Carome