PATRICK J. CAROME (*pro hac vice*)
patrick.carome@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

FELICIA H. ELLSWORTH (*pro hac vice*)
felicia.ellsworth@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (202) 663-6363

THOMAS G. SPRANKLING
CA Bar No. 294831
thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6062
Facsimile:  (650) 858-6100

*Attorneys for Defendants*
**TWITTER, INC. and JACK DORSEY**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD J. TRUMP, *et al.*,<br><br>            Plaintiffs,<br><br>  v.<br><br>TWITTER, INC., *et al.*,<br><br>            Defendants. | Case No. 21-cv-08378-JD<br><br>**CAROME DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO ENLARGE TIME AND TO MODIFY PAGE LIMITATION** |

**DECLARATION OF PATRICK J. CAROME**

I, Patrick J. Carome, declare and state as follows:

1. I am an attorney licensed to practice law in the District of Columbia, have been admitted to appear *pro hac vice* in this action, and am one of the counsel of record for Defendants Twitter, Inc. and Jack Dorsey in this action. I submit this Declaration in support of (1) Defendants' motion for enlargement of time to file Defendants' motion to dismiss and Twitter's opposition to Plaintiff Donald J. Trump's preliminary injunction motion and (2) Defendants' administrative motion to modify Defendants' page limits on their memorandum of law in support of their motion to dismiss and Twitter's page limits on its memorandum in opposition to Mr. Trump's preliminary injunction motion.

2. Defendants request a one-week extension to allow them to properly evaluate and modify their arguments to account for Ninth Circuit precedent, and to update their papers to comply with the Local Rules of this District and the Court's standing order.

3. I believe Defendants would face substantial harm if the extension was not granted, as there are multiple issues related to each of Plaintiffs' claims that Defendants require time to address. On the other hand, Plaintiffs would not be prejudiced by the slight delay that would result from granting this motion. Indeed, on November 1, 2021, Plaintiffs' counsel proposed to Defendants' counsel that the parties stipulate to postponing the filing of Twitter's opposition to Mr. Trump's motion for preliminary injunction and the filing of Twitter's motion to dismiss by nearly two months—until approximately December 31, 2021. And on November 4, 2021, Plaintiffs' counsel proposed to Defendants' counsel in writing that those filings be postponed until January 3, 2022, and that briefing on the motions not be completed until March 3, 2022.

4. Defendants' requested extension would not change any other deadlines in this case. The proposed extension would not alter any deadlines in the Reassignment Order Setting a Case Management Conference (Dkt. 109), nor would it continue any hearing dates.

5. Defendants made the following efforts to secure an extension and modification of page limits by stipulation: On November 3, 2021, soon after the case was assigned to Judge Donato, I

contacted Counsel for Plaintiffs, Marie Fiala, via email at 4:55 p.m. PT, seeking to stipulate to a one-week extension to the briefing schedule for Defendants' motion to dismiss and opposition to Mr. Trump's preliminary injunction motion. That email also sought a stipulation regarding Defendants' request to modify the page limit for Defendants' motion to dismiss and Twitter's opposition to the motion for preliminary injunction to 25 pages and offered to stipulate to a reciprocal modification for Plaintiffs' opposition to the motion to dismiss. The following morning (earlier today), at 10:13 a.m. PT, Ms. Fiala told me via email that she would respond to Defendants' stipulation request by 5 p.m. PT.

6. At 4:51 p.m. PT today, by way of email, Plaintiffs' counsel declined to stipulate to Twitter's request for an extension and its proposed page-limit modifications. Instead, Plaintiffs' counsel insisted on a *much more elongated* schedule in which Defendants' motion to dismiss and Twitter's opposition to Mr. Trump's motion for preliminary injunction would not be filed until January 3, 2022, and briefing on those motions would not be completed until March 3, 2022. Plaintiffs also proposed that the Defendants be permitted to file a single, combined brief of up to 35 pages in support of both their motion to dismiss and in opposition to Mr. Trump's preliminary injunction motion. The reasons Plaintiffs offered for such a stretched-out schedule is that they intend to move to have this action consolidated with a similar action involving Mr. Trump (but mostly different other parties) that is pending before Judge Jeffrey White and that they want to postpone briefing in this case until after briefing of motions to dismiss and for preliminary injunction in that case is completed.

7. Finally, scheduling has previously been modified in this case as follows:

8. **August 27, 2021**: Judge Robert N. Scola of the United States District Court for the Southern District of Florida granted a motion by the United States to stay its deadline to intervene in the case under Fed. R. Civ. P. 5.1(c). Dkt. 36. At the United States' request, this Court ordered the United States to file any notice of intervention by November 18, 2021. Dkt. 120.

9. **September 10, 2021:** Judge Scola granted Plaintiffs' motion for extension of time to respond to Twitter, Inc.'s motion to transfer from September 15, 2021 to September 22, 2021.

Twitter's deadline to file its reply was accordingly extended from September 30, 2021 to October 7, 2021.  Dkt. 50.

10.  **October 12, 2021:**  Judge Scola granted in part Twitter's consent motion for extension of time to respond to Plaintiff Donald J. Trump's motion for preliminary injunction, and directed Twitter to file its response by November 11, 2021.  Dkt. 69.

11.  **October 21, 2021**:  Judge Scola granted Defendants' consent motion for extension of time to respond to the Amended Complaint from November 1, 2021 to November 11, 2021.  Dkt. 86.

I declare under penalty of perjury that the foregoing is true and correct.  This declaration was executed on November 4, 2021 in Rock Hall, Maryland.

By:    /s/ *Patrick J. Carome*
       Patrick J. Carome