PATRICK J. CAROME (*pro hac vice*)
patrick.carome@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

FELICIA H. ELLSWORTH  (*pro hac vice*)
felicia.ellsworth@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (202) 663-6363

THOMAS G. SPRANKLING
CA Bar No. 294831
thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6062
Facsimile:  (650) 858-6100

*Attorneys for Defendants*
**TWITTER, INC., and JACK DORSEY**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DONALD J. TRUMP, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>TWITTER, INC., *et al.*,<br><br>    Defendants. | Case No. 21-cv-08378-JD<br><br>**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO ENLARGE TIME TO RESPOND TO THE AMENDED COMPLAINT AND TO OPPOSE PLAINTIFF TRUMP'S MOTION FOR PRELIMINARY INJUNCTION AND ADMINISTRATIVE MOTION TO MODIFY PAGE LIMITATION** |

1   Defendants have filed a motion to enlarge their time to respond to Plaintiffs' amended complaint and Plaintiff Donald J. Trump's preliminary injunction motion, as well as to modify the page limitations on Defendants' forthcoming motion to dismiss and Twitter's opposition to Mr. Trump's motion for preliminary injunction.  Having considered the motion and all materials submitted in relation thereto, and good cause having been shown,

IT IS HEREBY ORDERED that Defendants' motion to dismiss and memorandum in support thereof, and Twitter's opposition to Mr. Trump's motion for preliminary injunction shall be filed by November 18, 2021.

IT IS FURTHER ORDERED that the Defendants' memorandum in support of their motion to dismiss and Twitter's opposition to Mr. Trump's preliminary injunction motion may be up to 25 pages each (exclusive of title page, index of cases, table of contents, exhibits, and affidavits).

**IT IS SO ORDERED.**

Dated: _____        _____
                                             James Donato
                                             UNITED STATES DISTRICT JUDGE