# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that_____

_____ Mr. Frank C Dudenhefer Jr _____

whose address is_____ 2721 Saint Charles Ave Apt 2A _____

_____ New Orleans, LA 70130 _____

is a member in good standing of the Louisiana State Bar Association as of this date, and that

said person was duly admitted to practice in the courts of the State of Louisiana on the

_____ 11th _____ day of ___ September ___, 1970 ___.

Given over my hand and the Seal of the Louisiana State Bar Association, this____ 14th ____

day of____ October ____, 2021 ____.

_____

Executive Director
Louisiana State Bar Association