| | |
|---|---|
| JOHN P. COALE *(pro hac vice)* <br> 2901 Fessenden Street NW <br> Washington, DC 20008 <br> Telephone: (202) 255-2096 <br> Email: johnpcoale@aol.com <br><br> JOHN Q. KELLY *(pro hac vice)* <br> THE KELLY GROUP, P.C. <br> 516 Fifth Avenue <br> New York, NY 10036 <br> Telephone: (212) 704-0500 <br> Email: jqkelly@ibolaw.com <br><br> FRANK C. DUDENHEFER , JR. *(pro hac vice pending)* <br> THE DUDENHEFER LAW FIRM L.L.C. <br> 2721 Saint Charles Avenue, Suite 2A <br> New Orleans, LA 70130 <br> Telephone: (504) 616-5226 <br> Email: fcdlaw@aol.com | ANDREI POPOVICI (234820) <br> MARIE FIALA (79676) <br> LAW OFFICE OF ANDREI D. POPOVICI, P.C. <br> 2121 North California Blvd. #290 <br> Walnut Creek, CA 94596 <br> Telephone: (650) 530-9989 <br> Facsimile: (650) 530-9990 <br> Email: andrei@apatent.com <br> Email: marie@apatent.com <br><br> MARIA CRISTINA ARMENTA (177403) <br> CREDENCE ELIZABETH SOL (219784) <br> ARMENTA & SOL, PC <br> 11440 West Bernardo Court, Suite 300 <br> San Diego, CA 92127 <br> Tel.: 858-753-1724 <br> Fax: 310-695-2560 <br> Email: cris@crisarmenta.com <br> Email: credence@crisarmenta.com |

*[Additional Counsel on Signature Page]*

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States, LINDA CUADROS, AMERICAN CONSERVATIVE UNION, INDIVIDUALLY, AND ON BEHALF OF THOSE SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> TWITTER INC. and JACK DORSEY, <br><br> Defendants. | Civ. No: 3:21-cv-08378-JD <br><br> **DECLARATION OF M. CRIS ARMENTA IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO ENLARGE TIME, SET BRIEFING SCHEDULE, AND MODIFY PAGE LIMITS** <br><br> Hon. James Donato |

## DECLARATION OF M. CRIS ARMENTA

I, M. Cris Armenta, declare as follows:

1. I am an attorney admitted to practice before this Court and am a member in good standing with the State Bar of California. I am admitted to practice before this Court. I am a shareholder of Armenta & Sol, PC, counsel for the Plaintiffs in this action. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify as follows.

2. On November 4, 2021, I entered an appearance on behalf of the Plaintiffs in this action. On the same day, I was e-served with the Defendant's Administrative Motion to Enlarge Time and to Modify Page Limitation. On behalf of the Plaintiffs, I agree to Defendants' request with respect to modifying the page limitations and suggest that the increased page limitation should apply to all briefs filed in connection with the anticipated Motion to Dismiss and the Motion for Preliminary Injunction. I also suggest that the Motion for Preliminary Injunction, which was filed prior to the transfer of the case to this district, should stand as the moving papers before this Court. Further, because the issues to be resolved by the Court in the Motion to Dismiss and Motion for Preliminary Injunction will have a significant effect on the trajectory of the case, I suggest that the Rule 26 requirements re Initial Disclosures be deferred until after those two motions have been ruled upon by this Court.

3. Through a meet and confer process, I proposed stipulating to the following relief and schedule to counsel for the Defendants:

   a. That the Motion for Preliminary Injunction, filed prior to the transfer of this case to this district, Docket No. 62, be considered the moving papers before this Court;

   b. That the time for Defendants' Motion to Dismiss be extended to December 9, 2021;

   c. That Defendants' Opposition to the Motion for Preliminary Injunction be due on December 9, 2021;

   d. That the Plaintiffs' Reply re the Motion for Preliminary Injunction be due on January 13, 2022;

   e. That Defendant's Opposition to the Motion to Dismiss be due on January 13, 2022;

   f. That the Plaintiffs' Reply to the Motion to Dismiss be due February 4, 2022;

   g. That the hearing on the Motion to Dismiss and the Motion for Preliminary Injunction be set for the first available hearing date on or after February 18, 2022.

   h. That the page limits for all above briefs be extended to 25 pages (exclusive of title page, index of cases, table of contents, exhibits, and affidavits or declarations).

   i. That the parties' obligations to make initial disclosures pursuant to Rule 26 shall be deferred until after the Motion for Preliminary Injunction and Motion to Dismiss have been ruled upon by this Court.

  4. This enlargement of time is requested because there are two other pending class actions that may be related or subject to a motion for consolidation with this case. The first of those cases, *Trump, et al. v. YouTube, et al.*, Civ. No. 21-cv-08009-JSW, was transferred to this district first and assigned to the Hon. Jeffrey S. White. The parties in this case and in the *YouTube* class action will be briefing substantially the same motions for preliminary injunction and anticipated motions to dismiss. Judge White has already entered a stipulated scheduling order for briefing on the motion for preliminary injunction and motion to dismiss that is very similar to what is proposed above for this case. Plaintiffs shortly will bring an administrative motion under Local Rule 3-12(b) to determine whether these cases should be related. In the alternative, Plaintiffs will bring a motion to consolidate the cases under Fed. R. Civ. Proc. 42(a). In the event the cases are related or consolidated and thus re-assigned to Judge White, it would be efficient and logical to order parallel briefing schedules. The second class action noted above, *Trump, et al., v. Facebook, et al.*, Civ. No. 1:21-cv-22440-KMW, is presently pending in the U.S. District Court for the Southern District of Florida. Defendants have moved to transfer that action to this Court. In the event the motion to transfer is granted, Plaintiffs will seek a determination that the *Facebook* case also should be related to or consolidated with the *YouTube* and *Twitter* actions.

5.      In addition, Plaintiffs respectfully submit that they need the requested additional time and pages for briefing on the Motion for Preliminary Injunction and Motion to Dismiss in order to adequately address the multiple complex arguments and issues presented by those motions.  Increasing the page limits to 25 pages per brief also will allow the parties to more comprehensively discuss the issues, this assisting the Court in rendering its decision.  Plaintiffs will suffer substantial prejudice if the Court does not grant the requested relief.

6.      I have met and conferred with counsel for the Defendants.  Defense counsel does not oppose this request for the Court to enter the schedule and the relief set forth above.  Defense counsel also indicates that, if the Court needs further time to consider this request, he does not oppose the Court entering an interim order for more limited relief sought by Defendant's administrative motion which is not inconsistent with the Plaintiffs' request. A true and correct copy of our email correspondence, dated November 5, 2021, is attached hereto as Exhibit A.

7.      I have also begun the meet and confer process concerning the relatedness and consolidation issues with defense counsel in this case and in the *YouTube* matter, and have not yet received their final responses.

I hereby declare under the laws of the State of California and the United States of America that the foregoing is true and accurate and that this declaration was executed on November 6, 2021, in San Diego, California.

/s/ *M. Cris Armenta*

_____
M. Cris Armenta