| | | |
|---|---|---|
| 1 | JOHN P. COALE *(pro hac vice)* | ANDREI POPOVICI (234820) |
| 2 | 2901 Fessenden Street NW | MARIE FIALA (79676) |
|   | Washington, DC 20008 | LAW OFFICE OF ANDREI D. POPOVICI, P.C. |
| 3 | Telephone: (202) 255-2096 | 2121 North California Blvd. #290 |
|   | Email: johnpcoale@aol.com | Walnut Creek, CA 94596 |
| 4 | | Telephone: (650) 530-9989 |
| 5 | JOHN Q. KELLY *(pro hac vice)* | Facsimile: (650) 530-9990 |
|   | THE KELLY GROUP, P.C. | Email: andrei@apatent.com |
| 6 | 516 Fifth Avenue | Email: marie@apatent.com |
|   | New York, NY 10036 | |
| 7 | Telephone: (212) 704-0500 | MARIA CRISTINA ARMENTA (177403) |
|   | Email: jqkelly@ibolaw.com | CREDENCE ELIZABETH SOL (219784) |
| 8 | | ARMENTA & SOL, PC |
| 9 | FRANK C. DUDENHEFER, JR. *(pro hac vice pending)* | 11440 West Bernardo Court, Suite 300 |
|   | THE DUDENHEFER LAW FIRM L.L.C. | San Diego, CA 92127 |
| 10 | 2721 Saint Charles Avenue, Suite 2A | Tel.: 858-753-1724 |
|   | New Orleans, LA 70130 | Fax: 310-695-2560 |
| 11 | Telephone: (504) 616-5226 | Email: cris@crisarmenta.com |
| 12 | Email: fcdlaw@aol.com | Email: credence@crisarmenta.com |

*[Additional Counsel on Signature Page]*

Attorneys for Plaintiffs
DONALD J. TRUMP, the Forty-Fifth President of the United States, LINDA CUADROS, AMERICAN CONSERVATIVE UNION, INDIVIDUALLY, AND ON BEHALF OF THOSE SIMILARLY SITUATED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States, LINDA CUADROS, AMERICAN CONSERVATIVE UNION, INDIVIDUALLY, AND ON BEHALF OF THOSE SIMILARLY SITUATED<br><br>Plaintiffs,<br>v.<br>TWITTER INC. and JACK DORSEY,<br>Defendants. | Case No: 3:21-cv-08378-JD<br><br>**ATTORNEY ATTESTATION UNDER LR 5-1(H)(3)**<br><br>Hon. James Donato |

1 | **ATTORNEY ATTESTATION**

2  I, Andrei D. Popovici, am the ECF user whose user ID and password are being used to file this document.  Pursuant to N.D. Cal. Civil L.R. 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: November 6, 2021

By:  */s/ Andrei D. Popovici*
     Andrei D. Popovici

MICHAEL J. JONES *(pro hac vice)*
RYAN TOUGIAS *(pro hac vice)*
IVEY, BARNUM & O'MARA
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000

RICHARD POLK LAWSON *(pro hac vice pending)*
GARDNER BREWER MARTINEZ MONFORT
400 North Ashley Drive
Suite 1100
Tampa, FL 33602
Telephone: (813) 221-9600
Facsimile: (813) 221-9611
Email: rlawson@gbmmlaw.com

*Attorneys for Plaintiffs*

ATTORNEY ATTESTATION UNDER LR 5-1(H)(3)                                      Case No. 3:21-cv-08378-JD