# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States, LINDA CUADROS, AMERICAN CONSERVATIVE UNION, INDIVIDUALLY, AND ON BEHALF OF THOSE SIMILARLY SITUATED<br><br>Plaintiffs,<br>v.<br><br>TWITTER INC. and JACK DORSEY,<br><br>Defendants. | Civ. No: 3:21-cv-08378-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO ENLARGE TIME, SET BRIEFING SCHEDULE, AND MODIFY PAGE LIMITS** |

[PROPOSED] ORDER

# [PROPOSED] ORDER

The Court having received Plaintiffs' Unopposed Administrative Motion to Enlarge Time, Set Briefing Schedule, and Modify Page Limits; the Court having considered all the papers filed in connection with the motion; and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. Plaintiffs' Motion for Preliminary Injunction (Dkt. 62), filed in the Southern District of Florida prior to the transfer of this action to this district, shall constitute the moving papers in support of Plaintiffs' Motion for Preliminary Injunction before this Court;

2. The time for Defendants to file their Motion to Dismiss the Amended Complaint is extended from November 11, 2021 to December 9, 2021;

3. Defendants' Opposition to the Motion for Preliminary Injunction shall be filed no later than December 9, 2021;

4. Plaintiffs' Reply in support of the Motion for Preliminary Injunction shall be filed no later than January 13, 2022;

5. Plaintiffs' Opposition to the Motion to Dismiss shall be filed no later than January 13, 2022;

6. Plaintiffs' Reply in support of the Motion to Dismiss shall be filed no later than February 4, 2022;

7. The hearing on the Motion to Dismiss and the Motion for Preliminary Injunction shall be set on the first available date on or after February 18, 2022; and

8. The page limits for all of the above briefs shall be extended to 25 pages (exclusive of title page, index of cases, table of contents, exhibits, and affidavits or declarations).

9. The parties' obligations to make initial disclosures pursuant to Fed. R. Civ. P. 26 shall be deferred until after the Motion for Preliminary Injunction and Motion to Dismiss have been ruled upon by this Court.

**SO ORDERED**.

Dated: _____     _____
                                    HON. JAMES DONATO
                                    UNITED STATES DISTRICT JUDGE