PATRICK J. CAROME (*pro hac vice*)
patrick.carome@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

THOMAS G. SPRANKLING
CA Bar No. 294831
thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6062
Facsimile: (650) 858-6100

FELICIA H. ELLSWORTH (*pro hac vice*)
felicia.ellsworth@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (202) 663-6363

***Attorneys for Defendants***
**TWITTER, INC., and JACK DORSEY**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD J. TRUMP, *et al.*,<br><br>           Plaintiffs,<br><br>      v.<br><br>TWITTER, INC., *et al.*,<br><br>           Defendants. | Case No. 21-cv-08378-JD<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION** |

In response to Plaintiffs' Administrative Motion (Dkt. 124) and in further support of Defendants' Administrative Motion (Dkt. 121), Defendants Twitter, Inc. and Jack Dorsey ("Defendants"), through their undersigned counsel, state as follows:

1.      While it is correct that Defendants do not oppose the relief sought by Plaintiffs' Administrative Motion, Defendants wish to make clear to the Court that Defendants are neutral as to whether the Court either (A) enters the elongated briefing schedule proposed by Plaintiffs or (B) simply grants Defendants the modest one-week extension proposed by Defendants.

2. Because Plaintiffs have now confirmed that they do not oppose, at least as an interim measure, the limited relief sought by Defendants' Administrative Motion, and because the current deadline for Defendants' response to the Amended Complaint and opposition to Mr. Trump's motion for preliminary injunction is imminent—i.e., Thursday, November 11, 2021— Defendants respectfully request that the Court grant at least that limited relief as soon as feasible.

3. Defendants do not agree with the stated premise for Plaintiffs' request for the elongated briefing schedule they have proposed. That premise is that the present action should be deemed to be either related to, or consolidated with, a different action that a different set of plaintiffs has filed against two entirely different defendants, namely *Trump, et al. v. YouTube, et al.*, Civ. No. 21-cv-08009-JSW. Defendants disagree that the two actions satisfy the applicable standards for relatedness or consolidation, as Defendants will explain in opposing any such motions should Plaintiffs proceed to file them.

Dated: November 8, 2021

THOMAS G. SPRANKLING
CA Bar No. 294831
thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6062
Facsimile: (650) 858-6100

Respectfully Submitted,

/s/ Patrick Carome
PATRICK J. CAROME (*pro hac vice*)
patrick.carome@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

FELICIA H. ELLSWORTH (*pro hac vice*)
felicia.ellsworth@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

*Attorneys for Defendants Twitter, Inc. and
  Jack Dorsey*

# CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2021, I electronically filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to all registered counsel.

Dated:   November 8, 2021                              By:   /s/ *Patrick J. Carome*
                                                                          Patrick J. Carome