UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONALD J. TRUMP, *et al.*
        Plaintiff(s),

v.

TWITTER, INC., *et al.*
        Defendant(s).

Case No: 3:21-cv-08378-TSH

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Richard P. Lawson, an active member in good standing of the bar of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Andrei D. Popovici, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 400 N. Ashley Drive, Suite 1100<br>Tampa, FL 33602 | 2121 North California Blvd., #290<br>Walnut Creek, CA 94596 |
| MY TELEPHONE # OF RECORD:<br>(813) 221-9600 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (650) 530-9989 |
| MY EMAIL ADDRESS OF RECORD:<br>rlawson@gbmmlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>andrei@apatent.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 165085.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/18/21

                                                   Richard P. Lawson
                                                   APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Richard P. Lawson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/9/2021

                                                 UNITED STATES DISTRICT JUDGE *October 2012*

*PRO HAC VICE* APPLICATION & ORDER