| | | |
|---|---|---|
| 1 | JOHN P. COALE *(pro hac vice)* | ANDREI POPOVICI (234820) |
| 2 | 2901 Fessenden Street NW | MARIE FIALA (79676) |
|   | Washington, DC 20008 | LAW OFFICE OF ANDREI D. POPOVICI, |
| 3 | Telephone: (202) 255-2096 | P.C. |
|   | Email: johnpcoale@aol.com | 2121 North California Blvd. #290 |
| 4 | | Walnut Creek, CA 94596 |
|   | JOHN Q. KELLY *(pro hac vice)* | Telephone: (650) 530-9989 |
| 5 | MICHAEL J. JONES *(pro hac vice)* | Facsimile: (650) 530-9990 |
|   | RYAN TOUGIAS *(pro hac vice)* | Email: andrei@apatent.com |
| 6 | IVEY, BARNUM & O'MARA, LLC | Email: marie@apatent.com |
| 7 | 170 Mason Street | |
|   | Greenwich, CT 06830 | MARIA CRISTINA ARMENTA (177403) |
| 8 | Telephone: (203) 661-6000 | CREDENCE ELIZABETH SOL (219784) |
|   | Email: jqkelly@ibolaw.com | ARMENTA & SOL, PC |
| 9 | | 11440 West Bernardo Court, Suite 300 |
|   | FRANK C. DUDENHEFER , JR. *(pro hac* | San Diego, CA 92127 |
| 10 | *vice)* | Tel.: 858-753-1724 |
|   | THE DUDENHEFER LAW FIRM L.L.C. | Fax: 310-695-2560 |
| 11 | 2721 Saint Charles Avenue, Suite 2A | Email: cris@crisarmenta.com |
| 12 | New Orleans, LA 70130 | Email: credence@crisarmenta.com |
|   | Telephone: (504) 616-5226 | |
| 13 | Email: fcdlaw@aol.com | |

*[Additional Counsel on Signature Page]*

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States, LINDA CUADROS, AMERICAN CONSERVATIVE UNION, RAFAEL BARBOS, DOMINICK LATELLA, WAYNE ALAN ROOT, NAOMI WOLF, INDIVIDUALLY, AND ON BEHALF OF THOSE SIMILARLY SITUATED<br>  Plaintiffs,<br>  v.<br><br>TWITTER INC. and JACK DORSEY,<br>  Defendants. | Case No: 3:21-cv-08378-JD<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL AND NOTICE OF CHANGE OF COUNSEL**<br><br>Hon. James Donato |

1   PLEASE TAKE NOTICE, pursuant to Civil Local Rules 5-1(c)(2)(C) and 11-5, that Mr. Matthew Lee Baldwin (FL Bar No. 27463) of the law firm Vargas Gonzalez Baldwin Delombard, LLP has ceased to be involved with the present case, and is withdrawing as counsel of record for the Plaintiffs.  Mr. Baldwin should be removed from the Court's service list for the present case.  Plaintiffs continue to be represented by the attorneys listed on the caption page and signature page.

Dated: November 11, 2021           Respectfully submitted,

                                   LAW OFFICE OF ANDREI D. POPOVICI, P.C.

                                   By:  */s/ Andrei D. Popovici*
                                        Andrei D. Popovici (234820)
                                        andrei@apatent.com

                                   RICHARD POLK LAWSON *(pro hac vice)*
                                   GARDNER BREWER MARTINEZ MONFORT
                                   400 North Ashley Drive
                                   Suite 1100
                                   Tampa, FL 33602
                                   Telephone: (813) 221-9600
                                   Facsimile: (813) 221-9611
                                   Email: rlawson@gbmmlaw.com

                                   *Attorneys for Plaintiffs*