MICHAEL D. GRANSTON
    Deputy Assistant Attorney General
ERIC WOMACK
    Assistant Branch Director
JOSHUA M. KOLSKY
    joshua.kolsky@usdoj.gov
    D.C. Bar No. 993430
    Trial Attorney
    Civil Division, Federal Programs Branch
    P.O. Box 883
    Washington, D.C. 20044
    Telephone: (202) 305-7664
    Facsimile: (202) 616-8470

Counsel for the United States of America

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD TRUMP, et al.,<br><br>    *Plaintiffs*,<br><br>vs.<br><br>TWITTER, INC., et al.,<br><br>    *Defendants*. | Case No. 3:21-cv-8378-TSH<br><br>**NOTICE OF INTERVENTION AND ADMINISTRATIVE MOTION TO SET DEADLINE FOR THE UNITED STATES' MEMORANDUM IN DEFENSE OF 47 U.S.C. § 230(C)**<br><br>Action Filed: July 7, 2021<br>Trial Date: None Set |

Under Federal Rules of Civil Procedure 5.1(c) and 24(a)(1), and in accordance with the authorization of the Acting Solicitor General of the United States, the United States hereby intervenes in this action for the limited purpose of defending the constitutionality of Section 230(c) of the Communications Decency Act of 1996 ("CDA") (Pub. L. No. 104-104, § 509, codified at 47 U.S.C. § 230(c)).

On July 9, 2021, Plaintiffs filed a Notice of Constitutional Question pursuant to Federal Rule of Civil Procedure 5.1. ECF No. 5. By order dated July 21, 2021,

NOTICE OF INTERVENTION AND ADMINISTRATIVE MOTION TO SET DEADLINE FOR UNITED STATES' MEMO. IN DEFENSE OF 47 U.S.C. § 230(C)
Case No. 3:21-cv-8378-TSH

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**P.O. Box 883**
**Washington, DC 20044**
**Tel: (202) 305-7664**

the U.S. District Court for the Southern District of Florida certified a constitutional question to the U.S. Attorney General. ECF No. 18. On October 1, 2021, Plaintiffs filed a motion for preliminary injunction arguing, *inter alia*, that Section 230(c) of the Communications Decency Act of 1996 is unconstitutional. ECF No. 62. On November 4, 2021, the Court ordered that the United States may file a notice of intervention by November 18, 2021. ECF No. 120.

The United States is entitled to intervene in this action under the Federal Rules of Civil Procedure and by statute. Rule 5.1(c) permits the Attorney General to intervene in an action where, as here, the constitutionality of a federal statute is challenged. *See* Fed. R. Civ. P. 5.1(c). Rule 24 further permits a non-party to intervene when the non-party "is given an unconditional right to intervene by a federal statute." Fed. R. Civ. P. 24(a)(1). The United States has an unconditional statutory right to intervene "[i]n any action . . . wherein the constitutionality of any Act of Congress affecting the public interest is drawn in question[.]" 28 U.S.C. § 2403(a). In such an action, "the court . . . shall permit the United States to intervene . . . for argument on the question of constitutionality." *Id.* Here, Plaintiffs have "drawn in question" the constitutionality of 47 U.S.C. § 230(c), and the United States has an unconditional right to intervene to defend the statute.

The United States respectfully moves for an order setting December 9, 2021 as the deadline for the United States to file its memorandum in defense of 47 U.S.C. § 230(c). December 9 is the date that Defendants' response to Plaintiffs' motion for preliminary injunction is due, *see* ECF No. 126, and the United States seeks to align the briefing schedules for Defendants and the United States.

Undersigned counsel has conferred with counsel for Defendants about the relief sought herein. Counsel for Defendants stated that Defendants consent to the relief sought herein. Undersigned counsel contacted counsel for Plaintiffs on November 16 and requested Plaintiffs' position, but as of the date of filing, Plaintiffs' counsel has not provided that position.

NOTICE OF INTERVENTION AND ADMINISTRATIVE MOTION TO SET DEADLINE FOR
UNITED STATES' MEMO. IN DEFENSE OF 47 U.S.C. § 230(C) - - 2 -
Case No. 3:21-cv-8378-TSH

**U.S. DEPARTMENT OF JUSTICE**
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Tel: (202) 305-7664

WHEREFORE, the United States respectfully requests that the Court set the deadline for the United States to submit its memorandum in defense of 47 U.S.C. § 230(c) as December 9, 2021.

DATED: November 18, 2021      Respectfully submitted,

MICHAEL D. GRANSTON
Deputy Assistant Attorney General

ERIC WOMACK
Assistant Branch Director

JOSHUA M. KOLSKY
Trial Attorney

By:  /s/ *Joshua M. Kolsky*
        JOSHUA M. KOLSKY

U.S. Department of Justice
Counsel for the United States of America

NOTICE OF INTERVENTION AND ADMINISTRATIVE MOTION TO SET DEADLINE FOR UNITED STATES' MEMO. IN DEFENSE OF 47 U.S.C. § 230(C) - - 3 -
Case No. 3:21-cv-8378-TSH

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Tel: (202) 305-7664