MICHAEL D. GRANSTON
    Deputy Assistant Attorney General
ERIC WOMACK
    Assistant Branch Director
JOSHUA M. KOLSKY
    joshua.kolsky@usdoj.gov
    D.C. Bar No. 993430
    Trial Attorney
    Civil Division, Federal Programs Branch
    P.O. Box 883
    Washington, D.C.  20044
    Telephone:  (202) 305-7664
    Facsimile:  (202) 616-8470

Counsel for the United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD TRUMP, et al.,<br><br>    *Plaintiffs*,<br><br>vs.<br><br>TWITTER, INC., et al.,<br><br>    *Defendants*. | Case No. 3:21-cv-8378-TSH<br><br>**ATTORNEY DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION TO SET DEADLINE FOR THE UNITED STATES' MEMORANDUM IN DEFENSE OF 47 U.S.C. § 230(C)**<br><br>Action Filed: July 7, 2021<br>Trial Date: None Set |

ATTORNEY DECLARATION IN SUPPORT OF MOTION TO SET DEADLINE FOR THE UNITED STATES' MEMORANDUM IN DEFENSE OF 47 U.S.C. § 230(C)
No. 3:21-cv-8378-TSH

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**P.O. BOX 883**
**Washington, D.C.  20044**
**Tel: (202) 305-7664**

I, Joshua Kolsky, declare as follows:

1. I am counsel for the United States of America in respect of this action.

2. I submit this declaration in support of the Administrative Motion to Set Deadline for the United States' Memorandum in Defense of 47 U.S.C. § 230(c). I have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would testify competently to the matters set forth herein.

3. On July 9, 2021, Plaintiffs filed a Notice of Constitutional Question pursuant to Federal Rule of Civil Procedure 5.1. ECF No. 5.

4. By order dated July 21, 2021, the U.S. District Court for the Southern District of Florida certified a constitutional question to the U.S. Attorney General. ECF No. 18. On October 1, 2021, Plaintiffs filed a motion for preliminary injunction arguing, *inter alia*, that Section 230(c) of the Communications Decency Act of 1996 is unconstitutional. ECF No. 62. On November 4, 2021, the Court ordered that the United States may file a notice of intervention by November 18, 2021. ECF No. 120.

5. Defendants' response to Plaintiffs' motion for preliminary injunction is due on December 9, 2021. ECF No. 126.

6. Undersigned counsel has conferred with counsel for Defendants about the relief sought herein. Counsel for Defendants stated that Defendants consent to the relief sought herein. Undersigned counsel contacted counsel for Plaintiffs on November 16 and requested Plaintiffs' position, but as of the date of filing, Plaintiffs' counsel has not provided that position.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of November 2021, at Washington, D.C.

                By: */s/ Joshua Kolsky*
                    JOSHUA KOLSKY

ATTORNEY DECLARATION IN SUPPORT OF MOTION TO SET DEADLINE FOR THE UNITED STATES' MEMORANDUM IN DEFENSE OF 47 U.S.C. § 230(C)
No. 3:21-cv-8378-TSH

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**P.O. Box 883**
**Washington, DC 20044**
**Tel: (202) 305-7664**