# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD TRUMP, et al., <br><br> *Plaintiffs*, <br><br> vs. <br><br> TWITTER, INC., et al., <br><br> *Defendants*. | Case No. 3:21-cv-8378-TSH <br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SET DEADLINE FOR THE UNITED STATES' MEMORANDUM IN DEFENSE OF 47 U.S.C. § 230(C)** <br><br> Action Filed: July 7, 2021 <br> Trial Date: None Set |

Having considered the Administrative Motion to Set Deadline for the United States' Memorandum in Defense of 47 U.S.C. § 230(c), and all papers on file, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant Motion is GRANTED.

The Court orders as follows:

The United States shall have until December 9, 2021, to file a memorandum in defense of 47 U.S.C. § 230(c).

**IT IS SO ORDERED.**

Dated: _____                                            _____