| | |
|---|---|
| JOHN P. COALE *(pro hac vice)* <br> 2901 Fessenden Street NW <br> Washington, DC 20008 <br> Telephone: (202) 255-2096 <br> Email: johnpcoale@aol.com <br><br> JOHN Q. KELLY *(pro hac vice)* <br> MICHAEL J. JONES *(pro hac vice)* <br> RYAN TOUGIAS *(pro hac vice)* <br> IVEY, BARNUM & O'MARA, LLC <br> 170 Mason Street <br> Greenwich, CT 06830 <br> Telephone: (203) 661-6000 <br> Email: jqkelly@ibolaw.com <br><br> FRANK C. DUDENHEFER , JR. *(pro hac vice)* <br> THE DUDENHEFER LAW FIRM L.L.C. <br> 2721 Saint Charles Avenue, Suite 2A <br> New Orleans, LA 70130 <br> Telephone: (504) 616-5226 <br> Email: fcdlaw@aol.com | ANDREI POPOVICI (234820) <br> MARIE FIALA (79676) <br> LAW OFFICE OF ANDREI D. POPOVICI, P.C. <br> 2121 North California Blvd. #290 <br> Walnut Creek, CA 94596 <br> Telephone: (650) 530-9989 <br> Facsimile: (650) 530-9990 <br> Email: andrei@apatent.com <br> Email: marie@apatent.com <br><br> M. CRIS ARMENTA (177403) <br> CREDENCE ELIZABETH SOL (219784) <br> ARMENTA & SOL, PC <br> 11440 West Bernardo Court, Suite 300 <br> San Diego, CA 92127 <br> Tel.: 858-753-1724 <br> Fax: 310-695-2560 <br> Email: cris@crisarmenta.com <br> Email: credence@crisarmenta.com |

*[Additional Counsel on Signature Page]*

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States, LINDA CUADROS, AMERICAN CONSERVATIVE UNION, RAFAEL BARBOS, DOMINICK LATELLA, WAYNE ALAN ROOT, NAOMI WOLF, INDIVIDUALLY, AND ON BEHALF OF THOSE SIMILARLY SITUATED <br>                   Plaintiffs, <br> v. <br><br> TWITTER INC. and JACK DORSEY, <br>                   Defendants. | Case No: 3:21-cv-08378-JD <br><br> **AMERICAN CONSERVATIVE UNION'S CORPORATE DISCLOSURE STATEMENT AND PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES UNDER FRCP 7.1, LR 3-15** <br><br> Hon. James Donato |

1    Pursuant to FRCP 7.1, the undersigned certifies that Plaintiff American Conservative Union does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Pursuant to Civil LR 3-15, the undersigned certifies that the following persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities other than the parties themselves are known by Plaintiffs to have either (i) a financial interest in the subject matter in controversy or in a part to the proceeding, or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding: none.

Dated: December 1, 2021          Respectfully submitted,

ANDREI POPOVICI (234820)
MARIE FIALA (79676)
LAW OFFICE OF ANDREI D. POPOVICI, P.C.

By:   /s/ Andrei D. Popovici
      Andrei D. Popovici (234820)


JOHN P. COALE *(pro hac vice)*
2901 Fessenden Street NW
Washington, DC 20008
Telephone: (202) 255-2096
Email: johnpcoale@aol.com

JOHN Q. KELLY *(pro hac vice)*
MICHAEL J. JONES *(pro hac vice)*
RYAN TOUGIAS *(pro hac vice)*
IVEY, BARNUM & O'MARA, LLC
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000
Email: jqkelly@ibolaw.com

FRANK C. DUDENHEFER , JR. *(pro hac vice forthcoming)*
THE DUDENHEFER LAW FIRM L.L.C.
2721 Saint Charles Avenue, Suite 2A
New Orleans, LA 70130
Telephone: (504) 616-5226
Email: fcdlaw@aol.com

M. CRIS ARMENTA (177403)
CREDENCE ELIZABETH SOL (219784)
ARMENTA & SOL, PC
11440 West Bernardo Court, Suite 300
San Diego, CA 92127
Tel.: 858-753-1724
Fax: 310-695-2560
Email: cris@crisarmenta.com
Email: credence@crisarmenta.com

RICHARD POLK LAWSON *(pro hac vice)*
GARDNER BREWER MARTINEZ MONFORT
400 North Ashley Drive
Suite 1100
Tampa, FL 33602
Telephone: (813) 221-9600
Facsimile: (813) 221-9611
Email: rlawson@gbmmlaw.com

*Attorneys for Plaintiffs*

CORPORATE DISCLOSURE STATEMENT AND
CERTIFICATE OF INTERESTED PARTIES

Case No. 3:21-cv-0378-JD