JOHN P. COALE *(pro hac vice)*
2901 Fessenden Street NW
Washington, DC 20008
Telephone: (202) 255-2096
Email: johnpcoale@aol.com

JOHN Q. KELLY *(pro hac vice)*
MICHAEL J. JONES *(pro hac vice)*
RYAN TOUGIAS *(pro hac vice)*
IVEY, BARNUM & O'MARA, LLC
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000
Email: jqkelly@ibolaw.com
Email: mjones@ibolaw.com

FRANK C. DUDENHEFER , JR. *(pro hac vice)*
THE DUDENHEFER LAW FIRM L.L.C.
2721 Saint Charles Avenue, Suite 2A
New Orleans, LA 70130
Telephone: (504) 616-5226
Email: fcdlaw@aol.com

ANDREI POPOVICI (234820)
MARIE FIALA (79676)
LAW OFFICE OF ANDREI D. POPOVICI, P.C.
2121 North California Blvd. #290
Walnut Creek, CA 94596
Telephone: (650) 530-9989
Facsimile: (650) 530-9990
Email: andrei@apatent.com
Email: marie@apatent.com

M. CRIS ARMENTA (177403)
CREDENCE ELIZABETH SOL (219784)
ARMENTA & SOL, PC
11440 West Bernardo Court, Suite 300
San Diego, CA 92127
Tel.: 858-753-1724
Fax: 310-695-2560
Email: cris@crisarmenta.com
Email: credence@crisarmenta.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States, KELLY VICTORY, AUSTEN FLETCHER, AMERICAN CONSERVATIVE UNION, ANDREW BAGGIANI, MARYSE VERONICA JEAN-LOUIS, NAOMI WOLF, FRANK VALENTINE, INDIVIDUALLY, AND ON BEHALF OF THOSE SIMILARLY SITUATED,<br><br>   Plaintiffs,<br>   v.<br><br>YOUTUBE, LLC and SUNDAR PICHAI,<br><br>   Defendants. | Case No: 4-21-CV-08009-JSW<br><br>**DECLARATION OF M. CRIS ARMENTA IN SUPPORT OF PLAINTIFFS' MOTION TO CONSOLIDATE [FRCP 42(a)]**<br><br>Hon. Jeffrey S. White |

**DECLARATION OF M. CRIS ARMENTA**

I, M. Cris Armenta, declare as follows:

1. I am an attorney admitted to practice before this Court and am a member in good standing with the State Bar of California. I am a shareholder of Armenta & Sol, PC, counsel for the Plaintiffs in this action. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify as follows.

2. This motion asks the Court to consider whether the following cases should be consolidated under Rule 42(a) of the Federal Rules of Civil Procedure: (1) *Donald J. Trump, et al., v. YouTube, LLC*, et al., Civ. No: 4:21-cv-08009-JSW ("*YouTube*"); and (2) *Donald J. Trump, et al., v. Twitter, et al.,* Civ No. 3:21-cv-08378-JD; and (3) *Donald J. Trump, et al., v. Facebook, Inc.*, et al., Civ. No: 4:21-cv-09044-JSW ("*Facebook*"). All three of these cases were originally filed on July 7, 2021 in the Southern District of Florida and have now been transferred to the Northern District of California. The *Facebook* case was ordered transferred by the Southern District of Florida on November 19, 2021. Plaintiffs' Administrative Motion regarding the relatedness of the *Twitter* and *YouTube* cases was filed on November 9, 2021 and denied on November 30, 2021.

3. A true and correct copy of the First Amended Complaint in the *YouTube* case is attached hereto as Exhibit A.

4. A true and correct copy of the First Amended Complaint in the *Twitter* case is attached hereto as Exhibit B.

5. A true and correct copy of the First Amended Complaint in the *Facebook* case is attached hereto as Exhibit C.

6. Plaintiffs in each of the three cases filed Motions for Preliminary Injunctions on August 25, 2021 (*YouTube*), on October 2, 2021 (*Twitter)*, and on October 7, 2021 (*Facebook*). True and correct copies of the moving papers filed are attached as Exhibits D, E, and F.

7. Defendants have not yet pleaded or moved to dismiss in response to any of the First Amended Complaints.

8. Motions to dismiss are expected in all three cases, with the briefing schedules already set in the *YouTube* and *Twitter* cases. The *Facebook* case was assigned to Judge White on November 29, 2021, and no briefing schedule has been set yet in that case. *Facebook*, Dkt. 85. A true and correct copy of the docket entry for Dkt. 85 is attached hereto as Exhibit G. The briefing schedules are as follows:

|  | *YouTube* | *Twitter* | *Facebook* |
|---|---|---|---|
| Defendants' Motion to Dismiss | December 2, 2021 | December 9, 2021 |  |
| Defendants' Opposition to Motion for Preliminary Injunction | December 2, 2021 | December 9, 2021 |  |
| Plaintiffs' Reply re Motion for Preliminary Injunction | January 12, 2021 | January 10, 2022 |  |
| Plaintiffs' Opposition to Motion to Dismiss | January 12, 2022 | January 10, 2022 |  |
| Defendants' Reply re Motion to Dismiss | February 4, 2022 | January 24, 2022 |  |
| Hearing Date | TBA | February 24, 2022 |  |

