# EXHIBIT G

| 10/19/2021 | 85 | PAPERLESS ORDER. THIS MATTER is before the Court on 83 Defendants' Unopposed Motion, which seeks an extension of time to respond to 14 Plaintiffs' Amended Complaint and 78 Plaintiff Donald J. Trump's Motion for Preliminary Injunction, as well as permission to exceed the page limit in responding to the 78 Motion for Preliminary Injunction. <br><br> Upon review of the Motion and the record, it is **ORDERED AND ADJUDGED** that 83 Defendants' Unopposed Motion is **GRANTED IN PART AND DENIED IN PART**. Should the Court deny 75 Defendants' Motion to Transfer, then Defendants shall respond to both the 16 Amended Complaint and 78 Motion for Preliminary Injunction on or before **30 days** after the Court's ruling. Further, Defendants may each file a response to the 78 Motion for Preliminary Injunction that does not exceed **30 pages** in length. <br><br> Should the Court grant 75 Defendants' Motion to Transfer, and this case is transferred, the same scheduling changes and page limit extension shall apply unless the Northern District of California decides otherwise. Signed by Judge Kathleen M. Williams on 10/19/2021. (sgm) (Entered: 10/19/2021) |