| | |
|---|---|
| JOHN P. COALE *(pro hac vice)*<br>2901 Fessenden Street NW<br>Washington, DC 20008<br>Telephone: (202) 255-2096<br>Email: johnpcoale@aol.com<br><br>JOHN Q. KELLY *(pro hac vice)*<br>MICHAEL J. JONES *(pro hac vice)*<br>RYAN TOUGIAS *(pro hac vice)*<br>IVEY, BARNUM & O'MARA, LLC<br>170 Mason Street<br>Greenwich, CT 06830<br>Telephone: (203) 661-6000<br>Email: jqkelly@ibolaw.com<br>Email: mjones@ibolaw.com<br><br>FRANK C. DUDENHEFER , JR. *(pro hac vice)*<br>THE DUDENHEFER LAW FIRM L.L.C.<br>2721 Saint Charles Avenue, Suite 2A<br>New Orleans, LA 70130<br>Telephone: (504) 616-5226<br>Email: fcdlaw@aol.com | ANDREI POPOVICI (234820)<br>MARIE FIALA (79676)<br>LAW OFFICE OF ANDREI D. POPOVICI, P.C.<br>2121 North California Blvd. #290<br>Walnut Creek, CA 94596<br>Telephone: (650) 530-9989<br>Facsimile: (650) 530-9990<br>Email: andrei@apatent.com<br>Email: marie@apatent.com<br><br>M. CRIS ARMENTA (177403)<br>CREDENCE ELIZABETH SOL (219784)<br>ARMENTA & SOL, PC<br>11440 West Bernardo Court, Suite 300<br>San Diego, CA 92127<br>Tel.: 858-753-1724<br>Fax: 310-695-2560<br>Email: cris@crisarmenta.com<br>Email: credence@crisarmenta.com |

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States, KELLY VICTORY, AUSTEN FLETCHER, AMERICAN CONSERVATIVE UNION, ANDREW BAGGIANI, MARYSE VERONICA JEAN-LOUIS, NAOMI WOLF, FRANK VALENTINE, INDIVIDUALLY, AND ON BEHALF OF THOSE SIMILARLY SITUATED,<br><br>               Plaintiffs,<br>    v.<br><br>YOUTUBE, LLC and SUNDAR PICHAI,<br><br>               Defendants. | Case No: 4-21-CV-08009-JSW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE [FRCP 42(a)]**<br><br>Hon. Jeffrey S. White |

Plaintiffs filed a Motion to Consolidate pursuant to Federal Rule of Civil Procedure 42(b): (1) *Donald J. Trump, et al., v. YouTube, LLC, et al.*, Civ. No: 4:21-cv-08009-JSW ("*YouTube*"); and (2) *Donald J. Trump, et al., v. Twitter, et al.,* Civ No. 3:21-cv-08378-JD; and (3) *Donald J. Trump, et al., v. Facebook, Inc., et al.*, Civ. No: 4:21-cv-09044-JSW ("*Facebook*").

After due consideration of the papers submitted and the arguments of counsel, and good cause appearing therefore, the Court funds that the three cases should be consolidated. These three cases involve common issues of law and/or fact. Consolidation would promote judicial efficiency and avoid redundant or conflicting rulings on the key common issues in all three cases.

**IT IS THEREFORE ORDERED** that the three cases listed above are consolidated for all purposes at this time.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE