| | |
|---|---|
| JOHN P. COALE *(pro hac vice)* <br> 2901 Fessenden Street NW <br> Washington, DC 20008 <br> Telephone: (202) 255-2096 <br> Email: johnpcoale@aol.com <br><br> JOHN Q. KELLY *(pro hac vice)* <br> MICHAEL J. JONES *(pro hac vice)* <br> RYAN TOUGIAS *(pro hac vice)* <br> IVEY, BARNUM & O'MARA, LLC <br> 170 Mason Street <br> Greenwich, CT 06830 <br> Telephone: (203) 661-6000 <br> Email: jqkelly@ibolaw.com <br> Email: mjones@ibolaw.com <br><br> FRANK C. DUDENHEFER , JR. *(pro hac vice)* <br> THE DUDENHEFER LAW FIRM L.L.C. <br> 2721 Saint Charles Avenue, Suite 2A <br> New Orleans, LA 70130 <br> Telephone: (504) 616-5226 <br> Email: fcdlaw@aol.com | ANDREI POPOVICI (234820) <br> MARIE FIALA (79676) <br> LAW OFFICE OF ANDREI D. POPOVICI, P.C. <br> 2121 North California Blvd. #290 <br> Walnut Creek, CA 94596 <br> Telephone: (650) 530-9989 <br> Facsimile: (650) 530-9990 <br> Email: andrei@apatent.com <br> Email: marie@apatent.com <br><br> M. CRIS ARMENTA (177403) <br> CREDENCE ELIZABETH SOL (219784) <br> ARMENTA & SOL, PC <br> 11440 West Bernardo Court, Suite 300 <br> San Diego, CA 92127 <br> Tel.: 858-753-1724 <br> Fax: 310-695-2560 <br> Email: cris@crisarmenta.com <br> Email: credence@crisarmenta.com |

*[Additional Counsel on Signature Page]*

Attorneys for Plaintiffs in *Trump et al. v. Youtube et al.,* Case No. 4:21-cv-08009-SJW

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States, LINDA CUADROS, AMERICAN CONSERVATIVE UNION, RAFAEL BARBOS, DOMINICK LATELLA, WAYNE ALAN ROOT, NAOMI WOLF, INDIVIDUALLY, AND ON BEHALF OF THOSE SIMILARLY SITUATED <br>           Plaintiffs, <br>     v. <br><br> TWITTER INC. and JACK DORSEY, <br>           Defendants. | Case No: 3:21-cv-08378-JD <br><br> **NOTICE OF FILING OF RE-NOTICE OF MOTION TO CONSOLIDATE** <br><br> Hon. James Donato |

NOTICE OF FILING OF RE-NOTICE OF MOTION TO CONSOLIDATE

Case No. 3:21-cv-08378-JD

To all parties and their attorneys of record:

Please take notice that the Plaintiffs in *Trump et al. v. Youtube et al.*, Case No. 4:21-cv-08009-JSW, will be filing the attached Re-Notice of Motion to Consolidate in the case *Trump et al. v. Youtube et al.*, Case No. 4:21-cv-08009-JSW.

Dated: December 2, 2021        Respectfully submitted,

        ANDREI POPOVICI (234820)
        MARIE FIALA (79676)
        LAW OFFICE OF ANDREI D. POPOVICI, P.C.

By:   /s/ *Andrei D. Popovici*
      Andrei D. Popovici (234820)


JOHN P. COALE *(pro hac vice)*
2901 Fessenden Street NW
Washington, DC 20008
Telephone: (202) 255-2096
Email: johnpcoale@aol.com

JOHN Q. KELLY *(pro hac vice)*
MICHAEL J. JONES *(pro hac vice)*
RYAN TOUGIAS *(pro hac vice)*
IVEY, BARNUM & O'MARA, LLC
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000
Email: jqkelly@ibolaw.com

FRANK C. DUDENHEFER , JR. *(pro hac vice forthcoming)*
THE DUDENHEFER LAW FIRM L.L.C.
2721 Saint Charles Avenue, Suite 2A
New Orleans, LA 70130
Telephone: (504) 616-5226
Email: fcdlaw@aol.com

M. CRIS ARMENTA (177403)
CREDENCE ELIZABETH SOL (219784)
ARMENTA & SOL, PC
11440 West Bernardo Court, Suite 300
San Diego, CA 92127
Tel.: 858-753-1724
Fax: 310-695-2560
Email: cris@crisarmenta.com
Email: credence@crisarmenta.com

|   |   |
|---|---|
| 1 | RICHARD POLK LAWSON *(pro hac vice)* |
| 2 | GARDNER BREWER MARTINEZ MONFORT |
| 3 | 400 North Ashley Drive |
|   | Suite 1100 |
| 4 | Tampa, FL 33602 |
|   | Telephone: (813) 221-9600 |
| 5 | Facsimile: (813) 221-9611 |
|   | Email: rlawson@gbmmlaw.com |
| 6 |   |
| 7 | *Attorneys for Plaintiffs in Trump et al. v. Youtube et al., Case No. 4:21-cv-08009-SJW* |

NOTICE OF FILING OF RE-NOTICE OF MOTION TO CONSOLIDATE

Case No. 3:21-cv-08378-JD