JOHN P. COALE *(pro hac vice)*
2901 Fessenden Street NW
Washington, DC 20008
Telephone: (202) 255-2096
Email: johnpcoale@aol.com

JOHN Q. KELLY *(pro hac vice)*
MICHAEL J. JONES *(pro hac vice)*
RYAN TOUGIAS *(pro hac vice)*
IVEY, BARNUM & O'MARA, LLC
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000
Email: jqkelly@ibolaw.com
Email: mjones@ibolaw.com

FRANK C. DUDENHEFER , JR. *(pro hac vice)*
THE DUDENHEFER LAW FIRM L.L.C.
2721 Saint Charles Avenue, Suite 2A
New Orleans, LA 70130
Telephone: (504) 616-5226
Email: fcdlaw@aol.com

ANDREI POPOVICI (234820)
MARIE FIALA (79676)
LAW OFFICE OF ANDREI D. POPOVICI, P.C.
2121 North California Blvd. #290
Walnut Creek, CA 94596
Telephone: (650) 530-9989
Facsimile: (650) 530-9990
Email: andrei@apatent.com
Email: marie@apatent.com

M. CRIS ARMENTA (177403)
CREDENCE ELIZABETH SOL (219784)
ARMENTA & SOL, PC
11440 West Bernardo Court, Suite 300
San Diego, CA 92127
Tel.: 858-753-1724
Fax: 310-695-2560
Email: cris@crisarmenta.com
Email: credence@crisarmenta.com

*[Additional Counsel on Signature Page]*
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States, KELLY VICTORY, AUSTEN FLETCHER, AMERICAN CONSERVATIVE UNION, ANDRES BIAGGIANI, MARYSE VERONICA JEAN-LOIUS, NAOMI WOLF, AND FRANK VALENTINE, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED,<br><br>     Plaintiffs,<br>  v.<br>YOUTUBE, LLC, and SUNDAR PICHAI,<br>     Defendants. | Case No: 4:21-CV-08009-JSW<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' RE-NOTICE OF MOTION TO CONSOLIDATE**<br><br>Hearing Information:<br>Date:  February 4, 2022<br>Time:  9:00 a.m.<br>Place:  Submitted, or if the Court sets an oral argument, https://cand-uscourts.zoomgov.com/j/1606745157?pwd=Q1FSb2lwcitwS1BYUDc0L2VXekR0UT09<br>(Webinar ID 160 674 5157, Password 271988)<br>Complaint Filed: October 13, 2021<br>Transferred:  November 4, 2021<br><br>Hon. Jeffrey S. White |

## RE-NOTICE OF MOTION TO CONSOLIDATE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on February 4, 2022, at 9:00 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Jeffrey S. White, Courtroom 5, 2nd floor of the United States District Court, Northern District of California, located at 1301 Clay Street, Oakland, CA 94612, Plaintiffs will and hereby do move for an order consolidating the following three cases: (1) *Donald J. Trump, et al., v. YouTube, LLC, et al.*, Civ. No: 4:21-cv-08009-JSW ("*YouTube*"); (2) *Donald J. Trump, et al., v. Twitter Inc., et al.*, Civ. No: 3:21-cv-08378-JD ("*Twitter*"); (3) *Donald J. Trump, et al., v. Facebook Inc, et al.*, Civ. 4:21-cv-09044-JSW ("*Facebook*").

According to the Clerk's Notice dated 12/2/2021, Dkt. 126, the briefing schedule remains in effect. See docket text for Dkt. 125, Responses due by 12/15/2021, Replies due by 12/22/2021.

The Motion will be based upon this Notice; the accompanying Memorandum of Points and Authorities; the Declaration of M. Cris Armenta in Support of Plaintiffs' Motion to Consolidate; any additional evidence or argument presented at or before the hearing on this matter; and all pleadings on file in this action and in the *Twitter* and *Facebook* actions.

Pursuant to The Hon. Jeffrey S. White's Scheduling Notes, take notice that "[p]ending further order of the Court, all civil law and motion matters will be submitted on the papers. *See* General Orders 72, 73." "If the Court determines a hearing is required, the hearing will be conducted by ZOOM or AT&T Teleconference during the Court's normal law and motion calendar at 9:00 a.m. The Court will follow its usual procedure by posting a Notice of Tentative Ruling and/or Questions for Hearing before the hearing date."

In accordance with Local Rule 1.5(n), counsel have met and conferred both electronically and via direct telephone contact.

Dated: December 2, 2021          Respectfully submitted,

ANDREI POPOVICI (234820)
MARIE FIALA (79676)
LAW OFFICE OF ANDREI D. POPOVICI, P.C.

By:   */s/ Andrei D. Popovici*
    Andrei D. Popovici (234820)


JOHN P. COALE *(pro hac vice)*
2901 Fessenden Street NW
Washington, DC 20008
Telephone: (202) 255-2096
Email: johnpcoale@aol.com

JOHN Q. KELLY *(pro hac vice)*
MICHAEL J. JONES *(pro hac vice)*
RYAN TOUGIAS *(pro hac vice)*
IVEY, BARNUM & O'MARA, LLC
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000
Email: jqkelly@ibolaw.com
Email: mjones@ibolaw.com

FRANK C. DUDENHEFER, JR. *(pro hac vice)*
THE DUDENHEFER LAW FIRM L.L.C.
2721 Saint Charles Avenue, Suite 2A
New Orleans, LA 70130
Telephone: (504) 616-5226
Email: fcdlaw@aol.com

M. CRIS ARMENTA (177403)
CREDENCE ELIZABETH SOL (219784)
ARMENTA & SOL, PC
11440 West Bernardo Court, Suite 300
San Diego, CA 92127
Tel.: 858-753-1724
Fax: 310-695-2560
Email: cris@crisarmenta.com
Email: credence@crisarmenta.com

RICHARD POLK LAWSON *(pro hac vice)*
GARDNER BREWER MARTINEZ MONFORT
400 North Ashley Drive
Suite 1100
Tampa, FL 33602
Telephone: (813) 221-9600
Facsimile: (813) 221-9611
Email: rlawson@gbmmlaw.com

*Attorneys for Plaintiffs*