MICHAEL D. GRANSTON
    Deputy Assistant Attorney General
ERIC WOMACK
    Assistant Branch Director
JOSHUA M. KOLSKY
    Trial Attorney
INDRANEEL SUR
    indraneel.sur@usdoj.gov
    D.C. Bar No. 978017
    Trial Attorney
    Civil Division, Federal Programs Branch
    P.O. Box 883, Washington, D.C. 20044
    Telephone: (202) 616-8488
    Facsimile: (202) 616-8470

Counsel for the United States of America

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD TRUMP, et al., <br><br> *Plaintiffs*, <br><br> vs. <br><br> TWITTER, INC., et al., <br><br> *Defendants*. | Case No. 3:21-cv-8378-JD <br><br> **NOTICE OF APPEARANCE ON BEHALF OF THE UNITED STATES** <br><br> Action Filed: July 7, 2021 <br> Trial Date: None Set |

NOTICE OF APPEARANCE ON BEHALF OF THE UNITED STATES
Case No. 3:21-cv-8378-JD

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Tel: (202) 616-8488

To the clerk of court and all parties of record:

Please take notice that Indraneel Sur, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel of record for the United States in the above-enumerated case. Indraneel Sur is authorized to practice in this Court under the Northern District of California's Civil Local Rule 11-2.

DATED:  December 8, 2021              Respectfully submitted,

                                                   MICHAEL D. GRANSTON
                                                 Deputy Assistant Attorney General

                                                 ERIC WOMACK
                                                 Assistant Branch Director

                                                 JOSHUA M. KOLSKY
                                                 INDRANEEL SUR
                                                 Trial Attorneys

                                          By:  */s/ Indraneel Sur*
                                                     INDRANEEL SUR

                                                 U.S. Department of Justice
                                                 Counsel for the United States of America

NOTICE OF APPEARANCE ON BEHALF OF THE UNITED STATES - - 1 -
Case No. 3:21-cv-8378-JD

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**P.O. Box 883**
**Washington, DC 20044**
**Tel: (202) 616-8488**