PATRICK J. CAROME (*pro hac vice*)
patrick.carome@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

FELICIA H. ELLSWORTH (*pro hac vice*)
felicia.ellsworth@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000

THOMAS G. SPRANKLING
CA Bar No. 294831
thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6062
Facsimile:  (650) 858-6100

*Attorneys for Defendants Twitter, Inc.
  and Jack Dorsey*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DONALD J. TRUMP, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TWITTER, INC., et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-08378-JD<br><br>**DECLARATION OF THOMAS G. SPRANKLING IN SUPPORT OF MOTION TO DISMISS**<br><br>Hearing Date: February 24, 2022<br>Courtroom: 11, 19th Floor<br>Time: 10:00 a.m.<br>Judge: Hon. James Donato |

1. I, Thomas G. Sprankling, declare and state as follows:

2. I am an attorney licensed to practice law in California and am one of the counsel of record for Defendants Twitter, Inc. ("Twitter") and Jack Dorsey in this action. I submit this Declaration in support of Defendants' Motion to Dismiss and Twitter's opposition to Plaintiff Donald J. Trump's motion for preliminary injunction.

3. **Exhibit A** is a true and accurate copy of the current Twitter Rules, as downloaded on December 9, 2021 from Twitter's website at https://help.twitter.com/en/rules-and-policies/twitter-rules.

4. **Exhibit B** is a true and accurate copy of Twitter's current Glorification of Violence Policy, as downloaded on December 9, 2021 from Twitter's website at https://help.twitter.com/en/rules-and-policies/glorification-of-violence.

5. **Exhibit C** is a true and accurate copy of Twitter's Civic Integrity Policy in effect as of January 8, 2021, the date of Mr. Trump's suspension.

6. **Exhibit D** is a true and accurate copy of Twitter's current Civic Integrity Policy, as downloaded on December 9, 2021 from Twitter's website at https://help.twitter.com/en/rules-and-policies/election-integrity-policy.

7. **Exhibit E** is a true and accurate copy of Twitter's current COVID-19 Misleading Information Policy, as downloaded on December 9, 2021 from Twitter's website at https://help.twitter.com/en/rules-and-policies/medical-misinformation-policy.

8. **Exhibit F** is a true and accurate copy of Twitter's Terms of Service, in effect from June 18, 2020 to August 18, 2021, and as downloaded on December 9, 2021 from Twitter's website at https://twitter.com/en/tos/previous/version_15.

9. **Exhibit G** is a true and accurate copy of Twitter's Terms of Service, in effect from January 1, 2020 to June 17, 2020, and as downloaded on December 9, 2021 from Twitter's website at https://twitter.com/en/tos/previous/version_14.

10. **Exhibit H** is a true and accurate copy of Twitter's Terms of Service, in effect from May 25, 2018 to December 31, 2019, and as downloaded on December 9, 2021 from Twitter's website at https://twitter.com/en/tos/previous/version_13.

11. **Exhibit I** is a true and accurate copy of Twitter's Terms of Service, in effect from October 2, 2017 to May 24, 2018, and as downloaded on December 9, 2021 from Twitter's website at https://twitter.com/en/tos/previous/version_12.

12. **Exhibit J** is a true and accurate copy of Twitter's January 6, 2021 public announcement regarding the removal of Mr. Trump's Tweets, as downloaded on December 9, 2021 from @TwitterSafety's Twitter feed at https://twitter.com/twittersafety/status/1346970430062485505.

13. **Exhibit K** is a true and accurate copy of Twitter's January 8, 2021 public announcement regarding the suspension of Mr. Trump's account, as downloaded on December 9, 2021 from Twitter's website at https://blog.twitter.com/en_us/topics/company/2020/suspension.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on December 9, 2021 in Redwood City, California.

By: /s/ *Thomas G. Sprankling*
THOMAS G. SPRANKLING

## ATTORNEY ATTESTATION

I, Patrick J. Carome, am the ECF User whose ID and password are being used to file the foregoing. In compliance with Civil Local Rule 5-1(1) (3), I hereby attest that concurrence in the filing of this document has been obtained from each signatory.

Dated:   December 9, 2021                    By:      /s/ *Patrick J. Carome*
                                                       PATRICK J. CAROME