# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD J. TRUMP, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TWITTER, INC., et al., <br><br> Defendants. | Case No. 3:21-cv-08378-JD <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** <br><br> Hon. James Donato <br> Courtroom 11 <br> Date: February 24, 2022 <br> Time: 10:00 a.m. |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

Having considered the parties' briefing on Defendants' motion to dismiss Plaintiffs' Amended Complaint (Dkt. 21), and having heard oral argument, it is hereby **ORDERED** that:

1. Defendants' motion to dismiss is **GRANTED**;
2. Plaintiffs' Amended Complaint is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated: _____
San Francisco, California

_____
Hon. James Donato
United States District Judge