PATRICK J. CAROME (*pro hac vice*)
patrick.carome@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

FELICIA H. ELLSWORTH (*pro hac vice*)
felicia.ellsworth@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000

THOMAS G. SPRANKLING
CA Bar No. 294831
thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6062
Facsimile:  (650) 858-6100

*Attorneys for Defendant Twitter, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DONALD J. TRUMP, et al.,<br><br>                    Plaintiffs,<br><br>    v.<br><br>TWITTER, INC., et al.,<br><br>                    Defendants. | Case No. 21-cv-08378-JD<br><br>**DECLARATION OF PATRICK J. CAROME IN SUPPORT OF TWITTER, INC.'S OPPOSITION TO PLAINTIFF TRUMP'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Hearing Date: February 24, 2022<br>Courtroom: 11, 19th Floor<br>Time: 10:00 a.m.<br>Judge: Hon. James Donato |

1. I, Patrick J. Carome, declare and state as follows:

2. I am an attorney licensed to practice law in the District of Columbia and am one of the counsel of record for Defendant Twitter, Inc. ("Twitter") in this action. I submit this Declaration in support of Twitter's Opposition to Plaintiff Donald J. Trump's Motion for a Preliminary Injunction ("Opposition").

3. I am aware of no effort by Mr. Trump or any other plaintiff to serve a pleading in this action on Defendants Twitter or Jack Dorsey before September 1, 2021.

4. On November 1, 2021, I spoke with Marie Fiala, counsel to Mr. Trump, regarding setting a briefing schedule for Mr. Trump's preliminary injunction motion. Ms. Fiala proposed that Twitter's opposition be filed by December 31, 2021, and that Mr. Trump's reply brief be filed by February 22, 2022. Ms. Fiala explained that Mr. Trump's lawyers wanted this schedule to allow them to initially focus their efforts on briefing in a different but similar action pending in this District, *Trump, et al. v. YouTube et al.*, 4:21-cv-08009-JSW. On behalf of Twitter, I declined to consent to that schedule.

5. **Exhibit A** is a true and accurate copy of an article entitled "Twitter Has Flagged 200 of Trump's Posts as 'Disputed' or Misleading Since Election Day. Does It Make a Difference?," dated November 27, 2020, as downloaded on December 9, 2021 from Variety's website at https://variety.com/2020/digital/news/twitter-trump-200-disputed-misleading-claims-election-1234841137.

6. **Exhibit B** is a true and accurate copy of an article entitled "A minute-by-minute timeline of Trump's day as the Capitol siege unfolded on Jan. 6," dated February 11, 2021, as downloaded on December 9, 2021 from USA Today's website at https://www.usatoday.com/story/news/politics/2021/02/11/trump-impeachment-trial-timeline-trump-actions-during-capitol-riot/6720727002.

7. **Exhibit C** is a true and accurate copy of an article entitled "Trump's digital media venture says it has lined up $1 billion from investors for his forthcoming social media platform, TRUTH Social," dated December 4, 2021, as downloaded on December 9, 2021 from Business Insider's website at https://www.businessinsider.com/trump-digital-media-venture-enters-agreement-to-raise-1-billion-2021-12.

8. **Exhibit D** is a true and accurate copy of a post entitled "About public-interest exceptions on Twitter," as downloaded on December 9, 2021 from Twitter's website at https://help.twitter.com/en/rules-and-policies/public-interest.

9. **Exhibit E** is a true and accurate copy of an article entitled "Trump's Social-Media Platform Joins Crowded Conservative Media Field" dated October 4, 2021, as downloaded from the Wall Street Journal's website on December 9, 2021 at https://www.wsj.com/articles/trumps-social-media-platform-joins-crowded-conservative-media-field-11635010334.

10. I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on December 9, 2021, in Washington, D.C.

By:     */s/ Patrick J. Carome*
        PATRICK J. CAROME