# EXHIBIT B

POLITICS

# A minute-by-minute timeline of Trump's day as the Capitol siege unfolded on Jan. 6

**Courtney Subramanian**
USA TODAY

WASHINGTON – House impeachment managers on Thursday argued former President Donald Trump's actions not only fueled the violent assault on the Capitol in the months leading up to the Jan. 6 attack, but that he stood by as the riot raged and showed no remorse in aftermath, which left five people dead.

Through a series of audio and video clips from security footage – some of which were previously undisclosed – as well as rioters' social media accounts documenting the day, House impeachment managers prosecuting Trump argued that the former president failed to act as a mob forced their way inside the building and hunted for congressional leaders.

Rioters said at the time and later testified to authorities that they went to the Capitol at Trump's invitation.

"Their own statements before, during and after the attack make clear the attack was done for Donald Trump, at his instructions and to fulfill his wishes," Rep. Diana DeGette, D-Colo., said Thursday. "Donald Trump had sent them there."

Here's a look at what Trump was doing on the day the attack unfolded:

**12:43 a.m.:** Trump retweets a post suggesting that Republican legislators should "go to the wall" for the president, with the added comment: "Get smart Republicans. FIGHT!"

Trump impeachment trial: Timeline of Trump actions during Capitol riot

**1:00 a.m.:** Trump tweets about Pence's ceremonial role in presiding over the certification of President Joe Biden's election victory. He suggests Pence had the authority to reject electoral votes, which he did not.

"If Vice President @Mike_Pence comes through for us, we will win the Presidency. Many States want to decertify the mistake they made in certifying incorrect & even fraudulent numbers in a process NOT approved by their State Legislatures (which it must be.) Mike can send it back!"

**8:06 a.m.:** Trump lashes out at NBC's Chuck Todd in a tweet.

"Sleepy Eyes Chuck Todd is so happy with the fake voter tabulation process that he can't even get the words out straight. Sad to watch!" he tweets.

**8:17 a.m.:** Trump again posts a tweet demanding Pence reject the electoral vote count, which he has no authority to do.

"States want to correct their votes, which they now know were based on irregularities and fraud, plus corrupt process never received legislative approval. All Mike Pence has to do is send them back to the States, AND WE WIN. Do it Mike, this is a time for extreme courage!"

**8:22 a.m.:** Trump tweets: "THE REPUBLICAN PARTY AND, MORE IMPORTANTLY, OUR COUNTRY, NEEDS THE PRESIDENCY MORE THAN EVER BEFORE - THE POWER OF THE VETO. STAY STRONG!"

**9:00 a.m.:** Trump tweets baseless claims about voter fraud.

"They just happened to find 50,000 ballots late last night. The USA is embarrassed by fools. Our Election Process is worse than that of third world countries!" he tweets.

**9:15 a.m.:** Trump again tweets about voter fraud:

"The States want to redo their votes. They found out they voted on a FRAUD. Legislatures never approved. Let them do it. BE STRONG!"

Trump impeachment trial: Timeline of Trump actions during Capitol riot

**9:16 a.m.:** Trump tweets "Even Mexico uses Voter I.D."

**10:44 a.m.:** Trump tweets about former Sen. David Perdue, R-Georgia, who lost his seat in a runoff election the day before.

"These scoundrels are only toying with the @sendavidperdue (a great guy) vote. Just didn't want to announce quite yet. They've got as many ballots as are necessary. Rigged Election!" he tweeted.

**11:57 a.m.:** Trump takes the stage to deliver remarks at the "Save America Rally" at the White House Ellipse as "God Bless the U.S.A." plays in the background.

**12:15 p.m.:** Trump tells the crowd to march to the Capitol and that "you'll never take back our country with weakness." During his remarks, hundreds of people begin moving toward the Capitol.

**More:** Timeline: How the storming of the U.S. Capitol unfolded on Jan. 6

**1:10 p.m.:** After speaking for nearly an hour, Trump encourages supporters to "fight like hell" and march to the Capitol as rioters begin storming the Capitol steps around the same time.

"We fight like hell, and if you don't fight like hell, you're not going to have a country anymore," Trump said. "So we are going to walk down Pennsylvania Avenue – I love Pennsylvania Avenue – and we are going to the Capitol."

After Trump said "We will not let them silence your voices," a chant of "Fight For Trump" broke out.

**1:11 p.m.**: Trump concludes his remarks.

**1:17 p.m.:** POTUS left the Ellipse in a motorcade back to the White House.

**2:00 p.m.:** As a violent mob breached the Capitol building, Trump accidentally phoned Sen. Mike Lee, R-Utah, while trying to reach Sen. Tommy

Tuberville, R-Alabama. Lee reportedly handed the phone to the Alabama senator, according to CNN and Utah's Deseret News.

Tuberville revealed Thursday night that he spoke to Trump and informed him Pence had been evacuated from the Senate chamber, which happened at about 2:15 p.m., House impeachment managers said.

"I said 'Mr. President, they just took the vice president out, I've got to go,'" Tuberville told Politico on Wednesday.

The president reportedly told Tuberville to continue to object to the election results in order to buy more time, which House prosecutors pointed out in their opening argument. Lee dismissed that account as inaccurate, prompting House impeachment managers to withdraw the comments that were quoted from the news report.

**2:24 p.m.:** Minutes after it was reported Pence was escorted out of the Senate chamber and Trump reportedly spoke to Tuberville, the president attacks Pence in a tweet.

"Mike Pence didn't have the courage to do what should have been done to protect our Country and our Constitution, giving States a chance to certify a corrected set of facts, not the fraudulent or inaccurate ones which they were asked to previously certify. USA demands the truth!"

**2:38 p.m.:** Trump expresses support for Capitol Police and members of law enforcement, who had been overrun by rioters at the Capitol. He appeared to send this from the Oval Office as a Marine was stationed outside the office at the time of the tweet, typically indicating the president is inside.

"Please support our Capitol Police and Law Enforcement. They are truly on the side of our Country. Stay peaceful!"

Trump impeachment trial: Timeline of Trump actions during Capitol riot

**3:13 p.m.:** About 10 minutes after rioters are photographed on the Senate floor, Trump calls for peaceful protests.

"I am asking for everyone at the U.S. Capitol to remain peaceful. No violence! Remember, WE are the Party of Law & Order – respect the Law and our great men and women in Blue. Thank you!" he tweeted.

**4:17 p.m.:** Hours after the attack unfolded, Trump speaks publicly for the first time in a recorded video message posted on social media.

"I know your pain. I know your hurt. We had an election that was stolen from us. It was a landslide election and everyone knows it, especially the other side. But you have to go home now," Trump said in the minute-long video.

"We have to have peace. We have to have law and order. … So go home. We love you, you're very special. … I know how you feel. But go home and go home in peace."

**6:01 p.m.:** Trump tweets - and deletes - a post suggesting that the Capitol riot was the result of a fraudulent election, an unsubstantiated claim with no evidence to support it.

"These are the things and events that happen when a sacred landslide election victory is so unceremoniously & viciously stripped away from great patriots who have been badly & unfairly treated for so long. Go home with love & in peace. Remember this day forever!"

Some of Trump's tweets addressing the riot were deleted. Twitter <u>bans the president from tweeting for 12 hours.</u> He is later permanently banned from the platform, as well as others.

© 2021 USA TODAY, a division of Gannett Satellite Information Network, LLC.