**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DONALD J. TRUMP, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TWITTER, INC., et al., <br><br> Defendants. | Case No. 3:21-cv-08378-JD <br><br> **[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** <br><br> Hon. James Donato <br> Courtroom 11 <br> Date: February 24, 2022 <br> Time: 10:00 a.m. |

**[PROPOSED] ORDER DENYING PLAINTIFF'S**
**MOTION FOR PRELIMINARY INJUNCTION**

Having considered the parties' briefing on Plaintiff Donald J. Trump's motion for preliminary injunction (Dkt. 62), and having heard oral argument, it is hereby **ORDERED** that Plaintiff's motion for preliminary injunction is **DENIED**.

**IT IS SO ORDERED.**

Dated: _____   _____
San Francisco, California          Hon. James Donato
                                   United States District Judge