PATRICK J. CAROME (*pro hac vice*)
patrick.carome@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

THOMAS G. SPRANKLING
CA Bar No. 294831
thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6062
Facsimile: (650) 858-6100

FELICIA H. ELLSWORTH (*pro hac vice*)
felicia.ellsworth@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

*Attorneys for Defendants Twitter, Inc.
  and Jack Dorsey*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD J. TRUMP, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>TWITTER, INC., *et al.*,<br><br>　　　　　　　Defendants. | Case No. 21-cv-08378-JD<br><br>**DEFENDANTS' NOTICE OF FILING OF OPPOSITION TO MOTION FOR CONSOLIDATION**<br><br>Hon. James Donato |

PLEASE TAKE NOTICE THAT, on December 15, 2021, Defendants Twitter, Inc. and Jack Dorsey filed the attached opposition to a motion for consolidation that was recently filed in the case of *Trump, et al. v. YouTube, et al.*, No. 21-cv-08009-JSW (the "*YouTube* case"). The motion asks the judge presiding over the *YouTube* case (the Honorable Jeffrey S. White) to consolidate this case with

that case and a third case, *Trump, et al. v. Facebook, et al.*, No. 21-cv-09044-JSW, under Federal Rule of Civil Procedure 42(a). Judge White previously ruled that the *YouTube* case and the present case are not related cases under Local Rule 3-12. *See YouTube*, ECF No. 123.

Dated: December 15, 2021

Respectfully submitted,

/s/ *Patrick J. Carome*

| | |
|---|---|
| THOMAS G. SPRANKLING<br>CA Bar No. 294831<br>thomas.sprankling@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Telephone: (650) 858-6062<br>Facsimile:  (650) 858-6100 | PATRICK J. CAROME (*pro hac vice*)<br>patrick.carome@wilmerhale.com<br>ARI HOLTZBLATT (*pro hac vice*)<br>ari.holtzblatt@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, D.C. 20006<br>Telephone:  (202) 663-6000<br>Facsimile:  (202) 663-6363<br><br>FELICIA H. ELLSWORTH (*pro hac vice*)<br>felicia.ellsworth@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile:  (617) 526-5000<br><br>*Attorneys for Defendants Twitter, Inc.<br>  and Jack Dorsey* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2021, I electronically filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to all registered counsel.

Dated:  December 15, 2021                        By:        /s/ *Patrick J. Carome*

                                                                        Patrick J. Carome