JOHN P. COALE *(pro hac vice)*
2901 Fessenden Street NW
Washington, DC 20008
Telephone: (202) 255-2096
Email: johnpcoale@aol.com

JOHN Q. KELLY *(pro hac vice)*
MICHAEL J. JONES *(pro hac vice)*
RYAN TOUGIAS *(pro hac vice)*
IVEY, BARNUM & O'MARA, LLC
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000
Email: jqkelly@ibolaw.com
Email: mjones@ibolaw.com

FRANK C. DUDENHEFER, JR. *(pro hac vice)*
THE DUDENHEFER LAW FIRM L.L.C.
2721 Saint Charles Avenue, Suite 2A
New Orleans, LA 70130
Telephone: (504) 616-5226
Email: fcdlaw@aol.com

ANDREI POPOVICI (234820)
MARIE FIALA (79676)
LAW OFFICE OF ANDREI D. POPOVICI, P.C.
2121 North California Blvd. #290
Walnut Creek, CA 94596
Telephone: (650) 530-9989
Facsimile: (650) 530-9990
Email: andrei@apatent.com
Email: marie@apatent.com

M. CRIS ARMENTA (177403)
CREDENCE ELIZABETH SOL (219784)
ARMENTA & SOL, PC
11440 West Bernardo Court, Suite 300
San Diego, CA 92127
Tel.: 858-753-1724
Fax: 310-695-2560
Email: cris@crisarmenta.com
Email: credence@crisarmenta.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD J. TRUMP, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TWITTER, INC., et al., <br><br> Defendants. | CASE NO. 21-cv-08378-JD <br><br> **STIPULATED REQUEST FOR AN ORDER POSTPONING CMC AND RELATED DEADLINES** |

WHEREAS, a Case Management Conference has been scheduled in this case for January 20, 2022, and counsel for the Parties have been ordered to file a joint case management statement not less than seven (7) calendar days before such conference, *see* Dkt. No. 109;

WHEREAS, Defendants have filed a motion to dismiss the complaint, *see* Dkt. No. 138;

WHEREAS, there is good cause to postpone the Case Management Conference and related deadlines for counsel to meet and confer and file a joint case management statement until after resolution of the motion to dismiss, because the Parties agree that they will benefit from and not be prejudiced by such postponement, and that such postponement will support efficient resolution of this matter; and

WHEREAS, the Parties' respective counsel have reviewed the ADR Local Rules and the Alternative Dispute Resolution Procedures Handbook, and agree that ADR processes such as Early Neutral Evaluation, Mediation, and/or a Settlement Conference are unlikely to be beneficial, and that settlement of the case is unlikely at this time;

NOW, THEREFORE, the Parties hereby stipulate and respectfully ask the Court to enter the attached proposed order, which provides that:

1. The currently scheduled date for the Case Management Conference shall be vacated and any new date for a Case Management Conference shall be established by the Court after the Court has resolved the pending motion to dismiss.

2. The current deadlines for counsel to meet and confer and to file a case management statement pursuant to Local Civil Rule 16 and Federal Rule of Civil Procedure 26 and any ADR deadlines shall be vacated and any replacement deadlines shall be established by the Court in connection with the establishment of any new date for a Case Management Conference.

| | | |
|---|---|---|
|1| DATED:  December 30, 2021 | Respectfully submitted, |
|2| | *s/ Patrick Carome* |
|3| | Patrick Carome (admitted *pro hac vice*) |
| | | WILMER HALE |
|4| | 1875 Pennsylvania Avenue NW |
| | | Washington, DC 20006 USA |
|5| | Tel: (202) 663-6610 |
| | | Email: patrick.carome@wilmerhale.com |
|6| | *Attorney for Defendants Twitter, Inc. and Jack Dorsey* |
|7| | s/  *Andrei D. Popovici* |
|8| | Andrei D. Popovici (SBN 234820) |
| | | LAW OFFICE OF ANDREI D. POPOVICI, P.C. |
|9| | 2121 North California Blvd. #290 |
| | | Walnut Creek, CA 94596 |
|10| | Telephone: (650) 530-9989 |
| | | Facsimile: (650) 530-9990 |
|11| | Email: andrei@apatent.com |
|12| | *Attorney for Plaintiffs* |

STIPULATED REQUEST FOR AN ORDER
POSTPONING CMC AND RELATED DEADLINES        2        CASE No. 21-cv-08378-JD

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Andrei D. Popovici, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

DATED: December 30, 2021   *s/ Andrei D. Popovici*
Andrei D. Popovici (SBN 234820)
LAW OFFICE OF ANDREI D. POPOVICI, P.C.
2121 North California Blvd. #290
Walnut Creek, CA 94596
Telephone: (650) 530-9989
Facsimile: (650) 530-9990
Email: andrei@apatent.com

*Attorney for Plaintiffs*