1   JOHN P. COALE *(pro hac vice)*
    2901 Fessenden Street NW
2   Washington, DC 20008
    Telephone: (202) 255-2096
3   Email: johnpcoale@aol.com

4   JOHN Q. KELLY *(pro hac vice)*
    MICHAEL J. JONES *(pro hac vice)*
5   RYAN TOUGIAS *(pro hac vice)*
    IVEY, BARNUM & O'MARA, LLC
6   170 Mason Street
    Greenwich, CT 06830
7   Telephone: (203) 661-6000
    Email: jqkelly@ibolaw.com
8   Email: mjones@ibolaw.com

9   FRANK C. DUDENHEFER, JR. *(pro hac vice)*
    THE DUDENHEFER LAW FIRM L.L.C.
10  2721 Saint Charles Avenue, Suite 2A
    New Orleans, LA 70130
11  Telephone: (504) 616-5226
    Email: fcdlaw@aol.com

ANDREI POPOVICI (234820)
MARIE FIALA (79676)
LAW OFFICE OF ANDREI D. POPOVICI, P.C.
2121 North California Blvd. #290
Walnut Creek, CA 94596
Telephone: (650) 530-9989
Facsimile: (650) 530-9990
Email: andrei@apatent.com
Email: marie@apatent.com

M. CRIS ARMENTA (177403)
CREDENCE ELIZABETH SOL (219784)
ARMENTA & SOL, PC
11440 West Bernardo Court, Suite 300
San Diego, CA 92127
Tel.: 858-753-1724
Fax: 310-695-2560
Email: cris@crisarmenta.com
Email: credence@crisarmenta.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DONALD J. TRUMP, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>TWITTER, INC., et al.,<br><br>　　　　　Defendants. | CASE NO. 21-cv-08378-JD<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR AN ORDER POSTPONING CMC AND RELATED DEADLINES** |

[PROPOSED] ORDER GRANTING STIPULATED
REQUEST FOR AN ORDER POSTPONING CMC
AND RELATED DEADLINES

Case No. 21-cv-08378-JD

Pursuant to the stipulation of the Parties, the Court orders:

1. The currently scheduled date for the Case Management Conference is hereby vacated and any new date for a Case Management Conference shall be established by the Court after the Court has resolved the pending motion to dismiss.

2. The current deadlines for counsel to meet and confer and to file a case management statement pursuant to Local Civil Rule 16 and Federal Rule of Civil Procedure 26 and any ADR deadlines are hereby vacated and any replacement deadlines shall be established by the Court in connection with the establishment of any new date for a Case Management Conference.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December ___, 2021

_____
HON. JAMES DONATO
United States District Judge

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Andrei D. Popovici, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

DATED: December 30, 2021         *s/ Andrei D. Popovici*
_____
Andrei D. Popovici (SBN 234820)
LAW OFFICE OF ANDREI D. POPOVICI, P.C.
2121 North California Blvd. #290
Walnut Creek, CA 94596
Telephone: (650) 530-9989
Facsimile: (650) 530-9990
Email: andrei@apatent.com

*Attorney for Plaintiffs*