| | |
|---|---|
| JOHN P. COALE *(pro hac vice)*<br>2901 Fessenden Street NW<br>Washington, DC 20008<br>Telephone: (202) 255-2096<br>Email: johnpcoale@aol.com<br><br>JOHN Q. KELLY *(pro hac vice)*<br>MICHAEL J. JONES *(pro hac vice)*<br>RYAN TOUGIAS *(pro hac vice)*<br>IVEY, BARNUM & O'MARA, LLC<br>170 Mason Street<br>Greenwich, CT 06830<br>Telephone: (203) 661-6000<br>Email: jqkelly@ibolaw.com<br>Email: mjones@ibolaw.com<br><br>FRANK C. DUDENHEFER , JR. *(pro hac vice)*<br>THE DUDENHEFER LAW FIRM L.L.C.<br>2721 Saint Charles Avenue, Suite 2A<br>New Orleans, LA 70130<br>Telephone: (504) 616-5226<br>Email: fcdlaw@aol.com | ANDREI POPOVICI (234820)<br>MARIE FIALA (79676)<br>LAW OFFICE OF ANDREI D. POPOVICI, P.C.<br>2121 North California Blvd. #290<br>Walnut Creek, CA 94596<br>Telephone: (650) 530-9989<br>Facsimile: (650) 530-9990<br>Email: andrei@apatent.com<br>Email: marie@apatent.com<br><br>M. CRIS ARMENTA (177403)<br>CREDENCE ELIZABETH SOL (219784)<br>ARMENTA & SOL, PC<br>11440 West Bernardo Court, Suite 300<br>San Diego, CA 92127<br>Tel.: 858-753-1724<br>Fax: 310-695-2560<br>Email: cris@crisarmenta.com<br>Email: credence@crisarmenta.com |

*[Additional Counsel on Signature Page]*
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD J. TRUMP, et al.,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>TWITTER, INC. et al.,<br><br>　　　　　Defendants. | Case No: 21-cv-08378-JD<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

## NOTICE OF WITHDRAWAL OF OCUNSEL

TO THIS HONORABLE COURT, THE CLERK AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective immediately, the following counsel **withdraw as counsel of record**:

M. CRIS ARMENTA (177403)
CREDENCE ELIZABETH SOL (219784)
ARMENTA & SOL, PC
11440 West Bernardo Court, Suite 300
San Diego, CA 92127
Tel.: 858-753-1724
Fax: 310-695-2560
Email: cris@crisarmenta.com
Email: credence@crisarmenta.com

Request is made to remove the attorneys from the docket of this case. At least one member of the Bar of this Court will continue to serve as counsel of record for the following parties:

DONALD J. TRUMP, the Forty-Fifth President of the United States
LINDA CUADROS, AMERICAN CONSERVATIVE UNION
RAFAEL BARBOZA, DOMINICK LATELLA
WAYNE ALLYN ROOT, NAOMI WOLF

I request that the Clerk update the docket as indicated above to REMOVE the following counsel.

Dated: January 7, 2021

| Signature | /s/ M. Cris Armenta |
|---|---|
| Name | Maria C. Armenta aka M. Cris Armenta |
| Bar Number | 177403, California |


| Signature | /s/ Credence Elizabeth Sol |
|---|---|
| Name | Credence Elizabeth Sol |
| Bar Number | 219784, California |

NOTICE OF WITHDRAWAL OF COUNSEL