| | |
|---|---|
| JOHN P. COALE *(pro hac vice)*<br>2901 Fessenden Street NW<br>Washington, DC 20008<br>Telephone: (202) 255-2096<br>Email: johnpcoale@aol.com<br><br>JOHN Q. KELLY *(pro hac vice)*<br>MICHAEL J. JONES *(pro hac vice)*<br>RYAN TOUGIAS *(pro hac vice)*<br>IVEY, BARNUM & O'MARA, LLC<br>170 Mason Street<br>Greenwich, CT 06830<br>Telephone: (203) 661-6000<br>Email: jqkelly@ibolaw.com<br>Email: mjones@ibolaw.com<br><br>FRANK C. DUDENHEFER , JR. *(pro hac vice)*<br>THE DUDENHEFER LAW FIRM L.L.C.<br>2721 Saint Charles Avenue, Suite 2A<br>New Orleans, LA 70130<br>Telephone: (504) 616-5226<br>Email: fcdlaw@aol.com | ANDREI POPOVICI (234820)<br>MARIE FIALA (79676)<br>LAW OFFICE OF ANDREI D. POPOVICI, P.C.<br>2121 North California Blvd. #290<br>Walnut Creek, CA 94596<br>Telephone: (650) 530-9989<br>Facsimile: (650) 530-9990<br>Email: andrei@apatent.com<br>Email: marie@apatent.com<br><br>RICHARD POLK LAWSON *(pro hac vice)*<br>GARDNER BREWER MARTINEZ MONFORT<br>400 North Ashley Drive<br>Suite 1100<br>Tampa, FL 33602<br>Telephone: (813) 221-9600<br>Facsimile: (813) 221-9611<br>Email: rlawson@gbmmlaw.com |

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>TWITTER, INC., et al.,<br><br>　　　　　　　Defendants. | Case No: 3-21-cv-08378-JD<br><br>**DECLARATION OF ANDREI D. POPOVICI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS**<br><br>Hearing Date: February 24, 2022<br>Courtroom: 11, 19th Floor<br>Time: 10:00 a.m.<br>Judge: Hon. James Donato |

**DECLARATION OF ANDREI D. POPOVICI**

I, Andrei D. Popovici, declare as follows:

1. I am an attorney admitted to practice before this Court and licensed to practice law in California. I am counsel for the Plaintiffs in this action. I make this Declaration in support of Plaintiff's Opposition to Motion to Dismiss and Motion for Preliminary Injunction.

2. Exhibit A is a true and correct copy of excerpts from Dorsey Response Questions for the Record prepared for the November 17, 2020 Congressional hearing <u>Breaking the News: Censorship, Suppression, and the 2020 Election: Hearing before S. Comm. on the Judiciary</u>, 116th Cong. (2020) (testimony of Jack Dorsey), downloaded from https://www.judiciary.senate.gov/imo/media/doc/Dorsey%20Response%20QFRs.pdf.

3. Exhibit B is a true and correct copy of the Opening Statement as Prepared for Delivery of Committee Chairman Frank Pallone, Jr. at the March 25, 2021 Congressional hearing <u>Disinformation Nation: Social Media's Role in Promoting Extremism and Misinformation": Hearing before H. Comm. on Energy and Com.</u>, 117th Cong. (2021), downloaded from https://energycommerce.house.gov/sites/democrats.energycommerce.house.gov/files/documents/Opening%20Statement_Pallone_CAT-CPC_2021.3.25_0.pdf.

4. Exhibit C is a true and correct copy of the Opening Statement as Prepared for Delivery of Communications and Technology Subcommittee Chairman Mike Doyle at the March 25, 2021 Congressional hearing <u>Disinformation Nation: Social Media's Role in Promoting Extremism and Misinformation": Hearing before H. Comm. on Energy and Com.</u>, 117th Cong. (2021), downloaded from https://energycommerce.house.gov/sites/democrats.energycommerce.house.gov/files/documents/Opening%20Statement_Doyle_CAT-CPC_2021.3.25.pdf.

5. Exhibit D is a true and correct copy of the Opening Statement as Prepared for Delivery of Consumer Protection and Commerce Subcommittee Chair Janice D. Schakowsky at the March 25, 2021 Congressional hearing <u>Disinformation Nation: Social Media's Role in Promoting Extremism and Misinformation": Hearing before H. Comm. on Energy and Com.</u>, 117th Cong. (2021), downloaded from

1  https://energycommerce.house.gov/sites/democrats.energycommerce.house.gov/files/documents/
2  Opening%20Statement_Schakowsky_CAT-CPC_2021.3.25_0.pdf.

6. Exhibit E is a true and correct copy a Memorandum from Committee on Energy and Commerce Staff, dated March 22, 2021, prepared for the March 25, 2021 Congressional hearing <u>Disinformation Nation: Social Media's Role in Promoting Extremism and Misinformation": Hearing before H. Comm. on Energy and Com.</u>, 117th Cong. (Mar. 22, 2021) (Memo From Comm. Staff), downloaded from https://docs.house.gov/meetings/IF/IF16/20210325/111407/HHRG-117-IF16-20210325-SD002.pdf.

7. Exhibit F is a true and correct copy of Twitter, Inc. Form 10-K dated 2/17/2021, filed for the year ended 12/31/2020, downloaded from https://www.sec.gov/Archives/edgar/data/0001418091/000141809121000031/twtr-20201231.htm.

I under penalty of perjury that the foregoing is true and correct. This declaration was executed on January 9, 2022, in Dripping Springs, Texas.

By: */s/ Andrei D. Popovici*
    Andrei D. Popovici