# EXHIBIT A

**Questions from Senator Tillis**

**11. Do you coordinate with any other company or outside group when you make decisions about content moderation?**

Twitter does not coordinate with other entities when making content moderation decisions. However, we have partnerships with government agencies, nonprofits, and industry peers to facilitate information sharing to inform our policy and enforcement decisions.

For example, the National Center for Missing & Exploited Children, whose mission is to help find missing children, reduce child sexual exploitation, and prevent child victimization, is an important partner for Twitter and our industry peers. When we are made aware of content depicting or promoting child sexual exploitation, including links to images or content or third party sites where this content can be accessed, the material is removed without further notice and reported to NCMEC. While our general practice is to notify Twitter users when their content is reported to third-parties or law enforcement, we do not notify users when the reported content includes child sexual exploitation material. Furthermore, we participate in NCMEC's hash sharing database for industry and non-governmental organizations which consists of image and video hashes of known child sexual abuse material.

We also partner with nonprofits dedicated to child protection across the globe. In addition to our important relationship with NCMEC, Twitter is an active member of the Technology Coalition. This industry-led non-profit organization strives to eradicate child sexual exploitation by mentoring emerging or established companies, sharing trends and best-practices across industry, and facilitating technological solutions across the ecosystem. The Technology Coalition serves as an effective model because it gives companies the flexibility to create, test, and iterate across our diverse products and models

**12. Does Twitter receive any information from any other company or entity other than Twitter about posts and content moderation decisions?**

Twitter has numerous partnerships that we rely on to better inform policy and decision making. In addition to the partnerships described above, Twitter is part of the Global Internet Forum to Counter Terrorism, which brings together industry, government, civil society, and academia to share information and collaborate to counter terrorist or extremist content online. Through the

GIFCT, we have assembled a shared industry database of "hashes" or digital "fingerprints" for violent terrorist propaganda that spans more than 100,000 hashes. The database allows a company that discovers terrorist content on one of its sites to create a digital fingerprint and share it with the other companies in the forum, who can then use those hashes to identify such content on their services or platforms, review against their respective policies and individual rules, and remove matching content as appropriate or block extremist content before it is posted.

We also began to work with a small group of companies to test a new collaborative system to share URLs. Because Twitter does not allow files other than photos or short videos to be uploaded, one of the behaviors we saw from those seeking to promote terrorism was to post links to other services where people could access files, longer videos, PDFs, and other materials. Our pilot system allows us to alert other companies when we removed an account or Tweet that linked to material that promoted terrorism hosted on their service. This information sharing ensures the hosting companies can monitor and track similar behavior, taking enforcement action pursuant with their individual policies. This is not a high-tech approach, but it is simple and effective, recognizing the resource constraints of smaller companies

In order to safeguard the conversation regarding the 2020 U.S. election, we also have partnerships with leaders in civic tech, industry, and governments organizations, such as the National Association of Secretaries of State, National Association of State Election Directors, Department of Homeland Security, Federal Bureau of Investigation, Department of Justice, Office of the Director of National Intelligence, and elections officials across the country. We have also developed partnerships with news organizations, civil society, and others, which have been instrumental in informing policies and helping to identify potential threats regarding the integrity of the election conversation occurring on Twitter.

**Questions from Senator Blackburn**

**1. During the November 3, 2020 election (before and after this date), did Twitter maintain any informal or formal lists of U.S. public officials who were specifically targeted for special monitoring of their Twitter posts?**

During the election period, we used a combination of human and automated mechanisms to enforce our policies. For example, we reviewed Tweets reported as potential violations by the public, civil society partners, or government agencies. We also used automated systems to detect suspicious behaviors or identify potential violations of our rules. Twitter's enforcement teams prioritized the review of Tweets from the accounts of each of the presidential candidates and their campaigns and reviewed each to ensure compliance with our terms of service, beginning two weeks prior to election day.

**Questions from Senator Cruz**

**4. The day before you testified before the Committee, you and I spoke on the telephone and you told me that Twitter was committed to transparency with regard to its content moderation policies and enforcement. Accordingly, the following questions relate to Twitter's enforcement of its content moderation policies. For this question and its subparts, please construe "content moderation policies" broadly, including decisions regarding the position or order in which content is displayed, the position or order in which users or content appear in searches, whether users or content are promoted or demoted, and all other modifications of content, such as flagging, qualifying, labelling, and denoting.**

**[…]**

**d. In drafting Twitter's election information content moderation policies and enforcing those same policies with regard to the 2020 elections, did Twitter collaborate with, confer with, or defer to any outside individuals or organizations? If so, please list the individuals and organizations and state the nature of their relationship with Twitter.**

As part of our civic integrity efforts, we have developed partnerships that allowed us to share information, gather input from experts, and better gain context on how misinformation was being spread and impacting the public conversation. These partnerships included leaders in civic tech, our peers, federal, state, and local governments organizations (e.g., National Association of Secretaries of State, National Association of State Election Directors, Department of Homeland Security, Federal Bureau of Investigation, Department of Justice, Office of the Director of National Intelligence, and elections officials across the country), news organizations, and civil society, among others.

