| | |
|---|---|
| JOHN P. COALE *(pro hac vice)* <br> 2901 Fessenden Street NW <br> Washington, DC 20008 <br> Telephone: (202) 255-2096 <br> Email: johnpcoale@aol.com <br><br> JOHN Q. KELLY *(pro hac vice)* <br> MICHAEL J. JONES *(pro hac vice)* <br> RYAN TOUGIAS *(pro hac vice)* <br> IVEY, BARNUM & O'MARA, LLC <br> 170 Mason Street <br> Greenwich, CT 06830 <br> Telephone: (203) 661-6000 <br> Email: jqkelly@ibolaw.com <br><br> FRANK C. DUDENHEFER, JR. *(pro hac vice)* <br> THE DUDENHEFER LAW FIRM L.L.C. <br> 2721 Saint Charles Avenue, Suite 2A <br> New Orleans, LA 70130 <br> Telephone: (504) 616-5226 <br> Email: fcdlaw@aol.com <br><br> Attorneys for Plaintiffs | ANDREI POPOVICI (234820) <br> MARIE FIALA (79676) <br> LAW OFFICE OF ANDREI D. POPOVICI, P.C. <br> 2121 North California Blvd. #290 <br> Walnut Creek, CA 94596 <br> Telephone: (650) 530-9989 <br> Facsimile: (650) 530-9990 <br> Email: andrei@apatent.com <br> Email: marie@apatent.com <br><br> RICHARD POLK LAWSON *(pro hac vice)* <br> GARDNER BREWER MARTINEZ MONFORT <br> 400 North Ashley Drive <br> Suite 1100 <br> Tampa, FL 33602 <br> Telephone: (813) 221-9600 <br> Facsimile: (813) 221-9611 <br> Email: rlawson@gbmmlaw.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States, LINDA CUADROS, AMERICAN CONSERVATIVE UNION, RAFAEL BARBOSA, DOMINICK LATELLA, WAYNE ALAN ROOT, NAOMI WOLF, INDIVIDUALLY, AND ON BEHALF OF THOSE SIMILARLY SITUATED <br><br> Plaintiffs, <br><br> v. <br><br> TWITTER INC. and JACK DORSEY, <br> Defendants. | Case No: 3:21-cv-08378-JD <br><br> **ATTORNEY ATTESTATION UNDER LR 5-1(H)(3)** <br><br> Hearing Date: February 24, 2022 <br> Time: 10:00 a.m. <br> Place: Courtroom 11, 19th Floor <br> Judge: Hon. James Donato |

|   |   |
|---|---|
| 1 | **ATTORNEY ATTESTATION** |

I, Andrei D. Popovici, am the ECF user whose user ID and password are being used to file these documents, including Plaintiffs' Opposition to Motion to Dismiss and associated documents. Pursuant to N.D. Cal. Civil L.R. 5-1(h)(3), I attest that concurrence in the filing of these documents has been obtained from each of the other signatories.

Dated: January 10, 2022          Respectfully submitted,

ANDREI POPOVICI (234820)
MARIE FIALA (79676)
LAW OFFICE OF ANDREI D. POPOVICI, P.C.

By:     /s/ Andrei D. Popovici
              Andrei D. Popovici

JOHN P. COALE *(pro hac vice)*
2901 Fessenden Street NW
Washington, DC 20008
Telephone: (202) 255-2096
Email: johnpcoale@aol.com

JOHN Q. KELLY *(pro hac vice)*
MICHAEL J. JONES *(pro hac vice)*
RYAN TOUGIAS *(pro hac vice)*
IVEY, BARNUM & O'MARA, LLC
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000
Email: jqkelly@ibolaw.com
Email: mjones@ibolaw.com

FRANK C. DUDENHEFER, JR. *(pro hac vice)*
THE DUDENHEFER LAW FIRM L.L.C.
2721 Saint Charles Avenue, Suite 2A
New Orleans, LA 70130
Telephone: (504) 616-5226
 Email: fcdlaw@aol.com

RICHARD POLK LAWSON *(pro hac vice)*
GARDNER BREWER MARTINEZ MONFORT
400 North Ashley Drive
Suite 1100
Tampa, FL 33602
Telephone: (813) 221-9600
Facsimile: (813) 221-9611
Email: rlawson@gbmmlaw.com

*Attorneys for Plaintiffs*