1
2
3
4   **UNITED STATES DISTRICT COURT**
    **NORTHERN DISTRICT OF CALIFORNIA**
5   **SAN FRANCISCO DIVISION**
6
7
8   DONALD J. TRUMP, the Forty-Fifth President    Case No: 3-21-cv-08378-JD
    of the United States, et al.
9                                                 **[PROPOSED] ORDER DENYING**
                    Plaintiffs,                   **DEFENDANTS' MOTION TO DISMISS**
10          v.
                                                  Hearing Date: February 24, 2022
11  TWITTER, INC., et al.,                        Courtroom: 11, 19th Floor
                                                  Time: 10:00 a.m.
12                  Defendants.                   Judge: Hon. James Donato
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Defendants have filed a Motion to Dismiss the present case.

2  After due consideration of the papers submitted and the arguments of counsel, and good

3  cause appearing therefore, it is hereby **ORDERED** that:

4  Defendants' Motion to Dismiss is **DENIED**.

5  **IT IS SO ORDERED.**

6  Dated:  _____

7
      HONORABLE JAMES DONATO
      UNITED STATES DISTRICT JUDGE
8