JOHN P. COALE *(pro hac vice)*
2901 Fessenden Street NW
Washington, DC 20008
Telephone: (202) 255-2096
Email: johnpcoale@aol.com

JOHN Q. KELLY *(pro hac vice)*
MICHAEL J. JONES *(pro hac vice)*
RYAN TOUGIAS *(pro hac vice)*
IVEY, BARNUM & O'MARA, LLC
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000
Email: jqkelly@ibolaw.com
Email: mjones@ibolaw.com

FRANK C. DUDENHEFER , JR. *(pro hac vice)*
THE DUDENHEFER LAW FIRM L.L.C.
2721 Saint Charles Avenue, Suite 2A
New Orleans, LA 70130
Telephone: (504) 616-5226
Email: fcdlaw@aol.com

ANDREI POPOVICI (234820)
MARIE FIALA (79676)
LAW OFFICE OF ANDREI D. POPOVICI, P.C.
2121 North California Blvd. #290
Walnut Creek, CA 94596
Telephone: (650) 530-9989
Facsimile: (650) 530-9990
Email: andrei@apatent.com
Email: marie@apatent.com

RICHARD POLK LAWSON *(pro hac vice)*
GARDNER BREWER MARTINEZ MONFORT
400 North Ashley Drive
Suite 1100
Tampa, FL 33602
Telephone: (813) 221-9600
Facsimile: (813) 221-9611
Email: rlawson@gbmmlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States, LINDA CUADROS, AMERICAN CONSERVATIVE UNION, RAFAEL BARBOZA, DOMINICK LATELLA, WAYNE ALLYN ROOT, NAOMI WOLF, INDIVIDUALLY, AND ON BEHALF OF THOSE SIMILARLY SITUATED,<br><br>              Plaintiffs,<br>v.<br><br>TWITTER, INC., and JACK DORSEY,<br>              Defendants | Case No: 3:21-cv-08378-JD<br><br>**DECLARATION OF RICHARD P. LAWSON IN SUPPORT OF PLAINTIFF'S REPLY TO THE DEFENDANT'S OPOSITION TO THE MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: February 24, 2022<br>Courtroom: 11, 19th Floor<br>Time: 10:00 a.m.<br>Judge: Hon. James Donato |

**DECLARATION OF RICHARD P. LAWSON**

I, Richard P. Lawson, declare as follows:

1. I am an attorney admitted to practice *pro hoc vice* before this Court and am a member in good standing with the Florida Bar. I am a partner at the law firm of Gardner, Brewer, Hudson, P.A., counsel for the Plaintiffs in this action. I make this Declaration based on my own personal knowledge. If called as a witness, I could and would testify as follows.

2. Plaintiffs have filed a motion for preliminary injunction ("Motion").

3. This Declaration is being filed in support of Plaintiffs' Reply ("Reply") to the Defendants' opposition to the Motion ("Opposition").

4. This Declaration sets forth the basis for several factual references made in the Reply.

5. The former president of the Internet Association, Michael Beckerman, stated that Section 230 is, "the one line of federal code that has created more economic value in this country than any other." A copy of an article from National Public Radio quoting Mr. Beckerman can be found at **Exhibit A**.

6. David Post, former Temple University law professor and current Adjunct Scholar at the Cato Institute stated that the potential liability facing social media companies without Section 230 would have been "astronomical" and that it is unlikely that, "an investor [would provide] funds for any of these ventures in a world without Section 230." A copy of his opinion article from the Washington Post, "A bit of Internet history, or how two members of Congress helped create a trillion or so dollars of value," can be found at **Exhibit B**.

7. It has been estimated that the Congressionally mandated safe harbors of Section 230 and the Digital Millennium Copyright combine together to provide more than $40 billion dollars a year of value to the technology industry. A copy of a 2017 report from the Internet Association detailing the value of these safe harbors can be found at **Exhibit C.**

8. Since enactment of Section 230, growth in value of internet related companies has grown nine-fold. A copy of a chart from the Bureau of Economic Analysis detailing this growth can be found at **Exhibit D**.

9. On January 10, 2022, I visited the online edition of the *The Wall Street Jounal* and retrieved the stock and market data for Alphabet, Meta Platforms, and Twitter, copies of which can be found at **Exhibits E, F, and G, respectively**.

10. SEC Form 10-K reports for the year ending December 31, 2020 for Alphabet, Meta Platforms, and Twitter can be found at **Exhibits H, I, and J, respectively**.

I hereby declare under the laws of the State of Florida and the United States of America that the foregoing is true and accurate and that this declaration was executed on January 10, 2022, in Tampa, Florida.

By:          */s/ Richard P. Lawson*
                 Richard P. Lawson