Exhibit D

Bureau of Economic Analysis
## Real Value Added by Industry
[Billions of 2012 chain dollars]
Last Revised on: December 22, 2021

| Line | | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 53 | Data processing, internet publishing, and other information services | 31.0 | 35.4 | 28.7 | 23.6 | 38.0 | 58.8 | 60.9 | 73.0 | 70.3 | 79.3 | 65.0 | 82.7 |
| 101 | Information-communications-technology-producing industries [4] | 231.7 | 278.5 | 324.0 | 382.9 | 399.1 | 422.6 | 470.1 | 538.0 | 607.9 | 672.3 | 754.6 | 837.3 |

Bureau of Economic Analysis
**Real Value Added by Industry**
[Billions of 2012 chain dollars]
Last Revised on: December 22, 2021

| Line | | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 53 | Data processing, internet publishing, and other information services | 84.8 | 100.3 | 114.5 | 105.3 | 133.0 | 152.9 | 174.7 | 205.0 | 226.6 | 265.5 | 310.9 |
| 101 | Information-communications-technology-producing industries [4] | 837.3 | 914.9 | 965.9 | 989.3 | 1,070.0 | 1,118.7 | 1,240.3 | 1,351.1 | 1,457.3 | 1,605.3 | 1,716.8 |

**Legend / Footnotes:**

1. Chained (2012) dollar series are calculated as the product of the chain-type quantity index and the 2012 current-dollar value of the corresponding series, divided by 100. Because the formula for the chain-type quantity indexes uses weights of more than one period, the corresponding chained-dollar estimates are usually not additive. The value of the Not allocated by industry line reflects the difference between the first line and the sum of the most detailed lines, as well as the differences in source data used to estimate GDP by industry and the expenditures measure of real GDP.

2. Consists of agriculture, forestry, fishing, and hunting; mining; construction; and manufacturing.

3. Consists of utilities; wholesale trade; retail trade; transportation and warehousing; information; finance, insurance, real estate, rental, and leasing; professional and business services; educational services, health care, and social assistance; arts, entertainment, recreation, accommodation, and food services; and other services, except government.

4. Consists of computer and electronic product manufacturing (excluding navigational, measuring, electromedical, and control instruments manufacturing); software publishers; broadcasting and telecommunications; data processing, hosting and related services; internet publishing and broadcasting and web search portals; and computer systems design and related services.