Exhibit E



QUOTES & COMPANIES

VIEW ALL COMPANIES

# Alphabet Inc. Cl C

GOOG (U.S.: Nasdaq)

+ ADD TO WATCHLIST

REAL TIME 10:37 AM EST 01/10/22

**$2 666.375** USD -73.715 -2.69% ▼

5D $ %

Volume
461,209

65 Day Avg Vol
1,110,312

1 Day Range
2,666.62 - 2,714.04

52 Week Range
1,721.55 - 3,037.00
(01/15/21 - 11/19/21)

OVERVIEW PROFILE FINANCIALS RESEARCH & RATINGS ADVANCED CHARTING

## NEWS (GOOG)

2 hours ago Barron's
Apple, Microsoft, and 13 More Tech Stocks to Help Investors Forget the Fed

01/08/22 Barron's
Robinhood Is Making Changes. Keep an Eye on Its Stock.

01/07/22 Barron's
U.S. Stocks Are Richly Priced. Bargain Hunters, Look Elsewhere

01/07/22 Barron's
Sonos Patent Win Over Google Shows Key Strength

01/07/22 The Wall Street Journal
The Hottest ETF Sectors for Investors to Bet On in 2022

## KEY STOCK DATA

P/E Ratio (TTM)
25.68 (01/10/22)

EPS (TTM)
$103.83

Market Cap
$1.82 T

Shares Outstanding
317.74 M

Public Float
277.78 M

Yield
GOOG is not currently paying a regular dividend.

Latest Dividend
N/A

## COMPETITORS (GOOG)

| Company | Change | P/E (TTM) |
| --- | --- | --- |
| MSFT Microsoft Corp. | -2.55% | 34.20 |

**01/06/22** The Wall Street Journal
Google Loses to Sonos in Ruling That Bars Some Device Imports

**01/06/22** Barron's
Robinhood Brings On a New Executive With Old-School Investing Skills

**01/06/22** Barron's
Google and Facebook Hit With Fines Over Cookies

**01/05/22** Barron's
Adobe and Salesforce Lead Tech Stocks Lower

**01/03/22** Barron's
Apple Briefly Hits $3 Trillion Market Value

LOAD MORE→

Ex-Dividend Date
N/A

SHORT INTEREST ?
(12/15/21)
Shares Sold Short
1.67 M

Change from Last
0.61%

Percent of Float
0.60%

| | | |
|---|---|---|
| AMZN<br>Amazon.com Inc. | -3.46% | 61.25 |
| FB<br>Meta Platforms Inc. | -4.46% | 22.69 |
| NFLX<br>Netflix Inc. | -1.89% | 47.83 |
| CRM<br>Salesforce.com Inc. | -3.24% | 121.95 |
| ORCL<br>Oracle Corp. | -0.16% | 25.34 |
| IBM<br>International Business Machines Corp. | -0.59% | 25.35 |
| SPOT<br>Spotify Technology S.A. | -4.18% | - |
| HPE<br>Hewlett Packard Enterprise Co. | -1.66% | 6.54 |
| K3SD<br>Baidu Inc. ADR | - | 28.89 |

## RESEARCH & RATINGS (GOOG)

### PER-SHARE EARNINGS, ACTUALS AND ESTIMATES

QUARTERLY    ANNUAL    GOOG will report Q4 earnings on 04/27/2022

ACTUAL    ANALYST RANGE    CONSENSUS

35
30
25
20
15

Q4    Q1    Q2    Q3    Q4    Q1

MORE→

## PROFILE (GOOG)

Alphabet, Inc. is a holding company, which engages in the business of acquisition and operation of different companies. It operates through the Google and Other Bets segments. The Google segment includes its main Internet products such as ads, Android, Chrome, hardware,...

1600 Amphitheatre Parkway
Mountain View California 94043
United States

Email | Website | Map

Employees: 135,301
Sector: Internet/Online
Sales or Revenue: 182.35 B
Industry: Technology
1Y Sales Change: 12.98%
Fiscal Year Ends: December 31
Download Reports

**Sundar Pichai**
Chief Executive Officer & Director

**Ruth M. Porat**

## FINANCIALS (GOOG)

QUARTERLY    ANNUAL

**Net Income**

20B
15B
10B
5B

```
Sep      Dec      Mar      Jun      Sep
2020     2020     2021     2021     2021
```
0

MORE →

**Chief Financial Officer & Senior Vice President**

**Robert M. Califf**
Head-Strategy & Policy

**Torrence N. Boone**
Vice President-Global Client Partnerships

MORE →

OVERVIEW                                    NOTES & DATA PROVIDERS ⌃

ADVERTISEMENT                                                              Dianomi

**Hands Down The Top Credit Card Of 2022**
CompareCredit


**7 Retirement Income Strategies [Free Guide]**
Fisher Investments


**Which Travel Card Has The Most Valuable Miles? Compare Now**
NerdWallet


**We don't hate Mondays. We're hiring at Fidelity.**
Fidelity Investments


**We're "All In" on This One Stock.**
The Motley Fool


**2022 Schwab Market Outlook: What's Ahead?**
Charles Schwab


BACK TO TOP ⌃

English Edition                                                           Sign Out

| WSJ Membership | Customer Service | Tools & Features | Ads | More |
|---|---|---|---|---|
| WSJ+ Membership Benefits | Customer Center | Emails & Alerts | Advertise | About Us |
| Subscription Options | Contact Us | Guides | Commercial Real Estate Ads | Commercial Partnerships |
| Why Subscribe? | | Topics | Place a Classified Ad | Content Partnerships |
| Corporate Subscriptions | | My News | Sell Your Business | Corrections |
| Professor Journal | | RSS Feeds | Sell Your Home | Jobs at WSJ |
| Student Journal | | Video Center | Recruitment & Career Ads | News Archive |
| WSJ High School Program | | Watchlist | Coupons | Register for Free |
| WSJ Amenity Program | | Podcasts | | Reprints & Licensing |
| Public Library Program | | Web Stories | | Buy Issues |
| WSJ Live | | | | WSJ Shop |

    

**Dow Jones Products**   Barron's | BigCharts | Dow Jones Newswires | Factiva | Financial News | Mansion Global | MarketWatch | Private Markets
Risk & Compliance | WSJ Pro | WSJ Video | WSJ Wine

Privacy Notice | Cookie Notice | Do Not Sell My Personal Information | Copyright Policy | Data Policy | Subscriber Agreement & Terms of Use | Your Ad Choices

Copyright ©2022 Dow Jones & Company, Inc. All Rights Reserved.