Exhibit F



DOW JONES, A NEWS CORP COMPANY ▼ About WSJ

DJIA 35707.90 1.45% ▼ Nasdaq 14556.89 2.54% ▼ U.S. 10 Yr -3/32 Yield 1.800% ▼ Crude Oil 78.27 0.80% ▼ Euro 1.1313 0.45% ▼

Richard Lawson ▼

EXPLORE PRINT EDITION

English Edition | Print Edition | Video | Podcasts | Latest Headlines

Home World U.S. Politics Economy Business Tech Markets Opinion Books & Arts Real Estate Life & Work WSJ. Magazine Sports

QUOTES & COMPANIES

VIEW ALL COMPANIES

# Meta Platforms Inc.

FB (U.S.: Nasdaq)

+ ADD TO WATCHLIST

REAL TIME 10:37 AM EST 01/10/22

$315.78 USD -16.01 -4.83% ▼

5D $ %

Volume
6,677,905

65 Day Avg Vol
21,749,239

1 Day Range
318.01 - 326.19

52 Week Range
244.61 - 384.33
(01/14/21 - 09/01/21)

OVERVIEW PROFILE FINANCIALS RESEARCH & RATINGS ADVANCED CHARTING

## NEWS (FB)

27 min ago Press Release

New Clinical Evidence Workflow Solution From Wolters Kluwer Accelerates Research Activity Supporting Evidence-based Practice

32 min ago Press Release

Glancy Prongay & Murray LLP, a Leading Securities Fraud Law Firm, Announces the Filing of a Securities Class Action on Behalf of KE Holdings Inc. (BEKE) Investors

32 min ago Press Release

Glancy Prongay & Murray LLP, a Leading Securities Fraud Law Firm, Announces the Filing of a Securities Class Action on Behalf of Instadose Pharma Corp. f/k/a Mikrocoze, Inc. (INSD) Investors

32 min ago Press Release

## KEY STOCK DATA ?

P/E Ratio (TTM)
22.69 (01/10/22)

EPS (TTM)
$14.01

Market Cap
$922.96 B

Shares Outstanding
2.37 B

Public Float
2.35 B

Yield
FB is not currently paying a regular dividend.

Latest Dividend
N/A

## COMPETITORS (FB)

| Company | Change | P/E (TTM) |
|---|---|---|
| AAPL Apple Inc. | -2.17% | 30.24 |

OWLT Investors Have Opportunity to Lead Owlet, Inc. Securities Fraud Lawsuit

32 min ago  Press Release

CHGG Investors Have Opportunity to Lead Chegg, Inc. Securities Fraud Lawsuit

32 min ago  Press Release

FFIE Investors Have Opportunity to Lead Faraday Future Intelligent Electric, Inc. f/k/a Property Solutions Acquisition Corp. Securities Fraud Lawsuit

32 min ago  Press Release

Limelight Networks to Report Fourth Quarter 2021 Financial Results on January 20th, 2022

32 min ago  Press Release

Vuzix to Discuss the Metaverse and its Augmented Reality Smart Glasses Solutions at Two Upcoming Investor Conferences

35 min ago  Press Release

SNAP Final Deadline Today: Rosen, Leading Trial Attorneys, Encourages Snap Inc. Investors with Losses Over $100K to Secure Counsel Before Important January 10 Deadline in Securities Class Action Commenced by the Firm - SNAP

39 min ago  Press Release

GGTOOR, Inc., (OTCMKTS:GTOR) Announces Management Report for the Week Ended January 8, 2021

LOAD MORE→

Ex-Dividend Date
N/A

SHORT INTEREST ?
(12/15/21)
Shares Sold Short
27.95 M
Change from Last
10.62%
Percent of Float
1.19%

| | | |
|---|---|---|
| MSFT<br>Microsoft Corp. | -2.46% | 34.18 |
| GOOG<br>Alphabet Inc. Cl C | -2.67% | 25.80 |
| GOOGL<br>Alphabet Inc. Cl A | -2.72% | 25.82 |
| AMZN<br>Amazon.com Inc. | -3.50% | 61.59 |
| SNAP<br>Snap Inc. | -5.37% | - |
| TWTR<br>Twitter Inc. | -2.38% | - |
| WB<br>Weibo Corp. ADR | -3.72% | 22.26 |
| YELP<br>Yelp Inc. | -1.93% | 72.04 |
| K3SD<br>Baidu Inc. ADR | - | 28.89 |

