Exhibit G



DOW JONES, A NEWS CORP COMPANY ▼ About WSJ

DJIA 35721.11 1.41% ▼ Nasdaq 14569.29 2.45% ▼ U.S. 10 Yr -3/32 Yield 1.802% ▼ Crude Oil 78.62 0.35% ▼ Euro 1.1321 0.38% ▼

Richard Lawson ▼

VISIT WSJ+

English Edition | Print Edition | Video | Podcasts | Latest Headlines

Home World U.S. Politics Economy Business Tech Markets Opinion Books & Arts Real Estate Life & Work WSJ. Magazine Sports

QUOTES & COMPANIES

VIEW ALL COMPANIES

# Twitter Inc.

TWTR (U.S.: NYSE)

+ ADD TO WATCHLIST

REAL TIME 10:59 AM EST 01/10/22

$38.4 USD -1.27 -3.20% ▼

5D $ %

Volume
4,261,925

65 Day Avg Vol
16,778,308

1 Day Range
38.3101 - 39.47

52 Week Range
38.3101 - 80.75
(01/10/22 - 02/25/21)

OVERVIEW PROFILE FINANCIALS RESEARCH & RATINGS ADVANCED CHARTING

## NEWS(TWTR)

9 min ago Press Release

Sarepta Therapeutics' Gene Therapy SRP-9001 Shows Statistically Significant Functional Improvements Compared to Pre-specified Matched External Control in Part 2 of Study SRP-9001-102 for the Treatment of Duchenne Muscular Dystrophy

16 min ago Press Release

Mercer Appoints Holly Verdeyen as US Defined Contribution Leader

59 min ago Press Release

Glancy Prongay & Murray LLP, a Leading Securities Fraud Law Firm, Announces the Filing of a Securities Class Action on Behalf of KE Holdings Inc. (BEKE) Investors

59 min ago Press Release

## KEY STOCK DATA ?

P/E Ratio (TTM)
N/A

EPS (TTM)
$-0.24

Market Cap
$31.72 B

Shares Outstanding
799.61 M

Public Float
775.60 M

Yield
TWTR is not currently paying a regular dividend.

Latest Dividend
N/A

## COMPETITORS (TWTR)

| Company | Change | P/E (TTM) |
|---|---|---|
| MSFT Microsoft Corp. | -2.55% | 34.17 |

Glancy Prongay & Murray LLP, a Leading Securities Fraud Law Firm, Announces the Filing of a Securities Class Action on Behalf of Instadose Pharma Corp. f/k/a Mikrocoze, Inc. (INSD) Investors

59 min ago  Press Release

OWLT Investors Have Opportunity to Lead Owlet, Inc. Securities Fraud Lawsuit

59 min ago  Press Release

CHGG Investors Have Opportunity to Lead Chegg, Inc. Securities Fraud Lawsuit

59 min ago  Press Release

FFIE Investors Have Opportunity to Lead Faraday Future Intelligent Electric, Inc. f/k/a Property Solutions Acquisition Corp. Securities Fraud Lawsuit

59 min ago  Press Release

Limelight Networks to Report Fourth Quarter 2021 Financial Results on January 20th, 2022

59 min ago  Press Release

Vuzix to Discuss the Metaverse and its Augmented Reality Smart Glasses Solutions at Two Upcoming Investor Conferences

1 hour ago  Press Release

SNAP Final Deadline Today: Rosen, Leading Trial Attorneys, Encourages Snap Inc. Investors with Losses Over $100K to Secure Counsel Before Important January 10 Deadline in Securities Class Action Commenced by the Firm - SNAP

LOAD MORE →

Ex-Dividend Date
N/A

SHORT INTEREST ?
(12/15/21)

Shares Sold Short
22.88 M

Change from Last
6.47%

Percent of Float
2.95%

| | | |
|---|---|---|
| GOOG<br>Alphabet Inc. Cl C | -2.52% | 25.72 |
| GOOGL<br>Alphabet Inc. Cl A | -2.63% | 25.69 |
| FB<br>Meta Platforms Inc. | -4.62% | 22.61 |
| VZ<br>Verizon Communications Inc. | -0.04% | 10.19 |
| IBM<br>International Business Machines Corp. | -0.79% | 25.32 |
| SNAP<br>Snap Inc. | -6.60% | - |
| PINS<br>Pinterest Inc. | -3.71% | 62.14 |
| WB<br>Weibo Corp. ADR | -4.87% | 22.12 |
| YY<br>JOYY Inc. ADR | -3.97% | - |

PROFILE (TWTR)

Twitter, Inc. is a global platform for public self-expression and conversation in real time. It provides a network that connects users to people, information, ideas, opinions and news. The company's services include live commentary, live connections and live conversations....

1355 Market Street
San Francisco California 94103
United States

Email | Website | Map

| | |
|---|---|
| Employees<br>5,500 | Sector<br>Internet/Online |
| Sales or Revenue<br>3.72 B | Industry<br>Technology |
| 1Y Sales Change<br>7.43% | Fiscal Year Ends<br>December 31<br>Download Reports |

Parag Agrawal
Chief Executive Officer & Director

Lindsey Iannucci

RESEARCH & RATINGS (TWTR)

PER-SHARE EARNINGS, ACTUALS AND ESTIMATES



Quarterly | Annual

TWTR will report Q4 earnings on 04/26/2022



| ACTUAL | ANALYST RANGE | CONSENSUS |
|---|---|---|
| 1.00 | | |
| 0.50 | | |
| 0.00 | | |
| -0.50 | | |
| Q4  Q1 | Q2  Q3 | Q4  Q1 |

Chief of Staff & Vice President-Operations

**Ned D. Segal**
Chief Financial Officer

**Nick Caldwell**
Vice President-Engineering

MORE→

MORE→

## FINANCIALS (TWTR)

QUARTERLY    ANNUAL

### Net Income



| | 400M |
| | 200M |
| | 0 |
| | -200M |
| | -400M |
| | -600M |

Sep 2020 | Dec 2020 | Mar 2021 | Jun 2021 | Sep 2021

MORE→

OVERVIEW                                                   NOTES & DATA PROVIDERS ⌃

BACK TO TOP ⌃

English Edition                                                                        Sign Out

### WSJ Membership
WSJ+ Membership Benefits
Subscription Options
Why Subscribe?
Corporate Subscriptions
Professor Journal
Student Journal
WSJ High School Program
WSJ Amenity Program
Public Library Program
WSJ Live

### Customer Service
Customer Center
Contact Us

### Tools & Features
Emails & Alerts
Guides
Topics
My News
RSS Feeds
Video Center
Watchlist
Podcasts
Web Stories

### Ads
Advertise
Commercial Real Estate Ads
Place a Classified Ad
Sell Your Business
Sell Your Home
Recruitment & Career Ads
Coupons

### More
About Us
Commercial Partnerships
Content Partnerships
Corrections
Jobs at WSJ
News Archive
Register for Free
Reprints & Licensing
Buy Issues
WSJ Shop

**Dow Jones Products** | Barron's | BigCharts | Dow Jones Newswires | Factiva | Financial News | Mansion Global | MarketWatch | Private Markets | Risk & Compliance | WSJ Pro | WSJ Video | WSJ Wine

Privacy Notice | Cookie Notice | Do Not Sell My Personal Information | Copyright Policy | Data Policy | Subscriber Agreement & Terms of Use | Your Ad Choices

Copyright ©2022 Dow Jones & Company, Inc. All Rights Reserved.