JOHN P. COALE *(pro hac vice)*
2901 Fessenden Street NW
Washington, DC 20008
Telephone: (202) 255-2096
Email: johnpcoale@aol.com

JOHN Q. KELLY *(pro hac vice)*
MICHAEL J. JONES *(pro hac vice)*
RYAN TOUGIAS *(pro hac vice)*
IVEY, BARNUM & O'MARA, LLC
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000
Email: jqkelly@ibolaw.com

FRANK C. DUDENHEFER , JR. *(pro hac vice)*
THE DUDENHEFER LAW FIRM L.L.C.
2721 Saint Charles Avenue, Suite 2A
New Orleans, LA 70130
Telephone: (504) 616-5226
Email: fcdlaw@aol.com
Attorneys for Plaintiffs

ANDREI POPOVICI (234820)
MARIE FIALA (79676)
LAW OFFICE OF ANDREI D. POPOVICI, P.C.
2121 North California Blvd. #290
Walnut Creek, CA 94596
Telephone: (650) 530-9989
Facsimile: (650) 530-9990
Email: andrei@apatent.com
Email: marie@apatent.com

RICHARD POLK LAWSON *(pro hac vice)*
GARDNER BREWER MARTINEZ MONFORT
400 North Ashley Drive
Suite 1100
Tampa, FL 33602
Telephone: (813) 221-9600
Facsimile: (813) 221-9611
Email: rlawson@gbmmlaw.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States, LINDA CUADROS, AMERICAN CONSERVATIVE UNION, RAFAEL BARBOSA, DOMINICK LATELLA, WAYNE ALAN ROOT, NAOMI WOLF, INDIVIDUALLY, AND ON BEHALF OF THOSE SIMILARLY SITUATED<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER INC. and JACK DORSEY,<br>Defendants. | Case No: 3:21-cv-08378-JD<br><br>**ATTORNEY ATTESTATION UNDER LR 5-1(H)(3)**<br><br>Hearing Date:  February 24, 2022<br>Time:  10:00 a.m.<br>Place:  Courtroom 11, 19th Floor<br>Judge:  Hon. James Donato |

1

**ATTORNEY ATTESTATION**

2

   I, Andrei D. Popovici, am the ECF user whose user ID and password are being used to file

3

these documents, including Plaintiff Trump's Reply to Opposition to Motion for Preliminary

4

Injunction and associated documents.  Pursuant to N.D. Cal. Civil L.R. 5-1(h)(3), I attest that

5

concurrence in the filing of these documents has been obtained from each of the other signatories.

6

Dated: January 10, 2022     Respectfully submitted,

7

          ANDREI POPOVICI (234820)
          MARIE FIALA (79676)

8

          LAW OFFICE OF ANDREI D. POPOVICI, P.C.

9

          By:  */s/ Andrei D. Popovici*

10

             Andrei D. Popovici

11

          JOHN P. COALE *(pro hac vice)*
          2901 Fessenden Street NW

12

          Washington, DC 20008
          Telephone: (202) 255-2096

13

          Email: johnpcoale@aol.com

14

          JOHN Q. KELLY *(pro hac vice)*
          MICHAEL J. JONES *(pro hac vice)*

15

          RYAN TOUGIAS *(pro hac vice)*
          IVEY, BARNUM & O'MARA, LLC

16

          170 Mason Street
          Greenwich, CT 06830

17

          Telephone: (203) 661-6000
          Email: jqkelly@ibolaw.com

18

          Email: mjones@ibolaw.com

19

          FRANK C. DUDENHEFER, JR. *(pro hac vice)*

20

          THE DUDENHEFER LAW FIRM L.L.C.
          2721 Saint Charles Avenue, Suite 2A

21

          New Orleans, LA 70130
          Telephone: (504) 616-5226

22

          Email: fcdlaw@aol.com

23

          RICHARD POLK LAWSON *(pro hac vice)*

24

          GARDNER BREWER MARTINEZ
          MONFORT

25

          400 North Ashley Drive
          Suite 1100

26

          Tampa, FL 33602
          Telephone: (813) 221-9600

27

          Facsimile: (813) 221-9611
          Email: rlawson@gbmmlaw.com

28

          *Attorneys for Plaintiffs*