| | |
|---|---|
| JOHN P. COALE *(pro hac vice)*<br>2901 Fessenden Street NW<br>Washington, DC 20008<br>Telephone: (202) 255-2096<br>Email: johnpcoale@aol.com<br><br>JOHN Q. KELLY *(pro hac vice)*<br>MICHAEL J. JONES *(pro hac vice)*<br>RYAN TOUGIAS *(pro hac vice)*<br>IVEY, BARNUM & O'MARA, LLC<br>170 Mason Street<br>Greenwich, CT 06830<br>Telephone: (203) 661-6000<br>Email: jqkelly@ibolaw.com<br>Email: mjones@ibolaw.com<br><br>FRANK C. DUDENHEFER , JR. *(pro hac vice)*<br>THE DUDENHEFER LAW FIRM L.L.C.<br>2721 Saint Charles Avenue, Suite 2A<br>New Orleans, LA 70130<br>Telephone: (504) 616-5226<br>Email: fcdlaw@aol.com | ANDREI POPOVICI (234820)<br>MARIE FIALA (79676)<br>LAW OFFICE OF ANDREI D. POPOVICI, P.C.<br>2121 North California Blvd. #290<br>Walnut Creek, CA 94596<br>Telephone: (650) 530-9989<br>Facsimile: (650) 530-9990<br>Email: andrei@apatent.com<br>Email: marie@apatent.com<br><br>RICHARD POLK LAWSON *(pro hac vice)*<br>GARDNER BREWER HUDSON, P.A.<br>400 North Ashley Drive<br>Suite 1100<br>Tampa, FL 33602<br>Telephone: (813) 221-9600<br>Facsimile: (813) 221-9611<br>Email: rlawson@gbmmlaw.com |

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANSCISCO DIVISION**

| | |
|---|---|
| DONALD J. TRUMP et al.<br><br>   Plaintiffs,<br>v.<br><br>TWITTER, INC., et al.,<br><br>   Defendants. | Case No: 3-21-cv-08378-JD<br><br>**ADMINISTRATIVE MOTION FOR LEAVE TO FILE PLAINTIFF DONALD J. TRUMP'S RESPONSE IN OPPOSITION TO THE MOTION AND MEMORANDUM OF LAW BY INTERVENOR UNITED STATES OF AMERICA IN SUPPORT OF THE CONSTITUTIONALITY OF 47 U.S.C. § 230(c)**<br><br>Judge: Hon. James Donato |

1    Donald J. Trump requests leave to file a response (the "Response") to the Motion to
2    Intervene and Memorandum of Points and Authorities in Support of the Constitutionality of 47
3    U.S.C. § 230(c) (Fed. R. Civ. P. Rule 5.1) (the "USA Motion") filed by the United States of
4    America (the "USA" or "Government") on December 9, 2021, Document 137 ("Dkt. 137"), for
5    the following reasons.

6    Plaintiffs' First Amended Complaint challenges the construction and constitutionality of
7    Section 230. As noted in the Government's Motion to Intervene, Plaintiff also asserts said
8    unconstitutionality as applied in his Motion for Preliminary Injunction. (USA Mot. at 1).
9    Therefore, Plaintiff should be allowed to respond to the Government and address the issues raised
10   in its Motion in order to demonstrate that the Government's arguments do not support their
11   conclusion that Section 230 is constitutional. The United States has consented to the filing of
12   Plaintiff's Response.

13   ACCORDINGLY, Plaintiff respectfully requests that the Court accept for filing the
14   response attached hereto as Exhibit "1" and issue the [Proposed] Order Granting Plaintiff Leave
15   to File the Response.

Dated: February 11, 2022        Respectfully submitted,

                                By:    /s/ John P. Coale
                                       John P. Coale

                                JOHN P. COALE (pro hac vice)
                                2901 Fessenden Street NW
                                Washington, DC 20008
                                Telephone: (202) 255-2096
                                Email: johnpcoale@aol.com

                                JOHN Q. KELLY (pro hac vice)
                                MICHAEL J. JONES (pro hac vice)
                                RYAN TOUGIAS (pro hac vice)
                                IVEY, BARNUM & O'MARA, LLC
                                170 Mason Street
                                Greenwich, CT 06830
                                Telephone: (203) 661-6000
                                Email: jqkelly@ibolaw.com
                                Email: mjones@ibolaw.com

FRANK C. DUDENHEFER, JR. *(pro hac vice)*
THE DUDENHEFER LAW FIRM L.L.C.
2721 Saint Charles Avenue, Suite 2A
New Orleans, LA 70130
Telephone: (504) 616-5226
Email: fcdlaw@aol.com

ANDREI POPOVICI (234820)
MARIE FIALA (79676)
LAW OFFICE OF ANDREI D. POPOVICI, P.C.
2121 North California Blvd. #290
Walnut Creek, CA 94596
Telephone: (650) 530-9989
Facsimile: (650) 530-9990
Email: andrei@apatent.com
Email: marie@apatent.com

RICHARD POLK LAWSON *(pro hac vice)*
GARDNER BREWER HUDSON, P.A.
400 North Ashley Drive
Suite 1100
Tampa, FL 33602
Telephone: (813) 221-9600
Facsimile: (813) 221-9611
Email: rlawson@gbmmlaw.com

*Attorneys for Plaintiffs*