| | |
|---|---|
| JOHN P. COALE *(pro hac vice)* <br> 2901 Fessenden Street NW <br> Washington, DC 20008 <br> Telephone: (202) 255-2096 <br> Email: johnpcoale@aol.com <br><br> JOHN Q. KELLY *(pro hac vice)* <br> MICHAEL J. JONES *(pro hac vice)* <br> RYAN TOUGIAS *(pro hac vice)* <br> IVEY, BARNUM & O'MARA, LLC <br> 170 Mason Street <br> Greenwich, CT 06830 <br> Telephone: (203) 661-6000 <br> Email: jqkelly@ibolaw.com <br> Email: mjones@ibolaw.com <br><br> FRANK C. DUDENHEFER , JR. *(pro hac vice)* <br> THE DUDENHEFER LAW FIRM L.L.C. <br> 2721 Saint Charles Avenue, Suite 2A <br> New Orleans, LA 70130 <br> Telephone: (504) 616-5226 <br> Email: fcdlaw@aol.com | ANDREI POPOVICI (234820) <br> MARIE FIALA (79676) <br> LAW OFFICE OF ANDREI D. POPOVICI, P.C. <br> 2121 North California Blvd. #290 <br> Walnut Creek, CA 94596 <br> Telephone: (650) 530-9989 <br> Facsimile: (650) 530-9990 <br> Email: andrei@apatent.com <br> Email: marie@apatent.com <br><br> RICHARD POLK LAWSON *(pro hac vice)* <br> GARDNER BREWER HUDSON, P.A. <br> 400 North Ashley Drive <br> Suite 1100 <br> Tampa, FL 33602 <br> Telephone: (813) 221-9600 <br> Facsimile: (813) 221-9611 <br> Email: rlawson@gbmmlaw.com |

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DONALD J. TRUMP, et al. <br><br> Plaintiffs, <br> v. <br> TWITTER, INC., et al., <br><br> Defendants. | Case No: 3-21-cv-08378-JD <br><br> **DECLARATION OF FRANK C. DUDENHEFER, JR.** <br><br> Judge: Hon. James Donato |

**DECLARATION OF FRANK C. DUDENHEFER, JR.**

I, Frank C. Dudenhefer, Jr., declare as follows:

1. I am an attorney admitted to practice *pro hac vice* before this Court and am a member in good standing of the Louisiana Bar.

2. I make this Declaration based on my own personal knowledge.

3. On February 8, 2022, I contacted via email counsel of record for the United States of America, Joshua Kolsky, requesting that the United States of America consent to Plaintiff's filing of a Motion for Leave to File Plaintiff's Response in Opposition to the Motion and Memorandum of Law of Intervenor United States of America in Support of the Constitutionality of 47 U.S.C. § 230(c).

4. My email exchange with Mr. Kolsky, attached as Exhibit A, shows that Mr. Kolsky consented to Plaintiff's filing.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on February 11, 2022, in New Orleans, Louisiana.

By: */s/ Frank C. Dudenhefer, Jr.*
Frank C. Dudenhefer, Jr.

DECL. OF FRANK C. DUDENHEFER, JR.     1     Civ. No: 3:21-cv-08378-JD