1  JOHN P. COALE *(pro hac vice)*
   2901 Fessenden Street NW
2  Washington, DC 20008
   Telephone: (202) 255-2096
3  Email: johnpcoale@aol.com

4  JOHN Q. KELLY *(pro hac vice)*
   MICHAEL J. JONES *(pro hac vice)*
5  RYAN TOUGIAS *(pro hac vice)*
   IVEY, BARNUM & O'MARA, LLC
6  170 Mason Street
   Greenwich, CT 06830
7  Telephone: (203) 661-6000
   Email: jqkelly@ibolaw.com
8
   FRANK C. DUDENHEFER , JR. *(pro hac
9  vice)*
   THE DUDENHEFER LAW FIRM L.L.C.
10 2721 Saint Charles Avenue, Suite 2A
   New Orleans, LA 70130
11 Telephone: (504) 616-5226
   Email: fcdlaw@aol.com

ANDREI POPOVICI (234820)
MARIE FIALA (79676)
LAW OFFICE OF ANDREI D. POPOVICI,
P.C.
2121 North California Blvd. #290
Walnut Creek, CA 94596
Telephone: (650) 530-9989
Facsimile: (650) 530-9990
Email: andrei@apatent.com
Email: marie@apatent.com

RICHARD POLK LAWSON *(pro hac vice)*
GARDNER BREWER HUDSON P.A.
400 North Ashley Drive
Suite 1100
Tampa, FL 33602
Telephone: (813) 221-9600
Facsimile: (813) 221-9611
Email: rlawson@gbmmlaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DONALD J. TRUMP et al.<br>  Plaintiffs,<br>v.<br>TWITTER INC. et al.,<br>  Defendants. | Case No: 3:21-cv-08378-JD<br><br>**ATTORNEY ATTESTATION UNDER LR 5-1(H)(3)**<br><br>Judge:       Hon. James Donato |

**ATTORNEY ATTESTATION**

I, Andrei D. Popovici, am the ECF user whose user ID and password are being used to file these documents, including Plaintiff Donald J. Trump's Administrative Motion for Leave to File Plaintiff Donald J. Trump's Response in Opposition to the Motion and Memorandum of Law by Intervenor United States of America in Support of the Constitutionality of 47 U.S.C. §230(c), and associated documents. Pursuant to N.D. Cal. Civil L.R. 5-1(h)(3), I attest that concurrence in the filing of these documents has been obtained from each of the other signatories.

Dated: February 11, 2022            Respectfully submitted,

                                    By:    */s/ Andrei D. Popovici*
                                           Andrei D. Popovici