UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD J. TRUMP, *et al.*,<br><br>　　　　Plaintiffs,<br>　v.<br>TWITTER, INC., *et al.*,<br><br>　　　　Defendants. | Case No: 3-21-cv-08378-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO UNITED STATES BRIEF RE. CONSTITUTIONALITY OF SECTION 230**<br><br>Judge: Hon. James Donato |

1  After due consideration of the papers submitted, and good cause appearing therefore, it is
2  hereby **ORDERED** that:
3  Plaintiff's Administrative Motion for Leave to File Plaintiff's Response in Opposition to
4  the Motion and Memorandum of Law by Intervenor United States in Support of the
5  Constitutionality of 47 U.S.C. § 230(c) is **GRANTED**.
6  **IT IS SO ORDERED.**
7  Dated:  _____
8  HONORABLE JAMES DONATO
   UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28 [PROPOSED] ORDER GRANTING                                                    3:21-cv-08378-JD
   PLAINTIFF'S ADMIN. MOTION FOR
   LEAVE TO FILE RESPONSE TO USA
   BRIEF