1

2

3

JOHN P. COALE *(pro hac vice)*
2901 Fessenden Street NW
Washington, D.C. 20008
Telephone: (202) 255-2096
Email: johnpcoale@aol.com

4

5

JOHN Q. KELLY *(pro hac vice)*
MICHAEL J. JONES *(pro hac vice)*
RYAN TOUGIAS *(pro hac vice)*
IVEY, BARNUM & O'MARA, LLC
170 Mason Street

6

7

Greenwich, CT 06830
Telephone: (203) 661-6000
Email: jqkelly@ibolaw.com

8

9

FRANK C. DUDENHEFER , JR. *(pro hac vice)*
THE DUDENHEFER LAW FIRM L.L.C.
2721 Saint Charles Avenue, Suite 2A
New Orleans, LA 70130

10

Telephone: (504) 616-5226
Email: fcdlaw@aol.com

11

12

ANDREI POPOVICI (234820)
MARIE FIALA (79676)
LAW OFFICE OF ANDREI D. POPOVICI, P.C.

13

2121 North California Blvd. #290
Walnut Creek, CA 94596

14

Telephone: (650) 530-9989
Facsimile: (650) 530-9990

15

Email: andrei@apatent.com
Email: marie@apatent.com

16

17

RICHARD POLK LAWSON *(pro hac vice)*
GARDNER BREWER HUDSON, P.A.

18

400 North Ashley Drive
Suite 1100
Tampa, FL 33602

19

Telephone: (813) 221-9600
Facsimile: (813) 221-9611

20

Email: rlawson@gbmmlaw.com

21

*Attorneys for Plaintiffs*

PATRICK J. CAROME (*pro hac vice*)
patrick.carome@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

FELICIA H. ELLSWORTH (*pro hac vice*)
felicia.ellsworth@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

THOMAS G. SPRANKLING
CA Bar No. 294831
thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA94306
Telephone: (650) 858-6062
Facsimile: (650) 858-6100

*Attorneys for Defendants*

JOSHUA M. KOLSKY
INDRANEEL SUR
Department of Justice
Civil Division, Federal Programs Branch
P. O. Box 883
Washington, D.C. 20044
Telephone: (202) 305-7664
Email: Joshua.kolsky@usdoj.gov

*Attorneys for the United States*

22

23

24

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

25

26

27

28

DONALD J. TRUMP, *et al.*,
            Plaintiffs,

        v.

TWITTER, INC., *et al.*,
            Defendants.

Case No: 3:21-cv-08378-JD

**STIPULATION AND [PROPOSED]**
**ORDER FOR HEARING CONDUCTED**
**BY VIDEOCONFERENCE**
Hearing Date: February 24, 2022
Time: 10:00 AM
Place: Courtroom 11, 9th Floor
Hon. James Donato

Pursuant to Civil Local Rules 7-12 and 16-10(a) and this Court's Standing Order for Civil Cases, the parties to the above-titled action, Plaintiffs, Donald J. Trump, *et al.* ("Plaintiffs"), Defendants Twitter, Inc. ("Twitter") and Jack Dorsey (collectively "Defendants"), and Intervenor, the United States of America ("USA"), jointly submit this Stipulation and Proposed Order.

WHEREAS, on February 24, 2022, at 10:00 a.m., Defendants' Motion to Dismiss, Plaintiff Donald J. Trump's Motion for Preliminary Injunction, and the Initial Case Management Conference are set for hearing before this Court;

WHEREAS, Plaintiffs' lead counsel and other counsel designated to participate in the hearing and case management conference for Plaintiffs reside and practice on the East Coast and in the South and would be required to travel by air to attend the hearing;

WHEREAS, two of Plaintiffs' participating counsel are in their seventies, two others of Plaintiffs' participating counsel are nearly seventy, and some of Plaintiffs' participating counsel have health issues that elevate their risk of an adverse outcome in the event they contract a COVID-19 infection;

WHEREAS, in light of the health risks associated with travel, Plaintiffs request the Court to conduct the February 24, 2022 hearing by videoconference; and

WHEREAS, counsel for Defendants and the United States consent to Plaintiffs' request, as evidenced by their electronic signatures below.

NOW, THEREFORE, the Parties hereby stipulate and respectfully ask the Court to conduct the hearing on the above-described motions and case management conference by videoconference.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

DATED:  February 14, 2022

*/s/ Andrei D. Popovici*

Andrei D. Popovici
*Counsel for Plaintiffs*

DATED: February 14, 2022

*/s/ Patrick J. Carome*

Patrick J. Carome
*Counsel for Defendants*

DATED: February 14, 2022

*/s/ Joshua M. Kolsky*

Joshua M. Kolsky
*Counsel for Intervenor United States*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss, Plaintiff Donald J.

Trump's Motion for Preliminary Injunction, and the Initial Case Management Conference shall

be heard only by videoconference at _____ o'clock on February __, 2022.

SO ORDERED.


Dated:_____                            _____
                                                  HON. JAMES DONATO
                                                  UNITED STATES DISTRICT JUDGE