JOHN P. COALE *(pro hac vice)*
2901 Fessenden Street NW
Washington, DC 20008
Telephone: (202) 255-2096
Email: johnpcoale@aol.com

JOHN Q. KELLY *(pro hac vice)*
MICHAEL J. JONES *(pro hac vice)*
RYAN TOUGIAS *(pro hac vice)*
IVEY, BARNUM & O'MARA, LLC
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000
Email: jqkelly@ibolaw.com
Email: mjones@ibolaw.com

FRANK C. DUDENHEFER , JR. *(pro hac vice)*
THE DUDENHEFER LAW FIRM L.L.C.
2721 Saint Charles Avenue, Suite 2A
New Orleans, LA 70130
Telephone: (504) 616-5226
Email: fcdlaw@aol.com

ANDREI POPOVICI (234820)
MARIE FIALA (79676)
LAW OFFICE OF ANDREI D. POPOVICI, P.C.
2121 North California Blvd. #290
Walnut Creek, CA 94596
Telephone: (650) 530-9989
Facsimile: (650) 530-9990
Email: andrei@apatent.com
Email: marie@apatent.com

RICHARD POLK LAWSON *(pro hac vice)*
GARDNER BREWER MARTINEZ MONFORT
400 North Ashley Drive
Suite 1100
Tampa, FL 33602
Telephone: (813) 221-9600
Facsimile: (813) 221-9611
Email: rlawson@gbmmlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD J. TRUMP, *et al*.<br><br>     Plaintiffs,<br>v.<br><br>TWITTER, INC., *et al.,*<br><br>     Defendants. | Case No: 3-21-cv-08378-JD<br><br>**DECLARATION OF ANDREI D. POPOVICI IN SUPPORT OF STIPULATION AND PROPOSED ORDER RE. HEARING BY VIDEOCONFERENCE**<br><br>Hearing Date: February 24, 2022<br>Courtroom: 11, 19th Floor<br>Time: 10:00 a.m.<br>Judge: Hon. James Donato |

**DECLARATION OF ANDREI D. POPOVICI**

I, Andrei D. Popovici, declare as follows:

1.     I am an attorney admitted to practice before this Court and licensed to practice law in California.  I am counsel for the Plaintiffs in this action.  I make this Declaration in support of the parties' Stipulation and Proposed Order for Hearing Conducted by Videoconference.

2.     On February 24, 2022, at 10:00 a.m., Defendants' Motion to Dismiss, Plaintiff Donald J. Trump's Motion for Preliminary Injunction, and the Initial Case Management Conference are set for hearing before this Court.

3.     Plaintiffs' lead counsel and other counsel designated to participate in the hearing and case management conference for Plaintiffs reside and practice on the East Coast and in the South and would be required to travel by air to attend the hearing.

4.     Two of Plaintiffs' participating counsel are in their seventies, two others of Plaintiffs' participating counsel are nearly seventy, and some of Plaintiffs' participating counsel have health issues that elevate their risk of an adverse outcome in the event they contract a COVID-19 infection.

5.     In light of the health risks associated with travel, Plaintiffs request the Court to conduct the February 24, 2022 hearing by videoconference.

6.     Counsel for Defendants and the United States consent to Plaintiffs' request.

I under penalty of perjury that the foregoing is true and correct.  This declaration was executed on February 14, 2022, in Dripping Springs, Texas.

By:     */s/ Andrei D. Popovici*
          Andrei D. Popovici