PATRICK J. CAROME (*pro hac vice*)
patrick.carome@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

FELICIA H. ELLSWORTH (*pro hac vice*)
felicia.ellsworth@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000

THOMAS G. SPRANKLING
CA Bar No. 294831
thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6062
Facsimile:  (650) 858-6100

*Attorneys for Defendants Twitter, Inc.
  and Jack Dorsey*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DONALD J. TRUMP, et al.,<br><br>           Plaintiffs,<br><br>   v.<br><br>TWITTER, INC., et al.,<br><br>           Defendants. | Case No. 21-cv-08378-JD<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF TRUMP'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A BRIEF RESPONDING TO INTERVENOR UNITED STATES OF AMERICA'S MEMORANDUM IN SUPPORT OF THE CONSTITUTIONALITY OF 47 U.S.C. § 230(C)** |

1   Defendants Twitter, Inc. and Jack Dorsey hereby respond to Plaintiff Donald J. Trump's administrative motion (Dkt. 151) for leave to file an untimely brief (Dkt. 151-1) responding to the memorandum of law (Dkt. 137) that Intervenor United States of America submitted in support of the constitutionality of 47 U.S.C. § 230(c).

Defendants note that (1) the memorandum of the United States to which Mr. Trump is belatedly seeking leave to respond was filed more than two months ago, on December 9, 2021; (2) briefing on the motions that this Court is set to hear on February 24 closed several weeks ago; and (3) counsel for Mr. Trump, in violation of this Court's Local Rules, filed the administrative motion without attempting to meet and confer with Defendants regarding the relief sought or explaining in a declaration why they could not do so. *See* Civil L.R. 7-11(a) ("A motion for an order concerning a miscellaneous administrative matter … must be accompanied by … either a stipulation under Civil L.R. 7-12 or by a declaration that explains why a stipulation could not be obtained."); Civil L.R. 7-12 (requiring approval of stipulations from "all affected parties or their counsel").

Notwithstanding these facts, Defendants take no position on whether Mr. Trump should be granted leave to file his untimely brief. In the event that the Court grants such leave, however, Defendants respectfully request that they be permitted to file a short reply, for the following reasons:

1. Given that the United States' memorandum defending the constitutionality of Section 230(c) was filed on December 9, Mr. Trump should have filed any brief in response by December 23. *See* Local Rule 7-3(a) ("Any opposition to a motion … must be filed and served not more than 14 days after the motion was filed.").

2. Alternatively, Mr. Trump could have responded to the United States' memorandum in the 20 pages this Court granted for his reply brief in support of his motion for a preliminary injunction (of which Mr. Trump used only 13) or his 25-page opposition to Defendants' motion to dismiss, both of which were filed on January 10. *See* Dkts. 126, 145, 146.

3. Had Mr. Trump either filed his proposed brief on time or responded to the United States' arguments in the briefs filed on January 10, Defendants could have addressed his arguments in their reply in support of their motion to dismiss, which they filed on January 24. *See* Dkt. 147.

4. In fairness, Mr. Trump should not be permitted to use his own delay as a means to present arguments to which Defendants have no opportunity to respond in writing.

In conclusion, Defendants respectfully submit that, if Mr. Trump's administrative motion is granted, Defendants should be permitted, within two (2) days of the order granting it, to file a reply of no more than five (5) pages.

Dated: February 15, 2022                                    Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Patrick J. Carome*

PATRICK J. CAROME (*pro hac vice*)
patrick.carome@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

FELICIA H. ELLSWORTH (*pro hac vice*)
felicia.ellsworth@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-6000

THOMAS G. SPRANKLING
CA Bar No. 294831
thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6062
Facsimile:  (650) 858-6100

*Attorneys for Defendants Twitter, Inc.
    and Jack Dorsey*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2022, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of these filings to all registered counsel.

Dated:   February 15, 2022               By:   /s/ *Patrick J. Carome*
                                               PATRICK J. CAROME