UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: February 24, 2022                                                     Judge: Hon. James Donato

Time: 52 Minutes

Case No.         **3:21-cv-08378-JD**
Case Name        **Trump et al. v. Twitter, Inc et al.**

Attorney(s) for Plaintiff(s):    Richard P. Lawson/Andrei D. Popovici/Marie L. Fiala/
                                 John Kelly
Attorney(s) for Defendant(s):    Thomas Sprankling/Patrick J. Carome/Ari Holtzblatt/
                                 Indraneel Sur (for United States)

Court Reporter: Ruth Ekhaus

Deputy Clerk: Lisa Clark

PROCEEDINGS

Motion Hearing -- Held

NOTES AND ORDERS

The Court hears argument on the motion to dismiss, Dkt. No. 138, and takes the motion under submission. The preliminary injunction motion, Dkt. No. 62, is deferred pending resolution of the motion to dismiss.

With the parties' agreement, the case is stayed in its entirety pending further order.