PATRICK J. CAROME (*pro hac vice*)
patrick.carome@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

THOMAS G. SPRANKLING
CA Bar No. 294831
thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6062
Facsimile:  (650) 858-6100

*Attorneys for Defendants Twitter, Inc.
  and Jack Dorsey*

FELICIA H. ELLSWORTH (*pro hac vice*)
felicia.ellsworth@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DONALD J. TRUMP, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>TWITTER, INC., et al.,<br><br>          Defendants. | Case No. 21-cv-08378-JD<br><br>**DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION**<br><br>Judge: Hon. James Donato |

1    Pursuant to Civil Local Rule 7-11, Defendants Twitter, Inc. and Jack Dorsey respectfully ask this

2   Court for leave to file a Statement of Recent Decision.  Defendants' proposed Statement of Recent

3   Decision is attached hereto as Exhibit A.  The purpose of the proposed Statement is to inform the Court

4   of a very recent decision issued by Judge Chen of this Court in *Huber v. Biden*, No. 21-cv-06580, 2022 WL

5   827248 (N.D. Cal. March 18, 2022), dismissing First Amendment claims against these same Defendants

6   for failure to state a claim upon which relief may be granted.  Defendants believe the *Huber* decision is

7   pertinent additional precedent bearing on the pending motion to dismiss and motion for preliminary

8   injunction that were noticed for hearing and taken under submission on February 24, 2022.[1]  Counsel for

9   Plaintiff has advised the undersigned counsel that they consent to the relief sought by this administrative

10  motion.

11  

12                                      Respectfully submitted,

13  

14                                      */s/ Patrick J. Carome*

15                                      PATRICK J. CAROME (*pro hac vice*)
                                        patrick.carome@wilmerhale.com
16                                      ARI HOLTZBLATT (*pro hac vice*)
                                        ari.holtzblatt@wilmerhale.com
17                                      WILMER CUTLER PICKERING
                                           HALE AND DORR LLP
18                                      1875 Pennsylvania Avenue, NW
19                                      Washington, D.C. 20006
                                        Telephone:  (202) 663-6000
20                                      Facsimile:  (202) 663-6363

21                                      FELICIA H. ELLSWORTH (*pro hac vice*)
22                                      felicia.ellsworth@wilmerhale.com
                                        WILMER CUTLER PICKERING
23                                         HALE AND DORR LLP
                                        60 State Street
24                                      Boston, MA 02109
                                        Telephone: (617) 526-6000
25                                      Facsimile: (617) 526-6000

26                                      THOMAS G. SPRANKLING
                                        CA Bar No. 294831
27  

28  

---

[1] Consistent with Local Rule 7-3(d)(2), neither this motion nor the attached proposed Statement includes argument regarding how the *Huber* decision bears on the pending motions.

thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6062
Facsimile:  (650) 858-6100

*Attorneys for Defendants Twitter, Inc.
  and Jack Dorsey*

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 25, 2022, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of these filings to all registered counsel.


Dated:  March 25, 2022     By:  */s/ Patrick J. Carome*
                    PATRICK J. CAROME