PATRICK J. CAROME (*pro hac vice*)
patrick.carome@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

FELICIA H. ELLSWORTH (*pro hac vice*)
felicia.ellsworth@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000

THOMAS G. SPRANKLING
CA Bar No. 294831
thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6062
Facsimile:  (650) 858-6100

*Attorneys for Defendants Twitter, Inc.
  and Jack Dorsey*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DONALD J. TRUMP, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TWITTER, INC., et al., <br><br> Defendants. | Case No. 21-cv-08378-JD <br><br> **[PROPOSED] ORDER ON DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION** <br><br> Judge: Hon. James Donato |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED: Defendants Twitter, Inc.'s and Jack Dorsey's Unopposed Administrative Motion for Leave to File a Statement of Recent Decision is GRANTED.

IT IS SO ORDERED that: Defendants Twitter, Inc. and Jack Dorsey may file the Statement of Decision in the form attached as Exhibit A to the Unopposed Administrative Motion for Leave to File.

DATED: _____

                                        _____
                                        HON. JAMES DONATO
                                        United Stated District Judge

Submitted by:

WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ Patrick J. Carome*
     Patrick J. Carome

*Attorney for Defendants Twitter, Inc. and Jack Dorsey*