
JOHN P. COALE *(pro hac vice)*
2901 Fessenden Street NW
Washington, D.C. 20008
Telephone: (202) 255-2096
Email: johnpcoale@aol.com

JOHN Q. KELLY *(pro hac vice)*
MICHAEL J. JONES *(pro hac vice)*
RYAN TOUGIAS *(pro hac vice)*
IVEY, BARNUM & O'MARA, LLC
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000
Email: jqkelly@ibolaw.com
Email: mjones@ibolaw.com

FRANK C. DUDENHEFER , JR. *(pro hac vice)*
THE DUDENHEFER LAW FIRM L.L.C.
2721 Saint Charles Avenue, Suite 2A
New Orleans, LA 70130
Telephone: (504) 616-5226
Email: fcdlaw@aol.com

ANDREI POPOVICI (234820)
MARIE FIALA (79676)
LAW OFFICE OF ANDREI D. POPOVICI, P.C.
2121 North California Blvd. #290
Walnut Creek, CA 94596
Telephone: (650) 530-9989
Facsimile: (650) 530-9990
Email: andrei@apatent.com
Email: marie@apatent.com

RICHARD POLK LAWSON (*pro hac vice*)
GARDNER BREWER MARTINEZ MONFORT
400 North Ashley Drive
Suite 1100
Tampa, FL 33602
Telephone: (813) 221-9600
Facsimile: (813) 221-9611
Email: rlawson@gbmmlaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

DONALD J. TRUMP, et al.,

Plaintiffs,

v.

TWITTER INC., et al.,

Defendants.

Civ. No: 3:21-cv-08378-JD

**PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION**

Judge: Hon. James Donato

Pursuant to Civil Local Rule 7-11, Plaintiffs respectfully ask this Court for leave to file a Statement of Recent Decision. Plaintiffs' proposed Statement of Recent Decision is attached hereto as Exhibit A. The purpose of Plaintiffs' proposed Statement is to bring to the Court's attention an opinion of the Ninth Circuit Court of Appeals in *Twitter, Inc. v. Paxton*, 26 F.4th 1119, 1124-26 (9th Cir. 2022). That decision rejected First Amendment protections for alleged misleading statements by Defendant Twitter, Inc. A true and correct copy of that decision is attached hereto as Exhibit B. The decision was filed on March 2, 2022, after briefing and argument were completed on Defendants' Motion to Dismiss the First Amended Complaint and on Plaintiff Donald Trump's Motion for a Preliminary Injunction. Defendants believe the *Paxton* decision is pertinent additional precedent bearing on the pending motions, which were taken under submission on February 24, 2022.[1] Counsel for Defendants has advised the undersigned counsel that they consent to the relief sought by this administrative motion.

Dated: March 31, 2022

Respectfully submitted,

ANDREI POPOVICI (234820)
MARIE FIALA (79676)
LAW OFFICE OF ANDREI D. POPOVICI, P.C.

By: */s/ Andrei Popovici*
Andrei Popovici

JOHN P. COALE *(pro hac vice)*
2901 Fessenden Street NW
Washington, DC 20008
Telephone: (202) 255-2096
Email: johnpcoale@aol.com

JOHN Q. KELLY *(pro hac vice)*
MICHAEL J. JONES *(pro hac vice)*
RYAN TOUGIAS *(pro hac vice)*
IVEY, BARNUM & O'MARA, LLC
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000
Email: jqkelly@ibolaw.com
Email: mjones@ibolaw.com

[1] Consistent with Local Rule 7-3(d)(2), neither this motion nor the attached proposed Statement includes argument regarding how the *Paxton* decision bears on the pending motions.

FRANK C. DUDENHEFER, JR. *(pro hac vice)*
THE DUDENHEFER LAW FIRM L.L.C.
2721 Saint Charles Avenue, Suite 2A
New Orleans, LA 70130
Telephone: (504) 616-5226
Email: fcdlaw@aol.com

RICHARD POLK LAWSON (*pro hac vice*)
GARDNER BREWER MARTINEZ
MONFORT
400 North Ashley Drive
Suite 1100
Tampa, FL 33602
Telephone: (813) 221-9600
Facsimile: (813) 221-9611
Email: rlawson@gbmmlaw.com

*Attorneys for Plaintiffs*

PLAINTIFFS' UNOPPOSED ADMIN. MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION 2 Civ. No: 3:21-cv-08378-JD