1
2
3
4       **UNITED STATES DISTRICT COURT**
        **NORTHERN DISTRICT OF CALIFORNIA**
5       **SAN FRANCISCO DIVISION**
6
7

8  DONALD J. TRUMP, *et al.*                    Case No: 3-21-cv-08378-JD

9                       Plaintiffs,
            v.                                  **[PROPOSED] ORDER GRANTING**
10                                              **PLAINTIFFS' ADMINISTRATIVE**
   TWITTER, INC., *et al.*,                     **MOTION FOR LEAVE TO FILE**
11                                              **STATEMENT OF RECENT DECISION**
                        Defendants.
12

13                                              Judge: Hon. James Donato

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING PLAINTIFF'S                                  3:21-cv-08378-JD
ADMIN. MOTION FOR LEAVE TO FILE
STATEMENT OF RECENT DECISION

After due consideration of the papers submitted, and good cause appearing therefore, it is hereby **ORDERED** that:

Plaintiff's Administrative Motion for Leave to File Statement of Recent Decision is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF'S
ADMIN. MOTION FOR LEAVE TO FILE
STATEMENT OF RECENT DECISION

3:21-cv-08378-JD