| | |
|---|---|
| JOHN P. COALE *(pro hac vice)*<br>2901 Fessenden Street NW<br>Washington, DC 20008<br>Telephone: (202) 255-2096<br>Email: johnpcoale@aol.com<br><br>JOHN Q. KELLY *(pro hac vice)*<br>MICHAEL J. JONES *(pro hac vice)*<br>RYAN TOUGIAS *(pro hac vice)*<br>IVEY, BARNUM & O'MARA, LLC<br>170 Mason Street<br>Greenwich, CT 06830<br>Telephone: (203) 661-6000<br>Email: jqkelly@ibolaw.com<br>Email: mjones@ibolaw.com<br><br>FRANK C. DUDENHEFER , JR. *(pro hac vice)*<br>THE DUDENHEFER LAW FIRM L.L.C.<br>2721 Saint Charles Avenue, Suite 2A<br>New Orleans, LA 70130<br>Telephone: (504) 616-5226<br>Email: fcdlaw@aol.com | ANDREI POPOVICI (234820)<br>MARIE FIALA (79676)<br>LAW OFFICE OF ANDREI D. POPOVICI, P.C.<br>2121 North California Blvd. #290<br>Walnut Creek, CA 94596<br>Telephone: (650) 530-9989<br>Facsimile: (650) 530-9990<br>Email: andrei@apatent.com<br>Email: marie@apatent.com<br><br>RICHARD POLK LAWSON *(pro hac vice)*<br>GARDNER BREWER HUDSON, P.A.<br>400 North Ashley Drive<br>Suite 1100<br>Tampa, FL 33602<br>Telephone: (813) 221-9600<br>Facsimile: (813) 221-9611<br>Email: rlawson@gbmmlaw.com |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD J. TRUMP et al.<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>TWITTER, INC., et al.,<br><br>　　　　　Defendants. | Case No: 3:21-cv-08378-JD<br><br>**L.R. 3-15 SUPPLEMENTAL DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**<br><br>Hon. James Donato |

Pursuant to L.R. 3-15(a)(1)-(2), the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Elon Musk, owner of 9.1% Twitter, Inc.

The Vanguard Group, owner of 10.3% of Twitter, Inc.

Morgan Stanley, owner of 8.4% of Twitter, Inc.

BlackRock, Inc., owner of 6.5% of Twitter, Inc.

Dated: April 25, 2022         Respectfully submitted,

ANDREI POPOVICI (234820)
MARIE FIALA (79676)
LAW OFFICE OF ANDREI D. POPOVICI, P.C.

By:   */s/ Andrei D. Popovici*
          Andrei D. Popovici (234820)


JOHN P. COALE *(pro hac vice)*
2901 Fessenden Street NW
Washington, DC 20008
Telephone: (202) 255-2096
Email: johnpcoale@aol.com

JOHN Q. KELLY *(pro hac vice)*
MICHAEL J. JONES *(pro hac vice)*
RYAN TOUGIAS *(pro hac vice)*
IVEY, BARNUM & O'MARA, LLC
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000
Email: jqkelly@ibolaw.com
Email: mjones@ibolaw.com

FRANK C. DUDENHEFER, JR. *(pro hac vice)*
THE DUDENHEFER LAW FIRM L.L.C.
2721 Saint Charles Avenue, Suite 2A
New Orleans, LA 70130
Telephone: (504) 616-5226
Email: fcdlaw@aol.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RICHARD POLK LAWSON *(pro hac vice)*
GARDNER BREWER HUDSON, P.A.
400 North Ashley Drive
Suite 1100
Tampa, FL 33602
Telephone: (813) 221-9600
Facsimile: (813) 221-9611
Email: rlawson@gbmmlaw.com

*Attorneys for Plaintiffs*