| | |
|---|---|
| JOHN P. COALE *(pro hac vice)*<br>2901 Fessenden Street NW<br>Washington, DC 20008<br>Telephone: (202) 255-2096<br>Email: johnpcoale@aol.com | ANDREI POPOVICI (234820)<br>MARIE FIALA (79676)<br>LAW OFFICE OF ANDREI D. POPOVICI, P.C.<br>2121 North California Blvd. #290<br>Walnut Creek, CA 94596<br>Telephone: (650) 530-9989<br>Facsimile: (650) 530-9990<br>Email: andrei@apatent.com<br>Email: marie@apatent.com |
| JOHN Q. KELLY *(pro hac vice)*<br>MICHAEL J. JONES *(pro hac vice)*<br>RYAN TOUGIAS *(pro hac vice)*<br>IVEY, BARNUM & O'MARA, LLC<br>170 Mason Street<br>Greenwich, CT 06830<br>Telephone: (203) 661-6000<br>Email: jqkelly@ibolaw.com<br>Email: mjones@ibolaw.com | RICHARD POLK LAWSON *(pro hac vice)*<br>GARDNER BREWER MARTINEZ MONFORT<br>400 North Ashley Drive<br>Suite 1100<br>Tampa, FL 33602<br>Telephone: (813) 221-9600<br>Facsimile: (813) 221-9611<br>Email: rlawson@gbmmlaw.com |
| FRANK C. DUDENHEFER , JR. *(pro hac vice)*<br>THE DUDENHEFER LAW FIRM L.L.C.<br>2721 Saint Charles Avenue, Suite 2A<br>New Orleans, LA 70130<br>Telephone: (504) 616-5226<br>Email: fcdlaw@aol.com | |

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DONALD J. TRUMP, *et al*.<br><br>                              Plaintiffs,<br>       v.<br>TWITTER, INC., *et al.*,<br><br>                              Defendants. | Case No: 3-21-cv-08378-JD<br><br>**DECLARATION OF ANDREI D. POPOVICI RE. LR 3-15 SUPPLEMENTAL DISCLOSURE OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge: Hon. James Donato |

**DECLARATION OF ANDREI D. POPOVICI**

I, Andrei D. Popovici, declare as follows:

1. I am an attorney admitted to practice before this Court and licensed to practice law in California. I am counsel for the Plaintiffs in this action. I make this Declaration in support of Plaintiffs' Supplemental Disclosure of Non-Party Interested Entities or Persons.

2. Attached as Exhibit A is a true and correct copy of Form SC 13D/A filed by Twitter, Inc. and/or Elon Musk on 2022-04-21, as downloaded on 4/25/2022 from https://www.sec.gov/edgar/search/#/ciks=0001418091&entityName=TWITTER%252C%2520INC.%2520(TWTR)%2520(CIK%25200001418091)

3. Attached as Exhibit B is a true and correct copy of Form SC 13G/A filed by Twitter, Inc. and/or Vanguard Group Inc. on 2022-04-11, as downloaded on 4/25/2022 from https://www.sec.gov/edgar/search/#/ciks=0001418091&entityName=TWITTER%252C%2520INC.%2520(TWTR)%2520(CIK%25200001418091)

4. Attached as Exhibit C is a true and correct copy of Form SC 13G/A filed by Twitter, Inc. and/or Morgan Stanley on 2022-02-10, as downloaded on 4/25/2022 from https://www.sec.gov/edgar/search/#/ciks=0001418091&entityName=TWITTER%252C%2520INC.%2520(TWTR)%2520(CIK%25200001418091)

5. Attached as Exhibit D is a true and correct copy of Form SC 13G/A filed by Twitter, Inc. and/or BlackRock, Inc. on 2022-02-08, as downloaded on 4/25/2022 from https://www.sec.gov/edgar/search/#/ciks=0001418091&entityName=TWITTER%252C%2520INC.%2520(TWTR)%2520(CIK%25200001418091)

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on April 25, 2022, in Dripping Springs, Texas.

By:   */s/ Andrei D. Popovici*
       Andrei D. Popovici