# EXHIBIT C

```
<DOCUMENT>
<TYPE>SC 13G/A
<SEQUENCE>1
<FILENAME>TwitterInc.txt
<DESCRIPTION>MS AMENDMENT
<TEXT>



                              UNITED STATES
                    SECURITIES AND EXCHANGE COMMISSION
                          Washington, D.C. 20549


                              SCHEDULE 13G

                  Under the Securities Exchange Act of 1934

                             (Amendment No.3)*

                               TWITTER, INC.
                    ------------------------------------------------------
                              (Name of Issuer)

                               Common Stock
                    ------------------------------------------------------
                         (Title of Class of Securities)

                                 90184L102
                    ------------------------------------------------------
                              (CUSIP Number)

                           December 31, 2021
                    ------------------------------------------------------
                 (Date Of Event which Requires Filing of this Statement)



     Check the appropriate box to designate the rule pursuant to which this Schedule
     is filed:

          [x] Rule 13d-1(b)

          [ ] Rule 13d-1(c)

          [ ] Rule 13d-1(d)


     *  The remainder of this cover page shall be filled out for a reporting person's
     initial filing on this form with respect to the subject class of securities, and
     for any subsequent amendment containing information which would alter the
     disclosures provided in a prior cover page.

     The information required in the remainder of this cover page shall not be deemed
     to be "filed" for the purpose of Section 18 of the Securities Exchange Act of
     1934 ("Act") or otherwise subject to the liabilities of that section of the Act
     but shall be subject to all other provisions of the Act (however, see the
     Notes).

     Persons who respond to the collection of information contained in this form are
     not required to respond unless the form displays a currently valid OMB control
     number.

     SEC 1745 (3-06)

     <PAGE>

     CUSIP No.90184L102                  13G                  Page 2 of 8 Pages
     -------------------------------------------------------------------------------
        1.  NAME OF REPORTING PERSON:
            I.R.S. IDENTIFICATION NO. OF ABOVE PERSON:

            Morgan Stanley
            I.R.S. # 36-3145972
     -------------------------------------------------------------------------------
        2.  CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP:

            (a) [ ]

            (b) [ ]
     -------------------------------------------------------------------------------
        3.  SEC USE ONLY:

     -------------------------------------------------------------------------------
        4.  CITIZENSHIP OR PLACE OF ORGANIZATION:

            Delaware.
     -------------------------------------------------------------------------------
       NUMBER OF      5.  SOLE VOTING POWER:
         SHARES           0
      BENEFICIALLY   -----------------------------------------------------------
        OWNED BY     6.  SHARED VOTING POWER:
          EACH           59,237,336
       REPORTING    -----------------------------------------------------------
         PERSON     7.  SOLE DISPOSITIVE POWER:
          WITH:         0
                   -----------------------------------------------------------
```

```
                          8.   SHARED DISPOSITIVE POWER:
                               67,033,579
--------------------------------------------------------------------------------
    9.   AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON:
         67,033,579
--------------------------------------------------------------------------------
   10.   CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (9) EXCLUDES CERTAIN SHARES:
         [ ]
--------------------------------------------------------------------------------
   11.   PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (9):
         8.4%
--------------------------------------------------------------------------------
   12.   TYPE OF REPORTING PERSON:
         HC, CO
--------------------------------------------------------------------------------

<PAGE>

CUSIP No.90184L102                  13G                    Page 3 of 8 Pages
--------------------------------------------------------------------------------
    1.   NAME OF REPORTING PERSON:
         I.R.S. IDENTIFICATION NO. OF ABOVE PERSON:

         Morgan Stanley Investment Management Inc.
         I.R.S. # 13-3040307
--------------------------------------------------------------------------------
    2.   CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP:

         (a) [ ]

         (b) [ ]
--------------------------------------------------------------------------------
    3.   SEC USE ONLY:

--------------------------------------------------------------------------------
    4.   CITIZENSHIP OR PLACE OF ORGANIZATION:

         Delaware.
--------------------------------------------------------------------------------
   NUMBER OF      5.   SOLE VOTING POWER:
    SHARES             0
  BENEFICIALLY   ---------------------------------------------------------------
    OWNED BY     6.   SHARED VOTING POWER:
      EACH            57,039,467
   REPORTING    ---------------------------------------------------------------
     PERSON     7.   SOLE DISPOSITIVE POWER:
      WITH:          0
                ---------------------------------------------------------------
                 8.   SHARED DISPOSITIVE POWER:
                      64,827,920
--------------------------------------------------------------------------------
    9.   AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON:
         64,827,920
--------------------------------------------------------------------------------
   10.   CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (9) EXCLUDES CERTAIN SHARES:
         [ ]
--------------------------------------------------------------------------------
   11.   PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (9):
         8.1%
--------------------------------------------------------------------------------
   12.   TYPE OF REPORTING PERSON:
         IA, CO
--------------------------------------------------------------------------------

<PAGE>

CUSIP No.90184L102                  13G                    Page 4 of 8 Pages
--------------------------------------------------------------------------------

Item 1.     (a)   Name of Issuer:

                  TWITTER, INC.
                  --------------------------------------------------------------
            (b)   Address of Issuer's Principal Executive Offices:

                  1355 MARKET STREET, SUITE 900
                  SAN FRANCISCO CA 94103
                  UNITED STATES OF AMERICA
                  --------------------------------------------------------------
Item 2.     (a)   Name of Person Filing:

                  (1) Morgan Stanley
                  (2) Morgan Stanley Investment Management Inc.
                  --------------------------------------------------------------
            (b)   Address of Principal Business Office, or if None, Residence:

                  (1) 1585 Broadway New York, NY 10036
                  (2) 522 5th Avenue 6th Floor New York, NY 10036
                  --------------------------------------------------------------
            (c)   Citizenship:

                  (1) Delaware.
                  (2) Delaware.
                  --------------------------------------------------------------
            (d)   Title of Class of Securities:

                  Common Stock
                  --------------------------------------------------------------
            (e)   CUSIP Number:
```

```
                        90184L102
             ---------------------------------------------------------------
```

