


KUANG-BAO P. OU-YOUNG
1362 Wright Avenue
Sunnyvale, California 94087
(408) 234-2371
kbouyoung@yahoo.com

Plaintiff-Intervenor Applicant Pro Se

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DONALD J. TRUMP, et al., | Case No. 21-cv-8378-JD |
| Plaintiffs, | PLAINTIFF-INTERVENOR APPLICANT'S NOTICE OF MOTION AND MOTION TO INTERVENE, TO DISQUALIFY JUDGE, AND FOR ORDER TO SHOW CAUSE |
| vs. | |
| TWITTER INC., et al., | |
| Defendants, | |
| KUANG-BAO P. OU-YOUNG, | Date: June 23, 2022<br>Time: 10:00 a.m.<br>Courtroom 11, 19th Floor<br>Judge: To Be Determined |
| Plaintiff-Intervenor Applicant. | |

## NOTICE OF MOTION AND MOTION

TO PLAINTIFFS, DEFENDANTS, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on June 23, 2022, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 11, 19th Floor, San Francisco Courthouse, located at 450 Golden Gate Avenue, San Francisco, California, applicant Kuang-Bao P. Ou-Young will, and hereby does move, for the court's permission to intervene in the present case, to disqualify district judge James Donato from this case, and for an order to show cause against said judge. The motion to intervene is based on Federal Rule of Civil Procedure 24(a)(1), 28 U.S.C. § 547(1), this notice of motion and motion, the memorandum of points and authorities set forth

1  below, the pleadings and records on file in this case, and such further evidence and argument as
2  the court may consider at the time of hearing on this motion.

3  **MEMORANDUM OF POINTS AND AUTHORITIES**

4  **A. Judge Donato Has Conspired to Deprive Applicant of Substantive Civil Rights**

5  On May 29, 2015, applicant brought a complaint to the clerk's office (Case No. 15-mc-
6  80149-BLF). Judge Donato forwarded the complaint to district judge Beth Labson Freeman, who
7  dismissed the case on June 5, 2015 without a hearing. Dkt. No. 2. Nonetheless, "due process
8  requires an opportunity to confront and cross-examine adverse witnesses." *Goldberg v. Kelly*,
9  397 U.S. 254, 269 (1970). Accordingly, said judge has conspired with judge Freeman to deny
10 applicant the First Amendment right to petition the government for a redress of grievances, due
11 process of law under the Fifth Amendment, the Seventh Amendment right to a jury trial, and
12 equal protection of the laws under the Fourteenth Amendment. Judge Donato is criminally liable
13 under 18 U.S.C. § 242. *United States v. Price*, 383 U.S. 787, 793 (1966); *Bivens v. Six Unknown*
14 *Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). As a judge is not absolutely
15 immune from criminal liability, *Ex parte Virginia*, 100 U.S. 339, 348-349 (1880), the presiding
16 judge should be disqualified from the present case.

17 **B. Judge Donato Should Face Criminal Prosecution**

18 Since 28 U.S.C. § 547(1) requires U.S. attorney Stephanie M. Hinds to prosecute for all
19 offenses against the United States, the court should order said U.S. attorney to show cause why
20 her office should not institute criminal prosecution against judge Donato.

21

## CONCLUSION

Based on the above arguments, the court should disqualify judge Donato from this case and order U.S. attorney Hinds to show cause why said judge should not face prosecution by her office.

Respectfully submitted this 18th day of May 2022.

*/s/ Kuang-bao Ou-young*

KUANG-BAO P. OU-YOUNG
1362 Wright Avenue
Sunnyvale, California 94087
(408) 234-2371
kbouyoung@yahoo.com

Plaintiff-Intervenor Applicant

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| DONALD J. TRUMP, et al., | ) |
| Plaintiffs, | ) Case No. 21-cv-8378-JD |
| vs. | ) PROOF OF SERVICE |
| TWITTER INC., et al., | ) |
| Defendants. | ) |

This is to certify that a true and correct copy of the following document:

Plaintiff-Intervenor Applicant's Motion to Intervene, to Disqualify Judge, and for Order to Show Cause

was delivered by priority or first class mail to the following:

John P. Coale
2901 Fessenden Street, NW
Washington, DC 20008

Andrei Dan Popovici
2121 N. California Boulevard, Suite 290
Walnut Creek, CA 94596

Frank C. Dudenhefer
Frank C. Dudenhefer, Jr.
2721 St. Charles Avenue, Suite 2A
New Orleans, LA 70130

John Q. Kelly
Michael J. Jones
Roland A. Paul
Ryan Tougias
Sean M. Hamill
170 Mason Street
Greenwich, CT 06830

Marie L. Fiala
1450 W. Highway 290, Suite 1200
Dripping Springs, TX 78620

Richard Polk Lawson
400 N. Ashley Drive, Suite 1100
Tampa, FL 33602

Date: May 18, 2022

*[signature]*
YuLin Lu
820 Mulberry Lane
Sunnyvale, CA 94087

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD J. TRUMP, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> TWITTER INC., et al., ) <br> ) <br> Defendants. ) | Case No. 21-cv-8378-JD <br><br> PROOF OF SERVICE |

This is to certify that a true and correct copy of the following document:

Plaintiff-Intervenor Applicant's Motion to Intervene, to Disqualify Judge, and for Order to Show Cause

was delivered by first class mail to the following:

Peter W. Homer
1441 Brickell Avenue, Suite 1200
Miami, FL 33131

Thomas G. Sprankling
2600 El Camino Real, Suite 400
Palo Alto, CA 94306

Joshua Michael Kolsky
Indraneel Sur
1100 L Street, NW, Room 12010
Washington, DC 20530

Ari Holtzblatt
Patrick J. Carome
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Felicia Ellsworth
60 State Street
Boston, MA 02109

Date: May 18, 2022

YuLin Lu
820 Mulberry Lane
Sunnyvale, CA 94087