UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD J. TRUMP, et al.,<br>    Plaintiffs,<br>v.<br>TWITTER INC., et al.,<br>    Defendants. | Case No. 3:21-cv-08378-JD<br><br>**JUDGMENT** |

The Court dismissed the complaint under Federal Rule of Civil Procedure 12(b)(6) with leave to amend. Dkt. No. 165. Plaintiffs have advised the Court that they have elected not to file an amended complaint. Consequently, pursuant to Federal Rule of Civil Procedure 58, judgment is entered against plaintiffs.

**IT IS SO ORDERED.**

Dated: June 7, 2022

_____
JAMES DONATO
United States District Judge