| | |
|---|---|
| JOHN P. COALE *(pro hac vice)*<br>2901 Fessenden Street NW<br>Washington, DC 20008<br>Telephone: (202) 255-2096<br>Email: johnpcoale@aol.com<br><br>JOHN Q. KELLY *(pro hac vice)*<br>MICHAEL J. JONES *(pro hac vice)*<br>RYAN TOUGIAS *(pro hac vice)*<br>IVEY, BARNUM & O'MARA, LLC<br>170 Mason Street<br>Greenwich, CT 06830<br>Telephone: (203) 661-6000<br>Email: jqkelly@ibolaw.com<br>Email: mjones@ibolaw.com<br><br>FRANK C. DUDENHEFER , JR. *(pro hac vice)*<br>THE DUDENHEFER LAW FIRM L.L.C.<br>2721 Saint Charles Avenue, Suite 2A<br>New Orleans, LA 70130<br>Telephone: (504) 616-5226<br>Email: fcdlaw@aol.com | ANDREI POPOVICI (CA Bar No. 234820)<br>MARIE FIALA (CA Bar No. 79676)<br>LAW OFFICE OF ANDREI D. POPOVICI, P.C.<br>2121 North California Blvd. #290<br>Walnut Creek, CA 94596<br>Telephone: (650) 530-9989<br>Facsimile: (650) 530-9990<br>Email: andrei@apatent.com<br>Email: marie@apatent.com<br><br>RICHARD POLK LAWSON *(pro hac vice)*<br>GARDNER BREWER HUDSON, P.A.<br>400 North Ashley Drive<br>Suite 1100<br>Tampa, FL 33602<br>Telephone: (813) 221-9600<br>Facsimile: (813) 221-9611<br>Email: rlawson@gbmmlaw.com |

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DONALD J. TRUMP et al.<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>TWITTER, INC., et al.,<br><br>　　　　　　　Defendants. | Case No: 3:21-cv-08378-JD<br><br>**NOTICE OF APPEAL**<br><br>Hon. James Donato |

1  NOTICE IS GIVEN that Plaintiffs Donald J. Trump, Linda Cuadros, American Conservative Union, Rafael Barbosa, Dominick Latella, Wayne Alan Root, and Naomi Wolf appeal to the United States Court of Appeals for the Ninth Circuit from the following:

1. The Court's Order granting Defendants' Motion to Dismiss the Plaintiffs' First Amended Complaint, dated May 6, 2022, Docket No. 165 (Exhibit A);

2. The Court's paperless Order terminating as moot Plaintiff Trump's Motion for Preliminary Injunction, dated May 6, 2022, Docket No. 166;

3. Judgment dated June 7, 2022, Docket No. 168 (Exhibit B); and

4. All other orders, rulings, decisions or opinions merged therein.

A Representation Statement is being submitted under Circuit Rule 3-2 (Exhibit C).

Dated: June 27, 2022            Respectfully submitted,

ANDREI POPOVICI (CA Bar No. 234820)
MARIE FIALA (CA Bar No. 79676)
LAW OFFICE OF ANDREI D. POPOVICI, P.C.

By:   */s/ Andrei D. Popovici*
          Andrei D. Popovici


JOHN P. COALE *(pro hac vice)*
2901 Fessenden Street NW
Washington, DC 20008
Telephone: (202) 255-2096
Email: johnpcoale@aol.com

JOHN Q. KELLY *(pro hac vice)*
MICHAEL J. JONES *(pro hac vice)*
RYAN TOUGIAS *(pro hac vice)*
IVEY, BARNUM & O'MARA, LLC
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000
Email: jqkelly@ibolaw.com
Email: mjones@ibolaw.com

FRANK C. DUDENHEFER, JR. *(pro hac vice)*
THE DUDENHEFER LAW FIRM L.L.C.
2721 Saint Charles Avenue, Suite 2A
New Orleans, LA 70130
Telephone: (504) 616-5226
Email: fcdlaw@aol.com

RICHARD POLK LAWSON *(pro hac vice)*
GARDNER BREWER HUDSON, P.A.
400 North Ashley Drive
Suite 1100
Tampa, FL 33602
Telephone: (813) 221-9600
Facsimile: (813) 221-9611
Email: rlawson@gardnerbrewer.com

*Attorneys for Plaintiffs*