# EXHIBIT C

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

REPRESENTATION STATEMENT UNDER CIRCUIT RULE 3-2

Pursuant to Circuit Rule 3-2, the following are all the parties to this action and their respective counsel:

<u>Plaintiffs</u>

Donald J. Trump, the Forty-Fifth President of the United States

Linda Cuadros

American Conservative Union

Rafael Barbosa

Dominick Latella

Wayne Alan Root

Naomi Wolf

*and those similarly situated*

<u>Plaintiffs' Counsel</u>

JOHN P. COALE
2901 Fessenden Street NW
Washington, DC 20008
Telephone: (202) 255-2096
Email: johnpcoale@aol.com

ALEX KOZINSKI
719 Yarmouth Rd. Ste. 101
Palos Verdes Estates, CA 90274
Telephone: (310) 541-5885
Email: alex@kozinski.com

JOHN Q. KELLY
MICHAEL J. JONES
RYAN TOUGIAS
IVEY, BARNUM & O'MARA, LLC
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000
Email: jqkelly@ibolaw.com
Email: mjones@ibolaw.com

FRANK C. DUDENHEFER , JR.
THE DUDENHEFER LAW FIRM L.L.C.
2721 Saint Charles Avenue, Suite 2A
New Orleans, LA 70130
Telephone: (504) 616-5226
Email: fcdlaw@aol.com

ANDREI POPOVICI
MARIE FIALA
LAW OFFICE OF ANDREI D. POPOVICI, P.C.
2121 North California Blvd. #290
Walnut Creek, CA 94596
Telephone: (650) 530-9989
Facsimile: (650) 530-9990
Email: andrei@apatent.com
Email: marie@apatent.com

RICHARD POLK LAWSON
GARDNER BREWER HUDSON, P.A.
400 North Ashley Drive
Suite 1100
Tampa, FL 33602
Telephone: (813) 221-9600
Facsimile: (813) 221-9611
Email: rlawson@gbmmlaw.com

<u>Defendants</u>

    Twitter Inc.

    Jack Dorsey

<u>Defendants' Counsel</u>

    PATRICK J. CAROME
    patrick.carome@wilmerhale.com
    ARI HOLTZBLATT
    ari.holtzblatt@wilmerhale.com
    WILMER CUTLER PICKERING
    HALE AND DORR LLP
    1875 Pennsylvania Avenue, NW
    Washington, D.C. 20006
    Telephone:  (202) 663-6000
    Facsimile:  (202) 663-6363

    FELICIA H. ELLSWORTH
    felicia.ellsworth@wilmerhale.com
    WILMER CUTLER PICKERING
    HALE AND DORR LLP
    60 State Street
    Boston, MA 02109
    Telephone: (617) 526-6000
    Facsimile:  (617) 526-5000

> THOMAS G. SPRANKLING
> thomas.sprankling@wilmerhale.com
> WILMER CUTLER PICKERING
> HALE AND DORR LLP
> 2600 El Camino Real, Suite 400
> Palo Alto, CA 94306
> Telephone: (650) 858-6062
> Facsimile:  (650) 858-6100

<u>Interested Party</u>

> United States of America

<u>Interested Party Counsel</u>

> JOSHUA M. KOLSKY
> INDRANEEL SUR
> Department of Justice
> Civil Division, Federal Programs Branch
> P. O. Box 883
> Washington, D.C. 20044
> Telephone: (202) 305-7664
> Email: joshua.kolsky@usdoj.gov
> Email: indraneel.sur@usdoj.gov

Dated: June 26, 2022               Respectfully submitted,

> ANDREI POPOVICI
> MARIE FIALA
> LAW OFFICE OF ANDREI D. POPOVICI, P.C.
>
> By:   */s/ Andrei D. Popovici*
>           Andrei D. Popovici
>
>
>   *Attorneys for Plaintiffs*