JOHN W. HOWARD (SBN 80200)
MICHELLE D. VOLK (SBN 217151)
JW Howard/ Attorneys, Ltd.
701 B Street Suite 1725
San Diego, CA 92101
Tel (619) 234-2842; Fax (619) 234-1716
Email: johnh@jwhowardattorneys.com
         michellev@jwhowardattorneys.com

Scott J. Street (SBN 258962)
JW HOWARD/ATTORNEYS, LTD.
201 South Lake Avenue, Suite 303
Pasadena, CA 91101
Tel.: (213) 205-2800
Email: sstreet@jwhowardattorneys.com

Attorneys for Plaintiff
NAOMI WOLF

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD J. TRUMP, et al., <br> Plaintiffs, <br> vs. <br> TWITTER, INC., et al., <br> Defendants. | Case No. 3:21-cv-08378-JD <br><br> Hon. James Donato <br><br> **NOTICE OF ASSOCIATION OF COUNSEL FOR PLAINTIFF NAOMI WOLF** <br><br> Action Filed: July 7, 2021 |

///

///

///

///

1

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Naomi Wolf has retained the law firm JW Howard/Attorneys, Ltd., to serve as her lead counsel in this action and the appeal that arose out of it. Dr. Wolf's principal lawyers will be John Howard, Esq., and Scott Street, Esq., each of whom is licensed to practice before all courts in the state of California and in its federal courts. Mr. Howard and Mr. Street are registered in the Court's ECF system and may be served electronically, through ECF, with all documents pertinent to this case.

DATED: August 26, 2022		JW HOWARD/ATTORNEYS, LTD.


By:    /s/ Scott J. Street
       Scott J. Street
       Attorneys for Plaintiff
       NAOMI WOLF


# CERTIFICATE OF SERVICE

I, the undersigned, do declare that I am employed in the county aforesaid, that I am over the age of [18] years and not a party to the within entitled action; and that I am executing this proof at the direction of the member of the bar of the above entitled Court. The business address is:

JW Howard Attorneys LTD
701 B Street, Ste. 1725
San Diego, California 92101

☐ MAIL. I am readily familiar with the business' practice for collection and processing of correspondence for mailing via the United States Postal Service and that the correspondence would be deposited with the United States Postal Service for collections that same day.

■ ELECTRONIC. I am readily familiar with the business' practice for collection and processing of documents via electronic system and said documents were successfully transmitted via Court transmission that same day.

☐ PERSONAL. The below described documents were personally served on date below via Knox Services.

On the date indicated below, I served the within:

**NOTICE OF ASSOCIATION OF COUNSEL FOR PLAINTIFF NAOMI WOLF**

TO:

| | |
|---|---|
| John P. Coale: johnpcoale@aol.com | Peter W. Homer: PHomer@homerbonner.com |
| Andrei Dan Popovici: andrei@apatent.com | Ari Holtzblatt: ari.holtzblatt@wilmerhale.com |
| Frank C. Dudenhefer, Jr.: fedlaw@aol.com | Felicia Ellsworth: felicia.ellsworth@wilmerhale.com |
| John Q. Kelly: jqkelly@ibolaw.com | Patrick J. Carome: Patrick.carome@wilmerhale.com |
| Marie L. Fiala: marie@apatent.com | Thomas G. Sprankling: Thomas.sprankling@wilmerhale.com |

| | |
|---|---|
| Michael J. Jones: mjones@ibolaw.com | Joshua Kolsky: Joshua.kolsky@usdoj.gov |
| Richard Polk Lawson: rlawson@gardnerbrewer.com | Indraneel Sur: indraneel.sur@usdoj.gov |
| Rowland A. Paul: rpaul@ibolaw.com | |

    I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and was *EXECUTED* on August 26, 2022, at San Diego, CA.

                      _____*/s/ Dayna Dang*_____
                           Dayna Dang, Paralegal
                      dayna@jwhowardattorneys.com