JOHN W. HOWARD (SBN 80200)
MICHELLE D. VOLK (SBN 217151)
JW Howard/ Attorneys, Ltd.
701 B Street Suite 1725
San Diego, CA 92101
Tel (619) 234-2842; Fax (619) 234-1716
Email: johnh@jwhowardattorneys.com
        michellev@jwhowardattorneys.com

Scott J. Street (SBN 258962)
JW HOWARD/ATTORNEYS, LTD.
201 South Lake Avenue, Suite 303
Pasadena, CA 91101
Tel.: (213) 205-2800
Email: sstreet@jwhowardattorneys.com

Attorneys for Plaintiff
NAOMI WOLF

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD J. TRUMP, et al., | Case No. 3:21-cv-08378-JD |
| Plaintiffs, | Hon. James Donato |
| vs. | |
| TWITTER, INC., et al., | **DECLARATION OF SCOTT J. STREET IN SUPPORT OF PLAINTIFF DR. NAOMI WOLF'S MOTION FOR INDICATIVE RULING UNDER FED. R. CIV. P. 60 BASED ON NEWLY DISCOVERED EVIDENCE** |
| Defendants. | |
| | Action Filed: July 7. 2021 |

1

## DECLARATION OF SCOTT J. STREET

2      I, Scott J. Street, declare as follows:

3      1.     I am an attorney duly licensed to practice before all courts in the state of

4   California and before this Court. I am of counsel with the law firm JW

5   Howard/Attorneys, Ltd., counsel of record to Plaintiff Dr. Naomi Wolf in this matter.

6   I have personal knowledge of the facts set forth in this declaration and could testify

7   competently to them if called to do so.

8      2.     This case was filed on July 7, 2021, in Florida. Dr. Wolf was not one of

9   the initial plaintiffs. She joined a separate lawsuit filed by former President Trump

10  against YouTube after YouTube blocked some of Trump's content, *Donald Trump et*

11  *al. v. YouTube et al.*, No. 1:21-cv-22445 (S.D. Fl.).

12      3.     Like this one, the YouTube case was eventually transferred to the

13  Northern District of California, but Judge White denied a motion to consolidate the

14  cases and was considering a motion to dismiss when the Court issued its dismissal

15  order in this case. The YouTube case has been stayed pending the outcome of the

16  appeal in this matter.

17      4.     Dr. Wolf did not join this case as a plaintiff until December 2021, around

18  the time that former President Trump moved to consolidate it and the YouTube case.

19  She was represented by former President Trump's lawyers at the time, not me. I did

20  not draft any of the pleadings in this case.

21      5.     The Court dismissed this case without leave to amend on May 6, 2022.

22  Among other things, it concluded that the amended complaint could not state a First

23  Amendment claim against Twitter for blocking some of its users' content, and

24  ultimately blocking them from Twitter, because Twitter is a private company and

25  because the amended complaint did not allege facts sufficient to hold Twitter liable

26  under the joint state action doctrine. The Court said the complaint's allegations, which

27  focused on statements made by certain legislators, fell far short of "a rule of decision

28

JW HOWARD/ ATTORNEYS, LTD.
701 B STREET, SUITE 1725
SAN DIEGO, CALIFORNIA 92101

DECLARATION OF SCOTT J. STREET                                    CASE NO. 20-CV-09300-AGT

for which the State is responsible." The decision is being appealed.

6.      A few weeks ago, the non-profit legal group American First Legal Foundation ("AFLF") released emails it obtained from the federal government pursuant to a FOIA request. Among them was an email from a CDC official named Carol Crawford to a Twitter employee named Todd O'Boyle. Street Decl., Exh. A. In the email, dated May 10, 2021, Ms. Crawford pointed out to Mr. O'Boyle "two issues that we are seeing a great deal of misinfo about—vaccine shedding and microchips. The below are just some example points." One of the examples was a tweet written by Dr. Wolf. A true and correct copy of the email exchange between Ms. Crawford and Mr. O'Boyle is attached as **Exhibit "A."**

7.      Shortly after this email exchange, Twitter blocked the tweet from Dr. Wolf that Ms. Crawford listed in her email as alleged misinformation. A true and correct copy of a screenshot showing the censored tweet is attached as **Exhibit "B."**

8.      Additional emails obtained by AFLF refer to several "misinformation" meetings taking place between executive branch officials and social media companies, including Twitter, throughout 2021. True and correct copies of these emails are attached as part of **Exhibit "C."**

9.      Conservative commentator Alex Berenson also sued Twitter after it censored his posts and eventually blocked him from the platform. During that lawsuit, he obtained evidence that White House officials, including White House COVID-19 czar Andy Slavitt, explicitly sought to censor and remove him from the social media platforms. A true and correct copy of Mr. Berenson's article describing—and in some cases displaying—these emails is attached as **Exhibit "D."**

10.     This evidence provides the basis for Dr. Wolf's request for relief from the judgment of dismissal under Rule 60 of the Federal Rules of Civil Procedure. Dr. Wolf is only seeking this relief for herself, since the released emails named her specifically, so that she can have a full and fair opportunity to litigate her claims.

