PATRICK J. CAROME (*pro hac vice*)
patrick.carome@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

FELICIA H. ELLSWORTH (*pro hac vice*)
felicia.ellsworth@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000

THOMAS G. SPRANKLING
CA Bar No. 294831
thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6062
Facsimile:  (650) 858-6100

*Attorneys for Defendants Twitter, Inc. and Jack Dorsey*

COUNSEL CONTINUED ON NEXT PAGE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DONALD J. TRUMP, et al.,<br>            Plaintiffs,<br>    v.<br>TWITTER, INC., et al.,<br>            Defendants. | Case No: 3:21-cv-08378-JD<br><br>**L.R. 6-2 STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF WOLF'S MOTION FOR INDICATIVE RULING** |

| | |
|---|---|
| JOHN P. COALE (*pro hac vice*)<br>2901 Fessenden Street, NW<br>Washington, D.C. 20008<br>Telephone: (202) 255-2096<br>Email: johnpcoale@aol.com | JOHN W. HOWARD (SBN 80200)<br>MICHELLE D. VOLK (SBN 217151)<br>JW HOWARD/ ATTORNEYS, LTD.<br>701 B Street Suite 1725<br>San Diego, CA 92010<br>Telephone: (619) 234-2842<br>Email: johnh@jwhowardattorneys.com |
| JOHN Q. KELLY (*pro hac vice*)<br>MICHAEL J. JONES (*pro hac vice*)<br>RYAN TOUGIAS (*pro hac vice*)<br>IVEY, BARNUM & O'MARA, LLC<br>170 Mason Street<br>Greenwich, CT 06830<br>Telephone: (203) 661-6000<br>Email: jqkelly@ibolaw.com | SCOTT J. STREET (SBN 258962)<br>JW HOWARD/ ATTORNEYS, LTD<br>201 South Lake Avenue, Suite 303<br>Pasadena, CA 91101<br>Telephone: (213) 205-2800<br>Email: sstreet@jwhowardattorneys.com |
| FRANK C. DUDENHEFER , JR. (*pro hac vice*)<br>THE DUDENHEFER LAW FIRM L.L.C.<br>2721 Saint Charles Avenue, Suite 2A<br>New Orleans, LA 70130<br>Telephone: (504) 616-5226<br>Email: fcdlaw@aol.com | *Attorneys for Plaintiff Naomi Wolf* |

ANDREI POPOVICI (SBN 234820)
MARIE FIALA (SBN 79676)
LAW OFFICE OF ANDREI D. POPOVICI, P.C.
2121 North California Blvd. #290
Walnut Creek, CA 94596
Telephone: (650) 530-9989
Facsimile: (650) 530-9990
Email: andrei@apatent.com
Email: marie@apatent.com

RICHARD POLK LAWSON (*pro hac vice*)
GARDNER BREWER HUDSON, P.A.
400 North Ashley Drive
Suite 1100
Tampa, FL 33602
Telephone: (813) 221-9600
Facsimile: (813) 221-9611
Email: rlawson@gbmmlaw.com

*Attorneys for Plaintiffs Donald J. Trump,*
*Linda Cuadros, American Conservative Union,*
*Rafael Barboza, Dominick Latella, and*
*Wayne Allyn Root*

1

1     Pursuant to Civil Local Rules 6-2 and 7-12, Defendants Twitter, Inc. and Jack Dorsey (hereinafter "Defendants" or "Twitter") and Plaintiffs Donald J. Trump, Linda Cuadros, American Conservative Union, Rafael Barboza, Dominick Latella, Wayne Allyn Root, and Naomi Wolf (hereinafter collectively "Plaintiffs"), by and through their respective counsel, hereby stipulate as follows:

    WHEREAS, on August 26, 2022, Plaintiff Naomi Wolf filed a motion for an indicative ruling under Federal Rule of Civil Procedure 60(b). Dkt. No. 176 (the "Motion").

    WHEREAS, pursuant to Local Rule 7-3, Twitter's response to Wolf's Motion is due September 9, 2022.

    WHEREAS, Defendants' counsel represent that they had or have various engagements and deadlines during the period of August 26, 2022 through September 10, 2022, including a demurrer and motion to strike in *Malone v. Twitter*, No. CGC-22-600397 (Cal. Super. Ct.) due August 29, 2022; a reply brief in support of a petition for a writ of certiorari in *Twitter, Inc. v. Taamneh, et al.*, No. 21-1496 (U.S.) due August 30, 2022; a motion for summary adjudication in *Styleform IT v. Facebook, Inc.*, No. CGC-18-571075 (Cal. Super. Ct.) due September 1, 2022; a reply in support of a motion for summary judgment in *The Causeway Primary Condominium Trust v. Revere Copper Products Inc.*, No. 1984-03344 (Mass. Super. Ct.) due September 1, 2022; an oral argument in *United States v. Yang*, No. 20-10279 (9th Cir.) on September 1, 2022; a response brief in *Eclipz.io, Inc. v. SDSE Networks*, No. A164714 (Cal. Ct. App.) due September 6, 2022; a closing argument in *Barnett v. Myerow*, No. 303223 (Mass. Land Ct.) on September 8, 2022; an oral argument in *VirnetX Inc. v. Apple Inc.*, No. 21-1672 (Fed. Cir.) on September 9, 2022; and long-planned vacation travel from September 2 through 10, 2022.

