PATRICK J. CAROME (*pro hac vice*)
patrick.carome@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

FELICIA H. ELLSWORTH (*pro hac vice*)
felicia.ellsworth@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000

THOMAS G. SPRANKLING
CA Bar No. 294831
thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6062
Facsimile:  (650) 858-6100

*Attorneys for Defendants Twitter, Inc.
 and Jack Dorsey*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DONALD J. TRUMP, et al.,<br>    Plaintiffs,<br>v.<br>TWITTER, INC., et al.,<br>    Defendants. | Case No.: 3:21-cv-08378-JD<br><br>**DECLARATION OF PATRICK J. CAROME IN SUPPORT OF STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF WOLF'S MOTION FOR INDICATIVE RULING** |

Carome Decl. ISO Stip. Extending Time for Defs.' Response to Pl. Wolf's Motion for Indicative Ruling

Case No. 3:21-cv-08378-JD

I, Patrick J. Carome, hereby state as follows:

1. I am an attorney duly licensed to practice in the District of Columbia, and admitted to appear *pro hac vice* in this matter. I am a Partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendants Twitter, Inc. and Jack Dorsey ("Twitter") in this matter.

2. I submit this declaration in support of the parties' Stipulation Extending Time for Defendants to Respond to Plaintiff Wolf's Motion for Indicative Ruling.

3. I have personal knowledge of the information contained in this Declaration.

4. On August 26, 2022, Plaintiff Naomi Wolf filed a motion for an indicative ruling under Federal Rule of Civil Procedure 60(b). Dkt. No. 176 (the "Motion").

5. Pursuant to Local Rule 7-3, Twitter's response to Wolf's Motion is due September 9, 2022.

6. Counsel for Twitter had or have various engagements and deadlines during the period of August 30, 2022 through September 10, 2022. I will be traveling for a pre-planned vacation with limited computer access between September 2 and September 10, 2022. My travel was arranged months before the filing of Plaintiff Wolf's Motion. I, together with Ari Holtzblatt and Thomas Sprankling, also counsel for Twitter in this matter, filed a demurrer and motion to strike in *Malone v. Twitter*, No. CGC-22-600397 (Cal. Super. Ct.) on August 29, 2022. Ari Holtzblatt and I also filed a reply brief in support of a petition for a writ of certiorari in *Twitter, Inc. v. Taamneh, et al.*, No. 21-1496 (U.S.) on August 30, 2022. I am informed and believe that Ari Holtzblatt has a motion for summary adjudication in *Styleform IT v. Facebook, Inc.*, No. CGC-18-571075 (Cal. Super. Ct.) due September 1, 2022. I am informed and believe that Felicia Ellsworth, also counsel for Twitter in this matter, has a reply in support of a motion for summary judgment in *The Causeway Primary Condominium Trust v. Revere Copper Products Inc.*, No. 1984-03344 (Mass. Super. Ct.) due September 1, 2022, and a closing argument in *Barnett v. Myerow*, No. 303223 (Mass. Land Ct.) on September 8, 2022. I am informed and believe that Thomas Sprankling has

an oral argument in *United States v. Yang*, No. 20-10279 (9th Cir.) on September 1, 2022; a response brief in *Eclipz.io, Inc. v. SDSE Networks*, No. A164714 (Cal. Ct. App.) due September 6, 2022; and an oral argument in *VirnetX Inc. v. Apple Inc.*, No. 21-1672 (Fed. Cir.) on September 9, 2022.

7. In light of these conflicts, Twitter seeks, and Plaintiffs have consented to, a ten-day extension for Twitter's response to Plaintiff Wolf's Motion.

8. The above extension is not sought for the purposes of delay, but rather for the good cause described above.

9. Below are previous time modifications, by stipulation or Court Order, in this case:

   a. A stay of the deadline for the United States to intervene (Dkt. No. 36);

   b. An enlargement of time for Plaintiffs' response to and Defendants' reply in support of Defendants' motion to transfer (Dkt. No. 47);

   c. An enlargement of time for briefing on Plaintiffs' motion for preliminary injunction (Dkt. Nos. 69 & 126);

   d. An enlargement of time for Defendants' response to Plaintiffs' amended complaint and briefing on Defendants' motion to dismiss (Dkt. Nos. 86 & 126); and

   e. A continuance of the initial case management conference (Dkt. No. 143).

10. This stipulated request will have no impact on other dates in the current case schedule.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 1st day of September, 2022 in Rock Hall, Maryland.

/s/ Patrick J. Carome
Patrick J. Carome