PATRICK J. CAROME (*pro hac vice*)
patrick.carome@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

FELICIA H. ELLSWORTH (*pro hac vice*)
felicia.ellsworth@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000

THOMAS G. SPRANKLING
CA Bar No. 294831
thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6062
Facsimile:  (650) 858-6100

*Attorneys for Defendants Twitter, Inc. and Jack Dorsey*

COUNSEL CONTINUED ON NEXT PAGE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DONALD J. TRUMP, et al., <br>             Plaintiffs, <br>   v. <br><br> TWITTER, INC., et al., <br>             Defendants. | Case No: 3:21-cv-08378-JD <br><br> **L.R. 6-2 STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF WOLF'S MOTION FOR INDICATIVE RULING** |

JOHN P. COALE (*pro hac vice*)
2901 Fessenden Street, NW
Washington, D.C. 20008
Telephone: (202) 255-2096
Email: johnpcoale@aol.com

JOHN Q. KELLY (*pro hac vice*)
MICHAEL J. JONES (*pro hac vice*)
RYAN TOUGIAS (*pro hac vice*)
IVEY, BARNUM & O'MARA, LLC
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000
Email: jqkelly@ibolaw.com

FRANK C. DUDENHEFER , JR. (*pro hac vice*)
THE DUDENHEFER LAW FIRM L.L.C.
2721 Saint Charles Avenue, Suite 2A
New Orleans, LA 70130
Telephone: (504) 616-5226
Email: fcdlaw@aol.com

ANDREI POPOVICI (SBN 234820)
MARIE FIALA (SBN 79676)
LAW OFFICE OF ANDREI D. POPOVICI, P.C.
2121 North California Blvd. #290
Walnut Creek, CA 94596
Telephone: (650) 530-9989
Facsimile: (650) 530-9990
Email: andrei@apatent.com
Email: marie@apatent.com

RICHARD POLK LAWSON (*pro hac vice*)
GARDNER BREWER HUDSON, P.A.
400 North Ashley Drive
Suite 1100
Tampa, FL 33602
Telephone: (813) 221-9600
Facsimile: (813) 221-9611
Email: rlawson@gbmmlaw.com

*Attorneys for Plaintiffs Donald J. Trump, Linda Cuadros, American Conservative Union, Rafael Barboza, Dominick Latella, and Wayne Allyn Root*

JOHN W. HOWARD (SBN 80200)
MICHELLE D. VOLK (SBN 217151)
JW HOWARD/ ATTORNEYS, LTD.
701 B Street Suite 1725
San Diego, CA 92010
Telephone: (619) 234-2842
Email: johnh@jwhowardattorneys.com

SCOTT J. STREET (SBN 258962)
JW HOWARD/ ATTORNEYS, LTD
201 South Lake Avenue, Suite 303
Pasadena, CA 91101
Telephone: (213) 205-2800
Email: sstreet@jwhowardattorneys.com

*Attorneys for Plaintiff Naomi Wolf*

Pursuant to Civil Local Rules 6-2 and 7-12, Defendants Twitter, Inc. and Jack Dorsey (hereinafter "Defendants" or "Twitter") and Plaintiffs Donald J. Trump, Linda Cuadros, American Conservative Union, Rafael Barboza, Dominick Latella, Wayne Allyn Root, and Naomi Wolf (hereinafter collectively "Plaintiffs"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on August 26, 2022, Plaintiff Naomi Wolf filed a motion for an indicative ruling under Federal Rule of Civil Procedure 60(b). Dkt. No. 176 (the "Motion").

WHEREAS, pursuant to Local Rule 7-3, Twitter's response to Wolf's Motion is due September 9, 2022.

WHEREAS, Defendants' counsel represent that they had or have various engagements and deadlines during the period of August 26, 2022 through September 10, 2022, including a demurrer and motion to strike in *Malone v. Twitter*, No. CGC-22-600397 (Cal. Super. Ct.) due August 29, 2022; a reply brief in support of a petition for a writ of certiorari in *Twitter, Inc. v. Taamneh, et al.*, No. 21-1496 (U.S.) due August 30, 2022; a motion for summary adjudication in *Styleform IT v. Facebook, Inc.*, No. CGC-18-571075 (Cal. Super. Ct.) due September 1, 2022; a reply in support of a motion for summary judgment in *The Causeway Primary Condominium Trust v. Revere Copper Products Inc.*, No. 1984-03344 (Mass. Super. Ct.) due September 1, 2022; an oral argument in *United States v. Yang*, No. 20-10279 (9th Cir.) on September 1, 2022; a response brief in *Eclipz.io, Inc. v. SDSE Networks*, No. A164714 (Cal. Ct. App.) due September 6, 2022; a closing argument in *Barnett v. Myerow*, No. 303223 (Mass. Land Ct.) on September 8, 2022; an oral argument in *VirnetX Inc. v. Apple Inc.*, No. 21-1672 (Fed. Cir.) on September 9, 2022; and long-planned vacation travel from September 2 through 10, 2022.

