JOHN W. HOWARD (SBN 80200)
MICHELLE D. VOLK (SBN 217151)
JW Howard/ Attorneys, Ltd.
701 B Street Suite 1725
San Diego, CA 92101
Tel (619) 234-2842; Fax (619) 234-1716
Email: johnh@jwhowardattorneys.com
       michellev@jwhowardattorneys.com

Scott J. Street (SBN 258962)
JW HOWARD/ATTORNEYS, LTD.
201 South Lake Avenue, Suite 303
Pasadena, CA 91101
Tel.: (213) 205-2800
Email: sstreet@jwhowardattorneys.com

Attorneys for Plaintiff
NAOMI WOLF

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD J. TRUMP, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>TWITTER, INC., et al.,<br><br>Defendants. | Case No. 3:21-cv-08378-JD<br><br>Hon. James Donato<br><br>**SECOND SUPPLEMENTAL DECLARATION OF SCOTT J. STREET IN SUPPORT OF PLAINTIFF DR. NAOMI WOLF'S MOTION FOR INDICATIVE RULING UNDER FED. R. CIV. P. 60 BASED ON NEWLY DISCOVERED EVIDENCE**<br><br>Action Filed: July 7. 2021 |

## SECOND SUPPLEMENTAL DECLARATION OF SCOTT J. STREET

I, Scott J. Street, declare as follows:

1. I am an attorney duly licensed to practice before all courts in the state of California and before this Court. I am of counsel with the law firm JW Howard/Attorneys, Ltd., counsel of record to Plaintiff Dr. Naomi Wolf in this matter. I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called to do so.

2. On August 26, 2022, Dr. Wolf filed a motion for an indicative ruling, asking whether this Court would entertain Dr. Wolf's motion for relief from the judgment of dismissal pursuant to Rule 60 of the Federal Rules of Civil Procedure based on newly discovered evidence. Some of the evidence that Dr. Wolf's Rule 60 motion would be based on was included with the declaration I submitted with the motion for an indicative ruling. The evidence included an email that showed how the Centers for Disease Control flagged one of Dr. Wolf's tweets as alleged "misinformation"; Twitter blocked the tweet shortly after receiving the CDC's email. That email was attached as Exhibit A to my previous declaration.

3. Since filing the motion for an indicative ruling, I have obtained more evidence of the explicit coordination between Twitter and executive branch officials which supports Dr. Wolf's argument that Twitter should be held liable for violating her First Amendment rights under the state action doctrine. This evidence was disclosed in a joint filing in the case *State of Missouri ex rel. Schmitt et al. v. Biden et al.*, U.S. District Court Case No. 3:22-cv-01213-TAD-KDM (the "State AG Case"), which is pending in the Western District of Louisiana. I submitted a supplemental declaration in September providing some of these documents, which were not disclosed publicly until August 31, 2022, and thus could not have been included in my first declaration.

4. Since then, even more documents have been released from the State AG

case that show the depth of coordination between Twitter and the executive branch of the federal government about identifying and censoring information the government deemed "misinformation," "disinformation" or "malinformation." For example, the State AG Case has uncovered evidence of a Cybersecurity Advisory Committee within the Department of Homeland Security that one of Twitter's top executives belonged to. A true and correct copy of the minutes from a meeting of this committee that occurred on June 14, 2022, which I obtained from the docket in the State AG Case, is attached as **Exhibit "A."**

5. A true and correct copy of the minutes from a meeting of this advisory committee that occurred on March 1, 2022, which I obtained from the docket in the State AG Case, is attached as **Exhibit "B."**

6. The documents attached as Exhibits A and B were not filed publicly until October 6, 2022, and I did not become aware of them until recently. Thus, they could not have been filed with my earlier declarations, although they bear on the issues raised in Dr. Wolf's motion for an indicative ruling under Rule 60.

Under penalty of perjury, under the laws of the United States of America, I declare that the foregoing is true and correct. Executed this 3rd day of November 2022 at Pasadena, California.

_____
Scott J. Street

**EXHIBIT "A"**



## Protecting Critical Infrastructure from Misinformation & Disinformation Subcommittee Meeting
June 14, 2022

### Purpose of Meeting

- The purpose of the CISA Cybersecurity Advisory Committee (CSAC) Protecting Critical Infrastructure from Misinformation & Disinformation (MDM) Subcommittee meeting was to discuss developments from recent conversations with Maricopa County, Arizona elections officials and review strategy for the CSAC June Quarterly Meeting.

### Discussion

- ▓▓▓▓▓▓▓▓ Alternate Designated Federal Officer (ADFO) for the MDM Subcommittee, brought the meeting to order and turned the call over to ▓▓▓▓▓▓.

- ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ University of Washington, MDM Subcommittee Chair, thanked the members for joining. She noted this time is dedicated to discussing the final recommendations to present for vote at the CSAC June Quarterly Meeting and share ideas of next steps for the Subcommittee.

- ▓▓▓▓▓ shared takeaways from her conversation with ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and past briefer. She obtained permission from ▓▓▓▓▓▓ to use his quote "managing mis-, dis-, and mal-information is my day job. Running elections is my night job" in the subcommittee's recommendations for the CSAC June Quarterly Meeting. Subcommittee members affirmed ▓▓▓▓▓▓▓ suggestion of adding the quote in the recommendations and stated that it was important to motivate the recommendations. ▓▓▓▓▓▓▓▓▓ Illinois Emergency Management Agency, commented that the quote speaks to the heart of the recommendations. ▓▓▓▓▓▓ took for action to incorporate the quote into the draft recommendations and return the updated draft to ▓▓▓▓▓▓ by Wednesday, June 15.

- ▓▓▓▓▓ reviewed her conversation with ▓▓▓▓▓▓ Columbia Law Professor, to socialize the existence of the subcommittee and their taskings.

    - ▓▓▓▓▓ shared that ▓▓▓▓▓ intends to reach out to civil liberties groups to help socialize the existence of the subcommittee following the CSAC June Quarterly Meeting. He recommended that the group contact ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ of the Brennan Center. He provided recommendations to ▓▓▓▓▓ on how the group could best speak to their tasking questions related to surveillance and monitoring. ▓▓▓▓▓ recommended that the group contact the two individuals during their July meeting as they discuss issues of surveillance and monitoring. ▓▓▓▓▓▓▓▓ Legal, Public Policy, and Trust and Safety Lead, Twitter, affirmed this course of action.
    - ▓▓▓▓▓ solicited additional recommendations for future briefers. ▓▓▓▓▓ recommended that the group hear from the [Electronic Frontier Foundation](#).



CISA CYBERSECURITY ADVISORY COMMITTEE

- ▮▮▮▮▮ added that ▮▮▮▮▮ colleague, ▮▮▮▮▮ suggested that the subcommittee explore the idea of how CISA could develop a rapid response team to deploy virtually or in-person to local election officials' jurisdictions struggling with specific informational threats. The support would include checking equipment to verify if a breach is present or not, determining how to communicate the existence of a breach, and determining how to target certain kinds of communication.
    - ○ ▮▮▮▮▮ clarified if this rapid response team would only act in the context of MDM threats. ▮▮▮▮▮ noted that the response team would require a broader range of expertise, as they first must be able to verify whether a real threat exists, then be able to communicate the existence of an MDM threat.
    - ○ Mr. Geoff Hale, CISA, commented that this is a fascinating idea that takes CISA's existing operational responsibilities to consider MDM as part of its core mission set. He noted that this would be an evolution of CISA's current defensive posture. ▮▮▮▮▮ agreed with this framing of the question.
    - ○ ▮▮▮▮▮ commented that the rapid response team would need to surge for short periods of time around elections. She suggested the subcommittee consider the requirements for the team's expandability, ability to conduct media analysis, and the level of understanding on MDM in a communications context.
    - ○ Mr. Hale noted the possibility to stand up this team in the short term by encouraging the communications team to consider MDM equities. ▮▮▮▮▮ took for action to discuss how CISA could stand up a rapid response team during the CSAC June Quarterly Meeting.
    - ○ Ms. Kim Wyman, Senior Elections Official, CISA, stressed that election officials across the country are struggling most with MDM threats and physical security. She encouraged the subcommittee to lean into their work and their recommendations and noted that the group was selected by the Director for a reason.
        - ▪ ▮▮▮▮▮ noted that physical and MDM-related threats are often interrelated, so the group cannot address the physical threats against elections officials without addressing the root cause of MDM-related threats. She continued by stressing that MDM threat exist with or without a cyber component. She noted that the idea of a rapid response team must include the ability to engage whether or not a cyber component is present.
        - ▪ ▮▮▮▮▮ agreed with ▮▮▮▮▮ point that threats to critical infrastructure are not limited to cyber threats.

- Subcommittee members did not express further items to raise during the CSAC June Quarterly Meeting. ▮▮▮▮▮ noted that she and ▮▮▮▮▮ Senior Advisor for Homeland Security and Director of the Defending Democratic Institutions Center for Strategic and International Studies (CSIS), will be dialing in virtually for both the closed and open sessions.

- Mr. Hale updated the subcommittee that CISA is working to determine best practices for socializing the existence of the subcommittee and the proposed recommendations with Congress. ▮▮▮▮▮ reflected on a recent conversation with CSAC Chair, ▮▮▮▮▮ and noted that she intends to determine a strategy with other CSAC Members during the closed session.

