JOHN W. HOWARD (SBN 80200)
MICHELLE D. VOLK (SBN 217151)
JW Howard/ Attorneys, Ltd.
600 West Broadway, Suite 1400
San Diego, CA 92101
Tel (619) 234-2842; Fax (619) 234-1716
Email: johnh@jwhowardattorneys.com
       michellev@jwhowardattorneys.com

Scott J. Street (SBN 258962)
JW HOWARD/ATTORNEYS, LTD.
201 South Lake Avenue, Suite 303
Pasadena, CA 91101
Tel.: (213) 205-2800
Email: sstreet@jwhowardattorneys.com

Attorneys for Plaintiff
DR. NAOMI WOLF

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD J. TRUMP, et al., | Case No. 3:21-cv-08378-JD |
| Plaintiffs, | Hon. James Donato |
| vs. | |
| TWITTER, INC., et al., | **DECLARATION OF DR. NAOMI WOLF** |
| Defendants. | |
| | Action Filed: July 7. 2021 |

///
///
///
///
///

1

# DECLARATION OF NAOMI WOLF

I, Dr. Naomi Wolf, declare as follows:

1. I am over the age of 18 and a plaintiff in this action. I am submitting this declaration in response to the Order to Show Cause the Court issued regarding my motion for an indicative ruling under Rule 60 of the Federal Rules of Civil Procedure. I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called to do so.

2. The OSC suggests that my claims may have become moot given the sale of Twitter to Elon Musk. Mr. Musk has made many changes to Twitter's policies, including restoring the accounts that belonged to people like Drs. Robert Malone and Peter McCullough, and he has opened Twitter's internal files to reporters to show how former Twitter employees worked with the federal government, including public health and intelligence officials, to silence people who disagreed with the government's position on certain issues, including Covid-19.

3. Those changes have not affected me yet. I am the CEO of a digital platform and therefore recognize that there are many ways to silence a user via changes to the back end that limit the user's range and access but without utilizing the more obvious methods of suspension and de-platforming. Those methods appear to have been used in my case. For example, although I was told that my account had been reopened, I am usually re-directed to an account in my name that I did not create and which has virtually no followers. Posts that I make to 179,000 followers often receive no response. Occasionally, I am unable to post to the verified, blue-check account that I used before Twitter suspended me and which had 150,000 followers. At times I am not allowed to log in at all.

4. Moreover, news outlets continue to report that Twitter banned me for spreading false information. As recently as December 6, 2021, the *Yale Daily News* published an article that (falsely) referred to me being removed from Twitter for

spreading misinformation. Twitter has not corrected the record or apologized to me for its actions, although the company did apologize to and correct the record for Alex Berenson, another journalist who was improperly suspended from Twitter and who sued in response. Mr. Berenson used his public settlement with Twitter to repair some of the damage that had been done to his career. Unless and until Twitter does the same for me, I will continue to seek relief in the courts.

5. I have also suffered significant financial harm, at least $1 million, because of Twitter's actions. I am seeking to recover monetary damages related to that harm in this lawsuit.

Under penalty of perjury, under the laws of the United States of America, I declare that the foregoing is true and correct. Executed this 9th day of January 2023, at Santa Barbara, California.

_____
Dr. Naomi Wolf

# PROOF OF SERVICE

I, the undersigned, do declare that I am employed in the county aforesaid, that I am over the age of [18] years and not a party to the within entitled action; and that I am executing this proof at the direction of the member of the bar of the above entitled Court. The business address is:

JW Howard Attorneys LTD
600 West Broadway, Suite 1400
San Diego, California 92101

☐   MAIL. I am readily familiar with the business' practice for collection and processing of correspondence for mailing via the United States Postal Service and that the correspondence would be deposited with the United States Postal Service for collections that same day.

■   ELECTRONIC. I am readily familiar with the business' practice for collection and processing of documents via electronic system and said documents were successfully transmitted via Court's transmission that same day.

On the date indicated below, I served the within:

## DECLARATION OF DR. NAOMI WOLF

TO:

| | |
|---|---|
| John P. Coale: johnpcoale@aol.com | Peter W. Homer: PHomer@homerbonner.com |
| Andrei Dan Popovici: andrei@apatent.com | Ari Holtzblatt: ari.holtzblatt@wilmerhale.com |
| Frank C. Dudenhefer, Jr.: fedlaw@aol.com | Felicia Ellsworth: felicia.ellsworth@wilmerhale.com |
| John Q. Kelly: jqkelly@ibolaw.com | Patrick J. Carome: Patrick.carome@wilmerhale.com |
| Marie L. Fiala: marie@apatent.com | Thomas G. Sprankling: Thomas.sprankling@wilmerhale.com |
| Michael J. Jones: mjones@ibolaw.com | Joshua Kolsky: Joshua.kolsky@usdoj.gov |
| Richard Polk Lawson: rlawson@gardnerbrewer.com | Indraneel Sur: indraneel.sur@usdoj.gov |
| Rowland A. Paul: rpaul@ibolaw.com | |

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and was *EXECUTED* on January 11, 2023, at San Diego, CA.

_____/s/ Dayna Dang_____
Dayna Dang, Paralegal
dayna@jwhowardattorneys.com