ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

FELICIA H. ELLSWORTH (*pro hac vice*)
felicia.ellsworth@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000

THOMAS G. SPRANKLING
CA Bar No. 294831
thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6062
Facsimile:  (650) 858-6100

*Attorneys for Defendants Twitter, Inc.
  and Jack Dorsey*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DONALD J. TRUMP, et al., <br><br>  Plaintiffs, <br><br>  v. <br><br> TWITTER, INC., et al., <br><br>  Defendants. | Case No. 21-cv-08378-JD <br><br> **NOTICE OF CHANGE OF ADDRESS** |

To the Clerk of this Court and all parties of record:

Please take note that as of January 23, 2023, the Washington, D.C. office of Wilmer Cutler Pickering Hale and Dorr LLP has relocated.  The new mailing address for Ari Holtzblatt is:

>   Wilmer Cutler Pickering Hale and Dorr LLP
>   2100 Pennsylvania Avenue N.W.
>   Washington, D.C. 20037

Mr. Holtzblatt's telephone and facsimile numbers have not changed, nor has his email address.

Dated:  January 23, 2023                                         Respectfully submitted,

>   /s/  Ari Holtzblatt
>   ARI HOLTZBLATT (*pro hac vice*)
>   ari.holtzblatt@wilmerhale.com
>   WILMER CUTLER PICKERING
>     HALE AND DORR LLP
>   2100 Pennsylvania Avenue, NW
>   Washington, D.C. 20037
>   Telephone:  (202) 663-6000
>   Facsimile:  (202) 663-6363
>
>   FELICIA H. ELLSWORTH (*pro hac vice*)
>   felicia.ellsworth@wilmerhale.com
>   WILMER CUTLER PICKERING
>   HALE AND DORR LLP
>   60 State Street
>   Boston, MA 02109
>   Telephone: (617) 526-6000
>   Facsimile: (617) 526-6000
>
>   THOMAS G. SPRANKLING
>   CA Bar No. 294831
>   thomas.sprankling@wilmerhale.com
>   WILMER CUTLER PICKERING
>     HALE AND DORR LLP
>   2600 El Camino Real, Suite 400
>   Palo Alto, CA 94306
>   Telephone: (650) 858-6062
>   Facsimile:  (650) 858-6100
>
>   *Attorneys for Defendants Twitter, Inc.*
>     *and Jack Dorsey*