ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, D.C. 200037
Telephone: (202) 663-6000
Facsimile:  (202) 663-6363

FELICIA H. ELLSWORTH (*pro hac vice*)
felicia.ellsworth@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

THOMAS G. SPRANKLING
CA Bar No. 294831
thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6062
Facsimile: (650) 858-6100

*Attorneys for Defendants Twitter, Inc.
  and Jack Dorsey*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DONALD J. TRUMP, et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>TWITTER, INC., et al.,<br><br>           Defendants. | Case No. 21-cv-08378-JD<br><br>**DECLARATION OF SHISHAY SEBHATU IN SUPPORT OF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFF NAOMI WOLF'S MOTION FOR AN INDICATIVE RULING** |

## DECLARATION OF SHISHAY SEBHATU

I, Shishay Sebhatu, declare as follows:

1. I am a litigation paralegal at Twitter, Inc. ("Twitter"). Based upon my review of Twitter's business records, which I regularly access in my capacity as a Twitter employee, I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Twitter permanently suspended Naomi Wolf's Twitter account (@naomirwolf) on June 5, 2021.

3. On December 16, 2022, Wolf's Twitter account (@naomirwolf) was reinstated pursuant to the amnesty program announced by Elon Musk on November 24, 2022. Since Wolf's account was reinstated, Twitter has not enforced any of its content moderation policies against her account.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 27th day of January 2023 in Ethiopia.

By:     /s/ *Shishay Sebhatu*
                  Shishay Sebhatu

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated: January 27, 2023          By:    /s/ *Ari Holtzblatt*
                                        Ari Holtzblatt

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2023 I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of these filings to all registered counsel.

Dated:   January 27, 2023         By:    /s/  *Ari Holtzblatt*
                                         ARI HOLTZBLATT