ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, D.C. 200037
Telephone: (202) 663-6000
Facsimile:  (202) 663-6363

FELICIA H. ELLSWORTH (*pro hac vice*)
felicia.ellsworth@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

THOMAS G. SPRANKLING
CA Bar No. 294831
thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6062
Facsimile: (650) 858-6100

*Attorneys for Defendants Twitter, Inc.
  and Jack Dorsey*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DONALD J. TRUMP, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>TWITTER, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 21-cv-08378-JD<br><br>**DECLARATION OF ARI HOLTZBLATT IN SUPPORT OF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFF NAOMI WOLF'S MOTION FOR AN INDICATIVE RULING** |

## DECLARATION OF ARI HOLTZBLATT

I, Ari Holtzblatt, declare and state as follows:

1. I am an attorney licensed to practice law in Washington, D.C. and am one of the counsel of record for Defendants Twitter, Inc. ("Twitter") and Jack Dorsey in this action. I submit this Declaration in support of Defendants' Response to this Court's Order to Show Cause Dkts. 185, 187.

2. **Exhibit A** is a true and accurate copy of Elon Musk's Tweet announcing an amnesty for certain suspended accounts, as downloaded on January 26, 2023 from Twitter's website at https://twitter.com/elonmusk/status/1595869526469533701.

3. **Exhibit B** is a true and accurate copy of recent Tweets posted by Naomi Wolf, as downloaded on January 26, 2023 from Twitter's website at https://twitter.com/naomirwolf.

4. **Exhibit C** is a true and accurate copy of Twitter's blog post regarding its COVID-19 misleading information policy, as downloaded on January 26, 2023 from Twitter's website at https://blog.twitter.com/en_us/topics/company/2020/covid-19.

5. **Exhibit D** is a true and accurate copy of Twitter's help center page titled "About Community Notes on Twitter," as downloaded on January 27, 2023 from Twitter's website at https://help.twitter.com/en/using-twitter/community-notes.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 27th day of January 2023 in Washington, D.C.

By:  /s/ *Ari Holtzblatt*
Ari Holtzblatt

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2023 I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of these filings to all registered counsel.

Dated:   January 27, 2023            By:   /s/ *Ari Holtzblatt*
                                                    ARI HOLTZBLATT