# EXHIBIT B







# Dr Naomi Wolf
143.6k Tweets

🔁 Dr Naomi Wolf Retweeted

**Steve Kirsch** ✓ @stkirsch · Jan 25

A new survey (peer-reviewed) was just published January 24, 2023. 13.4% reported **SEVERE** adverse reactions after getting their vaccine. Whoa!!! That's not safe.



infogame.substack.com
New survey finds shockingly high rate of side effects
Both unvaccinated and vaccinated respondents observed significant side effects due to the covid-19 vaccines in their social circles

💬 156   🔁 2,755   ❤ 6,182   📊 221.7K   ⬆

🔁 Dr Naomi Wolf Retweeted

**Robert W Malone, MD** ✓ @RWMaloneMD · 18h

New diagnosis codes for COVID-19 immunization status
Just what does ICD code Z28.310: Unvaccinated for COVID-19 mean?

Substack at RWMaloneMD
Please share with any who care about protecting their medical information from prying eyes



rwmalonemd.substack.com
New diagnosis codes for COVID-19 immunization status
Just what does ICD code Z28.310: Unvaccinated for COVID-19 mean?

💬 251   🔁 3,141   ❤ 6,029   📊 519.4K   ⬆

# Explore
## Settings

**Dr Naomi Wolf** 
143.6K Tweets

Follow

Explore

Settings

🔁 **Dr Naomi Wolf Retweeted**

**Steve Kirsch** ✓ @stkirsch · 21h

This article shows that we can assess the likelihood that cardiac injury was created by the vaccine by the presence of spike protein in blood.

Why hasn't Damar Hamlin's blood been tested so we can rule out the vaccine as the cause of his cardiac arrest?



thefp.com
The Epidemic of #DiedSuddenly
Why is the public turning to a single, ominous explanation for tragedies like Damar Hamlin's …

💬 285    🔁 1,486    ♥ 5,037    📊 207.9K    ⬆️

🔁 **Dr Naomi Wolf Retweeted**

**Etana Hecht** 🇮🇱 ✓ @EtanaHechtDC · Jan 25 
Replying to @VikiLovesFACS
It's true.

The massive amounts of misinformation that's emerged from the CDC, FDA and white house have created an environment where some parents will never get themselves or their kids vaccinated ever again.

The CDC has no one to blame but themselves. And Pfizer, probably.

💬 22    🔁 71    ♥ 398    📊 6,429    ⬆️

🔁 **Dr Naomi Wolf Retweeted**

**Craig Chamberlin** ✓ @CraigChamberlin · 14h 
Replying to @Project_Veritas and @pfizer
Two major takeaways:
1. Gain of function seems acceptable in the halls of Big Pharma if its called "Directed Evolution"
2. Our regulation and safety protocols against pharmaceutical companies have been compromised.

What is Congress and our President going to do about it?

💬 122    🔁 428    ♥ 1,984    📊 63.1K    ⬆️

🔁 **Dr Naomi Wolf Retweeted**

**InsiderHCW** 🩺 @InsiderHCW · 14h 
Replying to @Project_Veritas and @pfizer
In light of Project Veritas' release.

> 🧑‍⚕️ **InsiderHCW** 🩺 @InsiderHCW · Dec 14, 2022
> Anyone else find it odd that the RSV strain this year is quite virulent just as Pfizer announced their vaccine entered Phase 3?
>
> Any virologist out there want to analyze this strain to see if it has Fauci's fingerprints?

**Dr Naomi Wolf** ✓
143.6K Tweets

Follow



**Gregg Re** ✓ @gregg_re · 12h
Replying to @Project_Veritas and @pfizer
never been more obvious why they did this (and why every corrupt outlet from @cnn to @nytimes to @washingtonpost to @politico cheered it)



@Project_Veritas

**Account suspended**
Twitter suspends accounts which violate the Twitter Rules

💬 8   🔁 52   ❤ 494   📊 50.6K   ⬆

🔁 Dr Naomi Wolf Retweeted



**Kevin McKernan** ✓ @Kevin_McKernan · 14h
Replying to @Project_Veritas and @pfizer
If you were following my Substack,
You would have learned about directed evolution over a year ago.



anandamide.substack.com
Directed Evolution
when applied to people is eugenics

💬 22   🔁 156   ❤ 582   📊 38.2K   ⬆





**Dr Naomi Wolf** ✓
143.6K Tweets

Follow

# Explore

⚙ Settings

⇄ Dr Naomi Wolf Retweeted

**The Vigilant Fox** 🦊 ✓ @VigilantFox · 14h
Pfizer Director Gets Caught Wanting to Mutate COVID to Profiteer on Future Injections [FULL VIDEO]

Jordon Trishton Walker: "Why don't we just mutate it ourselves so we could preemptively develop new vaccines, right?"

Via Project Veritas: youtube.com/watch?v=ywlpAr…



💬 69   ⇄ 987   ♡ 1,994   📊 107K   ⬆

**Dr Naomi Wolf** ✓ @naomirwolf · 14h
This is the biggest story and Project Veritas deserves the world's thanks. Mind blown. But what they uncovered fits right in with the genocidal experiments in the Pfizer documents that our team also uncovered. No way to excuse this as blundering, it's just plain mass murder now.

> 🇺🇸 **Eric Spracklen**🇺🇸 @EricSpracklen · 17h
> Who do you want to hear weigh in on our @pfizer bombshell during the @Project_Veritas Twitter Space tonight?
>
> @JamesOKeefeIII, @RWMaloneMD, @naomirwolf, Pfizer 'fetal cell' whistleblower @MelissaMcAtee92, and more already coming!
>
> It's gonna be big.

💬 108   ⇄ 1,220   ♡ 3,068   📊 103.3K   ⬆

⇄ Dr Naomi Wolf Retweeted



**Eric Spracklen**🇺🇸 @EricSpracklen · 17h
Who do you want to hear weigh in on our @pfizer bombshell during the @Project_Veritas Twitter Space tonight?

@JamesOKeefeIII, @RWMaloneMD, @naomirwolf, Pfizer 'fetal cell' whistleblower @MelissaMcAtee92, and more already coming!

It's gonna be big.

💬 52   ⇄ 191   ♡ 634   📊 128.8K   ⬆

