# EXHIBIT D

[Skip to main content](#)

 Help Center (https://help.twitter.com/)

- Using Twitter (https://help.twitter.com/en/using-twitter)
- Managing your account (https://help.twitter.com/en/managing-your-account)
- Safety and security (https://help.twitter.com/en/safety-and-security)
- Rules and policies (https://help.twitter.com/en/rules-and-policies)
- Resources ⌄
    - New user FAQ (https://help.twitter.com/en/resources/new-user-faq)
    - Glossary (https://help.twitter.com/en/resources/glossary)
    - A safer Twitter (https://help.twitter.com/en/resources/a-safer-twitter)
    - Accessibility (https://help.twitter.com/en/resources/accessibility)

    - Our rules (https://help.twitter.com/en/resources/rules)
    - My privacy (https://help.twitter.com/en/resources/how-you-can-control-your-privacy)
    - How we address misinformation on Twitter (https://help.twitter.com/en/resources/addressing-misleading-info)

Sign in (https://twitter.com/login?redirect_after_login=https://help.twitter.com/en/using-twitter/community-notes)



Contact Us (https://help.twitter.com/forms.html)



1. About Community Notes on Twitter

# About Community Notes on Twitter

1. Help Center ⌃ (https://help.twitter.com/)
2. Tweets ⌃ (https://help.twitter.com/en/using-twitter#tweets)

# About Community Notes on Twitter

Feedback

Community Notes (https://twitter.github.io/birdwatch/) aim to create a better informed world by empowering people on Twitter to collaboratively add context to potentially misleading Tweets. Contributors can leave notes on any Tweet and if enough contributors from different points of view rate that note as helpful, the note will be publicly shown on a Tweet. Sign up to become a contributor (https://twitter.com/i/birdwatch/).

Community Notes are now publicly visible to everyone in the US (https://blog.twitter.com/en_us/topics/product/2022/helpful-birdwatch-notes-now-visible-everyone-twitter-us). For more information, we have included responses to frequently asked questions below, but you can learn more through the Community Notes Guide (http://twitter.github.io/birdwatch) as well.

This is an open and transparent process, that's why we've made the Community Notes algorithm open source and publicly available on GitHub (https://twitter.github.io/birdwatch/), along with the data that powers it so anyone can audit, analyze or suggest improvements.

## Community Notes and Twitter Rules

Community Notes do not represent Twitter's viewpoint and cannot be edited or modified by our teams. A Tweet with a Community Note will not be labeled, removed, or addressed by Twitter unless it is found to be violating the Twitter Rules, Terms of Service (https://twitter.com/en/tos), or our Privacy Policy (https://twitter.com/en/privacy). Failure to abide by the rules can result in one's removal from accessing Community Notes, and/or other remediations.

Anyone can report notes they believe aren't in accordance with those rules by selecting the ••• menu on a note, and then selecting **Report**, or by using this form.

How to become a Community Notes contributor
- Learn more about contributor eligibility and sign up here (https://twitter.com/i/flow/join-birdwatch).

We plan to review applications on a rolling, periodic basis.

How to rate a Community Note
- If you see a Tweet with a **Community Notes** card and note, you can **rate how helpful** you think the note is.

**I have a note on my Tweet. What can I do?**

As a Tweet author, if you disagree that a Community Note provides important context about your Tweet, you can request additional review (https://twitter.github.io/birdwatch/additional-review/).

## Share this article


Tweet

## Was this article helpful?*

   

Submit

© 2023 Twitter, Inc.

Cookies (https://help.twitter.com/rules-and-policies/twitter-cookies)

Privacy (https://twitter.com/privacy)

Terms and conditions (https://twitter.com/tos)

English

  Help Center (https://help.twitter.com/)

- English (https://help.twitter.com/en/using-twitter/community-notes)
- Español (https://help.twitter.com/es/using-twitter/community-notes)
- 日本語 (https://help.twitter.com/ja/using-twitter/community-notes)
- 한국어 (https://help.twitter.com/ko/using-twitter/community-notes)
- Português (https://help.twitter.com/pt/using-twitter/community-notes)
- Deutsch (https://help.twitter.com/de/using-twitter/community-notes)
- Türkçe (https://help.twitter.com/tr/using-twitter/community-notes)
- Français (https://help.twitter.com/fr/using-twitter/community-notes)
- Italiano (https://help.twitter.com/it/using-twitter/community-notes)
- العربية (https://help.twitter.com/ar/using-twitter/community-notes)
- Nederlands (https://help.twitter.com/nl/using-twitter/community-notes)
- Bahasa Indonesia (https://help.twitter.com/id/using-twitter/community-notes)
- Русский (https://help.twitter.com/ru/using-twitter/community-notes)
- हिंदी (https://help.twitter.com/hi)
- עברית (https://help.twitter.com/he)
- 简体中文 (https://help.twitter.com/zh-cn)
- 繁體中文 (https://help.twitter.com/zh-tw)
- ภาษาไทย (https://help.twitter.com/th)
- Tiếng Việt (https://help.twitter.com/vi)
- Melayu (https://help.twitter.com/ms)
- Filipino (https://help.twitter.com/fil)
- فارسی (https://help.twitter.com/fa)
- Dansk (https://help.twitter.com/da)
- Suomi (https://help.twitter.com/fi)
- Svenska (https://help.twitter.com/sv)
- Norsk (https://help.twitter.com/no)
- Polski (https://help.twitter.com/pl)
- Magyar (https://help.twitter.com/hu)
- Română (https://help.twitter.com/ro)
- (https://help.twitter.com/cs.html)
- (https://help.twitter.com/el.html)
- Українська (https://help.twitter.com/uk)
- (https://help.twitter.com/mr.html)
- (https://help.twitter.com/ta.html)
- Български (https://help.twitter.com/bg)
- Català (https://help.twitter.com/ca)
- Hrvatski (https://help.twitter.com/hr)
- Српски (https://help.twitter.com/sr)
- Slovenčina (https://help.twitter.com/sk)
- (https://help.twitter.com/kn.html)

- پښتو (https://help.twitter.com/ps)
- Dari (https://help.twitter.com/fa-af)
- (https://help.twitter.com/am.html)
- Oromo (https://help.twitter.com/om)
- Tigrinya (https://help.twitter.com/ti)
- Kurdish (https://help.twitter.com/ckb)
- (https://help.twitter.com/ur.html)
- (https://help.twitter.com/ha-NG.html)
- (https://help.twitter.com/ha.html)
- (https://help.twitter.com/ig.html)
- (https://help.twitter.com/yo.html)