| | |
|---|---|
| JOHN P. COALE *(pro hac vice)* <br> 2901 Fessenden Street NW <br> Washington, DC 20008 <br> Telephone: (202) 255-2096 <br> Email: johnpcoale@aol.com | ANDREI D. POPOVICI (SBN 234820) <br> MARIE L. FIALA (SBN 79676) <br> LAW OFFICE OF ANDREI D. POPOVICI, P.C. <br> 2121 North California Blvd. Suite 290 <br> Walnut Creek, CA 94596 <br> Telephone: (650) 530-9989 <br> Email: andrei@apatent.com <br> Email: marie@apatent.com |
| JOHN Q. KELLY *(pro hac vice)* <br> FERGUSON COHEN LLP <br> 25 Field Point Road <br> Greenwich, CT 06830 <br> Tel: (203) 661-1197 <br> Email: jqkelly@fercolaw.com | FRANK C. DUDENHEFER, JR. *(pro hac vice)* <br> THE DUDENHEFER LAW FIRM, LLC <br> 2721 Saint Charles Avenue, Suite 2A <br> New Orleans, LA 70130 <br> Telephone: (504) 616-5226 <br> Email: fcdlaw@aol.com |
| MICHAEL J. JONES *(pro hac vice)* <br> RYAN TOUGIAS *(pro hac vice)* <br> IVEY, BARNUM & O'MARA, LLC <br> 170 Mason Street <br> Greenwich, CT 06830 <br> Telephone: (203) 661-6000 <br> Email: mjones@ibolaw.com <br> Email: rtougias@ibolaw.com | RICHARD POLK LAWSON *(pro hac vice)* <br> GARDNER BREWER HUDSON <br> 400 North Ashley Drive <br> Suite 1100 <br> Tampa, FL 33602 <br> Telephone: (813) 221-9600 <br> Email: rlawson@gardnerbrewer.com |

*Attorneys for Plaintiffs Donald J. Trump, American Conservative Union, Rafael Barbosa, Linda Cuadros, Dominick Latella, and Wayne Allyn Root*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD J. TRUMP, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TWITTER, INC., et al., <br> Defendants. | Case No: 3:21-cv-08378-JD <br><br> **DECLARATION OF RICHARD P. LAWSON IN SUPPORT OF PLAINTIFFS' MOTION FOR RELIEF FROM JUDGMENT** |

1  **DECLARATION OF RICHARD P. LAWSON**

2  I, Richard P. Lawson, declare as follows:

3  1. I am over the age of 18 years.

4  2. I am an attorney with the law firm of Gardner Brewer Hudson, P.A., located in
5  Tampa, Florida.

6  3. I have personal knowledge of the matters set forth in this declaration, and if called
7  as a witness, I could and would testify under oath as follows.

8  4. I viewed the following link
9  https://twitter.com/elonmusk/status/1585841080431321088, a true and accurate capture of which
10 is annexed hereto as Exhibit A.1, and found this information contained therein: on October 27,
11 2022, at 11:49 P.M., Elon Musk tweeted that "The Bird is Free."

12 5. I viewed the following link
13 https://twitter.com/elonmusk/status/1605372724800393216, a true and accurate capture of which
14 is annexed hereto as Exhibit 1, and found this information contained therein: on December 20,
15 2022, at 8:20 P.M., Elon Musk tweeted that "I will resign as CEO as soon as I find someone
16 foolish enough to take the job! After that, I will just run the software & servers teams."

17 6. I viewed the following link
18 https://twitter.com/elonmusk/status/1597336812732575744, a true and accurate capture of which
19 is annexed hereto as Exhibit A.3, and found this information contained therein: on November 28,
20 2022, at 4:09 P.M., Elon Musk tweeted that "The Twitter Files on free speech suppression soon to
21 be published on Twitter itself. The public deserves to know what really happened …"

22 7. I viewed the following link
23 https://twitter.com/mtaibbi/status/1598824197819666435, a true and accurate capture of which is
24 annexed hereto as Exhibit A.4, and found this information contained therein: on December 2,
25 2022, at 6:39 P.M., Matthew Taibbi tweeted "2. What you're about to read is the first installment
26 in a series, based upon thousands of internal documents obtained by sources at Twitter."

