# Exhibit A.1



# Exhibit A.2



Exhibit A.3



Exhibit A.4



← **Thread**

**Matt Taibbi** ✓
@mtaibbi

2. What you're about to read is the first installment in a series, based upon thousands of internal documents obtained by sources at Twitter.

6:39 PM · Dec 2, 2022

**15K** Retweets   **627** Quotes   **106.5K** Likes   **825** Bookmarks

Exhibit A.4

# Exhibit A.5.1



# Exhibit A.5.2



Exhibit A.5.3



Exhibit A.5.3

Exhibit A.5.4



Exhibit A.5.5



← **Tweet**

**Elon Musk** ✓ 🐦
@elonmusk

Under pressure from hundreds of activist employees, Twitter deplatforms Trump, a sitting US President, even though they themselves acknowledge that he didn't violate the rules:

> **Bari Weiss** @bariweiss · Dec 12, 2022
> THREAD: THE TWITTER FILES PART FIVE.
>
> THE REMOVAL OF TRUMP FROM TWITTER.
> Show this thread

2:36 PM · Dec 12, 2022

**73.1K** Retweets   **4,512** Quotes   **335.4K** Likes   **3,265** Bookmarks

Exhibit A.5.5

Exhibit A.5.6



Exhibit A.5.7



← **Tweet**

**Elon Musk** ✓ 🐦
@elonmusk                                          ...

Elvis is in the building

> 🐦 **Matt Taibbi** ✓ @mtaibbi · Dec 18, 2022
> 1.THREAD: Twitter Files Supplemental
> Show this thread

7:23 PM · Dec 18, 2022 · **49M** Views

**16.7K** Retweets   **757** Quotes   **122.1K** Likes   **1,154** Bookmarks

Exhibit A.5.7

Exhibit A.5.8



Elon Musk ✓ 🐦
@elonmusk

Government paid Twitter millions of dollars to censor info from the public

> Michael Shellenberger ✓ @shellenberger · Dec 19, 2022
> 1. TWITTER FILES: PART 7
>
> The FBI & the Hunter Biden Laptop
>
> How the FBI & intelligence community discredited factual information about Hunter Biden's foreign business dealings both after and "before" The New York Post revealed the contents of his laptop on October 14, 2020
> Show this thread

10:13 AM · Dec 20, 2022 · 65M Views

89K Retweets   7,520 Quotes   351.2K Likes   4,280 Bookmarks

Exhibit A.5.8

Exhibit A.5.9



Exhibit A.5.10



Exhibit A.5.10

Exhibit A.5.11



Exhibit A.5.12



← **Tweet**

**Elon Musk** ✓ 🐦
@elonmusk

US govt agency demanded suspension of 250k accounts, including journalists & Canadian officials!

---

🐦 **Matt Taibbi** ✓ @mtaibbi · Jan 3
11.The GEC report appeared based on DHS data circulated earlier that week, and included accounts that followed "two or more" Chinese diplomatic accounts. They reportedly ended up with a list "nearly 250,000" names long, and included Canadian officials and a CNN account:

Show this thread

press side that CNN heard they have nearly 250,000 a

that "the GEC provided Twitter with a small sample of not surprising that there are authentic accounts in any

table Tweets thus far. I also expect a separate and/or earlier. Overall, pretty straightforward coverage. (The

**he, so curious ho**

6:42 PM · Jan 3, 2023 · **30.6M** Views

---

**43.4K** Retweets   **2,897** Quotes   **147.3K** Likes   **1,823** Bookmarks

Exhibit A.5.12

Exhibit A.5.13



Exhibit A.5.14



Exhibit A.6



← **Tweet**

**Mike Solana** ✔ 🖤 @micsolana · Dec 2, 2022 ···
not to be dramatic or anything but holy shit

> 🐦 **Matt Taibbi** ✔ @mtaibbi · Dec 2, 2022
> 8. By 2020, requests from connected actors to delete tweets were routine. One executive would write to another: "More to review from the Biden team." The reply would come back: "Handled."
> Show this thread
>
> On Sat, Oct 24, 2020 at 5:39 PM                    @twitter.com> wrote:
>
> More to review from the Biden team:
>
> https://twitter.com/jared87983561/status/1320159679700373504
> https://twitter.com/let3481/status/1320154175481626624
> https://twitter.com/JSJX_2/status/1320152593742614529
> https://twitter.com/ozwenya/status/1320151083692388352
> https://twitter.com/GuySquiggs/status/1320149308625145856
>
> Thanks all.
>
> On Sat, Oct 24, 2020 at 8:28 PM                    )twitter.com> wrote:
>
> handled these.

💬 1,475          ↻ 12.1K          ♡ 73.5K          📊          ↥

**Elon Musk** ✔ 🐦 @elonmusk · Dec 2, 2022 ···
"Handled" 🔥🔥🔥

💬 12.2K          ↻ 19K          ♡ 207.7K          📊          ↥

**Elon Musk** ✔ 🐦 ···
@elonmusk

If this isn't a violation of the Constitution's First Amendment, what is?

8:24 PM · Dec 2, 2022

**18.9K** Retweets   **2,028** Quotes   **113.3K** Likes   **308** Bookmarks

💬          ↻          ♡          🔖          ↥

Exhibit A.6

Exhibit A.7



← **Thread**

**Elon Musk** ☑ ▸
@elonmusk                                    ...

Tune in for Episode 2 of The Twitter Files tomorrow!

9:19 PM · Dec 2, 2022

**64.7K** Retweets   **5,807** Quotes   **629K** Likes   **1,107** Bookmarks

♡    ⇄    ♡    ⎙    ⬆

Exhibit A.7

Exhibit A.8



Exhibit A.9



← **Tweet**

**Ian Miles Cheong** ✓ 🇺🇸 @stillgray · Dec 8, 2022          ···
So here's a question for @elonmusk and @bariweiss: were any political
candidates — either in the US or elsewhere — subject to shadowbanning
while they were running for office or seeking re-election?

💬 830          ⇄ 7,031          ♡ 47K          ▫ ili          ⬆

**Elon Musk** ✓ 🐦          ···
@elonmusk

Yes

2:55 AM · Dec 9, 2022

**8,597** Retweets   **806** Quotes   **74.8K** Likes   **262** Bookmarks

💬          ⇄          ♡          ▭          ⬆

Exhibit A.9

# Exhibit A.10



Exhibit A.10

# Exhibit A.11



Exhibit A.12

← **Tweet**



**Tom Fitton** ✓ @TomFitton · Dec 9, 2022                          ···
Breaking: @ElonMusk @Twitter Files show Twitter activist employees, without basis, suppressed and censored the President of the United States, @realDonaldTrump in the days before the 2020 election. This is damning evidence of election interference.

💬 4,612          🔁 27.7K          ♡ 131.7K          📊          ⬆

**Elon Musk** ✓ 🐦                                                 ···
@elonmusk

Unequivocally true. The evidence is clear and voluminous.

10:00 PM · Dec 9, 2022

**20.1K** Retweets   **753** Quotes   **144.7K** Likes   **498** Bookmarks

💬          🔁          ♡          🔖          ⬆

Exhibit A.12