Exhibit A.14

← **Thread**

**Matt Taibbi** ✔
@mtaibbi

20. This post about the Hunter Biden laptop situation shows that Roth not only met weekly with the FBI and DHS, but with the Office of the Director of National Intelligence (DNI):



**Bot Application B01AXN4KL0M** 16:19:26

yoelr has checked in! Here's what they said. *What's new for you since our last check-in?* - Hacked Materials exploded. We blocked the NYP story, then we unblocked it (but said the opposite), then said we unblocked it... and now we're in a messy situation where our policy is in shambles, comms is angry, reporters think we're idiots, and we're refactoring an exceedingly complex policy 18 days out from the election. In short, FML. - Weekly sync with FBI/DHS/DNI re: election security. The meeting happened about 15 minutes after the aforementioned Hacked Materials implosion; the government declined to share anything useful when asked. - Monthly meeting with FBI FITF. Briefed on several ongoing investigations

6:54 PM · Dec 9, 2022

**13.2K** Retweets   **1,606** Quotes   **47.1K** Likes   **371** Bookmarks

Exhibit A.14

Exhibit A.15



← **Thread**

**Matt Taibbi** ✔
@mtaibbi

17.  During this time, executives were also clearly liaising with federal enforcement and intelligence agencies about moderation of election-related content. While we're still at the start of reviewing the #TwitterFiles, we're finding out more about these interactions every day.

6:47 PM · Dec 9, 2022

**7,980** Retweets   **515** Quotes   **41.4K** Likes   **109** Bookmarks

Exhibit A.15

# Exhibit A.16



← **Thread**

**Matt Taibbi** ✓
@mtaibbi

4. Between January 2020 and November 2022, there were over 150 emails between the FBI and former Twitter Trust and Safety chief Yoel Roth.

4:00 PM · Dec 16, 2022 · **3.8M** Views

**10.4K** Retweets   **642** Quotes   **48.7K** Likes   **147** Bookmarks

Exhibit A.16

# Exhibit A.17



← **Thread**

**Matt Taibbi** ✔
@mtaibbi

6. But a surprisingly high number are requests by the FBI for Twitter to take action on election misinformation, even involving joke tweets from low-follower accounts.

4:00 PM · Dec 16, 2022 · **3.6M** Views

**9,436** Retweets   **806** Quotes   **47.4K** Likes   **142** Bookmarks

Exhibit A.17

# Exhibit A.18

← Thread                                                     ···

Michael Shellenberger ✔
@shellenberger

32. By mid-Sept, 2020, Chan & Roth had set up an encrypted messaging network so employees from FBI & Twitter could communicate.

They also agree to create a "virtual war room" for "all the [Internet] industry plus FBI and ODNI" [Office of the Director of National Intelligence].

From: Yoel Roth
Sent: Monday, September 21, 2020 04:02 PM
To: Chan, Elvis M. (SF) (FBI)
Cc: Yoel Roth
Subject: [SOCIAL NETWORK] Re: [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Election Communication Platform

Hey Elvis,

Apologies for the delayed responses. Notes on your 3 questions are below - happy to find time briefly on Friday's call.

1. What USG agencies will be allowed on the channel? I think the easy ones will be FBI, DHS/CISA, and ODNI. For your awareness, State/GEC, NSA, and CIA have expressed interest in being allowed on to listen mode only. Welcome your thoughts on this.

The agreed-upon parameters for the channel (by industry) are that it's one-way communication from government to industry. We explicitly do not plan to have conversation/discussion/responses back in this forum. So the USG attendees there I think would largely be driven by who FBI wants to share information with in this setting. I will note, given at least some of the orgs on this list (e.g. State/GEC) have been somewhat more active in this channel than others, I worry a bit about whether information shared in confidence with industry could result in announcements being made which disrupt our operational work. Put another way, there might be value in keeping the circle of trust here quite small. I also worry about the precedent of expanding it to include organizations which aren't typically present in our meetings. I'm also not entirely sure that every member of that group wants their phone number quite so broadly available. And, finally, I'd need to run this by the industry group again - they only agreed to FBI. Happy to do so if you think there's value, but I'm thinking it might be simpler to keep it to industry/FBI.

