Exhibit A.31



← **Thread**

Matt Taibbi ✔
@mtaibbi

27."They have some folks in the Baltimore field office and at HQ that are just doing keyword searches for violations. This is probably the 10th request I have dealt with in the last 5 days," remarked Cardille.



SC  **Stacia Cardille**                    November 3, 2020 at 5:45 PM
    Re: FBI Report on Possible Violative Content
    To:  Jim Baker

They have some folks in the Baltimore field office and at HQ that are just doing keyword searches for violations. This is probably the 10th request I have dealt with in the last 5 days, but I never typically include a huge distribution on it because there wasn't really a need for this kind of visibility. Let me know if you have any other questions.

Thanks,
Stacia

12:20 PM · Dec 24, 2022 · **3.7M** Views

**2,723** Retweets    **112** Quotes    **13.9K** Likes    **53** Bookmarks

# Exhibit A.32



**Thread**

Matt Taibbi ✓
@mtaibbi

24. There were so many government requests, Twitter employees had to improvise a system for prioritizing/triaging them:

**Stacia Cardille**                                    October 26, 2020 at 4:39 PM
Prioritize Elections Escalations
To:                                                          & 4 more    Details

Hi                        hope you are both well.

I want to reach out about election-related escalations. As you know, with the adoption of the Unified Escalation Tool and the deprecation of the go/electionsesclations, we have been sending all elections related requests directly to GETSupport for review.

We are having some issues with the backlog impacting our elections efforts. The folks on this email represent the D.C. Public Policy, Legal, and Comms teams working on elections. Generally we are the ones escalating the high priority content, whether it is high profile or coming directly from governmental partners. Specifically, PubPolicy and I escalate reports from the FBI, Department of Homeland Security, and state election officials, or the Election Integrity Project run by Alex Stamos. Comms escalates a lot of content tied to press inquiries about election issues.

Is there some way we can figure out an accommodation to prioritize the reports we escalate, particularly in light of the deprecation of go/electionsesclations? Although every #Tweep is valued, I believe it is likely that our reports are the most credible and most urgent -- at least for the next week.

Really appreciate any assistance or guidance you can provide.

Thanks,
Stacia

12:20 PM · Dec 24, 2022 · 497.4K Views

3,190 Retweets   123 Quotes   14.2K Likes   42 Bookmarks

Exhibit A.32

# Exhibit A.33



**Matt Taibbi** ✔
@mtaibbi

37."I APOLOGIZE IN ADVANCE FOR YOUR WORK LOAD": Requests poured in from FBI offices all over the country, day after day, hour after hour: If Twitter didn't act quickly, questions came: "Was action taken?" "Any movement?"

4:54 PM · Jan 3, 2023 · **489K** Views

**2,343** Retweets   **126** Quotes   **8,806** Likes   **47** Bookmarks

---

Fwd: [SOCIAL NETWORK] Re: [EXTERNAL EMAIL] - Time for a very quick call?

October 27, 2020 at 8:38 PM

To: Patrick Conlon,   Yoel Roth

Hi both - do you know which group of 132 accounts he is referring to? And if so, do you have the list of accounts?

Thanks!
Abby

--------- Forwarded message ---------
From: ▮▮▮ (FBI) - ▮▮▮▮▮
Date: Tue, Oct 27, 2020 at 8:36 PM
Subject: Re: [SOCIAL NETWORK] Re: [EXTERNAL EMAIL] - Time for a very quick call?
To: ▮▮▮▮▮

Hey Sorry I just tried to call you back because I forgot to ask a question.

Do you guys have a list of those 132 accounts action was taken against on 09/29/2020? We wanted to get process served on those accounts.

Let me know if I should direct this question to someone else.

Thanks for any help that can be given and I apologize in advance for adding to your work load.

Respectfully,

▮▮▮▮▮

# Exhibit A.34



← **Thread**

**Michael Shellenberger** ✔
@shellenberger

· · ·

46. The FBI's influence campaign may have been helped by the fact that it was paying Twitter millions of dollars for its staff time.

"I am happy to report we have collected $3,415,323 since October 2019!" reports an associate of Jim Baker in early 2021.



