# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD J. TRUMP, *et al.*,<br><br>                    Plaintiffs,<br>        v.<br><br>TWITTER, INC., *et al.*,<br><br>                    Defendants. | Case No: 3-21-cv-08378-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR INDICATIVE RULING**<br><br>Judge: Hon. James Donato |

3:21-cv-08378-JD

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR INDICATIVE RULING

After due consideration of the papers submitted, and good cause appearing therefore, it is hereby **ORDERED** that:

Plaintiffs' Motion for Indicative Ruling is **GRANTED**. The Court would grant Plaintiffs' Motion for Relief from Judgment pursuant to Rule 60(b)(2) if the Court of Appeals were to remand the case for this purpose.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE