ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, D.C. 20037
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

FELICIA H. ELLSWORTH (*pro hac vice*)
felicia.ellsworth@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000

THOMAS G. SPRANKLING
CA Bar No. 294831
thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6062
Facsimile:  (650) 858-6100

*Attorneys for Defendants X Corp. (successor in
interest to Twitter, Inc.) and Jack Dorsey*

COUNSEL CONTINUED ON NEXT PAGE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD J. TRUMP, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>TWITTER, INC., et al.,<br><br>            Defendants. | Case No: 3:21-cv-08378-JD<br><br><br>**L.R. 6-2 STIPULATION EXTENDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR INDICATIVE RULING** |

JOHN P. COALE (*pro hac vice*)
2901 Fessenden Street, NW
Washington, D.C. 20008
Telephone: (202) 255-2096
Email: johnpcoale@aol.com

JOHN Q. KELLY (*pro hac vice*)
FERGUSON COHEN LLP
25 Field Point Road
Greenwich, CT 06830
Telephone:  (203) 661-1197
Email:  jqkelly@fercolaw.com

MICHAEL J. JONES (*pro hac vice*)
RYAN TOUGIAS (*pro hac vice*)
IVEY, BARNUM & O'MARA, LLC
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000
Email: mjones@ibolaw.com
Email:  rtougias@ibolaw.com

FRANK C. DUDENHEFER , JR. (*pro hac vice*)
THE DUDENHEFER LAW FIRM L.L.C.
2721 Saint Charles Avenue, Suite 2A
New Orleans, LA 70130
Telephone: (504) 616-5226
Email: fcdlaw@aol.com


ANDREI POPOVICI (SBN 234820)
MARIE FIALA (SBN 79676)
LAW OFFICE OF ANDREI D. POPOVICI, P.C.
2121 North California Blvd. #290
Walnut Creek, CA 94596
Telephone: (650) 530-9989
Email: andrei@apatent.com
Email: marie@apatent.com

RICHARD POLK LAWSON (*pro hac vice*)
GARDNER BREWER HUDSON, P.A.
400 North Ashley Drive, Suite 1100
Tampa, FL 33602
Telephone: (813) 221-9600
Email: rlawson@gbmmlaw.com

*Attorneys for Plaintiffs Donald J. Trump,*
*Linda Cuadros, American Conservative Union,*
*Rafael Barboza, Dominick Latella, and*
*Wayne Allyn Root*

1   Pursuant to Civil Local Rules 6-2 and 7-12, Defendants X Corp., successor in interest to

2   Twitter, Inc., and Jack Dorsey (hereinafter "Defendants" or "Twitter")[1] and Plaintiffs Donald J.

3   Trump, Linda Cuadros, American Conservative Union, Rafael Barboza, Dominick Latella, and

4   Wayne Allyn Root (hereinafter collectively "Plaintiffs"), by and through their respective

5   counsel, hereby stipulate as follows:

6   WHEREAS, on May 3, 2023, Plaintiffs filed a motion for an indicative ruling under

7   Federal Rules of Civil Procedure 62.1 and 60(b).  Dkt. No. 191 (the "Motion");

8   WHEREAS, pursuant to Local Rule 7-3, Twitter's response to Plaintiffs' Motion is due

9   May 17, 2023;

10  WHEREAS, Defendants' counsel represent that they had or have various engagements and

11  deadlines that will make it challenging to meet the current deadline, including

12  • A reply brief in support of a motion for jurisdictional discovery filed on May 9,

13    2023 in *Meta Platforms, Inc. v. Bright Data Ltd.*, No. 3:23-cv-00077-EMC (N.D.

14    Cal.);

15  • Oral argument regarding a motion to dismiss on May 11, 2023 in *Loomer v. Meta*

16    *Platforms, Inc.*, No. 3:22-cv-2646-LB (N.D. Cal.);

17  • A reply brief due on May 11, 2023 in *Yuga Labs Inc. v. Ryder Ripps*, No. 22-56199

18    (9th Cir.);

19  • An opposition to summary judgment due on May 12, 2023 in *Bright Data, Inc. v.*

20    *Meta Platforms, Inc.*, C.A. No. N23C-01-229 (Sup. Ct. Del.);

21  • An FRCP 50(b) brief due on May 30, 2023 in *Masimo Corp. v. Apple Inc.*, No. 20-

22    cv-00048 (C.D. Cal.);

23  • An opposition brief to a motion to dismiss due on May 8, 2023 in *Doe v. JP Morgan*

24    *Chase & Co.*, No. 1:22-cv-10019 (S.D.N.Y);

25  • An opposition brief to a motion for class certification due on May 13, 2023 in *Doe*

26    *v. JP Morgan Chase & Co.*, No. 1:22-cv-10019 (S.D.N.Y);

27

28

---

[1] As indicated in Defendants' supplemental corporate disclosure statement, Twitter, Inc. has merged into X. Corp. and no longer exists.  For purposes of this litigation, however, Defendants will continue to use the name "Twitter, Inc."

