ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

FELICIA H. ELLSWORTH (*pro hac vice*)
felicia.ellsworth@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

THOMAS G. SPRANKLING
CA Bar No. 294831
thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6062
Facsimile: (650) 858-6100

*Attorneys for Defendants Twitter, Inc. and Jack Dorsey*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD J. TRUMP, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>TWITTER, INC., et al.,<br><br>            Defendants. | Case No. 21-cv-08378-JD<br><br>**DECLARATION OF SHISHAY SEBHATU IN SUPPORT OF TWITTER, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR INDICATIVE RULING** |

I, Shishay Sebhatu, declare and state as follows:

1. I am a litigation paralegal at Twitter, Inc. ("Twitter"). Based upon my review of Twitter's business records, which I regularly access in my capacity as a Twitter employee, I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Twitter permanently suspended Donald J. Trump's Twitter account (@realDonaldTrump) on January 8, 2021.

3. On November 20, 2022 Trump's Twitter account (@realDonaldTrump) was reinstated pursuant to a "yes" majority vote on a poll that Elon Musk posted on Twitter. Since Trump's account was reinstated, Twitter has not enforced any of its content moderation policies against his account.

4. Twitter permanently suspended Linda Cuadros's Twitter account (@wakeupwithlinda) on September 19, 2019.

5. On February 9, 2023, Cuadros's Twitter account (@wakeupwithlinda) was reinstated pursuant to the amnesty program announced by Elon Musk on November 24, 2022. Since Cuadros's account was reinstated, Twitter has not enforced any of its content moderation policies against her account.

6. Twitter permanently suspended Wayne Alan Root's Twitter account (@RealWayneRoot) on February 6, 2021.

7. On December 16, 2022, Root's Twitter account (@RealWayneRoot) was reinstated pursuant to the amnesty program announced by Elon Musk on November 24, 2022. Since Root's account was reinstated, Twitter has not enforced any of its content moderation policies against his account.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of June 2023 in Washington, D.C.

By:     /s/ *Shishay Sebhatu*
          Shishay Sebhatu

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated:   June 1, 2023                              By:      /s/ *Ari Holtzblatt*
                                                                    ARI HOLTZBLATT

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2023 I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of these filings to all registered counsel.

Dated:   June 1, 2023                    By:      /s/ *Ari Holtzblatt*
                                                  ARI HOLTZBLATT