ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

FELICIA H. ELLSWORTH (*pro hac vice*)
felicia.ellsworth@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

THOMAS G. SPRANKLING
CA Bar No. 294831
thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6062
Facsimile: (650) 858-6100

*Attorneys for Defendants Twitter, Inc. and Jack Dorsey*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD J. TRUMP, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TWITTER, INC., et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-08378-JD<br><br>**DECLARATION OF ARI HOLTZBLATT IN SUPPORT OF TWITTER, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR INDICATIVE RULING** |

I, Ari Holtzblatt, declare and state as follows:

1. I am an attorney licensed to practice law in Washington, D.C. and am one of the counsel of record for Defendants Twitter, Inc. ("Twitter") and Jack Dorsey in this action. I submit this Declaration in support of Twitter's arguments that the First Amendment claims of Donald J. Trump, Linda Cuadros, and Wayne Alan Root are moot.

2. **Exhibit A** is a true and accurate copy of Elon Musk's Tweet announcing a public poll regarding the reinstatement of Donald J. Trump's twitter account, as downloaded on March 14, 2023 from Twitter's website at https://twitter.com/elonmusk/status/1593767953706921985.

3. **Exhibit B** is a true and accurate copy of Elon Musk's Tweet announcing the reinstatement of Donald J. Trump's twitter account, as downloaded on March 14, 2023 from Twitter's website at https://twitter.com/elonmusk/status/1594131768298315777.

4. **Exhibit C** is a true and accurate copy of Twitter's blog post regarding its COVID-19 misleading information policy, as downloaded on March 13, 2023 from Twitter's website at https://blog.twitter.com/en_us/topics/company/2020/covid-19.

5. **Exhibit D** is a true and accurate copy of Elon Musk's Tweet announcing an amnesty for certain suspended accounts, as downloaded on March 15, 2023 from Twitter's website at https://twitter.com/elonmusk/status/1595869526469533701.

6. **Exhibit E** is a true and accurate copy of Twitter's help center page titled "About Community Notes on Twitter," as downloaded on March 14, 2023 from Twitter's website at https://help.twitter.com/en/using-twitter/community-notes.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of June 2023 in Washington, D.C.

By: /s/ *Ari Holtzblatt*
Ari Holtzblatt

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2023 I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of these filings to all registered counsel.

Dated:   June 1, 2023                                By:      /s/ *Ari Holtzblatt*
                                                                          ARI HOLTZBLATT