# EXHIBIT A

 **Elon Musk** ✔
@elonmusk

Reinstate former President Trump

| Yes | **51.8**% |
| No | 48.2% |

15,085,458 votes · Final results

7:47 PM · Nov 18, 2022