# EXHIBIT B



Elon Musk
@elonmusk

The people have spoken.

Trump will be reinstated.

Vox Populi, Vox Dei.

> 
> Elon Musk @elonmusk · Nov 18, 2022
> Reinstate former President Trump
> Show this poll

7:53 PM · Nov 19, 2022