# EXHIBIT D



**Elon Musk** ✔ @elonmusk · Nov 23, 2022                          ...
Should Twitter offer a general amnesty to suspended accounts, provided
that they have not broken the law or engaged in egregious spam?

| Yes | **72.4%** |
|-----|-----------|
| No | 27.6% |

3,162,112 votes · Final results

💬 59.8K          🔁 75.1K          ♡ 260.7K          📊          ⬆️

**Elon Musk** ✔                                                   ...
@elonmusk

The people have spoken.

Amnesty begins next week.

Vox Populi, Vox Dei.

2:58 PM · Nov 24, 2022

**32.8K** Retweets    **11.6K** Quotes    **290.1K** Likes