**FILED**

**SEP 29 2023**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DONALD J. TRUMP, the Forty-Fifth President of the United States; LINDA CUADROS; AMERICAN CONSERVATIVE UNION; RAFAEL BARBOSA; DOMINICK LATELLA; WAYNE ALAN ROOT; NAOMI WOLF,

    Plaintiffs-Appellants,

 v.

TWITTER, INC.; JACK DORSEY,

    Defendants-Appellees.

 and

UNITED STATES OF AMERICA,

    Intervenor-Appellee,

No.  22-15961

D.C. No. 3:21-cv-08378-JD
Northern District of California,
San Francisco

ORDER

Before: BYBEE, BENNETT, and DESAI, Circuit Judges.

 The motion of the Electronic Frontier Foundation to become an amicus curiae (ECF No. 72), filed March 22, 2023, is hereby GRANTED.