FILED

FEB 15 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States; LINDA CUADROS; AMERICAN CONSERVATIVE UNION; RAFAEL BARBOSA; DOMINICK LATELLA; WAYNE ALAN ROOT; NAOMI WOLF, <br><br>   Plaintiffs-Appellants, <br><br> v. <br><br> TWITTER, INC.; JACK DORSEY, <br><br>   Defendants-Appellees. <br><br> and <br><br> UNITED STATES OF AMERICA, <br><br>   Intervenor-Appellee, | No.   22-15961 <br><br> D.C. No. 3:21-cv-08378-JD <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before:  BYBEE, BENNETT, and DESAI, Circuit Judges.

Submission of the above-captioned case is hereby withdrawn, pending disposition of the following cases before the Supreme Court:  *Moody v. NetChoice, LLC* (No. 22-277), *NetChoice, LLC v. Paxton* (No. 22-555), and *National Rifle Association of America v. Vullo* (No. 22-842).