**FILED**

JUL 30 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States; LINDA CUADROS; AMERICAN CONSERVATIVE UNION; RAFAEL BARBOSA; DOMINICK LATELLA; WAYNE ALAN ROOT; NAOMI WOLF,<br><br>  Plaintiffs-Appellants,<br><br>v.<br><br>TWITTER, INC.; JACK DORSEY,<br><br>  Defendants-Appellees.<br><br>  and<br><br>UNITED STATES OF AMERICA,<br><br>  Intervenor-Appellee, | No.  22-15961<br><br>D.C. No. 3:21-cv-08378-JD<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: BYBEE, BENNETT, and DESAI, Circuit Judges.

The supplemental briefs referenced in this Court's order dated July 3, 2024 (Dkt. No. 135), shall be no longer than twenty-five pages or 7,000 words.