| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br>FOR THE NINTH CIRCUIT | **FILED**<br><br>FEB 10 2025<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

DONALD J. TRUMP, the Forty-Fifth President of the United States; LINDA CUADROS; AMERICAN CONSERVATIVE UNION; RAFAEL BARBOSA; DOMINICK LATELLA; WAYNE ALAN ROOT; NAOMI WOLF,

    Plaintiffs-Appellants,

v.

TWITTER, INC.; JACK DORSEY,

    Defendants-Appellees.

and

UNITED STATES OF AMERICA,

    Intervenor-Appellee,

No. 22-15961

D.C. No. 3:21-cv-08378-JD

ORDER

Before: BYBEE, BENNETT, and DESAI, Circuit Judges.

The Stipulated Motion to Voluntarily Dismiss Appeal (Dkt. 146) is granted. Therefore, this appeal is DISMISSED. The parties shall bear their own costs and fees on appeal.