9. Former President Donald J. Trump, the American Conservative Union, and journalist and author Dr. Naomi Wolf are plaintiffs common to the *YouTube* and *Twitter* cases. The *YouTube* Plaintiffs include five additional individual putative class members. Defendants are YouTube and Sundar Pichai, the CEO of YouTube's corporate parent. The *Twitter* Plaintiffs include four additional individual putative class members. Defendants are Twitter and Jack Dorsey, Twitter's CEO. The *Facebook* Plaintiffs include seven additional individual putative class members. Defendants are Facebook and Mark Zuckerberg, Facebook's CEO. Plaintiffs in all three cases seek to represent classes of social media users whose postings have been censored by Defendants because they express conservative views or question the policies and practices of government officials. Although Plaintiffs expect that the *YouTube*, *Twitter*, and *Facebook* class members overlap, it is currently impossible to determine the extent of that overlap. All Plaintiffs

1  have the same counsel and anticipate filing near-identical motions for the appointment of class
2  counsel and certification of the various classes.

3       10.     Plaintiffs' claims arose out of substantially the same operative facts in both cases.
4  Plaintiffs allege that government officials actively coerced, encouraged, and joined in
5  Defendants' censorship of Plaintiffs' speech and used federal legislation to allow Defendants,
6  acting as governmental surrogates, to block constitutionally protected speech with impunity.  *See,*
7  *e.g.*, *YouTube* First Am. Cmplt. ¶¶ 29-234; *Twitter* First Am. Cmplt. ¶¶ 27-167; *Facebook* First
8  Am. Cmplt. ¶¶ 28-186.

9       11.     The common legal issues in all three cases include:  (a) whether the government's
10 coercion and encouragement of and participation in Defendant' censorship subjects Defendants to
11 First Amendment constraints by virtue of the state action doctrine; (b) whether Defendants
12 therefore violated the First Amendment when they censored or banned Plaintiffs; (c) whether
13 Section 230(c) of the Communications Decency Act is unconstitutional as applied; (d) a conflicts
14 of law issue—i.e., whether the public policy of Florida is such that the Florida Deceptive and
15 Unfair Trade Practices Act applies, or whether the complaints should be amended to assert claims
16 under California's Unfair Competition Law, Section 17200 of the Business and Professions Code;
17 and (e) ) whether the social media account of a sitting President is to be treated as a "public
18 forum."

19      12.     On August 31, 2021, the *YouTube* Defendants filed "Defendant's Notice of
20 Pending, Refiled, Related, or Similar Actions" in Florida.  *YouTube,* Dkt. 53.  A true and correct
21 copy of Dkt. 53 is attached hereto as Exhibit H.

22      13.     The *Twitter* Defendants' reply brief in support of their Motion to Transfer Venue
23 filed in the Southern District of Florida advised the judge assigned to the *Twitter* case that another
24 judge in the district had already "transferr[ed] Plaintiff's nearly identical case against YouTube."
25 *Twitter*, Dkt. 65.  A true and correct copy of Dkt. 65 is attached hereto as Exhibit I.  Judge Scola
26 granted the motion, characterizing the *YouTube* case, which had already been the subject of a
27
28

DECL. OF M. CRIS ARMENTA ISO
PLAINTIFFS' MOTION TO
CONSOLIDATE                 3                                                       Civ. No: 4:21-cv-08009-JSW

1  successful motion to transfer, as "related." *Twitter*, Dkt. 88 (Order Granting Motion to Transfer).
2  A true and correct copy of Dkt. 88 is attached hereto as Exhibit J.
3      14.   In connection with briefing their motion to transfer in Florida, the Facebook
4  Defendants submitted Judge Scola's transfer order in the *YouTube* case, which they characterized
5  as follows:

> "On October 6, 2021, another court in this District agreed to transfer a near-
> identical lawsuit brought by Mr. Trump and other plaintiffs against YouTube,
> LLC and Sundar Pichai to the Northern District of California, rejecting the exact
> arguments that Plaintiffs make here.  See Order on Mot. to Transfer, Trump, et al.
> v. YouTube, LLC, et al., Case No.  21-22445-CIV-MOORE (D.E. 70) (attached
> as Ex. A).

*Facebook*, Dkt. 79.  A true and correct copy of Dkt. 79 is attached hereto as Exhibit K.

    15.   On Monday, November 29, 2021, I contacted defense counsel in this case and in the *Twitter* and *Facebook* actions to advise them that Plaintiffs would be bringing a motion to consolidate these three cases and asking for their position on the motion.  Defense counsel in all three cases responded in writing that they did not agree the cases should be consolidated.  I followed up with telephone calls to defense counsel in all three cases on Monday, November 29, 2021.  I spoke with counsel for Twitter and Facebook on November 29, 2021.  I spoke with counsel for YouTube on November 30, 2021.  During those phone calls, all three counsel indicated they did not consent to consolidation and would oppose consolidation.

    I hereby declare under the laws of the State of California and the United States of America that the foregoing is true and accurate and that this declaration was executed on December 1, 2021, in San Diego, California.

                                __/s/ *M. Cris Armenta*_____
                                M. Cris Armenta

DECL. OF M. CRIS ARMENTA ISO                                    Civ. No: 4:21-cv-08009-JSW
PLAINTIFFS' MOTION TO
CONSOLIDATE                         4