## Questions from Senator Hawley

**1. Does Twitter have a policy prohibiting its employees from coordinating content moderation decisions with outside companies such as Facebook or Google, where such moderation is not strictly required by law?**

Twitter does not coordinate its content moderation decisions with outside entities. However, Twitter has numerous partnerships that we rely on to better inform decision making and facilitate information sharing. For example, we share information in three critical areas: combatting child sexual exploitation, prohibiting terrorism and violent extremism, and safeguarding the conversation about the U.S. election.

The National Center for Missing & Exploited Children is a nonprofit whose mission is to help find missing children, reduce child sexual exploitation, and prevent child victimization. NCMEC is an important partner for Twitter and our industry peers. When we are made aware of content depicting or promoting child sexual exploitation, including links to images or content or third party sites where this content can be accessed, the material is removed without further notice and reported to NCMEC. We also partner with nonprofits dedicated to child protection across the globe. In addition to our important relationship with NCMEC, Twitter is an active member of the Technology Coalition. This industry-led non-profit organization strives to eradicate child sexual exploitation by mentoring emerging or established companies, sharing trends and best-practices across industry, and facilitating technological solutions across the ecosystem.

In addition, Twitter is part of the Global Internet Forum to Counter Terrorism, which brings together industry, government, civil society, and academia to share information and collaborate to counter terrorist or extremist content online. Through the GIFCT, we have assembled a shared industry database of "hashes" or digital "fingerprints" for violent terrorist propaganda that spans more than 100,000 hashes. The database allows a company that discovers terrorist content on one of its sites to create a digital fingerprint and share it with the other companies in the forum, who can then use those hashes to identify such content on their services or platforms, review against their respective policies and individual rules, and remove matching content as appropriate or block extremist content before it is posted.

We have also begun to work with a small group of companies to test a new collaborative system to share URLs. Because Twitter does not allow files other than photos or short videos to be uploaded, one of the behaviors we saw from those seeking to promote terrorism was to post links to other services where people could access files, longer videos, PDFs, and other materials. Our pilot system allows us to alert other companies when we removed an account or Tweet that linked to material that promoted terrorism hosted on their service. This information sharing ensures the hosting companies can monitor and track similar behavior, taking enforcement action pursuant with their individual policies. This is not a high-tech approach, but it is simple and effective, recognizing the resource constraints of smaller companies.

Furthermore, in order to safeguard the conversation regarding the 2020 U.S. election, we have critical partnerships with leaders in civic tech, industry, and government organizations, such as the National Association of Secretaries of State, National Association of State Election Directors, Department of Homeland Security, Federal Bureau of Investigation, Department of Justice, Office of the Director of National Intelligence, and elections officials across the country. We also have partnerships with news organizations, civil society, and others, which have been instrumental in informing policies and helping to identify potential threats regarding the integrity of the election conversation occurring on Twitter.

**Questions from Senator Blumenthal**

**6. Since Joe Biden was declared the President-elect, Twitter has scaled its content moderation. However, President Trump routinely flouts Twitter's policies, hourly seeking to delegitimize the election. There is a real threat of violence, and these unfounded allegations are corrosive to our democracy**

**a. Under what conditions would you return to preventing a viewer from seeing the President's misinformation about the election results unless the user affirmatively clicks "view" on a warning label?**

**b. Under what conditions would you return to preventing a user from commenting on or retweeting the President's misinformation about the election results?**

In October 2020, we clarified our civic integrity policy to provide more information about our efforts to safeguard the public conversation against false claims of victory in the 2020 U.S. election. Applying warnings to premature claims of victory or victory claims that differed from official sources was always intended to be a temporary measure designed to guard against claims of victory when the election outcome was still being determined and the risk of harm was most acute. Once the race was called by official sources and the outcome was widely disseminated, we determined that the risk associated with false claims of victory in the Presidential race significantly decreased and that warnings were no longer necessary to safeguard the public conversation.