## PROFILE (FB)

Meta Platforms, Inc., (formerly known as Facebook, Inc.) operates as a global social technology company. The company engages in the development of social media applications as well as virtual and augmented reality products allowing users to connect through mobile devices,...

1 Hacker Way
Menlo Park California 94025
United States

Email  |  Website  |  Map

Employees      Sector
58,604          Internet/Online

Sales or Revenue   Industry
85.97 B            Technology

1Y Sales Change   Fiscal Year Ends
21.60%            December 31
                  Download Reports

Mark Elliot Zuckerberg
Chairman & Chief Executive Officer

Dawn Carfora
Vice President-Business Planning & Operations

Sheryl Kara Sandberg

## RESEARCH & RATINGS (FB)

### PER-SHARE EARNINGS, ACTUALS AND ESTIMATES

[Quarterly] [Annual]

FB will report Q4 earnings on 04/27/2022

ACTUAL     ANALYST RANGE     CONSENSUS

5.00
4.00
3.00
2.00

Q4  Q1  Q2  Q3  Q4  Q1

MORE→

| Chief Operating Officer & Director |
| --- |
| **David M. Wehner** |
| Chief Financial Officer |

**FINANCIALS** (FB)

MORE→

**QUARTERLY**   ANNUAL

Net Income

```
12B
9B
6B
3B
0
Sep    Dec    Mar    Jun    Sep
2020   2020   2021   2021   2021
```

MORE→

OVERVIEW                                                                NOTES & DATA PROVIDERS ⌃

**ADVERTISEMENT**                                                                           Dianomi

| The Worst Way to Withdraw From Retirement Accounts  | Motley Fool Issues Rare "All In" Buy Alert  | Find a career that won't feel like a compromise.  |
| --- | --- | --- |
| smartasset | The Motley Fool | Fidelity Investments |
| 2022 Schwab Market Outlook: What's Ahead?  | Do You Have Enough To Retire? Use Our Free Retirement Calculator.  | The Definitive Guide to Retirement for $500k+ Portfolios  |
| Charles Schwab | Personal Capital | Fisher Investments |

BACK TO TOP ⌃

English Edition                                                                                       Sign Out

| WSJ Membership | Customer Service | Tools & Features | Ads | More |
| --- | --- | --- | --- | --- |
| WSJ+ Membership Benefits | Customer Center | Emails & Alerts | Advertise | About Us |
| Subscription Options | Contact Us | Guides | Commercial Real Estate Ads | Commercial Partnerships |
| Why Subscribe? | | Topics | Place a Classified Ad | Content Partnerships |
| Corporate Subscriptions | | My News | Sell Your Business | Corrections |
| Professor Journal | | RSS Feeds | Sell Your Home | Jobs at WSJ |
| Student Journal | | Video Center | Recruitment & Career Ads | News Archive |
| WSJ High School Program | | Watchlist | Coupons | Register for Free |
| WSJ Amenity Program | | Podcasts | | Reprints & Licensing |

Public Library Program | Web Stories | Buy Issues
WSJ Live | | WSJ Shop

**Dow Jones Products** | Barron's | BigCharts | Dow Jones Newswires | Factiva | Financial News | Mansion Global | MarketWatch | Private Markets
Risk & Compliance | WSJ Pro | WSJ Video | WSJ Wine

Privacy Notice | Cookie Notice | Do Not Sell My Personal Information | Copyright Policy | Data Policy | Subscriber Agreement & Terms of Use | Your Ad Choices

Copyright ©2022 Dow Jones & Company, Inc. All Rights Reserved.

https://www.wsj.com/market-data/quotes/FB?mod=searchresults_companyquotes    Page 4 of 4