Item 3.     If this statement is filed pursuant to Sections 240.13d-1(b) or
            240.13d-2(b) or (c), check whether the person filing is a:

            (a) [ ]  Broker or dealer registered under Section 15 of the Act
                     (15 U.S.C. 78o).

            (b) [ ]  Bank as defined in Section 3(a)(6) of the Act
                     (15 U.S.C. 78c).

            (c) [ ]  Insurance company as defined in Section 3(a)(19) of the Act
                     (15 U.S.C. 78c).

            (d) [ ]  Investment company registered under Section 8 of the
                     Investment Company Act of 1940 (15 U.S.C. 80a-8).

            (e) [x]  An investment adviser in accordance with Sections
                     240.13d-1(b)(1)(ii)(E);

            (f) [ ]  An employee benefit plan or endowment fund in accordance
                     with Section 240.13d-1(b)(1)(ii)(F);

            (g) [x]  A parent holding company or control person in accordance
                     with Section 240.13d-1(b)(1)(ii)(G);

            (h) [ ]  A savings association as defined in Section 3(b) of the
                     Federal Deposit Insurance Act (12 U.S.C. 1813);

            (i) [ ]  A church plan that is excluded from the definition of an
                     investment company under Section 3(c)(14) of the
                     Investment Company Act of 1940 (15 U.S.C. 80a-3);

            (j) [ ]  A non-U.S. institution in accordance with section
                     240.13d-1(b)(1)(ii)(J);

            (k) [ ]  Group, in accordance with sections 240.13d-1(b)(1)(ii)(K).
                     If filing as a non-U.S. institution in accordance with
                     sections 240.13d-1(b)(1)(ii)(J), please specify the type
                     of institution:  Not Applicable

<PAGE>

CUSIP No.90184L102                   13G                    Page 5 of 8 Pages
-------------------------------------------------------------------------------

Item 4.    Ownership as of  December 31, 2021.*

           (a) Amount beneficially owned:
           See the response(s) to Item 9 on the attached cover page(s).

           (b) Percent of Class:
           See the response(s) to Item 11 on the attached cover page(s).

           (c) Number of shares as to which such person has:

              (i)   Sole power to vote or to direct the vote:
                    See the response(s) to Item 5 on the attached cover page(s).

              (ii)  Shared power to vote or to direct the vote:
                    See the response(s) to Item 6 on the attached cover page(s).