DECLARATION OF SCOTT J. STREET                    CASE NO. 20-CV-09300-AGT

JW HOWARD/ ATTORNEYS, LTD.
701 B STREET, SUITE 1725
SAN DIEGO, CALIFORNIA 92101

1    Under penalty of perjury, under the laws of the United States of America, I
2    declare that the foregoing is true and correct. Executed this 26th day of August 2022
3    at Pasadena, California.
4
5
6                                            Scott J. Street
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF SCOTT J. STREET                           CASE NO. 20-CV-09300-AGT

# Exhibit "A"

| | |
|---|---|
| **From:** | Crawford, Carol Y. (CDC/OD/OADC) |
| **To:** | Todd O'Boyle |
| **Cc:** | Sam Hunley; Christopher Lewitzke; Jennifer Shopkorn (CENSUS/ADCOM FED); Sokler, Lynn (CDC/OD/OADC) |
| **Subject:** | COVID Misinformation |
| **Date:** | Monday, May 10, 2021 1:50:00 PM |

Todd –

We wanted to point out two issues that we are seeing a great deal of misinfo about – vaccine shedding and microchips.  The below are just some example posts.  We do plan to post something shortly to address vaccine shedding and I can send that link soon.  Our census team copied here, has much more info on it if needed.

Also, we are standing up a BOLO COVID misinformation meeting and inviting all tech platforms.  We are shooting for 12pm EST for Friday for our first meeting.  I'll include you on the invite but if you'd like to propose an alternative approach or would like to me include others, just let me know.

Thanks!

| Post Text | Link |
|---|---|
| MAGNET STICKS TO AREA INJECTED BY THE VACCINE - ARE THE VACCINATED GETTING MICROCHIPPED? #justsayno | https://twitter.com/EscanorThe2nd/status/1388177564284461063 |
| The ex VP of Pfizer came out predicting that there will be a human depopulation of the vaccinated people in 2 years. An even shorter lifespan after the booster. He believes it's eugenics. Many scientists are corroborating this.<br><br>I'll be alive!<br><br>Experimental vaccines! | https://twitter.com/leslibless/status/1388396652159979520 |
| THE BIG QUESTION IS WHY ARE THEY LYING...GOVERNMENTS SIGNED US AWAY TO NWO .DEPOPULATION..ALSO EXPERIMENTS IN AI..IN LAYMENS TERMS..TRYING TO TURN US INTO ROBOTS/ ANDROIDS....ALSO THEY WANT WORLD BANK OF OUR DNA ... VIA VAX | https://twitter.com/Elizabe32413720/status/1388823226508357633 |
| Agreed. But if the science is being followed, there's an awful lot of evidence that the vax crowd are shedding...maybe the non-vaxxed are safer this way...thoughts<br>@crislerwyo<br>? | https://twitter.com/orangecone21/status/1389591915276931080 |
| COVID 'Vaccine Shedding', Evidence SARS-CoV-2 Spike Protein Can 'Alter Human Genes' & VAERS Truth | https://twitter.com/YoureAllDunces/status/1388289305311731712 |
| Thank Bill Gates for wanting depopulation. That's exactly what this vaccine  is doing, and will continue to do for the next few years. | https://twitter.com/PatriotGaGa1/status/1390011916563648512 |
| IM ALARMED BY THE AMOUNT OF WOMEN IN MY DM'S COMPLAINING ABOUT ABNORMAL BLEEDING AND MISCARRIAGES AFTER COMING IN CONTACT WITH SOMEONE WHOSE BEEN VACCINATED!!!!! | https://twitter.com/HoodHealer/status/1383878851286110222 |
| Well hundreds of women on this page say they are having bleeding/ clotting after vaccination or that they bleed oddly being AROUND vaccinated women. Unconfirmed, needs more investigation. But lots of reports. COVID-19 Vaccine Side Effects<br><br>[Links to: https://www.infowars.com/posts/vaccine-shedding-causing-miscarriages-and-blood-clots-in-unvaccinated-females/] | https://twitter.com/naomirwolf/status/1383973370501337092<br><br>https://twitter.com/StevePieczenik/status/1388152327790551043 |
| So the #CDC now says that those who are "Fully Vaxnated" can "Go outside & live freely" lol.. This is a joke.<br><br>Quick questions for those who were experimented on I MEAN-Took the shot, what were the ingredients in it? You did ASK right?.. Also, do you know what SHEDDING is? | https://twitter.com/IslamRizza/status/1387476584072843267 |
| Here is the official Pfizer trail protocols<br>Concerning shedding by the vaccinated<br>Fertility (male and female)<br>contraception to be compulsorily used because shedding<br>Adverse events and serious adverse events reporting<br>And much more<br>Dangers ore known<br><br>https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf | https://twitter.com/KeithMCR/status/1387726575806918657 |
| For those of you who have questions about Spiked Protein SHEDDING: Pfizer admits in its own mRNA vaxx trial documentation that non-vaxxed people can be ENVIRONMENTALLY EXPOSED to the shot's spike proteins by INHALATION or SKIN CONTACT.<br><br>https://themostbeautifulworld.com/blog/skin-contact-covid | https://twitter.com/Henrik_Palmgren/status/1387893422309056517 |
| Pfizer acknowledges the existence of "SHEDDING" in their #mRNA vaccines, and is setting up this new trial to study these dangers.<br><br>(Shedding is where unvaccinated people experience serious health issues just by being near to vaccinated people).<br><br>https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf#page67 | https://twitter.com/FreeMediaInfo1/status/1387726239474069510 |