    WHEREAS, in light of the intervening federal holiday and prior commitments of counsel for Twitter, the parties agree to extend the deadline for Twitter's opposition to Wolf's Motion by ten days, up to and including September 19, 2022.

    **IT IS HEREBY STIPULATED AND AGREED** by Defendants and Plaintiffs, pursuant to Civil Local Rules 6-2 and 7-12, that the deadline for Defendants to respond to Plaintiff Wolf's Motion for an indicative ruling (Dkt. No. 176) will be extended to September 19, 2022.

Dated: September 1, 2022

Respectfully submitted,

By: /s/ Scott J. Street                                    By: /s/ Patrick J. Carome

| | |
|---|---|
| JOHN W. HOWARD (SBN 80200)<br>MICHELLE D. VOLK (SBN 217151)<br>JW HOWARD/ ATTORNEYS, LTD.<br>701 B Street Suite 1725<br>San Diego, CA 92020<br>Telephone: (619) 234-2842<br>Email: johnh@jwhowardattorneys.com<br><br>SCOTT J. STREET (SBN 258962)<br>JW HOWARD/ ATTORNEYS, LTD<br>201 South Lake Avenue, Suite 303<br>Pasadena, CA 91101<br>Telephone: (213) 205-2800<br>Email: sstreet@jwhowardattorneys.com<br><br>*Attorneys for Plaintiff Naomi Wolf* | PATRICK J. CAROME (*pro hac vice*)<br>patrick.carome@wilmerhale.com<br>ARI HOLTZBLATT (*pro hac vice*)<br>ari.holtzblatt@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, D.C. 20006<br>Telephone:  (202) 663-6000<br>Facsimile:  (202) 663-6363<br><br>FELICIA H. ELLSWORTH (*pro hac vice*)<br>felicia.ellsworth@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-6000<br><br>THOMAS G. SPRANKLING<br>CA Bar No. 294831<br>thomas.sprankling@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA94306<br>Telephone: (650) 858-6062<br>Facsimile:  (650) 858-6100<br><br>*Attorneys for Defendants Twitter, Inc.<br>    and Jack Dorsey* |

COUNSEL CONTINUED ON NEXT PAGE

| | |
|---|---|
| 1 | By: /s/ *Frank C. Dudenhefer, Jr.* |
| 2 | FRANK C. DUDENHEFER, JR. (*pro hac vice*)<br>THE DUDENHEFER LAW FIRM L.L.C. |
| 3 | JOHN P. COALE *(pro hac vice)*<br>2901 Fessenden Street NW |
| 4 | Washington, DC 20008<br>Telephone: (202) 255-2096 |
| 5 | Email: johnpcoale@aol.com |
| 6 | JOHN Q. KELLY (*pro hac vice*)<br>MICHAEL J. JONES (*pro hac vice*) |
| 7 | RYAN TOUGIAS (*pro hac vice*)<br>IVEY, BARNUM & O'MARA, LLC |
| 8 | 170 Mason Street<br>Greenwich, CT 06830 |
| 9 | Telephone: (203) 661-6000<br>Email: jqkelly@ibolaw.com |
| 10 | Email: mjones@ibolaw.com |
| 11 | ANDREI POPOVICI (SBN 234820)<br>MARIE FIALA (SBN 79676) |
| 12 | LAW OFFICE OF ANDREI D. POPOVICI, P.C.<br>2121 North California Blvd. #290 |
| 13 | Walnut Creek, CA 94596<br>Telephone: (650) 530-9989 |
| 14 | Facsimile: (650) 530-9990<br>Email: andrei@apatent.com |
| 15 | Email: marie@apatent.com |
| 16 | RICHARD POLK LAWSON (*pro hac vice*)<br>GARDNER BREWER HUDSON, P.A. |
| 17 | 400 North Ashley Drive<br>Suite 1100 |
| 18 | Tampa, FL 33602<br>Telephone: (813) 221-9600 |
| 19 | Facsimile: (813) 221-9611<br>Email: rlawson@gbmmlaw.com |
| 20 | |
| 21 | *Attorneys for Plaintiffs Donald J. Trump,*<br>*Linda Cuadros, American Conservative* |
| 22 | *Union, Rafael Barboza, Dominick Latella,*<br>*and Wayne Allyn Root* |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

3

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE JAMES DONATO
United States District Judge

4

L.R. 6-2 Stipulation                                                                              Case No: 3:21-cv-08378-JD

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing stipulation and supporting declaration. Pursuant to Civil Local Rule 5-1(h), I hereby attest that the other signatures have concurred in this filing.

                                                      */s/ Patrick J. Carome*
                                                    Patrick J. Carome

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2022, I caused the foregoing to be filed electronically with the Clerk of Court and to be served via the Court's Electronic Filing System upon all counsel of record.

                                                      */s/ Patrick J. Carome*
                                                  Patrick J. Carome