WHEREAS, in light of the intervening federal holiday and prior commitments of counsel for Twitter, the parties agree to extend the deadline for Twitter's opposition to Wolf's Motion by ten days, up to and including September 19, 2022.

**IT IS HEREBY STIPULATED AND AGREED** by Defendants and Plaintiffs, pursuant to Civil Local Rules 6-2 and 7-12, that the deadline for Defendants to respond to Plaintiff Wolf's Motion for an indicative ruling (Dkt. No. 176) will be extended to September 19, 2022.

1  Dated: September 1, 2022

2  Respectfully submitted,

3  By: */s/ Scott J. Street*                                          By: /s/ *Patrick J. Carome*

4  JOHN W. HOWARD (SBN 80200)                           PATRICK J. CAROME (*pro hac vice*)
   MICHELLE D. VOLK (SBN 217151)                        patrick.carome@wilmerhale.com
5  JW HOWARD/ ATTORNEYS, LTD.                           ARI HOLTZBLATT (*pro hac vice*)
   701 B Street Suite 1725                               ari.holtzblatt@wilmerhale.com
6  San Diego, CA 92020                                   WILMER CUTLER PICKERING
   Telephone: (619) 234-2842                               HALE AND DORR LLP
7  Email: johnh@jwhowardattorneys.com                    1875 Pennsylvania Avenue, NW
                                                         Washington, D.C. 20006
8  SCOTT J. STREET (SBN 258962)                          Telephone:  (202) 663-6000
   JW HOWARD/ ATTORNEYS, LTD                             Facsimile:  (202) 663-6363
9  201 South Lake Avenue, Suite 303
   Pasadena, CA 91101                                    FELICIA H. ELLSWORTH (*pro hac vice*)
10 Telephone: (213) 205-2800                             felicia.ellsworth@wilmerhale.com
   Email: sstreet@jwhowardattorneys.com                  WILMER CUTLER PICKERING
11                                                       HALE AND DORR LLP
                                                         60 State Street
12 *Attorneys for Plaintiff Naomi Wolf*                  Boston, MA 02109
                                                         Telephone: (617) 526-6000
13                                                       Facsimile: (617) 526-6000

14                                                       THOMAS G. SPRANKLING
                                                         CA Bar No. 294831
15                                                       thomas.sprankling@wilmerhale.com
                                                         WILMER CUTLER PICKERING
16                                                         HALE AND DORR LLP
                                                         2600 El Camino Real, Suite 400
17                                                       Palo Alto, CA94306
                                                         Telephone: (650) 858-6062
18                                                       Facsimile:  (650) 858-6100

19                                                       *Attorneys for Defendants Twitter, Inc.
                                                              and Jack Dorsey*
20 COUNSEL CONTINUED ON NEXT PAGE

21

22

23

24

25

26

27

28

By: /s/ *Frank C. Dudenhefer, Jr.*

    FRANK C. DUDENHEFER, JR. (*pro hac vice*)
    THE DUDENHEFER LAW FIRM L.L.C.
    JOHN P. COALE *(pro hac vice)*
    2901 Fessenden Street NW
    Washington, DC 20008
    Telephone: (202) 255-2096
    Email: johnpcoale@aol.com

    JOHN Q. KELLY (*pro hac vice*)
    MICHAEL J. JONES (*pro hac vice*)
    RYAN TOUGIAS (*pro hac vice*)
    IVEY, BARNUM & O'MARA, LLC
    170 Mason Street
    Greenwich, CT 06830
    Telephone: (203) 661-6000
    Email: jqkelly@ibolaw.com
    Email: mjones@ibolaw.com

    ANDREI POPOVICI (SBN 234820)
    MARIE FIALA (SBN 79676)
    LAW OFFICE OF ANDREI D. POPOVICI, P.C.
    2121 North California Blvd. #290
    Walnut Creek, CA 94596
    Telephone: (650) 530-9989
    Facsimile: (650) 530-9990
    Email: andrei@apatent.com
    Email: marie@apatent.com

    RICHARD POLK LAWSON (*pro hac vice*)
    GARDNER BREWER HUDSON, P.A.
    400 North Ashley Drive
    Suite 1100
    Tampa, FL 33602
    Telephone: (813) 221-9600
    Facsimile: (813) 221-9611
    Email: rlawson@gbmmlaw.com

    *Attorneys for Plaintiffs Donald J. Trump, Linda Cuadros, American Conservative Union, Rafael Barboza, Dominick Latella, and Wayne Allyn Root*

1  **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

2

3

4

5  Dated:  September 2, 2022

6

7  _____
   HONORABLE JAMES DONATO
8  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing stipulation and supporting declaration. Pursuant to Civil Local Rule 5-1(h), I hereby attest that the other signatures have concurred in this filing.

<u>/s/ Patrick J. Carome</u><br>
Patrick J. Carome

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2022, I caused the foregoing to be filed electronically with the Clerk of Court and to be served via the Court's Electronic Filing System upon all counsel of record.

<u>/s/ Patrick J. Carome</u><br>
Patrick J. Carome