- Subcommittee members took for action to notify the CSAC Team whether they prefer to meet on Wednesday, July 20 or Tuesday, July 26 from 11:00a.m. to 12:00 p.m. ET. ▮▮▮▮▮ noted that she will be on vacation during both times but encouraged the subcommittee to meet.



- ███████ joined the meeting and updated the subcommittee on her recent conversation with ███████ George Mason Law Professor, where she described the subcommittee's tasking and the purpose of the draft recommendations for CISA to point individuals to resources on election topics.
  - ███████ shared that ███████ encouraged the subcommittee to discuss their work in the context not that CISA is dealing with disinformation by deciding what is true and pointing people to resources, but that CISA has a mission to ensure National Critical Functions are secure and resilient, and disinformation poses a threat to CISA's ability to do its mission. Therefore, CISA needs to work with a range of actors on developing best practices for countering MDM threats.
- ███████ thanked the subcommittee members and adjourned the meeting.

## Action Items

- ███████ will updated the draft MDM recommendations to include the quote from ███████ and send the updated draft to ███████ by Wednesday, June 15.
- MDM Subcommittee members will identify the next meeting date for late July 2022.
- Mr. Hale will continue to determine the next steps for outreach to Congress on the Subcommittee's work.



# Attendees*

## Participants

| Name | Organization |
|---|---|
|  | University of Washington |
|  | Twitter |
| Mr. Geoff Hale | CISA |
|  | CSIS |
|  | Illinois Emergency Management Agency (IEMA) |
| Ms. Kim Wyman | CISA |

## Other Meeting Attendees

| Name | Organization |
|---|---|
|  | CSIS |
|  | JP Morgan Chase |

## Government and Contractor Support

| Name | Organization |
|---|---|
|  | CISA |
|  | TekSynap |

*Meeting was held via Teams/teleconference

**EXHIBIT "B"**



# Protecting Critical Infrastructure from Misinformation & Disinformation Subcommittee Meeting
## March 1, 2022

### Purpose of Meeting

- The purpose of the CISA Cybersecurity Advisory Committee (CSAC) Protecting Critical Infrastructure from Misinformation & Disinformation (MDM) Subcommittee meeting was to receive a briefing from Ms. Laura Dehmlow, Section Chief, FBI's Foreign Influence Task Force (FITF), regarding the FBI's Roles and Responsibilities in Combating Foreign Influence.

### Discussion

- ▮▮▮▮ Designated Federal Officer (DFO) for the CSAC and the MDM Subcommittee brought the meeting to order and turned the meeting over to the Chair, ▮▮▮▮

- ▮▮▮▮ University of Washington, MDM Subcommittee Chair, introduced Ms. Dehmlow to provide an overview of the FITF's mission charter.

- Ms. Dehmlow proceeded to give background on the FITF with its start in 2016, focusing on the Russian influence on the elections and then based on mission scope, became an eighty-person organization within the FBI's Counter Intelligence Division. The office established the charter of Foreign Malign Information (FMI), which is subversive data utilized to drive a wedge between the populace and the government. Categories of MDM the FBI addresses are:

    - Undeclared – covert intelligence and activities are not transparent
    - Criminal – cyber violations or election crimes such as voter suppression
    - Coercive Activity – attempting family, political, or economic coercion
    - Foreign Actors – FTIF focuses on "actors" and "activities", not content

  The FTIF engages with policy makers on the Hill and with appropriate partners for information exchange. It also works with the Department of Justice (DOJ) related to what does and does not apply based on the Foreign Agents Registration Act (FARA).

- ▮▮▮▮ thanked Ms. Dehmlow and opened up the meeting for questions and comments by the Subcommittee Members.
    - ▮▮▮▮ asked for verification from Ms. Dehmlow that MDM is only monitored or under the purview of the FBI/FTIF based on the connection to Foreign or Criminal activity. FBI does not perform narrative or content-based analysis. ▮▮▮▮ thought CISA might have a role based on the Subcommittee helping to define the narrative so the "whole of government" approach could be leveraged.
    - ▮▮▮▮ further asked if there were adequate laws in place around MDM related to elections in order for the FBI to pursue misinformation. Ms. Dehmlow mentioned there were adequate laws



- in place particularly related to threats of violence at polling locations and interstate harassment; however, integrity of election results might be another matter.
    - There was discussion between team members related to organizational information sharing between public/private sector; how to collaborate across channels; driving resiliency building and education about MDM; with FBI focused on foreign efforts, how do we disentangle foreign actors embedded in the MDM process; and, what is the government's strategic approach related to MDM? Ms. Dehmlow was asked to provide her thoughts or to define a goal for approaching MDM and she mentioned "resiliency". She stated we need a media infrastructure that is held accountable; we need to early educate the populace; and that today, critical thinking seems to be a problem currently. [REDACTED] Senior Advisor for Homeland Security and Director of the Defending Democratic Institutions Center for Strategic and International Studies (CSIS), stated that civics education should be provided at all ages.