27 8. I viewed the following link
28 https://twitter.com/elonmusk/status/1598825403182874625, a true and accurate capture of which

LAWSON DECLARATION ISO PLAINTIFFS'    Civ. No: 3:21-cv-08378-JD
MOTION FOR RELIEF FROM JUDGMENT    1

is annexed hereto as Exhibit A.5.1, and found this information contained therein: on December 2, 2022, at 6:44 P.M.., Elon Musk republished Twitter File #1 on his Twitter account with the comment "Here we go!!"

9. I viewed the following link https://twitter.com/elonmusk/status/1601020109807448064, a true and accurate capture of which is annexed hereto as Exhibit A.5.2, and found this information contained therein: on December 8, 2022, at 8:05 P.M.., Elon Musk republished Twitter File #2 on his Twitter account with the comment "The Twitter Files, Part Deux!! 🍿🍿."

10. I viewed the following link https://twitter.com/elonmusk/status/1601395677845544960, a true and accurate capture of which is annexed hereto as Exhibit A.5.3, and found this information contained therein: on December 9, 2022, at 8:57 P.M.., Elon Musk republished Twitter File #3 on his Twitter account with the comment "The Twitter Files, Part 3 Deplatforming the President."

11. I viewed the following link https://twitter.com/elonmusk/status/1601812997088763904, a true and accurate capture of which is annexed hereto as Exhibit A.5.4, and found this information contained therein: on December 11, 2022, at 12:35 A.M., Elon Musk republished Twitter File #4 on his Twitter account with the comment "Deplatforming the President (cont.)."

12. I viewed the following link https://twitter.com/elonmusk/status/1602387025855885312, a true and accurate capture of which is annexed hereto as Exhibit A.5.5, and found this information contained therein: on December 12, 2022, at 2:36 P.M.., Elon Musk republished Twitter File #5 on his Twitter account with the comment "Under pressure from hundreds of activist employees, Twitter deplatforms Trump, a sitting US President, even though they themselves acknowledge that he didn't violate the rules."

13. I viewed the following link https://twitter.com/elonmusk/status/1603859750168301569, a true and accurate capture of which is annexed hereto as Exhibit A.5.6, and found this information contained therein: on December

16, 2022, at 4:08 P.M.., Elon Musk republished Twitter File #6 on his Twitter account with the comment "KABOOM 💥💥💥💥💥."

14. I viewed the following link https://twitter.com/elonmusk/status/1604633369626652672, a true and accurate capture of which is annexed hereto as Exhibit A.5.7, and found this information contained therein: on December 18, 2022, at 7:23 P.M.., Elon Musk republished a Twitter File Supplemental Thread on his Twitter account with the comment "Elvis is in the Building."

15. I viewed the following link https://twitter.com/elonmusk/status/1605219914813673473, a true and accurate capture of which is annexed hereto as Exhibit A.5.8, and found this information contained therein: on December 20, 2022, at 10:13 A.M.., Elon Musk republished Twitter File #7 on his Twitter account with the comment "Government paid Twitter millions of dollars to censor info from the public."

16. I viewed the following link https://twitter.com/elonmusk/status/1605298927104053248, a true and accurate capture of which is annexed hereto as Exhibit A.5.9, and found this information contained therein: on December 20, 2022, at 3:27 P.M.., Elon Musk republished Twitter File #8 on his Twitter account with the comment "Yikes!"

17. I viewed the following link https://twitter.com/elonmusk/status/1607416119496945665, a true and accurate capture of which is annexed hereto as Exhibit A.5.10, and found this information contained therein: on December 26, 2022, at 11:40 A.M.., Elon Musk republished Twitter File #10 on his Twitter account with the comment "Much more to The Twitter Files: Covid Editon than this introductory thread. Follow-up piece to come next week, featuring leading doctors & researchers from Harvard, Stanford & other institutions."

18. I viewed the following link https://twitter.com/elonmusk/status/1610374789759205380, a true and accurate capture of which is annexed hereto as Exhibit A.5.11, and found this information contained therein: on January 3,

1  2023, at 3:37 P.M.., Elon Musk republished Twitter File #11 on his Twitter account with the

2  comment "Another episode of The Twitter Files"

3       19.    I viewed the following link

4  https://twitter.com/elonmusk/status/1610421293060599808, a true and accurate capture of which

5  is annexed hereto as Exhibit A.5.12, and found this information contained therein: on January 3,

6  2023 at 6:42 P.M.., Elon Musk republished Twitter File #12 on his Twitter account with the

7  comment "US govt agency demanded suspension of 250k accounts, including journalists &