2. How many USG participants will be allowed onto the channel? Will it only be people that industry already knows? I ask because at the FBI SF command center, there will be three other supervisors working shifts when I'm not there. I also know different FITF personnel will be rotating through the command post at FBIHQ.

We didn't get into the specifics of this, but I can't imagine any of that would be problematic.

3. When will the channel be activated and for how long?

We discussed the election period, broadly defined. Probably not indefinitely, but keeping it going at minimum through January seems reasonable.

From: Yoel Roth
Sent: Monday, September 21, 2020 04:02 PM
To: Chan, Elvis M. (SF) (FBI)
Cc: Yoel Roth
Subject: [SOCIAL NETWORK] Re: [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Election Communication Platform

Hey Elvis,

Apologies for the delayed responses. Notes on your 3 questions are below - happy to find time briefly on Friday's call.

1. What USG agencies will be allowed on the channel? I think the easy ones will be FBI, DHS/CISA, and ODNI. For your awareness, State/GEC, NSA, and CIA have expressed interest in being allowed on to listen mode only. Welcome your thoughts on this.

The agreed-upon parameters for the channel (by industry) are that it's one-way communication from government to industry. We explicitly do not plan to have conversation/discussion/responses back in this forum. So the USG attendees there I think would largely be driven by who FBI wants to share information with in this setting. I will note, given at least some of the orgs on this list (e.g. State/GEC) have been somewhat more active in this channel than others, I worry a bit about whether information shared in confidence with industry could result in announcements being made which disrupt our operational work. Put another way, there might be value in keeping the circle of trust here quite small. I also worry about the precedent of expanding it to include organizations which aren't typically present in our meetings. I'm also not entirely sure that every member of that group wants their phone number quite so broadly available. And, finally, I'd need to run this by the industry group again - they only agreed to FBI. Happy to do so if you think there's value, but I'm thinking it might be simpler to keep it to industry/FBI.

2. How many USG participants will be allowed onto the channel? Will it only be people that industry already knows? I ask because at the FBI SF command center, there will be three other supervisors working shifts when I'm not there. I also know different FITF personnel will be rotating through the command post at FBIHQ.

We didn't get into the specifics of this, but I can't imagine any of that would be problematic.

3. When will the channel be activated and for how long?

We discussed the election period, broadly defined. Probably not indefinitely, but keeping it going at minimum through January seems reasonable.

Elvis Lingo    September 21, 2020 at 8:48 PM    Details

Chan, Elvis M. (SF) (FBI)
Re: [SOCIAL NETWORK] Re: [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Election Communication Platform
To: Yoel Roth, Cc:

Hi Yoel,

Thanks for the response. I have some additional questions regarding them. I am aware the industry is meeting about this on Friday so you may not have any clarification until then. We can discuss during and after our scheduled meeting depending on what your schedule looks like.

1. If it will only be one-way communication from the USG to the industry, it seems like it should at least be FBI and CISA. We can give you everything we're seeing from the FBI and USG agencies. CISA will know what is going on in each state via the Homeland Security Information Network (HSIN).

However, how will the industry partners communicate back with the FBI and CISA? For the FBI, will you use the pre-established channels already in use? For example, you or Angela will email me directly.

If that is the case, that will work for the FBI, but I don't know what communication channels you have with CISA. Or will the industry partners rely on the FBI to be the belly button for the USG? We can do that as well. We just need to know the industry group's preference.

2. Sounds good. We will likely only establish one Signal channel for FBI San Francisco and one for FBIHQ. The FITF unit chiefs may want to be on the channel as well. I will provide the companies with our command post shift roster so you know who is on shift for any given day.

3. Facebook had mentioned activating the Signal channel before the first presidential debate, which works for us, but we won't have the enhanced staffing levels until October 26th at FBIHQ and October 30th at FBI San Francisco. I don't think we will stay in enhanced posture through January so I think we would revert back to the standard channels sometime in November, perhaps after the elections are certified.