📁 Jim B...FBI Emails   February 10, 2021 at 6:54 PM

**Run the business – we made money!**                    Details
To: Jim Baker,  Cc: Sean Edgett

Jim, FYI, in 2019 SCALE instituted a reimbursement program for our legal process response from the FBI.  Prior to the start of the program, Twitter chose not to collect under this statutory right of reimbursement for the time spent processing requests from the FBI.

I am happy to report we have collected $3,415,323 since October 2019!  This money is used by LP for things like the TTR and other LE-related projects (LE training, tooling, etc.).

--

🖼

██████████████████

Safety, Content, & Law Enforcement (SCALE)

██████████████████

1:36 PM · Dec 19, 2022 · 14.9M Views

**9,131** Retweets  **2,156** Quotes  **26.5K** Likes  **505** Bookmarks

○          ↺          ♡          🔖          ⬆

Exhibit A.34

# Exhibit A.35



**Thread**

**Matt Taibbi** ✔
@mtaibbi

4.The files show the FBI acting as doorman to a vast program of social media surveillance and censorship, encompassing agencies across the federal government – from the State Department to the Pentagon to the CIA.

12:20 PM · Dec 24, 2022 · **2.3M** Views

**5,830** Retweets   **327** Quotes   **25.5K** Likes   **90** Bookmarks

Exhibit A.35

Exhibit A.36

Home > **Global Engagement Center** > About Us – Global Engagement Center

★ ★ ★

# About Us – Global Engagement Center

**GLOBAL ENGAGEMENT CENTER**

**Mission:** To direct, lead, synchronize, integrate, and coordinate U.S. Federal Government efforts to recognize, understand, expose, and counter foreign state and non-state propaganda and disinformation efforts aimed at undermining or influencing the policies, security, or stability of the United States, its allies, and partner nations.

**Vision:** To be a data-driven body leading U.S. interagency efforts in proactively addressing foreign adversaries' attempts to undermine U.S. interests using disinformation and propaganda.

**The GEC carries out its mission along five lines of effort:**

1. **Analytics and Research:** GEC's analysts and data scientists collect and analyze data from foreign state and foreign non-state actors to produce analysis on their foreign malign information influence narratives, tactics, and techniques. GEC shares these analyses with stakeholders within the Department, and among S. embassies, the interagency, and our international partners.

2. **International Partnerships:** GEC has built and participates in multiple international coalitions and partnerships with other national governments for the purpose of coordinating counter-disinformation analyses and actions, and collectively buttressing the integrity of the global information environment.

3. **Programs and Campaigns:** GEC's Russia, People's Republic of China, Iran, and Counterterrorism teams each designed to build societal and institutional resilience to foreign propaganda and disinformation efforts abroad. GEC tailors its initiatives to the specific challenges in unique overseas information environments and coordinates both internally within the Department, and with interagency and international partners.

4. **Exposure:** GEC plays a coordination role in the interagency's public exposure of foreign information influence operations, including the use of proxy sites and social media networks overseas.

Exhibit A.36

5. **Technology Assessment and Engagement:** GEC hosts private sector technology demonstrations, assesses counter-disinformation technologies against specific challenges, and identifies technological solutions through technology challenge programs.

**Establishment of the Global Engagement Center:** GEC's founding traces back to 2011 and Executive Order 13584, which established within the Department of State the Center for Strategic Counterterrorism Communications (CSCC) for the purpose of "supporting agencies in Government-wide public communications activities targeted against violent extremism and terrorist organizations."[1] Executive Order 13721 in 2016 transformed the CSCC into the Global Engagement Center but left its counterterrorism mission largely unchanged.

GEC's mission expanded upon enactment of the *National Defense Authorization Act for Fiscal Year 2017* to include the authority to address other foreign state and non-state propaganda and disinformation activities. The *John S. McCain National Defense Authorization Act for Fiscal Year 2019* further refined this mission, and endowed it with a mandate, as reflected in GEC's mission statement.[2]

---

[1] *John S. McCain National Defense Authorization Act for Fiscal Year 2019,* Section 1284, Modifications to Global Engagement Center, P.L. 115-232, **https://www.congress.gov/bill/115th-congress/house-bill/5515/text**

[2] The White House Office of the Press Secretary, Executive Order 13584-Developing an Integrated Strategic Counterterrorism Communications Initiative, September 9, 2011, **https://obamawhitehouse.archives.gov/the-press-office/2011/09/09/executive-order-13584-developing-integrated-strategic-counterterrorism-c**