- A hearing on a motion to dismiss on May 19, 2023 in *Doe v. JP Morgan Chase & Co.*, No. 1:22-cv-10019 (S.D.N.Y);

- A hearing on a motion for class certification on May 26, 2023 in *Doe v. JP Morgan Chase & Co.*, No. 1:22-cv-10019 (S.D.N.Y);

WHEREAS, Plaintiffs' Motion relies on 55 exhibits spanning 529 pages, requiring additional time for an appropriate response;

WHEREAS, arguing counsel for Plaintiffs will be out of town during the month of July and arguing counsel for Defendants will be out of the country on a preplanned and prepaid vacation from July 31 until August 10, 2023;

WHEREAS, in light of the prior commitments of counsel and the nature of Plaintiffs' filing, the parties agree to extend the deadline for Twitter's opposition to the Motion until June 1, 2023 and the deadline for Plaintiffs' reply by two weeks until June 22, 2023, and respectfully request that the Court set a date for any hearing on the motion for June 29, 2023 or another time convenient to the court after August 14, 2023;

**IT IS HEREBY STIPULATED AND AGREED** by Defendants and Plaintiffs, pursuant to Civil Local Rules 6-2 and 7-12, that the deadline for Defendants to respond to the Motion for an indicative ruling (Dkt. No. 191) will be extended to June 1, 2023; that the deadline for Plaintiffs' reply to Defendants' response will be extended to June 22, 2023; and that a hearing on the motion be set for _____.

Dated: May 12, 2023

1

Respectfully submitted,

2

By: */s/ Marie Fiala*          By: /s/ *Ari Holtzblatt*

3

FRANK C. DUDENHEFER, JR. (*pro hac vice*)
THE DUDENHEFER LAW FIRM L.L.C.

4

JOHN P. COALE *(pro hac vice)*
2901 Fessenden Street NW

5

Washington, DC 20008
Telephone: (202) 255-2096

6

Email: johnpcoale@aol.com

7

JOHN Q. KELLY (*pro hac vice*)
MICHAEL J. JONES (*pro hac vice*)

8

RYAN TOUGIAS (*pro hac vice*)
IVEY, BARNUM & O'MARA, LLC

9

170 Mason Street
Greenwich, CT 06830

10

Telephone: (203) 661-6000
Email: jqkelly@ibolaw.com

11

Email: mjones@ibolaw.com

12

ANDREI POPOVICI (SBN 234820)
MARIE FIALA (SBN 79676)

13

LAW OFFICE OF ANDREI D. POPOVICI, P.C.

14

2121 North California Blvd. #290
Walnut Creek, CA 94596

15

Telephone: (650) 530-9989
Facsimile: (650) 530-9990

16

Email: andrei@apatent.com
Email: marie@apatent.com

17

18

RICHARD POLK LAWSON (*pro hac vice*)
GARDNER BREWER HUDSON, P.A.

19

400 North Ashley Drive
Suite 1100

20

Tampa, FL 33602
Telephone: (813) 221-9600

21

Facsimile: (813) 221-9611
Email: rlawson@gbmmlaw.com

22

23

*Attorneys for Plaintiffs Donald J. Trump, Linda Cuadros, American Conservative Union, Rafael Barboza, Dominick Latella, and Wayne Allyn Root*

24

25

26

27

28

ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, D.C. 20037
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

FELICIA H. ELLSWORTH (*pro hac vice*)
felicia.ellsworth@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-6000

THOMAS G. SPRANKLING
CA Bar No. 294831
thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6062
Facsimile:  (650) 858-6100

*Attorneys for Defendants X Corp. (successor in interest to Twitter, Inc.) and Jack Dorsey*

1  **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

2  Dated: _____

3

4                                                    _____
                                                     HONORABLE JAMES DONATO
5                                                    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

### SIGNATURE ATTESTATION

2
 I am the ECF User whose identification and password are being used to file the foregoing

3
stipulation and supporting declaration.  Pursuant to Civil Local Rule 5-1(h), I hereby attest that

4
the other signatures have concurred in this filing.

5

6
 */s/ Ari Holtzblatt*
 Ari Holtzblatt

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2023, I caused the foregoing to be filed electronically with the Clerk of Court and to be served via the Court's Electronic Filing System upon all counsel of record.

*/s/ Ari Holtzblatt*
Ari Holtzblatt