## Questions from Senator Booker

**1. Social media platforms, including Twitter, have a responsibility to stem the flow of election misinformation on their platforms. I believe it is possible for platforms like Twitter to ensure Americans' freedom to speak out while protecting the legitimacy of our democratic process and the public's safety.**

**a. Has Twitter considered implementing viral circuit breakers as proposed by Professor Ellen Goodman and the Center for American Progress, where social media platforms would design a pause in the algorithmic amplification of fast-growing content about the election until content moderators can conduct an effective review for accuracy? Do you think this would be an effective tool in combatting the flow of misinformation on social media?**

**b. Has Twitter considered instituting a short delay on content from specific high-reach accounts to allow for human review, just as live network TV institutes a short delay to prevent unacceptable content from airing? Do you think this would be an effective tool in combatting the flow of misinformation on social media?**

**c. Will Twitter commit to hiding false and misleading content that baselessly delegitimizes our democratic process—content designed to sow doubt and division— behind a click-through warning label? Will Twitter commit to ensuring that its algorithm does not amplify such content?**

Twitter has taken numerous steps to combat the spread of misinformation. We have heard from the people who use Twitter that we should not determine the truthfulness of Tweets and we should provide context to help people make up their own minds in cases where the substance of a Tweet is disputed. When we label Tweets, we link to Twitter conversation that shows three things for context: (1) factual statements; (2) counterpoint opinions and perspectives; and (3) ongoing public conversation around the issue. We will only add descriptive text that is reflective of the existing public conversation to let people determine their own viewpoints. In addition, we will reduce the visibility of labeled Tweets, meaning we will not amplify the Tweets on a number of surfaces across Twitter. We also alert people with a warning in cases where they seek to share a Tweet that has been labeled for misinformation, and in some cases disable engagement altogether. This has helped us to combat the potential spread of misinformation on the platform.

While we do not currently institute a short delay on content from high-reach accounts and have not instituted viral circuit breakers, we continue to study and refine our approach to addressing

harms associated with misinformation. We look forward to continuing the conversation with your office about additional steps we can take to address harmful misinformation.

**3. What steps have you taken to modify Twitter's algorithms to ensure that blatantly false election disinformation posted by election officials that receives high levels of interaction isn't amplified?**

In cases where a label or interstitial is applied, we take steps to reduce the visibility of Tweets, meaning we will not amplify the Tweets on a number of surfaces across Twitter. We may also remove the ability for people to retweet or like the Tweet.

**8. President Trump is spreading dangerous misinformation about our electoral process on your platforms right now. What specific lessons have you learned since Election Day? And what concrete steps has Twitter taken to enhance its enforcement policies regarding election disinformation since Election Day?**

Our efforts to safeguard the conversation on Twitter regarding the 2020 U.S. election are ongoing and we continue to apply labels, warnings, and additional restrictions to Tweets that included potentially misleading information about the election. We continue to assess the impact of our enforcement actions, but an initial examination of our efforts from October 27th to November 11th has found: ● Approximately 300,000 Tweets have been labeled under our Civic Integrity Policy for content that was disputed and potentially misleading. These represent 0.2% of all US election-related Tweets sent during this time period;
 ● 456 of those Tweets were also covered by a warning message and had engagement features limited (Tweets could be Quote Tweeted but not Retweeted, replied to, or liked);
 ● Approximately 74% of the people who viewed those Tweets saw them after we applied a label or warning message; and
 ● There was an estimated 29% decrease in Quote Tweets of these labeled Tweets due in part to a prompt that warned people prior to sharing.

**9. At noon on January 20, Donald Trump will no longer be President of the United States. If he continues to spread election misinformation in the future, will Twitter treat Donald Trump's tweets differently—as an ex-President—from how the platform does now?**

We assess reported Tweets from world leaders against the Twitter Rules, which are designed to ensure people can participate in the public conversation freely and safely. We take enforcement action for any account on our service that involves the promotion of terrorism; clear and direct threats of violence against an individual; posting of private information; posting or sharing intimate photos or videos of someone produced or distributed without their content; engaging in behaviors related to child sexual exploitation; engaging in violations of the copyright policy, and encouraging or promoting self-harm. Direct interactions with fellow public figures, comments on political issues of the day, or foreign policy saber-rattling on economic or military issues are generally not in violation of these Twitter Rules

In cases involving a world leader, we will err on the side of leaving the content up if there is a clear public interest in doing so. In such cases, we may place the violative content behind a warning notice that provides context about the violation and allows people to click through should they wish to see the content. Twitter's world leader policy no longer applies when the account in question is no longer a world leader.