              (iii) Sole power to dispose or to direct the disposition of:
                    See the response(s) to Item 7 on the attached cover page(s).

              (iv)  Shared power to dispose or to direct the disposition of:
                    See the response(s) to Item 8 on the attached cover page(s).

Item 5.    Ownership of Five Percent or Less of a Class.

           Not Applicable

Item 6.    Ownership of More Than Five Percent on Behalf of Another Person.

           Not Applicable

Item 7.    Identification and Classification of the Subsidiary which Acquired
           the Security Being Reported on By the Parent Holding Company.

           See Exhibit 99.2

Item 8.    Identification and Classification of Members of the Group.

           Not Applicable

Item 9.    Notice of Dissolution of Group.

           Not Applicable

Item 10.   Certification.

           (1) By signing below I certify that, to the best of my knowledge and
           belief, the securities referred to above were acquired and are held
           in the ordinary course of business and were not acquired and are not
           held for the purpose of or with the effect of changing or influencing
           the control of the issuer of the securities and were not acquired and
           are not held in connection with or as a participant in any
           transaction having that purpose or effect.

```
*  In Accordance with the Securities and Exchange Commission Release
No. 34-39538 (January 12, 1998) (the "Release"), this filing reflects the
securities beneficially owned, or that may be deemed to be beneficially owned,
by certain operating units (collectively, the "MS Reporting Units") of Morgan
Stanley and its subsidiaries and affiliates (collectively, "MS").  This filing
does not reflect securities, if any, beneficially owned by any operating units
of MS whose ownership of securities is disaggregated from that of the MS
Reporting Units in accordance with the Release.

<PAGE>

CUSIP No.90184L102                    13G                   Page 6 of 8 Pages
------------------------------------------------------------------------------

                                   Signature


After reasonable inquiry and to the best of my knowledge and belief, I certify
that the information set forth in this statement is true, complete and correct.


Date:         February 10, 2022

Signature:   /s/ Christopher O'Hara
             -----------------------------------------------------------------

Name/Title: Christopher O'Hara/Authorized Signatory, Morgan Stanley
             -----------------------------------------------------------------
             MORGAN STANLEY


Date:         February 10, 2022

Signature:   /s/ Thomas Torrisi
             -----------------------------------------------------------------

Name/Title: Thomas Torrisi/Authorized Signatory,
            Morgan Stanley Investment Management Inc.
             -----------------------------------------------------------------
             Morgan Stanley Investment Management Inc.


EXHIBIT NO.                      EXHIBITS                               PAGE
-----------                      --------                               ----

   99.1                     Joint Filing Agreement                        7

   99.2                     Item 7 Information                            8

*  Attention. Intentional misstatements or omissions of fact constitute federal
criminal violations (see 18 U.S.C. 1001).

<PAGE>

CUSIP No.90184L102                    13G                   Page 7 of 8 Pages
------------------------------------------------------------------------------

                       EXHIBIT NO. 99.1 TO SCHEDULE 13G
                             JOINT FILING AGREEMENT
                       ---------------------------------------


                                February 10, 2022
                       ---------------------------------------

             MORGAN STANLEY and Morgan Stanley Investment Management Inc.

             hereby agree that, unless differentiated, this Schedule 13G is

             filed on behalf of each of the parties.


         MORGAN STANLEY

         BY: /s/ Christopher O'Hara
             -----------------------------------------------------------------
             Christopher O'Hara/Authorized Signatory, Morgan Stanley

         Morgan Stanley Investment Management Inc.

         BY: /s/ Thomas Torrisi
             -----------------------------------------------------------------
             Thomas Torrisi/Authorized Signatory,
             Morgan Stanley Investment Management Inc.


*  Attention. Intentional misstatements or omissions of fact constitute federal
criminal violations (see 18 U.S.C. 1001).

<PAGE>

CUSIP No.90184L102                    13G                   Page 8 of 8 Pages
------------------------------------------------------------------------------
                                 EXHIBIT NO. 99.2
                                 ----------------

                                ITEM 7 INFORMATION
```

```
        The securities being reported on by Morgan Stanley as a parent

    holding company are owned, or may be deemed to be beneficially owned, by

    Morgan Stanley Investment Management Inc., a wholly-owned subsidiary of

    Morgan Stanley.
</TEXT>
</DOCUMENT>
```