Carol Crawford
Chief, Digital Media Branch
Division of Public Affairs
OADC
ccrawford@cdc.gov
404-498-2840

# Exhibit "B"



twitter.com/naomirwolf/status/1383973370501337092 

nditi... pt

Explore

Settings

## Tweet

This Tweet is from a suspended account. Learn more

**miklosh van Egan)))** @mikloshvanEgan · Apr 18, 2021
Replying to @naomirwolf
That FaceBook story Link is Blocked

1 4

**Coastal_Curmudgeon** @Erik_Naught_6 · Apr 19, 2021
Good.

5

**the** @ConnyMor · Apr 18, 2021
Replying to @naomirwolf
being AROUND vaccinated women????

1 7

Show replies

**Divi *The Model Railroad Photographer*** @divi_logan · Apr 18, 2021
Replying to @naomirwolf
This ingredient is shown to have been tested on animals. 1,2-distearoyl-snglycero-3-phosphocholine (DPSC)/ Detective work, Dr. Wolf... what could be causing these problems? Could a high concentration of cortisol be a factor? Too much stress?

researchgate.net
(PDF) Toxicological evaluation of DSPC (1,2-distea...
PDF | In the inhalation field, lipids such as egg phosphatidylcholine (PC), 1,2-distearoyl-sn-glycer...

2

# Exhibit "C"

| From: | Crawford, Carol Y. (CDC/OD/OADC) |
|---|---|
| To: | Crawford, Carol Y. (CDC/OD/OADC) |
| Bcc: | llagone@fb.com; Payton Iheme; Carrie Adams; Sam Huxley; Christopher Thomas Lewitzke (CENSUS/ADCOM CTR; Sokler, Lynn (CDC/OD/OADC); Galatas, Kate (CDC/OD/OADC); Caroline.M.Faught@census.gov; lexisturdy@fb.com; Todd O"Boyle; Jan Antonaros; Aspinwall, Brooke (CDC/DDID/NCIRD/OD) |
| Subject: | Follow up info from BOLO meeting on 5/28 |
| Date: | Friday, May 28, 2021 1:19:00 PM |
| Attachments: | CDCboloslides528.pdf |

Thank you for those that were able to attend today.   Here are the slides.   Please do not share outside your trust and safety teams.

Let us know if you have any questions.  Thank you.


Carol Crawford
Chief, Digital Media Branch
Division of Public Affairs
OADC
CDC
ccrawford@cdc.gov
404-498-2840

# COVID Vaccine Misinformation: Hot Topics

May 28, 2021




# Agenda



### Introduction

### Hot Topics

1. SM-102 Vaccine Ingredient Safety
2. Magnetism Rumor
3. Vaccine Male Infertility/Fertility Issues Rumor

**― LOGISTICS ―**

**Next Meeting Date:**
- To be announced

**Point of Contact:**

- Want a follow-up meeting to discuss information presented? Contact **Carol Crawford** (cjy1@cdc.gov).



**Centers for Disease Control and Prevention**
Office of the Director

DRAFT ― THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# ADVISORY

**Misinformation** has been identified about the safety of COVID-19 vaccine ingredients.

Please **Be On the Lookout** for: Statements, pictures, posts, or messages containing misinformation that the Moderna vaccine is unsafe due to the ingredient SM-102.

| When | May 2021 |
|---|---|
| Where | Digital Platform(s): All. |
| Status | Following the publication of a Moderna COVID-19 fact sheet, there have been false claims that the vaccine ingredient SM-102 listed is poisonous and unsafe for humans. |
| Potential Impact | Reduced vaccine acceptance. |
| The Facts | The manufacturing process and controls have been well characterized and qualified. The analytical procedures developed and used for the release and stability monitoring of mRNA 1273 Drug Substance (DS) and Drug Product (DP) include tests to ensure vaccine safety, identity, purity, quality, and potency. |



*Example post*



*Example post*

## Associated Link(s) and Hashtag(s)

- Fact check story
- Example Post
- Example Post
- FDA Emergency Use Authorization


**Centers for Disease Control and Prevention**
Office of the Director

DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# ADVISORY

**Misinformation** has been identified about the COVID-19 vaccine ingredients and related side effects.

Please **Be On the Lookout** for: Statements, pictures, posts, or messages containing misleading or false information that vaccine ingredients cause vaccinated individuals to become magnetic.

| When | May 2021 |
|------|----------|
| Where | Digital Platform(s): All. |
| Status | Videos shared widely on social media platforms claim to show individuals becoming "magnetic" after receiving the vaccine, further fueling the false claim that vaccines contain microchips. |
| Potential Impact | Reduced vaccine acceptance. |
| The Facts | COVID-19 vaccines are safe and effective. COVID-19 vaccines were evaluated in tens of thousands of participants in clinical trials. The vaccines met the FDA's rigorous scientific standards for safety, effectiveness, and manufacturing quality needed to support emergency use authorization. |