- [REDACTED] asked the members for additional comments with regards to the Subcommittee's way forward. A series of questions was identified in order to move toward providing an approach or recommendation on MDM.
    - [REDACTED] mentioned, "How do we get to push the envelope to obtain traction in this area? Who has done appropriate social media monitoring for the government?'
    - [REDACTED] Advisor, Illinois Homeland Security, and Director, Illinois Emergency Management Agency (IEMA) asked, "Who is doing the analysis and has the reach of MDM?"
    - Ms. Kim Wyman, Senior Election Security Lead, CISA, identified a study out of Stanford University and stated a recommendation was for social media companies not to promote MDM actors, which would reduce the promulgation of information from these people.
    - [REDACTED] Legal, Public Policy, and Trust and Safety Lead, Twitter, stated Twitter utilizes a "three strike system" to de-amplify bad actors.

- The next meeting date was set for March 15 and the meeting was adjourned.



# CISA CYBERSECURITY ADVISORY COMMITTEE

## Attendees*

### Participants

| Name | Organization |
|---|---|
| [redacted] | University of Washington |
| | Twitter |
| Mr. Geoff Hale | CISA |
| | CSIS |
| [redacted] | Illinois Emergency Management Agency (IEMA) |
| Ms. Kim Wyman | CISA |

### Other Meeting Attendees

| Name | Organization |
|---|---|
| Ms. Laura Dehmlow | FBI |
| | CISA |
| [redacted] | CSIS |
| | IEMA |
| Ms. Allison Snell | CISA |
| [redacted] | JP Morgan Chase |

### Government and Contractor Support

| Name | Organization |
|---|---|
| [redacted] | CISA |
| | MountChor Technologies |
| | TekSynap |
| | MountChor Technologies |
| | Arcfield |
| | Arcfield |
| | TekSynap |
| | Arcfield |

*Meeting was held via Teams/teleconference

**Certificate of Service**

I, the undersigned, do declare that I am employed in the county aforesaid, that I am over the age of [18] years and not a party to the within entitled action; and that I am executing this proof at the direction of the member of the bar of the above entitled Court. The business address is:

JW Howard Attorneys LTD
701 B Street, Ste. 1725
San Diego, California 92101

☐ MAIL. I am readily familiar with the business' practice for collection and processing of correspondence for mailing via the United States Postal Service and that the correspondence would be deposited with the United States Postal Service for collections that same day.

■ ELECTRONIC. I am readily familiar with the business' practice for collection and processing of documents via electronic system and said documents were successfully transmitted via Court's transmission that same day.

On the date indicated below, I served the within:

**SECOND SUPPLEMENTAL DECLARATION OF SCOTT J. STREET IN SUPPORT OF PLAINTIFF DR. NAOMI WOLF'S MOTION FOR INDICATIVE RULING UNDER FED. R. CIV. P. 60 BASED ON NEWLY DISCOVERED EVIDENCE**

TO:

| | |
|---|---|
| John P. Coale: johnpcoale@aol.com | Peter W. Homer: PHomer@homerbonner.com |
| Andrei Dan Popovici: andrei@apatent.com | Ari Holtzblatt: ari.holtzblatt@wilmerhale.com |
| Frank C. Dudenhefer, Jr.: fedlaw@aol.com | Felicia Ellsworth: felicia.ellsworth@wilmerhale.com |
| John Q. Kelly: jqkelly@ibolaw.com | Patrick J. Carome: Patrick.carome@wilmerhale.com |
| Marie L. Fiala: marie@apatent.com | Thomas G. Sprankling: Thomas.sprankling@wilmerhale.com |
| Michael J. Jones: mjones@ibolaw.com | Joshua Kolsky: Joshua.kolsky@usdoj.gov |
| Richard Polk Lawson: rlawson@gardnerbrewer.com | Indraneel Sur: indraneel.sur@usdoj.gov |
| Rowland A. Paul: rpaul@ibolaw.com | |

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and was *EXECUTED* on November 3, 2022, at San Diego, CA.

_____/s/ Dayna Dang_____
Dayna Dang, Paralegal
dayna@jwhowardattorneys.com

Certificate of Service

Second Supp. Dec. of Scott J. Street                                    CASE NO. 20-CV-09300-AGT