8  Canadian officials!"

9       20.    I viewed the following link

10  https://twitter.com/elonmusk/status/1627136566018867200, a true and accurate capture of which

11  is annexed hereto as Exhibit A.5.13, and found this information contained therein: on February

12  18, 2023, at 9:42 P.M.., Elon Musk republished Twitter File #16 on his Twitter account with the

13  comment "More Twitter Files from Matt Taibbi"

14       21.    I viewed the following link

15  https://twitter.com/elonmusk/status/1598850682487943168, a true and accurate capture of which

16  is annexed hereto as Exhibit A.6, and found this information contained therein: in response to a

17  user commenting on Twitter File #1, on December 2, 2022, at 8:24 P.M., Elon Must tweeted "If

18  this isn't a violation of the Constitution's First Amendment, what is?"

19       22.    I viewed the following link

20  https://twitter.com/elonmusk/status/1598864377750306816, a true and accurate capture of which

21  is annexed hereto as Exhibit A.7, and found this information contained therein: on December 2,

22  2022, at 9:19 P.M.., Elon Musk tweeted that "Tune in for Episode 2 of The Twitter Files

23  tomorrow!"

24       23.    I viewed the following link

25  https://twitter.com/elonmusk/status/1607743022925504514, a true and accurate capture of which

26  is annexed hereto as Exhibit A.8, and found this information contained therein: on December 27,

27  2022, at 9:19 A.M.., Elon Musk tweeted that "Most people don't appreciate the significance of

28  the point Matt was making: *Every* social media company is engaged in heavy censorship, with

1  significant involvement of and, at times, explicit direction of the government. Google frequently
2  makes links disappear, for example."
3        24.      I viewed the following link
4  https://twitter.com/elonmusk/status/1601123235755487233, a true and accurate capture of which
5  is annexed hereto as Exhibit A.9, and found this information contained therein: responding to a
6  user asking "were any political candidates – either in the US or Elsewhere – subject to
7  shadowbanning while they were running for office or seeking re-election?" on December 9, 2022,
8  at 2:55 A.M.., Elon Musk tweeted "Yes."
9        25.      I viewed the following link
10 https://twitter.com/elonmusk/status/1601411051576172544, a true and accurate capture of which
11 is annexed hereto as Exhibit A.11, and found this information contained therein: responding to a
12 twitter user's tweet stating "Yoel Roth [Twitter's Head of Trust & Safety], meeting with FBI
13 weekly, and his little censorship minions absolutely degraded Twitter into little more than a full-
14 on Democratic Party activist machine, all while lying to the public about its function," on
15 December 9, 2022, at 9:58 P.M., Elon Musk tweeted that "There is no question that Twitter
16 operated as a Democratic Party activist machine"
17       26.      I viewed the following link
18 https://twitter.com/elonmusk/status/1601411486164799488, a true and accurate capture of which
19 is annexed hereto as Exhibit A.12, and found this information contained therein: responding to a
20 twitter user's tweet stating alleging that Twitter Files show that Twitter's employees engaged in
21 election interference, on December 9, 2022, at 10:00 P.M.., Elon Musk tweeted "Unequivocally
22 true."
23       27.      I viewed the following link: https://ago.mo.gov/docs/default-source/press-
24 releases/doc-144-2---exhibit-a-chan.pdf?sfvrsn=2fc3c6f6_2, a true and accurate capture of which
25 is annexed hereto as Exhibit A.13. This link captures the full and complete deposition of FBI
26 Assistant Special Agent in Charge Elvis Chan by then Missouri Solicitor General D. John Sauer,
27 taken on Tuesday, November 29, 2022, pursuant to State of Missouri, et al., v. Biden, et al., Case
28 No. 3:22-cv-01213-TAD-KDM. Within this document I found the following five statements:

a. **"Q. And why are you included in particular?** A. The reason that I attend these meetings is because the way the FBI works is FBI field offices are responsible for maintaining the day-to-day relationships with the companies that are headquartered in their area of responsibility, which I may occasionally abbreviate to AOR. And all of the companies that have been listed, with the exception of Microsoft, are all headquartered in FBI San Francisco's territory." (Pg. 24 ln. 20 – pg. 25 ln. 4) (emphasis in original).