Regards,
Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1
San Francisco Division
Federal Bureau of Investigation

12:56 PM · Dec 19, 2022 · 1.1M Views

3,778 Retweets   368 Quotes   14K Likes   100 Bookmarks



Exhibit A.18

Exhibit A.19

Exhibit A.19



← Thread

**Matt Taibbi** ✓
@mtaibbi

18. Policy Director Nick Pickles is asked if they should say Twitter detects "misinfo" through "ML, human review, and **partnerships with outside experts?*" The employee asks, "I know that's been a slippery process…not sure if you want our public explanation to hang on that."

6:51 PM · Dec 9, 2022

**6,735** Retweets   **478** Quotes   **34.6K** Likes   **103** Bookmarks

14:19:31

npickles are you comfortable with Marketing talking about misinfo by saying that we detect it through ML, human review and **partnerships with outside experts?*

14:19:57

I know that's been a slippery process, so not sure if you want our public explanation to hang our hat on that

**Nick Pickles** 14:33:08
can we just say "partnerships"

**Nick Pickles** 14:33:34
eg not sure we'd describe the FBI/DHS as experts, or some NGOs that aren't academic

Exhibit A.20



Exhibit A.21



Exhibit A.22

← Thread



Matt Taibbi ✓
@mtaibbi

24. In a letter to former Deputy General Counsel (and former top FBI lawyer) Jim Baker on Sep. 16, 2022, legal exec Stacia Cardille outlines results from her "soon to be weekly" meeting with DHS, DOJ, FBI, and the Office of the Director of National Intelligence:



4:00 PM · Dec 16, 2022 · 1.8M Views

5,969 Retweets    373 Quotes    27.4K Likes    117 Bookmarks

---

**The content of the letter shown in image 2:**

Jim Baker - FBI                                            Fri September 16, 2020 at 11:31 PM

**Stacia Cardille**
Elections Work: Wednesday, September 16
To: Jim Baker

Please see below for a summary of elections-related work I completed today, Wednesday, September 16:

(1) **Government-Industry Sync.** I participated in our monthly (soon to be weekly) 90-minute meeting with FBI, DOJ, DHS, ODNI, and industry peers on election threats. A few items to note:

- Foreign adversaries are amplifying themes being advanced by domestic actors to undermine the legitimacy of the election. USG specifically referenced vote by mail.
- I explicitly asked if there were any impediments with the ability of the government to share classified information or other relevant information with industry. FBI was adamant that no impediments to information sharing exist.
- I asked if USG was tracking foreign threats related to non-presidential races. Long silence. The government is not tracking foreign interference or threats related to down ballot races.
- DHS has created a chart of key dates in the election process at the state level. They are confirming information with the states this week, and should get us a summary chart of key dates next week.
- @Philey tweeted about the meeting without Legal Review. As the only Twitter representative to speak, I raised my disappointment in the lack of my involvement directly to Policy Comms. It was a missed opportunity to document some key points of the meeting from our perspective.

(2) **Project Heron.** I met with Legal, Trust & Safety, and Public Policy stakeholders to discuss an intervention under consideration regarding labeling election results. I raised concerns about feasibility and I relayed first hand experience with news media mistakes during a challenging primary season. I separately met with Sam and Matt to discuss worst-case scenario planning. I will meet with them again tomorrow on the project.

(3) **Civic Integrity Labeling.** Enforcement on our expanded Civic Integrity Policy begins tomorrow, Thursday, September 17. I provided feedback on a Scenario Planning Document that includes approving the language of the labels. I also reviewed a Moment that will link to Vote by Mail claims, consulted with outside counsel on the inclusion of one Tweet, and provided content-related advice to the Curation team.

(4) **Account Security Upgrades.** On Thursday, September 17, over 2,300 high-risk politician and journalist accounts will be prompted to upgrade their security settings. (See description from yesterday.) I reviewed and approved (1) the Comms plan and (2) the email to external stakeholders. I also told Public Policy of the 14 accounts that needed additional attention due to missing email addresses.

(5) **Board Update.** I worked closely with Matthew on additional edits to the Board narrative and the accompanying chart.