Exhibit A.36

Exhibit A.37

Exhibit A.37

**Matt Taibbi** ✔ @mtaibbi ···

25.Twitter was taking requests from every conceivable government body, beginning with the Senate Intel Committee (SSCI), which seemed to need reassurance Twitter was taking FBI direction. Execs rushed to tell "Team SSCI" they zapped five accounts on an FBI tip:

4:54 PM · Jan 3, 2023 · 856.2K Views

3,300 Retweets   160 Quotes   11.8K Likes   75 Bookmarks



State backed info ops update

September 1, 2020 at 12:28 PM   Details

To: [black] & 2 more

**Team SSCI**

We want to provide you a quick update. Today, we are suspending five Twitter accounts for platform manipulation that we can reliably attribute to Russian state actors.

The accounts purported to be associated with a website called PeaceData, which publishes a range of content about global political issues. At least some of the content published on the website was created by real people who appear to have contributed to PeaceData as freelancers.

The Tweets from the Russian-linked accounts were low quality and spammy, and most Tweets from these accounts received few, if any, Likes or Retweets. The accounts achieved little impact on Twitter and were identified and removed quickly.

Going forward, links to content from PeaceData's site will be blocked from being shared on our service.

In this instance, we worked closely with the FBI Foreign Influence Task Force and we appreciate their assistance. We will also update our repository of state-back information operations in the near future with these accounts.

Thanks so much,

**SC   Stacia Cardille**
Fwd: State backed info ops update

September 1, 2020 at 8:19 PM   Details

To: [black] Yoel Roth, Cc: Lauren Culbertson

Hi [black] and Yoel. Senate Intel asked us this followup question regarding the FBI. Any concerns with confirming to them the tip came from the FBI?

Thanks,
Stacia

--------- Forwarded message ---------

**YR   Yoel Roth**
Re: State backed info ops update

September 1, 2020 at 10:10 PM   Details

To: Stacia Cardille,   Cc: [black] Yoel Roth,   & 1 more

No concerns - and would actually encourage it. Let's give the FBI kudos where they've clearly earned them.

See More from Stacia Cardille

[black]
Re: State backed info ops update

September 1, 2020 at 1:27 PM   Details

To: [black] Stacia Cardille   & 1 more

Thank you,

You mentioned below that Twitter worked closely with the FITF on this. Did they provide the initial tip, or did Twitter discover these accounts some other way.

Regardless, well done.





**SC   Stacia Cardille**
Update on PeaceData Activity

September 1, 2020 at 1:38 PM   Details

To: Chan, Elvis M. (SF) (FBI),   Cc: Yoel Roth,   & 1 more

Hi Elvis, we want to provide you a quick update. Today, we suspended five Twitter accounts for platform manipulation that we can reliably attribute to Russian state actors based on information we received from FITF.

As you know, the accounts purported to be associated with a website called PeaceData, which publishes a range of content about global political issues. At least some of the content published on the website was created by real people who appear to have contributed to PeaceData as freelancers.

The Tweets from the Russian-linked accounts were low quality and spammy, and most Tweets from these accounts received few, if any, Likes or Retweets. The accounts achieved little impact on Twitter.

Going forward, links to content from PeaceData's site will be blocked from being shared on our service.

We plan to publicly announce this and we informed the Intelligence Committees on the Hill that we worked closely with the FBI Foreign Influence Task Force and we appreciated your assistance.

Thank you,
Stacia



**EC   Chan, Elvis M. (SF) (FBI)**
RE: [EXTERNAL EMAIL] - [SOCIAL NETWORK] Update on PeaceData Activity

September 1, 2020 at 1:38 PM   Details

To: Stacia Cardille,   Cc: Yoel Roth,   & 1 more

Excellent!  Thanks for the heads up.  I'll let FITF know.

Regards,
Elvis

Exhibit A.38

Exhibit A.38

**Matt Taibbi** ✓
@mtaibbi

• • •

26.Requests arrived and were escalated from all over: from Treasury, the NSA, virtually every state, the FBI from DHS, and more:





4:54 PM · Jan 3, 2023 · 881.7K Views

3,017 Retweets    126 Quotes    11.5K Likes    60 Bookmarks

○    ↻    ♡    ⊡    ⬆

---------- Forwarded message ----------
From:
Date: Mon, Oct 26, 2020 at 1:32 PM
Subject: FW: Fake Twitter Accounts
To: Misinformation Reports <
Cc:                              (FBI)

Please see below. Our Election Information Security Analyst came across some suspicious accounts that are ostensibly CT-based and attempting to look official-ish.