**10. On November 10, President Trump issued a baseless tweet falsely claiming that an election technology company had "DELETED" millions of his votes and had "SWITCHED" hundreds of thousands more. In fact, a group of federal and state officials responsible for election cybersecurity issued a statement debunking President Trump's claims. "There is no evidence that any voting system deleted or lost votes, changed votes, or was in any way compromised," they wrote, adding that "[t]he November 3rd election was the most secure in American history."**
**a. Is Twitter aware of any evidence to suggest that any election security company deleted millions of Trump votes nationwide?**
**b. Do you think baseless claims about election fraud are harmful to our democracy?**
**c. When President Trump posted similarly outrageous tweets during the week of the election, Twitter had hidden those tweets behind a warning label, which had the effect of**

**reducing how many users were exposed to this false and misleading information. Why was this more recent tweet by President Trump—spreading outrageous falsehoods about the 2020 election—treated differently?**

Twitter does not have additional information related to the election security company referenced, beyond what has been publicly reported and shared by government sources. As the response to Question 2 details, in 2020, we updated our civic integrity policy to better safeguard the public conversation around critical civic processes, like the election and census. This policy permits us to take action in cases where individuals make claims that could undermine public confidence in the election, including unverified information about election rigging, ballot tampering, vote tallying, or certification of election results

With regards to the specific Tweet referenced in (c), it was posted on November 12, 2020 and labeled pursuant to Twitter's civic integrity policy.

**11. On November 15, President Trump tweeted, "I WON THE ELECTION!" This blatant election misinformation was liked and retweeted hundreds of thousands of times. This and other similar tweets by President Trump were false declarations of victory aimed at undermining the integrity of our electoral process. Why did Twitter decide not to hide this disinformation behind a warning label, as it did for some earlier tweets?**

In October 2020, we clarified our civic integrity policy to provide more information about our efforts to safeguard the public conversation against false claims of victory in the 2020 U.S. election. Applying labels and warnings to premature claims of victory or victory claims that differed from official sources was always intended to be a temporary measure designed to guard against claims of victory when the election outcome was still being determined and the risk of harm was most acute. Once the race was called by official sources and the outcome was widely disseminated, we determined that the risk associated with false claims of victory in the Presidential race significantly decreased and that warnings were no longer necessary to safeguard the public conversation.

**Questions from Senator Coons**

**6. In the coming months, it is likely that extensive new information about COVID-19 vaccine candidates will become available. Unfortunately, misinformation about vaccines abounds, and the World Health Organization named resulting vaccine hesitancy one of the top ten threats to global health in 2019. In addition, a recent study found that social media users exposed to content on certain vaccines were more likely to grow misinformed over time than were consumers of traditional media.**

**a. Is Twitter proactively engaged in planning efforts to address misinformation about emerging COVID-19 vaccines on its platforms?**

**b. If so, how does Twitter plan to assess the accuracy of information about these vaccines?**

**c. Has Twitter partnered with (or will Twitter partner with) fact checkers with relevant training and expertise to address misinformation about COVID-19 vaccines?**

**d. How will Twitter handle vaccine-related content deemed valid when posted but which more recent guidance or consensus suggests is misleading or inaccurate?**

**e. How will Twitter engage public health, immunology, and other related experts to identify and contextualize content that is incomplete or misleading?**

The public conversation occurring on Twitter is critically important during this unprecedented public health emergency. With a critical mass of expert organizations, official government accounts, health professionals, and epidemiologists on our service, our goal is to elevate and amplify authoritative health information as far as possible. To address this global pandemic, on March 16, 2020, we announced new enforcement guidance, broadening our definition of harm to address, specifically, content related to COVID-19 that goes directly against guidance from authoritative sources of global and local public health information. We require individuals to remove violative Tweets in a variety of contexts with the goal of preventing offline harm. Additionally, we are currently engaged in an effort launched by the Office of the U.S. Chief Technology Officer under President Trump in which we are coordinating with our industry peers to provide timely, credible information about COVID-19 via our respective platforms. This working group also seeks to address misinformation by sharing emerging trends and best practices.

In addition, in December 2020, we updated our policy approach to misleading information about COVID-19. Beginning December 21, we may require people to remove Tweets which advance harmful false or misleading narratives about COVID-19 vaccinations, including:

- False claims that suggest immunizations and vaccines are used to intentionally cause harm to or control populations, including statements about vaccines that invoke a deliberate conspiracy;
- False claims which have been widely debunked about the adverse impacts or effects of receiving vaccinations; or
- False claims that COVID-19 is not real or not serious, and therefore that vaccinations are unnecessary.