*Example posts*

## Associated Link(s) and Hashtag(s)

- Fact check story
- Example post
- Example post
- What are the ingredients in COVID-19 vaccines?
- Hashtag: #magnetgate #VaccineMagnetChallenge



**Centers for Disease Control and Prevention**
Office of the Director

DRAFT — THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

## ADVISORY

**A rumor** has been identified regarding COVID-19 vaccines effects on male fertility.

Please **Be On the Lookout** for: Statements, pictures, posts, or messages containing misinformation that vaccines cause infertility or other fertility-related issues in men.

| When | April 2021 – Present |
|---|---|
| Where | Digital Platform(s): All. |
| Status | Recently, social media posts have falsely speculated that men should not have unprotected sex after receiving the Pfizer COVID-19 vaccine, as the "spike protein" from the virus could allegedly damage the individual's sperm or cause infertility. |
| Potential Impact | Vaccine hesitancy and reduced vaccine acceptance. |
| The Facts | COVID-19 vaccines are safe and effective. Millions of people in the United States have received COVID-19 vaccines under the most intense safety monitoring in U.S. history. |

Absolute LIES. Women aren't ovulating, even fertility clinics are reporting embryos are not growing properly and sperm counts of vaccinated men have dropped right down. Women are experiencing the most painful periods of their life, even women who are in their 70s and 80s have started bleeding again. How dare you say its safe without actually knowing!

She also pointed out that "there is a credible reason to believe that the Covid vaccines will cross-react with the syncytin and reproductive proteins in sperm, ova, and placenta, leading to impaired fertility and impaired reproductive and gestational outcomes," and that there are enough pregnancy losses reported thus far to warrant stopping the vaccines.

"There have been disturbing reports, ..of increased miscarriages following vaccination. I'm concerned about ... the potential of male infertility which could be permanent, ... it's merely appropriate caution given the scientific literature."



An exclusive interview with Dr Roger Hodkinson – "When the history of this madness is written,...
🔗 dailyexpose.co.uk

*Example posts*

## Associated Link(s) and Hashtag(s)

- Fact check story
- Example post
- Example post
- Example post
- Safety of COVID-19 Vaccines



Centers for Disease
Control and Prevention
Office of the Director

DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# Contact Information

**Carol Crawford**
 Digital Media Branch Chief, Division of Public Affairs
 Centers for Disease Control and Prevention (CDC)
 O: 404-498-2480 | M: 678-920-0578
 cjy1@cdc.gov



DRAFT — THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION



| From: | Crawford, Carol Y. (CDC/OD/OADC) |
|---|---|
| To: | Crawford, Carol Y. (CDC/OD/OADC) |
| Cc: | llagone@fb.com; Payton Iheme; Carrie Adams; Sam Huxley; Christopher Thomas Lewitzke (CENSUS/ADCOM CTR); Sokler, Lynn (CDC/OD/OADC); Galatas, Kate (CDC/OD/OADC); Caroline.M.Faught@census.gov; lexisturdy@fb.com; Todd O"Boyle; Jan Antonaros |
| Subject: | Follow up info from BOLO meeting |
| Date: | Friday, May 14, 2021 12:34:00 PM |
| Attachments: | CDC Working Group Meeting_20210514_vF.pdf |

Thank you for attending.  Here are the slides.   Also, as mentioned on the call, any contextual information that can be added to posts about VAERS could be very effective in education the public about what VAERS is. CDC.gov includes authoritative information about VAERS, such as the following taken from this page: "*VAERS accepts reports from anyone, including patients, family members, healthcare providers and vaccine manufacturers. VAERS is not designed to determine if a vaccine caused or contributed to an adverse event. A report to VAERS does not mean the vaccine caused the event.*"


Carol Crawford
Chief, Digital Media Branch
Division of Public Affairs
OADC
ccrawford@cdc.gov
404-498-2840



# COVID Vaccine Misinformation: Hot Topics

May 14, 2021





# Agenda



**Introduction**

**Hot Topics**
1. Vaccine Shedding Rumor
2. Falsified VAERS Report
3. Potentially Misleading VAERS Posts
4. Depopulation/Bioweapon Conspiracy Theories
5. Expanded Emergency Use Authorization

## ─ LOGISTICS

**Next Meeting Date:**
• To be announced

**Point of Contact:**

• Want a follow-up meeting to discuss information presented? Contact **Carol Crawford** (cjy1@cdc.gov).