b. **"Q. So -- but anyway, okay. Mr. Chan, or Agent Chan, who do you recall on the social media platform side participating in these -- in these working group meetings that you have been testifying about from 2020 and 2022?** A. The companies that I remember attending the meetings are Facebook; Microsoft; Google; Twitter; Yahoo!, which may have been known as Verizon Media at the time; Wikimedia Foundation and Reddit. **Q. Do you remember any others at this time?** A. I think I listed seven. I -- those were, like, the regular participants that I can remember. **Q. How about on the U.S. government side, what agencies were represented at these meetings?** A. At these meetings, CISA is the host and facilitator for the meeting. They also invite another component of Department of Homeland Security called Intelligence and Analysis, I&A, so DHS I&A I know attends." (Pg. 23 ln. 19 – pg.24 ln. 13) (emphasis in original).

c. **"Q. BY MR. SAUER: To the extent you know, what kind of information sharing do they do?** A. All of the information that I have personally witnessed comes through what CISA has called the "industry working group." That includes the three social media companies I mentioned. And the type of information that they have shared is generally about when the primaries for each state happen and then to highlight anything that they believe is a -- unique or different from standard -- or from what is considered normal. For example, like an Iowa caucus is not a normal type of primary. Most states do not run caucuses, so they will highlight something like an Iowa caucus. They will also highlight the election

        methods that are used in different states, whether it be a paper ballot or an electronic device, like a touch-screen device." (Pg. 18 ln. 20 – Pg. 19 ln. 10) (emphasis in original).

    d. "**Q. And then do they -- does the cadence increase as elections get close?** A. Yes, they do.  And -- **Q. Now, does that become monthly as the election nears and then weekly very close to the elections?** A. Ahead of the 2020 elections, that is correct.  Ahead of the 2022 elections, we moved it from quarterly to monthly, and then we just had one meeting a week ahead of the midterm elections." (Pg. 40 ln. 2-11) (emphasis in original).

    e. "**Q. BY MR. SAUER:  Yeah.  What is the basis for your opinion?  Has anyone at a social media platform ever made a comment to you that would reflect that -- that view?** A. I would say yes.  And the types of comments that I have received are that staffers from both of those committees have visited with those companies.  And while they would not reveal the types of discussions that they had with these House and Senate staffers, they would indicate that they had to prepare very thoroughly for these types of meetings and that it was -- they indicated that it felt like a lot of pressure." (Pg. 117, ln. 15 – pg. 118, ln. 2) (emphasis in original).

28. I viewed the following link https://twitter.com/mtaibbi/status/1601364807831425025, a true and accurate capture of which is annexed hereto as Exhibit A.14, and found this information contained therein: on December 9, 2022, at 6:54 P.M., Matt Taibbi tweeted that "This post about the Hunter Biden laptop situation shows that Roth not only met weekly with the FBI and DHS, but with the Office of the Director of National Intelligence (DNI):"

29. I viewed the following link https://twitter.com/mtaibbi/status/1601362905785860098, a true and accurate capture of which is annexed hereto as Exhibit A.15, and found this information contained therein: on December 9, 2022, at 6:47 P.M., Matt Taibbi tweeted that ".  During this time, executives were also clearly liaising with federal enforcement and intelligence agencies about moderation of election-related

content. While we're still at the start of reviewing the #TwitterFiles, we're finding out more about these interactions every day."

30. I viewed the following link https://twitter.com/mtaibbi/status/1603857541414412304, a true and accurate capture of which is annexed hereto as Exhibit A.16, and found this information contained therein: on December 16, 2022, at 4:00 P.M., Matt Taibbi tweeted that "Between January 2020 and November 2022, there were over 150 emails between the FBI and former Twitter Trust and Safety chief Yoel Roth."

31. I viewed the following link https://twitter.com/mtaibbi/status/1603857546099449869, a true and accurate capture of which is annexed hereto as Exhibit A.17, and found this information contained therein: on December 16, 2022, 4:00 P.M., Matt Taibbi tweeted "But a surprisingly high number are requests by the FBI for Twitter to take action on election misinformation, even involving joke tweets from low-follower accounts.."

32. I viewed the following link https://twitter.com/shellenberger/status/1604898437534691333, a true and accurate capture of which is annexed hereto as Exhibit A.18, and found this information contained therein: on December 19, 2022, 12:56 P.M., Michael Shellenberger tweeted "By mid-Sept, 2020, Chan & Roth had set up an encrypted messaging network so employees from FBI & Twitter could communicate. They also agree to create a 'virtual war room' for 'all the [Internet] industry plus FBI and ODNI' [Office of the Director of National Intelligence]." (Alterations in original).