(6) **Escalations.** I handled the following escalations:

- Responded to DHS regarding information they provided on a Facebook operation — we found no analogous activity.
- Worked with Angela to try to get this terrible impersonation account spewing 9/11 conspiracy theories impersonating a DCCC staffer whose dad died in 9/11. Pending.
- Flagged a specific Tweet critical of mail-in ballots to members to transmit election results in potential violation of the civic integrity policy (except they do use tech in limited circumstances).
- Scheduling meeting with OH Secretary of State media director.
- Working with @gov to ensure we handle the verification of the OH Speaker of the House.
- Followup on Dubuque County verification request with Lisa.
- Solicited additional information from Yoel on product functionality and limitations around retweeting labeled content so we can explain to DNC.
- Lincoln Project is not pleased their video was labeled under SAMM. Bridget is driving that interaction.
- Allowlisted @DonWinslow and @Springsteen.

(7) **Policy Comms.** In addition to the Comms work on the security upgrades, I

Exhibit A.23



← **Thread**

**Matt Taibbi** ✓
@mtaibbi

···

25.The Twitter exec writes she explicitly asked if there were "impediments" to the sharing of classified information "with industry." The answer? "FBI was adamant no impediments to sharing exist."

4:00 PM · Dec 16, 2022 · **2M** Views

**5,062** Retweets   **187** Quotes   **27.8K** Likes   **70** Bookmarks

Exhibit A.23

# Exhibit A.24



Exhibit A.25



← **Thread**

**Michael Shellenberger** ✓
@shellenberger                                      · · ·

33. Then, on Sept 15, 2020 the FBI's Laura Dehmlow, who heads up the
Foreign Influence Task Force, and Elvis Chan, request to give a classified
briefing for Jim Baker, without any other Twitter staff, such as Yoel Roth,
present.



Jim Baker FBI Emails    September 15, 2020 at 6:13 PM

Re: [SOCIAL NETWORK] Re: [SOCIAL NETWORK] Re: [EXTERNAL EMAIL] - [SOCIAL N…

To: Dehmlow, Laura E. (CD) (FBI),   Jim Baker,                        Details

Hi Jim and

I hope all is well,          , can you help Laura Dehmlow and Elvis Chan of the FBI schedule a classified
briefing for Jim?  They would like to meet early next week if possible.

Thank you!

1:02 PM · Dec 19, 2022 · **701.6K** Views

**2,977** Retweets   **130** Quotes   **13.1K** Likes   **49** Bookmarks

♡         ⇄         ♡         🔖         ⬆

Exhibit A.25

Exhibit A.26



Exhibit A.27



Michael Shellenberger
@shellenberger

35. In response to Roth, Baker repeatedly insists that the Hunter Biden materials were either faked, hacked, or both, and a violation of Twitter policy, Baker does so over email, and in a Google doc, on October 14 and 15.

...

**ork Post Article / Action fro**

**ome reliable cybersecurity**
**s no metadata pertaining**
**e complete fabrications).**

1:10 PM · Dec 19, 2022 · 2.7M Views

3,701 Retweets   297 Quotes   15K Likes   95 Bookmarks



JB

**From:** Jim Baker jbaker@twitter.com
**Subject:** New NYPost Article
**Date:** October 15, 2020 at 3:44 AM
**To:**

Vijaya Gadde vijaya@twitter.com, Yoel Roth yoel@twitter.com

Folks,

I'm guessing that we are going to restrict access to this article as a violation of our Hacked Materials policy but after yesterday I don't want to assume anything.

https://nypost.com/2020/10/15/emails-reveal-how-hunter-biden-tried-to-cash-in-big-with-chinese-firm/

JB   Jim Baker
Re: [for your awareness] New York Post Article / Action from FB
To: Yoel Roth, Cc:                          & 11 more

October 14, 2020 at 9:26 AM   **Details**

One additional comment—I've seen some reliable cybersecurity folks question the authenticity of the emails in another way (i.e., that there is no metadata pertaining to them that has been released and the formatting looks like they could be complete fabrications).

---

Jim Baker                                                         t and 1 other added comments to the following document

📄 2020-10-14 NYPost Hunter Biden Laptop Article – PRIVILEGED AND...

New
2 comments

Comments

our teams continue to investigate the origins of the material included in the reporting.