Thanks,

General Counsel
Connecticut Secretary of the State Denise Merrill



October 28, 2020 at 10:07 PM    Details

Re: [FPCollab] Purported Large Scale Attack on Hospitals by Ryuk...

To:

📎  ⤻  ⤻  ⇔

Dear team,

On October 28, 2020, CISA, FBI, and HHS issued a joint advisory that describes the tactics, techniques, and procedures (TTPs) used to deploy Ryuk ransomware against targets in the Healthcare and Public Health Sector (HPH) to infect systems for financial gain.

In their report, CISA, FBI, and HHS assess malicious cyber actors are targeting the HPH Sector with Trickbot malware, often leading to ransomware attacks, data theft, and the disruption of healthcare services.

Additionally, the joint statement notes that these types of attacks will be particularly challenging for organizations during the COVID-19 pandemic--highlighting that administrators will need to balance this risk when determining their cybersecurity investments.

Flashpoint analyst continue to monitor for any activities related to this advisory and will provide updates as relevant.

**Source:**

hxxps//us-cert[.]cisa.gov/sites/default/files/publications/AA20-302A_Ransomware%20_Activity_Targeting_the_Healthcare_and_Public_Health_Sector[.]pdf
via Flashpoint | Collaboration

On Wed, Oct 28, 2020 at 9:26 PM                    wrote:

https://www.fireeye.com/blog/threat-research/2020/10/kegtap-and-singlemalt-with-a-ransomware-chaser.html

[FPCollab] US Seizes Additional Domains Used in Global Disinformation Campaign
To: Flashpoint | Collaboration,
Reply-To:                                        🗓 miss    November 5, 2020 at 7:54 AM

Good morning Team,

The US Department of Justice seized an additional twenty-seven domains designed to appear as legitimate news outlets and used by Iran's Islamic Revolutionary Guards Corp to orchestrate a global disinformation campaign. The following four domains seized were used to specifically target US audiences:

• afinfound[.]com
• awdnews[.]com
• criticalstudies[.]org
• gford[.]com

The latest seizure was part of an ongoing effort by the US-based social media companies and the FBI to publicly disclose Iranian interference operations. The US previously seized ninety-two domains used by the IRGC to conduct disinformation campaigns on October 7, 2020.

The move by the DOJ to seize the domains is part of a coordinated effort by the US to thwart Iranian interference in US elections. On November 3, 2020, US Cyber Command and the National Security Agency (NSA) revealed they had conducted an unspecified cyber operation against IRGC cyber threat actors following the Iranian campaign targeting US voters with threatening emails claiming to be the Proud Boys.

For more information on Iranian election interference and disinformation campaigns see:

• Iran Allegedly Poses as Proud Boys in Voter Intimidation Campaign
• Section Security
  • Disinformation and Misinformation



Sanctions                (FBI)              September 10, 2020 at 11:47 AM    Details
To: Yoel Roth,                    Cc: & 2 more

FYI, Treasury just added people to the SDN list, including Derkach.

https://home.treasury.gov/news/press-releases/sm1118 🔗

Thanks,

*Unit Chief*
*FBI | Foreign Influence Task Force*

Exhibit A.39



## ABOUT

Mission & Priorities | Leadership & Structure | Diversity & Inclusion | Frequently Asked Questions

# FBI Strategy

Managing an organization as large and complex as the FBI requires a definitive idea of where we are now and where we hope to be in five years, 10 years, and 20 years. That's where our strategy comes in. The FBI strategy enables Bureau leaders and managers to define and pursue objectives crucial to mission success, prioritize resources to achieve those objectives, track progress along the way, address gaps when identified, and, most importantly, deliver consistent results.

The FBI strategy is periodically reviewed and adapted to align with the changing threat landscape and organizational climate.

## Strategy Elements

### Mission

Our mission encompasses all that we do as an organization—protect the American people and uphold the Constitution of the United States.