Starting in early 2021, we may label or place a warning on Tweets that advance unsubstantiated rumors, disputed claims, as well as incomplete or out-of-context information about vaccines. Tweets that are labeled under this expanded guidance may link to authoritative public health information or the Twitter Rules to provide people with additional context and authoritative information about COVID-19. We will enforce this policy in close consultation with local, national and global public health authorities around the world, and will strive to be iterative and transparent in our approach.

**Questions from Senator Durbin**

**2. In their sobering book "How Democracies Die," authors Steven Levitsky and Daniel Ziblatt make the following observation:**

**"Under President Trump, America has been defining political deviancy down. The president's routine use of personal insult, bullying, lying, and cheating has, inevitably, helped to normalize such practices. Trump's tweets may trigger outrage from the media, Democrats, and some Republicans, but the effectiveness of their responses is limited by the sheer quantity of violations. As [Senator Daniel Patrick Moynihan] observed [in 1993], in the face of widespread deviance, we become overwhelmed and then desensitized. We grow accustomed to what we previously thought to be scandalous. Furthermore, Trump's deviance has been tolerated by the Republican Party, which has helped make it acceptable to much of the Republican electorate."**

**Mr. Dorsey, I know that Twitter was not conceived as a medium for desensitizing Americans to political deviancy. But President Trump's tweets have had that effect, with serious consequences to our democratic institutions. What is your reaction to the authors' discussion of the normalization of personal insults, bullying, lying, and cheating that has been accelerated through President Trump's tweets?**

We assess reported Tweets from world leaders, including President Trump, against the Twitter Rules. In response to violations of the Twitter Rules, we have taken action on a variety of Tweets posted by President Trump, including labeling Tweets or placing them behind an interstitial and limiting amplification. Importantly, we believe there is a value in keeping the content available on our service. There is a public interest in enabling the people to be informed and engage directly with their elected leaders.

While Twitter has a responsibility to safeguard the integrity of the public conversation, we recognize that we are only one part of the broader ecosystem that impacts the broader public discourse. The internet has lowered traditional media barriers to entry for all voices, allowing for unprecedented discourse and community building across the political and socio-economic spectrum. We are happy to work with Congress on efforts to increase civic resilience to better safeguard against harmful misinformation and other concerning behavior.

**Questions from Senator Hirono**

**2. Section 230(c)(1) of the Communications Decency Act currently grants platforms like yours broad immunity for content posted by third parties, even if platforms have knowledge of the content, promote the content, or profit off the content. This immunity applies regardless of platform's size, resources, or efforts to moderate content.**

**a. Do you believe that all internet platforms should receive the same degree of immunity under Section 230(c)(1) regardless of their size and resources?**

**b. Do you believe that all internet platforms should receive the same degree of immunity under Section 230(c)(1) regardless of whether, and to what extent, they moderate content?**

**c. Would you support legislation that required platforms to earn their immunity under Section 230(c)(1) by conditioning immunity on meeting a minimum standard of care?**

Section 230 is the Internet's most important law for free speech and safety. Weakening Section 230 protections will remove critical speech from the Internet. We must ensure that all voices can be heard, and we continue to make improvements to our service so that everyone feels safe participating in the public conversation—whether they are speaking or simply listening. The protections offered by Section 230 help us achieve this important objective. Eroding the foundation of Section 230 could collapse how we communicate on the Internet, leaving only a small number of giant and well-funded technology companies. We should also be mindful that undermining Section 230 will result in far more removal of online speech and impose severe limitations on our collective ability to address harmful content and protect people online

As explained in more detail in our written testimony, we do not believe that the solution to concerns raised about content moderation is to eliminate Section 230 liability protections. Instead, we believe the solution should be focused on enhancing transparency, procedural fairness, privacy, and algorithmic choice, which can be achieved through additions to Section 230, industry-wide self-regulation best practices, or additional legislative frameworks.

**Questions from Senator Leahy**

**2. The label used by Twitter to describe the President's election-related tweets states that his claims are disputed, or that other sources called the election differently. In fact, many of these tweets are demonstrably, factually false. To this day, the President is absurdly claiming he won the election. When we know a tweet on your platform will be seen by millions and is objectively false, why not simply label it as "false?**

We have heard from the people who use Twitter that we should not determine the truthfulness of Tweets and we should provide context to help people make up their own minds in cases where the substance of a Tweet is disputed. Consistent with this feedback from our customers, we have expanded our enforcement options to allow us to label misinformation related to manipulated media, COVID-19, and civic integrity. When we label Tweets, we link to Twitter conversation that shows three things for context: (1) factual statements; (2) counterpoint opinions and perspectives; and (3) ongoing public conversation around the issue.