Centers for Disease
Control and Prevention
Office of the Director

DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# ADVISORY

**Misinformation** has been identified about COVID-19 vaccine safety.

Please **Be On the Lookout** for: Statements, pictures, posts, or messages containing misinformation that COVID-19 vaccines cause "shedding."

| | |
|---|---|
| **When** | April 2021 – Present |
| **Where** | Digital Platform(s): All. |
| **Status** | False claims that COVID-19 vaccine shedding can cause adverse effects in people who are near recently-vaccinated people have been spreading on social media. |
| **Potential Impact** | Reduced vaccine acceptance and harmful policies from real-world institutions. |
| **The Facts** | Individuals who have received a COVID-19 vaccine **cannot shed** or release any of the vaccine components. In addition, none of the vaccines authorized for use in the United States contain a live virus so it is not possible to shed it. |



*Example post*



*Example post*

## Associated Link(s) and Hashtag(s)

- Myths and Facts about COVID-19 Vaccines
- Fact check article
- Example post
- Example post
- Hashtag: #stoptheshed



**Centers for Disease Control and Prevention**
Office of the Director

DRAFT — THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# ADVISORY

**Disinformation** has been identified regarding a report made in the Vaccine Adverse Event Reporting System (VAERS).

Please **Be On the Lookout** for: Statements, pictures, posts, or messages containing misinformation that a 2-year-old died after receiving the vaccine.

| | |
|---|---|
| **When** | May 9, 2021 |
| **Where** | Digital Platform(s): All. |
| **Status** | In mid-April, a false VAERS report began spreading on social media showing that a 2-year-old had died after participating in a vaccine trial. |
| **Potential Impact** | Reduced vaccine acceptance. |
| **The Facts** | After investigation, it was determined that this report was "completely made up," and it has been removed from the VAERS database. |



*Example post spreading false claim*



*Example post with correct information*

## Associated Link(s) and Hashtag(s)

- Fact check story
- Example post
- Example post



**Centers for Disease Control and Prevention**
Office of the Director

DRAFT — THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# ADVISORY

**Potential Misinformation** has been identified about the Vaccine Adverse Event Reporting System (VAERS).

Please **Be On the Lookout** for: Statements, pictures, posts, or messages containing misleading information about VAERS reports.

| When | December 2020 – Present |
|---|---|
| Where | Digital Platform(s): All. |
| Status | Users frequently share data and reports from VAERS that may be confusing or misleading to readers without further background or context about VAERS. |
| Potential Impact | Reduced vaccine acceptance and confusion. |
| The Facts | VAERS is a passive reporting system, meaning it relies on individuals to send in reports of their experiences to CDC and FDA. VAERS is not designed to determine if a vaccine caused a health problem but is especially useful for detecting unusual or unexpected patterns of adverse event reporting that might indicate a possible safety problem with a vaccine. |

Is What The CDC's VAERS Not Telling Us The Real Danger Of The COVID Jabs?

The CDC's VAERS report has been used to gauge adverse effects and deaths from vaccines, but did you know that only roughly 1% of adverse effects and deaths occurring in the US pertaining to vaccines is actually reported? The same can be said for Europe's counterpart. could this mean that we are looking at more than 300,000 deaths in 4 months from the experimental COVID injections?

Some striking plots from the VAERS (Vaccine Adverse Event Reporting System) database.



The Deadly COVID-19 Vaccine Coverup — Virginia Stoner W...
FACT: There has been a massive increase in deaths reported to the Vaccine Adverse Event Reporting System (VAERS) fro...
🔗 virginiastoner.com

According to VAERS, USA has had about 15 years worth of vaccine related deaths in just 4 months.

Safe and effective....

*Example posts*

## Associated Link(s) and Hashtag(s)

- About VAERS
- Example post
- Example post
- Example post
- Hashtag: #vaers



**Centers for Disease Control and Prevention**
Office of the Director

DRAFT — THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# ADVISORY

**Misinformation** has been identified regarding the purpose of COVID-19 vaccines.

Please **Be On the Lookout** for: Statements, pictures, posts, or messages containing vaccines contain are bioweapons, part of a depopulation scheme, or contain microchips.

| When | December 2020 – Present |
|---|---|
| Where | Digital Platform(s): Twitter, Instagram. |
| Status | Conspiracy theories about the vaccine continue to spread, including that they are secretly a bioweapon or designed to control the global population. Many of these claims have been linked to Bill Gates. |
| Potential Impact | Reduced vaccine acceptance. |
| The Facts | COVID-19 vaccines are safe and effective. COVID-19 vaccines were evaluated in tens of thousands of participants in clinical trials. The vaccines met the FDA's rigorous scientific standards for safety, effectiveness, and manufacturing quality needed to support emergency use authorization. |

For the trolls - vaccines are not safe they never have been. They are a slow poison taking years off peoples lives, dumbing down the kids, causing all kinds physical and psychological problems and illnesses, infertility problems. They have always been a method of depopulation

*Example post*



*Example post*

## Associated Link(s) and Hashtag(s)

- Safety of COVID-19 Vaccines
- Example post
- Example post
- Hashtags: #depopulation, #billgates, #greatreset



**Centers for Disease Control and Prevention**
Office of the Director

DRAFT — THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# ADVISORY

**Potential misinformation** may occur about COVID-19 vaccines and adolescents.

Please **Be On the Lookout** for: Statements, pictures, posts, or messages containing misinformation about the eligibility of 12- to 15-year-olds for the Pfizer/BioNTech COVID-19 vaccine.