33. I viewed the following link https://twitter.com/mtaibbi/status/1601363841417297921, a true and accurate capture of which is annexed hereto as Exhibit A.19, and found this information contained therein: on December 9, 2022, at 6:51 P.M., Matt Taibbi tweeted that "Policy Director Nick Pickles is asked if they should say Twitter detects "misinfo" through "ML, human review, and **partnerships with outside experts?*" The employee asks, "I know that's been a slippery process… not sure if you want our public explanation to hang on that." (Emphasis in original).

34. I viewed the following link https://twitter.com/mtaibbi/status/1601364081864495104, a true and accurate capture of which is annexed hereto as Exhibit A.20, and found this information contained therein: on December 9, 2022, at 6:52 P.M., Matt Taibbi tweeted that "Pickles quickly asks if they could "just say "partnerships." After a pause, he says, "e.g. not sure we'd describe the FBI/DHS as experts."

35. I viewed the following link https://twitter.com/ShellenbergerMD/status/1604890603468120064, a true and accurate capture of which is annexed hereto as Exhibit A.21, and found this information contained therein: on December 19, 2022, at 12:25 P.M., Michael Shellenberger tweeted "Then, in July 2020, the FBI's Elvis Chan arranges for temporary Top Secret security clearances for Twitter executives so that the FBI can share information about threats to the upcoming elections."

36. I viewed the following link https://twitter.com/mtaibbi/status/1603857632091148288, a true and accurate capture of which is annexed hereto as Exhibit A.21, and found this information contained therein: on December 16, 2022, at 4:00 P.M., Matt Taibbi tweeted "In a letter to former Deputy General Counsel (and former top FBI lawyer) Jim Baker on Sep. 16, 2022, legal exec Stacia Cardille outlines results from her "soon to be weekly" meeting with DHS, DOJ, FBI, and the Office of the Director of National Intelligence:."

37. I viewed the following link https://twitter.com/mtaibbi/status/1603857635618480164, a true and accurate capture of which is annexed hereto as Exhibit A.23, and found this information contained therein: on December 16, 2022, at 4:00 P.M., Matt Taibbi tweeted "The Twitter exec writes she explicitly asked if there were "impediments" to the sharing of classified information "with industry." The answer? "FBI was adamant no impediments to sharing exist."

38. I viewed the following link https://www.linkedin.com/in/jim-baker-234a4724/details/experience/, a true and accurate capture of which is annexed hereto as Exhibit A.24. This Exhibit captures a portion of Jim Baker's publicly accessible LinkedIn Profile, where Mr. Baker indicated that he served as General Counsel for the FBI for more than four years.

39. I viewed the following link https://twitter.com/ShellenbergerMD/status/1604899876508028928, a true and accurate capture of which is annexed hereto as Exhibit A.25, and found this information contained therein: on December 19, 2022, at 1:02 P.M., Shellenberger tweeted "Then, on Sept 15, 2020 the FBI's Laura Dehmlow, who heads up the Foreign Influence Task Force, and Elvis Chan, request to give a classified briefing for Jim Baker, without any other Twitter staff, such as Yoel Roth, present."

40. I viewed the following link https://twitter.com/shellenberger/status/1604904507430752256, a true and accurate capture of which is annexed hereto as Exhibit A.26, and found this information contained therein: on December 19, 2022, at 1:20 P.M., Michael Shellenberger tweeted "At 3:38 pm that same day, October 14, Baker arranges a phone conversation with Matthew J. Perry in the Office of the General Counsel of the FBI."

41. I viewed the following link https://twitter.com/ShellenbergerMD/status/1604902028852924416, a true and accurate capture of which is annexed hereto as Exhibit A.27, and found this information contained therein: on December 19, 2022, at 1:10 P.M., Michael Shellenberger tweeted "In response to Roth, Baker repeatedly insists that the Hunter Biden materials were either faked, hacked, or both, and a violation of Twitter policy. Baker does so over email, and in a Google doc, on October 14 and 15."

42. I viewed the following link https://twitter.com/mtaibbi/status/1598834882414727168, a true and accurate capture of which is annexed hereto as Exhibit A.28, and found this information contained therein: on December 2, 2022, at 7:21 P.M., Matt Taibbi tweeted "You can see the confusion in the following lengthy exchange, which ends up including Gadde and former Trust and safety chief Yoel Roth. Comms official Trenton Kennedy writes, 'I'm struggling to understand the policy basis for marking this as unsafe.'"