I'm struggling to understand the policy basis for marking this as unsafe, and I think the best explainability argument for this externally would be that we're waiting to understand if this story is the result of hacked materials. We'll face hard questions on this if we don't have some kind of solid reasoning for marking for marking this link unsafe.

Trenton Kennedy
cc: @yoel@twitter.com   @
@

Will we also mark similar stories as unsafe?

https://www.foxnews.com/politics/hunter-biden-emails-senate-homeland-security-committee-investigating-hard-drive-laptop

Yoel Roth
The policy basis is hacked materials - though, as discussed, this is an emerging situation where the facts remain unclear. Given the SEVERE risks here and lessons of 2016, we're erring on the side of including a warning and preventing this content from being amplified.

Vijaya Gadde
What is the warning that will come up?

Yoel Roth
When you click the link, you'll see the generic unsafe URL message (references spam, malware, and violations of the Twitter Rules) - not ideal, but it's the only thing we have

Whatever we do in the comms (this will become a bias claim for Jack pre-hearing immediately), let's make it clear we're proactively but cautiously interpreting this through the lens of our hacked materials policy and allowing the link with a warning and significant reduction of spread.

To Ian's point, can we truthfully claim that this is part of the policy? i.e. As part of our approach to addressing potentially hacked materials, we are limiting visibility of related stories on Twitter while our investigation is ongoing.

Jim Baker
[PRIVILEGED AND CONFIDENTIAL]
I support the conclusion that we need more facts to assess whether the materials were hacked. At this stage, however, it is reasonable for us to assume that they may have been and that caution is warranted. There are some facts that indicate that the materials may have been hacked, while there are others indicating that the computer was either abandoned and/or the owner consented to allow the repair shop to access it or at least some purposes. We simply need more information.

Reply   Open



Exhibit A.28



**Matt Taibbi** ✔
@mtaibbi

···

25.You can see the confusion in the following lengthy exchange, which ends up including Gadde and former Trust and safety chief Yoel Roth. Comms official Trenton Kennedy writes, "I'm struggling to understand the policy basis for marking this as unsafe":

> 2020-10-14 NYPost Hunter Biden Laptop Article - PRIVILEGED AND CONFIDENTIAL
> our teams continue to investigate the origins of the material included in the reporting.
>
> Trenton Kennedy
> I'm struggling to understand the policy basis for marking this as unsafe, and I think the best explainability argument
> for this externally would be that we're waiting to understand if this story is the result of hacked materials. We'll
> face hard questions on this if we don't have some kind of solid reasoning for marking the link unsafe.
>
> Trenton Kennedy
> cc: @yoel@twitter.com @rsommers@twitter.com @iplunkett@twitter.com @krosborough@twitter.com
>
> Katie Rosborough
> Will we also mark similar stories as unsafe?
>
> https://www.foxnews.com/politics/hunter-biden-emails-senate-homeland-security-committee-investigating-hard-drive-laptop

7:21 PM · Dec 2, 2022

**14.2K** Retweets   **641** Quotes   **77.1K** Likes   **345** Bookmarks

2020-10-14 NYPost Hunter Biden Laptop Article - PRIVILEGED AND CONFIDENTIAL
our teams continue to investigate the origins of the material included in the reporting.

Trenton Kennedy
I'm struggling to understand the policy basis for marking this as unsafe, and I think the best explainability argument
for this externally would be that we're waiting to understand if this story is the result of hacked materials. We'll
face hard questions on this if we don't have some kind of solid reasoning for marking the link unsafe.

Trenton Kennedy
cc: @yoel@twitter.com @rsommers@twitter.com @iplunkett@twitter.com @krosborough@twitter.com

Katie Rosborough
Will we also mark similar stories as unsafe?

https://www.foxnews.com/politics/hunter-biden-emails-senate-homeland-security-committee-investigating-hard-drive-laptop

Exhibit A.28

Exhibit A.29



← **Thread**

**Matt Taibbi** ✔
@mtaibbi

···

23."BELLY BUTTON" "We can give you everything we're seeing from the FBI and USIC agencies," Chan explained, but the DHS agency CISA "will know what's going on in each state." He went on to ask if industry could "rely on the FBI to be the belly button of the USG."