**Our Four Guiding Principles**

## Mission Priorities

Our mission priorities assist us to determine where to focus our efforts and resources in order to mitigate threats and move toward accomplishing our vision. The eight mission priorities outline how we protect the American people and uphold the Constitution of the United States. The following questions were considered when determining our mission priorities:

- *What are those realities that most threaten the security of the United States?*
- *What are the threats to our way of life that the American people need the FBI to address first?*
- *To what degree do the threats fall most exclusively within the FBI's jurisdiction and competencies?*

## Core Values

Our core values—respect, integrity, accountability, leadership, diversity, compassion, fairness, and rigorous obedience to the Constitution—are the foundation of our organization and should be incorporated into everything we do.

## Guiding Principles

Our four guiding principles—people, partnerships, process, and innovation

## People

- **Promote a Culture of Development and Resilience:** The FBI will focus on developmental experiences that address professional gaps, promote resiliency, and facilitate a more agile workforce.
- **Assemble Diverse Teams:** The FBI will assemble teams with differing backgrounds, experiences, and knowledge, integrating a wide-range of perspectives to inform decision-making.
- **Cultivate Leadership and Mentorship:** The FBI will promote leadership opportunities, ensure the process is fair, and cultivate leaders with personal humility and professional will.
- **Recruit for the Future:** The FBI will refine its recruiting practices to increase diversity, anticipate workforce needs, and hire exceptional talent.

## Partnerships

- **Integrate Meaningful Partnerships:** The FBI will strengthen, expand, and develop mutually beneficial relationships through liaison activities to better achieve the mission and support our partners.
- **Improve Information Sharing:** The FBI will establish and maintain methods and practices to enhance engagement, coordination, and information sharing with internal and external partners.
- **Increase Community Engagement:** The FBI will build on joint capabilities, promote public safety, and engage with community partners.

## Process

- **Strengthen Confidence and Trust:** The FBI will adhere to the rule of law through attention to detail, adherence to policy, and ensuring we do the right thing in the right way.
- **Enhance Rigor and Accountability:** The FBI will ensure all employees adhere to the FBI's core values, focusing on personal accountability through ownership of one's behaviors and actions as organization representatives.
- **Align Resources to Priorities:** The FBI will align resources to the highest priorities through the formulation of enterprise risks, threats, and strategies.

Exhibit A.39

## Guiding Principles

Our four guiding principles—people, partnerships, process, and innovation—help us organize the changes needed to accomplish our vision.

## Enterprise Objectives

Our enterprise objectives are where we need to focus over the next three to five years to move the FBI forward. Our enterprise objectives each align to one of the guiding principles.

## Vision

As we build momentum around our enterprise objectives, we will better accomplish our mission and begin to achieve our vision. Our vision is where we want to be: *Ahead of the Threat*.

organization representatives.

- **Align Resources to Priorities:** The FBI will align resources to the highest priorities through the formulation of enterprise risks, threats, and strategies.

### Innovation

- **Foster Innovation and Creativity:** The FBI will invest people and resources to identify, facilitate, and advance innovative and creative solutions.
- **Enhance Data Capabilities and Digital Expertise:** The FBI will prioritize employee digital literacy and improve data collection, accessibility, and analysis to better understand, anticipate, and mitigate threats.
- **Promote User-Driven Technology:** The FBI will provide secure and productive work environments by investing in user-focused applications, infrastructure, networks, and services.

# External Resources

- Department of Justice Strategic Plan
- National Intelligence Strategy



| Most Wanted | News | What We Investigate | Contact Us |
|---|---|---|---|
| Ten Most Wanted | Stories | Terrorism | Field Offices |
| Fugitives | Videos | Counterintelligence | FBI Headquarters |
| Terrorism | Press Releases | Cyber Crime | Overseas Offices |
| Kidnappings / Missing | Speeches | | |

Exhibit A.39

# Exhibit A.40



Exhibit A.41



← **Thread**

Michael Shellenberger ✔
@shellenberger

46. The FBI's influence campaign may have been helped by the fact that it was paying Twitter millions of dollars for its staff time.

"I am happy to report we have collected $3,415,323 since October 2019!" reports an associate of Jim Baker in early 2021.