| When | May 12, 2021 |
|---|---|
| Where | Digital Platform(s): All. |
| Status | The CDC Director adopted CDC's Advisory Committee on Immunization Practices' recommendation that endorsed the safety and effectiveness of the Pfizer-BioNTech COVID-19 vaccine and its use in 12- through 15-year-old adolescents. In recent weeks, there has been an increase in misinformation about adolescents taking the vaccine. |
| Potential Impact | Reduced vaccine acceptance. |
| The Facts | CDC now recommends that this vaccine be used among 12- through 15-year-old adolescents, and providers may begin vaccinating them right away. |

Today, I adopted CDC's Advisory Committee on Immunization Practices' (ACIP) recommendation that endorsed the safety and effectiveness of the Pfizer-BioNTech COVID-19 vaccine and its use in 12- through 15-year-old adolescents. CDC now recommends that this vaccine be used among this population, and providers may begin vaccinating them right away.

Though most children with COVID-19 have mild or no symptoms, some children can get severely ill and require hospitalization. There have also been rare, tragic cases of children dying from COVID-19 and its effects, including multisystem inflammatory syndrome in children, or MIS-C.

This official CDC recommendation follows Monday's FDA decision to authorize emergency use of this vaccine in 12- through 15-year-old adolescents ⧉, and is another important step to getting out of the COVID-19 pandemic, and closer to normalcy.

*Statement from CDC Director*

It is, to speed 🇺🇸Ppls 💰 downfall Along with drugging All the children with an untested unknown vaccination$ that has no data or side effects listed, unlike common drugs sell you on TV, that can harm you, but are still sold. Has government proven 2 🏅 trustworthy? No

*Example post*

## Associated Link(s) and Hashtag(s)

- CDC Director Statement on Pfizer's Use of COVID-19 Vaccine in Adolescents Age 12 and Older
- FDA Emergency Use Authorization
- Example post



**Centers for Disease Control and Prevention**
Office of the Director

DRAFT — THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# Contact Information

**Carol Crawford**
Digital Media Branch Chief, Division of Public Affairs
Centers for Disease Control and Prevention (CDC)
O: 404-498-2480 | M: 678-920-0578
cjy1@cdc.gov





| | |
|---|---|
| **From:** | Crawford, Carol Y. (CDC/OD/OADC) |
| **To:** | Crawford, Carol Y. (CDC/OD/OADC) |
| **Cc:** | llagone@fb.com; Payton Iheme; Carrie Adams; Sam Huxley; Christopher Thomas Lewitzke (CENSUS/ADCOM CTR); Sokler, Lynn (CDC/OD/OADC); Galatas, Kate (CDC/OD/OADC); Caroline.M.Faught@census.gov; lexisturdy@fb.com; Todd O"Boyle; Jan Antonaros |
| **Subject:** | In lieu of a BOLO meeting tomorrow... |
| **Date:** | Thursday, June 17, 2021 6:19:00 PM |
| **Attachments:** | CDC Working Group Meeting_20210618_v2.pptx |

Given the new federal holiday, I'll be cancelling our BOLO call tomorrow.  However, I am sending the slides out for your reference.   Let us know if you have any questions.



Thank you!

Carol Crawford
Chief, Digital Media Branch
Division of Public Affairs, OADC
CDC
ccrawford@cdc.gov
404-498-2840

# COVID Vaccine Misinformation: Hot Topics

June 18, 2021





# Agenda



**Introduction**

**Hot Topics**

1. Spike Protein AccumulationMagnetism RumorAirline travel

**LOGISTICS**

Next Meeting Date: To be announcedPoint of Contact:Want a follow-up meeting to discuss information presented? Contact Carol Crawford (cjy1@cdc.gov).



Centers for Disease
Control and Prevention
Office of the Director

DRAFT — THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# ━━ ADVISORY ━━

**Misinformation has been identified about the safety of COVID-19 vaccine ingredients.Please Be On the Lookout for: Statements, pictures, posts, or messages containing misinformation that spike proteins from vaccines have an effect on fertility or other harmful effects.**

| | |
|---|---|
| **When** | Early June 2021 |
| **Where** | Digital Platform(s): Twitter. |
| **Status** | There has been an increase in speculation that spike proteins from the vaccine are harmful, including citing a "study" showing that COVID-19 vaccine particles accumulate in ovaries. This has been used to falsely claim that the vaccines will impact fertility. |
| **Potential Impact** | Reduced vaccine acceptance. |
| **The Facts** | There is currently no evidence that COVID-19 vaccination causes any problems with pregnancy, including the development of the placenta. In addition, there is no evidence that fertility problems are a side effect of any vaccine, including COVID-19 vaccines. |





The spike protein is the bio weapon

*Example posts*

# ━━ Associated Link(s) and Hashtag(s) ━━

- CDC Myths and FactsFact check articleExample postExample postExample post



**Centers for Disease Control and Prevention**
Office of the Director

DRAFT — THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# ADVISORY

Misinformation has been identified about the COVID-19 vaccine ingredients and related side effects. Please Be On the Lookout for: Statements, pictures, posts, or messages containing misleading or false information that vaccine ingredients cause vaccinated individuals to become magnetic.