43. I viewed the following link https://twitter.com/mtaibbi/status/1610394266999881729, a true and accurate capture of which is

annexed hereto as Exhibit A.29, and found this information contained therein: on January 3, 2023, at 4:54 P.M., Matt Taibbi tweeted "'BELLY BUTTON' 'We can give you everything we're seeing from the FBI and USIC agencies,' Chan explained, but the DHS agency CISA 'will know what's going on in each state.' He went on to ask if industry could 'rely on the FBI to be the belly button of the USG.'"

44. I viewed the following link https://twitter.com/mtaibbi/status/1606701443351994369, a true and accurate capture of which is annexed hereto as Exhibit A.30, and found this information contained therein: on December 24, 2022, at 12:20 P.M., Matt Taibbi tweeted "Especially as the election approached in 2020, the FITF/FBI overwhelmed Twitter with requests, sending lists of hundreds of problem accounts."

45. I viewed the following link https://twitter.com/mtaibbi/status/1606701454911483904, a true and accurate capture of which is annexed hereto as Exhibit A.31, and found this information contained therein: on December 24, 2022, at 12:20 P.M., Matt Taibbi tweeted an image of an email from Stacia Cardille in which she said "They have some folks in the Baltimore field office and at HQ that are just doing keyword searches for violations. This is probably the 10th request I have dealt with in the last 5 days, but I never typically include a huge distribution on it because there wasn't really a need for this kind of visibility. Let me know if you have any other questions."

46. I viewed the following link https://twitter.com/mtaibbi/status/1606701448993333253, a true and accurate capture of which is annexed hereto as Exhibit A.32, and found this information contained therein: on December 24, 2022, at 12:20 P.M., Matt Taibbi tweeted "There were so many government requests, Twitter employees had to improvise a system for prioritizing/triaging them"

47. I viewed the following link https://twitter.com/mtaibbi/status/1610394315938992129, a true and accurate capture of which is annexed hereto as Exhibit A.33, and found this information contained therein: on January 3, 2023, at 4:54 P.M., Matt Taibbi tweeted "'I APOLOGIZE IN ADVANCE FOR YOUR WORK

LOAD': Requests poured in from FBI offices all over the country, day after day, hour after hour: If Twitter didn't act quickly, questions came: 'Was action taken?' 'Any movement?'"

48. I viewed the following link https://twitter.com/shellenberger/status/1604908670063906817, a true and accurate capture of which is annexed hereto as Exhibit A.34, and found this information contained therein: on December 19, 2022, at 1:36 P.M., Michael Shellenberger tweeted "The FBI's influence campaign may have been helped by the fact that it was paying Twitter millions of dollars for its staff time. "I am happy to report we have collected $3,415,323 since October 2019!" reports an associate of Jim Baker in early 2021."

49. I viewed the following link https://twitter.com/mtaibbi/status/1606701405443874816, a true and accurate capture of which is annexed hereto as Exhibit A.35, and found this information contained therein: on December 24, 2022, at 12:20 P.M., Matt Taibbi tweeted "The files show the FBI acting as doorman to a vast program of social media surveillance and censorship, encompassing agencies across the federal government – from the State Department to the Pentagon to the CIA."

50. I viewed the following link https://www.state.gov/about-us-global-engagement-center-2/, a true and accurate capture of which is annexed hereto as Exhibit A.36. This Exhibit captures the "About Us" page of the Global Engagement Center, a subsidiary of the U.S. Department of State. The Exhibit displays the Global Engagement Center's mission statement, which reads: "To direct, lead, synchronize, integrate, and coordinate U.S. Federal Government efforts to recognize, understand, expose, and counter foreign state and non-state propaganda and disinformation efforts aimed at undermining or influencing the policies, security, or stability of the United States, its allies, and partner nations."

51. I viewed the following link https://twitter.com/mtaibbi/status/1610394278617878529, a true and accurate capture of which is annexed hereto as Exhibit A.37, and found this information contained therein: on January 3, 2023, at 4:54 P.M., Matt Taibbi tweeted "Twitter was taking requests from every conceivable government body, beginning with the Senate Intel Committee (SSCI), which seemed to need

reassurance Twitter was taking FBI direction. Execs rushed to tell "Team SSCI" they zapped five accounts on an FBI tip."