Hi Yoel,

Thanks for the response. I have some additional questions regarding them. I am aware the industry is meeting about this on Friday so you may not have any clarification until then. We can discuss during and after our scheduled meeting depending on what your schedule looks like.

  1. If it will only be one-way communication from the USG to the industry, it seems like it should at least be FBI and CISA. We can give you everything we're seeing from the FBI and USIC agencies. CISA will know what is going on in each state via the Homeland Security Information Network (HSIN).

  However, how will the industry partners commicate back with the FBI and CISA? For the FBI, will you use the pre-established channels already in use? For example, you or ▆▆▆ will email me directly.

  If that is the case, that will work for the FBI, but I don't know what communication channels you have with CISA. Or will the industry partners rely on the FBI to be the belly button for the USG? We can do that as well. We just need to know the industry group's preference.

2. Sounds good. We will likely only establish one Signal channel for FBI San Francisco and one for FBIHQ. The FITF unit chiefs may want to be on the channel as well. I will provide the companies with our command post shift roster so you know who is on shift for any given day.

3. Facebook had mentioned activating the Signal channel before the first presidential debate, which works for us, but we won't have the enhanced staffing levels until October 28th at FBIHQ and October 30th at FBI San Francisco. I don't think we will stay in enhanced posture through January so I think we would revert back to the standard channels sometime in November, perhaps after the elections are certified.

Regards,
Elvis

4:54 PM · Jan 3, 2023 · **430.7K** Views

**2,199** Retweets   **71** Quotes   **9,602** Likes   **42** Bookmarks

♡   ⇄   ♡   🔖   ⬆

Exhibit A.29

Exhibit A.30



**Matt Taibbi** ✓
@mtaibbi

···

22.Especially as the election approached in 2020, the FITF/FBI overwhelmed Twitter with requests, sending lists of hundreds of problem accounts:

12:20 PM · Dec 24, 2022 · 851.9K Views

3,281 Retweets    156 Quotes    14.4K Likes    47 Bookmarks



**Chan, Elvis M. (SF) (FBI)**                    July 20, 2020 at 11:44 AM
Re: The article and names associated with NYO Twitter request
To:                          Stacia Cardille   Cc: & 4 more          Details

Twitter folks,

Could you see below from our FITF-Global Unit and let us know what you think?  Thanks!

Regards,
Elvis

Begin forwarded message:

**From:** Stacia Cardille            @twitter.com>
**Subject: FBI Report on Possible Violative Content**
**Date:** November 3, 2020 at 5:24:37 PM PST
**To:**                      @twitter.com>
**Cc:** US Elections Escalations                          @twitter.com>

The FBI San Francisco Emergency Operations Center sent us the attached report of 207 Tweets they believe may be in in violation of our policies.

Spreadsheet attached.

Thank you,
Stacia

| 1 | URLs |
|---|---|
| 2 | https://twitter.com/Ricchi |
| 3 | https://twitter.com/jeanie |
| 4 | https://twitter.com/Speak |
| 5 | https://twitter.com/Evrop |
| 6 | https://twitter.com/studb |
| 7 | https://twitter.com/brend |
| 8 | https://twitter.com/lilaarc |
| 9 | https://twitter.com/voraci |
| .0 | https://twitter.com/idOfD |
| .1 | https://twitter.com/Cordi |
| .2 | https://twitter.com/ni4ph |
| .3 | https://twitter.com/C_som |
| .4 | https://twitter.com/vicker |
| .5 | https://twitter.com/Natior |
| .6 | https://twitter.com/GoodV |
| .7 | https://twitter.com/meou |
| .8 | https://twitter.com/reptar |
| .9 | https://twitter.com/laval_ |
| :0 | https://twitter.com/gabby |
| :1 | https://twitter.com/lfound |
| :2 | https://twitter.com/Caroli |
| :3 | https://twitter.com/coopr |
| :4 | https://twitter.com/Edwar |
| :5 | https://twitter.com/Edwar |
| :6 | https://twitter.com/Edwar |

Exhibit A.30