Run the business - we made money!    📁 Jim B...FBI Emails   February 10, 2021 at 6:54 PM

To: Jim Baker, Cc: Sean Edgett                                    Details

Jim, FYI, in 2019 SCALE instituted a reimbursement program for our legal process response from the FBI. Prior to the start of the program, Twitter chose not to collect under this statutory right of reimbursement for the time spent processing requests from the FBI.

I am happy to report we have collected $3,415,323 since October 2019! This money is used by LP for things like the TTR and other LE-related projects (LE training, tooling, etc.).

--

Safety, Content, & Law Enforcement (SCALE)

1:36 PM · Dec 19, 2022 · 14.9M Views

**9,131** Retweets   **2,156** Quotes   **26.5K** Likes   **505** Bookmarks

Exhibit A.41

# Exhibit A.42



← **Thread**

**David Zweig**
@davidzweig                                                        ...

7. It wasn't just Twitter. The meetings with the Trump White House were also attended by Google, Facebook, Microsoft and others.

a. Twitter, alongside several other tech companies, including Google, Facebook, and Microsoft, participated. Activities included a standing weekly call to share general trends and hosting a shared Microsoft Teams group. Some of the companies (not Twitter) gathered open-sourced information from researchers. Our teams fed this information to the Twitter policy enforcement teams.

9:24 AM · Dec 26, 2022 · **1.9M** Views

**5,175** Retweets   **225** Quotes   **29.1K** Likes   **73** Bookmarks

Exhibit A.42

# Exhibit A.43



← **Thread**

**David Zweig**
@davidzweig

⋯

8. When the Biden admin took over, one of their first meeting requests with Twitter executives was on Covid. The focus was on "anti-vaxxer accounts." Especially Alex Berenson:

**Biden**
- One of the first meeting requests from the Biden White House was about COVID misinformation. Per regular process, Public Policy took the meeting. Biden's staff focused on vaccines and high-profile anti-vaxxer accounts, including Alex Berenson.

9:26 AM · Dec 26, 2022 · **2M** Views

**7,779** Retweets   **459** Quotes   **35.2K** Likes   **142** Bookmarks

Exhibit A.43

Exhibit A.44



Exhibit A.45



← **Thread**

**David Zweig**
@davidzweig                                                ...

9. In the summer of 2021, president Biden said social media companies were "killing people" for allowing vaccine misinformation. Berenson was suspended hours after Biden's comments, and kicked off the platform the following month.

9:27 AM · Dec 26, 2022 · **1.7M** Views

**6,025** Retweets   **208** Quotes   **32K** Likes   **76** Bookmarks

Exhibit A.45

Exhibit A.46



← **Thread**

**David Zweig**
@davidzweig                                    ···

11. A December 2022 summary of meetings with the White House by Lauren Culbertson, Twitter's Head of U.S. Public Policy, adds new evidence of the White House's pressure campaign, and cements that it repeatedly attempted to directly influence the platform.

9:31 AM · Dec 26, 2022 · **1.4M** Views

**4,635** Retweets   **107** Quotes   **27.1K** Likes   **44** Bookmarks

Exhibit A.46

Exhibit A.47

← **Thread**



**David Zweig**
@davidzweig                                                          ...

12. Culbertson wrote that the Biden team was "very angry" that Twitter had not been more aggressive in deplatforming multiple accounts. They wanted Twitter to do more.

- The Biden team was not satisfied with Twitter's enforcement approach as they wanted Twitter to do more and to de-platform several accounts. Because of this dissatisfaction, we were asked to join several other calls. They were very angry in nature.
- Here's a presentation the Twitter team used.

9:32 AM · Dec 26, 2022 · **3.3M** Views

**6,306** Retweets   **449** Quotes   **29.9K** Likes   **121** Bookmarks

Exhibit A.47

Exhibit A.48



← **Thread**

**David Zweig**
@davidzweig

14. But Twitter did suppress views—many from doctors and scientific experts—that conflicted with the official positions of the White House. As a result, legitimate findings and questions that would have expanded the public debate went missing.

9:34 AM · Dec 26, 2022 · **1.8M** Views

**8,812** Retweets   **525** Quotes   **37.5K** Likes   **156** Bookmarks

Exhibit A.48

Exhibit A.49



← **Thread**

**Bari Weiss**
@bariweiss                                    ...

16. She does just that: "as an fyi, Safety has assessed the DJT Tweet above and determined that there is no violation of our policies at this time."