| When | May 2021 – Present |
|---|---|
| Where | Digital Platform(s): All. |
| Status | There continue to be videos shared widely on social media platforms claim to show individuals becoming "magnetic" after receiving the vaccine, further fueling the false claim that vaccines contain microchips. |
| Potential Impact | Reduced vaccine acceptance and spread in real-world spaces. |
| The Facts | Receiving a COVID-19 vaccine will not make you magnetic, including at the site of vaccination which is usually your arm. COVID-19 vaccines do not contain ingredients that can produce an electromagnetic field at the site of your injection. |







*Example posts*

## Associated Link(s) and Hashtag(s)

- [Myths and Facts about COVID-19 Vaccines](#)[Example post](#)[Example post](#)[What are the ingredients in COVID-19 vaccines?](#)[Hashtag: #magnetgate #VaccineMagnetChallenge](#)



Centers for Disease Control and Prevention
Office of the Director

DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# ADVISORY

**Misinformation has been identified about risks for individuals who have received the COVID-19 vaccine.Please Be On the Lookout for: Statements, pictures, posts, or messages containing misleading or false information that vaccinated individuals cannot travel via airplane.**

| When | June 2021 |
|---|---|
| **Where** | Digital Platform(s): Twitter, Facebook, TikTok, Telegram |
| **Status** | There have been claims that because of a risk of blood clots, airlines are not allowing vaccinated individuals to travel or are discussing a potential ban. |
| **Potential Impact** | Reduced vaccine acceptance and confusion. |
| **The Facts** | CDC recommends to delay travel until fully vaccinated. Not related to the COVID-19 pandemic, airplane travel, especially flights longer than 4 hours, may increase the risk for blood clots, including deep vein thrombosis and pulmonary embolism. |

Airlines Are Addressing the Problem Of Blood Clots And Recommending Vaccinated People Not To Travel.

The COVID vaccine side effects are beginning to stack up.

via Qtime - Telegram





*Example posts*

## Associated Link(s) and Hashtag(s)

- Domestic Travel during COVID-19Before You TravelFact check storyExample postExample post


**Centers for Disease Control and Prevention**
Office of the Director

DRAFT — THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# Contact Information

Carol Crawford   Digital Media Branch Chief, Division of Public Affairs   Centers for Disease Control and Prevention (CDC)   O: 404-498-2480 | M: 678-920-0578 cjy1@cdc.gov



DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION



**Exhibit "D"**

8/26/22, 10:49 AM
Case 3:21-cv-08378-JD Document 77 Filed 08/26/22 Page 37 of 43
The White House privately demanded Twitter ban me months before the company did so

# The White House privately demanded Twitter ban me months before the company did so

Federal officials targeted me specifically; when they met with Twitter in April 2021, "they really wanted to know about Alex Berenson"

 **Alex Berenson**
Aug 12

Biden Administration officials asked Twitter to ban me because of my tweets questioning the Covid vaccines, even as company employees believed I had followed Twitter's rules, internal Twitter communications reveal.

In a White House meeting in April 2021, four months before Twitter suspended my account, the company faced "one really tough question about why Alex Berenson hasn't been kicked off from the platform," a Twitter employee wrote.

The employee recounted the meeting discussion afterwards on Twitter's internal Slack messaging system. The message, and others, make clear that top federal officials targeted me specifically, potentially violating my basic First Amendment right to free speech.

The First Amendment does not apply to private companies like Twitter. But if the companies are acting on behalf of the federal government they can become "state actors" that must allow free speech and debate, just as the government does.

Previous efforts to file state action lawsuits against the government and social media companies for working together to ban users have failed. Courts have universally held that people who have been banned have not shown the specific demands from government officials that are necessary to support state action claims.

—

(Support freedom of speech!)

| Type your email... | Subscribe |

The White House privately demanded Twitter ban me months before the company did so

—

In my case, though, federal officials appear to have gone far beyond generically encouraging Twitter to support Covid vaccines or discourage "misinformation" (i.e. information that the government does not like).

Instead, top officials targeted me personally.

Andrew Slavitt, senior advisor to President Biden's Covid response team, complained specifically about me, according to a Twitter employee in another Slack conversation discussing the White House meeting.

"They really wanted to know about Alex Berenson," the employee wrote. "Andy Slavitt suggested they had seen data viz [visualization] that had showed he was the epicenter of disinfo that radiated outwards to the persuadable public."

According to an interview he gave to the Washington Post in June 2021, Slavitt worked directly with the most powerful officials in the federal government, including Ron Klain, President Biden's chief of staff, and Biden himself.

The Slack conversations also show the pressure Twitter employees felt internally to respond to the government's questions about whether the company was doing enough to suppress "misinformation" about Covid and the vaccines. An employee writes that the questions at the meeting were "pointed" but "mercifully, we had answers."

—

*(From Twitter's internal Slack channel)*



Channel: dm-▮▮▮▮▮—▮▮▮

Channel Type: Slack Channel Private

Start Date: 2021-04-22 13:14:03 UTC   End date: 2021-04-22 13:20:21 UTC

▮▮▮▮▮▮▮ at 2021-04-22 13:14:03

How was WH:crossed_fingers::skin-tone-3:!?