52. I viewed the following link https://twitter.com/mtaibbi/status/1610394281683959811, a true and accurate capture of which is annexed hereto as Exhibit A.38, and found this information contained therein: on January 3, 2023, at 4:54 P.M., Matt Taibbi tweeted that "Requests arrived and were escalated from all over: from Treasury, the NSA, virtually every state, the HHS, from the FBI and DHS, and more."

53. I viewed the following link https://www.fbi.gov/about/mission/fbi-strategy, a true and accurate capture of which is annexed hereto as Exhibit A.39. This Exhibit captures the "About" page of the Federal Bureau of Investigation. The Exhibit displays the Federal Bureau of Investigation's mission statement and mission priorities, which include "Protect the U.S, from terrorist attack;" "combat significant cyber criminal activity" and "combat transnational criminal enterprise."

54. I viewed the following link https://twitter.com/mtaibbi/status/1603857686986121223, a true and accurate capture of which is annexed hereto as Exhibit A.40, and found this information contained therein: on December 16, 2022, at 4:00 P.M., Matt Taibbi tweeted that "FBI in one case sent over so many 'possible violative content' reports, Twitter personnel congratulated each other in Slack for the "monumental undertaking" of reviewing them." Embedded in this tweet is a screen capture of a message that reads "Thank you all so much for your help. A monumental undertaking!"

55. I viewed the following link https://twitter.com/ShellenbergerMD/status/1604908670063906817, a true and accurate capture of which is annexed hereto as Exhibit A.41, and found this information contained therein: on December 19, 2022, at 1:36 P.M., Michael Shellenberger tweeted that "The FBI's influence campaign may have been helped by the fact that it was paying Twitter millions of dollars for its staff time. 'I am happy to report we have collected $3,415,323 since October 2019!' reports an associate of Jim Baker in early 2021."

1    56.    I viewed the following link
2    https://twitter.com/davidzweig/status/1607381845175590913, a true and accurate capture of
3    which is annexed hereto as Exhibit A.42, and found this information contained therein: on
4    December 26, 2022, at 9:24 A.M., David Zweig tweeted "It wasn't just Twitter. The meetings
5    with the Trump White House were also attended by Google, Facebook, Microsoft and others."
6    57.    I viewed the following link
7    https://twitter.com/davidzweig/status/1607382379018190849, a true and accurate capture of
8    which is annexed hereto as Exhibit A.43, and found this information contained therein: on
9    December 26, 2022, at 9:26 A.M., David Zweig tweeted "When the Biden admin took over, one
10   of their first meeting requests with Twitter executives was on Covid. The focus was on 'anti-
11   vaxxer accounts.' Especially Alex Berenson."
12   58.    I viewed the following link
13   https://twitter.com/davidzweig/status/1607383214452080647, a true and accurate capture of
14   which is annexed hereto as Exhibit A.44, and found this information contained therein: on
15   December 26, 2022, at 9:29 A.M., David Zweig tweeted "Berenson sued (and then settled with)
16   Twitter. In the legal process Twitter was compelled to release certain internal communications,
17   which showed direct White House pressure on the company to take action on Berenson."
18   59.    I viewed the following link
19   https://twitter.com/davidzweig/status/1607382645603704834, a true and accurate capture of
20   which is annexed hereto as Exhibit A.45, and found this information contained therein: on
21   December 26, 2022, at 9:27 A.M., David Zweig tweeted "In the summer of 2021, president Biden
22   said social media companies were 'killing people' for allowing vaccine misinformation. Berenson
23   was suspended hours after Biden's comments, and kicked off the platform the following month."
24   60.    I viewed the following link
25   https://twitter.com/davidzweig/status/1607383503083012096, a true and accurate capture of
26   which is annexed hereto as Exhibit A.46, and found this information contained therein: on
27   December 26, 2022, at 9:31 A.M., David Zweig tweeted "A December 2022 summary of
28   meetings with the White House by Lauren Culbertson, Twitter's Head of U.S. Public Policy, adds

new evidence of the White House's pressure campaign, and cements that it repeatedly attempted to directly influence the platform."

61. I viewed the following link https://twitter.com/davidzweig/status/1607383819287515137, a true and accurate capture of which is annexed hereto as Exhibit A.47, and found this information contained therein: on December 26, 2022, at 9:32 A.M., David Zweig tweeted "Culbertson wrote that the Biden team was 'very angry' that Twitter had not been more aggressive in deplatforming multiple accounts. They wanted Twitter to do more."