Friday, January 8th 2021 07.17.51 by
sorry I stepped out for a while. Let me know Yoel if any action will be taken

Anika Navaroli 07:34:50
as an fyi, Safety has assessed the DJT Tweet above and determined that there is no violation of our policies at this time

1:23 PM · Dec 12, 2022

**4,365** Retweets   **94** Quotes   **24.6K** Likes   **62** Bookmarks

Exhibit A.50

← **Thread**

**Bari Weiss**
@bariweiss                                                    …

15. "I also am not seeing clear or coded incitement in the DJT tweet," wrote Anika Navaroli, a Twitter policy official. "I'll respond in the elections channel and say that our team has assessed and found no vios"—or violations—"for the DJT one."



1:19 PM · Dec 12, 2022

**4,689** Retweets   **179** Quotes   **25.4K** Likes   **71** Bookmarks

Exhibit A.50

# Exhibit A.51



← **Thread**

**Bari Weiss**
@bariweiss                                                              ...

18. Next, Twitter's safety team decides that Trump's 7:44 am ET tweet is
also not in violation. They are unequivocal: "it's a clear no vio. It's just to
say he's not attending the inauguration"



07:48:07

Just dropping in to say he tweeted again, but it's a clear no vio. It's just to say he's
not attending the inauguration

07:48:16

let me check

07:48:19

://twitter.com/realDonaldTrump/status/1347569870578266115?s=19|https{https://twitt
er.com/realDonaldTrump/status/1347569870578266115?s=19|https://twitter.com/real
DonaldTrump/status/1347569870578266115?s=19}

07:48:40

People might be saying that this is the proof that he doesn't support a peaceful
transition

1:23 PM · Dec 12, 2022

**4,442** Retweets    **136** Quotes    **25K** Likes    **68** Bookmarks

Exhibit A.51

# Exhibit A.52



Exhibit A.53



Exhibit A.54



**Thread**

**Bari Weiss**
@bariweiss

13. "It's pretty clear he's saying the 'American Patriots' are the ones who voted for him and not the terrorists (we can call them that, right?) from Wednesday."

1:17 PM · Dec 12, 2022

**3,932** Retweets   **79** Quotes   **24.6K** Likes   **51** Bookmarks

Exhibit A.54

Exhibit A.55



‹ **View profile**

### Subscribe to our newsletter

By subscribing, you agree with Revue's Terms of Service and Privacy Policy and understand that jack's will receive your email address.

Your email address...

**Subscribe now**

Dec 13, 2022    **a native internet protocol for social media**

View online

**jack's**
@jack

There's a lot of conversation around the #TwitterFiles. Here's my take, and thoughts on how to fix the issues identified.

I'll start with the principles I've come to believe...based on everything I've learned and experienced through my past actions as a Twitter co-founder and lead:

1. Social media must be resilient to corporate and government control.
2. Only the original author may remove content they produce.
3. Moderation is best implemented by algorithmic choice.

The Twitter when I led it and the Twitter of today do not meet any of these principles. This is my fault alone, as I completely gave up pushing for them when an activist entered our stock in 2020. I no longer had hope of achieving any of it as a public company with no defense mechanisms (lack of dual-class shares being a key one). I planned my exit at that moment knowing I was no longer right for the company.

The biggest mistake I made was continuing to invest in building *tools for us to manage* the public conversation, versus building *tools for the people* using Twitter to easily manage it for themselves. This burdened the company with too much power, and opened us to significant outside pressure (such as advertising budgets). I generally think companies have become far too powerful, and that became completely clear to me with our suspension of Trump's account. As I've said before, we did the right thing for the public company business at the time, but the wrong thing for the internet and society. Much more about this here:

 **jack**
@jack


I do not celebrate or feel pride in our having to ban @realDonaldTrump from Twitter, or how we got here. After a clear warning we'd take this action, we made a decision with the best information we had based on threats to physical safety both on and off Twitter. Was this correct?

12:16 AM - 14 Jan 2021

I continue to believe there was no ill intent or hidden agendas, and everyone acted according to the best information we had at the time. Of course mistakes were made. But if we had focused more on tools for the people using the service rather than tools for us, and moved much faster towards absolute transparency, we probably wouldn't be in this situation of needing a fresh reset (which I am supportive of). Again, I own all of this and our actions, and all I can do is work to make it right.