▮▮▮▮▮▮▮ at 2021-04-22 13:15:59

Overall, pretty good! they had one really tough question about why Alex Berenson hasn't been kicked off from the platform; otherwise their questions were pointed but fair - and mercifully we had answers.

▮▮▮▮▮▮▮ at 2021-04-22 13:16:28



Correct

▮▮▮▮▮▮▮ at 2021-04-22 19:05:11

jw - any high level takeaways from the meeting? Anything we should keep an eye out for?

▮▮▮▮▮▮▮ at 2021-04-22 19:07:34

thanks for clarifying. and yes, they really wanted to know about Alex Berenson. Andy Slavitt suggested they had seen data viz that had showed he was the epicenter of disinfo that radiated outwards to the persuadable public.

Case 3:21-cv-08378-JD Document 177 Filed 08/26/22 Page 40 of 43

—

At the time, employees said internally they did not believe I had broken the company's rules. "I've taken a pretty close look at his account and I don't think any of it's violative," an employee wrote on the Slack conversation a few minutes after the "really tough question about why Alex Berenson hasn't been kicked off."

But the pressure on Twitter to take action against me and other mRNA vaccine skeptics steadily increased after that April meeting, and especially in July and August, as the government began to consider the unprecedented step of mandating Covid vaccines for adults.

On July 16, 2021, President Biden complained publicly that social media companies were "killing people" by encouraging vaccine hesitancy. A few hours after Biden's comment, Twitter suspended my account for the first time.

On August 28, 2021, barely four months after the meeting, Twitter banned me - for a tweet that it has now acknowledged "should not have led to my suspension."

I obtained the message and other documents related to Twitter's censorship of me as part of my lawsuit against Twitter over my August 2021 ban. I filed the suit in federal court in San Francisco in December 2021. Twitter and I settled it last month, when Twitter restored my account and acknowledged it had erred in banning me.

The documents contain other revelations, including emails showing that *other reporters* asked Twitter to take action against me; I will report on those in the future.

More messages, emails, and internal documents are expected.

## 319 Comments



**Pray4US**  Aug 12

I guess if anyone needed proof of Brandon's involvement in the suppression of free speech, you have it.

♡ 407    Reply    Collapse

> **6 replies**

 **Gina**   Aug 12

This has to go before the Supreme Court while there is still one.

♡ 274    Reply    Collapse

> **9 replies**

**317 more comments…**

---

© 2022 Alex Berenson · Privacy · Terms · Collection notice
Substack is the home for great writing

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JW HOWARD/ ATTORNEYS, LTD.
701 B STREET, SUITE 1725
SAN DIEGO, CALIFORNIA 92101

**CERTIFICATE OF SERVICE**

I, the undersigned, do declare that I am employed in the county aforesaid, that I am over the age of [18] years and not a party to the within entitled action; and that I am executing this proof at the direction of the member of the bar of the above entitled Court. The business address is:

JW Howard Attorneys LTD
701 B Street, Ste. 1725
San Diego, California 92101

☐    MAIL. I am readily familiar with the business' practice for collection and processing of correspondence for mailing via the United States Postal Service and that the correspondence would be deposited with the United States Postal Service for collections that same day.

■    ELECTRONIC. I am readily familiar with the business' practice for collection and processing of documents via electronic system and said documents were successfully transmitted via Court transmission that same day.

☐    PERSONAL. The below described documents were personally served on date below via Knox Services.

On the date indicated below, I served the within:

**DECLARATION OF SCOTT J. STREET IN SUPPORT OF PLAINTIFF DR. NAOMI WOLF'S MOTION FOR INDICATIVE RULING UNDER FED. R. CIV. P. 60 BASED ON NEWLY DISCOVERED EVIDENCE**

TO:

| | |
|---|---|
| John P. Coale: johnpcoale@aol.com | Peter W. Homer: PHomer@homerbonner.com |
| Andrei Dan Popovici: andrei@apatent.com | Ari Holtzblatt: ari.holtzblatt@wilmerhale.com |
| Frank C. Dudenhefer, Jr.: fedlaw@aol.com | Felicia Ellsworth: felicia.ellsworth@wilmerhale.com |
| John Q. Kelly: jqkelly@ibolaw.com | Patrick J. Carome: Patrick.carome@wilmerhale.com |
| Marie L. Fiala: marie@apatent.com | Thomas G. Sprankling: Thomas.sprankling@wilmerhale.com |

1

DECLARATION OF SCOTT J. STREET                    CASE NO. 20-CV-09300-AGT

| | |
|---|---|
| Michael J. Jones: mjones@ibolaw.com | Joshua Kolsky: Joshua.kolsky@usdoj.gov |
| Richard Polk Lawson: rlawson@gardnerbrewer.com | Indraneel Sur: indraneel.sur@usdoj.gov |
| Rowland A. Paul: rpaul@ibolaw.com | |

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and was **EXECUTED** on August 26, 2022, at San Diego, CA.


_____/s/ Dayna Dang_____
Dayna Dang, Paralegal
dayna@jwhowardattorneys.com

DECLARATION OF SCOTT J. STREET                    CASE NO. 20-CV-09300-AGT