62. I viewed the following link https://twitter.com/davidzweig/status/1607384343726399488, a true and accurate capture of which is annexed hereto as Exhibit A.48, and found this information contained therein: on December 26, 2022, at 9:34 A.M., David Zweig tweeted "But Twitter did suppress views—many from doctors and scientific experts—that conflicted with the official positions of the White House. As a result, legitimate findings and questions that would have expanded the public debate went missing."

63. I viewed the following link https://twitter.com/bariweiss/status/1602368444485148672, a true and accurate capture of which is annexed hereto as Exhibit A.49, and found this information contained therein: on December 12, 2022, at 1:23 P.M., Bari Weiss tweeted "She does just that: 'as an fyi, Safety has assessed the DJT Tweet above and determined that there is no violation of our policies at this time.'"

64. I viewed the following link https://twitter.com/bariweiss/status/1602367643553599512, a true and accurate capture of which is annexed hereto as Exhibit A.50, and found this information contained therein: on December 12, 2022, at 1:19 P.M., Bari Weiss tweeted "'I also am not seeing clear or coded incitement in the DJT tweet,' wrote Anika Navaroli, a Twitter policy official. 'I'll respond in the elections channel and say that our team has assessed and found no vios'—or violations—'for the DJT one.'"

65. I viewed the following link https://twitter.com/bariweiss/status/1602368448977195008, a true and accurate capture of which

1  is annexed hereto as Exhibit A.51, and found this information contained therein: on December 12,
2  2022, at 1:23 P.M., Bari Weiss tweeted "Next, Twitter's safety team decides that Trump's 7:44
3  am ET tweet is also not in violation. They are unequivocal: 'it's a clear no vio. It's just to say he's
4  not attending the inauguration.'"

5      66.    I viewed the following link
6  https://twitter.com/bariweiss/status/1602366973089697792, a true and accurate capture of which
7  is annexed hereto as Exhibit A.52, and found this information contained therein: on December 12,
8  2022, at 1:17 P.M., Bari Weiss tweeted "But the Twitter staff assigned to evaluate tweets quickly
9  concluded that Trump had *not* violated Twitter's policies.'I think we'd have a hard time saying
10 this is incitement,' wrote one staffer."

11     67.    I viewed the following link
12 https://twitter.com/bariweiss/status/1602367269199192064, a true and accurate capture of which
13 is annexed hereto as Exhibit A.53, and found this information contained therein: on December 12,
14 2022, at 1:18 P.M., Bari Weiss tweeted "Another staffer agreed: 'Don't see the incitement angle
15 here.'"

16     68.    I viewed the following link
17 https://twitter.com/bariweiss/status/1602366974599700480, a true and accurate capture of which
18 is annexed hereto as Exhibit A.54, and found this information contained therein: on December 12,
19 2022, at 1:18 P.M., Bari Weiss tweeted "it's pretty clear he's saying the 'American Patriots' are
20 the ones who voted for him and not the terrorists (we can call them that, right?) from
21 Wednesday."

22     69.    I viewed a blog post written and published by Jack Dorsey, a true and accurate
23 capture of which is annexed hereto as Exhibit A.55. While the original blog post was removed,
24 the post's content was archived at the following link:
25 https://web.archive.org/web/20230104063843/https://www.getrevue.co/profile/jackjack/issues/a-
26 native-internet-protocol-for-social-media-1503112; on December 13, 2022 Jack Dorsey wrote,
27 inter alia, "I'll start with the principles I've come to believe . . . based on everything I've learned
28 and experienced through my past actions as a Twitter co-founder and lead: 1. Social medial must

be resilient to corporate and government control. 2. Only the original author may remove content they produce. 3. Moderation is best implemented by algorithmic choice. The Twitter when I lead it and the twitter of today do not meet any of these principles. This is my fault alone, as I completely gave up pushing for them when an activist entered our stock in 2020."

70. I viewed Elon Musk's Twitter account at the following link https://twitter.com/elonmusk, and upon viewing his posts discovered that, at some time on December 25, 2022, Elon Musk retweeted a link to the contents of Twitter File #9; a true and accurate capture of which is annexed hereto as Exhibit A.5.14.

I hereby declare under the laws of the State of Florida and the United States of America that the foregoing is true and accurate and that this declaration was executed on May 2, 2023, in Tampa, Florida.

By:       */s/ Richard P. Lawson*
        Richard P. Lawson