Back to the principles. Of course governments want to shape and control the public conversation, and will use every method at their disposal to do so, including the media. And the power a corporation wields to do the same is only growing. It's critical that the people have tools to resist this, and that those tools are ultimately owned by the people. Allowing a government or a few corporations to own the public conversation is a path towards centralized

control.

I'm a strong believer that any content produced by someone for the internet should be permanent until the original author chooses to delete it. It should be always available and addressable. Content takedowns and suspensions should not be possible. Doing so complicates important context, learning, and enforcement of illegal activity. There are significant issues with this stance of course, but starting with this principle will allow for far better solutions than we have today. The internet is trending towards a world were storage is "free" and infinite, which places all the actual value on how to discover and see content.

Which brings me to the last principle: moderation. I don't believe a centralized system can do content moderation globally. It can only be done through ranking and relevance algorithms, the more localized the better. But instead of a company or government building and controlling these solely, people should be able to build and choose from algorithms that best match their criteria, or not have to use any at all. A "follow" action should always deliver every bit of content from the corresponding account, and the algorithms should be able to comb through everything else through a relevance lens that an individual determines. There's a default "G-rated" algorithm, and then there's everything else one can imagine.

The only way I know of to truly live up to these 3 principles is a free and open protocol for social media, that is not owned by a single company or group of companies, and is resilient to corporate and government influence. The problem today is that we have companies who own both the protocol and discovery of content. Which ultimately puts one person in charge of what's available and seen, or not. This is by definition a single point of failure, no matter how great the person, and over time will fracture the public conversation, and may lead to more control by governments and corporations around the world.

I believe many companies can build a phenomenal business off an open protocol. For proof, look at both the web and email. The biggest problem with these models however is that the discovery mechanisms are far too proprietary and fixed instead of open or extendable. Companies can build many profitable services that complement rather than lock down how we access this massive collection of conversation. There is no need to own or host it themselves.

Many of you won't trust this solution just because it's me stating it. I get it, but that's exactly the point. Trusting any one individual with this comes with compromises, not to mention being way too heavy a burden for the individual. It has to be something akin to what bitcoin has shown to be possible. If you want proof of this, get out of the US and European bubble of the bitcoin price fluctuations and learn how real people are using it for censorship resistance in Africa and Central/South America.

I do still wish for Twitter, and every company, to become uncomfortably transparent in all their actions, and I wish I forced more of that years ago. I do believe absolute transparency builds trust. As for the files, I wish they were released Wikileaks-style, with many more eyes and interpretations to consider. And along with that, commitments of transparency for present and future actions. I'm hopeful all of this will happen. There's nothing to hide... only a lot to learn from. The current attacks on my former colleagues could be dangerous and doesn't solve anything. If you want to blame, direct it at me and my actions, or lack thereof.

Exhibit A.55

As far as the free and open social media protocol goes, there are many competing projects: @bluesky is one with the AT Protocol, Mastodon another, Matrix yet another...and there will be many more. One will have a chance at becoming a standard like HTTP or SMTP. This isn't about a "decentralized Twitter." This is a focused and urgent push for a foundational core technology standard to **make social media a native part of the internet**. I believe this is critical both to Twitter's future, and the public conversation's ability to truly serve the people, which helps hold governments and corporations accountable. And hopefully makes it all a lot more fun and informative again.



To accelerate open internet and protocol work, I'm going to open a new category of #startsmall grants: "open internet development." It will start with a focus of giving cash and equity grants to engineering teams working on social media and private communication protocols, bitcoin, and a web-only mobile OS. I'll make some grants next week, starting with $1mm/yr to Signal. Please let me know other great candidates for this money.

---

Did you enjoy this issue? Yes No

---



**jack's** @jack
bitcoin and open internet

---

In order to unsubscribe, click here.
If you were forwarded this newsletter and you like it, you can subscribe here.



Created with Revue by Twitter.

🐦 Share to Twitter                    f  Share to Facebook

**Subscribe to our newsletter**

By subscribing, you agree with Revue's Terms of Service and Privacy Policy and
understand that jack's will receive your email address.

Your email address...                          **Subscribe now**

Privacy Policy                                   Powered by *Revue*
Terms of Service

Exhibit A.55